UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.                                     Case No. 3:22-CV-997-BJD-LLL

RICKY DIXON in his Official Capacity as
Secretary of the Florida Department of
Corrections, CENTURION OF FLORIDA,
LLC, MHM HEALTH PROFESSIONALS,
LLC, ALEXIS FIGUEROA, M.D.,
ELIZABETH HOLMES, BRITNNEY
CANNON, CONNIE LYNN ADAMS, SGT.
SAVONIA RICHARDSON-GRAHAM, SGT.
DEBRA ALDRIDGE, and OFCR TERESSA
FILLMORE HAWTHORNE

    Defendants.
_____/

## **DEFENDANTS DIXON, RICHARDSON-GRAHAM, ALDRIDGE, AND FILLMORE HAWTHORN'S DISCLOSURE STATEMENT**

Defendants Dixon, Richardson-Graham, Aldridge, and Fillmore Hawthorne hereby disclose the following pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.03:

**A.    Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:**

1

**RESPONSE:**

1. Donny Phillips, Plaintiff
2. James V. Cook, Attorney for Plaintiff
3. Law Office of James Cook, Attorneys for Plaintiff
4. James M. Slater, Attorney for Plaintiff
5. Slater Legal PLLC, Attorneys for Plaintiff
6. Secretary Ricky D. Dixon, Defendant
7. Jeffrey Howell, Attorney for Dixon, Richardson-Graham, Aldridge, Fillmore Hawthorne
8. Thomas Buchan, Attorney for Dixon, Richardson-Graham, Aldridge, Fillmore Hawthorne
9. Howell, Buchan & Strong, P.A., Attorneys for Dixon, Richardson-Graham, Aldridge, Fillmore Hawthorne
10. Savonia Richardson-Graham, Defendant
11. Teressa Fillmore Hawthorne, Defendant
12. Debra Aldridge, Defendant
13. Centurion of Florida, LLC, Defendant
14. MHM Health Professionals, LLC, Defendant
15. Alexis Figueroa, M.D., Defendant
16. Elizabeth Holmes, Defendant

17. Brittney Cannon, Defendant

18. Connie Lynn Adams, Defendant

19. Craig Mayfield, Attorney for Defendants Centurion of Florida, MHM Health Professionals, Figueroa, Holmes, Cannon & Adams (collectively, the "Centurion Defendants")

20. Brian Wahl, Attorney for Centurion Defendants

21. Jacob Hanson, Attorney for Centurion Defendants

22. W. Blair Castle, Attorney for Centurion Defendants

23. Bradley Arant Boult Cummings LLP, Attorneys for Centurion Defendants

**B.  Each entity with publicly traded shares or debt potentially affected by the outcome:**

**RESPONSE:** Defendant Centurion of Florida, LLC, is a wholly owned subsidiary of Centurion, LLC; Centurion, LLC and Defendant MHM Health Professionals, LLC are both wholly owned by MHM Services, Inc.; MHM Services, Inc. is wholly owned by Centene Corporation, a publicly traded company.

**3. Each additional entity likely to actively participate, including in a bankruptcy proceeding, including the debtor and each member of the creditor's committee:**

**RESPONSE:** None.

**4. The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

**RESPONSE:** Donny Phillips seeks damages.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted,

/s/ *Thomas Buchan*
Thomas Buchan
Florida Bar No. 1010923
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Email: Tom@jsh-pa.com
*Attorneys for Defendants Dixon, Richardson-Graham, Aldridge, and Fillmore Hawthorne*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF on December 13, 2022.

*/s/ Thomas Buchan*
Thomas Buchan