United States District Court
Middle District of Florida
Jacksonville Division

**DONNY PHILLIPS**,

    **Plaintiff**,

v.                                                                                       NO. 3:22-cv-997-BJD-LLL

**RICKY DIXON, ET AL.**,

    **Defendants**.
_____

### Order to Show Cause

Plaintiff, through counsel, filed his complaint, doc. 1, on September 15, 2022, but has not filed an executed return of service or proof of a waiver for defendant Connie Lynn Adams, nor has he requested an extension of time. *See* Fed. R. Civ. P. 4(l)(1) and (m).

Local Rule 3.10 provides, "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay."

On or before **January 20, 2023**, plaintiff must: (1) show satisfactory cause why the Court should not dismiss the claims against defendant Adams for failure to timely serve process or otherwise prosecute the case; and (2) serve defendant Adams and provide the Court with certification of service and documents reflecting proper,

completed service on defendant Adams. **If he fails to do so, the Court may dismiss the claims against defendant Adams without further notice.**

**Ordered** in Jacksonville, Florida on December 23, 2022.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
James Murray Slater, Esquire
James V. Cook, Esquire
John Thomas Buchan, Esquire
Brian Alexander Wahl, Esquire
Jacob Brandon Hanson, Esquire
William Blair Castle, Esquire