**RETURN OF SERVICE**
UNITED STATES DISTRICT COURT
District of Florida

Case Number: 3:22-cv-997-BJD-LLL

Plaintiff: **DONNY PHILLIPS**
vs.
Defendant: **RICKY DIXON; ET AL**

For:
James Slater
113 S. Monroe Street
Tallahassee, fl 32301

Received by Accurate Serve of Tallahassee on the 27th day of November, 2022 at 12:09 pm to be served on **CONNIE LYNN ADAMS C/O SUWANNEE CORRECTIONAL INSTITUTION, 3316 196th Terrace, Wellborn,, FL 32094**.

I, Jeremy Stinson, do hereby affirm that on the **2nd day of December, 2022** at **3:10 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES** with the date and hour of service endorsed thereon by me, to: **Jane Doe** as **Household Member** at the address of: **3316 196th Terrace, Wellborn,, FL 32094**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
12/2/2022  6:10 pm  Attempted Service at 3316 196th Terrace Wellborn Fl  32094 Subject address has a fenced in yard with a locked gate.  There are several German Shepard dogs inside the gate barking and attempting to jump over fence to bite server.  Server has been to this address several times before to serve the defendant with no positive results in the past.  Server honked horn and waited for several minutes when a female emerged from the residence and came to the gate.  She would not provide her name and she attempted to refuse the service.  Server left documents in view of the subject served.

**Description** of Person Served: Age: 40 to 45, Sex: F, Race/Skin Color: White, Height: 5'6" to 5'11", Weight: 160 to 165, Hair: Light Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served and no notary is required under F.S. 92.525 (2).

Jeremy Stinson
2010-019

**Accurate Serve of Tallahassee**
**400 Capital Circle S.E. Suite 18291**
**Tallahassee, FL 32301**

Our Job Serial Number: IGN-2022001669
Ref: T224651

