UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

     Plaintiff,

vs.                          Case No. 3:22-cv-00997-BJD-LLL

RICKY DIXON, in his capacity as
Secretary of the Florida Department
of Corrections, CENTURION OF
FLORIDA, LLC, MHM HEALTH
PROFESSIONALS, LLC, ALEXIS
FIGUEROA, M.D., ELIZABETH
HOLMES, BRITTNEY CANNON,
CONNIE LYNN ADAMS, SGT.
SAVONIA RICHARDSON-GRAHAM,
SGT. DEBRA ALDRIDGE, and OFCR,
TERESSA FILLMORE HAWTHORNE,

     Defendants.
_____/

## CENTURION DEFENDANTS' *UNOPPOSED* SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants, Centurion of Florida, LLC, MHM Health Professionals, LLC, Alexis Figueroa, M.D., Elizabeth Holmes, and Brittney Cannon, (collectively, the "Centurion Defendants"), by and through undersigned counsel, hereby file this Second Motion for Extension of time to Respond to Plaintiff Donny Phillips' ("Mr. Phillips") Amended Complaint and state as follows:

1

## BACKGROUND

1.      Plaintiff Donny Phillips ("Mr. Phillips") filed his initial Complaint against Defendants on September 15, 2022. (ECF No. 1).

3.      Defendants Figueroa, Holmes, and Cannon moved, unopposed, for an extension of time to respond to the initial Complaint to allow for sufficient time to investigate whether Mr. Phillips exhausted his administrative remedies.[1] (ECF No. 20). However, before the Court could rule on the motion for extension of time, Mr. Phillip's filed his Amended Complaint on November 17, 2022. (ECF No. 25).

4.      Then, on November 21, 2022, the Court granted Defendants Figueroa, Holmes, and Cannon's motion for an extension of time, stating that responses to the Complaint are due January 17, 2022. (ECF No. 36).

5.      Also, on November 21, 2022, the undersigned counsel appeared on behalf of Defendants Centurion of Florida, LLC, and MHM Health Professionals, LLC, in addition to Defendants Figueroa, Holmes, and Cannon. (ECF Nos. 28, 29, 30).

6.      Collectively, and for clarity, the Centurion Defendants requested an extension of time to file their response to the Amended Complaint on January 17, 2022, in line with Defendants Figueroa, Holmes, and Cannon's original motion for extension of time (ECF No. 20), and with this Court's order entered on November 21, 2022 (ECF No. 36). The Court granted the request. (ECF No. 43).

---

[1] The Eleventh Circuit has held a failure to exhaust defense must be raised in an initial motion to dismiss or the defense could be waived. *Brooks v. Warden*, 706 F. App'x 965, 969 (11th Cir. 2017).

7.     Plaintiff and Defendants conducted a Rule 26(f) conference on November 18, 2022, so that the Centurion Defendants could obtain the relevant grievance records in discovery. At that conference, the Parties agreed the Centurion Defendants should request the records from co-Defendant Ricky Dixon, in his capacity of as Secretary of the Florida Department of Corrections, as opposed to Plaintiff.

8.     Thus, the Centurion Defendants propounded a request for production to Defendant Dixon on November 21, 2022.

9.     Defendant Dixon has requested additional time to produce such records to the Centurion Defendants, which the Centurion Defendants did not oppose.

10.     Because the Centurion Defendants still have not received Mr. Phillips's grievance records, the Centurion Defendants request an additional fourteen (14) day extension until January 31, 2023, to allow sufficient time for Defendant Dixon to produce the grievance records and for the Centurion Defendants to analyze the records to determine if Mr. Phillips exhausted his administrative remedies before the Centurion Defendants respond to the Amended Complaint.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 6(b) provides, in pertinent part, that "when an act may or must be done within a specified time, the court may, for good cause, extend the time: with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . ." As such, the Rule affords the Court wide discretion to enlarge the time for Defendants to respond to the Amended

3

Complaint. *See Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001); *Woods v. Allied Concord Financial Corp.*, 373 F.2d 733 (5th Cir. 1967).[2]

Rule 6(b) should be applied liberally to satisfy the stated purpose of the Federal Rules of Civil Procedure, which is "to secure the just, speedy and inexpensive determination of every action." Fed. R. Civ. P. 1. Enlargements of time should be available when a party demonstrates a reasonable basis for such request. *See Beaufort Concrete Co. v. Atlantic States Construction Co.*, 352 F.2d 460, 462 (5th Cir. 1965) ("Rule 6(b) is a rule of general application giving wide discretion to the court.").

Here, as demonstrated above, there is good cause for allowing an extension until January 31, 2023, to respond to the Amended Complaint so that the Centurion Defendants may obtain the requested discovery and determine whether Mr. Phillips has exhausted his administrative remedies.

WHEREFORE, the Centurion Defendants respectfully request the Court (1) grant this Motion, and (2) grant an extension until January 31, 2023, to allow the Centurion Defendants to collectively respond to the Amended Complaint.

## **LOCAL RULE 3.01(g) CERTIFICATION**

The undersigned certifies he has emailed this motion to counsel for Mr. Phillips, and the motion is unopposed.

DATED: January 11, 2023

*/s/ Jacob B. Hanson*
R. Craig Mayfield, Esq. (FBN 429643)
Jacob B. Hanson, Esq. (FBN91453)

---

[2]Pursuant to *Bonner v. City of Prichard, Ala.*, 661 F.2d 1206 (11th Cir. 1981), opinions of the Fifth Circuit issued prior to October 1, 1981, are binding precedent in the Eleventh Circuit.

W. Blair Castle, Esq. (FBN 1031504)
BRADLEY ARANT BOULT CUMMINGS LLP
100 North Tampa Street, Suite 2200
Tampa, FL  33602
Telephone: (813) 559-5500 | Fax:(813) 229-5946
Primary Email:      cmayfield@bradley.com
Primary Email:      jhanson@bradley.com
Primary Email:      bcastle@bradley.com
Secondary Email:   tabennett@bradley.com
                              sdhayes@bradley.com

Brian A. Wahl (FBN 95777)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place-1819 5th Avenue, N.
Birmingham, AL  35203
Telephone: (205) 521-8000 | Fax: (205) 521-8800
Primary Email:      bwahl@bradley.com
Secondary Email: tramsay@bradley.com
*Attorneys for Defendants Centurion of Florida, LLC
and MHM Health Professionals, LLC, Alexis Figueroa,
M.D., Elizabeth Holmes, and Brittney Cannon*

## CERTIFICATE OF SERVICE

I certify that on January 11, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send electronic notification of service to all counsel of record.

/s/ *Jacob B. Hanson*
Jacob B. Hanson
*Attorney*

5