United States District Court
Middle District of Florida
Jacksonville Division

**DONNY PHILLIPS,**

    Plaintiff,

v.                                                                     **NO. 3:22-cv-997-BJD-LLL**

**RICKY DIXON, ET AL.,**

    Defendants.
_____

### Order Granting Motion for Extension of Time

The Court **grants** defendants Centurion of Florida, LLC, MHM Health Professionals, LLC, Figueroa, Holmes, and Cannon's Unopposed Second Motion for Extension of Time to Respond to Plaintiff's Amended Complaint, doc. 48. Defendants Centurion of Florida, LLC, MHM Health Professionals, LLC, Figueroa, Holmes, and Cannon must respond to the amended complaint, doc. 25, on or before **January 31, 2023**.

**Ordered** in Jacksonville, Florida on January 17, 2023.

*[signature]*
LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
James Murray Slater, Esquire
James V. Cook, Esquire
Michael Hodges, Esquire
John Thomas Buchan, Esquire
Brian Alexander Wahl, Esquire
Jacob Brandon Hanson, Esquire
William Blair Castle, Esquire