UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.

RICKY DIXON, *et al.*,

    Defendants.

Case No. 3:22-cv-997-BJD-LLL

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING SERVICE ON DEFENDANT CONNIE LYNN ADAMS**

    Per the Court's Order to Show Cause [D.E. 46], Plaintiff was required to respond and submit proof of service on Defendant Connie Lynn Adams. Plaintiff filed proof of service on Defendant Connie Lynn Adams. [D.E. 47]. Ms. Adams is represented by Bradley Arant Boult Cummings LLP, which represents the other medical providers in this case. Her counsel has taken the position that her service was not effective, which Plaintiff disputes. Nevertheless, the parties have agreed that Ms. Adams will respond to Plaintiff's complaint with the other medical defendants, whose response is due on or before January 31, 2023 per the Court's Order granting the medical defendants' second motion for extension of time to respond to the complaint. [D.E. 49].

    Accordingly, Plaintiff requests that the order to show cause as to service of Ms. Adams be discharged.

Dated: January 18, 2023.

          Respectfully submitted,

          SLATER LEGAL PLLC

          By: */s/ James M. Slater*
              James M. Slater (FBN 111779)
              113 S. Monroe Street
              Tallahassee, Florida 32301
              Tel: (305) 523-9023
              james@slater.legal

              -and-

          LAW OFFICE OF JAMES COOK

          By: */s/ James V. Cook*
              James V. Cook (FBN 0966843)
              314 W. Jefferson Street
              Tallahassee, Florida 32301
              Tel. (850) 222-8080
              Fax (850) 561-0836
              cookjv@gmail.com

          *Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on January 18, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

          By: */s/ James M. Slater*
              James M. Slater