

**Bureau of Inmate Grievance Appeals**

Formal Grievance Summary By Inmate

Report Date Range: 9/1/2020   To   12/27/2022

Report Date: 12/28/2022

| Date Received | Inmate Number | Inmate Name | Disposition | Class Code | Log Number | Section Responsible | Facility |
|---|---|---|---|---|---|---|---|
| 12/01/2020 | 789552 | PHILLIPS, DONNY | Denied | 07E - MEDICAL PASSES | 2012-231-004 | HEALTH SERVICES | 231 - SUWANNEE C.I. ANNEX |
| 12/02/2020 | 789552 | PHILLIPS, DONNY | Denied | 02L - DRUG/TIER PROGRAM (PGM | 2012-231-018 | HEALTH SERVICES | 231 - SUWANNEE C.I. ANNEX |
| 08/16/2021 | 789552 | PHILLIPS, DONNY | Denied | 07G - MEDICATION | 2108-231-066 | HEALTH SERVICES | 231 - SUWANNEE C.I. ANNEX |
| 09/07/2021 | 789552 | PHILLIPS, DONNY | Denied | 07E - MEDICAL PASSES | 2109-231-010 | HEALTH SERVICES | 231 - SUWANNEE C.I. ANNEX |
| 09/10/2021 | 789552 | PHILLIPS, DONNY | Denied | 07G - MEDICATION | 2109-231-024 | HEALTH SERVICES | 231 - SUWANNEE C.I. ANNEX |
| 09/24/2021 | 789552 | PHILLIPS, DONNY | Returned | 07G - MEDICATION | 2109-231-102 | HEALTH SERVICES | 231 - SUWANNEE C.I. ANNEX |
| 10/07/2021 | 789552 | PHILLIPS, DONNY | Denied | 07P - MEDICAL SUPPLIES | 2110-231-036 | HEALTH SERVICES | 231 - SUWANNEE C.I. ANNEX |
| 12/28/2021 | 789552 | PHILLIPS, DONNY | Denied | 07G - MEDICATION | 2112-231-080 | HEALTH SERVICES | 231 - SUWANNEE C.I. ANNEX |
| 08/25/2022 | 789552 | PHILLIPS, DONNY | Denied | 07P - MEDICAL SUPPLIES | 2208-231-091 | HEALTH SERVICES | 231 - SUWANNEE C.I. ANNEX |
| 10/04/2022 | 789552 | PHILLIPS, DONNY | Denied | 07P - MEDICAL SUPPLIES | 2210-230-006 | HEALTH SERVICES | 230 - SUWANNEE C.I |
| 10/17/2022 | 789552 | PHILLIPS, DONNY | Returned | 07H - INADEQUATE | 2210-231-048 | HEALTH SERVICES | 231 - SUWANNEE C.I. ANNEX |
| Total: | 11 | | | | | | |