FILED WITH AGENCY CLERK
FEB 10 2021
Department of Corrections
Bureau of Inmate Grievance Appeals

# PART B - RESPONSE

| PHILLIPS, DONNY | 789552 | 21-6-00623 | SUWANNEE C.I. ANNEX | K2142S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is determined that the response made to you by Dr. Cruz on 12/9/2020 appropriately addresses the issue you presented.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

_Michelle Schouest_ (signature)   _T. Bowden_ (signature)   2/5/21

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

# FLORIDA DEPARTMENT OF CORRECTIONS
## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

☐ Third Party Grievance Alleging Sexual Abuse

**RECEIVED** JAN 04 2021 Department of Corrections Inmate Grievance Appeals

TO: ☐ Warden ☐ Assistant Warden ☑ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

Phillips, Donny R.
Last / First / Middle Initial

DC Number: 789552

Institution: Suwannee, C.I.

2012-231-004

**Part A – Inmate Grievance**

21-6-00623

I was transferred to Suwannee C.I. on 10/15/20, upon my arrival I was placed into confinement and ALL my medical supply's confiscated by FDC officials, please See: The Settlement Agreement signed by Julie Jones on July 7, 2017, Page-7 #20 that clearly states: (confiscation of Approved Accommodation). The FDC shall NOT confiscate a Covered Inmate's approved accommodation, aid, or service. Also numerous valid medical passes were NOT renewed by Doctor Figurea upon my arrival to Suwannee C.I., Doctor Figurea has/and is continuing to violate my rights to valid medical passes to have access to bathroom and shower (as needed), which is also so ordered by chief United States District Judge (Mark E. Walker) on April 19, 2019. In the United States District Court, Northern District of Florida, Tallahassee Division, Case No. 4:18 cv 139-MW/CAS. Where Mark S. Inch, et al., Defendants clearly have knowledge, AND HAS AGREED TO stay in compliance. Also: Please, See - Page-7 #18 of said Settlement Agreement/(passes), that clearly states, the FDC will issue passes to Covered Inmates to implement ANY accommodations, aids, and services it HAS provided. ALL necessary passes for Covered Inmates WILL remain in effect even when a Covered Inmate is transferred to another facility, so that the Covered Inmate does NOT lose his or her accommodations, auxiliary aids, and services solely because of the transfer. May Disability Rights Florida be placed on NOTICE of said significant breach of this AGREEMENT.

12/20/20
DATE

Signature: Donny R. 789552
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___ / ___
Signature

230-20-766

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution and processed postage free through routine institutional channels. The inmate must provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 6(d).

RECEIVED Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: DEC 22 2020
(Date)
Institutional Mailing Log #: _____

MAILED/FILED
WITH AGENCY CLERK
FEB 19 2021
Department of Corrections
Bureau of Inmate Grievance Appeals

FEB 19 2021
Department of Corrections
Bureau of Inmate Grievance Appeals

## PART B - RESPONSE

| PHILLIPS, DONNY | 789552 | 21-6-01138 | SUWANNEE C.I. ANNEX | N2143S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been received and referred to the Bureau of Classification Management, who provided the following:

The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

Furthermore, be advised that you have not been denied entry. You were instructed on the informal grievance to contact classification regarding your enrollment.

Your administrative appeal is denied.

T. Bowden

_____  *T. Bowden*  2/15/21
SIGNATURE AND TYPED OR PRINTED NAME OF   SIGNATURE OF WARDEN, ASST.   DATE
EMPLOYEE RESPONDING   WARDEN, OR SECRETARY'S
   REPRESENTATIVE

# FLORIDA DEPARTMENT OF CORRECTIONS
## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden ☐ Assistant Warden ☑ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

**RECEIVED** JAN 07 2021 Department of Corrections Inmate Grievance Appeals

Last: Phillips   First: Donny   Middle Initial: R
DC Number: 789552
Institution: Suwannee C.I.

2012-231-018

**Part A – Inmate Grievance**

21-6-01138

On 10/29/20, I was placed into the medical infirmary by Doctor Figueroa, at that time I was in the OP Drug program. During my stay in the medical infirmary department I was refused access to the OP Drug program, and my name never appeared on a call-out, and I was not in confinement, and I should not have to contact the classification department because I was already assigned to this OP Drug class program, and was being seen by Ms. Charloten in the OP program in the Education Building. Page-8 #22 of the Settlement Agreement clearly states, FDC shall not deny an otherwise qualified covered inmate, access to work, vocational, or educational program mine on the basis of that inmate's disability. Please see or refer to informal grievance to the Warden # 2012-231-018. The response was false because I was locked into the medical infirmary and refused access to this OP program, which violates the Settlement Agreement.

