## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

vs.                                    Case No. 3:22-cv-00997-BJD-LLL

RICKY DIXON, in his capacity as
Secretary of the Florida Department
of Corrections, CENTURION OF
FLORIDA, LLC, MHM HEALTH
PROFESSIONALS, LLC, ALEXIS
FIGUEROA, M.D., ELIZABETH
HOLMES, BRITTNEY CANNON,
CONNIE LYNN ADAMS, SGT.
SAVONIA RICHARDSON-GRAHAM,
SGT. DEBRA ALDRIDGE, and OFCR,
TERESSA FILLMORE HAWTHORNE,

    Defendants.
_____/

## **NOTICE OF APPEARANCE**

    Jacob B. Hanson, Esq., of the law firm of Bradley Arant Boult Cummings LLP, gives notice of his appearance as counsel for the Defendant Connie Lynn Adams and requests that, pursuant to the applicable Federal Rules of Civil Procedure, all future pleadings, correspondences, notices, and the like be served upon:

        Jacob B. Hanson, Esq.    jhanson@bradley.com (Primary)

        Shelly Hayes             sdhayes@bradley.com (Secondary)

        Tammy Bennett          tabennett@bradley.com  (Secondary)

.

DATED: January 31, 2023

/s/ Jacob B. Hanson
Jacob B. Hanson (Fla. Bar No. 91453)
W. Blair Castle (FBN 1031504)
BRADLEY ARANT BOULT CUMMINGS LLP
100 North Tampa Street, Suite 2200
Tampa, FL  33602
Telephone: (813) 559-5500 | Fax:(813) 229-5946
Primary Email:     jhanson@bradley.com
Primary Email:     bcastle@bradley.com
Secondary Email:  sdhayes@bradley.com
Secondary Email:  tabennett@bradley.com

Brian A. Wahl (Fla. Bar No. 95777)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place-1819 5th Avenue, N.
Birmingham, AL  35203
Telephone: (205) 521-8000|Fax: (205) 521-8800
Primary Email:     bwahl@bradley.com
Secondary Email: tramsay@bradley.com

*Attorneys for Defendants Centurion Of Florida, LLC, MHM Health Professionals, Alexis Figueroa, M.D., Elizabeth Holmes, Brittney Cannon, and Connie Lynn Adams*

## CERTIFICATE OF SERVICE

I certify that on January 31, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send electronic notification of service to all counsel of record.

/s/ Jacob B. Hanson
Jacob B. Hanson
*Attorney*