UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

vs.                                              CASE NO.: 3:22-cv-00997-BJD-LLL

RICKY DIXON, in his capacity as
Secretary of the Florida Department
of Corrections, CENTURION OF
FLORIDA, LLC, MHM HEALTH
PROFESSIONALS, LLC, ALEXIS
FIGUEROA, M.D., ELIZABETH
HOLMES, BRITTNEY CANNON,
CONNIE LYNN ADAMS, SGT.
SAVONIA RICHARDSON-GRAHAM,
SGT. DEBRA ALDRIDGE, and OFCR,
TERESSA FILLMORE HAWTHORNE,

    Defendants.
_____/

**DEFENDANT CONNIE LYNN ADAMS'S
DISCLOSURE STATEMENT**

Defendant Connie Lynn Adams, hereby files the following disclosure statement pursuant Fed. R. Civ. P. 7.1 and Local Rule 3.03:

**1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:**

    A.    Plaintiff

      i. Donny Phillips

     ii. James V. Cook, Esq., Counsel for Plaintiff

    iii. James M. Slater, Esq., Counsel for Plaintiff

B. Defendants

      i. Centurion of Florida, LLC

        1. Related Entities

          a. Centurion, LLC

          b. Centene Corporation

     ii. MHM Health Professionals, LLC

        1. Related Entities

          a. Centurion, LLC

          b. Centene Corporation

    iii. Alexis Figueroa, M.D.

    iv. Elizabeth Holmes

     v. Brittney Cannon

    vi. Connie Lynn Adams

   vii. Sgt. Savonia Richardson-Graham

  viii. Sgt. Debra Aldridge

    ix. Ofcr, Teressa Fillmore Hawthorne

      i. Ricky Dixon

     ii. Brian Wahl, Esq., Counsel for Defendants Centurion of Florida, LLC, MHM Health Professionals, LLC, Alexis Figueroa, M.D.,

2

       Elizabeth Holmes, Brittney Cannon, and Connie Lynn Adams

   iii. Jacob B. Hanson, Esq., Counsel for Defendants Centurion of Florida, LLC, MHM Health Professionals, LLC, Alexis Figueroa, M.D., Elizabeth Holmes, Brittney Cannon, and Connie Lynn Adams

   iv. W. Blair Castle, Esq., Counsel for Defendants Centurion of Florida, LLC, MHM Health Professionals, LLC, Alexis Figueroa, M.D., Elizabeth Holmes, Brittney Cannon and Connie Lynn Adams

   v. Thomas Buchan, Counsel for Defendants Ricky Dixon, Savonia Richardson, Debra Aldridge, and Teressa Fillmore Hawthorne

**2. The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings:**

  A. Centurion of Florida, LLC, is a wholly owned subsidiary of Centurion, LLC which is, in turn a wholly owned subsidiary of Centene Corporation, a publicly traded company.

  B. MHM Health Professionals, LLC, is a wholly owned subsidiary of Centene Corporation, a publicly traded company.

**3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors'**

committee (or twenty (20) largest unsecured creditors) in bankruptcy cases:

    A.    None.

**4.** **The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

    A.    Donny Phillips seeks damages

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: January 31, 2023

Respectfully Submitted,

*/s/ Jacob Hanson*
R. Craig Mayfield, Esq. (FBN 429643)
Jacob B. Hanson (Fla. Bar No. 91453)
BRADLEY ARANT BOULT CUMMINGS LLP
100 North Tampa Street, Suite 2200
Tampa, FL  33602
Telephone: (813) 559-5500 | Fax:(813) 229-5946
Primary Email:     cmayfield@bradley.com
Primary Email:     jhanson@bradley.com
Secondary Email:  tabennett@bradley.com
                              sdhayes@bradley.com

Brian A. Wahl (Fla. Bar No. 95777)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place-1819 5th Avenue, N.
Birmingham, AL  35203
Telephone: (205) 521-8000|Fax: (205) 521-8800
Primary Email:     bwahl@bradley.com

4

Secondary Email: tramsay@bradley.com

*Attorneys for Defendants, Centurion of Florida, LLC and MHM Health Professionals, LLC, Alexis Figueroa, M.D., Elizabeth Holmes, Brittney Cannon, and Connie Lynn Adams*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will electronically provide service to all counsel of record.

/s/ *Jacob Hanson*
Jacob Hanson