UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.

RICKY DIXON, *et al.*,

    Defendants.

Case No. 3:22-cv-997-BJD-LLL

**NOTICE OF VOLUNTARY DISMISSAL OF
CENTURION DEFENDANTS WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Donny Phillips voluntarily dismisses this action against Defendants Centurion of Florida, LLC, MHM Health Professionals, LLC, Alexis Figueroa, Elizabeth Holmes, Brittney Cannon, and Connie Lynn Adams (collectively, the "Centurion Defendants") without prejudice. *See Walker v. Home Point Fin. Corp.*, 571 F. Supp. 3d 1275 (M.D. Fla. 2021). The Centurion Defendants have not served any answer or motion for summary judgment in this action. This notice does not pertain to the remaining defendants in this case.

Respectfully submitted this 1st day of February 2023.

                            */s/ James V. Cook*
                            James V. Cook (FBN 966843)
                            Law Office of James Cook
                            314 West Jefferson Street
                            Tallahassee, FL 32301
                            (850) 222-8080; 561-0836 fax
                            cookjv@gmail.com

-and-

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32302
james@slater.legal
Tel (305) 523-9023

*Attorneys for Plaintiff Donny Phillips*

## Certificate of Service

I hereby certify that on February 1, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

*/s/ James M. Slater*
James M. Slater