UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.   Case No. 3:22-cv-997-BJD-LLL

RICKY DIXON, et al.,

    Defendants.

_____

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal of Centurion Defendants Without Prejudice (Doc. 60).

Accordingly, it is now

**ORDERED:**

1.   All claims against Defendants Centurion of Florida, LLC; MHM Health Professionals, LLC; Alexis Figueroa; Elizabeth Holmes; Brittney Cannon; and Connie Lynn Adams (Centurion Defendants) are **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

2.   The Centurion Defendants' Motions to Dismiss (Docs. 51, 52, 53, 54, 59) are **DENIED as moot**.

3.   Pursuant to Rule 54(b), Federal Rules of Civil Procedure, finding no just reason for delay, the **Clerk** is directed to enter judgment dismissing

the claims against the Centurion Defendants and terminate them as parties to this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of February, 2023.

_____
BRIAN J. DAVIS
United States District Judge

caw 2/2
c:
Counsel of Record