UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.   Case No. 3:22-CV-997-BJD-LLL

RICKY DIXON in his Official Capacity as Secretary of the Florida Department of Corrections, CENTURION OF FLORIDA, LLC, MHM HEALTH PROFESSIONALS, LLC, ALEXIS FIGUEROA, M.D., ELIZABETH HOLMES, BRITNNEY CANNON, CONNIE LYNN ADAMS, SGT. SAVONIA RICHARDSON-GRAHAM, SGT. DEBRA ALDRIDGE, and OFCR TERESSA FILLMORE HAWTHORNE

    Defendants.
_____/

## UNOPPOSED MOTION TO WITHDRAW MOTION FOR JUDGMENT ON THE PLEADINGS, OR MOTION TO STAY

Defendants Dixon, Richardson-Graham, Aldridge, and Fillmore Hawthorne, by and through undersigned counsel, hereby move without opposition to withdraw their Motion for Judgment on the Pleadings, or Motion to Stay [Doc. 63].

Respectfully submitted,

*/s/ Thomas Buchan*
Thomas Buchan
Florida Bar No. 1010923
Howell, Buchan & Strong
2898-6 Mahan Dr.
Tallahassee, Florida 32308
Phone: (850) 877-7776
Email: Tom@jsh-pa.com
*Attorney for Defendants Dixon, Richardson-Graham, Aldridge, and Fillmore Hawthorne*

## CERTIFICATE OF COMPLAINCE WITH LOCAL RULE 3.01(g)

I hereby certify that I have conferred with the opposing party by email and the motion is unopposed.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF on March 28, 2023.

*/s/ Thomas Buchan*
Thomas Buchan