UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.                                            Case No. 3:22-cv-997-BJD-LLL

RICKY DIXON, et al.,

    Defendants.
_____

## ORDER

Defendants' Unopposed Motion to Withdraw Motion for Judgment on the Pleadings, or Motion to Stay (Doc. 65) is **GRANTED**. The **Clerk** is directed to terminate the Motion for Judgment on the Pleadings, or Motion to Stay (Doc. 63).

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of March, 2023.

_____
BRIAN J. DAVIS
United States District Judge

caw 3/29
c:
Counsel of Record