UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DONNY PHILLIPS,**

    Plaintiff,                                  Case No. 3:22-CV-997-BJD-LLL

v.

**RICKY DIXON in his Official Capacity as Secretary of the Florida Department of Corrections, CENTURION OF FLORIDA, LLC, MHM HEALTH PROFESSIONALS, LLC, ALEXIS FIGUEROA, M.D., ELIZABETH HOLMES, BRITNNEY CANNON, CONNIE LYNN ADAMS, SGT. SAVONIA RICHARDSON-GRAHAM, and OFCR TERESSA FILLMORE HAWTHORNE**

    **Defendants.**
_____/

## NOTICE OF APPEARANCE

The undersigned hereby files this Notice of Appearance as counsel of record for the Defendant RICKY DIXON, SAVONIA RICHARDSON, DEBRA ALDRIDGE, and TERESSA FILLMORE HAWTHORNE in the above-referenced case. Please direct all pleadings, correspondence, and other communications regarding this case to:

    Lauren F. Strickland, Esquire
    Howell, Buchan & Strong
    2898-6 Mahan Drive

1

>Tallahassee, Florida 32308
>Phone: (850) 877-7776
>Email: lauren@jsh-pa.com

DATED this 28th day of April, 2023.

>Respectfully submitted,
>
>/s/ Lauren F. Strickland
>Lauren F. Strickland
>Florida Bar No. 70781
>Howell, Buchan & Strong
>2898-6 Mahan Drive
>Tallahassee, Florida 32308
>Phone: (850) 877-7776
>Email: lauren@jsh-pa.com
>*Attorney for Defendant Ricky Dixon, Savonia Richardson, Debra Aldridge, and Teressa Fillmore Hawthorne*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served via CM/ECF, this 28th day of April, 2023.

>/s/ Lauren F. Strickland
>Lauren F. Strickland