UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.                                                                              Case No. 3:22-cv-997-BJD-LLL

RICKY DIXON, et al.,

    Defendants.

_____/

## ORDER APPOINTING MEDIATOR

Pursuant to the Notice of Mediation (Doc. 68) and in accordance with the rules governing mediation set forth in Chapter Four of the Rules of the United States District Court for the Middle District of Florida, it is

**ORDERED** that the following individual is appointed to serve as mediator in this action:

| | |
|---|---|
| **Name of Mediator:** | Thomas H. Bateman, III, Esq. |
| **Firm's Name and Address:** | Messer Caparello, P.A.<br>2618 Centennial Place<br>Tallahassee, FL 32308 |
| **Telephone Number:** | (850) 201-5221 |

DONE and ORDERED in Jacksonville, Florida this $\underline{18}^{th}$ day of May, 2023.

_____

**BRIAN J. DAVIS**
United States District Judge

cs
Copies to:

All counsel of record
unrepresented parties (if any)