UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DONNY PHILLIPS,**

    Plaintiff,

v.                                        Case No. 3:22-cv-997-BJD-LLL

**RICKY DIXON, in his Official Capacity as Secretary of the Florida Department of Corrections, CENTURION OF FLORIDA, LLC, MHM HEALTH PROFESSIONALS, LLC, ALEXIS FIGUEROA, M.D., ELIZABETH HOLMES, BRITNNEY CANNON, CONNIE LYNN ADAMS, SGT. SAVONIA RICHARDSON-GRAHAM, SGT. DEBRA ALDRIDGE, and OFCR TERESSA FILLMORE HAWTHORNE**

    Defendants,
_____/

### DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO DEPOSE INCARCERATED PLAINTIFF

Defendants Dixon, Richardson-Graham, Aldridge, and Fillmore Hawthorne, by and through undersigned counsel, hereby move this Court for leave to depose Plaintiff, DONNY PHILLIPS, DC #789552, who is presently incarcerated at Suwanee Correctional Institution Annex in Live Oak, Florida. Because inmate Phillips is currently incarcerated, Rule 30(a)(2)(B), Federal Rules of Civil Procedure requires that Defendants seek leave from this Court "if the deponent is confined in

1

prison." Defendants are entitled to depose inmate Phillips because he is the plaintiff in this case and he will suffer no prejudice by giving this discovery. Further, this deposition is both necessary and relevant to the defense of this action. Defendants will arrange with Suwanee Correctional Institution Annex staff to depose inmate Phillips either remotely via videoconference or at the institution in person.

WHEREFORE, based upon the foregoing, Defendants respectfully request that the Court grant this motion and allow the Defendants to take the deposition of Plaintiff Phillips.

Respectfully submitted,

*/s/ Thomas Buchan*
Thomas Buchan
Florida Bar No. 1010923
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Tom@jsh-pa.com
*Attorneys for Defendants Dixon, Richardson-Graham, Aldridge, and Fillmore Hawthorne*

**CERTIFICATE OF COMPLAINCE WITH LOCAL RULE 3.01(g)**

I hereby certify that I have conferred with Plaintiff's counsel by email and the motion is unopposed.

*/s/ Thomas Buchan*
Thomas Buchan

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF on May 31, 2023.

                                         */s/ Thomas Buchan*
                                         Thomas Buchan