United States District Court
Middle District of Florida
Jacksonville Division

**DONNY PHILLIPS,**

    **Plaintiff,**

**v.**                                                         **NO. 3:22-cv-997-BJD-LLL**

**RICKY DIXON, ET AL.,**

    **Defendants.**

_____

### Order

The Court **grants** Defendants' Unopposed Motion for Leave to Depose Incarcerated Plaintiff, doc. 70. Counsel must contact the warden of plaintiff's institution to arrange an appropriate time and place.

**Ordered** in Jacksonville, Florida on June 2, 2023.

                                              LAURA LOTHMAN LAMBERT
                                              United States Magistrate Judge

c:
James Murray Slater, Esquire
James V. Cook, Esquire
John Thomas Buchan, Esquire
Lauren F. Strickland, Esquire
Brian Alexander Wahl, Esquire
Jacob Brandon Hanson, Esquire
William Blair Castle, Esquire