UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DONNY PHILLIPS,**

    **Plaintiff,**

v.                                          **CASE NO: 3:22-CV-997-BJD-LLL**

**RICKY DIXON in his Official Capacity as Secretary of the Florida Department of Corrections, CENTURION OF FLORIDA, LLC, MHM HEALTH PROFESSIONALS, LLC, ALEXIS FIGUEROA, M.D., ELIZABETH HOLMES, BRITNNEY CANNON, CONNIE LYNN ADAMS, SGT. SAVONIA RICHARDSON-GRAHAM, and OFCR TERESSA FILLMORE HAWTHORNE,**

    **Defendants.**
_____/

## DEFENDANTS' NOTICE OF MEDIATION

NOTICE IS HEREBY GIVEN that, after conferral with counsel for Plaintiff, this case is scheduled for mediation on August 3, 2023, at 9:00 a.m., to be conducted by Mediator Thomas H. Bateman, III of Messer Caparello, P.A., Tallahassee, Florida, by Zoom Video Conference.

The Zoom link will be provided to all participants by the mediator's office in advance of the mediation date.

1

Respectfully submitted,

*/s/ Lauren F. Strickland*
Lauren F. Strickland, Esq.
Florida Bar No. 70781
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
lauren@jsh-pa.com
*Attorney for Defendants Ricky Dixon, Savonia Richardson-Graham, Debra Aldridge, and Teressa Fillmore Hawthorne*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was e-filed electronically through Florida Courts E-Filing Portal to all counsel of record on July 5, 2023.

*/s/ Lauren F. Strickland*
Lauren F. Strickland, Esq.