*Article*

Journal of Correctional Health Care
2018, Vol. 24(4) 337-341
© The Author(s) 2018
Article reuse guidelines:
sagepub.com/journals-permissions
DOI: 10.1177/1078345818792235
journals.sagepub.com/home/jcx
$SAGE

# Sepsis Mortality in the U.S. Correctional System: An Underappreciated Disparity

Jason Chertoff, MD, MPH[1], Paul Stevenson, MD[2], and Hassan Alnuaimat, MD[1]

## Abstract

The effect of incarceration on sepsis outcomes in the United States is infrequently described in the literature. This study sought to investigate whether being incarcerated affected mortality rates in sepsis. The retrospective study used data from October 1, 2013, to November 30, 2016, of patients admitted with a diagnosis of sepsis at a tertiary care center with a primary outcome of in-hospital mortality. The study cohort included 8,568 cases of sepsis, of which 8,448 were noninmates and 120 were inmates. Overall mortality was 15.7%; for noninmates, the rate was 15.3%, and for inmates, 42.5%. The risk of death among inmates was 2.8 times that of noninmates. Neither age, sex, nor race were significant confounders. Findings suggest a direct association between incarceration and sepsis mortality. Larger regional or nationwide case-control studies should be conducted to confirm these findings.

## Keywords

sepsis, disparity, mortality, inmate, correctional health care

## Introduction

The incarcerated U.S. population presents challenges to health care due to its large infectious disease burden, chronic medical conditions, rising costs, and health disparities (Binswanger, Krueger, & Steiner, 2009; Binswanger, Redmond, Steiner, & Hicks, 2012; Binswanger et al., 2007). While incarcerated individuals make up only 3% of the U.S. population, they bear a disproportionate burden of infectious disease (London & Myers, 2006); reports have estimated that 4% of all tuberculosis cases, 20% to 26% of all HIV/AIDS cases, and 29% to 43% of all hepatitis C virus cases in the United States are from prisons and jails (Hammett, Harmon, & Rhodes, 2002). Inmates

[1] Division of Pulmonary, Critical Care, and Sleep Medicine, Department of Internal Medicine, University of Florida College of Medicine, Gainesville, FL, USA
[2] Department of Internal Medicine, University of Florida College of Medicine, Gainesville, FL, USA

**Corresponding Author:**
Jason Chertoff, MD, MPH, Division of Pulmonary, Critical Care, and Sleep Medicine, Department of Internal Medicine, University of Florida College of Medicine, 1600 SW Archer Road, Gainesville, FL 32608, USA.
Email: jason.chertoff@medicine.ufl.edu

are more likely to suffer from hypertension, asthma, arthritis, cancer, and hepatitis than the general U.S. population, while having similar rates of diabetes and coronary artery disease (Binswanger et al., 2009). The correctional system's expanding and aging population with these infectious diseases and chronic conditions may be driving increasing correctional health care costs (Ahalt, Trestman, Rich, Greifinger, & Williams, 2013; Mitka, 2004; Williams, Stern, Mellow, Safer, & Greifinger, 2012). Yet, despite the rising expenditures, inmates do not always have timely access to appropriate levels of medical care (Ahalt et al., 2013; Mitka, 2004; Nowotny, 2016; Williams et al., 2012). In fact, more than half of inmates feel that the health care they receive is worse than what they received 12 months prior to incarceration (Maruschak, Berzofsky, & Unangst, 2015; Patterson, 2010).

Sepsis, a syndrome that occurs when a body's response to an insult, such as infection, becomes maladaptive and injures its organs and tissues, presents another significant challenge for inmates (Chertoff, Chisum, Garcia, & Lascano, 2015). Prison has been identified as a stressor that is hypothesized to weaken the body's ability to respond to additional stressors, such as infection and sepsis (Massoglia, 2008; Spaulding et al., 2011). Compounding this proposed vulnerability is the fact that individuals with a history of incarceration appear consistently more likely to be afflicted with infectious disease, seemingly increasing the risk of sepsis and poor outcomes (Massoglia, 2008; Watson, Stimpson, & Hostick, 2004).

