Donald C. Kern, MD, MPH, CCHP
2974 Rhodes Circle South
Birmingham, AL 35205

James V. Cook, Esq.
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301

February 4, 2019

RE: **Donny Phillips v. Julie Jones, et. al., in the United States District Court for the Northern District of Florida, Tallahassee Division, Case No. 4:18-cv-139-MW/CAS**

Dear Mr. Cook:

I write in connection with the case of Donny Phillips v. Julie Jones, et. al.

I have, as you requested, reviewed materials regarding Donny Phillips. The materials included the following:

    Various photographs
    Various medical documents, including but not limited to:
        Progress notes
        Protocol forms
        Sick call requests
        Clinician orders
        Health passes
        Consultations
    Various emails between Mr. Phillips and his sister
    Various inmate affidavits

All of the opinions and conclusions in this report are rendered to a reasonable degree of medical and professional certainty. I reserve the right to revise my report and opinions as new information may become available.

My qualifications to serve as an expert witness on behalf of Donny Phillips include the following, all of which are more specifically contained in my Curriculum Vitae. I am a physician board certified in both Internal Medicine and in Public Health and General Preventive Medicine.

Scanned by CamScanner

I am a past Board Member of the National Commission on Correctional Health Care and a past President of the American College of Correctional Physicians. Since 1995 I have worked in both prison and jail settings with employment at various times in the private sector, in academia, and in civil service. I have worked in facilities of varying security levels and systems of varying sizes with average daily populations ranging from under 100 to over 14,000 (as Medical Director of Correctional Health Services in the Department of Health and Mental Hygiene of The City of New York). Presently I am employed as Corporate Medical Director for Quality Correctional Health Care, Inc., and also have an appointment as Adjunct Professor of Health Care Organization and Policy in the University of Alabama at Birmingham School of Public Health.

Donny Ray Phillips (D.O.B. 14 August 1960) was received into the State of Florida Department of Corrections on or about 21 December 2013. His health problem list includes diagnoses of Paraplegia, a history of deep venous thrombosis and pulmonary embolus requiring treatment with Warfarin (brand name Coumadin), and a history of coronary artery disease (C.A.D.). A Health Services Profile dated 18 April 2018 lists as Assignment Restrictions "permanent wheelchair, cushion, and key lock pass". A Periodic Screening Encounter dated 7 November 2018 lists Current Passes as "wipes, pull ups, wheel chair with cushion, keylock, and urinal" for issues with urinary and bowel incontinence.

Mr. Phillips was seen by Dr. Acevedo on 19 December 2018 in urgent care for edema of the lower extremities. Dr. Acevedo noted a history of venous insufficiency and cellulitis in the legs. He noted erythema of the right leg and diagnosed cellulitis, ordering antibiotic treatment. The patient had a previous episode of cellulitis on 10 September 2018 requiring admission to the infirmary. At that time he had "pitting tight edema" of his right leg and was also given antibiotic treatment. Another previous episode occurred around 2 August 2018, when the patient's leg was described as "red, swollen, hot to touch", and he had a low grade fever of 100.2. Once again antibiotics were started and he was admitted to the infirmary.

Mr. Phillips at other times was treated for fungal infections of his legs and groin. On 23 May 2018 he was seen by NP Vandermark and diagnosed with dermatitis due to contact with urine and treated with zinc oxide.

Current photographs of the right leg (representative photos attached) of Mr. Phillips appear to show swelling of the lower right leg with erythema and several areas of skin breakdown, consistent with venous insufficiency, cellulitis, and venous stasis ulcers.

In summary, Mr. Phillips has a neurologic problem resulting in paraplegia with inability to control bladder and bowel function, and a circulatory problem resulting in venous insufficiency and apparently chronic swelling of his right leg. While he has been given some accommodations for his disabilities, the record reflects continuing concerns over the quantities of supplies he is provided and limitations on his access to toilet and shower. To a reasonable degree of medical certainty, his inability to maintain good skin hygiene has resulted in multiple

Scanned by CamScanner

bouts of infection (cellulitis) both bacterial and fungal. Further, incontinence of bowel and bladder with inability to maintain good skin hygiene potentially exposes Mr. Phillips to non-typical bacterial skin infections from bowel bacteria rather than the usual skin bacteria. Such infection may progress farther and become more serious before treating staff recognize the different source of infection.

