FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

| | |
|---|---|
| **HEALTH SERVICES BULLETIN NO: 15.06.06** | Page **1** of **2** |
| SUBJECT: REQUIRED REFERENCE MATERIALS/MANUALS FOR HEALTH SERVICES UNITS | |
| | EFFECTIVE DATE: 5/25/18 |

I. **PURPOSE:**

The purpose of this Health Services Bulletin (HSB) is to establish a listing of reference materials/manuals required for all Health Services units in existing major institutions and planned major institutions.

***These standards and responsibilities apply to both Department staff and Comprehensive Health Care Contractor (CHCC) staff.***

II. **ACTION REQUIRED**
   A. The Senior Health Services Administrator (SHSA) is responsible for designating personnel in the Health Services unit to identify and update those manuals listed in section IV below, and for encouraging the use of on-line versions of these manuals whenever possible and appropriate.

   B. Prior to the opening of a Health Services unit in a new institution, the Regional Health Services Manager (RHSM) will ensure arrangements have been made for the unit to have access to all HSBs and 400-series FDC procedures.

III. **RESPONSIBLE PARTIES:**

All staff in the medical, dental, mental health, nursing, medical records, and pharmacy units shall be familiar with the manuals listed below.

IV. **REQUIRED REFERENCE MATERIALS/MANUALS:**
   A. The following manuals are required in the Health Services unit and shall be available to all responsible parties at all major institutions, either in hard copy or via the Department of Corrections or the Comprehensive Health Care Contractor Intranet:
      1. Department of Corrections Rules
      2. Department of Corrections Procedures
      3. Comprehensive Health Services Plan
      4. Florida Department of Corrections Diet Manual
      5. Bloodborne Pathogens Exposure Control Plan
      6. Infection Control Program Manual
      7. Health Services Bulletins
      8. Offender Based Information System—Health Services (OBIS-HS) Bulletins and Procedure Manual
      9. Pharmacy Policy and Procedure (if licensed by the Florida Board of Pharmacy)
      10. FDC State Drug Formulary
      11. Environmental Health and Safety Manual
      12. Florida Department of Corrections Nursing Manual
      13. Taber's Cyclopedic Medical Dictionary
      14. Psychiatric Handbook(s)

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

**HEALTH SERVICES BULLETIN NO: 15.06.06**  Page **2** of **2**
SUBJECT: REQUIRED REFERENCE MATERIALS/MANUALS FOR HEALTH SERVICES UNITS
EFFECTIVE DATE: 5/25/18

15. Set of Material Safety Data Sheets (MSDS)
16. ICD-10 and CPT Code Books

B. Medical reference books shall be made available, either in hard copy or via the Internet by institutional health services staff. These are:
1. Physicians' Desk Reference
2. Merck Manual
3. Nurses Drug Handbook
4. Lippincott Manual of Nursing Practice
5. Perry, A.G. & Potter, P.A. (2010). Clinical Nursing Skills and Techniques. St. Louis, Missouri: Mosby, Inc., an affiliate of Elsevier
6. Wolters Kluwer Facts and Comparison
7. The Florida Nurse Practice Act (Chapter 464, Florida Statutes) and chapter 64B9, Florida Administrative Code, which provides the legal authority for the provision of care by licensed nurses
8. Department of Corrections Forms
9. *Correctional nursing: Scope and standards of practice* (2nd ed.). (2013). Silver Spring, MD: American Nurses Association.
   NOTE: No more than one copy shall be placed per working facility (main unit, annex, CSU, TCU, etc.)

C. Mental health reference books shall be ordered by institutional health services staff as follows:
1. Diagnostic and Statistical Manual of Mental Disorders V (DSM-5)—one for each mental health clinical position
2. Physicians' Desk Reference for mental health units at institutions designated S-3 or higher

D. The Chief Health Officer/ Institutional Medical Director, Director of Nursing or SHSA, in consultation with Regional Medical staff, will determine if additional reference materials are needed to meet the specific health care demands of the institution or unit.

Health Services Director                              Date

This HSB Supersedes:      HSAM 89-2 dated 5/12/94 and TI NO: 15.06.06 dated 7/8/02
                          HSB 15.06.06 dated 02/19/02, 06/21/10, and 7/1/15