WOUND PROGRAM

I. PURPOSE:

Provide a program for inmates to prevent pressure ulcers and promote wound healing.

II. RESPONSIBILITIES:

A. The Central Office Clinical Contract Monitor – Public Health will oversee the delivery of the wound care program by CHCC staff.

B. The Comprehensive Health Care Contractor-Regional Infection Control Coordinator and / or designated infection control nurse at Private facilities will:

1. Implement measures to prevent pressure ulcers and promote wound healing.
2. Collect, track and trend wound data and present the information at the Statewide Quality Management Meeting.

3. Provide reports as requested.

C. The Regional Infection Control Coordinator (or Regional Director of Nursing) or the Infection Control Nurse for the Private Institution's will:

1. Provide clinical oversight of inmate care.

2. Provide wound prevention and wound care education and training for staff.

3. Provide recommendations for wound care protocols and wound program.

4. Maintain a database or copy of all wound reports.

5. Ensure Monthly Wound Report, DC4-810 are completed for their institution(s) and sent to the Central Office Clinical Contract Monitor – Public Health by the 10th of each month.

D. Institutional Chief Health Officers/Institution Medical Director will:

1. Be familiar with the wound care protocols

2. Write wound care orders to include a minimum of:

    a. Location and description of wound
    b. Type of wound cleanser and topical medication/s, and type of dressing, including the frequency for changing the dressing/s and duration of treatment
    c. Providing for the inmate's nutritional needs, including supplements

        d.      Pain management as indicated
        e.      Possible use of additional wound treatment products such as wound vacuums and pressure altering devices.

    3.    Evaluate progress of wound healing every two (2) weeks and modify treatment as needed. This evaluation is to be documented on the DC4-701, Chronological Record of Health Care (Outpatient) or the DC4-714A, Infirmary Progress Note (Inpatient).

E.    Institutional Infection Control Nurses and/or those institutional nurses assigned the duty of "wound care nurse" will:

    1.    Provide the inmate's primary wound care on a daily – weekly basis as ordered.

    2.    Examine all inmates with wounds, at a minimum, weekly.

    3.    Provide facility wound prevention and wound care education and training to all nursing staff.

    4.    Submit a quarterly report of the total number and type of wounds identified in the facility the previous quarter, to the Regional Infection Control Coordinator/Regional Director of Nursing.

F.    All licensed nursing staff will:

    1.    Be knowledgeable of the latest FDOC wound care protocols.

    2.    Provide quality nursing care that prevents the development of pressure ulcers.

    3.    Implement clinician's orders to prevent skin breakdown and/or treat existing wounds.

    4.    Monitor patient for pain and implement clinician's orders for the prevention and treatment of pain.

III.    PROCEDURE

    A.    Inpatient care

        1.    Evaluation for skin breakdown risk - The Braden Scale

            a.    All infirmary/hospital patients will be evaluated for pressure ulcer risk on admission using the Braden Scale found on form DC4-732, Infirmary/Hospital Admission Nursing Evaluation.
            b.    All infirmary/hospital patients will be evaluated for pressure ulcer risk every day on Day Shift using the Braden Scale found on form DC4-684, Infirmary/Hospital Patient Daily Nursing Evaluation.
            c.    Once the Braden Scale is completed, the licensed nurse will identify and implement nursing measures to reduce the risk of skin

   breakdown for scores of eighteen (18) and below. These measurements are to be documented each shift on form DC4-684, Infirmary/Hospital Daily Nursing Evaluation, in section "Nursing Interventions for Braden Risk Factors".

2. Wound evaluation and care - All licensed nursing staff will:

    a. Examine the inmate's wound and/or dressing each shift (visualization of wound will depend on dressing change orders). If a dressing change isn't scheduled that shift/day, documentation of the condition of the dressing itself is to be done on form DC4-684, in the "Wound Evaluation and Treatment Record" section.
    b. Complete dressing changes as ordered by the clinician.
    c. Apply wound treatment products as ordered by the clinician.
    d. Assess for pain frequently each shift and provide nursing interventions, as well as, those ordered by the clinician.
    e. Evaluate the effectiveness of pain management and document on forms DC4-684 ("Pain Management" section) and DC4-701A, Medication and Treatment Record.
    f. Evaluate the effectiveness of pressure altering devices and coordinate plan of care with clinician.

3. Wound treatment documentation

    a. The licensed nurse will document all wound assessments and treatments (based on the clinician's orders) on the DC4-684.
    b. The location of the wound will be documented on the body diagram.
    c. Wound onset date is to be documented on the form daily.
    d. Wound measurements will be done every Thursday.

4. A licensed nurse will complete form DC4-803, Pressure Ulcer Healing Chart (PUSH) (National Pressure Ulcer Advisory Panel Pressure Ulcer Staging © 2007) when an ulcer is identified initially and every Thursday thereafter.

    a. **Suspected Deep Tissue Injury:**

        Purple or maroon localized area of discolored intact skin or blood filled blister due to damage of underlying soft tissue from pressure and/or shear. The area may be preceded by tissue that is painful, firm, mushy, boggy, warmer or cooler as compared to adjacent tissue.

        Further description:

        Deep tissue injury may be difficult to detect in individuals with dark skin tones. Evolution may include a thin blister over a dark wound bed. The wound may further evolve and become covered by thin

eschar. Evolution may be rapid exposing additional layers of tissue even with optimal treatment.

b. **Stage I:**

Intact skin with non-blanchable redness of a localized area usually over a bony prominence. Darkly pigmented skin may not have visible blanching; its color may differ from the surrounding area.

