UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

        Plaintiff,

v.                                    Case No. 3:22-cv-997-BJD-LLL

RICKY DIXON, et al.,

        Defendants.
_____

## ORDER

Defendant Dixon shall file a response to Plaintiff's Motion for Preliminary Injunction (Doc. 74) by **5:00 p.m. on August 21, 2023**.

**DONE AND ORDERED** at Jacksonville, Florida, this 18th day of August, 2023.

_____
BRIAN J. DAVIS
United States District Judge

caw 8/18
c:
Counsel of Record