FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: | KN |
|---|---|
| DATE/TIME | Patient offered Afluria (Influenza vaccine). Patient refused, refusal signed. See DC4-711A. |
| 09/23/20 1120 | S. C. Chappell, LPN RC Annex |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

PHILLIPS, DONNY
DC: 789552
R/S: W/M
DOB: 08/14/1960

DC4-701 (Effective 4/8/10)      Incorporated by Reference in Rule 33-602.210

FL    A DEPARTMENT OF CORRECT    
## Chronological Record of Health Care

PCN

| Allergies: | |
|---|---|
| **DATE/TIME** | |

9/14/20 — Supply issued, mckesson Underwear/Ultra size large.
0900   #2 packs - 20 ct/each, Nice o clean baby wipes #1 pack - 50 ct,
A&D skin protectant #2· 4oz tubes, dial bar soap x1,
Hibiciens soap #1 8oz bottle, garbage bags, small/clear #7.
/ C Mearca

9/21/20 — Supply issued, McHesson Underwear Ultra size large - #2 packs,
1400   20 ct/each, Nice o clean baby wipes #1 pack - 50ct A&D
skin protectant #1 4oz tube @ 11 5g packs, dial bar soap x1,
Hibiciens soap 8oz bottle #1, denied the need for small
garbage bags at this time. / Mear, ca

09/23/20  Records were copied on 09/21/20 & Scanned on 09/23/20
0645   to the Government Operations Consultant I Public Records
Unit Administration. S. Holland MRC
                    S. Holland
              Medical Records Clerk
                 NWFRC ANNEX

D-789552 TM 03 11/21/13
PHILLIPS, DONNY R.
W/M DOB 08/14/1960 (59)

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: PCN

| DATE/TIME | |
|---|---|
| 8/31/20 16:25 | Pt brought to medical by security from confinement R/T altercations between pt & another individual. Per security request, a basic assessment was completed. 98, 97, 116, 127/87, 99% RA. No physical injuries noted. Protocol DC4-708 completed & a copy given to security. JB |
| 9/7/20 1500 | — Supply issued, McKesson Underwear / Ultra large, 2 packs 70ct each, Wipes / pack 50ct, A&D skin protectant 2 - 4oz tubes, dial bar soap / 68g bar, Hibiclens / 8oz bottle, clear garbage bags #7. (nurse, cw) |
| 9.9.20 0830 | Quarterly ISP meeting completed. See DC4-691. No questions / concerns voiced at this time. C. Cook, RN  C. Cook RN NWFRC |
| 9/15/20 1250 | Monthly skin assessment completed. No skin concerns at this time. C. Cook, RN  C. Cook RN NWFRC |

PHILLIPS, DONNY
DC: 789552
R/S: W/M
DOB: 08/14/1960

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)          Incorporated by Reference in Rule 33-602.210

# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



Date of occurrence __8/31/20__   Time of occurrence __1625__

Date injury assessed by medical __8/31/20__   Time injury assessed by medical __1625__

☒ No injury identified

Description of injury: __No injuries noted. No c/o injury or px voiced by__
__the pt at this time.__

_K.M. Barrineau, LPN_
_NWFRC_
Staff Signature

PHILLIPS, DONNY
DC: 789552          ex _____
R/S: W/M
DOB: 08/14/1960

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution:   White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.

FL       DEPARTMENT OF CORREC
## Chronological Record of Health Care

gies: PO

E/TIME

31.20

7030

CHO/CA CLINIC                              F/u: 8·11

WT_____ T_____ P_____

R_____ BP_____

This issue was addressed by Dr. Benjamin
on 8/21/20. No medical need to be
seen today

                    L. A. Lopez-Rivera, MD
                       Medical Director
                          MWFRC

                    8-31-20
                      1110

                  L. Villegas
                     RN
                   MWFRC

8/31/20    - Supply issued - McKesson Underwear/Ultra size large
1500       1 pack - Wipes 1 pack, A&D 1 4oz tube - dial bar soap
           v1 hibiclens 8oz bottle x1) small garbage bags #7.
                    Chaun, ca

Inmate I

DC#

Date of

Instituti

PHILLIPS, DONNY
DC: 789552
R/S: W/M
DOB: 08/14/1960

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)     Incorporated by Reference in Rule 33-602.210

FLORIDA DEPARTMENT OF CORRECTIONS
## CHRONIC ILLNESS CLINIC

Circle Clinic(s): ~~Cardiovascular~~ Endocrine Gastrointestinal Immunity Miscellaneous Neurology Oncology Respiratory Tuberculosis

INSTITUTION: NWFRC   DATE: APR 2 4 2020   TIME START: 12/5   TIME STOP: 123()

| SUBJECTIVE: Current complaint related to CIC: pt Plate Lex improving. Denies F/a, PP, CP | Current Medications & Dosage: |
|---|---|
| **Medication Compliance:** yes | 1) coumadin 6.5mg hs  7.16.20 |
| **Dietary Practices:** Reg. | 2) bactrim as BID  4.27.20 |
| **Exercise:** yes | 3) A&D ointment  5.11.20 |
| **Record Review including Labs since last CIC visit:** | 4) lipitor 80mg hs |
| 4/8/20 143  100  20  96   Chol 134 | 5) fiberlax BID |
| 4.4  29   1.11            Trig 138   577 46.1  175 | 6) flomax 0.4mg hs  4.28.20 |
| AST-15            HDL-39   PT-13.8 | 7) B12  1,000mg  qam |
| ALT-17            LDL-67   PT-1.47 | 8) |
| EOS: TIBC 257   Vit B₁₂ 970 | 9) |
|  | 10) |

**OBJECTIVE:** Temp: 98.9 °F Pulse: 56 min Resp: 16 /min BP: 146/ 90   O2 Sat: ~~98~~ WT: 56 HT: 2'13 BMI: 34.4

General: Alert and Orientated X4, No Acute Distress

HEENT: PERRL, + Red Reflex, Sclera White, No JVD, No Carotid Bruit, No Thyromegaly, No Lymph Node Enlargement

Lungs: LS CTA Bilaterally, No Wheezes, Rales or Rhonchi

Heart: S1 & S2 Regular Rate & Rhythm, No Murmurs, Rubs or Gallops

Abdomen: BS Normoactive X 4 Quadrants, Soft, Non-Distended, No Aortic Bruit, No Ascites, No Hepatosplenomegaly

Extremities: FROM X 4 Extremities, No Edema, No Cyanosis, No Clubbing, Dorsal Pedal and Posterior Pulses 2+ at Capillary Refill <3 Seconds Bilaterally

Neuro: Cranial Nerves II-XII Grossly Intact      Skin - excoriations.

**ASSESSMENT:**
(1) DVT on Coumadin (Early Subtherapeutic)      (3) BP↑ (stable) Cont meds
   Cont meds
   Will give pt information on foods to avoid while on Coumadin
   ↓ Vit stable
      (4) B12 anemia (good)
      continues to ↑m      Cont tx
(2) HTN (Good Control → stable
   ↓ Not stable      (5) Pars - valid - w/c glasses
   Cont meds      urges, bedside urinal
(6) Cellulitis - Resolved - no leakage  ↑ Adures pt to elevate LEx when resting
**PLAN: Continue to Monitor – Continue Above Plan of Care.** & Swelling      Orders signed off: Cont TED Hose

| Medication: **As Above:** ↑Coumadin |
| Cont meds |
| Labs: **Prior To Clinic -** CBC, CMP, UA lipids  90days |
| PT/INR in 3days |
| Consultations (if needed): Optometry |

Other: **S/Sx to Report & S/C PRN – Pt verbalized understanding of instructions.**

Current Medical Grade: 3   Schedule next CIC appt. in: 30 60 (90) 120 180 (days) other:_____

*K Conner RN  4/24/20 1400*
*K Conner RN, D.O.N. NWFRC*

SIGNATURE: V. Benjamin   STAMP: Dr. Vaunrance Benjamin M.D. - NWFRC
V. Benjamin
C.H.O.
NWFRC

D-789552 TM 03 11/21/13
PHILLIPS, DONNY R.
W/M DOB 08/14/1960(59)   /M

DC4-701F (Revised 11/21/14)
This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

FLORIDA DEPARTMENT OF CORRECTIONS
## REFUSAL OF HEALTH CARE SERVICES

This is to certify that I am refusing the following:

- ☐ Medical Services _____
- ☐ Mental Health Services _____
- ☐ Dental Services _____
- ☒ Medication   INFLUENZA VACCINE _____
- ☐ Lab/Diagnostic testing _____
- ☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

_____        9/23/20 _____
**Signature of Patient***                                          **Date/Time**

---

**Two Witnesses:**   I, _J. Johnson   LPN_____ am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_____                    _LPN_____
Signature of Witness                                            Title of Witness
                    S. Allen, LPN
                    NWFRC Annex

I, _____ am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.
                                                          S. Allen, LPN
                                                          NWFRC Annex
_____                    _____
Signature of Witness                                            Title of Witness

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

_____                    _____
Signature of Clinician                                          Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

_____                    _____
Signature of Interpreter/Translator                        Title of Witness

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

In _____
D   PHILLIPS, DONNY            : _____
D   DC: 789552                   _____
R/S: W/M
In   DOB: 08/14/1960            _____
D(_____

Incorporated by Reference in Rule 33-401.105, F.A.C.

**Centurion** *of Florida*

Phillips, Donny #789552                    NWFRC

DATE: 9/21/2020

| ITEMS ISSUED | QUANTITY | ISSUED |
|---|---|---|
| McKesson Underwear/Ultra size-large | 2-20 ct package | DP |
| Nice 'n Clean Baby wipes  unscented | 1-50 ct package | DP |
| A & D skin protectant        #1 | 2-4 oz. tubes | DP |
| Dial bar soap | 1-63g | DP |
| Hibiclens | 1-8 oz. bottle | DP |
| #7 garbage bags | #7 | |
| A&D skin Protectant 5g pack | #11 | DP |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: _____

_____

SUPPLIES RECEIVED BY: _____ 9/21/20

**Centurion**
*of Florida*

Phillips, Donny #789552                    NWFRC

**DATE:** 9/14/20

| ITEMS ISSUED | QUANTITY | ISSUED |
|---|---|---|
| McKesson Underwear/Ultra size-large | 2-20 ct package | DP |
| Nice 'n Clean Baby wipes  unscented | 1-50 ct package | DP |
| A & D skin protectant | 2-4 oz. tubes | DP |
| Dial bar soap | 1-63g | DP |
| Hibiclens | 1-8 oz. bottle | DP |
| #7 garbage bags | #7. | DP |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SUPPLIES ISSUED BY:** _Chucal, LPN._

**SUPPLIES RECEIVED BY:** _Donny Phillips - 9-24-20_

**Centurion**
*of Florida*

Phillips, Donny #789552                          NWFRC

**DATE:** 9/7/20

| ITEMS ISSUED | QUANTITY | ISSUED |
|---|---|---|
| McKesson Underwear/Ultra size-large | 2-20 ct package | DP |
| Nice 'n Clean Baby wipes  unscented | 1-50 ct package | DP |
| A & D skin protectant | 2-4 oz. tubes | DP |
| Dial bar soap | 1-63g | DP |
| Hibiclens | 1-8 oz. bottle | DP |
| Clear garbage bags #7. | #7 | DP |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**SUPPLIES ISSUED BY:** C. Lucas, LPN

**SUPPLIES RECEIVED BY:** 9-7-20

**Centurion** *of Florida*

Phillips, Donny #789552                    NWFRC

**DATE:** 8/31/20

| ITEMS ISSUED | QUANTITY | ISSUED |
|---|---|---|
| McKesson Underwear/Ultra size-large | #1 2-20 ct package | DP |
| Nice 'n Clean Baby wipes  unscented | 1-50 ct package | DP |
| A & D skin protectant | #1 2-4 oz. tubes | DP |
| Dial bar soap | 1-63g | DP |
| Hibiclens | 1-8 oz. bottle | DP |
| Small garbage bags | #7. | DP |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**SUPPLIES ISSUED BY:** _____

**SUPPLIES RECEIVED BY:** _____ 8-31-20 _____

**Centurion** *of Florida*

Phillips, Donny #789552                           NWFRC

DATE:

| ITEMS ISSUED | QUANTITY | ISSUED |
|---|---|---|
| McKesson Underwear/Ultra size-large - 1 pack | 2-20 ct package | DP |
| Nice 'n Clean Baby wipes  unscented | 1-50 ct package | DP |
| A & D skin protectant | ~~2-4 oz. tubes~~ 2 5g. packs | DP |
| Dial bar soap | 1-63g | DP |
| Hibiclens | 1-8 oz. bottle | DP |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

SUPPLIES ISSUED BY: _____

SUPPLIES RECEIVED BY: _____ 8-24-20 _____

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

**Allergies:** PCN

| DATE/TIME | Record Review: MD |
|---|---|
| 01 22 21 | ___ LAB Work Results NOTED... Action Taken Y__/N____ |
| | ___ Schedule Appt. w/MD_____ |
| | ___ FOLLOW up_____ |
| | ___ Radiology Report Noted   Action Taken Y__/N__ |
| | ___ Study Report Noted   Action Taken Y__/N__ |
| | ✓ Optometrist Rec Noted   Action Taken Y__/N ✓ follow-up  Jan. 2022 |
| | ___ Radiology Request noted. |
| | ___ Specialty Appointment Rec. reviewed   Action Taken Y__/N__ |
| | ___ Refusal noted. Action Taken Y__/N__ |
| | ___ Sick Call Request Noted.Action Taken Y__/N__ |
| | ___ CD4 760A Noted. ___CD4 706 A Noted. ___DC4 701C Noted + DC4 708 Noted. |
| | ✓ OK to FILE, No further action at this time. |

✓ Plan: Zinc Oxide 30gm 20% was refilled on 1/13/21 for 90 days. Will follow-up further c̄ Mr. Phillips at his CIC that is due 1/2021.

