TB231-SUWANNEE C.I. ANNEX  
5965 US Hwy 90  Live Oak, FL 32060  
3869636358  Fax: 3869636337

*June 22, 2023*  
Page 1  
FL Nurse Visits

**DONNY R PHILLIPS**  
DC#: 789552  
Race/Sex: White / Male  
DOB: 08/14/1960  
Facility: 231-SUWANNEE C.I. ANNEX

**06/21/2023 - FL Nurse Visits: Braden Scale;**  
**Provider: Brittney Cannon, LPN, Licensed Practical Nurse, Centurion**  
**Location of Care: 231-SUWANNEE C.I. ANNEX**

FLORIDA DEPARTMENT OF CORRECTIONS  
IMPAIRED INMATE NURSE

## MOBILITY IMPAIRED INMATE MONTHLY SKIN ASSESSMENT CHECKLIST
1. Type of Device  
Wheelchair  
2. Inmate with a wheelchair  
Skin exam:  
**a.** Both elbows examined for redness and/or skin breakdown  
No redness  
Buttock area skin examined  
Patient transferred to exam stretcher  
Patient's pants and underwear lowered to expose lower back, buttock, and bilateral hip areas  
No redness  
**b.** DC4-804 Braden Scale for Predicting Pressure Score Risks completed  
**Score:**  
20

3. Inmate with prosthetic  
Skin exam:  
4. Inmate with a permanent brace  
Skin exam:  
5. Skin Assessment

of skin redness, OR evidence of skin breakdown, for assessment and treatment.  
This form is not to be amended, revised, or altered without         approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS  
OFFICE OF HEALTH SERVICES  
**BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK**

**Sensory Perception - Ability to respond meaningfully to pressure-related discomfort:**  
4-No Impairment

**Moisture - degree to which skin is exposed to moisture:**    3-Occasionally Moist

TB231-SUWANNEE C.I. ANNEX
5965 US Hwy 90 Live Oak, FL 32060
3869636358  Fax: 3869636337

*June 22, 2023*
*Page 2*
*FL Nurse Visits*

DONNY R PHILLIPS
DC# 789272
Race/Sex: White / Male
DOB: 07/14/1960
Facility: 231-SUWANNEE C.I. ANNEX

**Activity - degree of physical activity:**   3-Walks Occasionally

**Mobility - ability to change and control body position:**   3-Slightly Limited

**Nutrition - usual food intake pattern:**   4-Excellent

**Friction and Shear:**   3-No Apparent Problem

**Total Score:** 20    **Risk Level:** No further action required

DC4-804 Braden Scale for Predicting Pressure Sore Risk (Revised 3/14/17)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

**Note:** Incidental Note: Monthly skin check complete. No issues to buttock, back, back of thighs, or arms noted / reported

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without    approval of the Office of Health Services Administration.
**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Electronically signed by Brittney Cannon, LPN, Licensed Practical Nurse, Centurion on 06/21/2023 at 10:23 AM**

TB231-SUWANNEE C.I. ANNEX
5965 US Hwy 90  Live Oak, FL 32060
3869636358  Fax: 3869636337

*June 22, 2023*
Page 1
FL Nurse Visits

**DONNY R PHILLIPS**
DC#: 789552
Race/Sex: White / Male
DOB: 08/14/1960
Facility: 231-SUWANNEE C.I. ANNEX

**06/18/2023 - FL Nurse Visits**
**Provider: Gregory Campbell, LPN, Licensed Practical Nurse, Centurion**
**Location of Care: 231-SUWANNEE C.I. ANNEX**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

Other
**Copay?** No
**Reason for visit:** supplies

**Note:** I/M received all supplies per orders

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without    approval of the Office of Health Services Administration.**
\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\*

**Electronically signed by Gregory Campbell, LPN, Licensed Practical Nurse, Centurion on 06/18/2023 at 3:24 PM**

TB231-SUWANNEE C.I. ANNEX  
5965 US Hwy 90  Live Oak, FL 32060  
3869636358  Fax: 3869636337

