UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.

RICKY DIXON, *et al.*,

    Defendant.

Case No. 3:22-cv-997-BJD-LLL

## PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY

Pursuant to Local Rule 3.01(d), Plaintiff Donny Phillips moves for leave to file a brief five-page reply to Defendant Ricky Dixon's response in opposition to his motion for preliminary injunction. (Doc. 76). In his response, Dixon contends that the voluntary dismissal without prejudice of his agency's private health contractor from this lawsuit insulates him from his nondelegable duty under <u>Ancata v. Prison Health Servs., Inc.</u>, 769 F.2d 700 (11th Cir. 1985) and its progeny to provide Mr. Phillips with constitutionally adequate healthcare. Mr. Phillips seeks to address this erroneous contention, as well as provide a brief response to some of the factual issues presented by Dixon in his response papers. Alternatively, if the Court determines that factual clarification should be reserved for an evidentiary hearing, then Mr. Phillips would limit his reply to three pages to address nondelegation only.

## Local Rule 3.01(g) Certification

On August 21, 2023, the undersigned attempted to confer with Secretary Dixon's counsel by email, and on August 22, 2023, the undersigned further attempted to confer with Secretary Dixon's counsel by email and phone, but to date no response has been received to any such efforts. The undersigned will promptly supplement this certificate upon learning of Secretary Dixon's position on the requested relief.

Dated: August 22, 2023.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
SLATER LEGAL PLLC
113 S. Monroe Street
Tallahassee, Florida 32302
Tel. (305) 523-9023
james@slater.legal

-and-

James V. Cook (FBN 0966843)
LAW OFFICE OF JAMES COOK
314 W. Jefferson Street
Tallahassee, Florida 32301
Tel. (850) 222-8080
Fax (850) 561-0836
cookjv@gmail.com

*Attorneys for Plaintiff*