UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.

RICKY DIXON, *et al.*,

    Defendant.

Case No. 3:22-cv-997-BJD-LLL

**PLAINTIFF'S SUPPLEMENTAL CERTIFICATE UNDER L.R. 3.01(g)**

Pursuant to Local Rule 3.01(g), Plaintiff Donny Phillips advises the Court that after filing the motion for leave to reply, counsel for Secretary Ricky Dixon informed the undersigned by email that the Secretary does not oppose Plaintiff's request for leave to file a reply in support of the motion for preliminary injunction.

Dated: August 22, 2023.

    Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
SLATER LEGAL PLLC
113 S. Monroe Street
Tallahassee, Florida 32302
Tel. (305) 523-9023
james@slater.legal

-and-

                James V. Cook (FBN 0966843)
LAW OFFICE OF JAMES COOK
314 W. Jefferson Street
Tallahassee, Florida 32301
Tel. (850) 222-8080
Fax (850) 561-0836
cookjv@gmail.com

*Attorneys for Plaintiff*