UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

        Plaintiff,

v.

        Case No. 3:22-cv-997-BJD-LLL

RICKY DIXON, et al.,

        Defendants.
_____

## ORDER

Before the Court is Plaintiff's unopposed motion for leave to reply (Doc. 77) to Defendant's response opposing the motion for preliminary injunction. Upon consideration, Plaintiff's motion for leave to file a reply (Doc. 77) is **GRANTED**. Plaintiff may file a reply, of no more than five-pages, to Defendant's response opposing the motion for preliminary injunction **by August 25, 2023**.

In Defendant Dixon's response opposing the motion for preliminary injunction (Doc. 76), he notes, "Given the urgent time constraints for filing this response, Defendant[ ] plan[s] to supplement this response with an affidavit from an appropriate FDC individual who can address each of the injunction items sought by Plaintiff." Doc. 76 at 1 n.1. Defendant, however, neither requested leave to supplement his response, nor did he request an extension of

the deadline to respond to the motion for preliminary injunction. Defendant also did not indicate when he plans to submit the alleged affidavits.

If Defendant wants to supplement his response, he must file a proper motion after first conferring with opposing counsel. And the parties are encouraged to confer to resolve the motion for preliminary injunction. Barring the filing of a proper motion, the Court considers briefing on the motion for preliminary injunction closed with the filing of Plaintiff's reply.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of August, 2023.

_____
BRIAN J. DAVIS
United States District Judge

Jax-7

C:  Donny Phillips, #789552
    Counsel of record