UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DONNY PHILLIPS,**

    **Plaintiff,**

v.   Case No. 3:22-cv-997-BJD-LLL

**RICKY DIXON, in his Official Capacity as Secretary of the Florida Department of Corrections, CENTURION OF FLORIDA, LLC, MHM HEALTH PROFESSIONALS, LLC, ALEXIS FIGUEROA, M.D., ELIZABETH HOLMES, BRITNNEY CANNON, CONNIE LYNN ADAMS, SGT. SAVONIA RICHARDSON-GRAHAM, SGT. DEBRA ALDRIDGE, and OFCR TERESSA FILLMORE HAWTHORNE**

    **Defendants,**
_____/

## SUPPLEMENT TO DEFENDANT DIXON'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

    Defendant Ricky Dixon, through undersigned counsel, hereby supplements his response in opposition to Plaintiff's Motion for Preliminary Injunction [Doc. 76] and includes an affidavit from Paula Foskey.

1

Respectfully submitted,

*/s/ Thomas Buchan*
Thomas Buchan
Florida Bar No. 1010923
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Tom@jsh-pa.com
*Attorneys for Defendants Dixon, Richardson-Graham, Aldridge, and Fillmore Hawthorne*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF on August 22, 2023.

*/s/ Thomas Buchan*
Thomas Buchan