UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

        Plaintiff,

v.                                  Case No. 3:22-cv-997-BJD-LLL

RICKY DIXON, et al.,

        Defendants.
_____

## ORDER

**By September 1, 2023**, Defendant Dixon shall file a response to Plaintiff's Opposed Motion to Shorten Defendant Dixon's Deadline to Respond to Discovery Requests (Doc. 83) and address whether Plaintiff's recent transfer to Columbia affects his motion for preliminary injunction.

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of August, 2023.

_____
BRIAN J. DAVIS
United States District Judge

caw 8/29
c:
Counsel of Record