# EXHIBIT 1

# AFFIDAVIT OF RUSTY MCLAUGHLIN

**STATE OF FLORIDA**
**COUNTY OF LEON**

**Before me, the undersigned authority, personally appeared RUSTY MCLAUGHLIN (Affiant), who, under penalty of perjury, deposes and says:**

1. The facts stated in this affidavit are known to me of my own personal knowledge and if called upon to testify to the matters in this affidavit, I could and would competently do so.

2. I have been an employee of the Florida Department of Corrections ("FDC") since approximately 1989 and have been in my current position of Bureau Chief of Classification Management since 2010. My duties include managing and directing the functions of classification on a statewide basis and overseeing classification determinations for inmates in the custody of FDC.

3. The Institutional Classification Team (ICT) at Suwannee Correctional Institution (SCI) recommended a Resolve Protection Transfer for Donny Phillips, DC# 789552.

4. A Resolve Protection Transfer occurs after an investigation within an institution that determines there is a potential threat to an inmate by one or more other inmates and the threat(s) can be resolved by transferring the targeted inmate to a different institution.

5. Once a Resolve Protection Transfer is approved, the process to move the inmate to a new facility begins and the target date for departure is within two (2) weeks.

6. On August 9, 2023, the State Classification Office (SCO) in the field approved the recommendation for a Resolve Protection Transfer for Phillips. He left SCI on August 23, 2023.

7. A number of factors were taken into consideration in determining which facility Phillips was transferred to, including his ADA status. The SCO

1

determined that Columbia Annex is an appropriate facility for him; it is ADA equipped and has the abilities and resources for an individual with his medical grade.

8. Phillips's transfer was a Resolve Protection Transfer; it was not a medical transfer.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Rusty McLaughlin

The foregoing instrument was sworn to and subscribed before me this __1__ day of __September__, 2023, by Rusty McLaughlin who is __X__ personally known to me OR _____ who has produced _____ as identification.

_____
NOTARY PUBLIC

My Commission Expires:

KATHLEEN HOPKINS
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG942678
Expires 12/26/2023

2