# EXHIBIT 3

# Lauren Strickland

| | |
|---|---|
| **From:** | Lauren Strickland |
| **Sent:** | Friday, August 25, 2023 1:57 PM |
| **To:** | James M. Slater; Tom Buchan |
| **Cc:** | Margaret Chrisawn; James Cook |
| **Subject:** | RE: Donny Phillips |

Good Afternoon, Mr. Slater –

As you know, when Mr. Cook and I were at Suwannee CI on August 2, 2023, your client raised allegations that he was choked by another inmate in the dorm and nothing was done by the officers. He also made allegations that other inmates were intentionally blocking his wheelchair and threatening him. Suwannee moved him to administrative confinement pending investigation.

As a result of that investigation, he is being transported – by RMC – to the Columbia CI Annex on a Resolve Protection transfer. The Columbia Annex, which is in the same region and has beds available, was selected by the state classification team.

Sincerely,

**Lauren F. Strickland, Esq.**



**Howell, Buchan & Strong**
**2898-6 Mahan Drive**
**Tallahassee, Florida 32308**
**Phone: 850-877-7776**
**Email: lauren@jsh-pa.com**
**http://www.floridahealthcareattorney.com/**

This e-mail is intended only for the named recipient(s) and may contain information that is privileged, proprietary, confidential, or otherwise legally exempt from disclosure. Nothing in this e-mail is intended to constitute a waiver of any privilege or the confidentiality of this message. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it, electronically, verbally or in writing. If you have received this message in error, please notify me immediately by email and delete all copies of the message. Thank you.

**From:** James M. Slater <james@slater.legal>
**Sent:** Thursday, August 24, 2023 2:18 PM
**To:** Tom Buchan <Tom@jsh-pa.com>
**Cc:** Lauren Strickland <lauren@jsh-pa.com>; Margaret Chrisawn <Margaret@jsh-pa.com>; James Cook <cookjv@gmail.com>
**Subject:** Donny Phillips

> **Caution:** This is an external email. Please take care when clicking links or opening attachments. When in doubt, contact your IT Department.

Tom,

We've heard--and correct me if I'm wrong--that DOC moved Mr. Phillips to RMC for wound care. If that is the case, we believe that the Court should be apprised of the change in circumstances. Also, given that it appears your client has moved Mr. Phillips in response to our injunction motion, would your client be willing to consent to the preliminary injunction we have requested--meaning, in addition to the transfer which it has already undertaken, further agree to provide the supplies requested in the motion? Thanks.

James

**James Slater**
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301
Tel. 305-523-9023
slater.legal