# EXHIBIT 4

# Lauren Strickland

| | |
|---|---|
| **From:** | cookjv@gmail.com |
| **Sent:** | Monday, August 28, 2023 3:30 PM |
| **To:** | Tom Buchan; Lauren Strickland |
| **Cc:** | Margaret Chrisawn; 'James M. Slater' |
| **Subject:** | RE: SERVICE OF COURT DOCUMENT: Phillips v. Dixon: Third Discovery Requests |
| **Attachments:** | Requests Dixon 03a.pdf |

**Caution:** This is an external email. Please take care when clicking links or opening attachments. When in doubt, contact your IT Department.

**Court:**   Middle District of Florida, Jacksonville Division
**Style:**    Williams v. Dixon, et al.
**Case:**    3:22-cv-1221-MMH-MCR
**Filing:**  Plaintiff's Third Discovery Requests to Secretary Dixon
**Filer:**    James V. Cook, Esq.

**James V. Cook**
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
850-222-8080; 561-0836 fax
cookjv@gmail.com
A Civil Rights Practice

1