# EXHIBIT 5

**Lauren Strickland**

| | |
|---|---|
| **From:** | James M. Slater <james@slater.legal> |
| **Sent:** | Monday, August 28, 2023 3:52 PM |
| **To:** | cookjv@gmail.com |
| **Cc:** | Tom Buchan; Lauren Strickland; Margaret Chrisawn |
| **Subject:** | Re: SERVICE OF COURT DOCUMENT: Phillips v. Dixon: Third Discovery Requests |

**Caution:** This is an external email. Please take care when clicking links or opening attachments. When in doubt, contact your IT Department.

Tom/Lauren,

Please advise if you would agree to respond to these requests no later than 9/5/23. If not, please indicate whether you oppose a motion to shorten your response deadline to 7 days. Thank you.

James


**James Slater**

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

slater.legal



 Virus-free.www.avast.com

On Mon, Aug 28, 2023 at 3:30 PM <cookjv@gmail.com> wrote:

> **Court:** Middle District of Florida, Jacksonville Division
>
> **Style:** Williams v. Dixon, et al.
>
> **Case:** 3:22-cv-1221-MMH-MCR

1

**Filing:** Plaintiff's Third Discovery Requests to Secretary Dixon

**Filer:** James V. Cook, Esq.

**James V. Cook**

Law Office of James Cook

314 West Jefferson Street

Tallahassee, FL 32301

850-222-8080; 561-0836 fax

cookjv@gmail.com

A Civil Rights Practice

2