UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DONNY PHILLIPS,**

    **Plaintiff,**

**v.**                                      Case No. 3:22-CV-997-BJD-LLL

**RICKY DIXON, et al.,**

    **Defendants.**

_____/

## NOTICE OF LEAD COUNSEL DESIGNATION

The undersigned attorney, pursuant to Local Rule 2.02(a), hereby appears as lead counsel for Defendants Dixon, Richardson-Graham, Aldridge, and Hawthorne. Certificates of service for all pleadings, orders, and other filings in this action should include Thomas Buchan; Howell, Buchan & Strong; 2898-6 Mahan Drive, Tallahassee, Florida 32308; Tom@jsh-pa.com.

                                       Respectfully submitted,

                                       */s/ Thomas Buchan*
                                       Thomas Buchan
                                       Florida Bar No. 1010923
                                       Howell, Buchan & Strong
                                       2898-6 Mahan Drive
                                       Tallahassee, Florida 32308
                                       (850) 877-7776
                                       Tom@jsh-pa.com
                                       *Attorney for Defendants Dixon,*
                                       *Richardson-Graham, Aldridge, and*
                                       *Hawthorne*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF on September 10, 2023.

                                                  */s/ Thomas Buchan*
                                                  Thomas Buchan