UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.                                Case No. 3:22-cv-997-BJD-LLL

RICKY DIXON, et al.,

    Defendants.
_____

## ORDER

The parties' Joint Motion to Extend Discovery Deadline (Doc. 91) is **GRANTED to the extent** that the Court will enter an amended Case Management Scheduling Order by separate order reflecting new deadlines in consideration of the parties' proposed dates and the Court's calendar.

**DONE AND ORDERED** at Jacksonville, Florida, this 16th day of October, 2023.

_____
BRIAN J. DAVIS
United States District Judge

caw 10/16
c:
Counsel of Record