## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**DONNY PHILLIPS,**

     **Plaintiff,**

**v.**                                     **Case No. 3:22-cv-997-BJD-LLL**

**RICKY DIXON, in his Official Capacity as
Secretary of the Florida Department of
Corrections, CENTURION OF FLORIDA,
LLC, MHM HEALTH PROFESSIONALS,
LLC, ALEXIS FIGUEROA, M.D.,
ELIZABETH HOLMES, BRITTNEY CANNON,
CONNIE LYNN ADAMS, SGT. SAVONIA
RICHARDSON-GRAHAM, SGT. DEBRA
ALDRIDGE, and OFCR, TERESSA FILLMORE
HAWTHORNE,**

     **Defendants.**

_____/

## DEFENDANT DIXON'S RESPONSE TO
## PLAINTIFF'S THIRD REQUEST FOR PRODUCTION

Defendant Ricky Dixon hereby responds to Plaintiff's Third Request for Production, pursuant to Rule 34, Federal Rules of Civil Procedure, as follows:

1.    All video and audio relating to the alleged assault on Plaintiff that resulted in his placement in Administrative Confinement on 8/2/2023 (with timely updates to the end of discovery).

**Response:** Undersigned is following up with the proper FDC individual(s) regarding this request and will produce any audio and video, to the extent any exists.

1

2.     All confinement paperwork, including medical reports, as to Plaintiff and the person accused of assaulting him in the event that resulted in the placement of Plaintiff in Administrative Confinement on 8/2/2023 (with timely updates to the end of discovery).

**Response:** See Plaintiff's updated classification file produced in Response to No. 9 of Plaintiff's Second Request for Production.

3.     All incident and investigation reports, including appendices, relating to the event that resulted in the placement of Plaintiff in Administrative Confinement on 8/2/2023 (with timely updates to the end of discovery).

**Response:** See Plaintiff's updated classification file produced in Response to No. 9 of Plaintiff's Second Request for Production.

4.     All disciplinary charge paperwork, hearing disposition reports, discipline worksheets, affidavits, and witness statements, relating to the alleged assault on Plaintiff and the event resulting in the placement in Administrative Confinement on 8/2/2023 (with timely updates to the end of discovery).

**Response:** See Plaintiff's updated classification file produced in Response to No. 9 of Plaintiff's Second Request for Production. Specifically, Incident Report 231-2023-2205 completed by Captain Jeffrey Ragans indicated the inmate who allegedly attacked Plaintiff was unable to be positively identified. Therefore, responsive records cannot be produced.

5.     All records, including electronically stored information, in your possession, custody, or control, both at the institutional and central office level

relating to the transfer of Plaintiff from Suwannee Annex to Columbia Annex (with timely updates to the end of discovery).

> **Response:** Undersigned is following up with the proper FDC individual(s) regarding this request and will produce any audio and video, to the extent any exists. See also Plaintiff's updated classification file produced in Response to No. 9 of Plaintiff's Second Request for Production.

6.     All records, including electronically stored information, in your possession, custody, or control, both at the institutional and central office level relating to any request for protective management by Plaintiff or any other person relating to the event that resulted in the placement of Plaintiff in confinement on 8/2/2023 (with timely updates to the end of discovery).

> **Response:** See Plaintiff's updated classification file produced in Response to No. 9 of Plaintiff's Second Request for Production.

7.     All records, including electronically stored information, in your possession, custody, or control, both at the institutional and central office level documenting the internal movements of Plaintiff and of the person accused of assaulting him in the event that resulted in the placement of Plaintiff in confinement on 8/2/2023, documenting movements for the dates 7/24/23 through 8/25/23 (with timely updates to the end of discovery).

> **Response:** See Plaintiff's updated classification file produced in Response to No. 9 of Plaintiff's Second Request for Production.

8.     All records, including electronically stored information, in your possession, custody, or control, both at the institutional and central office level

sufficient to show the criteria on which Columbia C.I. Annex was selected as the institution for Plaintiff's transfer. (with timely updates to the end of discovery).

**Response:**  Undersigned is following up with the proper FDC individual(s) regarding this request and will produce any records, to the extent any exists.

9.      A privilege log reflecting every otherwise responsive record withheld on the basis of any sort of privilege or claim of confidentiality that includes (1) the date of the record withheld, (2) the author, (3) the nature of the record, (4) the subject matter, (5) all recipients, and (6) the privilege asserted. It should include enough information to allow the requesting party to challenge the privilege.

**Response:** None at this time.


Respectfully submitted,

*/s/ Thomas Buchan*
Thomas Buchan
Florida Bar No. 1010923
Howell, Buchan & Strong, P.A.
2898-6 Mahan Drive
Tallahassee, Florida 32308
(850) 877-7776
Tom@jsh-pa.com
*Attorney for Defendants Dixon,*
*Richardson-Graham, Aldridge, and*
*Hawthorne*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been served on Plaintiff's counsel via email on November 7, 2023.

*/s/ Thomas Buchan*
Thomas Buchan