UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.                                Case No. 3:22-cv-997-BJD-LLL

RICKY DIXON, in his Official Capacity as
Secretary of the Florida Department of
Corrections, CENTURION OF FLORIDA,
LLC, MHM HEALTH PROFESSIONALS,
LLC, ALEXIS FIGUEROA, M.D.,
ELIZABETH HOLMES, BRITNNEY
CANNON, CONNIE LYNN ADAMS, SGT.
SAVONIA RICHARDSON-GRAHAM, SGT.
DEBRA ALDRIDGE, and OFCR TERESSA
FILLMORE HAWTHORNE

    Defendants,
_____/

## DEFENDANT DIXON'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Defendant, Ricky Dixon, by and through undersigned counsel, hereby files this motion for leave to exceed the page limit pursuant to Local Rule 3.01(b) in his response to Plaintiff's Motion to Compel Production of Documents and Better Answers [Doc. 94] and states the following in support thereof:

Defendant Dixon has expended significant time and resources in addressing all of Plaintiff's allegations raised in his Motion to Compel [Doc. 94]. Currently, the response is 36 pages. Defendant Dixon is continuing to attempt to edit it down,

1

however the 20 page limit cannot be achieved while still adequately addressing all of the issues raised by Plaintiff. These issues include allegations of 11 general defects and 24 insufficient individual discovery responses to Plaintiff's multiple requests for production and sets of interrogatories.

WHEREFORE, Defendant Dixon respectfully requests this Court grant this page limit extension to allow him to adequately address each of Plaintiff's issues raised in his Motion to Compel [Doc. 94] with the level of detail they require.

Respectfully submitted,

*/s/ Thomas Buchan*
Thomas Buchan, Esq.
Florida Bar No. 1010923
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Phone: (850) 877-7776
Email: tom@jsh-pa.com
*Attorney for Defendants*

## CERTIFICATE REGARDING COMPLIANCE WITH LOCAL RULE 3.01(g)

I hereby certify that I have requested the position of Plaintiff's counsel on this motion on December 29, 2023. Defendant has expended significant time and resources on drafting a response to Plaintiff's motion to compel. Undersigned counsel will follow up with opposing counsel immediately on the next business day, January 2, 2023, and will comply with supplementing pursuant to Local Rule 3.01(g)(3) on whether the parties are in agreement to this request.

*/s/ Thomas Buchan*
Thomas Buchan

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by CM/CEF on December 29, 2023.

*/s/ Thomas Buchan*
Thomas Buchan