UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.

RICKY D. DIXON, *et al.*,

    Defendants.

Case No. 3:22-cv-997-BJD-LLL

**PLAINTIFF'S NOTICE OF NON-OBJECTION**

NOTICE IS HEREBY GIVEN, pursuant to Local Rule 301(g), that counsel for Defendants sought to confer with undersigned counsel and co-counsel James Slater by e-mail on his Motion to Exceed Page Limit but that the e-mail was sent at 9:43 p.m. on Friday and the Motion was filed 16 minutes later at 9:59 p.m. and counsel were both asleep and did not become aware of the request until the next day. Nevertheless, Plaintiff does not object to the Motion.

    Respectfully Submitted,    /s/ James V. Cook
                                                JAMES V. COOK (FBN 0966843)
                                                Law Office of James Cook
                                                314 West Jefferson Street
                                                Tallahassee, FL 32301
                                                (850) 222-8080; 561-0836 fax
                                                cookjv@gmail.com
                                                *Attorney for Plaintiff*

I CERTIFY the foregoing was filed electronically on 12/30/2023, serving counsel of record registered to be notified by the CM/ECF electronic filing system.

                                                                     /s/James V. Cook