UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.      Case No. 3:22-cv-997-BJD-LLL

RICKY DIXON, et al.,

    Defendants.
_____

**ORDER**

Defendant's unopposed Motion for Leave to Exceed Page Limit (Docs. 95, 96) is **GRANTED**. Defendant Dixon shall file a response to Plaintiff's Motion to Compel (Doc. 94), of no more than **36 pages**, by **January 5, 2024**. In light of the pending discovery motion, the Court will *sua sponte* extend the time for the parties to file dispositive motions to **February 5, 2024**. The remainder of the deadlines in the Court's Amended Case Management and Scheduling Order (Doc. 93) remain unchanged.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of January, 2024.

_____
BRIAN J. DAVIS
United States District Judge

caw 1/2
c:
Counsel of Record