IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.                                 Case No. 4:18-cv-139-AW-MJF

MARK INCH, et al.,

    Defendants.
_____/

### SETTLEMENT AND RELEASE OF ALL CLAIMS

The undersigned Plaintiff, DONNY PHILLIPS, DC# 789552 (hereinafter the "Plaintiff"), for the consideration of twenty five thousand dollars and zero cents ($25,000.00), payable to the trust account of James V. Cook, hereby and for his heirs, executors, administrators, successors, and assigns forever releases, acquits, and discharges the defendant SONYA CRUTCHFIELD, the State of Florida, the Florida Department of Corrections, and their agents, contractors, servants, employees, former employees, and successors of and from any and all claims, actions, causes of actions, demands, rights, damages, costs, loss of service, expenses and compensation whatsoever, including attorney's fees, which the undersigned now has or which may hereafter accrue on account of or in any way growing out of the events and injuries that were at issue in this action, including any and all known and unknown, foreseen

_DP_ Plaintiff's initials    _JC_ Defense counsel's initials

_JC_ Plaintiff's counsel's initials

and unforeseen bodily and personal injuries. Counsel for Defendant agrees to use best efforts to transmit the check(s) in the amounts and payees as described above, within 30 working days after the Statement is fully executed and the Plaintiff has signed and filed with the Court a Stipulated Voluntary Dismissal With Prejudice, and has provided all forms and information required by the Department of Financial Services to process the payments.

It is further understood and agreed that this settlement is the compromise of a disputed claim and that no actions taken as a result of agreement are to be construed as an admission of liability on the part of the parties hereby released, and that said releasees deny liability therefor and intend merely to avoid litigation and buy their peace.

It is further understood and agreed that this Settlement, and the consideration for it extends to all claims asserted or which could have been asserted by the Plaintiff against Defendant in Case No. 4:18-cv-139-AW-MJF, United States District Court for the Northern District of Florida.

It is further understood and agreed that all parties shall bear their own fees and costs for Case No. 4:18-cv-139-AW-MJF, United States District Court for the Northern District of Florida.

The Parties to this Settlement hereby agree to file with the court a Joint Stipulation of Voluntary Dismissal With Prejudice as to Case No. 4:18-cv-139-AW-

DP Plaintiff's initials    JZ Defense counsel's initials
JZ Plaintiff's counsel's initials

MJF, United States District Court for the Northern District of Florida, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and to execute any such other documents as may be necessary in order to accomplish the settlement and discharge of the parties contemplated herein. Plaintiff agrees that the settlement amount of twenty five thousand dollars ($25,000) will be paid to the trust account of James V. Cook.

Plaintiff hereby declares and represents that no promise, inducement or agreement not herein expressed has been made to Plaintiff, and that this Settlement contains the entire agreement between the parties hereto, and that the terms of this Settlement are contractual and not a mere recital. The parties agree that if any of the parties breach this Settlement, that the only remedy therefor will be an action for breach of contract and that the proper venue for such action will be in state court in Leon County, Florida.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____  2/16/22
Plaintiff, Donny Phillips    Date
DC# 789552

_____  March 6, 2022
Joe Belitzky, Counsel for Defendant   Date
Fla. Bar No. 217301

DP Plaintiff's initials   ____ Defense counsel's initials
JC Plaintiff's counsel's initials