407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

MILESTONE I REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

```
 1  UNITED STATES DISTRICT COURT

 2  MIDDLE DISTRICT OF FLORIDA

 3  JACKSONVILLE DIVISION

 4  CASE NO. 3:22-CV-997-BJD-LLL

 5

 6  DONNY PHILLIPS,

 7  Plaintiff

 8

 9  V.

10

11  RICKY DIXON, ET AL.,

12  Defendants

13  _____/

14  TESTIMONY OF SAVONIA RICHARDSON-GRAHAM

15  DATE:            OCTOBER 6, 2023

16  REPORTER:        REI SANTOS

17  PLACE:           ALL PARTIES APPEARED VIA

18                   VIDEOCONFERENCE

19

20

21

22

23

24

25
```

COPY

401 EAST JACKSON STREET,
SUITE 2370
TAMPA, FL 33602

315 EAST ROBINSON STREET,
SUITE 510
ORLANDO, FLORIDA 32801
CORPORATE

```
 1                        APPEARANCES
 2
 3  ON BEHALF OF THE PLAINTIFF, DONNY PHILLIPS:
 4  James Cook, Esquire
 5  Law Office of James Cook
 6  314 West Jefferson Street
 7  Tallahassee, Florida 32301
 8  Telephone No.: (850) 222-8080
 9  E-mail: cookjv@gmail.com
10  (Appeared via videoconference)
11
12  ON BEHALF OF THE DEFENDANT, RICKY DIXON, ET AL.:
13  Lauren Strickland, Esquire
14  Howell, Buchan & Strong, P.A.
15  2898 Mahan Drive
16  Suite 6
17  Tallahassee, Florida 32308
18  Telephone No.: (850) 877-7776
19  E-mail: lauren@jsh-pa.com
20  (Appeared via videoconference)
21
22  Also Present: Renzo Mora - Law Clerk
23
24
25
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1                        INDEX
 2                                                    Page
 3  PROCEEDINGS                                        5
 4  DIRECT EXAMINATION BY MR. COOK                     6
 5  CROSS-EXAMINATION BY MS. STRICKLAND               90
 6  REDIRECT EXAMINATION BY MR. COOK                  97
 7
 8                       EXHIBITS
 9  Exhibit                                           Page
10    3      Health Services Bulletin on ADA          62
11    2      Donny Phillips Problem List              62
12    1      The Amended Complaint                    62
13    4      Health Passes                            98
14    5      Savonia Richardson Previous              99
15           Employment
16
17              CERTIFIED QUESTION:
18       Q.    Okay.  As an example, you had a guy in
19  your dorm named Elmer Williams who fell down and said he
20  couldn't walk and you sent him to confinement for
21  refusing to walk; is that correct?
22
23
24
25
```

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

STIPULATION

The video deposition of Savonia Richardson-Graham was taken at Milestone Reporting, 315 East Robinson Street, Suite 510, Orlando, Florida 32801, via videoconference in which all participants attended remotely, on Friday the 6th day of October 2023 at approximately 10:23 a.m.; said deposition was taken pursuant to the Federal Rules of Civil Procedure. The oath in this matter was sworn remotely pursuant to FRCP 30. It is agreed that Rei Santos, being a Notary Public and Court Reporter for the State of Florida, may swear the witness and that the reading and signing of the completed transcript by the witness is not waived.


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
 1                   PROCEEDINGS
 2          THE REPORTER:  Okay.  We are now on record.  My
 3     name is Rei Santos.  I'm the video technician and
 4     court reporter today.  Today's the 6th day of
 5     October 2023, and the time is 10:23 a.m.  We are
 6     convened by video conference to take the deposition
 7     of Savonia Richardson- Graham in a matter of Donny
 8     Phillips v. Ricky Dixon, et al. pending in the
 9     United States District Court, Middle
10          District of Florida, Jacksonville Division,
11   Case Number: 3:22-CV-997-BJD-LLL.  Will everyone but the
12   witness please state your appearance, how you are
13   attending, and the location you are attending from,
14   starting with Plaintiff's Counsel?
15          MR. COOK:  James Cook for the plaintiff, Donny
16     Phillips.  I'm here in Tallahassee, along with
17     Elizabeth Buchanan who's not on the screen but is
18     watching and listening.
19          MS. STRICKLAND:  Lauren Strickland on behalf of
20     Ms. or Sergeant Richardson-Graham and I'm at
21     Suwannee Correctional Institution.
22          THE REPORTER:  Thank you.  And I have ID'd the
23     witness off record.  Do all parties agree that the
24     witness is in fact Sergeant Savonia Richardson-
25     Graham?
```



