MAILED/FILED
WITH AGENCY ON
AUG 3 0 2023
Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| PHILLIPS, DONNY | 789552 | 23-6-26185 | SUWANNEE C.I. ANNEX | P41131 |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

This grievance is not accepted as a grievance of reprisal.

Your administrative appeal is denied.

A. JOHNS

_____
SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

R. Culpepper

_____
SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

8/18/23
DATE

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

AUG 14 2023

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Phillips Donny R. | 789552 | Suwannee C.I. |
|---|---|---|
| Last   First   Middle Initial | DC Number | Institution |

Part A – Inmate Grievance       23-6-26185

Retaliation

(2307-231-071), In Reference to the Response Given on the Formal Grievance #231-2307-0092, Concerning my Tablet being properly charged, I would also/Know that I also have access to the Kiosk In the Dorm, my intentions are to clearly show that there are many ways to show act's of Retaliation Towards Myself for my Rights to access to Grievance Procedures as well as access to the Federal Courts, and Refusing to charge my Tablet while charging other inmates throughout the Night, "Is one of them", so that being Said, my This formal Grievance Log Number 2307-231-071, Be an Exhibit before the Federal Courts, to show Retaliation, as well as Discrimination. Prepare yourself.

8/5/23
DATE

SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ____ / ____
                                                                                                                 #      Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Received

Submitted by the inmate on: AUG -8 2023
Assistant Warden - Programs
Suwannee Correctional Institution

Receipt for Appeals Being Forwarded to Central Office

Institutional Mailing Log #: 230-23-718

(Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

2307-231-071

DC1-303 (Effective 11/13)              Incorporated by Reference in Rule 33-103.006, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden     ☐ Assistant Warden     ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

Phillips, Donny B.     789552     Suwannee C.I.
Last  First  Middle Initial     DC Number     Institution

### Part A – Inmate Grievance

(231-2307-0092), 7/4/23, 1:30AM, I ran out of charge on my Tablet and placed my Tablet on the flap of the officer's station, and the officer working the officer's station sit my Tablet to the side and charge every other Tablet but mine, the "Denied" Response was false as well as the fact that the Tablet's are a privilege, the Tablet will be use as an Exhibit in a federal trial against Suwannee C.I.'s security staff, and "Since officel's want to use their Tablet's as a Retaliatory Discrimination Tool, my Federal Lawyer will also as well. A federal investigation will be done on the ADA treatment and abouse on the Compound.

7/14/23
DATE

[signature] 789552
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___ / ___
# Signature

2307-231-071

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Received JUL 17 2023
Submitted by the Assistant Warden - Programs
Suwannee Correctional Institution
(Date)

Receipt for Appeals Being Forwarded to Central Office

Institutional Mailing Log #:_____

[signature] Barry
(Received By)

DISTRIBUTION:
INSTITUTION/FACILITY          CENTRAL OFFICE
INMATE (2 Copies)              INMATE
INMATE'S FILE                   INMATE'S FILE - INSTITUTION./FACILITY
INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
                                CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)     Incorporated by Reference in Rule 33-103.006, F.A.C.

## PART B - RESPONSE

| PHILLIPS, DONNY | 789552 | 2307-231-071 | SUWANNEE C.I. ANNEX | P41131 |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Further investigation reveals the following information:

The response you received to informal grievance log number 231-2307-0092, adequately and appropriately addressed your concerns and issues raised. If your tablet is not charged or working at the time you need it, use the kiosk in the dorm or traditional mail services to write to your family.

Therefore, based on the foregoing information, your grievance is Denied.

You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by paragraphs 33-103.007(3)(a) and (b), F.A.C., and forwarding your complaint to the Bureau of Policy Management and Inmate Appeals, 501 South Calhoun Street, Tallahassee, Florida 32399-2500.

Mailed: 8/3/23

_____
SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

_____
SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

8/2/23
DATE

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: 10E-Sec
Team Number: _____
Institution: Suwannee C.I.

c/o Security

| TO: (Check One) | ☐ Warden  ☐ Asst. Warden | ☐ Classification  ☑ Security | ☒ Medical  ☐ Mental Health | ☐ Dental  ☐ Other ____ |

| FROM: | Inmate Name: Donny Phillips | DC Number: 789552 | Quarters: I-1-153S | Job Assignment: Houseman | Date: 7/8/23 |

**REQUEST**  Check here if this is an informal grievance ☑

On 7/4/23, around 1:30am, I was running low on the "charge" on my tablet, and I placed my tablet on the officer's station flap to be "charged" throughout the night, my tablet was taken in and held by officials on duty on this night and "NEVER" was charged. These officials Retaliatory Acts towards myself are being done to block my access to my Federal lawyer, as I access the Federal Courts, and I have been left with no other choice but to file a "Informal" Grievance concerning this continuing violations of my rights to contact James V. Cook. This act is just 1 of many showings and violations that will be address before the Federal Courts.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Donny Phillips
DC#: 789552

Received JUL 10 2023

DO NOT WRITE BELOW THIS LINE

**RESPONSE** 231-2307-0092

DATE RECEIVED: Assistant Warden - Programs Suwannee Correctional Institution

Tablets are a privilege. Kiosk in the dorm for use if tablet is not available, and/or you can use the traditional mail system and hand write your message and mail out with a stamped envelope.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is **denied**. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): Adams
Official (Signature): [signed]
Date: 7/11/23

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)
Incorporated by Reference in Rule 33-103.005, F.A.C.