Donny Phillips
October 05, 2023

                        UNITED STATES DISTRICT COURT
                         MIDDLE DISTRICT OF FLORIDA
                          JACKSONVILLE DIVISION

                                    CASE NO. 3:22-cv-997-BJD-LLL

DONNY PHILLIPS,

          Plaintiff,

vs.

RICKY DIXON, in his official capacity as
Secretary of the Florida Department of
Corrections, CENTURION OF FLORIDA,
LLC, MHM HEALTH PROFESSIONALS,
LLC, ALEXIS FIGUEROA, M.D.,
ELIZABETH HOLMES, BRITTNEY
CANNON, CONNIE LYNN ADAMS,
SGT. SAVONIA RICHARDSON-GRAHAM,
SGT. DEBRA ALDRIDGE, and OFCR. TERESSA
FILLMORE HAWTHORNE,
          Defendants.

_____

                    VIDEO-RECORDED DEPOSITION OF

                         DONNY PHILLIPS

                         PAGES 1 - 208

                    Thursday, October 5th, 2023
                      9:27 a.m. - 2:59 p.m.

              Columbia Correctional Institution Annex
                     216 S.E. Corrections Way
                    Lake City, Florida  32025-2013

                    STENOGRAPHICALLY REPORTED BY:
                      Donna Wise, Stenographer
Job# 330090

Donny Phillips
October 05, 2023

Page 2

```
 1    APPEARANCES:

 2    ON BEHALF OF THE PLAINTIFF:

 3             JAMES V. COOK, ESQUIRE
               314 West Jefferson Street
 4             Tallahassee, Florida 32303
               850-222-8080
 5             BY:  James V. Cook Esquire
               cookjv@gmail.com
 6
               LAW OFFICES OF ELIZABETH BUCHANAN, P.A.
 7             Post Office Box 581
               Loxahatchee, Florida  33470-0581
 8             561-301-7764
               BY:  Elizabeth Buchanan, Esquire
 9             elizabethbuchananlaw@gmail.com

10    ON BEHALF OF THE DEFENDANTS RICKY DIXON IN HIS OFFICIAL
      CAPACITY AS SECRETARY OF THE FLORIDA DEPARTMENT OF
11    CORRECTIONS, SGT. SAVONIA RICHARDSON-GRAHAM, SGT. DEBRA
      ALDRIDGE and OFCR. TERESSA FILLMORE HAWTHORNE:
12
               HOWELL BUCHAN & STRONG, P.A.
13             2898-6 Mahan Drive
               Tallahassee, Florida  32308
14             850-877-7776
               BY:  Lauren F. Strickland, Esquire
15             lauren@jsh-pa.com

16    ALSO PRESENT:

17             Christine Montplisiar, Videographer

18

19

20

21

22

23

24

25
```

Donny Phillips
October 05, 2023

Page 3

1                          I N D E X

2    Testimony of Donny Phillips

3            Direct Examination by Ms. Strickland        5
             Cross Examination by Mr. Cook              134
4            Redirect Examination by Ms. Strickland     176

5

6    Certificate of Oath                                205
     Certificate of Reporter                            206
7    Read and Sign Letter                               207
     Errata Sheet                                       208
8

9                    CERTIFIED QUESTION

10   The following question was not answered during the
     Redirect Examination of Donny Phillips by Lauren
11   Strickland, indicated in the transcript as (CQ)

12                                     Page 196 Line 19

13

14                       EXHIBITS

15   NO.                DESCRIPTION                    PAGE

16   DEFENSE EXHIBITS

17   No. 1     Complaint                                11

18   No. 2     PHOTO: (1) 8x10 color copy               47

19   No. 3     Settlement agreement                     52

20   No. 4     Settlement agreement                    112

21

22

23

24

25

Donny Phillips
October 05, 2023

Page 4

1    The following proceedings began at 9:27 a.m.:

2         VIDEOGRAPHER:  Okay.  Good morning.  We are

3    now on the record and the time on the camera is

4    9:27 a.m.  This is the video-recorded deposition of

5    Donny Phillips in the matter of Donny Phillips

6    versus Ricky Dixon, et al.  This deposition is

7    being held at 216 Southeast Corrections Way, Lake

8    City, Florida 32025 on October 5th, 2023.

9         The videographer is Christine Montplaisir, and

10    the court reporter is Donna Wise, both here on

11    behalf of Veritext.

12         Would the attorneys present, beginning with

13    Mr. Cook, now please announce their appearances for

14    the record and the parties they represent.

15         MR. COOK:  James Cook, attorney for the

16    Plaintiff, Donny Phillips, and with me is Elizabeth

17    Buchanan, also an attorney.

18         MS. STRICKLAND:  Lauren Strickland on behalf

19    of the Department of Corrections, Ricky Dixon,

20    Savonia Richardson-Graham, Sergeant Aldridge, and

21    Ms. Fillmore.

22         VIDEOGRAPHER:  Okay.  Will the court reporter

23    now please swear in the witness.

24         STENOGRAPHER:  Sir, if you'd raise your right

25    hand.  You do solemnly swear or affirm the

Donny Phillips
October 05, 2023

Page 5

1       testimony you're about to give is the truth, the

2       whole truth, and nothing but the truth?

3              THE WITNESS:  Yes, ma'am.

4              STENOGRAPHER:  Thank you.

5                     DONNY PHILLIPS,

6    having been first duly sworn or affirmed, as hereinafter

7    certified, testified as follows:

8                     DIRECT EXAMINATION

9    BY MS. STRICKLAND:

10      Q    Mr. Phillips, it is good to see you again.

11   Different place this time.

12      A    Yes, ma'am.

13      Q    Have you been deposed before?

14      A    Excuse me?

15      Q    Have you had your deposition taken before?

16      A    Yes, ma'am.

17      Q    Okay.  There are some rules that I'm sure

18   you've been told before, so I'm just going to go over

19   them with you.  And if you have any questions, let me

20   know.  If you can go ahead and give yes or no answers

21   instead of shaking your head or uh-huh, huh-uh, because

22   it makes her life easier, and it makes the transcript a

23   lot clearer.

24              If you kind of know or you think you know

25   where I'm going with the question, I'm going to ask you

Page 13

1      question.  It requires a legal conclusion.

2  BY MS. STRICKLAND:

3         **Q    You can answer.**

4         MR. COOK:  Go ahead.

5     A     Because I feel that they refused me access to

6  sanitary bathrooms, the bathroom showers with actual

7  retaliation and threats of confinement.

8  BY MS. STRICKLAND:

9         **Q    Can you tell me specifically what Teressa**

10 **Fillmore Hawthorne did to you?**

11    A     She -- when I asked her could I use -- could I

12 change dirty diapers and have access to the ADA shower,

13 she told me, no, that absolutely not.  And she told me,

14 but you can clean up in the bathroom sink.  And at the

15 same -- at that same time she made that statement she --

16 she allowed -- had other inmates in the shower.

17        **Q    Do you recall approximately when that was?**

18    A     No, ma'am, I can't remember the time.  I

19 mean -- I mean, it was some time last year I think, but

20 I just don't remember a date.

21        **Q    And am I correct in understanding that the**

22 **focus of this particular lawsuit that was filed in 2022**

23 **is based on your time at Suwannee CI?**

24    A     Yes, ma'am.

25        **Q    Okay.  And you transferred into Suwannee on**

Donny Phillips
October 05, 2023

Page 30

1        A     Well, because those items are sanitary items,

2    and they help me to stay clean, help me to clean myself

3    up in case of emergency if I'm at a call-out or in a

4    program or in medical lobby or even locked inside the

5    center gate.  It gives me a chance to have access to

6    clean myself up properly instead of sitting in urine and

7    feces for hours.

8        Q     Okay.  Do you understand that Centurion and

9    the medical people are responsible for providing those

10   supplies?

11            MR. COOK:  Objection.  Contrary to fact.

12            MS. STRICKLAND:  We're not doing speaking

13       objections.

14            MR. COOK:  Yes, we are.

15       A     I would have to answer that and say, I

16   understand that multiple people are responsible, that's

17   my understanding.

18   BY MS. STRICKLAND:

19       Q     Okay.

20       A     But I mean --

21       Q     Has Sergeant Aldridge ever refused to --

22   strike that.

23            Does Sergeant Aldridge have access to the

24   medical supplies you believe you need?

25       A     She has access to block my access to go get my

Donny Phillips
October 05, 2023

```
 1   medical supplies.  Access to showers and to hold me in
 2   unsanitary conditions or to put me in confinement if I
 3   choose to go to the bathroom during long periods of
 4   recounts.
 5        Q    Did Sergeant Aldridge ever actually put you in
 6   confinement?
 7        A    No, ma'am.
 8        Q    In fact, Sergeant Aldridge repaired the
 9   privacy screen in the shower on at least one occasion,
10   correct?
11             MR. COOK:  Objection.
12        A    You want me to answer that or do I answer?
13   BY MS. STRICKLAND:
14        Q    You can answer.
15        A    Absolutely not.  To my knowledge she ever
16   repaired anything.
17        Q    She never took it out of the closet to make it
18   available for you or other disabled inmates?
19        A    I don't think that's the -- repairing, but
20   they -- they would lock that -- the shower curtain up
21   for long periods to -- you know, to stop ADA inmates
22   having access to the ADA showers.  So naturally at some
23   point she would, you know, during her shift, she would
24   actually decide to allow us to have access to the ADA
25   shower while other people were using the other showers,
```

Donny Phillips
October 05, 2023

Page 32

1    but I don't take that as a repair of nothing, I mean.

2        Q    So she never did anything to facilitate ADA

3    showers --

4        A    I'm going to have to answer that, yes, she

5    has --

6        Q    Okay.

7        A    -- she has actually helped.

8        Q    I was not quite done with my question.

9            Do you recall any times that other security

10   staff working the dorm refused to get the -- unlock the

11   privacy screen, and Sergeant Aldridge would actually get

12   it out for you?

13       A    In answering that question I would have to

14   say, she comes on a certain shift and it's locked up.

15   And she's -- they wait a period to unlock the door -- I

16   mean, you know, the closet door when the shower curtain

17   should have never been locked up in the -- in a mop

18   closet to start with blocking ADA inmates for hours

19   access to the ADA showers.  And -- and she at some point

20   eventually she'll stick a key -- has to stick the key in

21   the door and bless us with access to the shower -- with

22   the shower curtain, of course, you know.

23       Q    So it's your testimony that all of the non-ADA

24   inmates in the dorm with you were able to shower any

25   time of day, any day of the week?

Donny Phillips
October 05, 2023

Page 33

1      A     No, ma'am.

2      Q     Okay.

3      A     I'm -- my statement is that they were not

4   allowed to shower.

5      Q     So the non-ADA inmates were not permitted to

6   shower throughout the day?

7      A     They're not allowed -- the rule is in the

8   Department of Corrections that you're not to get caught

9   in the showers until after 5:00 in the evenings.

10     Q     And that's actually the schedule for showers,

11  right?

12     A     That's the rule, and -- to my knowledge, I

13  mean.

14     Q     So -- but are you -- I'm trying to understand,

15  are you saying that other people did shower before 5:00?

16     A     Yes, ma'am.

17     Q     And those were only non-ADA inmates?

18     A     That was certain chosen inmates that they --

19  they allowed to shower.

20     Q     When you say they, who specifically are we

21  talking about?

22     A     Richardson, Sergeant Aldridge, and our other

23  Defendant, Hawthorne.

24     Q     Okay.  Did any of those inmates have -- let me

25  back up and strike that.

Donny Phillips
October 05, 2023

Page 56

```
 1      A    I don't think --
 2      Q    Oh, sorry.
 3      A    -- I don't recall that.  I can't remember, but
 4  I don't recall her working confinement.
 5      Q    Okay.  Did Sergeant Aldridge ever block you or
 6  prohibit you from communicating with the medical staff
 7  when they made their daily rounds in confinement?
 8      A    Not that I recall.
 9      Q    Did Teressa Fillmore Hawthorne ever block you
10  or prohibit you from communicating with medical staff
11  when they made their daily rounds in confinement?
12      A    No, ma'am, I don't think so.
13      Q    In your complaint, you allege that your tablet
14  was taken from you when you had asked to have it
15  charged, is that correct?
16      A    Yes, ma'am.
17      Q    And you believe that was retaliation?
18      A    You turn -- the way that works is you turn
19  your tablet in to the officers, and what she does she
20  takes it from you and plugs it in.  And the next count
21  that comes up, she hollers tablets and now she hands it
22  back to you and it's charged.  Now, at some point she
23  can take your tablet and set it over here and hand it
24  back to you next count --
25      Q    Okay.
```

Donny Phillips
October 05, 2023

Page 57

1      A    -- and say, oh, my bad, it didn't charge, bad
2  connection like.

3      Q    **Okay.**

4      A    Which happens a lot.

5      Q    **Because it doesn't charge --**

6      A    Depending -- all depending on what inmate is
7  having an issue with that officer that day or -- or...

8      Q    **So this happens to other inmates not just you?**

9      A    Oh, I would imagine.  But I can only -- I can
10 only say me --

11     Q    **Okay.**

12     A    -- because of my case, but I'm -- I'm def -- I
13 can pretty much say, yes, definitely others say, yeah.

14     Q    **Okay.  I'm going to stop you there because she**
15 **needs to change the tape.**

16          VIDEOGRAPHER:  We are now going off the record
17     at 10:56 a.m.

18          (Brief recess taken.)

19          VIDEOGRAPHER:  Okay.  We are now back on the
20     record at 10:57 a.m.

21 BY MS. STRICKLAND:

22     Q    **So we were just talking about other people's**
23 **tablets were also either not charged or locked up by the**
24 **officers at different times.**

25     A    Yes, ma'am.

Donny Phillips
October 05, 2023

Page 64

1      Q     Okay.  How many times did Sergeant Aldridge

2  refuse to let you declare a medical emergency?

3      A     I can't say that she ever refused me medical

4  emergency, but she has had conversation with me and

5  looked at my leg.

6      Q     Can you tell me about that?

7      A     She said, you need to do something about that

8  leg or they're going to cut your leg off, and I

9  explained to her that I can only do what I can -- I'm

10  allowed to do.

11      Q     So she was encouraging you to get medical

12  treatment?

13      A     Or get it cut off, yes, ma'am.

14      Q     Has anybody ever actually said that -- any of

15  the medical providers actually said that they were

16  considering amputating your leg?

17      A     Dr. Figueroa and other medical doctors, you

18  know, I've been to outside hospital --

19      Q     Okay.

20      A     -- once, said that there's a very good chance

21  that it's -- that the outcome is not going to be good.

22  You know, the type of medical that they give you is

23  really not what you would expect on the street.

24      Q     Did --

25      A     And then you first have to get there to

Donny Phillips
October 05, 2023

Page 71

1   situation was on the compound at the time, you never

2   know, you know what I'm saying.  It could be for

3   protection, I guess, if he -- if he'll keep me from

4   getting stabbed or beat to death, yeah.

5        Q    Who's done that for you?

6        A    Excuse me?

7        Q    Who's done that for you?

8        A    I've got friends all over prison that's --

9   there's many situations that where somebody might say

10  they -- they'll help you and that might be the sole one

11  that will stab you when you're asleep.

12       Q    In your complaint you allege that on May 7th,

13  2021, Sergeant Richardson refused to charge your tablet

14  although she charged other inmates.  Do you recall any

15  times after 2021 that she did that?

16       A    She did it quite a few times.  But I -- I

17  reported it as if it was minimal retaliatory acts

18  because she has multiple ways to -- to do things.  So I

19  mean, she knew that I notified -- sent messages to my

20  sister and my sister sent them to my lawyer.  And that I

21  documented her violations.  She knew that I had went on

22  there, on the kiosk when she told me that she wanted me

23  to sign a paper that I had had training for -- to -- as

24  part of a houseman to do certain things, and I told her

25  I can't sign this.

Donny Phillips
October 05, 2023

Page 72

1          And she said, you will or you'll go to

2    confinement.  And I said, well, then I'll go to

3    confinement, but I have a right not to sign this paper

4    if it's not fair -- if it's not true.  And you're

5    telling me to file this false information.  So she went

6    to lunch, and I went to the kiosk and I typed on there.

7    So after that she just tended to make sure that it

8    wasn't charged so I couldn't do that, you know what I'm

9    saying.  Although I could have went on the kiosk and did

10   it, but most of my handy work was done at night and when

11   I could, you know, without less retaliation and stuff

12   like, but...

13        Q    So even without the tablet, you still could

14   access the kiosk to communicate with your sister?

15        A    Yes, ma'am.

16        Q    How would Richardson-Graham know what you were

17   communicating to your sister?

18        A    Sergeant Graham didn't have to know about

19   anything to retaliate, it just come natural for her.

20   She -- she just --

21        Q    Do you think that the Department of

22   Corrections is intentionally interfering with your

23   ability to communicate with your family?

24        A    Yes, ma'am.

25        Q    Why do you think that?

Donny Phillips
October 05, 2023

Page 76

```
 1              MR. COOK:  Okay.
 2              MS. STRICKLAND:  It's his statements.  He
 3         knows he made them.
 4              MR. COOK:  Okay.  Well, we may have to have a
 5         do-over, but we'll see.  We're just objecting to
 6         using those materials when you haven't turned them
 7         over to us --
 8              MS. STRICKLAND:  Okay.
 9              MR. COOK:  -- for whatever reason.
10              MS. STRICKLAND:  I just explained it.
11    BY MS. STRICKLAND:
12         Q    So was there a time you thought that Sergeant
13    Aldridge was going to be arrested?
14         A    Yes.  I -- actually openly making statements
15    that she's killed inmates where she was taught and
16    that's where she was trained at Lake Butler, and she's
17    killed multiple inmates there and she won't hesitate to
18    do it again at Suwan -- at Suwannee, but, yes.
19         Q    She said that?
20         A    That was definitely my hope and prayer that --
21    that anybody that's killing inmates on the house would
22    get caught.
23         Q    So you heard her say that she has done that?
24         A    Yes.  She makes them statements openly in the
25    dorm and lets the inmates know.
```

Donny Phillips
October 05, 2023

Page 101

1   that medical gives -- give to me and it -- she was only

2   addressing -- you know, she's focused on that one.  But

3   I had those same passes all written in one that was --

4   so -- and that's the -- and I tried to offer that to the

5   medical here now and they said, no, we don't want that.

6   Huh-uh, don't show us that.

7        Q    Okay.

8        A    I'm like, well.

9        Q    Did -- so when the -- she said the passes were

10  expired, I guess was the intention they were going to

11  write you new passes?

12       A    She did tell me that.  She said, we're going

13  to write your new passes, and you can pick them up in

14  the medical window.  So I said, cool.  Thank you, you

15  know, and I left.  Never got -- I never got the new

16  passes -- oh, I got the passes, but when I went back to

17  the dorm from the ADA meeting, I dug through my stuff

18  and got my -- my copies out of the passes and I looked

19  at them and I said, these passes hasn't expired.  I

20  said, that's crazy.  So when I got my pass -- other

21  passes back, with the exceptions of the ones they wanted

22  to discontinue, they gave me the same dates that was on

23  the other passes.  They just rewrote them on a different

24  thing to show that, so...

25       Q    Did any of -- did Richardson, Aldridge or

Donny Phillips
October 05, 2023

Page 102

1   Hawthorne ever prevent you from going to medical to pick

2   up the new passes?

3        A     No, not these new passes.

4        Q     Okay.  That's my question.

5        A     They just supplies, just supplies they

6   blocked.

7        Q     Okay.  Did -- do you ever get up in -- in the

8   night to go use the bathroom because you have to pee or

9   something?

10       A     Yes, ma'am.

11       Q     Okay.  So you can tell sometimes?

12       A     Well, somewhat.  Like if I wake up at night

13   and I look at my clock and it's 2:00, then I lay there

14   and try to go back to sleep, and I can't go back to

15   sleep so I got to get up and go sit on the toilet.

16       Q     Okay.

17       A     And most of the time I -- I'll start to get up

18   or something and I'll check, I'll look, and I'm just

19   pouring.  I have no idea, but...

20            And so I get paranoid if I wake up any time

21   during the night, and I do it two or three times a

22   night, and I just go in there and sit on the toilet.

23   And luckily that buys me a couple more hours and gets me

24   closer and that's the habit I've gotten into to try to

25   help me.  And sometimes I don't wake up and -- and I

Donny Phillips
October 05, 2023

Page 123

1    BY MS. STRICKLAND:

2        Q    Is there any other conduct by Richardson,

3    Aldridge or Hawthorne that we have not discussed today

4    that happened at Suwannee that you believe was

5    retaliation?

6        A    No -- no, ma'am, not that I can think of right

7    off, I mean...

8        Q    Do you intend to file another lawsuit against

9    the Department of Corrections based on anything that

10   transpired at Suwannee after this one?

11       A    Yes, ma'am.

12       Q    What is that lawsuit going to be based on?

13       A    Multiple violations, more violations.

14       Q    Okay.  Of what?

15       A    Refusals.  Same...

16       Q    Who do you intend to sue?  Are there

17   individuals?

18       A    Yes, ma'am.

19       Q    Which individuals?

20       A    Oh, man.

21            MR. COOK:  I'm going to object to that

22       question.

23       A    I would have to give you a list of -- I got to

24   answer it?

25            MR. COOK:  He may -- he may want legal advice

Donny Phillips
October 05, 2023

Page 124

1      on that.

2      A     Yes, I was going to say.

3   BY MS. STRICKLAND:

4      **Q     He objected.  You can answer.**

5      A     Lots of officers.  Everybody in the property

6   room.  Every -- I forget what their name is, I dorm

7   officers.  Ratew -- I've -- you know, for him refusing

8   to give me my diapers and -- and put my stuff in the

9   hall -- back in the hallway and let inmates go back in

10  there and go in my stuff for days.

11     **Q     Did you see that happen?**

12     A     No, ma'am.  But he admitted it to -- to the

13  property room officer right in front of me and to -- and

14  he -- and he even came to me one on one with another

15  inmate there and apologized, and he said he made a

16  mistake doing that, and asked me to please not add him

17  into the lawsuit.

18     **Q     That was Ratew?**

19     A     Yes, ma'am.

20     **Q     The grievances that you have filed during your**

21  **time at Suwannee, were they all medical grievances?**

22  A     On medical?

23  **Q     Yes.**

24  A     No, ma'am.

25  **Q     What grievances did you file at Suwannee that**

Donny Phillips
October 05, 2023

Page 186

1    ago, did anything ever come of those threats from

2    officers?

3         A    Of me getting hurt?

4         Q    The group punishment.  Specifically who made a

5    threat of group punishment?

6         A    Well, I tried to bring it to everybody's

7    attention that the orderlies in medical explained to me

8    at Suwannee that right before I did get choked and --

9    that they met in medical, Barnhill was one of them, and

10   I don't know who the other three was, they did say their

11   name but I forgot them, but they met in medical and they

12   said that they were going to get apps together, these

13   four officers, and whichever inmates jump on any ADA

14   inmates that write grievances, they were going to send

15   them money through them apps and pay them to do harm

16   against ADA inmates.

17        Q    Okay.  I --

18        A    And that -- and that's just what I hear --

19   what I heard through my medical orderlies that was in

20   medical.

21        Q    Okay.  I'm trying to focus on the part where

22   you said corrections officers made threats of group

23   punishment based on, I guess, them helping you or being

24   involved with you?  And you said that it was scary

25   because, you know, you don't want to end up hurt.

Donny Phillips
October 05, 2023

Page 187

1       A    Aldridge and Richardson.

2       Q    **Okay.**

3       A    Is probably be the main ones.

4       Q    **What kind of threats did they make?**

5       A    To have hits.

6       Q    **They articulated that, you heard that?**

7       A    No.

8       Q    **Okay.**

9       A    No, ma'am.  But I've seen like example again,

10   if don't mind, I'm in the dorm one night and about four

11   or five guys was smoking toochie and it's a little late

12   night, Friday night, everybody was high -- well, not

13   everybody.  But these guys are like unconscious on their

14   beds, they're sitting on their beds and they're like

15   they're just hanging over.  So Sergeant Aldridge calls

16   the captain.  The captain comes in and he walks over and

17   he looks at them and he said is that what y'all doing

18   down here now?  And all the inmates ain't saying

19   nothing, nobody is saying nothing, but there's large

20   quantities of drugs in the building.  And he said, I'll

21   tell you what, I'm leaving and if y'all don't -- when I

22   leave here, if y'all don't handle this, I'll be back in

23   the morning with a search team and I'm going to tear

24   this whole dorm down and he leaves.

25          So it's 11:00 at night, Sergeant Aldridge is

Donny Phillips
October 05, 2023

1   standing at the window looking at certain inmates and

2   she flips the light off, and then they go like 15 people

3   jumps on these three or four guys and beat them, and I

4   mean brutally beat them, and I'm talking about like

5   y'all don't even imagine, and I sat there on my bunk and

6   I watch it.  The whole time I'm watching it, I'm typing

7   on my tablet.

8        Q    Did --

9        A    So they put them on the door, they bloody them

10  and put them on the door, they all beat them up really

11  bad, throw all their stuff on there, take their canteen,

12  steal all their personal stuff they want to take and the

13  captain comes down there like he don't know any better

14  with a couple of officers and take the bloody inmates to

15  confinement.

16            So the next day they change shifts, next shift

17  comes in the dorm, after they looked at the video and

18  says when I call your name catch the wall, cuff up

19  you're going to confinement so they cuff up the guys

20  that beat the guys up --

21       Q    Okay.

22       A    -- for -- and then they -- so then they get

23  all -- every -- you know what I'm saying, they get

24  multiple people locked up.  It's pretty crazy, it's

25  just...

Donny Phillips
October 05, 2023

Page 189

1              And Aldridge comes over and stands next to me

2    the next evening and she goes, Phillips, it's pretty

3    quiet in here now, ain't it?  I said, yes, ma'am.

4        Q    Did -- do you recall signing for supplies when

5    you pick them up every week at Suwannee?

6        A    Yes, ma'am.

7        Q    Okay.  When you mentioned somebody who

8    apologized, I think it was here at Columbia, she said

9    she didn't know who took you off -- your name off the

10   list for diapers.

11       A    Yes, ma'am.

12       Q    Was that a medical employee or a corrections?

13       A    It was a medical nurse.

14       Q    Okay.  Have you ever asked any of the security

15   staff for an extra roll of toilet paper?

16       A    Yeah.

17       Q    At Suwannee?

18       A    Yeah.

19       Q    Who did you ask?

20       A    Probably everyone, Carpenter.  I don't know

21   what Mustang Sergeant's real name is.

22       Q    What -- did you -- did they give you the

23   toilet paper?

24       A    No.

25       Q    Okay.

Donny Phillips
October 05, 2023

Page 192

1    Q    No, did that ever happen to you at Suwannee?

2    A    Yes, and --

3    Q    That you weren't allowed to check in?

4    A    Yes.  Some -- most -- most prisons they got a

5    code they just -- that if you come try to check in, then

6    you owe somebody for a football bet or prostitution or

7    dope.  They'll run up a big bill.  And they get dope

8    running and they'll go check in so it's regular practice

9    for them officers to say, don't get me -- don't get me

10   involved.  You're not checking in -- you know, they'll

11   come in and make an announcement, we're going to have a

12   good night, smoke in the bathroom don't smoke in -- on

13   the cameras.

14   Q    Uh-huh.  Can you tell me how many times at

15   Suwannee you attempted to check in for your safety and

16   you were refused?

17   A    Never.

18   Q    Okay.

19   A    Honestly never.

20   Q    Okay.

21   A    Because it's just I've been in prison many

22   years and that's just my policy not just -- that I just

23   don't -- I ain't -- I ain't going to check in.

24   Q    Okay.  When you said that I believe Aldridge

25   and Richardson said you were a snitch, and that Aldridge

Donny Phillips
October 05, 2023

Page 193

1    said that you were a federal agent, and when she

2    mentioned drugs being sold in the dorm, and that they

3    know him, you, from other cases, how -- what did anybody

4    say when they heard that?

5        A    Say that again.

6        Q    What did anybody else around you say when they

7    heard that?

8        A    Well, because of the situation where they

9    found my tablet -- I mean, my journal, and me having to

10   go up there to that officer's station, if you -- if

11   you're in a dorm and you got 70 inmates, and she calls

12   you up to the officer's station and you bend down and

13   look in the flap and she's sitting there trying to talk

14   to you and whispering or talking to you, then they're

15   wondering what's he telling her.  If she calls you out

16   in the foyer, it's proper procedure that you -- you got

17   to bring some -- another inmate out there in the foyer

18   with you and they got to witness what you say, otherwise

19   as far as they're concerned you're a snitch, and they're

20   going to kill you or they're going to stab you or you're

21   going to -- something is going to happen to you.

22       Q    Did any inmates threaten you after that?

23       A    Yes.

24       Q    Who?

25       A    Gang members, different gang members.  Carl --

Donny Phillips
October 05, 2023

1    Carl Johnson and I don't know the other gang members.

2         Q    Do you know which gang?

3         A    Bloods.

4         Q    Okay.  Did any of them ever act on those

5    threats?

6         A    Zoes (phonetic).

7              No, not that I know of.  Not that I know of.

8         Q    Lieutenant Hale you said you didn't continue

9    talking to him anymore because you were worried about

10   going to confinement.  Did he ever send you to

11   confinement?

12        A    No, ma'am.

13        Q    Did he ever write you up for anything?

14        A    No, ma'am.  But because he didn't I -- I would

15   like to explain that.  Because about a week before that,

16   my lawyer come to see me and they took pictures,

17   Mr. Hale was there and witnessed it and was -- and he

18   knew that I wasn't -- that I -- that I had a lawyer.

19   See, most of the inmates that they get away with these

20   types of acts don't have a lawyer and some don't have

21   family members and stuff like that, so...

22             And he knew when I came in there that -- that

23   I was going to leave his office and go straight to the

24   phone or I was going to address the issue if he done --

25   if he violated anything.  And I made it clear I said,