(/index.html)

# FLORIDA DEPARTMENT OF CORRECTIONS (/index.html)

APPLY NOW   (https://fldoc.prod.simpligov.com/prod/portal/ShowWorkFlow/AnonymousEmbed/459c4510-8261-402f-a02d-7bfa3153b91a)

OFFENDER SEARCH (/OffenderSearch/InmateInfoMenu.aspx)   VISITING INFORMATION (/ci/visit.html)

INSTITUTIONS (/ci/index.html)   PROBATION SERVICES (/cc/index.html)   PROGRAMS (/development/index.html)

NEWSROOM (/comm/index.html)

# INMATE MORTALITY AT SUWANNEE CORRECTIONAL INSTITUTION ANNEX

| Name | DC Number | Date of Death | Manner of Death Determined by ME | Investigative Status |
|---|---|---|---|---|
| MATOS, ALEXY | 971922 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=971922&TypeSearch=IR) | 12/28/2017 | Natural | Closed |
| MCGRORTY, JAMES | T29100 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=T29100&TypeSearch=IR) | 01/06/2018 | Accident | Closed |
| GAMBLE, LACARVIA | M13274 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=M13274&TypeSearch=IR) | 01/26/2018 | Natural | Closed |
| WILLIS, TERRY | 087161 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=087161&TypeSearch=IR) | 06/16/2018 | Natural | Closed |
| NEWSOME, JOHNNY | 028189 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=028189&TypeSearch=IR) | 11/24/2018 | Natural | Closed |
| HEREFORD, RICHARD | 149435 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=149435&TypeSearch=IR) | 12/04/2018 | Natural | Closed |
| HALE, RONDAL | P48805 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=P48805&TypeSearch=IR) | 12/10/2018 | Natural | Closed |
| MCCOY, JOSEPH | 108813 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=108813&TypeSearch=IR) | 05/23/2019 | Natural | Closed |
| CRAIG, DONALD | 071895 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=071895&TypeSearch=IR) | 08/22/2019 | Natural | Closed |
| GOSS, MILTON | 077448 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=077448&TypeSearch=IR) | 09/01/2019 | Natural | Closed |
| BROOKS, KENNETH | 476359 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=476359&TypeSearch=IR) | 03/25/2020 | Natural | Closed |
| PRICE, CHARLES | I80539 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=I80539&TypeSearch=IR) | 05/07/2020 | Natural | Closed |
| DUNBABIN, DENNIS | 043549 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=043549&TypeSearch=IR) | 06/20/2020 | Natural | Closed |
| HUNT, JOEL | 573587 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=573587&TypeSearch=IR) | 07/14/2020 | Natural | Closed |
| KLOKOC, VICTOR | 116018 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=116018&TypeSearch=IR) | 07/28/2020 | Natural | Closed |
| RANKINS, MICHAEL | 044737 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=044737&TypeSearch=IR) | 08/04/2020 | Natural | Closed |
| BIXLER, MONTE | 072674 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=072674&TypeSearch=IR) | 08/11/2020 | Natural | Closed |
| ROGERS, MARCUS | 267193 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=267193&TypeSearch=IR) | 08/30/2020 | Natural | Closed |
| TULLIS, LARRY | T74785 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=T74785&TypeSearch=IR) | 10/27/2020 | Natural | Closed |
| FOURNIER, RICHARD | X04474 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=X04474&TypeSearch=IR) | 10/31/2020 | Natural | Closed |
| BEAHR, JAMES | I08266 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=I08266&TypeSearch=IR) | 03/04/2021 | Natural | Closed |
|  |  | 03/04/2021 | Homicide | OPEN-FDLE |
| LARRINAGA, RONALD | 138878 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=138878&TypeSearch=IR) | 04/28/2021 | Natural | Closed |
| SANVILLE, RAYMOND | 799675 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=799675&TypeSearch=IR) | 05/06/2021 | Natural | Closed |

| Name | DC Number | Date of Death | Manner of Death Determined by ME | Investigative Status |
|---|---|---|---|---|
| COX, BRUCE | S12381 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=S12381&TypeSearch=IR) | 05/07/2021 | Natural | Closed |
| TRENARY, RAYMOND | 079617 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=079617&TypeSearch=IR) | 05/08/2021 | Natural | Closed |
| SHELTON, VAUGHN | 157343 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=157343&TypeSearch=IR) | 07/25/2021 | Natural | Closed |
| BELL, JAMES | 795172 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=795172&TypeSearch=IR) | 08/01/2021 | Natural | Closed |
| LANE, KEITH | R59711 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=R59711&TypeSearch=IR) | 08/05/2021 | Natural | Closed |
|  |  | 08/17/2021 | Pending | Closed |
| WILLIAMS, MICHAEL | C12027 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=C12027&TypeSearch=IR) | 08/27/2021 | Natural | Closed |
| VALDEZ, ARCADIO | 092267 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=092267&TypeSearch=IR) | 09/25/2021 | Natural | Closed |
| GORE, BOBBY | V53493 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=V53493&TypeSearch=IR) | 10/24/2021 | Natural | Closed |
| HOOD, WILLIAM | 704250 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=704250&TypeSearch=IR) | 12/10/2021 | Natural | CLOSED |
| ROBINSON, ROBERT | 090171 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=090171&TypeSearch=IR) | 12/15/2021 | Natural | CLOSED |
| JONES, LESLIE | U57322 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=U57322&TypeSearch=IR) | 12/26/2021 | Natural | Closed |
| QUINTANA, FERNANDO | 080564 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=080564&TypeSearch=IR) | 01/17/2022 | Natural | Closed |
| CLARK, LEVON | 010994 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=010994&TypeSearch=IR) | 01/21/2022 | Natural | Closed |
| BROWN, JOHNNIE | 302762 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=302762&TypeSearch=IR) | 01/22/2022 | Natural | Closed |
| MALOY, SHAIN | E31127 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=E31127&TypeSearch=IR) | 04/11/2022 | Suicide | Closed |
| FOWLER, THOMAS | 010418 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=010418&TypeSearch=IR) | 05/07/2022 | Natural | Closed |
| BERNAL, PROMETEO | R84836 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=R84836&TypeSearch=IR) | 07/11/2022 | Natural | Closed |
| CHILDS, ARTHUR | 090742 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=090742&TypeSearch=IR) | 09/04/2022 | Natural | Closed |
|  |  | 09/07/2022 | Natural | Closed |
| RODRIGUEZ, JESUS | 088171 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=088171&TypeSearch=IR) | 09/28/2022 | Natural | Closed |
|  |  | 09/28/2022 | Suicide | Closed |
|  |  | 04/04/2023 | Accident | Closed |
| SIZELOVE, MAX | 086954 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=086954&TypeSearch=IR) | 04/21/2023 | Natural | Closed |
| SMITH, JIMMY | 035167 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=035167&TypeSearch=IR) | 12/07/2022 | Natural | Closed |
| BROWN, JAMES | 400735 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=400735&TypeSearch=IR) | 12/10/2022 | Natural | Closed |
| FORD, MITCHELL | W03147 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=W03147&TypeSearch=IR) | 05/14/2023 | Natural | Closed |
| MORIN, GEORGE | 075408 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=075408&TypeSearch=IR) | 06/09/2023 | Natural | Closed |
| POTTS, FRANK | 083788 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=083788&TypeSearch=IR) | 06/14/2023 | Natural | Closed |
|  |  | 06/18/2023 | Pending | OPEN |
|  |  | 07/03/2023 | SUWANNEE C.I. ANNEX | Natural | Closed |
| COLLINGSWORTH, RUBIN | 100817 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=100817&TypeSearch=IR) | 07/09/2023 | Natural | CLOSED |
|  |  | 07/22/2023 | Pending | OPEN |
| BRADLEY, JAMES | B41416 (/OffenderSearch/detail.aspx?Page=Detail&DCNumber=B41416&TypeSearch=IR) | 07/25/2023 | Accident | OPEN |

Guide for Manner of Death classification from the National Association of Medical Examiners (https://netforum.avectra.com/Public/DocumentGenerate.aspx?wbn_key=38c0f1d2-11ec-45c7-80ca-ff872d0b22bc&SITE=NAME)

**Investigative Status Definitions**

**Open:** There is an active death investigation being conducted by the FDC Office of the Inspector General.

**Open- FDLE:** There is an active death investigation being conducted by the Florida Department of Law Enforcement with the Office of Inspector General providing investigative assistance.

**Open- OTHER*:** There is an active death investigation being conducted by the listed local law enforcement agency with the Office of Inspector General providing investigative assistance.

**Closed:** The death investigation is completed.

< Back to Inmate Mortality homepage (index.html)



# QUICK LINKS

COURT ORDERED PAYMENTS (/CC/COPSPAY.HTML)

CONTACT AN INMATE (/CI/CONTACTINMATE.HTML)

PUBLIC RECORDS (/COMM/PRR.HTML)

FILE A COMPLAINT (/APPS/IGCOMPLAINT.ASP)

REGULATORY PLAN (/PUB/REGULATORY/FDC 2023-2024 REGULATORY PLAN.PDF)

FLORIDA FOUNDATION FOR CORRECTIONAL EXCELLENCE (HTTPS://FLCORRECTIONALEXCELLENCE.COM/)

PRIVACY (HTTPS://FDC.MYFLORIDA.COM/CITIZEN/PRIVACY.HTML)

STATISTICS (/PUB/INDEX.HTML)

PRISON TIPS LINE (/COMM/NI1-101-ENGLISH-SPANISH.PDF)

ORGANIZATION CHART (/ORG/ORGCHART.HTML)

CORRECTIONS FOUNDATION (HTTPS://WWW.CORRECTIONSFOUNDATION.ORG/)

PAROLE INFORMATION (HTTPS://WWW.FCOR.STATE.FL.US/INDEX.SHTML)

PRISON RAPE ELIMINATION ACT (/PREA/INDEX.HTML)

# CONTACT US (/citizen/index.html)

501 SOUTH CALHOUN STREET

TALLAHASSEE, FLORIDA 32399-2500

850-488-7052

