**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

RECEIVED SEP 22 22 MEDICAL ADMIN SUWANNEE C.I.

Mail Number: _____
Team Number: _____
Institution: Suwannee

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Mental Health | ☐ Dental ☐ Other |

FROM: Inmate Name: Donny Phillips   DC Number: T89552   Quarters: I-1-103L   Job Assignment: Houseman   Date: 9/16/22

**REQUEST**   Check here if this is an informal grievance ☑

I filed a Request to Mrs. Corbin concerning the Re-Ordering of my ADA Boots, The Request was Returned stating in the response, To file a Sick Call to the Medical Department. I Did as Ordered. I was called to medical for the Sick Call and after waiting for over 1 hour was told that my Sick Call was Canceled, then 9/5/22, around 9:00am I had a callout to see a Nurse Skeen that state that Medical Records show that I am wheel chair bound. But that "She" would speak to Doctor Figueroa concerning my ADA Boots, on 9/9/22 around 9:45am I spoke to the ADA Nurse Cannon and she stated that she didn't have anything to do with the ADA Boots, so I did file an ADA Request to ADA Nurse Cannon.

Inmate (Signature): _____   DC#: T89552

---

**RESPONSE** 231-2209-0139   DATE RECEIVED: SEP 19 2022   Received

Shoes & Boots are not ADA. If you are in need of Medical Shoes/Boots you may address it with the Clinician at your next scheduled CIC which is coming up soon. If you have any further questions or concerns you may access sick call to have them addressed.

Assistant Warden - Programs
Suwannee Correctional Institution

[The following pertains to informal grievances only:
Based on the above information, your grievance is **Denied**. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): _____   Official (Signature): R. Ca___   Date: 9/26/22

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.