UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.

RICKY DIXON, *et al.*,

    Defendant.

Case No. 3:22-cv-997-BJD-LLL

**PLAINTIFF'S NOTICE OF SETTLEMENT
AS TO INDIVIDUAL DEFENDANTS ONLY**

Pursuant to Local Rule 3.09(a), Plaintiff Donny Phillips, through his counsel, respectfully notifies the Court that Plaintiff and Defendants Savonia Richardson-Graham, Debra Aldridge, and Teresa Fillmore Hawthorne (collectively, the "Individual Defendants") have reached a settlement in this case whereby Plaintiff and the Individual Defendants will stipulate to a dismissal of the action as to the Individual Defendants with prejudice with each side to bear their own fees and costs. This notice and settlement do not affect Plaintiff's claims against Secretary Ricky Dixon. Counsel for the Individual Defendants has reviewed this notice and approve its filing.

Counsel would ask the Court permit 60 days for Plaintiff and the Individual Defendants to finalize their settlement papers and complete all conditions of settlement, after which time Plaintiff and the Individual Defendants would file a joint stipulation of dismissal signed by all parties who have appeared. *City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1036 (11th Cir. 2023).

Dated: April 5, 2024.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
Tel: (305) 523-9023
james@slater.legal

James V. Cook (FBN 0966843)
Law Office of James Cook
314 W. Jefferson Street
Tallahassee, Florida 32301
Tel. (850) 222-8080
cookjv@gmail.com

*Counsel for Plaintiff*