United States District Court
Middle District of Florida
Jacksonville Division

**DONNY PHILLIPS,**

    **Plaintiff,**

v.                                                     No. 3:22-cv-997-BJD-LLL

**RICKY DIXON, ET AL.,**

    **Defendants.**

_____

### Order

The Court **strikes** plaintiff's Notice of Secretary Dixon's Noncompliance With Court Order, doc. 105. All requests for relief must be in the form of a pleading or a motion and must comply with the Federal Rules of Civil Procedure and the Local Rules of this Court.

**Ordered** in Jacksonville, Florida on April 9, 2024.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
James Murray Slater, Esquire
James V. Cook, Esquire
John Thomas Buchan, Esquire
Lauren F. Strickland, Esquire
Brian Alexander Wahl, Esquire
Jacob Brandon Hanson, Esquire
William Blair Castle, Esquire