UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

        Plaintiff,

v.                                  Case No. 3:22-cv-997-BJD-LLL

RICKY DIXON, et al.,

        Defendants.

_____

## **ORDER**

The Court has been advised that the claims against Defendants Savonia Richardson-Graham, Debra Aldridge, and Teresa Fillmore Hawthorne have been resolved. <u>See</u> Notice of Settlement as to Individual Defendants Only (Doc. 106). The parties shall have until **June 10, 2024**, to file a joint motion for dismissal (or other appropriate documents) as to the claims against Defendants Richardson-Graham, Aldridge, and Hawthorne.

**DONE AND ORDERED** at Jacksonville, Florida, this 9th day of April, 2024.

_____
BRIAN J. DAVIS
United States District Judge

caw 4/9
c:
Counsel of Record