MAILED/FILED
WITH AGENCY CLERK

JUL 1 4 2023

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| PHILLIPS, DONNY | 789552 | 23-6-19827 | SUWANNEE C.I. ANNEX | I1153S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

Please be advised that you cannot use the grievance process for monetary gain and/or tort claims: nor do inmates have the authority to dictate disciplinary action on ▓▓▓▓▓▓ staff members.

It is the responsibility of your ▓▓▓▓▓▓ staff to determine the appropriate ▓▓▓▓▓▓ regimen for the condition you are ▓▓▓▓▓▓ including ▓▓▓▓▓▓

Should you experience ▓▓▓▓▓▓▓▓▓▓ is available so that you may present your concerns to your ▓▓▓▓▓ staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Hall, IISC

_Michelle Hall_ | _T. Bowden_ | 7/12/23
---|---|---
SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE

Med

# FLORIDA DEPARTMENT OF CORRECTIONS
## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

**RECEIVED**
**JUN 22 2023**
Department of Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden  ☐ Assistant Warden  ☑ Secretary, Florida Department of Corrections
From or **IF Alleging Sexual Abuse**, on the behalf of:

| Phillips | Donny | R. | 789552 | Suwannee C.I. |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

### Part A – Inmate Grievance        23-6-19827

(2306-231-048), As stated in Informal Grievance ▮▮▮▮▮ Confiscated my ▮▮▮▮▮ during an ▮▮▮▮▮ and if the Warden would have properly review the ▮▮▮ he would have seen that the ▮▮▮ that were issued to me were infect" Dated with the same Dates as the ▮▮▮ that were confiscated, therefore there was no reason to confiscate my ▮▮▮▮▮ to Start with. This Act was done out of Retaliation towards me because of a 1st amendment violation of my rights to Grievance Procedures. Ok, Please Try to understand, Today, on 6/14/23, I went to the ▮▮▮ window and received a "NEW" Copy/paper that shows my ▮▮▮, and if "Anyone checks my ▮▮▮▮▮ they will see that the ▮▮▮ that I received today is/and Has the same Dates, as the ▮▮▮ that were confiscated in the ▮▮▮ by ▮▮▮▮▮ And they were "Not" ▮▮▮▮▮ State days/Start Date: 9/6/22; End Date 9/6/23. (This is the same Dates and ▮▮▮ that were confiscated) And I have Declaration's on the statements Stated Herein. And this Violation "Will" be addressed in Federal Court. I'm asking that this formal grievance be reviewed in the most important way, and an investigation is brought forward on ▮▮▮▮▮ for Documenting false ▮▮▮▮▮ and she be held accountable for her crimes, I simply Refuse to Stop.

6/14/23
DATE

Donny ▮▮ 789552
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____
                                                                                         #        Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Received
JUN 15 2023
Submitted by the inmate on:
Assistant Warden of Programs
Suwannee Correctional Institution

Receipt for Appeals Being Forwarded to Central Office
Institutional Mailing Log #: 230-23-490

2Berry
(Received By)

07e
2306-(231)-048

DISTRIBUTION:
INSTITUTION/FACILITY            CENTRAL OFFICE
INMATE (2 Copies)               INMATE
INMATE'S FILE                   INMATE'S FILE - INSTITUTION./FACILITY
INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
                                CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)       Incorporated by Reference in Rule 33-103.006, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

*Te medical*

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Phillips | Donny | R. | 789552 | Suwannee C.I. |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

**Part A – Inmate Grievance**

(231-2305-0125), During the Last ▓▓▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓▓ asked me for all my ▓▓▓▓▓▓▓▓▓ and I gave her "all" my ▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓ after I asked her if she was confiscating my ▓▓▓▓▓▓ and at this time ▓▓▓▓▓▓▓ stated, "yes I am, and I asked why are you confiscating all my ▓▓▓▓▓▓ and she answered "all your ▓▓▓▓▓ are ▓▓▓▓". So, when I get back to my dorm, I check all the copy's of all my ▓▓▓▓▓▓ and come to find out that my ▓▓▓▓▓▓▓▓▓ were "NOT," and had not Infact ▓▓▓▓▓▓▓▓▓▓▓▓▓▓, and "Exhibits" in the Phillips v. Inch etc., Case No. 4:18-cv-00139-AW-MJF, D.E. 198 at 11 (the "FLND Action") where FDC and officials violated the Settlement Agreement and "the Same" ▓▓▓▓ issue with the same ▓▓▓▓ were documented in the Federal Court preliminary injunctive relief, where the documentation of "all" my ▓▓▓▓ are "on" the face of the record, please, see Phillips v. Inch et al., Case No. 4:18-cv-00139-AW-MJF, D.E. 198 at 11 (the "FLND Action"). Just as Mark S. Inch were on Notice to Correct the Constitutional deprivations Plaintiff alleges in the FLND Action. Ricky Dixon and his Subordinates are also placed on Notice through this Formal Grievance, that this Formal Grievance be taken as a Notice and "Exhibit" before the Federal Court to Show that "all" ▓▓▓▓ that were Confiscated during that ▓▓▓▓▓▓▓▓ were valide and were "NOT" a Compelling

| 6/10/23 | [signature] 789552 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___ / ___

2306-231-048                                                           #        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

*Received JUN 12 2023*
*Assistant Warden - Programs*

Receipt for Appeals Being Forwarded to Central Office

Submitted by the Suwannee Correctional Institution   Institutional Mailing Log #:_____   _____
(Date)                                                                                                    (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)                  Incorporated by Reference in Rule 33-103.006, F.A.C.

Formal Grievance ADDITION SHEET    PAGE-2

SECURITY CONCERN, EXAMPLE:
1. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ - From 9/6/22 To 9/5/23.
2. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ - 1 PACK a WEEK - From - 9/6/22 To 9/5/23.
3. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ - From 9/6/22 To 9/5/23.
4. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ From 9/6/22 To 9/5/23.
NOW: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ From 9/6/22 To: 9/6/23.
AND I HAD A "▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓" AND Those ▓▓▓▓ were "STOLEN" and STAFF at This facility and FDC refused To replace them. The ▓▓▓ were important To plaintiff's ▓▓▓▓▓▓ To ▓▓▓▓▓▓▓▓▓▓▓▓▓ improving His ▓▓▓▓▓▓▓ and possibly abating the ▓▓▓▓▓▓▓▓ But, ▓▓▓▓▓▓▓▓▓▓▓▓ and FDC/Defendants would Not Let him have ▓▓▓▓▓▓. Now: The ▓▓▓ for The ▓▓▓▓▓▓▓▓ were ALSO Apart of The Reason ▓▓▓▓▓▓▓▓▓▓▓ Confiscated "ALL" ▓▓▓▓▓▓. DIXON AND His Subordinates, were aware That "I"/plaintiff was Approved To have These ▓▓▓▓▓ To Continue His use of Them. AGAIN, SEE PHILLIPS V. INCH et al. FEDERAL Court Records, AND Exhibit "I" IN CASE NO. 3:22-CV-997-BJD-LLL, Where There "IS" a DAMAND For Jury Trial.

Formal Grievance Addition Sheet  page-3

Where [redacted] acted with Deliberate Indifference as well as misconduct through actions with Retaliatory Intent to Cause Harm, as well as Violations of the Settlement Agreement.

The [redacted] that [redacted] confiscated were valid, and these facts are well documented on the face of the Record. And statements made in the response in 231-2305-0125 stating Records review indicates [redacted] that were confiscated were [redacted], / This is "a false statement, documented on the face of a Record. That must and "will" be addressed in Case No. 3:22-cv-997-BJD-LLL, and Declaration concerning these Violations has also been placed as Exhibit "In this case as well.

Remedy of Relief / Trial By Demand.

[signature] 789552.            6/11/23.

## PART B - RESPONSE

| PHILLIPS, DONNY | 789552 | 2306-231-048 | SUWANNEE C.I. ANNEX | I1153S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/ CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE OR FEDERAL LAW.

Your request for Administrative Remedy or Appeal was received, reviewed and evaluated.

As stated in informal grievance 231-2305-0125 the ▮ were confiscated due to being ▮ You were issued ▮. For ▮ you do not meet the criteria for such ▮

Therefore based on the above information your request for Administrative Remedy or Appeal is denied.

You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by Chapter 33-103.007(3)(a) and (b), and forwarding your complaint to the Florida Department of Corrections 501 South Calhoun St. Tallahassee, FL 32399.

Mailed: 6/14/23

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING: Suwannee CI

Acting Warden

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

DATE: 6-14-23

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

Mail Number: 1E-medical
Team Number: _____
Institution: Suwannee C.I.

TO: (Check One)
- [ ] Warden
- [ ] Asst. Warden
- [ ] Classification
- [ ] Security
- [x] Medical
- [ ] Mental Health
- [ ] Dental
- [ ] Other _____

FROM: Inmate Name: Donny Phillips   DC Number: 789552   Quarters: J-1-146S   Job Assignment: Houseman   Date: 5/24/23

**REQUEST**   Check here if this is an informal grievance [x]

During my last ▓▓▓ asked me for all my ▓▓▓ and I gave her all my ▓▓▓ and then I asked the ▓▓▓ "Are you 'Confiscating' all my ▓▓▓ and ▓▓▓ stated "Yes" I am, and at this time I asked "Why?" She was confiscating all my ▓▓▓ and at this time ▓▓▓ stated, "because all you ▓▓▓ have ▓▓▓." So, when I get back to my dorm, I check all the copy's of all my ▓▓▓ and I come to find out that My ▓▓▓ were "Not" and had not ▓▓▓ in fact ▓▓▓ and "Exhibits", in the Phillips v. Inch et al., Case No. 4:18-cv-00139-AW-MJF D.E. 198 or 11 (The "FLND Action"). Where FDC and Inch Aware" of Plaintiff's concerns in the FLND Action and

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____   DC#: 789552

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** 231-2305-0125   DATE RECEIVED: MAY 31 2023

Record review indicates ▓▓▓ that were confiscated were ▓▓▓ were printed and placed at the ▓▓▓ for you to pick up. Another copy of ▓▓▓ will be placed at ▓▓▓ for pickup.

Assistant Warden - Programs
Suwannee Correctional Institution
RECEIVED JUN 01 2023
MEDICAL ADMIN
SUWANNEE CI - ANNEX

[The following pertains to informal grievances only:]
Based on the above information, your grievance is DENIED. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Print Name): ▓▓▓   Official (Signature): ▓▓▓   Date: 6/6/2023

Original: Inmate (plus one copy) Suwannee CI Annex
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

Informal Grievance Addition Sheet    page-2

knew or should have known they were serious given the Court's entry of a preliminary injunction against the Secretary.
The Issue's and Concerns on ▬▬▬ was clear and properly addressed in Phillips V. Inch et al., Case No. 4:18-CV-00639-AW-MJF, D.E. 198 at 11 (the "FLND Action").
Where Exhibit's show that "ALL" ▬▬▬ did not and will not ▬▬▬ until 9/5 and 9/6 of 2023. Which proves/show's that ▬▬▬ ▬▬▬ stated and Documented false statement/Evidence/Exhibit's in Case No. 3:22-cv-997-BJD-LLL, in the United States District Court Middle District of Florida Jacksonville Division. As well as, the filing of a Complaint to the ▬▬▬ ▬▬▬ Florida that will investigate allegations of abuse and neglect of ▬▬▬ ▬▬▬ individuals, where ▬▬▬ as well as ▬▬▬, ▬▬▬ Professionals will be held accountable for the filing of false ▬▬▬
See-Page-7-11. Of the Settlement Agreement, For Purposes of this Agreement, a "Confiscation" occurs when FDC removes a Covered Inmate's approved ▬▬▬ or approved ▬▬▬ because of a Compelling Security Concern.
The Term "Confiscation" does not include ▬▬▬ disconnection of ▬▬▬ that occurs pursuant to a ▬▬▬ determination.
In Response to this issue of "Confiscation",
1st off - there never was a "Compelling Security Concern, / 2nd" if ▬▬▬ made the

Informal Grievance Addition Sheet   Page-3

determination, pursuant to ▮▮▮▮ and decisions were made out of Retaliation, Discrimination, and multiple violation's of the Settlement Agreement, and was in fact motivated in substantial part by a desire to punish individual for exercise of a Constitutional right. The First Amendment prohibits prison officials from retaliating against inmates who report complaints, file grievances, or file lawsuits. And "if my ▮▮▮▮ would have been properly Reviewed on October 15, 2020, the date I was Transferred to Suwannee C.I. Annex there findings would have been that FDC promised to continue to (stay in compliance) provide all the needs outlined in the injunction to plaintiff. So, now, I am forced to also seek injunctive Relief against FDC for its deliberate indifference to my ▮▮▮▮ that are in fact life-threatening. FDC and its contracted ▮▮▮▮ providers and staff like ▮▮▮▮ "cover up" plaintiff's ▮▮▮▮ and hide his issues in his ▮▮▮▮ to minimize the services he receives and justify failing to provide him with adequate ▮▮▮▮ including ones subject to court monitoring. This Federal case will bring to light ▮▮▮▮ Retaliations, violations, and other factors unrelated to sound ▮▮▮▮ Judgment.

Remedy of Relief Sought,
Pursuant to Rule 38 of the Federal Rules of Civil Procedure.- Demand a Jury Trial of all issues capable of being determined by a Jury.

▮▮▮▮ 789552   5/24/23.