# PART B - RESPONSE

| PHILLIPS, DONNY | 789552 | 2012-231-004 | SUWANNEE C.I. ANNEX | K2142S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Investigation into your grievance reveals the following:
You have been seen and your chart review by the medical doctor at this site. All valid and medically necessary passes and accomodations have been addressed by the doctor. You may contact the ADA nurse or ADA officer by sending them a regular inmate request to their attention if you have unresolved ADA matters. If you have any further medical questions or concerns you may address them through sick call.

Based on the foregoing your grievance has been DENIED.

You may obtain further administrative review of your complaint by obtaining form DC1-303. Request for Administrative Review or Appeal, Completing the form, providing attachments as required by 33-103.007(3)(a) and (b), F.A.C. and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee, Fl. 32399-2500, within Fifteen(15) days from date of this response.

MAILED 12·10·20

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

F. Cruz, MD
Suwannee C.I

| [signature] | [signature] | 12.9.20 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Phillips | Donny | R. | 189552 | Suwannee C.I. |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

7e
HS

**Part A – Inmate Grievance**

331-2011-0057

I have been at Suwannee C.I. since 10/15/20 and was placed in confinement upon my arrival because officials state there was no ADA beds. After my release from confinement Doctor Figueroa placed me into the medical in firmary refusing to renew all my approved medical passes not only violating the settlement agreement but also a federal court order. By refusing me my rights to valid doctors prescribed/federal court ordered medical supplys. This will not has been done with knowledge of said federal court order. I arrived at Suwannee C.I. (with valid medical passes. This violation issue has not been properly addressed. Please see Part-7, # 18 (passes) of the settlement agreement that clearly states the FDC will issue passes to covered inmates to implement any accommodation aids and services it has provided. All necessary passes for covered inmates will remain in effect (even) when a covered inmate is transferred to another facility so that the covered inmate does not lose his or her accommodations and services solely because of the transfer. I now this formal grievance/exhibit be a notice of said breach of the settlement agreement, and the disability rights Florida be notified of said violation as well.

11/25/20
DATE

Danny Phillips 189552
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___ / ___ Signature

2012-231-004

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institution or facility level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**RECEIVED** Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: DEC 01 2020 Institutional Mailing Log #: _____
(Date)

DISTRIBUTION:
INSTITUTION/FACILITY          CENTRAL OFFICE
INMATE (2 Copies)             INMATE
INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                              CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

SEE ATTACHED RESPONSE
11/30/20 (Received By)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

RECEIVED NOV 10 20
MEDICAL ADMIN
SUWANNEE C.I.

# INMATE REQUEST

TO (Check One): ☐ Warden  ☐ Asst. Warden  ☐ Classification/Security  ☑ Medical  ☐ Mental Health  ☐ Dental  ☐ Other

Mail Number: 7e HS
Team Number: 
Institution: Suwannee C.I.

FROM: Inmate Name: Donny Phillips
DC Number: 189552
Quarters: Infirmary
Job Assignment: Houseman
Date: 11/5/20

REQUEST: Retaliation —

☑ Check here if this is an informal grievance

I have been on Suwannee C.I. compound since 10/15/20, and on the Medical Infirmary since 10/29/20, and Doctor Figueroa (has) refused me access to all my medical supplys, and failed to review all approved DOIR's prescribed medical passes valid from 9/8/20 to 9/8/21, which clearly violates the Settlement Agreement signed by Julie Jones on July 7TH 2017. Doctor my Health & Safety in Danger with Involuntary Conditions with Retaliation for my Rights to access to Federal Courts and a Re-accurrance of Cellulitis, at this time the Medical Department will be placed on Notice of said Violations and the Disability Rights Florida will be notified of said violations.

Inmate (Signature): Donny [signature]

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

DC#: 189552

**DO NOT WRITE BELOW THIS LINE**

RECEIVED NOV 09 2020

DATE RECEIVED:

RESPONSE: 331-2011-0057

Allegation against the medical staff are unfounded. You are housed in the infirmary with 24/7 access to medical care to address your needs and concerns. Your grievance shows to have been noted and the clinician has reviewed your concerns & medical needs with you.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is Denied. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Print Name): R.O.                Official (Signature): [signature]         Date: 11/10/20

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)                    Incorporated by Reference in Rule 33-103.005, F.A.C.