UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.      Case No. 3:22-cv-997-BJD-LLL

RICKY DIXON, et al.,

    Defendants.

_____

## ORDER

Defendant Dixon shall file a response to Plaintiff's Opposed Motion for Order to Show Cause for Secretary Dixon's Failure to Comply with Court Order (Doc. 108) by **April 26, 2024**.

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of April, 2024.

_____
BRIAN J. DAVIS
United States District Judge

caw 4/17
c:
Counsel of Record