# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.                                       Case No. 3:22-cv-997-BJD-LLL

RICKY DIXON, *et al.*,

    Defendants.

_____/

**DECLARATION OF ELAINE HEBENTHAL**

1. My name is Elaine Hebenthal, and I am over the age of eighteen (18).

2. The facts stated within this affidavit are known to me of my own personal knowledge and if called upon to testify to the matters in this affidavit, I could and would competently do so.

3. I am a full-time paralegal for the firm of Howell, Buchan & Strong. I began working on redactions on or about February 28, 2024, and I have been the primary employee doing so.

4. I have devoted a large part of each workday to redacting emails and attachments in this case since then, and in the last couple of weeks, I have done almost nothing else. I have worked overtime many days, especially in the past week, and on weekends as well.

5. I have had assistance from other members of the firm including one paralegal, two members of administrative staff and two law clerks from our office in Orlando.

6. In addition to the assistance of staff members, we have utilized batch redaction tools, as well.

7. I have been redacting the emails and attachments for this case to the point that I am using Icy-Hot® on my neck, shoulders and elbows at least twice a day, as well as taking ibuprofen. There have been multiple occasions where my fingers have gone numb.

8. This afternoon, the somewhat new batteries in my mouse had to be replaced because of the amount of redactions being done.

**I declare under penalty of perjury that the foregoing is true and correct. Executed April 26, 2024.**

_____
**ELAINE HEBENTHAL**