# EXHIBIT 2

## Lauren Strickland

| | |
|---|---|
| **From:** | Lauren Strickland |
| **Sent:** | Thursday, March 14, 2024 4:34 PM |
| **To:** | cookjv@gmail.com; James M. Slater |
| **Cc:** | Tom Buchan; Margaret Chrisawn; Elaine Hebenthal |
| **Subject:** | Phillips |

Good Afternoon, Gentlemen –

We are (and have been) working around the clock getting the documents prepared to send to you, but it is unlikely that we will be able to do so in time to comply with the Court's order. Accordingly, we intend to file a Motion for an Extension of Time to Comply with the Court's Order and are asking for your position on that. Tom is currently driving back from a meeting out of town, and when he gets back to the office, he will be able to give a better estimate of how much time he expects we will need.

Additionally, we intend to file a Motion for Reconsideration regarding the emails due to the sheer volume (roughly 7,500 emails – many with attachments that need to be reviewed and redacted in addition to the actual emails themselves) and would like your position on that, as well.

We expect to file our Motion for Summary Judgment on or before the current deadline of April 15, 2024, but we are also aware of the volume of documents you are receiving and have no issue with agreeing to an extended deadline for you to respond.

Please let us know your positions on the two motions, and if you would like to discuss an extended time for your response.

Sincerely,

**Lauren F. Strickland, Esq.**



**Howell, Buchan & Strong**
**2898-6 Mahan Drive**
**Tallahassee, Florida 32308**
**Phone: 850-877-7776**
**Email: lauren@jsh-pa.com**
**http://www.floridahealthcareattorney.com/**

This e-mail is intended only for the named recipient(s) and may contain information that is privileged, proprietary, confidential, or otherwise legally exempt from disclosure. Nothing in this e-mail is intended to constitute a waiver of any privilege or the confidentiality of this message. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it, electronically, verbally or in writing. If you have received this message in error, please notify me immediately by email and delete all copies of the message. Thank you.