UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.

RICKY DIXON, *et al.*,

    Defendant.

Case No. 3:22-cv-997-BJD-LLL

**PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE REPLY**

Pursuant to Local Rule 3.01(d), Plaintiff Donny Phillips moves for leave to file a brief five-page reply to Defendant Ricky Dixon's response in opposition to Mr. Phillips's motion for an order to show cause. (Doc. 108). In his response, the Secretary addresses the work that his counsel has been undertaking to comply with the Court's order.[1] Mr. Phillips seeks leave to address: those production efforts; that production of emails/attachments only accounts for a portion of the compelled documents, which remain outstanding; and the quality of records

---

[1] Mr. Phillips concedes that his counsel made an error when he concluded on 55 items were produced prior to filing the motion, as the complete set of folders in the production did not download onto his server; however, as the Secretary notes in his response weeks later, he has still not substantially complied with the Court order.

produced, as many are substantially redacted in accordance with guidelines created by the Department for public records requests, which go beyond the agreement set forth in the parties' papers and the Court's order. Alternatively, Mr. Phillips would request that the Court hold a status conference on the Secretary's compliance with the Court's order to include a representative from the Department who can speak on the issues, including the Department's insistence on redacting items beyond third-party PHI.

## Local Rule 3.01(g) Certification

Secretary Dixon's counsel, Lauren Strickland, indicated by email on April 29, 2024 that the Secretary opposes the relief requested in this motion.

Dated: April 30, 2024

          Respectfully submitted,

          /s/ James M. Slater
          James M. Slater (FBN 111779)
          SLATER LEGAL PLLC
          113 S. Monroe Street
          Tallahassee, Florida 32302
          Tel. (305) 523-9023
          james@slater.legal

          James V. Cook (FBN 0966843)
          LAW OFFICE OF JAMES COOK
          314 W. Jefferson Street
          Tallahassee, Florida 32301
          Tel. (850) 222-8080

                                          Fax (850) 561-0836
                                          cookjv@gmail.com

*Attorneys for Plaintiff*