UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.

RICKY D. DIXON,

    Defendant.

Case No. 3:22-cv-997-BJD-LLL

**PLAINTIFF'S NOTICE OF FILING IN SUPPORT OF OPPOSITION TO SECRETARY DIXON'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Donny Phillips gives notice of filing the following documents in support of his forthcoming opposition to Secretary Dixon's motion for summary judgment (Doc. 110).

1. Complete deposition transcript of Donny Phillips.

2. Declaration of James M. Slater (documents listed in items nos. 3–9 below are exhibits to this declaration).

3. Plaintiff's Responses to Dixon's First Set of Discovery Requests.

4. Expert Report of Donald C. Kern, M.D., MPH, CCHP.

5. Composite exhibit of Plaintiff's grievances to Secretary Dixon.

6. Preliminary Injunction issued in *Phillips v. Inch*, No. 4:18-cv-139-MW-CAS (N.D. Fla.).

7. Expert Report of Jason Chertoff, M.D., MPH.

8. Expert Report of Homer Venters, M.D., MPH.

9. Settlement agreement between FDC and Disability Rights Florida.

Dated: May 1, 2024.

                                                                   Respectfully submitted,

                                                                   */s/ James M. Slater*
                                                                   James M. Slater (FBN 111779)
                                                                   Slater Legal PLLC
                                                                   113 S. Monroe Street
                                                                   Tallahassee, Florida 32301
                                                                   james@slater.legal
                                                                   Tel. (305) 523-9023

                                                                   *Attorneys for Plaintiff*