DATE: 12/24/20

SIGNATURE OF GRIEVANT AND D.C. #: 789552

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___ / ___   # / Signature

230-20-775

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: DEC 28 2020 (Date)

Institutional Mailing Log #: _____

Received By: M. Staley

**DISTRIBUTION:**
INSTITUTION/FACILITY
INMATE (2 Copies)
INMATE'S FILE
INSTITUTIONAL GRIEVANCE FILE

CENTRAL OFFICE
INMATE
INMATE'S FILE - INSTITUTION./FACILITY
CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE
Incorporated by Reference in Rule 33-103.006, F.A.C.

02L
2012-231-018

DC1-303 (Effective 11/13)

MS

## PART B - RESPONSE

| PHILLIPS, DONNY | 789552 | 21-6-27325 | SUWANNEE C.I. ANNEX | N2143S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing, including medication prescriptions.

It is determined that the response made to you by the Institution on 08/26/2021 appropriately addresses the issues you presented.

Please be advised that inmates do not have the right to dictate how medication is prescribed.

You may not agree with the treatment regimen and you have the right to refuse treatment at any time, but that does not mean that you are not being provided adequate care.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

| _Michelle Schouest_ | _T. Bowden_ | 10/14/21 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

Med

# FLORIDA DEPARTMENT OF CORRECTIONS
## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden ☐ Assistant Warden ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Phillips Donny R.  —  189552  —  Suwannee, C.I.
Last  First  Middle Initial  —  DC Number  —  Institution

---

**Part A – Inmate Grievance**   21-6-27325

2108-231-066, On 7/17/21, around 10:54 AM, I went to the medication window, and spoke to a Nurse Kemp concerning the issue that I needed my court Ordered A+D ointment, she said that she puts the paper work in the Doctor's Box But it Goes missing, On 7/22/21, around 11:00 AM during an ADA Meeting, I spoke to the ADA Nurse Cannon, concerning this issue about the federal court ordered A+D ointment, She stated that she would check, On 8/2/21, around 10:50 AM, at medical being seen again by ADA Nurse Cannon for a skin check, stated she would check, 8/12/21, I put a Sick call slip/Request asking for a Refill of this Court Ordered A+D ointment, On 8/23/21 around 9:30 AM, I was seen by a RN Howell, whom saw a very Serious case of Cellulitis in my Right Leg, and then called Doctor Figueroa on the phone, and then stated to me that the A+D ointment at this time was ordered, Today on 9/8/21, I have not Received this Court Ordered medication, and the Response I Receive through Security concerning this Federal court Ordered Medication are false statements, This medication helps me to fight a Serious painful Issue of Cellulitis in my Right Leg, (Informal Grievance was Not Attached).

Remedy of Relief Sought.
Please allow me to Receive this Federal Court Ordered medication to help me fight (Cellulitis) in my Right Leg. (A+D ointment).

9/8/21
DATE

Signature: Danny Phillips 789552
SIGNATURE OF GRIEVANT AND D.C. #

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___ / _____
#    Signature

## INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED
SEP 13 2021

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____ Institutional Mailing Log #: 230-21-837  um Steel
Assistant Warden - Programs                                                    (Received By)  079
Suwannee Correctional Institution

DISTRIBUTION:  INSTITUTION/FACILITY           CENTRAL OFFICE
               INMATE (2 Copies)               INMATE
               INMATE'S FILE                   INMATE'S FILE - INSTITUTION/FACILITY   2108-231-066
               INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
                                               CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

NS

MAILED/FILED WITH AGENCY CLERK
NOV 17 2021
Department of Corrections
Bureau of Inmate Grievance Appeals

## PART B - RESPONSE

| PHILLIPS, DONNY | 789552 | 21-6-29065 | SUWANNEE C.I. ANNEX | N2143S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing.

It is determined that the response made to you by the Institution on 09/17/2021 appropriately addresses the issues you presented.

Records reviewed indicate that you are scheduled to be seen by the Physician soon, where you can address your medical concerns at that time.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

_Michelle Schouest_ (signature) | _T. Bowden_ (signature) | 11/17/21

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE

Med

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

**RECEIVED**

OCT 08 2021

Department of Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Phillips Donny R.     789552     Suwannee, C.I.
Last  First  Middle Initial     DC Number     Institution

2109-231-010     Part A – Inmate Grievance     21-6-29065

Please Review all Document forwarded Herein; the Assistant Warden Has failed proper Review of this medical Issue, and the skin checks that were done By ADA Nurse Cannon on 8-2-21, as well as other Dates, I was Informed of Red Sores on my Butt area, and this Information "WAS" NOT properly Documented Into my Medical Files, (Along) with many other Documents within the Medical Department By the medical Staff. Records will show that I Have a Federal Court Order, and a Bathroom and Shower pass, which official "ARE" Refusing me access to use During Emergency's, I am and have been being forced to sit in wet urin Soaked Diapers for long periods, which Has Caused the Re-occurce of Cellulitis In my Right leg. Now: My Bathroom and Shower pass Has Run out, Because; Doctor Figueroa and the Medical Department Has Failed to Review It, As well as Failed to properly address a Very Serious Case of Cellulitis. Please; Investigate this medical Doctor Figueroa and his medical Department.

10/4/21
DATE

Danny [signature] - 789552
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:    /
                                                                          #    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 10/5/21 (LM)   Institutional Mailing Log #: _____
                            (Date)

(Received By) 07e

DISTRIBUTION:   INSTITUTION/FACILITY          CENTRAL OFFICE
                INMATE (2 Copies)             INMATE
                INMATE'S FILE                 INMATE'S FILE - INSTITUTION./FACILITY     2109-231-010
                INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                              CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)        Incorporated by Reference in Rule 33-103.006, F.A.C.

MAILED WITH AGENCY CLERK
DEC 17 2021
Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| PHILLIPS, DONNY | 789552 | 21-6-34454 | SUWANNEE C.I. ANNEX | N2143S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing.

It is determined that the response made to you by the Institution on 10/08/2021 appropriately addresses the issues you presented.

Records reviewed indicate that you were seen by the Physician on 11/17/2021, where you could address your medical concerns at that time.

Please be advised inmate grievances/appeals should refrain from using sarcastic or derogatory language when referring to individuals of authority or other inmates. The use of such statements is neither necessary, nor acceptable; and continued use of the same may result in disciplinary action.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

_Michelle Schouest_
SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

_T. Bowden_
SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

12/17/21
DATE

Med

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

NOV 30 2021

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden ☐ Assistant Warden ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

Phillips Dawn R.  789552  Suwannee C.I.
Last First Middle Initial | DC Number | Institution

2110-231-036

Part A – Inmate Grievance

21-6-34454

The Issue at hand concern's a well documented serios medical issue, where on 10/3/21, around 11:30 PM (Sunday) Security refused to allow me to go to the medical department to receive my federal court ordered medical supplies. These officials are acting with retaliation towards myself for my Rights to grievance procedures as well as access to the federal courts "with knowledge" of a federal court order. This act has left me with no medical supplies to urinate in my cloths daily and forced to pay my canteen items to other inmates to wash my cloths. While being refused access to properly clean myself in the ADA Shower. In there response which was "Denied" without a proper review or evaluation, I do have a "Declaration" concerning there/officials direct violation's of my rights to the federal court ordered medical supply's as well as video that will "be an exhibit before a federal court preceding. They cannot corroborate my allegations because the issue was not properly reviewed. And I did give sick call request's which the nurse LPN C. Adams told me "they" lost. And then ordered me to get away from the medical supplies window, that she does not give a Fuck about the federal courts, and that they could do nothing to her. And she Don't Give a Shit.

10/16/21
DATE

Signature 789552
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___ / ___
# Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 10/18/21 (WM)   Institutional Mailing Log #:_____

(Date)

(Received By) 07A

2110-231-036

DISTRIBUTION:
INSTITUTION/FACILITY         CENTRAL OFFICE
INMATE (2 Copies)            INMATE
INMATE'S FILE                INMATE'S FILE - INSTITUTION./FACILITY
INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                             CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

MAILED/FILED
WITH AGENCY CLERK

APR 13 2022

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| PHILLIPS, DONNY | 789552 | 22-6-09259 | SUWANNEE C.I. ANNEX | N2143S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Returned without Action:

Your request for administrative appeal has been received in non-compliance with Chapter 33, "Appeals must be received in the Office of the Secretary within 15 calendar days of the institutional response."

Based on the above information, your appeal is returned without action.

CONFIDENTIAL
THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/ CARE INFORMATION INTENDED FOR THIS ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

_[signature]_ | _[signature]_ | 4/8/22
SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE

Med

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
MAR 28 2022
Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden     ☐ Assistant Warden     ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Phillips | Downy | B | 789552 | Suwannee C.I. |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

**Part A – Inmate Grievance**

2112-231-080                                                    22-6-09259

This Formal Grievance Concerns a very Serious medical issue, on 12/10/21, I filed a informal Grievance to the medical Department c/o the HSA, There Response Dated 12/21/21 (231-2112-0108), Then I forwarded the DC1-303 To the Assistant Warden on 12/22/21, THEN: on 3/24/22 around 7:00pm, I was Called To the officers STation in N-2 Dorm by a Sgt. Aldridge (on Video) and This Sgt. Aldridge gave me my Formal Grievance # 2112-231-080 That was Dated 1/14/22, and at This Time Sgt. Aldridge Stated That She had found This Formal Grievance In the back of the officers Station filing Cabinet and That she had Spoke To the major and was order To give the Formal Grievance To me on This Date 3/24/22, This Formal Grievance # 2112-231-080, the Response within 15 Day was Clearly Violated by officials at No fault of my own, Violating Administrative review Rule 33-103.006, F.A.C, Therefore I am forwarding This DC1-303 To the Secretary, Florida Department of Corrections for further review, "ON" 11/17/21, around 10:00am, I saw Doctor Figueroa Concerning a Very Serious Case of Cellulitis in my Right Leg/ with open bleeding wounds, on This Date Doctor Figueroa perscribed/ordered medications That I Never Recieved. The medical Department Staff and Doctor Figueroa Has Prolonged medical Treatment and Has Refused me access To perscribed medications That Has Caused This very Serious life Threatening Case of Cellulitis To Worsen. (This Formal Grievance # 2112-231-080 was Held Back/placed in the back of the officers Station Cabinet for 64 Days.

3/19/22                                                    Downy [signature] 789552
DATE                                              SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____
                                                                                                                           #            Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 3/25/22 (um)   Institutional Mailing Log #: _____
                                   (Date)
                                                                                                (Received By) 079

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

2112-231-080

DC1-303 (Effective 11/13)                        Incorporated by Reference in Rule 33-103.006, F.A.C.

OCT 19 2022

**PART B - RESPONSE**

| PHILLIPS, DONNY | 789552 | 22-6-28895 | SUWANNEE C.I. ANNEX | I1103L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is determined that the response made to you by Dr. Figueroa on 9/1/22 appropriately addresses the issue you presented.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

_Michelle Schouest_     _T. Bowden_     10/14/22

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING     SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE     DATE

Med

# FLORIDA DEPARTMENT OF CORRECTIONS
## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

**RECEIVED SEP 28 2022 Department of Corrections Bureau of Grievance Appeals**

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden  ☐ Assistant Warden  ☒ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

Donny / Donny R. / _____ / 789552 / Suwannee C.I.
Last / First / Middle Initial / DC Number / Institution

### Part A – Inmate Grievance

22-6-28895

(2208-231-091). In reference to the DC1-303 that I filed on 8/23/22 that is also attacked, the DC1-303 is of a Serious Nature, per there response, there is NO indication that I have been denied access to medical care, well I have suffered a very serious case of Cellulitis in my Right leg with open soar that were leaking, and I have filed a Sick-call Request on 8-22-22, and No follow-up/Never Done in the past, I have been perscribed medications by Doctor Figuero that I Never Received, So, I am left to buy medications off the Compound to apply to my Injurys, and as far as the medical Department being out of medical supplies, DOC - and the medical Department "AGREED" that they would stay in compliance with said Federal Court Order/Which they have Not, please see Federal Court Order, and the Infirmary Orderlies stated that the medical Department Had medical Wipes at the Time I was at the medical Supplies Window on 8-21-22, and the medical Department already knows that I Receive these medical Supplies "Every" Week, and it should by pre-ordered/Never to Run Out. Clearly Violating a Federal Court Order. Even on paper through Grievance procedures official file paste Documents and Refused to Acknowledge or address a life Threatening a Serious medical Issue.

9/14/22
DATE

SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____
# / Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Received

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: SEP 16 2022   Institutional Mailing Log #: 230-22-653  _____
Assistant Warden - Programs                                                    (Received By)
Suwannee Correctional Institution

07p
2208-(231)-091

DISTRIBUTION:
INSTITUTION/FACILITY          CENTRAL OFFICE
INMATE (2 Copies)             INMATE
INMATE'S FILE                 INMATE'S FILE - INSTITUTION./FACILITY
INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                              CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)     Incorporated by Reference in Rule 33-103.006, F.A.C.

MS