There are limited data on how incarceration affects sepsis outcomes, which is exacerbated by the correctional health care systems' lack of ties to academia (Kendig, 2004; Raimer & Stobo, 2004). Another challenge may be due to the historical examples and present-day concerns and misunderstandings of studying inmates for the purposes of science (Kendig, 2004; Restum, 2005). However, there are some reports that do provide insights. In California's correctional system, due to the federal receivership, annual reports that indicate sepsis (and/or pneumonia) have been in the top nine causes of death from 2007 to 2013 (Imai, 2014).

Our study was conceived in hopes of better understanding how incarceration affects sepsis mortality. We hypothesized that the challenges faced by incarceration and correctional health care might worsen survival from sepsis.

## Method

The study was a single-center retrospective cohort study of adult patients with admission diagnoses of sepsis, severe sepsis, and/or septic shock admitted to University of Florida Health Shands Hospital in Gainesville, FL, from October 1, 2013, to November 30, 2016, and approved by the institutional review board (IRB). We examined sepsis mortality in inmates (prison and jail inmates, as well as individuals in police custody) compared to noninmates. The included patients were obtained by searching the hospital database for sepsis-specific diagnostic codes (Inpatient International Classification of Disease Clinical Modification 9th edition diagnosis codes of 038, and subtypes, 995.91, 995.92, and/or 785.52). We defined the inmate population by payor (i.e., inmate, correctional, prison, Corizon, or Prime Health Services) and admit source (i.e., court or law enforcement).

All patients were managed according to our institutional sepsis guidelines, including lactate measurement on arrival, fluid resuscitation with evaluation of dynamic measures of fluid response with a goal to achieve a mean arterial blood pressure (MAP) equal to or greater than 65 mmHg, vasopressor medications whenever necessary to achieve the goal MAP after fluid resuscitation, infection source control, cultures, and appropriate antibiotic therapy. For all patients, resuscitation efforts were initiated either in the emergency department or on the medical floor. The institutional resuscitation policy for sepsis is identical regardless of where it is initiated (i.e., emergency department, floor). All patients received antibiotic therapy with the initiation of treatment. Depending on

Case 3:22-cv-00997-BJD-LLL   Document 74-2   Filed 08/18/23   Page 3 of 5 PageID 893

**Table 1.** Demographics and Sepsis Mortality in the Inmate and Noninmate Population
University of Florida Health Shands Hospital
Adults With Encounter for Sepsis Discharged Between October 1, 2013, and November 30, 2016.

| Demographic/Outcome | Inmate Population | Noninmate Population | Total Population |
|---|---|---|---|
| Mean age (years) | 55.5 | 58.4 | 58.3 |
| Race | | | |
|   Black % | 40.8 | 21.3 | 21.5 |
|   White % | 53.3 | 73.3 | 73.0 |
|   Other % | 5.9 | 5.4 | 5.5 |
| Sex (male %) | 94.2 | 51.9 | 52.4 |
| Sepsis cases | 120 | 8,448 | 8,568 |
| Sepsis deaths | 51 | 1,293 | 1,344 |
| Mortality (%) | 42.5 | 15.3 | 15.7 |

respiratory status, patients were treated with oxygen therapy, noninvasive positive pressure ventilation, or intubation with mechanical ventilation.

We calculated the risk of death among those exposed (inmates) and compared it with those not exposed (noninmates) by calculating relative risk, risk difference, and odds ratio. A two-sample test of proportions for equality of two proportions with continuity correction was used to compare sepsis mortality between inmates and noninmates. Logistic regression was then performed to identify potential confounding of the crude results by three independent demographic variables: age, sex, and race.

## Results

The study cohort included 8,568 patients admitted with sepsis (Table 1). Of these, 1,344 patients died (total sepsis mortality rate = 15.7%). The noninmate population made up the vast majority of all sepsis cases ($N = 8,448$), with 1,293 dying (15.3%). Of the 120 inmates admitted with sepsis, 51 died (42.5%).

The crude risk of death among inmates was 2.8 times that of noninmates (RR = 2.8, 95% CI [2.2, 3.4], $p = .000$). The crude risk difference between inmates and noninmates was 0.27 (RD = 0.27, 95% CI [0.18, 0.36], $p = .000$). The crude odds of death for inmates was 4.09 times the odds of death among noninmates ($OR = 4.09$, 95% CI [2.84, 5.89], $p = .000$). Utilizing logistic regression, the adjusted risk of death among inmates was 2.6 times that of noninmates (RR = 2.6, 95% CI [1.9, 3.1], $p = .000$). The adjusted risk difference between inmates and noninmates was 0.24 (RD = 0.24, 95% CI [0.16, 0.34], $p = .000$). The adjusted odds of death for inmates was 4.03 times the odds of death among noninmates ($OR = 4.03$, 95% CI [2.81, 5.75], $p = .000$).

## Discussion

Health care outcomes in correctional facilities continue to be an understudied area of medicine (Ahalt, Binswanger, Steinman, Tulsky, & Williams, 2012; Wilper et al., 2009). While the literature exists describing infectious disease rates, impacts of addiction, and mental health in correctional facilities, there is little that discusses how incarcerated persons fare with sepsis. More evidence is needed to evaluate sepsis outcomes in the correctional system and to evaluate for potential disparities in mortality.

Our study provides insight into how incarceration affects survival from sepsis. The data suggest that inmates with sepsis are more likely to die than noninmates with sepsis. Sepsis is already a major

cause of death in patients admitted to the hospital, and to find such a substantial association between incarceration and sepsis mortality is alarming.

Differences in the inmate population, when compared to the general population, may help explain their increased mortality from sepsis. As previously mentioned, inmates are less equipped to eradicate infection and other stresses due to incarceration (Massoglia, 2008). Sepsis may overwhelm an already enervated body's ability to cope with further insults precipitating death. Also, inmates bear a significant excess of liver disease when compared to the general population (Ahalt et al., 2013; Binswanger et al., 2009; Maruschak et al., 2015). In sepsis, which can lead to multi-organ failure, each additional organ that is affected contributes to increased mortality rate. Thus, inmates may start at a disadvantage when confronted with infection, if they have preexisting liver disease (Bunchorntavakul, Chamroonkul, & Chavalitdhamrong, 2016; Strnad, Tacke, Koch, & Trautwein, 2017). Other comorbid conditions such as HIV/AIDS and having a multitude of chronic conditions could also contribute to increased sepsis mortality. Finally, reluctance to access correctional health care may lead to delayed recognition of sepsis due to the fact that many inmates are dissatisfied with their health care. A conflict may exist where medical attention is not sought immediately when patients first begin to develop worsening infection and sepsis.

Our study has several limitations that require mentioning. First, due to IRB constraints, we were not able to collect certain demographic information that could have potentially confounded our results. Thus, if significant differences in these confounders existed between the two populations, they could have significantly biased our findings; future studies that are able to collect and control for these potential covariates might rectify this issue. Second, also due to IRB constraints, we were not able to account for any preexisting medical comorbidities or illness severity (i.e., SOFA, APACHE, etc.), which may have significantly biased our results. Moreover, this bias could theoretically be enhanced due to the relatively small inmate population compared to the noninmate population. Furthermore, our study was performed at one institution, which limits generalizability since our surrounding prisons and jails may have radically different health care resources than in other regions of the United States. Finally, our results were for nonsurgical patients, which make extrapolations to surgical patients potentially inaccurate.

## Conclusions

In summary, while the literature for sepsis outcomes of inmates is minimal, our study provides clear evidence of an association between sepsis mortality and incarceration. Larger regional or nationwide case-control studies should be conducted to confirm incarceration as an independent risk factor for mortality in sepsis. Also, further research into general health care outcomes of incarcerated persons is critical to identifying possible areas of disparity, such as this one, and to drive meaningful changes to improve inmate health and well-being.

### Declaration of Conflicting Interests

The authors disclosed no conflicts of interest with respect to the research, authorship, or publication of this article. For information about *JCHC*'s disclosure policy, please see the Self-Study Program.

### Funding

The authors received no financial support for the research, authorship, and/or publication of this article.

### References

Ahalt, C., Binswanger, I. A., Steinman, M., Tulsky, J., & Williams, B. A. (2012). Confined to ignorance: The absence of prisoner information from nationally representative health data sets. *Journal of General Internal Medicine*, *27*, 160–166.

Ahalt, C., Trestman, R. L., Rich, J. D., Greifinger, R. B., & Williams, B. A. (2013). Paying the price: The pressing need for quality, cost, and outcomes data to improve correctional health care for older prisoners. *Journal of the American Geriatrics Society*, *61*, 2013–2019.

Binswanger, I. A., Krueger, P. M., & Steiner, J. F. (2009). Prevalence of chronic medical conditions among jail and prison inmates in the USA compared with the general population. *Journal of Epidemiology and Community Health*, *63*, 912–919.

Binswanger, I. A., Redmond, N., Steiner, J. F., & Hicks, L. S. (2012). Health disparities and the criminal justice system: An agenda for further research and action. *Journal of Urban Health*, *89*, 98–107.

Binswanger, I. A., Stern, M. F., Deyo, R. A., Heagerty, P. J., Cheadle, A., Elmore, J. G., & Koepsell, T. D. (2007). Release from prison—A high risk of death for former inmates. *New England Journal of Medicine*, *356*, 157–165.

Bunchorntavakul, C., Chamroonkul, N., & Chavalitdhamrong, D. (2016). Bacterial infections in cirrhosis: A critical review and practical guidance. *World Journal of Hepatology*, *8*, 307–321.

Chertoff, J., Chisum, M., Garcia, B., & Lascano, J. (2015). Lactate kinetics in sepsis and septic shock: A review of the literature and rationale for further research. *Journal of Intensive Care*, *3*, 39.

Hammett, T. M., Harmon, M. P., & Rhodes, W. (2002). The burden of infectious disease among inmates of and releasees from US correctional facilities, 1997. *American Journal of Public Health*, *92*, 1789–1794.

Imai, K. (2014). *Analysis of 2013 inmate death reviews in the California correctional healthcare system*. Retrieved from https://cchcs.ca.gov/wp-content/uploads/sites/60/2017/08/OTRES_DeathReviewAnalysisYear2013_20141027.pdf

Kendig, N. E. (2004). Correctional health care systems and collaboration with academic medicine. *Journal of the American Medical Association*, *292*, 501–503.

London, A. S., & Myers, N. A. (2006). Race, incarceration, and health: A life-course approach. *Research on Aging*, *28*, 409–422.

Maruschak, L., Berzofsky, M., & Unangst, J. (2015). *Medical problems of state and federal prisoners and jail inmates, 2011-12* (NCJ 248491). Washington, DC: Bureau of Justice Statistics.

Massoglia, M. (2008). Incarceration as exposure: The prison, infectious disease, and other stress-related illnesses. *Journal of Health and Social Behavior*, *49*, 56–71.

Mitka, M. (2004). Aging prisoners stressing health care system. *Journal of the American Medical Association*, *292*, 423–424.

Nowotny, K. M. (2016). Social factors related to the utilization of health care among prison inmates. *Journal of Correctional Health Care*, *22*, 129–138.

Patterson, E. J. (2010). Incarcerating death: Mortality in U.S. state correctional facilities, 1985–1998. *Demography*, *47*, 587–607.

Raimer, B. G., & Stobo, J. D. (2004). Health care delivery in the Texas prison system: The role of academic medicine. *Journal of the American Medical Association*, *292*, 485–489.

Restum, Z. G. (2005). Public health implications of substandard correctional health care. *American Journal of Public Health*, *95*, 1689–1691.

Spaulding, A. C., Seals, R. M., McCallum, V. A., Perez, S. D., Brzozowski, A. K., & Steenland, N. K. (2011). Prisoner survival inside and outside of the institution: Implications for health-care planning. *American Journal of Epidemiology*, *173*, 479–487.

Strnad, P., Tacke, F., Koch, A., & Trautwein, C. (2017). Liver—Guardian, modifier and target of sepsis. *Nature Reviews, Gastroenterology and Hepatology*, *14*, 55–66.

Watson, R., Stimpson, A., & Hostick, T. (2004). Prison health care: A review of the literature. *International Journal of Nursing Studies*, *41*, 119–128.

Williams, B. A., Stern, M. F., Mellow, J., Safer, M., & Greifinger, R. B. (2012). Aging in correctional custody: Setting a policy agenda for older prisoner health care. *American Journal of Public Health*, *102*, 1475–1481.

Wilper, A. P., Woolhandler, S., Boyd, J. W., Lasser, K. E., McCormick, D., Bor, D. H., & Himmelstein, D. U. (2009). The health and health care of US prisoners: Results of a nationwide survey. *American Journal of Public Health*, *99*, 666–672.