In all circumstances, prevention of skin breakdown and infection is always to be preferred, rather than waiting for problems to arise and then trying to treat them. Once skin breakdown and infection occur, then issues such as stress, inadequate sleep, improper hygiene, and poor circulation greatly impede treatment. Each bout of cellulitis may cause further damage to an already impaired circulatory system, which in turn may lead to further edema and further difficulty maintaining skin and limb viability, ultimately with the potential of requiring amputation. In the worst case, infection from the skin (cellulitis) may unpredictably spread to the blood stream (sepsis) and potentially result in death. Mr. Phillips is also at risk of developing pressure sores with the same potential poor outcome as already noted.

In my expert opinion to a reasonable degree of medical certainty, Mr. Phillips should certainly immediately be provided with all accommodations he needs (e.g., pull up diapers, sanitary wipes, etc.) to allow proper skin hygiene and treatment for an apparently ongoing cellulitis and skin ulceration. Wound care and physical therapy consults should be done in an expedited fashion to determine if these fields of medicine may help resolve current problems and prevent future ones. Finally, careful consideration should be given to reclassifying Mr. Phillips to a prison facility better suited to manage the chronic disabilities found in a man of his age.

Sincerely,

*Donald Kern*

Donald Kern, MD, MPH

Scanned by CamScanner







**Donald C. Kern, Page 1**

8/2017

# CURRICULUM VITAE

Donald C. Kern, MD, MPH, CCHP

| | | |
|---|---|---|
| Work Address: | | Home Address: |
| Quality Correctional Health Care | | 2974 Rhodes Cir S |
| Suite A | | Birmingham, AL 35205 |
| 200 Narrows Parkway | | |
| Birmingham, AL 35242 | | |
| | | |
| TEL: | (205) 437-1512 | (205) 623-6929 |
| | | |
| e-mail: | donald.kern@qchcweb.net | kern@massmed.org |

Education history:

| | |
|---|---|
| 9/66 – 6/69 | Westfield High School, Westfield, New Jersey |
| 9/69 – 6/73 | BA, Mathematics and Economics, Haverford College, Haverford, Pennsylvania |
| 9/73 – 6/77 | MD, Tufts University School of Medicine, Boston, Massachusetts |
| 7/77 – 6/80 | Residency, Internal Medicine, Creighton University, Omaha, Nebraska |
| 7/80 – 6/82 | MPH, Epidemiology and Biostatistics Section (Research Concentration) Boston University School of Public Health |
| 7/80 – 6/82 | Fellowship, General Internal Medicine, Boston University School of Medicine |
| 7/82 – 6/84 | Fellowship, Geriatric Medicine, Edith Nourse Rogers Memorial Veterans Administration Hospital, Bedford, Massachusetts |

Work history:

| | |
|---|---|
| 7/82 – 8/95 | Staff Physician, Edith Nourse Rogers Memorial Veterans Administration Hospital, Bedford, Massachusetts |
| 8/95 – 9/96 | Medical Director, MCI-Shirley |
| 8/95 – 9/96 | Medical Director, MCI-Lancaster |

**Donald C. Kern, Page 2**

| | |
|---|---|
| 9/96 – 8/97 | Medical Director, MCI-Concord |
| 8/97 – 11/03 | Medical Director, MCI-Old Colony Correctional Center |
| 11/03 – 6/04 | Medical Director; MCI-Cedar Junction |
| 11/03 – 6/04 | Associate Program Medical Director, Program in Health Care and Criminal Justice, Commonwealth Medicine, UMASS Medical School |
| 7/04 – 7/05 | Medical Director, Correctional Health Services, Health Care Access & Improvement, Department of Health and Mental Hygiene, The City of New York |
| 7/05 – 3/06 | Special Consultant, Correctional Health Services, Health Care Access & Improvement, Department of Health and Mental Hygiene, The City of New York |
| 4/06 – 10/08 | Consultant in Correctional Health |
| 10/08 – 9/13 | Chief Medical Officer, NaphCare, Inc. |
| 10/13 – 4/14 | UM Medical Director, Wexford Health Sources, Inc. |
| 4/14 – | Corporate Medical Director, Quality Correctional Health Care |

Other offices and appointments:

| | |
|---|---|
| 1979 – 1981 | Member, Council on Continuing Physician Education, American Medical Association |
| 1980 – 1984 | Delegate from Massachusetts to the American Medical Association-Resident Physician Section |
| 1982 –1995 | Assistant Professor, Boston University School of Medicine |
| 1983 –1995 | Assistant Professor, Boston University School of Public Health |
| 1984 – 1991 | Member, Quality Assurance Board, Edith Nourse Rogers Memorial Veterans Administration Hospital, Bedford, Massachusetts (Chairman, 1984-1989) |
| 1990 –1997 | Delegate, Massachusetts Medical Society House of Delegates |
| 1991 – 1997 | Member, Committee on Legislation, Massachusetts Medical Society |
| 1999 – 2005 | Physician Surveyor, National Commission on Correctional Health Care |
| 2002 – 2007 | Member, Budget Committee, Society of Correctional Physicians |
| 2004 – 2008 | Member, Board of Directors, National Commission on Correctional Health Care |
| 2005 – | Senior Physician Surveyor, National Commission on Correctional Health Care |
| 2009 – | Adjunct Professor, Department of Health Care Organization and Policy, School of Public Health, University of Alabama at Birmingham |
| 2012 – 2013 | Track Manager, Medical and Mental Health, American Jail Association 2013 Annual Training Conference |

Professional Societies:

- Massachusetts Medical Society
- Massachusetts Public Health Association
- American College of Correctional Physicians
- American College of Physicians
- American College of Preventive Medicine

Certificates and Licenses:

- Diplomate, National Board of Medical Examiners
- Diplomate in Internal Medicine, American Board of Internal Medicine
- Diplomate in Public Health and General Preventive Medicine, American Board of Preventive Medicine
- Certificate of Added Qualifications in Geriatric Medicine, American Board of Internal Medicine
- Certificate in Geriatrics, Veterans Administration
- Certified Correctional Health Professional, National Commission on Correctional Health Care
- Medical License, Commonwealth of Massachusetts
- Medical License, State of New Jersey
- Medical License, State of New York
- Medical License, State of Nevada
- Medical License, State of Ohio
- Medical License, Commonwealth of Pennsylvania
- Medical License, State of Iowa
- Medical License, State of Maryland
- Medical License, State of Georgia
- Medical License, State of Texas
- Medical License, State of Florida
- Medical License, State of Alabama
- Medical License, Commonwealth of Virginia
- Medical License, State of Tennessee
- Medical License, State of Mississippi
- Medical License, State of South Carolina

Honors:

1988 -    Honorary Advisor, Beijing Medical University
1988 -    Fellow, American College of Physicians
1988 -    Fellow, American College of Preventive Medicine

**Donald C. Kern, Page 4**

1989 -            Fellow, American Geriatrics Society

Elective Offices

| | |
|---|---|
| 1986 - | Member, Board of Health, Town of Sudbury, MA (Chairman, 3/88-3/89, 3/91-3/92, 3/93-3/95, 3/97-3/98, 3/00-3/01; 3/03-3/04) |
| 2003 – 2007 | Treasurer, Society of Correctional Physicians |
| 2005 – 2006 | Member, Executive Committee, Board of Directors, National Commission on Correctional Health Care |
| 2007 – 2009 | President-Elect, Society of Correctional Physicians |
| 2009 – 2011 | President, Society of Correctional Physicians |
| 2011 – 2013 | Immediate Past President, Society of Correctional Physicians |

Corrections Related Presentations:

- Invited speaker, 20th Annual Conference on Correctional Health Care, National Commission on Correctional Health Care, 1996
- Invited speaker, 23rd Annual Conference on Correctional Health Care, National Commission on Correctional Health Care, 1999
- Invited speaker, 24th Annual Conference on Correctional Health Care, National Commission on Correctional Health Care, 2000
- Invited speaker, 6th Semi-Annual Conference: Clinical Update in Correctional Health Care, National Commission on Correctional Health Care, 2001
- Visiting Scholar, Department of Sociology, Rosemont College, Rosemont, PA, 2001
- Invited speaker, "A Systemwide Approach to Managing Chronically Ill Patients in Correctional Health Care", Academy of Correctional Health Professionals, March 2007
- Invited speaker, "A Systemwide Approach to Managing Chronically Ill Patients in Correctional Health Care", Academy of Correctional Health Professionals, August 2007
- Invited speaker, "Is Howard Still Relevant After 230 Years?", 31st Annual Conference on Correctional Health Care, National Commission on Correctional Health Care, 2007
- Invited speaker, "Should Correctional Physicians Participate in Lethal Injection?", 2nd Annual Academic and Health Policy Conference on Correctional Health, 2008
- Invited participant, "Correctional Health and Healthcare: Identifying and

**Donald C. Kern, Page 5**

        Prioritizing Data Needs", Bureau of Justice Statistics and National Center for Health Statistics, 28-29 June 2010
- Invited speaker, "Sweet Schizophrenic or Daffy Diabetic:  Mental Health Meets Medicine", Updates in Correctional Health Care, National Commission on Correctional Health Care, 2011
- Invited speaker, "Hot Topics in Medicine and Mental Health", 30th Annual Training Conference, American Jail Association, 2011
- Invited speaker, "Health Information Technology", 30th Annual Training Conference, American Jail Association, 2011
- Invited speaker, "When Docs Meet Locks", Medical Director Boot Camp, National Commission on Correctional Health Care and Society of Correctional Physicians, 2011
- Invited speaker, "Medical is from Mars, Psych is from Venus – Improving Communication and Getting What the Patient Needs", Correctional Mental Health Seeking Solutions, National Commission on Correctional Health Care, 2011
- Invited speaker, "Prevention 2011", National Conference on Correctional Health Care, National Commission on Correctional Health Care, 2011
- Invited speaker, "Correctional Health Care:  Law and Ethics Update", American Jail Association 31st Annual Training Conference & Jail Expo, 2012
- Invited speaker, "Welcome to Jail – Jack Bauer Meets Intake Health Assessment", American Jail Association 31st Annual Training Conference & Jail Expo, 2012
- Invited speaker, "Utilization Management", Medical Director Boot Camp, National Commission on Correctional Health Care and Society of Correctional Physicians, 2012
- Invited participant, "Medical Ethics and Practice Challenges of Hunger Strikes in US and Military Prisons", Committee on Human Rights of the National Academies, Institute of Medicine, 2013
- Invited speaker, "Health Law and Ethics", 32nd Annual Training Conference, American Jail Association, 2013
- Invited speaker, "Health Care in the Correctional Culture IV:  Working with Custody", Correctional Health Care Leadership Institutes for Physicians and Health Administrators, National Commission on Correctional Health Care, 2013
- Invited speaker, "Creating an Integrated Care Model for Behavioral Health", Correctional Mental Health Care, National Commission on Correctional Health Care, 2013
- Invited speaker, "Correctional Health Care Law and Ethics Update", 33rd Annual Training Conference and Jail Expo, American Jail Association, 2014
- Invited speaker, "Ebony and Ivory:  An Integrated Model for Medical and

- Behavioral Health", Spring Conference on Correctional Health Care, National Commission on Correctional Health Care, 2014
- Invited speaker, "Developing Rational and Defensible Staffing Plans", Correctional Health Care Leadership Institutes, National Commission on Correctional Health Care, 2014
- Invited speaker, "Correctional Health Care Law and Ethics Update", 34th Annual Training Conference and Jail Expo, 2015
- Invited speaker, "Sick Call: Managing Difficult Patient's Expectations", Spring Conference on Correctional Health Care, National Commission on Correctional Health Care, 2015
- Invited speaker, "John Howard and the History of Correctional Health Care", Correctional Health Care Leadership Institutes, National Commission on Correctional Health Care, 2015
- Invited speaker, "Utilization Management as Continuing Quality Improvement", Correctional Health Care Leadership Institutes, National Commission on Correctional Health Care, 2015
- Invited speaker, "Urologic Complaints in Correctional Primary Care", National Conference on Correctional Health Care, National Commission on Correctional Health Care, 2015

Publication, Peer Review Journals:

- Bedford JE, Alpert EJ, Rivers M, Kern DC, Computer-Assisted Patient Care Management. AAMSI Proceedings, Baltimore, MD, 1983.
- Kern DC, The Computer as Interviewer. Medical Encounter, 3(2):4-5, April, 1985
- Kern DC, Parrino TA, Korst DR, The Lasting Value of Clinical Skills. JAMA, 254(1):70-76, 1985.
- Lowenstein SR, Sabyan EM, Lassen CF, Kern DC, The Benefits of Training Physicians in Advanced Cardiac Life Support. CHEST, 89(4):512-516, 1986.
- Lowenstein S, Marin M, Crescenzi CA, Kern DC, Steel K, The Care of the Elderly in Emergency Departments. Ann Emerg Med, 15(5):528-535, 1986.
- Mandel JH, Rich EC, Luxenberg MG, Spilane MT, Kern DC, and Parrino TA, Preparation for the Practice of Internal Medicine: A Study of Ten Years of Residency Graduates. Arch Intern Med, 1988, Apr:81(4):1255-64.
- Barry PP, Crescenzi CA, Radovsky L, Kern DC, Steel K. Why Elderly Patients Refuse Hospitalization. J Am Geriatr Soc, 36 (5):419-24, 1988.
- Kern DC, Zheng T, Developing Chinese MUMPS for a Beijing Hospital. Proceedings of the MUMPS User's Group, June 1988.

- Kern DC, Friedman RH, Torgerson JS, Burke K, Smith MB, Stollerman J, Hardy WL, Telephone-Linked Computer (TLC) System: A Computer-based Telecommunications System Functioning as a Physician Extender. SCAMC Proceedings, November, 1988.
- Lipkin M Jr., Levinson W, Barker R, Kern DC, Burke W, Noble J, Wartman S, Delbanco TL. Primary Care Internal Medicine: A Challenging Career Choice for the 1990s. Ann Intern Med 112(5):371-8, 1990.
- Ludke RL, Wakefield DS, Booth BM, Kern DC, Burmeister LF. Nonacute Utilization of VA Inpatient Services: Background and Design of a Nationwide Study. Med. Care, 29 (suppl):AS29-39, 1991.
- Booth BM, Ludke RL, Wakefield DS, Kern DC, Fisher EM, Ford TW. Nonacute Inpatient Admissions to VA Medical Centers. Med. Care, 29 (suppl):AS40-50, 1991.
- Booth BM, Ludke RL, Wakefield DS, Fisher EM, Ford TW, Burmeister LF, Kern DC. Nonacute Days of Care Within VA Medical Centers. Med. Care, 29 (suppl):AS51-63, 1991.
- Booth BM, Ludke RL, Wakefield DS, Kern DC, DuMond CE. Relationship Between Inappropriate Admissions and Days of Care: Implications for Utilization Management. Hosp. Health Serv. Admin., 1991, 36(3):421-437.
- Volicer L, Collard A, Hurley A, Bishop C, Kern D, Karon S. Impact of Special Care Unit for Patients with Advanced Alzheimer's Disease on Patients' Discomfort and Costs. <u>J Am Geriatr Soc</u> 42:597-603, 1994.
- Markson L, Fanale J, Steel K, Kern D, Annas G. Implementing Advance Directives in the Primary Care Setting. <u>Arch Intern Med</u>, 154(20):2321-7, 1994.
- Parrino TA and Kern DC. The Alumni Survey as an Instrument for Program Evaluation in Internal Medicine. <u>J Gen Intern Med</u> 9(2):92-95, 1994.
- Markson LJ, Kern DC, Annas GH, Glantz LH. Physician Assessment of Patient Competence. J Am Geriatr Soc 42(10):1074-80, 1994
- Markson LJ, Clark J, Glantz L, Lanberton V, Kern DC, Stollerman G. The Doctor's Role in Discussing Advance Preferences for End-of-Life Care: Perceptions of Physicians Practicing in the VA. J Am Geriatr Soc 45(4):399-406, 1997.

Invited Papers:

- Kern DC, Ludke RL, Wakefield DS, and Booth B, Issues in Studying Appropriateness of Hospitalization in the Veterans Administration. <u>American Medical Review Research Center</u> Second Annual Research

**Donald C. Kern, Page 8**

        Symposium: "Quality Outcome Measurement and Evaluation".
- Kern D, Health Information Technology and Corrections: Proceed with Caution. Correctional Health Care Report 10(5):69-70,77-78, 2009.
- Needham, N, and Kern, D, "Opioids and Pregnancy". Correctional Health Care Report 11(1):1-2,12-16, 2010.
- Needham, N, and Kern, D, "Rock-a-Bye Sweet Baby: Sugar Balance in Pregnancy". Correctional Health Care Report 11(4):49,55-61, 2010.
- Kern, D, and Courtney, K, "Medical Is From Mars, Psych Is From Venus: Improving Communication and Getting What the Patient Needs". Correctional Health Care Report 12(6):81-82,92-94, 2011.
- Kern, D, "Weighty Problems for Correctional Institutions". Correctional Health Care Report 12(6):83-84,95-96, 2011.

Publications, Books:

- Kern DC, Epidemiology and Prevention of Alzheimer's Disease, in Volicer, L, Ed., <u>Clinical Management of Alzheimer's Disease</u>, ASPEN, 1988.
- Fabiszewski K, Shapiro R, and Kern DC, Medical Care in Advanced Alzheimer's Disease, in Volicer, L, ed., <u>Clinical Management of Alzheimer's Disease</u>. ASPEN, 1988.

Publications, Monographs:

- Friedman RH, Kazis L, Kern DC, Moskowitz M, Steel K, "Geriatric Graduate Medical Education: A Final Report on the Analysis of Issues Related to Exception to Limits to Medicine Reimbursements for Geriatric-Related Graduate Medical Education", Contract No. HRSA 240-BHPr-5(8), 1990.
- Kern DC, Davidson SM, Malouf LG, Ritvo RA, Stollerman GH, "Planning and Implementing Human Resource Management Changes for the Next Twenty Years: Acting Now Prevents Reacting Tomorrow". HSR&D Field Program, Bedford, MA, 1991. (Contracted by the Commission on the Future Structure of Veterans Health Care).

Publications, Abstracts:

- Kern DC, Parrino TA, Korst DR, Teaching Clinical Skills of Lasting Relevance: A Role for the General Internist. <u>Clinical Research</u>.

**Donald C. Kern, Page 9**

- 31(2):641A, 1983.
- Lowenstein S, Lowenstein E, Lassen C, Kern DC, Does Advanced Life Support Training for Hospital Physicians Save Lives?  <u>Clinical</u> <u>Research</u> 32(2):226A, 1984.
- Lowenstein S, Marin M, Crescenzi CA, Rosenfeld A, Kern DC, Steel K, Emergency Rooms: Can They Care for the Elderly? <u>J</u> <u>Am</u> <u>Geriatr</u> <u>Soc</u>, 32(4):523, 1984.
- Barry PP, Crescenzi CA, Kern DC, Radovsky L, and Steel K, A Study of Elderly Patients who Refuse Hospitalization.  <u>J</u> <u>Am</u> <u>Geriatr</u> <u>Soc</u>, 34(12):910, 1986.
- Elder C, Markson L, Kern DC, Steel K, Procedural and Consultative Delays for Geriatric Patients on an Academic Medical Service.  <u>J</u> <u>Am</u> <u>Geriatr</u> <u>Soc</u> 35(10):971, 1987.
- Mandel JH, Rich EC, Luxenberg MG, Spilane MT, Kern DC, and Parrino TA, Preparation for the Practice of Internal Medicine:  Study of Ten Years of Residency.  <u>Clinical</u> <u>Research</u>, 35(3):750A, 1987.
- Markson L, Kern DC, Annas G, Are Internists Competent to Assess Patient Competence?  <u>Clinical</u> <u>Research</u> 38(2):740A, 1990.
- Knoefel JE, Friedman RH, Kazis L, Steel K, Moskowitz M, Kern DC, and Feldman RG, Do Neurology Training Programs Prepare Residents to Care for the Elderly?  Results of a National Survey of Geriatric Neurology Training.  <u>Neurology</u> 40(Suppl 1):452, April 1990.
- Markson L, Fanale J, Steel K, Kern D, and Annas G, "Making Advance Directives Part of Standard Care:  A Pilot Study."  Presented at the Annual Meeting of the American Geriatrics Society, Chicago, May 1991.
- Kern, DC, Markson, L, "Developing and Implementing Advance Directive Procedures for Patients with Decision-Making Capacity" Presented at the 119th Annual Meeting of the American Public Health Association, Atlanta, November 1991.

Within the preceding four years, I have testified as an expert by deposition or trial in the following cases:

Estate of Amy L. Gillespie v. Allegheny County, et. al., United States District Court for the Western District of Pennsylvania, Civil Action No. 2:10-CV-1530, deposition, 2015.  Retained by defense.

Taylor Hogan, et. al., v. David Nguyen, et. al., State Court of Cobb County, State of Georgia, Case No. 2013A2364-5, deposition, 2015.  Retained by defense.

Stephanie Simmons v. Florida Department of Corrections, et. al., United States District Court, Middle District of Florida, Ocala Division, Case No. 5:14-cv-438-Oc-39PRL, deposition, 2015.  Retained by plaintiff.

Jeffrey Kuhne v. Florida Department of Corrections, et. al., United States District Court, Northern District of Florida, Tallahassee Division, Case No. 5:11-CV-209-MW/CJK, deposition and trial, 2015.  Retained by plaintiff.

Wendy Elaine Drucker et. al. v. Correcthealth, LLC, et. al., State Court of Fulton County Civil Action No. 2014EV002561F, deposition, 2016.  Retained by plaintiff.

Donna Kay Stubbs Ward v. Mousa Alwawi, MD, et. al., State Court of Bibb County, State of Georgia, Civil Action No. 85257, deposition, 2017.  Retained by plaintiff.

James Myers v. Florida Department of Corrections, et. al., Circuit Court of the Second Judicial Circuit in and for Leon County, Florida, Case No. 2014-CA-292, deposition, 2018.  Retained by plaintiff.

James Melvin Cramer v. Doctor Christopher Beiser, et., al., United States District Court, Middle District of Florida, Jacksonville Division, Case No. 3:13-cv-262-J-39JRK, Federal Rule of Evidence 706 Neutral Expert Report by order of Brian J. Davis, United States District Judge.

Brenda Smith v. Aroostook County and Shawn D. Gillen, In the United States District Court for the District of Maine, Civil No. 18-cv-00352-NT, deposition, 2019.  Retained by defense.