Further description:

The area may be painful, firm, soft, warmer or cooler as compared to adjacent tissue. Stage I may be difficult to detect in individuals with dark skin tones. May indicate "at risk" persons (a heralding sign of risk).

c. **Stage II:**

Partial thickness loss of dermis presenting as a shallow open ulcer with a red pink wound bed, without slough. May also present as an intact or open/ruptured serum-filled blister.

Further description:

Presents as a shiny or dry shallow ulcer without slough or bruising. This stage should not be used to describe skin tears, tape burns, perineal dermatitis, maceration or excoriation. Bruising indicates suspected deep tissue injury.

d. **Stage III:**

Full thickness tissue loss. Subcutaneous fat may be visible but bone, tendon or muscle is not exposed. Slough may be present but does not obscure the depth of tissue loss. May include undermining and tunneling.

Further description:

The depth of a stage III pressure ulcer varies by anatomical location. The bridge of the nose, ear, occiput and malleolus do not have subcutaneous tissue and stage III ulcers can be shallow. In contrast, areas of significant adiposity can develop extremely deep stage III pressure ulcers. Bone/tendon is not visible or directly palpable.

e. **Stage IV:**

Full thickness tissue loss with exposed bone, tendon or muscle. Slough or eschar may be present on some parts of the wound bed. Often include undermining and tunneling.

Further description:

The depth of a stage IV pressure ulcer varies by anatomical location. The bridge of the nose, ear, occiput and malleolus do not have subcutaneous tissue and these ulcers can be shallow. Stage IV ulcers can extend into muscle and/or supporting structures (e.g., fascia, tendon or joint capsule) making osteomylitis possible. Exposed bone/tendon is visable or directly palpable.

    f.    **Unstageable:**

Full thickness tissue loss in which the base of the ulcer is covered by slough (yellow, tan, gray, green or brown) and/or eschar (tan, brown or black) in the wound bed.

Further description:

Until enough slough and/or eschar is removed to expose the base of the wound, the true depth, and therefore stage, cannot be determined. Stable (dry, adherent, intact without erythema or fluctuance) eschar on the heels serves as "the body's natural (biological) cover" and should not be removed.

5. The licensed nurse will record a weight on form DC4-701A, Medication and Treatment Record, every seven (7) days on inmates:

   a. Admitted to the infirmary with a five percent (5%) weight loss in one (1) month, or a ten (10%) weight loss in six (6) months.
   b. Who develop a five percent (5%) weight loss in one (1) month, or a ten percent (10%) weight loss in six (6) months after admission to the infirmary.

6. The licensed nurse will document skin changes, pain control, the use of any pressure reduction suppose surfaces, turning/positioning, weight changes and efforts to provide nutrition and hydration on form DC4-684 in the appropriate areas.

7. The licensed nurse will file the following forms in the medical record in accordance with Health Services Bulletin (HSB) 15.12.03, Health Records:

   a. DC4-684 Infirmary/Hospital Patient Daily Nursing Evaluation
   b. DC4-803 Pressure Ulcer Healing Chart

B. Reception Medical Center Hospital (RMCH)

1. RMCH's RN Supervisors or Director of Nursing may assist the Hospital's Wound Care Nurse/s or designee in providing education and training for RMCH staff.

2. The RMCH Director of Nursing or designee which must be a Registered Nurse will examine all inmates with wounds at least weekly.

3. Nursing Staff shall document on DC4-0067 Inmate Wound Prevention/Identification Log if:
   a. Patient has a Braden Score of 18 or less
   b. Patient has impaired skin integrity at admission or it develops during hospitalization.

4. The DC4-0067 shall be reviewed by the Wound Care Nurse or designee daily and prioritize to see patients according to level of acuity for nursing wound assessment. The assessment shall be completed within 24 hours.

5. Routine wound care assessment and treatment by the Wound Care Nurse (or designee) shall be documented on RMCH's DC4-0066, Wound Treatment Record, instead of wound care section of the DC4-684, Infirmary/Hospital Daily Nursing Evaluation.

C. Outpatient care

1. Each outpatient wound evaluation/treatment encounter will be documented on form DC4-811 Outpatient Wound Evaluation and Treatment.

2. The DC4-803 PUSH Tool form is to be completed at the initial visit and then once a week on all identified ulcers.

IV. Wound Care Specialty Areas

A. Wound care specialty areas are: Central Florida Reception Center South Unit, Lowell, North West Florida Reception Center, Reception and Medical Center, South Florida Reception Center, and Zephyrhills.

B. When the Chief Health Officer/Institution's Medical Director identifies a need to transfer an inmate to a wound specialty area they must notify Regional Medical Director.

C. The Regional Medical Director will review the case and approve or deny the transfer using the following criteria:

1. Stage 3 ulcers with no improvement in four weeks under a clinician's care.
2. Stage 4 ulcers that involve tendon, ligament, and/or bone.
3. All wounds that fail to heal within two months.
4. Wounds that repeatedly break down.
5. All charcot, insensate and dysvascular foot wounds that fail to heal under a physicians care.
6. All wounds on the foot of a person with diabetes that has not healed after two weeks under a clinician's care.
7. Wounds requiring negative pressure wound therapy (wound vacuums).
8. Wounds requiring therapeutic support beds.

    D.    The Regional Medical Director will work with the Clinical Contract Monitor Utilization Management in the region where the inmate is located to arrange for a bed assignment when a transfer is approved.

V.    REFERENCES:
1. By Barbara J. Braden, PhD, RN, FAAN, and Joann Maklebust, MSN, APRN, BC, ADCN, FAAN, Preventing Pressure Ulcers, American Journal of Nursing, June 2005, Vol. 105, No. 6
2. PUSH Tool Version 3.0: 9/15/98, 11F ©National Pressure Ulcer Advisory Panel.