J. Abbott APRN
1/22/21

**Inmate Name** Phillips, Donny
**DC#** 789552   **Race/Sex** W /M
**Date of Birth** 08/14/1960
**Institution** Suwannee CI - AX

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)   Incorporated by Reference in Rule 33-602.210

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: *PCN*

| DATE/TIME | |
|---|---|
| Alexis Figueroa, MD | 7-2/ MD |
| JAN 06 ENT'D | On 11/11/20 Bilateral Doppler of LE were neg for DVT. Patient is very much active. Will re-appo to continue on Cavms Lip for now. |
| SWCI Staff Physician | |
| 9:10 AM | Plan: D/C Cavms Lin |

*(signature) Alexis Figueroa, MD, Physician, Suwannee CI*

*Noted 1-6-21 0110 M.Pearson, LPN RN Suwannee C.I.*

1-8-21 0400 labs drawn PT

I. Munsell, PBT
Suwannee C.I.

| 1-13-2021 0715 | Chart to MD to renew zinc oxide med. court ordered. *A.Shaw* |
|---|---|

| 1/13/21 | Chart Review: Rx written for Zinc Oxide, apply q.d x 90 days |
|---|---|

---

Inmate Name_
DC#_____
Date of Birth_____
Institution__SUWANNEE CI -ANNEX_____

PHILLIPS, DONNY
DC: 789552
R/S: W/M
DOB: 08/14/1960

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: PCN

| DATE/TIME | Record Review: MD |
|---|---|
| 1/4/2021 | LAB Work Results NOTED... Action Taken Y__/N__ |
| 0940 | Schedule Appt. w/MD_____ |
| | FOLLOW up_____ |
| | Radiology Report Noted   Action Taken Y__/N__ |
| | Study Report Noted   Action Taken Y__/N__ |
| | Optometrist Rec Noted   Action Taken Y__/N__ |
| | Radiology Request noted. |
| | Specialty Appointment Rec. reviewed   Action Taken Y__/N__ |
| | Refusal noted. Action Taken Y__/ N__ |
| | Sick Call Request Noted.Action Taken Y__/ N__ |
| | CD4 760A Noted.____CD4 706 A Noted.____DC4 701C Noted + DC4 708 Noted. |
| ✓ | OK to FILE, No further action at this time. |
| | Plan: |

*Medication Refill Request.*
- D/c'ed 11/15/2020

noted

[signature] APRN
1/4/2021
0940

Inmate Name __Phillips, Donny__
DC# __789552__   Race/Sex____/M____
Date of Birth __8/14/1960__
Institution __Suwannee CI - AX__

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)    Incorporated by Reference in Rule 33-602.210

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: NCU

| DATE/TIME | Record Review: MD |
|---|---|
| 12/18/2020 | LAB Work Results NOTED... Action Taken Y__ /N__ |
| 4:10 PM | Schedule Appt. w/MD__ |
| | FOLLOW up__ |
| | Radiology Report Noted   Action Taken Y__ /N__ |
| | X Study Report Noted   Action Taken Y__ /N X      EKG Result noted |
| | Optometrist Rec Noted   Action Taken Y__ /N__ |
| | Radiology Request noted. |
| | Specialty Appointment Rec. reviewed   Action Taken Y__ /N__ |
| | Refusal noted. Action Taken Y__ / N__ |
| | Sick Call Request Noted.Action Taken Y__ / N__ |
| | CD4 760A Noted. ____CD4 706 A Noted___DC4 701C Noted. |
| | X OK to FILE, No further action at this time. |
| | Plan: |

Order noted
Wilson RN
12/19/20 2:25

Alexis Figueroa, MD
Physician
Suwannee CI

Alexis Figueroa, MD
DEC 18 2020
SWCI Staff Physician

PHILLIPS, DONNY
DC: 789552
R/S: W/M
DOB: 08/14/1960

____ /M ____

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)      Incorporated by Reference in Rule 33-602.210

# BioReference
## L A B O R A T O R I E S
an **OPKO** Health Company

**FINAL REPORT**

| PHYSICIAN | PATIENT | SAMPLE |
|---|---|---|
| FIGUEROA, ALEXIS<br><br>F7354 - SUWANNEE CORRECTIONAL<br>INST. ANNEX<br>5964 US HIGHWAY 90,<br>LIVE OAK, FL 32060<br>Acct #: (F7354)        00<br>P: (386)963-6691 | PHILLIPS, DONNY<br>DOB: 08/14/1960 Age: 60 Y Sex: M<br>U/FL:         Bed:<br>Rm:<br>Patient ID:      789552<br>Address:7765 SOUTH CR 231,<br>         LAKE BUTLER, FL 32054<br>P: | Specimen ID: 947027279<br>Date Of Report: 01/09/2021 00:51<br>Date Collected: 01/08/2021 02:39<br>Date Received: 01/08/2021 22:49<br><br>North America Eastern Time |

**Notes:** PATIENT FASTING

## CLINICAL REPORT

### * HEMATOLOGY *

| Test | Result | Abnormal | Reference | Units | RPT Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| PT | 12.7 | | 9.1-12.8 | sec | 01/09/21 | 19.6 H | 12/09/20 |
| INR | 1.16 | | 0.81-1.17 | | 01/09/21 | 1.86 H | 12/09/20 |

CLINICAL INDICATIONS FOR INR USE

|  | Reference Range |
|---|---|
| Prophylaxis or treatment of venous thrombosis,<br>systemic embolization, and pulmonary embolus | 2.00-3.00 |
| High-risk patients with mechanical heart valves | 2.50-3.50 |
| Normal Non-Medicated patients | 0.81-1.17 |

NOTE: INR values below 2.00 for patients on warfarin
      therapy would be considered "sub-therapeutic"
      for the above conditions



Alexis Figueroa, MD

JAN 1 3 ENT'D

SWCI Staff Physician

Alexis Figueroa, MD
Physician
Suwannee CI

Florida Clinical Laboratory, Inc.
27 E. Hibiscus Blvd Suite C | Melbourne, FL 32901 | (800) 229-5227

James Weisberger M.D.
Laboratory Director

Page  1  of    1
Printed 01/11/2021 03:23

BioReference Laboratories is a business unit of Florida Clinical Laboratory, Inc.

# BioReference
LABORATORIES
an **OPKO** Health Company

**FINAL REPORT**

| PHYSICIAN | PATIENT | SAMPLE |
|---|---|---|
| FIGUEROA, ALEXIS<br><br>F7354 - SUWANNEE CORRECTIONAL<br>INST. ANNEX<br>5964 US HIGHWAY 90,<br>LIVE OAK, FL 32060<br>Acct #: (F7354)        00<br>P: (386)963-6691 | PHILLIPS, DONNY<br>DOB: 08/14/1960 Age: 60 Y Sex: M<br>U/FL:          Bed:<br>Rm:<br>Patient ID:    789552<br>Address: 7765 SOUTH CR 231,<br>         LAKE BUTLER, FL 32054<br>P: | Specimen ID: 946769506<br>Date Of Report: 12/10/2020 01:21<br>Date Collected: 12/09/2020 04:00<br>Date Received: 12/09/2020 22:08<br><br>*North America Eastern Time* |

Notes:  PATIENT FASTING

## CLINICAL REPORT

### Clinical Abnormalities Summary: (May not contain all abnormal results; narrative results may not have abnormal flags. Please review entire report.)

| PT | 19.6 H | INR | 1.86 H |
|---|---|---|---|

------* HEMATOLOGY *--------

| | Result | Abnormal | Reference | Units | RPT Date | Pr of Result | Date |
|---|---|---|---|---|---|---|---|
| PT | | 19.6 H | 9.1-12.8 | sec | 12/10/20 | 27.4 H | 11/09/20 |
| INR | | 1.86 H | 0.81-1.17 | | 12/10/20 | 2.68 H | 11/09/20 |

CLINICAL INDICATIONS FOR INR USE

|  |  |
|---|---|
| | Reference Range |
| Prophylaxis or treatment of venous thrombosis, systemic embolization, and pulmonary embolus | 2.00-3.00 |
| High-risk patients with mechanical heart valves | 2.50-3.50 |
| Normal Non-Medicated patients | 0.81-1.17 |

NOTE: INR values below 2.00 for patients on warfarin
      therapy would be considered sub-therapeutic
      for the above conditions.



Alexis Figueroa, MD

JAN 0 6 ENT'D

SWCI Staff Physician

Alexis Figueroa, MD
Physician
Suwannee CI

ida Clinical Laboratory, Inc.                    James Weisberger M.D.              Page 1 of \ 1
   Hibiscus Blvd Suite C | Melbourne, FL 32901 | (800) 229-5227      Laboratory Director           Printed 12/10/2020 06:27

                    BioReference Laboratories is a business unit of Florida Clinical Laboratory, Inc.

FLORIDA DEPARTMENT OF CORRECTIONS
## CLINICIAN'S ORDER SHEET
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: | | Date: | Time: | ☐ Inpatient ☐ Outpatient | Inmate Name _Phillips Danny_ |
|---|---|---|---|---|---|

DC# _789552_

Dorm _____

Diagnosis: _____

List Allergies Here

Initial Each Order as Transcribed

STAT

PCN

Date/Time Noted:

Nurse Signature/Stamp

Clinician Signature/Stamp          Date/Time:

DC4-714B (Revised 11/7/17)          Distribution: White Original—Pharmacy     Canary—Medical Record
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

---

FLORIDA DEPARTMENT OF CORRECTIONS
## CLINICIAN'S ORDER SHEET
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: SWCI AX | | Date: 1-13-2021 | Time: | ☐ Inpatient ☐ Outpatient | Inmate Name _Phillips Danny_ |
|---|---|---|---|---|---|

Alexis Figueroa, MD

DC# _789552_

Dorm _____

Diagnosis: _____

JAN 1 3 ENT'D

SWCI Staff Physician

List Allergies Here

Initial Each Order as Transcribed

STAT

PCN

ZinC OXide , appl OD x 90 /Bau

Alexis Figueroa
Physician
Suwannee CI
MD

Date/Time Noted: 2057

Nurse Signature/Stamp   W. Weed LPN / Hudson LPN

Clinician Signature/Stamp          Date/Time:

DC4-714B (Revised 11/7/17)          Distribution: White Original—Pharmacy     Canary—Medical Record
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

---

FLORIDA DEPARTMENT OF CORRECTIONS
## CLINICIAN'S ORDER SHEET
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Alexis Figueroa, MD

| Institution: | | Date: | Time: | ☐ Inpatient ☐ Outpatient | Inmate Name _Phillips Danny_ |
|---|---|---|---|---|---|

JAN 0 6 ENT'D

DC# _789552_

Dorm _____

Diagnosis: _____

SWCI Staff Physician

List Allergies Here

Initial Each Order as Transcribed

STAT

MP

PCN

D/C coumadin

Alexis Figueroa
Physician
Suwannee CI
MD

Date/Time Noted:

Nurse Signature/Stamp   M. Pearson LPN
Suwannee C.I., AX

Clinician Signature/Stamp          Date/Time:

DC4-714B (Revised 11/7/17)          Distribution: White Original—Pharmacy     Canary—Medical Record
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

Phillips, Donny 789552                    Suwannee Annex

Date: 1/24/2021

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | DP |
| Wipes | 1-50ct pkg. | DP |
| Zinc Oxide Barrier Cream | 1 tube | DP NO |
| Hibiclens | 1-8oz. bottle | DP |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: _Clackson RN_____

SUPPLIES RECEIVED BY: _Don_____ 1-24-21_____

Phillips; Donny 789552                    Suwannee Annex

Date: 1-17·21

| ITEMS ISSUED: | QUANTITY: | | ISSUED BY: | |
|---|---|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | 3 diapers/day | KH | BP |
| Wipes | 1-50ct pkg. | 1PK/mo | KH | BP |
| Zinc Oxide Barrier Cream | 1 tube | KoP | KH | BP |
| Hibiclens | 1-8oz. bottle | KoP | KH | |
| | | | | |
| | | | | |
| | | | | |

SUPPLIES ISSUED BY: _K Hammond_____

SUPPLIES RECEIVED BY:_____Danny Phillips__ 1-17-21_____

Phillips, Donny 789552                    Suwannee Annex

Date: 01|10|2021

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg.  *Regular* | DP |
| Wipes | 1-50ct pkg. | DP |
| Zinc Oxide Barrier Cream | 1 tube | None |
| Hibiclens | 1-8oz. bottle | DP |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: _____

SUPPLIES RECEIVED BY: _Donny Phillips_ 1-10-21 _____

Phillips, Donny 789552          Suwannee Annex

Date: 1-3-21

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. Regular | DP |
| Wipes | 1-50ct pkg. | DP None |
| Zinc Oxide Barrier Cream | 1 tube | |
| Hibiclens | 1-8oz. bottle | DP |
| | | |
| | | |

SUPPLIES ISSUED BY: _A. Millett RN_

SUPPLIES RECEIVED BY: _Donny PS 1-3-21_

Phillips, Donny 789552                    Suwannee Annex

Date: 12/27/20

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | DP |
| Wipes | 1-50ct pkg. | DP |
| Zinc Oxide Barrier Cream | 1 tube | |
| Hibiclens | 1-8oz. bottle | DP |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: _M Shea_

SUPPLIES RECEIVED BY: _Don____ 12/27/20_

Phillips, Donny 789552                    Suwannee Annex

Date: 2/21/21

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | DP |
| Wipes | 1-50ct pkg. | DP |
| Zinc Oxide Barrier Cream | 1 tube | DP |
| Hibiclens | 1-8oz. bottle | DP |
| A & D  1.2 | | DP |
| | | |
| | | |

SUPPLIES ISSUED BY: _____

SUPPLIES RECEIVED BY: _____

Phillips, Donny 789552                    Suwannee Annex

Date: 2-14 21

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | KH   DP |
| Wipes | 1-50ct pkg. | KH   DP |
| Zinc Oxide Barrier Cream | 1 tube | NONE |
| Hibiclens | 1-8oz. bottle | KH DP |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: K Howard (RN)

SUPPLIES RECEIVED BY: Donny Phillips 2/14/21

Phillips, Donny 789552                    Suwannee Annex

Date:

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | DP |
| Wipes | 1-50ct pkg. | DP |
| Zinc Oxide Barrier Cream | 1 tube | None |
| Hibiclens | 1-8oz. bottle | DP |
| A+D | | DP |
| | | |
| | | |

SUPPLIES ISSUED BY: _WMbuchy LPN_       _2/7/21_

SUPPLIES RECEIVED BY: _Donny Philip_   _2/7/21_

Phillips, Donny 789552                         Suwannee Annex

Date:

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. *(3 diapers daily)* | K H DP |
| Wipes | 1-50ct pkg. *1 Pt monthly* | Sign t04-21 1HDP |
| Zinc Oxide Barrier Cream | 1 tube *kop* | None |
| Hibiclens | 1-8oz. bottle *kop* | KH DP |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: _____  K. Hancock, LPN
                                            Suwannee C.I.

SUPPLIES RECEIVED BY: _____ 1-31-21

STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: **PENICILLINS**

Month/Year: **01/2024**

| Codes: | 1 = Refused | 4 = Medication Out of Stock |
|---|---|---|
| | 2 = Security Lockdown | 5 = Awaiting Arrival from |
| | 3 = Medication Held | Pharmacy |
| | | 6 = Other |

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 11/1/20 | ALEXIS FIGUEROA MD **WARFARIN SODIUM 6MG** "DOT" TAKE ONE TABLET(S) EACH DAY BY MOUTH MONDAY, WEDNESDAY, AND FRIDAY, 7408079 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 01/10 TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 11/1/20 | ALEXIS FIGUEROA MD **WARFARIN SOD 5MG** "DOT" TAKE ONE TABLET(S) EACH DAY BY MOUTH TUESDAY, THURSDAY, SATURDAY & SUNDAY, 7408082 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP 01/10 TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOP TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Initials | Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp |
|---|---|---|---|---|---|---|---|
| | | | | | S. Kemp LPN | | |
| | | | | | A. Shaw LPN | | |

* Requires comment on back Page

Inmate Name __PHILLIPS DONNY R.__
DC # __788552__
Date of Birth _____   Caucasian   M
Institution __Suwannee Cl Annex__
SUWANNEE Cl ANNEX

Page 1 of 2   of _____

DC4-701A (Revised 10/22/17)   This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration

Phillips, Donny 789552                    Suwannee Annex

Date: 3|21|21

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | DP |
| Wipes | 1-50ct pkg. | DP |
| Zinc Oxide Barrier Cream | 1 tube | NONE |
| Hibiclens | 1-8oz. bottle | DP |
| A + D OINTMENT | | DP |
| | | |
| | | |

SUPPLIES ISSUED BY: W. Mileady LPN

SUPPLIES RECEIVED BY: Donny Phillips 3/27/21

Phillips, Donny 789552                    Suwannee Annex

Date: 3·14·21

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | KH DP |
| Wipes | 1-50ct pkg. | KH DP |
| Zinc Oxide Barrier Cream | 1 tube | DP |
| Hibiclens | 1-8oz. bottle | DP |
| | | DP |
| | | |
| | | |

SUPPLIES ISSUED BY: K Vancore (M)

SUPPLIES RECEIVED BY: Donny Phillips   3/14/21

Phillips, Donny 789552                    Suwannee Annex

Date: 3/7/21

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | DP |
| Wipes | 1-50ct pkg. | DP |
| Zinc Oxide Barrier Cream | 1 tube | NONE |
| Hibiclens | 1-8oz. bottle | DP |
| A+D Ointment | 3/4/21 | DP |
| | | |
| | | |

SUPPLIES ISSUED BY: _MMBundy LPN_      3/7/21

SUPPLIES RECEIVED BY: _Donny Phillips_   3/7/21

Phillips, Donny 789552                    Suwannee Annex

Date: 2·28·21

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | KH DP |
| Wipes | 1-50ct pkg. | CT DP |
| Zinc Oxide Barrier Cream | 1 tube | |
| Hibiclens | 1-8oz. bottle | KH DP |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: KHanard

SUPPLIES RECEIVED BY: _____ 2/28/21

Phillips, Donny 789552                    Suwannee Annex

Date: 2/21/21

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | DP |
| Wipes | 1-50ct pkg. | DP |
| Zinc Oxide Barrier Cream | 1 tube | DP |
| Hibiclens | 1-8oz. bottle | DP |
| A+D          1.2 | | DP |
| | | |
| | | |

SUPPLIES ISSUED BY: _____ M Baelmy RN _____

SUPPLIES RECEIVED BY: _____ Don Phillips 2/21/21 _____

Phillips, Donny 789552                    Suwannee Annex

Date: 2-14 21

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | KH DP |
| Wipes | 1-50ct pkg. | KH DP |
| Zinc Oxide Barrier Cream | 1 tube | NONE |
| Hibiclens | 1-8oz. bottle | KH DP |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: _K H Brook (RN)_____

SUPPLIES RECEIVED BY: _Don Phillips 2/14/21_____

Phillips, Donny 789552                    Suwannee Annex

Date: 2/7/21

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | DP |
| Wipes | 1-50ct pkg. | DP |
| Zinc Oxide Barrier Cream | 1 tube | None |
| Hibiclens | 1-8oz. bottle | DP |
| A+D | | DP |
| | | |
| | | |

SUPPLIES ISSUED BY: _W Mcbuety LPN_      2/7/21

SUPPLIES RECEIVED BY: _Donny_      2/7/21

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: _PCN_

| DATE/TIME | |
|---|---|
| 03/09/21 0900 | INC NOTE IIM *partial refusal* 20-21 Season Flu refused. PPD. See DC4-711A. DC4-520C completed. No symptoms noted. |
| | D. Townsend, LPN Infection Control Suwannee C.I. - Annex |

---

**Inmate Name** _
**DC#** _
**Date of Birth** _
**Institution** _

PHILLIPS, DONNY
DC: 789552
R/S: W/M
DOB: 08/14/1960

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

FLORIDA DEPARTMENT OF CORRECTIONS
## CARDIOVASCULAR CLINIC (CC) FLOW SHEET

HLD
(Fill in diagnosis)

**Complete "Chronic Illness Clinic", DC4-701F and document at a minimum the following:**

Fundi (if clinically indicated); Heart (murmurs); Lungs; Peripheral Pulses/Bruits; Edema

| RECURRING DATA | CIC DATE | CIC DATE | CIC DATE | CIC DATE | CIC DATE | CIC DATE | CIC DATE | CIC DATE | CIC DATE | CIC DATE | CIC DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2/17/20 | 10/7/20 | 10/29 | 5-5-21 | | | | | | | |
| BLOOD PRESSURE | 142/90 | 141/86 | 113/79 | 121/80 | | | | | | | |
| WEIGHT | 221 | 196 | 195/16 | 230 | | | | | | | |
| | | | / | / | | | | | | | |
| | | | / | / | | | | | | | |
| EKG (baseline and as indicated) | — | ✓ | Aug' | yes | | | | | | | |
| *TAKES MEDICATION AS PRESCRIBED | no | y | y | No | | | | | | | |
| *COMPLIANT WITH TREATMENT PLAN | no | y | y | No | | | | | | | |
| CONTROL | fair | C | C | P | | | | | | | |
| STATUS | ↓ | ↑ | → | ↓ | | | | | | | |
| *EDUCATION PROVIDED | 15 | 1-5 | 1-5 | 1-5 | | | | | | | |
| CLINICIAN INITIALS | | | | | | | | | | | |

### YEARLY DATA
(Review *"Immunization Record", DC4-710,* to see if Influenza and Pneumococcal Vaccinations are up to date.)

**Control:**
   G = Good
   F = Fair
   P = Poor
**Status:**
   ↑ = Improved
   → = Unchanged
   ↓ = Worsened

| | DATE 2020 | DATE 2021 | DATE | DATE |
|---|---|---|---|---|
| BUN/CREATININE | 16/1.23 | 24/1.38 | | |
| NA+/K+/Cl | 142/42/105 | 142/4.4/103 | | |
| CHOLESTEROL | 280 | 237 | | |
| URINALYSIS | bacteria | 4+ | | |

*Takes Medication as prescribed and Compliant with Treatment Plan, answer options: Y=Yes; N=No; 0=Not applicable
*Document corresponding number of relevant education provided in education box above:
1. Disease process  2. Diet including, sodium intake  3. Exercise  4. Smoking Cessation (if applicable)  5. Medication(s)

D-789552 TM 03 11/21/13
PHILLIPS, DONNY R.                    /Sex_____
W/M DOB 08/14/1960(59)

This form is not to be amended, revised, or altered
without approval of the Director of Health
Services Administration.

DC4-770D (Revised 4/8/15)

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: PCN

DATE/TIME

MAY 0 5 2021
1:30PM

ODN - MD

Mr. phillips was evaluated today during clinic. Pt has no major issues and complaints at this time. Pt has stop his Flomax on his own, stating that that was causing him to be gassy. Pt also stating that he has not refill his Lipitor for over 3 mths and that bump his R ankle area with wheelchair leg causing skin breaks. Pt has been eating from canteen including high salt diet. Pt has increase his weight 2 10lbs. Pt was educated about eating habits and tx plan: Continue c prior Passes and supplies.
See 16x

Inmate Name_
DC#_____ PHILLIPS, DONNY
Date of Birth_ DC: 789552
Institution___ R/S: W/M
DOB: 08/14/1960

SWCI AX

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

Alexis Figueroa, MD
Physician
Suwannee CI

DC4-701 (Effective 4/8/10)     Incorporated by Reference in Rule 33-602.210

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: | PCN |
|---|---|

| DATE/TIME | Record Review: MD | Grades: |
|---|---|---|
| MAY 08 2021 | ✓ LAB Work Results NOTED... Action Taken Y ✓ /N___ | M- |
| 915 | ___ Schedule Appt. w/MD_____ | S- |
| | ___ FOLLOW up _____ | W- |
| | ___ Radiology Report Noted   Action Taken Y__/N__ | |
| | ___ Study Report Noted   Action Taken Y__/N__ | |
| | ___ Optometrist Rec Noted   Action Taken Y__/N__ | |
| | ___ Radiology Request noted. | |
| | ___ Specialty Appointment Rec. reviewed   Action Taken Y__/N__ | |
| | ___ Refusal noted. Action Taken Y__/N__ | |
| | ___ Sick Call Request Noted. Action Taken Y__/N__ | |
| | ___ CD4 760A Noted. ___ CD4 706 A Noted. ___ DC4 701C Noted + DC4 708 Noted. | |
| | ___ OK to FILE, No further action at this time. | |
| | ___ Passes: | |
| | ✓ Plan: Please make Sure CIC IS Scheduled. | |
| | ↓GFR , ↑ lipids | |

Noted 5/31/21
6/1/25
MD
M. Pearson, LPN
Suwannee C.I.
CIC Scheduled
6/6/21
Tony Abbott, APRN
Suwannee CI - Centurion

| Inmate Name | Phillips, Donny | S- Subjective Data |
|---|---|---|
| DC# | 789552 | Race/Sex W /M | O- Objective Data |
| Date of Birth | 08/14/1960 | A- Assessment of S and O Data |
| Institution | Suwannee CI - AX | P- Plan |
| | | E- Education |

DC4-701 (Effective 4/8/10)    Incorporated by Reference in Rule 33-602.210

**FLORIDA DEPARTMENT OF CORRECTIONS**
# Chronological Record of Health Care

Allergies: PCN

| DATE/TIME | |
|---|---|
| 4.26.21 1430 | IF Spoke to James V. Cook, Attorney - Valid ROI - update given |
| | S. Fullbright MRC |
| | S. Fullbright Medical Records Clerk Suwannee CI |
| 4.26.21 1444 | IE. Invoice for copies of records July 1 2020 to April 23 2021 emailed to John V Cook, Attorney |
| | S. Fullbright MRC |
| | S. Fullbright Medical Records Clerk Suwannee CI |
| 4.28.21 0400 | labs drawn: PT, CBC, CMP, lipid, TSH, PSA, 3 occult cardiol PRN ... I. Munsell RN Suwannee CI |

Inmate Name Phillips, Donny
DC# 785552  Race/Sex W m
Date of Birth 8.14.60
Institution Suwannee Annex

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)    Incorporated by Reference in Rule 33-602.210

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: *PCN*

| DATE/TIME | Record Review: MD |
|---|---|
| 01 22 21 | LAB Work Results NOTED... Action Taken Y__/N____ |
| | Schedule Appt. w/MD_____ |
| | FOLLOW up_____ |
| | Radiology Report Noted   Action Taken Y__/N__ |
| | Study Report Noted   Action Taken Y__/N__ |
| | ✓ Optometrist Rec Noted   Action Taken Y__/N ✓  *follow-up  Jan. 2022* |
| | Radiology Request noted. |
| | Specialty Appointment Rec. reviewed   Action Taken Y__/N__ |
| | Refusal noted. Action Taken Y__/ N__ |
| | Sick Call Request Noted.Action Taken Y__/ N__ |
| | CD4 760A Noted. ____ CD4 706 A Noted. ___ DC4 701C Noted + DC4 708 Noted. |
| | ✓ OK to FILE, No further action at this time. |

✓ Plan: *Zinc Oxide 30gm 20% was refilled on 1/13/21 for 90 days. Will follow-up further c̄ Mr. Phillips at his CIC that is due 1/2021.*

*[signature] APRN*
*1/22/21*

*4.23.21 I.E. Inmate Signed ROI ITOO for James V. Cook, Attorney./ Copies made.*
*S. Fullbright MRC*

S. Fullbright
Medical Records Clerk
Suwannee CI

| | | |
|---|---|---|
| Inmate Name *Phillips, Donny* | | S- Subjective Data |
| DC# *789552*   Race/Sex *W*/M | | O- Objective Data |
| Date of Birth *08/14/1960* | | A- Assessment of S and O Data |
| Institution Suwannee CI - AX | | P- Plan |
| | | E- Education |

DC4-701 (Effective 4/8/10)       Incorporated by Reference in Rule 33-602.210

FLORIDA DEPARTMENT OF CORRECTIONS
# CHRONIC ILLNESS CLINIC

D/C Miscellaneous

Circle Clinic(s): Cardiovascular Endocrine Gastrointestinal Immunity Miscellaneous Neurology Oncology Respiratory Tuberculosis

INSTITUTION: SWCI HC   DATE: MAY 05 2021   TIME START: 11:00   TIME STOP: _____

SUBJECTIVE: Current complaint related to CIC: _____
I feel great.

Record Review including Labs since last CIC visit:
142/100/24/42    AST 13
4.4/28/1.38      Alt 14
eGFR 55          Cho 237
TSH 2.4          LDL 170

Current Medications & Dosage: PCN
1) Coumadin   Dc'd 1-6-21
2) Coumadin
3) Lipitor 40mg
4) Flomax 0.4mg
5) _____
6) _____
7) _____
8) _____
9) 5  16/138
10) _/49   PSA 1.09

OBJECTIVE: Temp: 98.2°F  Pulse: 83 /min  Resp: 16 /min  BP: 121/80  Wgt: 230
Periodic Screening Encounter included in exam _____ Y or X N (This meets requirements for PE as described in HSB 15.03.04)

Gen: OK3, coop, w/wheelchair used.   Neu. II ⇒ XII int
                                     Glasgow 15 N
HEENT: PERRLA, EOMI, NC TVO.
Lungs: CTA.
Heart: RRR @ No rub, S1(↑) S2(↑)
Any murmur
Ext: MILD edema bilat. @ ankle - open ____
     sores anterior S

CHRONIC ILLNESS EDUCATION
X DISEASE PROCESS
X MEDICATION COMPLIANCE/
INSTRUCTIONS/SIDE EFFECTS
X DIET/EXERCISE
X TREATMENT COMPLIANCE
X SMOKING CESSATION
X RISK FACTORS/RESTRICTIONS

ASSESSMENT: 1) PM (Good) - Resolved - D/C Miscellaneous
             2) HLD 3) CAD (Good) Hx Smoking (2005)

Orders signed off: _____

PLAN:
Medication: Lust Lopitor at the camp back Rx for DVT, was taking at new
            A+D Ointg Zinc Oxyd.  Ibuprofen 600mg
Labs: Hemoccult, CBC, CMP, Lipid, TSH, Body, ASA 81mg PO
Consultations (if needed): _____ Ibuprofen 600 PO qd, D/C + loss

Other: _____
Current Passes: Pass D/C active
Education: Educated about body well. Resident, T/Pn plan
          He understood and agreed

Current Medical Grade: 2   Schedule next CIC appt. in: 30 60 90 120 180 (days) other: _____

SIGNATURE: _____

Noted 5/4/21
M. Pearson, LPN
Suwannee C.I.  AX

STAMP: Arlene Rubio M.D.
Attending Physician

MAY 05 2021

PHILLIPS, DONNY
DC: 789552
R/S: W/M
DOB: 08/14/1960
DC4-701F (Revised 3/4/21)
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

FLORIDA DEPARTMENT OF CORRECTIONS
# Chronological Record of Health Care

Allergies: PCN

| DATE/TIME | |
|---|---|
| 5-3-21  0830 | **Urinalysis Dipstick** |

Leukocytes:

Nitrites:

Urobilinogen:

Protein:

Blood:

Ketones:

Bilirubin:

Glucose:

pH:

Specific Gravity:

Performing Staff Signature / Stamp: _____

## Random Blood Glucose by Fingerstick

Results:

Performing Staff Signature / Stamp: _____

## Hemocult Card Results

Date: #1        Results:  neg

Date: #2        Results:  neg

Date: #3        Results:  neg                    I. Munsell, PBT

                                                  Suwannee C.I.

Performing Staff Signature / Stamp: _____

Physician Signature / Stamp: _____   Date: _____

Inmate Name  Phillips, Donny

DC#  789552            Race/Sex  M

Date of Birth  8-14-66

Institution  Suwannee Correctional Annex

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

# BioReference
## LABORATORIES
an **OPKO** Health Company

**FINAL REPORT**

| PHYSICIAN | PATIENT | SAMPLE |
|---|---|---|
| FIGUEROA, ALEXIS<br><br>F7354 - SUWANNEE CORRECTIONAL<br>INST. ANNEX<br>5964 US HIGHWAY 90,<br><br>LIVE OAK, FL 32060<br>Acct #: (F7354)                00<br>P: (386)963-6691 | PHILLIPS, DONNY<br>DOB: 08/14/1960 Age: 60 Y Sex: M<br>U/FL:        Bed:<br>Rm:<br>Patient ID:    789552<br>Address: 7765 SOUTH CR 231,<br>        LAKE BUTLER, FL 32054<br><br>P: | Specimen ID: 947892341<br>Date Of Report: 04/29/2021 01:38<br>Date Collected: 04/28/2021 01:01<br>Date Received: 04/28/2021 23:14<br><br><br><br>*North America Eastern Time* |

Notes: PATIENT FASTING

## CLINICAL REPORT

### Clinical Abnormalities Summary:
(May not contain all abnormal results; narrative results may not have abnormal flags. Please review entire report.)

| | | | | | |
|---|---|---|---|---|---|
| BUN | 24 H | Creatinine | 1.38 H | e-GFR | 55 L |
| Cholesterol | 237 H | LDL/HDL Ratio | 4.05 H | NON-HDL<br>CHOLESTEROL | 195 H |
| LDL Cholesterol | 170 H | | | | |
| BASOS | 1.5 H | | | | |

### -------* CHEMISTRY *-------

| Test | Result | Abnormal | Reference | Units | RPT Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| Total Protein | 6.9 | | 5.9-8.4 | g/dL | 04/29/21 | 6.3 | 08/31/20 |
| Albumin | 4.4 | | 3.5-5.2 | g/dL | 04/29/21 | 4.2 | 08/31/20 |
| Globulin | 2.5 | | 1.7-3.7 | g/dL | 04/29/21 | 2.1 | 08/31/20 |
| A/G Ratio | 1.8 | | 1.1-2.9 | Ratio | 04/29/21 | 2.0 | 08/31/20 |
| Glucose | 92 | | 70-99 | mg/dL | 04/29/21 | 87 | 08/31/20 |
| Sodium | 142 | | 136-145 | mmol/L | 04/29/21 | 143 | 08/31/20 |
| Potassium | 4.4 | | 3.6-5.6 | mmol/L | 04/29/21 | 4.4 | 08/31/20 |
| Chloride | 100 | | 96-108 | mmol/L | 04/29/21 | 101 | 08/31/20 |
| CO2 | 28 | | 22-29 | mmol/L | 04/29/21 | 28 | 08/31/20 |
| BUN | | 24 H | 6-20 | mg/dL | 04/29/21 | 13 | 08/31/20 |
| Creatinine | | 1.38 H | 0.67-1.31 | mg/dL | 04/29/21 | 1.01 | 08/31/20 |
| e-GFR | | 55 L | >or=60 | mL/min | 04/29/21 | 80 | 08/31/20 |
| e-GFR, African American | 64 | | >or=60 | mL/min | 04/29/21 | 93 | 08/31/20 |
| BUN/Creat Ratio | 17.4 | | 10.0-28.0 | Ratio | 04/29/21 | 12.9 | 08/31/20 |
| Calcium | 9.4 | | 8.6-10.4 | mg/dL | 04/29/21 | 9.4 | 08/31/20 |
| Bilirubin, Total | 0.3 | | <1.2 | mg/dL | 04/29/21 | 0.7 | 08/31/20 |
| Alk Phos | 119 | | 40-156 | U/L | 04/29/21 | 94 | 08/31/20 |
| AST | 13 | | <40 | U/L | 04/29/21 | 24 | 08/31/20 |
| ALT | 16 | | <41 | U/L | 04/29/21 | 23 | 08/31/20 |

### -* CARDIOVASCULAR/LIPIDS *--

| Test | Result | Abnormal | Reference | Units | RPT Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| Cholesterol | | 237 H | <200 | mg/dL | 04/29/21 | 113 | 10/14/20 |
| Triglycerides | 126 | | <150 | mg/dL | 04/29/21 | 121 | 10/14/20 |
| HDL CHOL., DIRECT | 42 | | >40 | mg/dL | 04/29/21 | 30 L | 10/14/20 |
| HDL as % of Cholesterol | 18 | | >14 | % | 04/29/21 | 27 | 10/14/20 |

Evaluation: AVERAGE RISK

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Chol/HDL Ratio | 5.6 | | <7.4 | | 04/29/21 | 3.8 | 10/14/20 |

Evaluation: AVERAGE RISK

*(handwritten: MAY 03 2021 / Tony Abbott, APRN / Suwannee CI - Centurion)*

# BioReference
LABORATORIES
an **OPKO** Health Company

FINAL REPORT

**PHYSICIAN**
FIGUEROA, ALEXIS
F7354 - SUWANNEE CORRECTIONAL
INST. ANNEX
5964 US HIGHWAY 90,
LIVE OAK, FL 32060
Acct #: (F7354)           00
P: (386)963-6691

**PATIENT**
PHILLIPS, DONNY
DOB: 08/14/1960 Age: 60 Y Sex: M
U/FL:        Bed:
Rm:
Patient ID:    789552
Address: 7765 SOUTH CR 231,
         LAKE BUTLER, FL 32054
P:

**SAMPLE**
Specimen ID: 947892341
Date Of Report: 04/29/2021 01:38
Date Collected: 04/28/2021 01:01
Date Received: 04/28/2021 23:14

*North America Eastern Time*

## CLINICAL REPORT

| Test | Result | Abnormal | Reference | Units | RPT Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| LDL/HDL Ratio | | 4.05 H | <3.56 | | 04/29/21 | 1.97 | 10/14/20 |
| NON-HDL CHOLESTEROL | | 195 H | <130 | mg/dL | 04/29/21 | 83 | 10/14/20 |
| LDL Cholesterol | | 170 H | <100 | mg/dL | 04/29/21 | 59 | 10/14/20 |
| VLDL, CALCULATED | 25 | | 7-32 | mg/dL | 04/29/21 | 24 | 10/14/20 |
| **------* HEMATOLOGY *------** | | | | | | | |
| WBC | 5.36 | | 3.66-10.60 | x10(3)/uL | 04/29/21 | 4.61 | 10/14/20 |
| RBC | 5.37 | | 3.94-5.76 | x10(6)/uL | 04/29/21 | 4.76 | 10/14/20 |
| HGB | 16.8 | | 12.0-16.9 | g/dL | 04/29/21 | 15.2 | 10/14/20 |
| HCT | 49.0 | | 34.6-49.6 | % | 04/29/21 | 45.5 | 10/14/20 |
| MCV | 91.2 | | 78.0-98.0 | fL | 04/29/21 | 95.6 | 10/14/20 |
| MCH | 31.3 | | 25.8-33.1 | pg | 04/29/21 | 31.9 | 10/14/20 |
| MCHC | 34.3 | | 31.7-35.3 | g/dL | 04/29/21 | 33.4 | 10/14/20 |
| RDW | 13.4 | | 12.2-15.3 | % | 04/29/21 | 13.1 | 10/14/20 |
| POLYS | 47.7 | | 34.9-75.3 | % | 04/29/21 | 50.5 | 10/14/20 |
| LYMPHS | 34.3 | | 14.0-51.8 | % | 04/29/21 | 32.1 | 10/14/20 |
| MONOS | 11.4 | | 3.5-13.2 | % | 04/29/21 | 11.3 | 10/14/20 |
| EOS | 4.5 | | 0.0-6.2 | % | 04/29/21 | 4.8 | 10/14/20 |
| BASOS | | 1.5 H | 0.0-1.0 | % | 04/29/21 | 1.1 H | 10/14/20 |
| IMMATURE GRANULOCYTES | 0.6 | | 0.0-1.0 | % | 04/29/21 | 0.2 | 10/14/20 |
| Platelet Count | 188 | | 140-425 | x10(3)/uL | 04/29/21 | 175 | 10/14/20 |
| MPV | 10.5 | | 8.6-12.1 | fL | 04/29/21 | 11.6 | 10/14/20 |
| PT | 10.8 | | 9.1-12.8 | sec | 04/29/21 | 12.7 | 01/08/21 |
| INR | 0.98 | | 0.81-1.18 | | 04/29/21 | 1.16 | 01/08/21 |

CLINICAL INDICATIONS FOR INR USE

Reference Range

Prophylaxis or treatment of venous thrombosis,      2.00-3.00
systemic embolization, and pulmonary embolism

High-risk patients with mechanical heart valves      2.50-3.50

Normal Non-Medicated patients                        0.81-1.18

NOTE: INR values below 2.00 for patients on warfarin
      therapy would be considered sub-therapeutic
      for the above conditions.

NOTE: New reference range for INR, NON-MEDICATED implemented on 4-19-21.

## ------* MISCELLANEOUS *------

| TSH | 2.430 | | 0.282-4.000 | uIU/mL | 04/29/21 | | |

---

Florida Clinical Laboratory, Inc.
27 E. Hibiscus Blvd Suite C | Melbourne, FL 32901 | (800) 229-5227

James Weisberger M.D.
Laboratory Director

Page 2 of 3
Printed 04/29/2021 05:44

BioReference Laboratories is a business unit of Florida Clinical Laboratory, Inc.

# BioReference
## LABORATORIES
an **OPKO** Health Company

**FINAL REPORT**

| PHYSICIAN | PATIENT | SAMPLE |
|---|---|---|
| FIGUEROA, ALEXIS | PHILLIPS, BONNY | Specimen ID: 947H82341 |
| F7354 - SUWANNEE CORRECTIONAL | DOB: 06/14/1960  Age: 60 Y Sex: M | Date Of Report: 04/29/2021 05:38 |
| INST. ANNEX | H/FL: Bed: | Date Collected: 04/28/2021 05:38 |
| 5964 US HIGHWAY 90, | Rm: | Date Received: 04/28/2021 13:14 |
| LIVE OAK, FL 32060 | Patient ID: 780651 | |
| Acct #: (F7354) | Address: 7765 SOUTH CR 231, | |
| P: (386)963-6091 | LAKE BUTLER, FL 32054 | North America Eastern Time |
| | F: | |

## CLINICAL REPORT

| | | | | | |
|---|---|---|---|---|---|
| PSA Total | 1.89 | <4.00 | ng/ml | 04/29/21 | 0.83 | 08/11/18 |

NOTE: NCCN Guidelines (2017) recommend repeat testing every 2-4 years
if PSA is <1 ng/ml and every 1-2 years if PSA is 1-3 ng/ml.
In men aged 45 to 75 years, a PSA value of 1.00 ng/ml selects for
the upper range of PSA values. Men who have a PSA above the
median for their age group are at a higher risk for prostate
cancer and for the aggressive form of the disease. The higher
above the median, the greater the risk.

NOTE: The PSA assay should not be the only test used for
diagnostic purposes. Additional evaluation using DRE,
ultrasound, TUR or similar procedures may be used for
this purpose. Predictions of disease recurrence
should not be based solely upon values obtained from
serial PSA values obtained on the patient.
NOTE: Values obtained with different assay methods or kits
cannot be used interchangeably.
NOTE: Results cannot be interpreted as absolute evidence of
the presence or absence of malignant disease.

ASSAY INFORMATION: Method Electrochemiluminescence Immunoassay
(Roche Diagnostics)

NOTE: Biotin supplementation (>5mg/day) may cause interference
with this assay.

Phillips, Donny 789552                    Suwannee Annex

Date: 5·23·21

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | IGN DP |
| Wipes | 1-50ct pkg. | KH DP |
| Zinc Oxide Barrier Cream | 1 tube | |
| Hibiclens | 1-8oz. bottle | KH DP |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: K Henson(LPN)

SUPPLIES RECEIVED BY: Don Ryan  5/23/21

5|16|2|

Phillips, Donny 789552                           Suwannee Annex

Date:

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | DP |
| Wipes | 1-50ct pkg. | DP |
| Zinc Oxide Barrier Cream | 1 tube | KB |
| Hibiclens | 1-8oz. bottle | DP |
| A+D Ointment | | 5/15/21 DP |
| | | |
| | | |

SUPPLIES ISSUED BY: _____ M.Vuely LPN _____

SUPPLIES RECEIVED BY: _____ Donny P. - 5/16/21 _____

Phillips, Donny 789552                    Suwannee Annex

Date: 5.9.21

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | KH DP |
| Wipes | 1-50ct pkg. | KH DP |
| Zinc Oxide Barrier Cream | 1 tube | NONE |
| Hibiclens | 1-8oz. bottle | KH DP |
|  |  |  |
|  |  |  |
|  |  |  |

SUPPLIES ISSUED BY: K Dameou LPN

SUPPLIES RECEIVED BY: Don Phie 5/9/21

5/2/21

Phillips, Donny 789552                    Suwannee Annex

Date:

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | DP |
| Wipes | 1-50ct pkg. | DP |
| Zinc Oxide Barrier Cream | 1 tube | NONE |
| Hibiclens | 1-8oz. bottle | DP |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: _AM Eady LPN_

SUPPLIES RECEIVED BY: _Donny P   5/2/21_

Phillips, Donny 789552                    Suwannee Annex

Date: 4·25·21.

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | KH DP |
| Wipes | 1-50ct pkg. | H DP |
| Zinc Oxide Barrier Cream | 1 tube | None |
| Hibiclens | 1-8oz. bottle | KH DP |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: K Hanson (H)

SUPPLIES RECEIVED BY: Donny 4/25/21

## FLORIDA DEPARTMENT OF CORRECTIONS
## REFUSAL OF HEALTH CARE SERVICES

This is to certify that I am refusing the following:

☒ Medical Services    Monthly Skin Assessment

☐ Mental Health Services _____

☐ Dental Services _____

☐ Medication _____

☐ Lab/Diagnostic testing _____

☒ Other    Inspection of - ( Wheelchair / Prosthetic / Brace

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

X _____          05 /18/ 2021 @ 0930
**Signature of Patient***          **Date/Time**

---

**Two Witnesses:**   I, _____ B. Cannon, LPN _____ am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_____          LPN - ADA Nurse - Suwannee CI Annex
Signature of Witness          Title of Witness

I, Linda Young 9b _____ am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

Linda Young 9b          Correctional Officer – Suwannee CI Annex
Signature of Witness          Title of Witness

I am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

_____          JUN 1 1 2021
Signature of Clinician          Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

_____          _____
Signature of Interpreter/Translator          Title of Witness

*If the patient refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

D-789552  TM12  11/21/13
PHILLIPS, DONNY R.
W/M  DOB 08/14/1960 (60)          / M
                                   nex

DC4-711A (Effective 8/13) (Page 1 of 2)

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: PCN

| DATE/TIME | |
|---|---|
| 05/28/21 1000 | Inc Note: Inmate refused monthly skin check. DC4-701b complete — B. Cannon |

B. Cannon, LPN

Suwannee C.I.

Inmate Name **Phillips, Donny**
DC# 789552  Race/Sex W / M
Date of Birth 08/14/60
Institution Suwannee Correctional Annex

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)    Incorporated by Reference in Rule 33-602.210

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CLINICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: | | Date: | Time: | ☐ Inpatient ☐ Outpatient | |
|---|---|---|---|---|---|

List Allergies Here

MAY 0 5 2021

PCN

PHILLIPS, DONNY
DC: 789552
R/S: W/M
DOB: 08/14/1960

STAT — Initial Each Order as Transcribed

D/c *(illegible)*

MAY 0 5 2021

Alexis Figueroa, MD
Physician
Suwannee CI

Date/Time Noted: 5/6/21 0855

Nurse Signature/Stamp M. Pearson, LPN
Suwannee C.I.   AX

Clinician Signature/Stamp

DC4-714B (Revised 11/7/17)

Distribution: White Original—Pharmacy    Canary—Medical Record

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CLINICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE

| Institution: | | Date: | Time: | ☐ Inpatient ☐ Outpatient | |
|---|---|---|---|---|---|

PHILLIPS, DONNY
DC: 789552
R/S: W/M
DOB: 08/14/1960

List Allergies Here

MAY 0 5 2021

PCN

Diagnosis: *Constipation*

STAT — Initial Each Order as Transcribed

*(illegible handwritten orders)*
D/c *(illegible)*
Bacitracin Oint, appl *(illegible)*

MAY 0 5 2021

Alexis Figueroa, MD
Physician
Suwannee CI

Date/Time Noted: 5/6/21 0855

Nurse Signature/Stamp M. Pearson, LPN
Suwannee C.I.   AX

Clinician Signature/Stamp

DC4-714B (Revised 11/7/17)

Distribution: White Original—Pharmacy    Canary—Medical Record

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CLINICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: | | Date: | Time: | ☐ Inpatient ☐ Outpatient | |
|---|---|---|---|---|---|

List Allergies Here

MAY 0 5 2021

PCN

PHILLIPS, DONNY
DC: 789552
R/S: W/M
DOB: 08/14/1960

STAT — Initial Each Order as Transcribed

*Lipitor 40 mg PO qd*
*ASA 81 mg PO qd*
*(illegible) 600 mg PO BID*
*Zinc Oxide (illegible)*

MAY 0 5 2021

*(illegible notes in right margin)*

Alexis Figueroa, MD
Physician
Suwannee CI

Date/Time Noted: 5/6/21 1455

Nurse Signature/Stamp M. Pearson, LPN
Suwannee C.I.   AX

Clinician Signature/Stamp

DC4-714B (Revised 11/7/17)

Distribution: White Original—Pharmacy    Canary—Medical Record

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

Phillips, Donny 789552                     Suwannee Annex

Date: 6·20·21

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | DP |
| Wipes | 1-50ct pkg. | DP |
| Zinc Oxide Barrier Cream | 1 tube | |
| Hibiclens | 1-8oz. bottle | DP |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: _____

SUPPLIES RECEIVED BY: _____ · 6/20/21 _____

Phillips, Donny 789552                    Suwannee Annex

Date: 6 · 13 · 21

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | KH DP |
| Wipes | 1-50ct pkg. | KH DP |
| Zinc Oxide Barrier Cream | 1 tube | |
| Hibiclens | 1-8oz. bottle | KH DP |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: K Hancock LPN

SUPPLIES RECEIVED BY: Donny Phillips 6/13/21

Phillips, Donny 789552                    Suwannee Annex

Date: 6 · 6 · 21

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | KH DP |
| Wipes | 1-50ct pkg. | KH DP |
| Zinc Oxide Barrier Cream | 1 tube | |
| Hibiclens | 1-8oz. bottle | KH DP |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: _____

SUPPLIES RECEIVED BY: _____ 6/6/21 _____

Phillips, Donny 789552                    Suwannee Annex

Date: 5.30.21

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | KH DP |
| Wipes | 1-50ct pkg. | KH DP |
| Zinc Oxide Barrier Cream | 1 tube | |
| Hibiclens | 1-8oz. bottle | KH DP |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: _K. Hancell LPN_

SUPPLIES RECEIVED BY: _____ 5/30/21

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

**Allergies:** PCN

| DATE/TIME | |
|---|---|
| 06/28/2021 1300 | Inc Note: Monthly Skin check complete. No sign of compromised skin integrity noted. IMP denies any areas of concern. Braden Scale complete c a score of 21. No further action needed at this time — Reader<br><br>P. Cannon, LPN<br>Suwannee C.I. |
| 7·17·21 1300 | Inc: IMP requesting renewal of A+D ointment as ordered by the courts. Current order has expired. Chart to provider for review — Stemp<br><br>S. Kemp L.P.N.<br>Suwannee CI-Annex |
| 8·2·21 9·10 | medical records was scanned to Tallahassee office for the monthly July! court documentation.<br><br>M. Morgan<br>Medical Records Supervisor<br>Suwannee C.I. - AX |

Inmate
DC# D-789552 TM12 11/21/13
Date PHILLIPS, DONNY R.
Institu W/M DOB 08/14/1960 (60)

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)        Incorporated by Reference in Rule 33-602.210

Phillips, Donny 789552          Suwannee Annex

Date: 7.4.21

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | KH DP |
| Wipes | 1-50ct pkg. | KH DP |
| Zinc Oxide Barrier Cream | 1 tube | |
| Hibiclens | 1-8oz. bottle | KH DP |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: K Hammond LPN

SUPPLIES RECEIVED BY: _____ 7/4/21

Phillips, Donny 789552                          Suwannee Annex

Date: 7\11\21.

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | DB |
| Wipes | 1-50ct pkg. | DB |
| Zinc Oxide Barrier Cream | 1 tube | None |
| Hibiclens | 1-8oz. bottle | DP |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: _M. Brady LN._

SUPPLIES RECEIVED BY: _Donny P.B._  7/12/21

Phillips, Donny 789552                    Suwannee Annex

Date: 7-18-21

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | KH  DP |
| Wipes | 1-50ct pkg. | CH  DP |
| Zinc Oxide Barrier Cream | 1 tube | |
| Hibiclens | 1-8oz. bottle | KH  DP |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: _K Hardblellen_____

SUPPLIES RECEIVED BY: _Don Phil___ 7/18/21_____

Phillips, Donny 789552                    Suwannee Annex

Date: 7 25 21

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | KN DP |
| Wipes | 1-50ct pkg. | KN DP |
| Zinc Oxide Barrier Cream | 1 tube | |
| Hibiclens | 1-8oz. bottle | KN · DP |
| | | |
| | | |

SUPPLIES ISSUED BY: _____

SUPPLIES RECEIVED BY: _____ 7/25/21

Phillips, Donny 789552                    Suwannee Annex

Date: 8·16·21

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | KH DP |
| Wipes | 1-50ct pkg. | KH DP |
| Zinc Oxide Barrier Cream | 1 tube | KH DP |
| Hibiclens | 1-8oz. bottle | KH DP |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: _Kanaulth_

SUPPLIES RECEIVED BY: _Don Pi_ 8/16/21

Phillips, Donny 789552                  Suwannee Annex

Date: 8·1·21

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | |
| Wipes | 1-50ct pkg. | |
| Zinc Oxide Barrier Cream | 1 tube | |
| Hibiclens | 1-8oz. bottle | |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: _____

SUPPLIES RECEIVED BY: _____ 8/1/2(

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
NON-TRAUMATIC LOWER EXTREMITY SWELLING PROTOCOL
NOTE:  ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

**SUBJECTIVE:** Date: _8-13-1_ Time: _0915_ Age: _61_ ☑ Sick Call ☐ EMID

Allergies: _PCN_

Current Medication/s: _Fiber Tabs, Lipitor_

Medical History: _DVT, CAD, PE._

Chief Complaint: _"I need my ATD ointment refilled"_

Pain Level: ☐ 0 ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☑ 7 ☐ 8 ☐ 9 ☐ 10   When did the pain start? _on - going_
_2-3_ hours / days /(months)/ years  (circle timeframe)

Do you have any chest pain or SOB at this time? ☑ No ☐ Yes→ assess patient with applicable protocol DC4-683E or DC4-683D.
(If patient is having both symptoms, assess patient using the Chest Pain Protocol.)

Do you have a productive cough? ☑ No ☐ Yes → Is sputum frothy and/or pink-tinged/bloody? ☐ No ☐ Yes

Do you have difficulty breathing at night when lying flat? ☑ No ☐ Yes

When did the swelling start? x _2-3_ hours / days /(months)/years (circle appropriate timeframe).

Have you had any recent trauma to the affected extremity, prior to the onset of swelling? ☑ No ☐ Yes→ assess patient using applicable trauma protocol.

Do you have ☑ unilateral or ☐ bilateral lower extremity swelling?  If unilateral, affected extremity (circle): Left (Right)

Do you have a (recent) history of:      (The more common risk factors for leg edema and/or DVT.)

| | | |
|---|---|---|
| ☐ Prolonged Bedrest | ☐ Cardiac history | ☐ Hormone Rx, both estrogen (BCP) and testosterone |
| ☐ Prolonged sedentary activity (e.g., long bus ride) | ☐ Kidney disease | ☐ Steroid Rx |
| ☐ Cancer | ☐ Liver disease | ☐ Injury or surgery involving leg, ankle, foot, knee, or pelvis |
| ☐ Chemotherapy | ☐ Diabetes | ☐ Overweight |
| ☐ Hypercoagulation (e.g., Polycythemia Vera) | ☐ Only 1 kidney | ☐ Leg infection |
| ☐ History of blood clots  (especially in legs) | ☐ Certain autoimmune disorders, e.g., lupus | ☐ Varicose veins |
| ☐ Family history of blood clots | ☐ Antidepressant meds, incl. MAO inhibitors Rx | ☐ Pregnancy |
| ☐ Smoking | ☐ Calcium channel blockers Rx | ☐ Post partum within the last 6 months |

Is it difficult and/or painful to walk? ☐ No ☐ Yes _N/A  w/c_

Have you noticed a recent decrease in urine output? (Decreased urinary frequency, small amounts): ☑ No ☐ Yes

Does anything help to decrease the swelling? _ATD ointment, Hibiclens soap_

**OBJECTIVE:** Temp: _98_ ° Pulse: _70_ Resp: _16_ Blood Pressure: _132/84_ O₂ sat: _99_% Weight: _220_

LMP: _N/A_ Current Blood Sugar: _93_ (all patients)  If blood sugar is ≥ 200, assess pt ALSO with DC4-683MM protocol.

Last recorded weight in medical record: _230_  Date: _5/5/21_

PHILLIPS, DONNY
IN  DC: 789552
D  R/S: W/M
D  DOB: 08/14/1960
INSTITUTION:
DC4-683PP (Revised 3/7/17)

_J. Howell_                        Jason Howell, RN
                                   Suwannee CI - Centurion
SIGNATURE AND STAMP/ PRINT of person completing form

RN OR CLINICIAN REVIEWER

Page 1 of 3
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
NON-TRAUMATIC LOWER EXTREMITY SWELLING PROTOCOL
NOTE:  ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

### FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION

- [ ] Coughing up frothy or pink-tinged/bloody sputum.
- [ ] If BP $\leq$ 90/60 or $\geq$ 160/100, HR is $\leq$60 or $\geq$ 110, RR is $\leq$ 12 or $\geq$ 24, Temp >100.4, OR O2 sat is < 93% on room air.
- [ ] Severe pain.
- [ ] Patient is unable to bear weight on affected leg/s.
- [x] Area over the ankle, calf, or thigh is warm/hot to touch and/or is red.
- [ ] Sudden swelling in single leg/ankle/thigh and is recent occurrence.
- [ ] Unable to locate pedal pulse and foot is cold or cyanotic.
- [ ] Swelling extends above the knee.
- [ ] Blood sugar is $\geq$ 200 and patient doesn't have a diagnosis of diabetes.

### FINDINGS REQUIRING CLINICIAN EXAMINATION WITHIN THE NEXT 24 HOURS

- [ ] History of heart, liver, or kidney disease; or cancer (recent); or leg surgery.
- [ ] Use of new prescription medication.
- [ ] New onset of 2+ bilateral ankle edema.
- [ ] Presence of weeping skin.
- [ ] Blood sugar is 120-200 and patient doesn't have a diagnosis of diabetes.
- [ ] If patient is pregnant, and has had a sudden weight gain (indicating fluid retention).

### PLAN

- [ ] Patient should be placed immediately on complete bed rest for: leg edema; pain and tenderness in calf or thigh; erythema; local warmth; prominent superficial veins; increased size compared with unaffected extremity; heavy feeling affected extremity; and/or cramping until examined by clinician..
- [x] Pain medication: Give Tylenol 650mg po x1 now while waiting for pain med order from clinician unless contraindicated.
- [ ] Issue a temporary Bed rest/Lay-In pass until inmate can see the clinician in the next 24 hours (see HSB 15.02.16) if patient isn't admitted to the Infirmary.

### EDUCATION

- [x] Return to the Medical Department immediately if you develop chest pain, difficulty breathing, or start coughing up blood (pink tinged, frothy sputum).
- [x] Return to the Medical Department if you develop any new symptoms OR if your current symptoms become worse (severe pain and/or swelling).
- [ ] Return to the Medical Department if no improvement within 72 hours.
- [x] Keep leg/s elevated as much as possible during the day; when in bed elevate leg/legs on folded blanket or on pillow.
- [ ] When elevating lower extremity, DO NOT place anything under the knees.  Place pillow/folded blanket under the calf.
- [x] Take medications as prescribed.
- [ ] If you've been prescribed pressure stocking/s, put stockings on before getting out of bed in the morning and take them off only when you go to bed at night.
- [x] Move your legs often during long bus /car trips, and in other situations in which you are sitting or lying down for long periods of time.
- [x] Do not cross legs.
- [x] Skin Care: Use mild soap, wash area gently and dry skin gently and thoroughly avoiding rubbing or massaging area.
- [ ] Don't smoke.

Jason Howell, RN
Suwannee CI - Centurion

_Howell_

SIGNATURE AND STAMP/ PRINT of person completing form

PHILLIPS, DONNY
DC: 789552
R/S: W/M
DOB: 08/14/1960

RN OR CLINICIAN REVIEWER

DC4-685FF (Revised 5/7/17)                                                                          Page 3 of 3

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

**FLORIDA DEPARTMENT OF CORRECTIONS**
OFFICE OF HEALTH SERVICES

# INMATE SICK-CALL REQUEST

Date: 8/12/21                     Time: 8:00 AM

Inmate Name: Donny Phillips       DC#: 789552

Housing assignment: N-2-143s      Job assignment: Houseman

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.)  ☐ Yes  ☑ No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.)  ☐ Yes  ☑ No
If so, why: _____

Problem:

☐    Pass/pass renewal

☑    Medication renewal

☐    Need information (explain): NEED the A+D Ointment Renewal

☐    Problem with ADA/Disability equipment or supplies (explain the problem): _____
_____

☐    Mental Health

☐    Dental

☑    Medical (explain): I Have Swelloaing In my Right Leg, and
I Need the Court ordered A+D ointment Renewaled
perscription, To Help Deal With a Serious Case of
Cellulitis.

When did problem/symptoms start? Months ago

---

**TO BE COMPLETED BY TRIAGE NURSE:**
Date/Time received: _____
Triaged by: (Print name and licensure) BJ ma RN          on (Date/Time) 8-13-21  2100
Assigned Triage Level: ☑ Routine  ☐ Urgent  ☐ Emergent
Date patient assessed by nurse: 8-23-    Signature/Stamp of Nurse Completing Sick Call: _____
                                                    Jason Howell, RN
                                                    Suwannee CI - Centurion

Inmate Name Donny Phillips
DC# 789552                    Race/Sex W/M
Date of Birth 8/14/60
Institution Suwannee C.I.

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate (special housing only – otherwise destroy)

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

DC4-698A (Effective 05/21)    (Revised 6/21)    Incorporated by Reference in Rule 33-402.101, F.A.C.

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

**Allergies:** PCN

**DATE/TIME**

DATE: 8/8/21  TIME: 1755  # 231-2107-0125.
S) INFORMAL GRIEVANCE REGARDING *flu Concerning Serious Medical issue*
O) *Seen in Medical 8-2-31*
A) APPROVED / DENIED  RETURN W/O ACTION
P) WRITTEN RESPONSE RETURNED TO GRIEVANCE
CORRDINATOR
ADDITIONAL INFORMATION *Next Appt. last week of August.*
SIGN/STAMP *W Dicas*            R. DICAS
ADMINISTRATIVE ASSISTANT
SUWANNEE CI
04214/04215

DATE: 8/6/21  TIME: 12:16  # 231-2107-0125
S) INFORMAL GRIEVANCE REGARDING *RX Substituted for A+D Ointment*
O)
A) APPROVED / DENIED  RETURN W/O ACTION
P) WRITTEN RESPONSE RETURNED TO GRIEVANCE
CORRDINATOR
ADDITIONAL INFORMATION *Watch Cell out for KOP.*
SIGN/STAMP                M. Morgan
Medical Records Supervisor
Suwannee C.I. - AX

**Inmate Name** Phillips, Donny
**DC#** 989552  **Race/Sex** W/M
**Date of Birth** 8-14-60
**Institution** Suwannee CI   Annex

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)     Incorporated by Reference in Rule 33-602.210

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: PCN

| DATE/TIME | |
|---|---|
| 08/02/21 1045 | INC Note: Due to unforseen events in July, INP's monthly skin check for July was completed on todays date at noted time. Inmate was informed that his July skin check was rescheduled for today due to July events and he will be scheduled again for the last week in August. During monthly skin check, no areas of compromised skin integrity and no early sission breakdown were noted. Braden scale complete with INP's score 20. No further action and no further follow up indicated. ————— |

B. Cannon, LPN
Suwannee C.I.

R-C/MD.
AUG 0 2 2021
5:00 PM

Request for (7/17/21) A+D oint was Rx on 5/5/21 for Zinc Oxy + Cream as substitute for A+D oint. Pt doing well. No further action. Thank you.

noted 8/2/21 @ 1745
M. Pearson, LPN
Suwannee C.I. Annex

Alexis Figueroa, MD
Physician
Suwannee CI

Inmate Name **Phillips, Donny**
DC# **789552**   Race/Sex **W** /M
Date of Birth **08/14/60**
Institution **Suwannee Correctional Annex**

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CLINICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY–PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: SWCI–AF     Date:     Time:     ☐ Inpatient  ☐ Outpatient

List Allergies Here: PCN

Initial Each Order as Transcribed     STAT

PHILLIPS, DONNY
DC: 789552
R/S: W/M
DOB: 08/14/1960

Date/Time Noted:_____  Nurse Signature/Stamp     Clinician Signature/Stamp     Date/Time:

DC4-714B (Revised 11/7/17)     Distribution: White Original—Pharmacy     Canary—Medical Record
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CLINICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY–PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: SWCI–AF     Date:     Time:     ☐ Inpatient  ☐ Outpatient

List Allergies Here: PCN

Initial Each Order as Transcribed     STAT

PHILLIPS, DONNY
DC: 789552
R/S: W/M
DOB: 08/14/1960

Date/Time Noted:_____  Nurse Signature/Stamp     Clinician Signature/Stamp     Date/Time:

DC4-714B (Revised 11/7/17)     Distribution: White Original—Pharmacy     Canary—Medical Record
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CLINICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY–PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: SWCI–AF     Date: 8-23-21     Time: 0915     ☐ Inpatient  ☑ Outpatient

List Allergies Here: PCN

Initial Each Order as Transcribed     STAT

PHILLIPS, DONNY
DC: 789552
R/S: W/M
DOB: 08/14/1960

Bactrim DS i Po BID x 7 days
Ato ... Apply this ...
... Apply 1 tube q 30 ... x 40 days

Date/Time Noted: 0915     Nurse Signature/Stamp  Jason Howell, RN  Suwannee CI - Centurion     Clinician Signature/Stamp  Amy Abbott, APRN  Suwannee CI - Centurion     Date/Time: 8/23/21

DC4-714B (Revised 11/7/17)     Distribution: White Original—Pharmacy     Canary—Medical Record
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

Phillips, Donny 789552                    Suwannee Annex

Date: 9.26.21

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. (3 diapers daily) | KH DP |
| Wipes | 1-50ct pkg. 1 PK monthly | 1CH DP |
| Zinc Oxide Barrier Cream | 1 tube KOP | |
| Hibiclens | 1-8oz. bottle KOP | 1CH DP |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: _Howard LLN_

SUPPLIES RECEIVED BY: _Donny Phillips_ 9/26/21

Phillips, Donny 789552                    Suwannee Annex

Date:

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. (3 diapers daily) | DP |
| Wipes | 1-50ct pkg. (1 monthly) | DP |
| Zinc Oxide Barrier Cream | 1 tube  KOP | X ordered 9/19/21 |
| Hibiclens | 1-8oz. bottle  KOP | DP |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: _L Register_  Lucretia Register, RN
Suwannee CI - Centurion

SUPPLIES RECEIVED BY: _X Donny Phillips 9/19/21_

Phillips, Donny 789552                    Suwannee Annex

Date: 9/12/21

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. (3 diapers daily) | LR DP |
| Wipes | 1-50ct pkg. (1 pt monthly) | LR DP |
| Zinc Oxide Barrier Cream | 1 tube  KOP | |
| Hibiclens | 1-8oz. bottle  KOP | LR DP |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: _____ Lucretia Register, RN
                                                      Suwannee CI - Centurion

SUPPLIES RECEIVED BY: _____ 9/12/21

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: PCN

| DATE/TIME | |
|---|---|
| 9 21 21 2025 | Formal Grv # 2109-231-024 A&D oint. addressed in 2108-231-066 Returned. |

R. CORBIN
ADMINISTRATIVE ASSISTANT
SUWANNEE CI
04214/04215

PHILLIPS, DONNY
DC: 789552
R/S: W/M
DOB: 08/14/1960

Institution  Suwannee CI - AX

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)          Incorporated by Reference in Rule 33-602.210

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: PCN | |
|---|---|
| DATE/TIME | |

| | |
|---|---|
| 8-25-21 16:13 | records emailed to Tallahassee office for the month of August *n.nagi* |

M. Morgan
Medical Records Supervisor
Suwannee C.I. - AX

| | |
|---|---|
| 8/25/21 1703 | Formal Grv # 2108-231-0066 Meds Denied. R. CORBIN ADMINISTRATIVE ASSISTANT SUWANNEE CI 04214/04215 |

| | |
|---|---|
| 9/17/21 1800 | Inf. Grv. # 231-2109-0057 Meds & Supplies Denied. R. CORBIN ADMINISTRATIVE ASSISTANT SUWANNEE CI 0421./04215 |

| | |
|---|---|
| 9/17/21 2100 | Formal Grv. # 2109-231-010 Bathroom & Showers — Security Matter Provide valid pass to Security. Denied. R. CORBIN ADMINISTRATIVE ASSISTANT SUWANNEE CI 04214/04215 |

| Inmate Name | PHILLIPS, DONNY | | S- Subjective Data |
|---|---|---|---|
| | DC: 789552 | | O- Objective Data |
| DC# | R/S: W/M | | A- Assessment of S and O Data |
| Date of Birth | DOB: 08/14/1960 | | P- Plan |
| Institution | SUWANNEE CI -ANNEX | | E-Education |

DC4-701 (Effective 4/8/10)     Incorporated by Reference in Rule 33-602.210

Phillips, Donny 789552                    Suwannee Annex

Date:

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. (3 diapers daily) | given |
| Wipes | 1-50ct pkg. 1 pk monthly | given |
| Zinc Oxide Barrier Cream | 1 tube kop | kop - not issued |
| Hibiclens | 1-8oz. bottle kor | given |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: _____

SUPPLIES RECEIVED BY: _____ 10/24/21 _____

Phillips, Donny 789552                    Suwannee Annex

Date:

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. (3 diapers daily) | PP |
| Wipes | 1-50ct pkg.  1 Pk monthly | DP |
| Zinc Oxide Barrier Cream | 1 tube  kop | NONE |
| Hibiclens | 1-8oz. bottle  Kor | DP |
|  |  |  |
|  |  |  |
|  |  |  |

SUPPLIES ISSUED BY: _Inegistern_

SUPPLIES RECEIVED BY: _____ 10/17/21

Phillips, Donny 789552                     Suwannee Annex

Date:

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. (3 diapers daily) DP | |
| Wipes | 1-50ct pkg. 1 pk monthly DP | |
| Zinc Oxide Barrier Cream | 1 tube kop | No |
| Hibiclens | 1-8oz. bottle kor | DP |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: _____Shegid n_____

SUPPLIES RECEIVED BY: ___Don Phillip 10/10/21_____

Phillips, Donny 789552                    Suwannee Annex

Date:

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. (3 diapers daily) | |
| Wipes | 1-50ct pkg. 1 PK monthly | |
| Zinc Oxide Barrier Cream | 1 tube    KOP | |
| Hibiclens | 1-8oz. bottle  KOP | |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: _JMEGisten_____

SUPPLIES RECEIVED BY: _X___ (Didn't come 10/3/21)_____

Phillips, Donny 789552                 Suwannee Annex

Date: 9.26.21

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. (3 diapers daily) | KH DP |
| Wipes | 1-50ct pkg. 1 PK monthly | LH DP |
| Zinc Oxide Barrier Cream | 1 tube KOP | |
| Hibiclens | 1-8oz. bottle KOP | LH DP |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: Hammel LPN

SUPPLIES RECEIVED BY: Donny Phillips 9/26/21

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: | |
|---|---|
| **DATE/TIME** | **Record Review: MD** |
| 10-22-2021 | ___LAB Work Results NOTED... Action Taken Y__/N____ |
| 5:10 pM | ___Schedule Appt. w/MD_____ ___**FOLLOW up**_____ |
| | ___Request Noted_____ |
| | ___Radiology Report Noted  Action Taken Y__/N__ |
| | ___Study Report Noted  Action Taken **Y__/N__** |
| | ___Optometrist Rec Noted  Action Taken **Y__/N__** |
| | ___Radiology Request noted. |
| | ___Specialty Appointment Rec. reviewed  Action Taken **Y__/N__** |
| | ___Refusal noted. Action Taken **Y__/ N__** |
| | _X_Sick Call Request Noted.  Action Taken Y_X/ N__  ___**EMID noted.** |
| | ___CD4 760A Noted. ___CD4 706 A Noted. ___DC4 701C Noted + DC4 708 Noted. |
| | ___OK to FILE, No further action at this time. |
| | _x_Plan: See Cross-1 x 1 yr |

_Alexis Figueroa, MD_
_Physician_
_Suwannee CI_

OCT 22 2021

PHILLIPS, DONNY
DC: 789552
R/S: W/M        __/M____
DOB: 08/14/1960

_____Suwannee CI - AX_____

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: _RCN_

| DATE/TIME | |
|---|---|
| 10/21/21 1030 | I/m to S/C for Pass renewal and Covid Shot — Passes renewed Chart to MD for Renewal / Placed on List for Covid Vac. _J. Howell_ |

_Jason Howell, RN_
_Suwannee C.I. Correction_

PHILLIPS, DONNY
DC: 789552
R/S: W/M
DOB: 08/14/1960

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)     Incorporated by Reference in Rule 33-602.210



FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

# INMATE SICK-CALL REQUEST

Date: 10-4-21                                   Time: 10:40 AM

Inmate Name: Donny Phillips                     DC#: 789552

Housing assignment: N-2 143S                    Job assignment: HOUSEMAN

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.)  ☐Yes  ☐ No
If so, what type:_____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.)  ☐Yes  ☐ No
If so, why:_____

Problem:

Date Received: _____ Sx/Stamp: _____

Date Triaged by RN: _____ RN Sx/Stamp: _____

☐    Pass/pass renewal

Triage Level: (Circle One)

☐    Medication renewal                    1. Emergent    2. Urgent    3. Routine

Date Seen: _____ by Sx/Stamp: _____

☐    Need information (explain):_____

☐    Problem with ADA/Disability equipment or supplies (explain the problem):_____

☐    Mental Health

☐    Dental

☑    Medical (explain): I would like To be placed on the Call-out
To Recieve The Covid-19 SHOT. Please.
_____
_____

When did problem/symptoms start?_____
_____

| TO BE COMPLETED BY TRIAGE NURSE: |
|---|
| Date/Time received:_____ |
| Triaged by: (Print name and licensure) Jason Howell, RN    on (Date/Time) 10/11/21 |
| Assigned Triage Level: ☑Routine   ☐ Urgent   Suwannee CI - Centurion  ☐ Emergent |
| Date patient assessed by nurse:_____   Signature/Stamp of Nurse Completing Sick Call: _____ |

Inmate Name Donny Phillips
DC# 789552        Race/Sex W/M
Date of Birth 8/14/60
Institution SUWANNEE C.I.

Distribution:   Original – File on R side of outpatient record in date order

Pink – Inmate (special housing only – otherwise destroy)

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

DC4-698A (Effective 05/21)        (Revised 6/21)        Incorporated by Reference in Rule 33-402.101, F.A.C.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

# INMATE SICK-CALL REQUEST

Date: 10-4-21                           Time: 11:35 AM

Inmate Name: Donny Phillips            DC#: 789552

Housing assignment: N-2 143s           Job assignment: Houseman

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.)  ☐Yes  ☑No
If so, what type:_____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.)  ☐Yes  ☑No
If so, why:_____

Problem:

☑  Pass/pass renewal

☐  Medication renewal

☐  Need information (explain):_____

☐  Problem with ADA/Disability equipment or supplies (explain the problem):_____

☐  Mental Health

☐  Dental

☐  Medical (explain):_____

Date Received: _____  Sx/Stamp: _____

Date Triaged by RN: _____  RN Sx/Stamp: _____

Triage Level: (Circle One)
1. Emergent   2. Urgent   3. Routine

Date Seen: _____  by Sx/Stamp _____

When did problem/symptoms start?_____

---

**TO BE COMPLETED BY TRIAGE NURSE:**
Date/Time received:_____
Triaged by: (Print name and licensure)___Jason Howell, RN___ on (Date/Time) 10/11/21  080u
                                    Suwannee CI - Centurion
Assigned Triage Level: ☑ Routine  ☐ Urgent  ☐ Emergent
Date patient assessed by nurse:_____  Signature/Stamp of Nurse Completing Sick Call: _____

---

Inmate Name Donny Phillips
DC# 789552                    Race/Sex W/M
Date of Birth 8/14/60
Institution Suwannee C.I.

Distribution:  Original – File on R side of outpatient record in date order
Pink – Inmate (**special housing only – otherwise destroy**)

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

DC4-698A (Effective 05/21)      (Revised 6/21)      Incorporated by Reference in Rule 33-402.101, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: PCN

| DATE/TIME | |
|---|---|
| 10/18/21 | Incidental Note: Inmate attended the quarterly ADA meeting on this |
| 1000 | day. Any request, concerns, and/or issues discussed in the meeting will |
| | be reviewed if needed and addressed appropriately. |

B. Cannon, LPN

Suwannee C.I.

Inmat
DC#_ D-789552 TM12 11/21/13
Date ( PHILLIPS, DONNY R.
Instit: W/M DOB 08/14/1960(60)

**S- Subjective Data**
**O- Objective Data**
**A- Assessment of S and O Data**
**P- Plan**
**E-Education**

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: PCN

| DATE/TIME | |
|---|---|
| 9 21 21 2025 | Formal Grr # 2109-231-024 A+D oint. Addressed in 231 2108-231-066 Returned. R. Corsin R. Corsin ADMINISTRATIVE ASSISTANT SUWANNEE CI 04214/04215 |
| 9-27-21 1410 | emailed monthly supply list to tallahassee. M. Morgan Medical Records Supervisor Suwannee C.I. - AX |
| | Incidental Note Date: 10-4-21 Time: 1324 Inmate Request Received: 10-4-21 Answered: ___ (Name Stamp) E. Driver, HSA Cross City CI |
| | Incidental Note Date: 10-5-21 Time: 1103 Inmate Request Received: 10-5-21 Answered: ___ (Name Stamp) Driver, HSA Cross City CI |
| 10-4-21 1310 | medical copies were sent to James Cook law office, valid. M. Morgan Medical Records Supervisor Suwannee C.I. - AX |

PHILLIPS, DONNY
DC: 789552
R/S: W/M
DOB: 08/14/1960

Institution__Suwannee CI - AX_____

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)      Incorporated by Reference in Rule 33-602.210

Phillips, Donny 789552                    Suwannee Annex

Date:

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. (3 diapers daily) | DP |
| Wipes | 1-50ct pkg. 1 pk monthly | DP |
| Zinc Oxide Barrier Cream | 1 tube kop | |
| Hibiclens | 1-8oz. bottle kor | DP |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: _C adamsor_

SUPPLIES RECEIVED BY: _Dauftin 11/21/21_

Phillips, Donny 789552                    Suwannee Annex

Date:

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. (3 diapers daily) | YL V l  YL / DP |
| Wipes | 1-50ct pkg.  1 PK monthly | X l  lL /  DP |
| Zinc Oxide Barrier Cream | 1 tube  kop | kop  NCST |
| Hibiclens | 1-8oz. bottle  kor | X l  2L /  DP |
|  |  |  |
|  |  |  |
|  |  |  |

SUPPLIES ISSUED BY: _thegisture_

SUPPLIES RECEIVED BY: _Donny Phillips_ 11/28/21

Phillips, Donny 789552                    Suwannee Annex

Date: 12/5/21

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. (3 diapers daily) | DP     12/12/21    DP |
| Wipes | 1-50ct pkg.  1 PK monthly | DS      DP |
| Zinc Oxide Barrier Cream | 1 tube     kor | NONE – NONE |
| Hibiclens | 1-8oz. bottle     kor | DP     PP |
|  |  |  |
|  |  |  |
|  |  |  |

SUPPLIES ISSUED BY: _CCadams RN_

SUPPLIES RECEIVED BY: _Donny Phillips  12/5/21_

12/12/21  CCadams LPN

X   _Donny Phillips  12/12/21_

Month ___12 / 2021___

| Date | Inmate Name | Supply issued | Amount | Nurse signature |
|------|-------------|---------------|--------|-----------------|
| 12·5·21 | | 16 Fr | box | C Adams RN |
| | | 14 Fr | box | |
| | | urine bag, condom cath(7), XLg | | |
| | | m brief | 1 pk | |
| | | condom ca(th), urine bag | | |
| | | XLg brief | 1 pk | |
| | | XLg brief | 1 pk | |
| | Phillips | XLg Brief, wipes, hydrocleor | | |
| | | m briefs, urinal 1 pk, | | |
| | | sterile water 1 bottle/s | | |
| | | 14 Fr | box | |
| | | m Brief | 1 pk | |
| 12/12/21 | | 16 Fr | box | C Adams RN |
| | | 14 Fr | box | |
| | | urine bag, cond cath(7) XLg brief | | |
| | | m brief | 1 pk | |
| | | cond cath(7) urine bag | | |
| | | (Lg brief | 1 pk | |
| | | XLg brief | 1 pk | |
| | Phillips | XLg brief, wipes, cleanser | | |
| | | m briefs, urinal 1 pk, 1 | | |
| | | orile center | | |
| | | 4 Fr | | |
| | | m brief | 1 pk | |
| | | 54 water, bag colostomy | | |
| | | 1 cath(7) leg bag | | |
| 12/19/21 | | #4 condom cath (7) | | J ___ |
| | | leg Bag (7) | | J ___ |
| | | 16 FR/lube box | | |
| | | 14 FR/lube box | | |
| | | #35 condom cath 7 | | J ___ |
| | | Lg urin bg | | |
| | | Steril water (4) | | |
| | | Aid Batter/s 2 | | |
| | Phillips D | 1 XLg Briefs | 1 | |
| | | m Briefs | 1 | |
| | | #57 water/Bag | 1 | |
| | | exLg Brief | 1 | |

**231-SUWANNEE C.I. ANNEX**                                                      12/21/2021
5965 US Hwy 90
Live Oak, FL 32060                                                    Migrated Appointments
Main: 3869636358 Fax: 3869636337                            Date of Service: 11/29/2021

**DONNY R PHILLIPS**
Male DOB: Aug 14, 1960                          207205


**INMATE ID NUMBER:**          789552

**INMATE APPOINTMENT BEGIN DATE:**          2021-11-29

**INMATE APPOINTMENT END DATE:**          2021-11-29

**APPOINTMENT TYPE CODE:**          IFU

**LOCATION APPOINTMENT AT:**          231

**APPOINTMENT ALREADY IN PAST?:**          N

DATE APPT. CAL. SEG. LAST UPD:     2021-10-28

USERID OF LAST UPDATE:     H230DT1

**HS APPOINTMENT REASON:**          2ND COVID VACCINE


Signed By:

1 of 1

**231-SUWANNEE C.I. ANNEX**
5965 US Hwy 90
Live Oak, FL 32060
Main: 3869636358 Fax: 3869636337

12/21/2021

Migrated Appointments
Date of Service: 12/3/2021

**DONNY R PHILLIPS**
Male DOB: Aug 14, 1960                    207205

**INMATE ID NUMBER:**          789552
**INMATE APPOINTMENT BEGIN DATE:**    2021-12-03
**INMATE APPOINTMENT END DATE:**     2021-12-03
**APPOINTMENT TYPE CODE:**       R0101
**LOCATION APPOINTMENT AT:**     231
**APPOINTMENT ALREADY IN PAST?:**      N
DATE APPT. CAL. SEG. LAST UPD:    2021-11-18
**USERID OF LAST UPDATE:**    I230AFM
**HS APPOINTMENT REASON:**

Signed By:

**All**                                                                    12/21/2021

,                                                            Medication Migration
                                                        Date of Service: 11/30/2021

**DONNY R PHILLIPS**
Male DOB: Aug 14, 1960                     207205

**Account Number:** 789552
**Entered By:** ALEXIS FIGUEROA
-------------------------------------------
**Name:** ASPIRIN ADT DR EC (120CT)
**NDC:** 70000021802
**Strength:** 81MG EC
**Qty Per Dose:** 1.00
**Daily Qty:** 1.00
**ROA:**
**SIG:** 1QD
**Expanded SIG:** TAKE ONE TABLET(S) EACH DAY BY MOUTH
**Original Date:** 11/15/2021
**1st Original Date:** 11/15/2021
**Expiration Date:** 11/09/2022
**Refills Left:** 2
-------------------------------------------
**Name:** ATORVASTATIN   (DOH)
**NDC:** 69097094605
**Strength:** 40MG
**Qty Per Dose:** 1.00
**Daily Qty:** 1.00
**ROA:**
**SIG:** 1QD
**Expanded SIG:** TAKE ONE TABLET(S) EACH DAY BY MOUTH
**Original Date:** 11/15/2021
**1st Original Date:** 11/15/2021
**Expiration Date:** 11/09/2022
**Refills Left:** 11
-------------------------------------------
**Name:** FIBER-LAX DOH**
**NDC:** 00536430605

**All**                                                                                    12/21/2021

,                                                                          Medication Migration
                                                                   Date of Service: 11/30/2021

**DONNY R PHILLIPS**
Male DOB: Aug 14, 1960                          207205

**Strength:** 625MG

**Qty Per Dose:** 2.00

**Daily Qty:** 2.00

**ROA:**

**SIG:** 2QD TWW

**Expanded   SIG:** TAKE TWO TABLET(S) EACH DAY BY MOUTH TAKE WITH A GLASSFUL OF
WATER

**Original Date:** 11/15/2021

**1st Original Date:** 11/15/2021

**Expiration Date:** 05/13/2022

**Refills Left:** 5

----------------------------------------------
**Name:** SMZ/TMP DS

**NDC:** 65862042005

**Strength:** 800-160MG

**Qty Per Dose:** 1.00

**Daily Qty:** 2.00

**ROA:** PO

**SIG:** 1BID X14D

**Expanded SIG:** TAKE 1 TABLET(S) TWICE DAILY BY MOUTH FOR 14 DAYS

**Original Date:** 11/15/2021

**1st Original Date:** 11/15/2021

**Expiration Date:** 11/29/2021

**Refills Left:** 0

----------------------------------------------

Signed By:

2 of 2

Phillips, Donny 789552                    Suwannee Annex

Date: 1 - 23.22

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. | KH  DP |
| Wipes | 1-50ct pkg. | LH  DP |
| Zinc Oxide Barrier Cream | 1 tube | NONE |
| Hibiclens | 1-8oz. bottle | KH  DP |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: _____

SUPPLIES RECEIVED BY: _____ 1-23/22

Phillips, Donny 789552                    Suwannee Annex

Date: 1-9-22

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. 3 diapers/day | KH DP |
| Wipes | 1-50ct pkg. 1 PK/month | AH DP |
| Zinc Oxide Barrier Cream | 1 tube KOP | None |
| Hibiclens | 1-8oz. bottle KOP | KH DP |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: _K Hawkins, LPN_

SUPPLIES RECEIVED BY: _Danny___ 1-9-22

Phillips, Donny 789552                    Suwannee Annex

Date: 1-2-22

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. (3 diapers daily) | DP |
| Wipes | 1-50ct pkg. 1 PK monthly | DP |
| Zinc Oxide Barrier Cream | 1 tube  KOP | NONE |
| Hibiclens | 1-8oz. bottle  KOT | DP |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: K Hammond LPN

SUPPLIES RECEIVED BY: Donny Phillips  1-2-22

Phillips, Donny 789552                    Suwannee Annex

Date: 12/28/21

| ITEMS ISSUED: | QUANTITY: | ISSUED BY: |
|---|---|---|
| McKesson Diaper – size large | 1-20ct pkg. (3 diapers daily) | 1 Pack |
| Wipes | 1-50ct pkg. 1 PK monthly | 1 Pack |
| Zinc Oxide Barrier Cream | 1 tube kop | 1 Pack |
| Hibiclens | 1-8oz. bottle kor | 1 Pack |
| | | |
| | | |
| | | |

SUPPLIES ISSUED BY: Carmen           12/28/21

SUPPLIES RECEIVED BY:

Month _December 2021_

| Date | Inmate Name | Supply issued | Amount | Nurse signature |
|------|-------------|---------------|--------|-----------------|
| 12/28/21 | Phillips, D | XL Brief Cleanser, wipes | 1 each | Colleen RN |
| 1/2/22 | ~~[redacted]~~ | foley cath 1 condom cath #35 | 1 35 #7 | J Kim |
| 1/2/22 | Phillips D | 1 wipes – | 1 | J Kim |
| 1/2/22 | ~~[redacted]~~ | condom cath | # 35  3 | J Kim |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Month _____ 12 / 2021 _____

| Date | Inmate Name | Supply issued | Amount | Nurse signature |
|------|-------------|---------------|--------|-----------------|
| 12.5.21 | | 16 Fr | box | M.Adams RPN |
| | | 14 Fr | box | |
| | | urine bag, condom cath (7), XLg | | |
| | | m brief | 1 pk | |
| | | condom Ca th (7), urine bag | | |
| | | XLg brief | 1 pk | |
| | | XLg brief | 1 pk | |
| | Phillips | XLg brief, wipes, hudaleve | | |
| | | m briefs, urinal | 1 pk | |
| | | sterile water | box/tle | |
| | | 14 fr | box | |
| | | m Brief | pk | |
| 12/12/21 | | 16 fr | box | C. Adams RN |
| | | 14 fr | box | |
| | | urine bag, cond cath (7) XLg brief | | |
| | | m brief | 1 pk | |
| | | cond cath (7) urine bag | | |
| | | XLg brief | 1 pk | |
| | | XLg brief | 1 pk | |
| | Phillips | XLg brief, wipes, cleanser | | |
| | | m briefs, urinal | 1pk, 1 | |
| | | sterile water | | |
| | | 14 fr | | |
| | | m brief | 1 pk | |
| | | size 54 catheter, bag colostomy | | |
| | | cond cath (7) leg bag | | |
| 12/19/21 | | | | |
| | | #4 condom cath | (7) | |
| | | leg bag | (7) | |
| | | 16 FR / Lube | box | |
| | | 14 FR / Lube | box | |
| | | #35 condom cath | 7 | |
| | | Lg urine bag | 6 | |
| | | Teak Water (4) | 6 | |
| | | AAA Batteries | 2 | |
| | Phillips D | XLg Briefs | 1 | |
| | | m Briefs | 1 | |
| | | #57 water / bag | 1 | |
| | | exLg briefs | 1 | |

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
## INMATE SICK-CALL REQUEST

Date: 12/27/21          Time: 2:01 pm

Inmate Name: Donny Phillips          DC#: 789552

Housing assignment: N-2-143s          Job assignment: Houseman

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.)  ☐ Yes  ☑ No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.)  ☐ Yes  ☑ No
If so, why: _____

Problem:

Date Received: 12-11-21    Sx/Stamp: _____
Date Triaged by RN: _____    RN Sx/Stamp: _____

☐  Pass/pass renewal

Triage Level: (Circle One)

☐  Medication renewal

1 Emergent    2. Urgent    3. Routine

Date Seen: _____ by Sx/Stamp: _____

☐  Need information (explain): _____

☐  Problem with ADA/Disability equipment or supplies (explain the problem): _____

☐  Mental Health

☐  Dental

☑  Medical (explain): I saw Doctor Figueroa on 11/17/21, and He Perscribed me medications for a very Serious Case of Cellulitis in my Right Leg, and I am being Refused access to This perscribed medications.

When did problem/symptoms start? Months ago.

---

**TO BE COMPLETED BY TRIAGE NURSE:**
Date/Time received: 12-29-21  0800
Triaged by: (Print name and licensure) J Knaus RN  Knaus
    on (Date/Time) 12-31-21  0800
Assigned Triage Level: ☐ Routine  ☐ Urgent  ☐ Emergent
Date patient assessed by nurse: 1/11/22    Signature/Stamp of Nurse Completing Sick Call: G. Speahman RN

Inmate Name: Donny Phillips
DC# 789552          Race/Sex W/M
Date of Birth 8/14/60
Institution Suwannee C.I.

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate (special housing only – otherwise destroy)

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

DC4-698A (Effective 05/21)          (Revised 6/21)          Incorporated by Reference in Rule 33-402.101, F.A.C.

**230-SUWANNEE C.I**                                            1/25/2022
5964 US Hwy 90
Live Oak, FL 32060                                                    Skin
Main: 3869636530 Fax: 3869636220                   Date of Service: 1/11/2022

**DONNY R PHILLIPS**
Male DOB: Aug 14, 1960                    207205

**Nurse Visit**

**Copay?** Yes
**Reason for encounter:** Sick Call

**Initial Triage Information:**
**Location of patient:**
231-SUWANNEE C.I. ANNEX

**Nurse Sick Call:**
01/11/2022 3:32 PM
FLORIDA DEPARTMENT OF CORRECTIONS   OFFICE OF HEALTH SERVICES
**SKIN PROTOCOL**
NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR
CLINICIAN

**Subjective**
**SUBJECTIVE: Age:** 61 Years Old

**Allergies:**
* PENICILLINS (Moderate)

**Current Medications:**
IBUPROFEN 200 MG ORAL TABLET (IBUPROFEN) 2 tabs QID; Route: ORAL
ASPIRIN ADT DR EC (120CT) 81MG EC TAKE ONE TABLET(S) EACH DAY BY MOUTH
ATORVASTATIN   (DOH) 40MG TAKE ONE TABLET(S) EACH DAY BY MOUTH
FIBER-LAX DOH** 625MG TAKE TWO TABLET(S) EACH DAY BY MOUTH TAKE WITH A GLASSFUL
OF WATER

**Has there been a recent change in oral or topical medications:** No
**History of recent tattoo:** No
**Chief complaint:** Sores on right leg
**Onset of signs and symptoms:** months ago
**Is there a chance the patient has been in contact with poison Ivy- poison oak or poison sumac
recently?** No
**Have you been ill in any other way in the past few days:** No
**Have you had this dermatological condition before?** No
**Did you receive medical tx for it?** Yes
**How was it treated?** wound care and antibiotics **Effective?** Yes
**Are there any others in your dorm with similar skin condition?** No
**Pain?** No

**OBJECTIVE:**
**Temp:**   98 F **Pulse:** 77 **Resp:** 18 **BP:** 133 / 76 **O2 sat:** 98 % If patient is a diabetic:
PRIMARY LESIONS:

1 of 2

**230-SUWANNEE C.I**                                             1/25/2022
5964 US Hwy 90
Live Oak, FL 32060                                                   Skin
Main: 3869636530 Fax: 3869636220               Date of Service: 1/11/2022

**DONNY R PHILLIPS**
Male DOB: Aug 14, 1960              207205

SECONDARY LESIONS:


cm. diameter
Shape of lesion: **Symmetrical:** Yes **Border:** Regular
**Location-distribution of lesions** Right leg
**Drainage:** No

### FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION

### PLAN
Give ibuprofen 200mg 2 tablets by mouth now
**Medications Added per Protocol:**
IBUPROFEN 200 MG ORAL TABLET (IBUPROFEN) 2 tabs QID; Route: ORAL


### EDUCATION
Inmate instructed to return if symptoms worsen- don't improve or if any new symptoms develop


DC4-683W Skin Protocol (Revised 03/07/17)
This form is not to be amended, revised, or altered without        approval of the Office of Health Services
Administration.




Signed By: Speakman, Gregory at 1/11/2022 3:39:59 PM




2 of 2

**231-SUWANNEE C.I. ANNEX**                                    1/25/2022
5965 US Hwy 90
Live Oak, FL 32060                              Sick Call Request
Main: 3869636358 Fax: 3869636337        Date of Service: 1/11/2022

**DONNY R PHILLIPS**
Male DOB: Aug 14, 1960          207205

**Sick Call Request**

*Imported By: Taylor Langley 1/12/2022 1:45:03 PM*

External Attachment:

  Type:     Image
  Comment:  External Document

Signed By: Speakman, Gregory at 1/12/2022 1:45:30 PM