*June 22, 2023*  
Page 1  
FL Nurse Visits

**DONNY R PHILLIPS**  
DC#: 789552  
Race/Sex: White / Male  
DOB: 08/14/1960  
Facility: 231-SUWANNEE C.I. ANNEX

**06/21/2023 - FL Nurse Visits: Braden Scale;**  
**Provider: Brittney Cannon, LPN, Licensed Practical Nurse, Centurion**  
**Location of Care: 231-SUWANNEE C.I. ANNEX**

FLORIDA DEPARTMENT OF CORRECTIONS  
IMPAIRED INMATE NURSE

## MOBILITY IMPAIRED INMATE MONTHLY SKIN ASSESSMENT CHECKLIST
1. Type of Device  
Wheelchair  
2. Inmate with a wheelchair  
Skin exam:  
**a.** Both elbows examined for redness and/or skin breakdown  
No redness  
Buttock area skin examined  
Patient transferred to exam stretcher  
Patient's pants and underwear lowered to expose lower back, buttock, and bilateral hip areas  
No redness  
**b.** DC4-804 Braden Scale for Predicting Pressure Score Risks completed  
**Score:**  
20

3. Inmate with prosthetic  
Skin exam:  
4. Inmate with a permanent brace  
Skin exam:  
5. Skin Assessment

of skin redness, OR evidence of skin breakdown, for assessment and treatment.  
This form is not to be amended, revised, or altered without      approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS  
OFFICE OF HEALTH SERVICES  
**BRADEN SCALE FOR PREDICTING PRESSURE SORE RISK**

**Sensory Perception - Ability to respond meaningfully to pressure-related discomfort:**  
4-No Impairment

**Moisture - degree to which skin is exposed to moisture:**      3-Occasionally Moist

TB231-SUWANNEE C.I. ANNEX  
5965 US Hwy 90, Live Oak, FL 32060  
3869636358  Fax: 3869636337

*June 22, 2023*  
Page 2  
FL Nurse Visits

DONNY R PHILLIPS  
DC# 789557  
Race/Sex: White / Male  
DOB: 08/14/1960  
Facility: 231-SUWANNEE C.I. ANNEX

**Activity - degree of physical activity:**   3-Walks Occasionally

**Mobility - ability to change and control body position:**   3-Slightly Limited

**Nutrition - usual food intake pattern:**   4-Excellent

**Friction and Shear:**   3-No Apparent Problem

**Total Score:** 20    **Risk Level:** No further action required

DC4-804 Braden Scale for Predicting Pressure Sore Risk (Revised 3/14/17)  
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\*

FLORIDA DEPARTMENT OF CORRECTIONS  
OFFICE OF HEALTH SERVICES  
**Chronological Record of Health Care**

**Note:** Incidental Note: Monthly skin check complete. No issues to buttock, back, back of thighs, or arms noted / reported

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**  
**This form is not to be amended, revised, or altered without    approval of the Office of Health Services Administration.**  
\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\*

**Electronically signed by Brittney Cannon, LPN, Licensed Practical Nurse, Centurion on 06/21/2023 at 10:23 AM**

TB231-SUWANNEE C.I. ANNEX
5965 US Hwy 90   Live Oak, FL 32060
3869636358   Fax: 3869636337

*June 22, 2023*
Page 1
FL Nurse Visits

**DONNY R PHILLIPS**
DC#: 789552
Race/Sex: White / Male
DOB: 08/14/1960
Facility: 231-SUWANNEE C.I. ANNEX

**06/18/2023 - FL Nurse Visits**
**Provider: Gregory Campbell, LPN, Licensed Practical Nurse, Centurion**
**Location of Care: 231-SUWANNEE C.I. ANNEX**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

Other
**Copay?** No
**Reason for visit:** supplies

**Note:** I/M received all supplies per orders

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without     approval of the Office of Health**
**Services Administration.**
\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\*

**Electronically signed by Gregory Campbell, LPN, Licensed Practical Nurse, Centurion on**
**06/18/2023 at 3:24 PM**