```
 1           MR. COOK:  We're satisfied.
 2           THE REPORTER:  Thank you.  And Ms. Graham, will
 3   you please raise your right hand for us?  Do you
 4   solemnly swear or affirm that the testimony you're
 5   about to give will be the truth, the whole truth,
 6   and nothing but the truth?
 7           THE WITNESS:  I do.
 8           THE REPORTER:  Okay, Counsel.  You may begin.
 9                 DIRECT EXAMINATION
10           BY MR. COOK:
11      Q.   All right.  Ms. Graham, would you state your
12  full name for the record?
13      A.   Savonia Richardson.
14      Q.   Is it Savonia Richardson?
15      A.   Yes.
16      Q.   Okay.  Is it middle name Laquisha?
17      A.   Savonia Laquisha Richardson.
18      Q.   Okay.  And not Graham; is that right?
19      A.   Right.
20      Q.   Okay.  I understand that your married name was
21  Graham; is that correct?
22      A.   Yes.
23      Q.   At one time, did you go by either Graham or
24  Richardson-Graham?
25      A.   One time Graham, yes.
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1      A.   Okay.
 2      Q.   Okay.  Have you read that?
 3      A.   Yes.  I'm looking at it now.
 4      Q.   Okay.  Do you recall having ever interfered
 5 with Mr. Phillips' communications with others?
 6           MS. STRICKLAND:  Objection.
 7      A.   Can you be more specific when you say as
 8 others?
 9           BY MR. COOK:
10      Q.   Yes.  Do you recall refusing to charge his
11 tablet so that he can communication with his sister who
12 kind of looks out for him at the Department of
13 Corrections?
14           MS. STRICKLAND:  Objection.  You can answer.
15      A.   When you ask -- when you say refusing to
16 charge his tablet, can you specify the -- the date or
17 time?
18           BY MR. COOK:
19      Q.   Well I could, but I don't have it right in
20 front of me.  I think I've got that information.  So I
21 guess what I would ask is, if you: Did you ever refuse
22 to charge his tablet?
23      A.   If you can tell me the date and the time, I
24 can -- I can tell you.
25      Q.   Okay.  But if you did --
```

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1       A.    To my knowledge, no.
 2       Q.    To your knowledge, no.  Okay.  And did you
 3  ever call him a snitch in front of the other inmates?
 4       A.    No.
 5       Q.    Did you ever say to him that to be a writ
 6  writer is being a snitch?
 7       A.    Repeat that question?
 8       Q.    Did you ever say to Mr. Phillips, if you -- if
 9  you are a -- if you're writing grievances, then you're a
10  snitch?
11       A.    No.
12       Q.    Do you know what the word snitch means?
13       A.    Someone who tells.
14       Q.    Have you heard that word in -- as a -- as a
15  prison officer?
16       A.    Yes.
17       Q.    Is there a danger to an inmate who is labeled
18  as a snitch?
19       A.    Not to my -- no, not to my knowledge.
20       Q.    Do you remember an incident, and this doesn't
21  necessarily involve you, but it involves your dorm, in
22  which a grievance that Mr. Phillips filed was found in a
23  file cabinet in the officers' station in your dorm?
24       A.    Repeat your question?
25       Q.    Do you remember hearing about an incident in
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900         www.MILESTONEREPORTING.com         Toll Free 855-MYDEPOS

```
 1    A.   I don't -- I don't know.
 2    Q.   Okay.  Have you ever seen a grievance that was
 3 filled out?
 4         MS. STRICKLAND:  Object to form.  You can
 5    answer.
 6    A.   Can you be more clear on your question?
 7         BY MR. COOK:
 8    Q.   Have you ever seen a grievance that had
 9 writing on it?
10         MS. STRICKLAND:  Objection.  You can answer.
11    A.   Can you give me a -- the date?  I don't --
12         BY MR. COOK:
13    Q.   I'm not asking about a specific grievance.  I
14 mean, ever since you have become a corrections officer,
15 did you see a grievance on which an inmate had written a
16 complaint?
17    A.   Not to my knowledge.
18    Q.   So at this point, the only thing you've seen
19 are empty forms; is that right?
20    A.   Yes.
21    Q.   When Phillips was a -- well let's just go on
22 with the -- with the causes of action.  Would it be fair
23 to say that you ever interfered with medical treatment?
24    A.   Repeat that?
25    Q.   Let me be more specific.  Would it be fair to
```

MILESTONE REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1  say that you interfered with medical treatment of Donny
 2  Phillips?
 3          MS. STRICKLAND:  Objection.
 4      A.  Can you be more clear?
 5          BY MR. COOK:
 6      Q.  Did you ever refuse to let Donny Phillips go
 7  to medical to get supplies?
 8      A.  No, not to my knowledge.  No.
 9      Q.  Did you ever fail to release him for a medical
10  call out that he already had?
11      A.  No.
12      Q.  Did you ever refuse to allow him to use the
13  bathroom when he had an urgent need to go?
14          MS. STRICKLAND:  Object to form.
15      A.  Can you be more specific?
16          BY MR. COOK:
17      Q.  Did he ever tell you that he was urinating or
18  defecating in his adult diapers and he needed to use the
19  bathroom and you refused him?
20      A.  No.
21      Q.  Was he ever in that same situation and asked
22  to use the shower and you refused him?
23      A.  No.
24      Q.  How many wheelchair-bound inmates did you have
25  in Dorm N at the highest number, approximately?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS