Donny Phillips

vs.

Ricky Dixon

---

Deposition of:

Donny Phillips

October 05, 2023

*Vol 1*

---



Donny Phillips
October 05, 2023

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:22-cv-997-BJD-LLL

DONNY PHILLIPS,

        Plaintiff,

vs.

RICKY DIXON, in his official capacity as
Secretary of the Florida Department of
Corrections, CENTURION OF FLORIDA,
LLC, MHM HEALTH PROFESSIONALS,
LLC, ALEXIS FIGUEROA, M.D.,
ELIZABETH HOLMES, BRITTNEY
CANNON, CONNIE LYNN ADAMS,
SGT. SAVONIA RICHARDSON-GRAHAM,
SGT. DEBRA ALDRIDGE, and OFCR. TERESSA
FILLMORE HAWTHORNE,
        Defendants.

_____

VIDEO-RECORDED DEPOSITION OF

DONNY PHILLIPS

PAGES 1 - 208

Thursday, October 5th, 2023
9:27 a.m. - 2:59 p.m.

Columbia Correctional Institution Annex
216 S.E. Corrections Way
Lake City, Florida  32025-2013

STENOGRAPHICALLY REPORTED BY:
Donna Wise, Stenographer
Job# 330090

Donny Phillips
October 05, 2023

Page 2

```
 1   APPEARANCES:

 2   ON BEHALF OF THE PLAINTIFF:

 3            JAMES V. COOK, ESQUIRE
              314 West Jefferson Street
 4            Tallahassee, Florida 32303
              850-222-8080
 5            BY:  James V. Cook Esquire
              cookjv@gmail.com
 6
              LAW OFFICES OF ELIZABETH BUCHANAN, P.A.
 7            Post Office Box 581
              Loxahatchee, Florida  33470-0581
 8            561-301-7764
              BY:  Elizabeth Buchanan, Esquire
 9            elizabethbuchananlaw@gmail.com

10   ON BEHALF OF THE DEFENDANTS RICKY DIXON IN HIS OFFICIAL
     CAPACITY AS SECRETARY OF THE FLORIDA DEPARTMENT OF
11   CORRECTIONS, SGT. SAVONIA RICHARDSON-GRAHAM, SGT. DEBRA
     ALDRIDGE and OFCR. TERESSA FILLMORE HAWTHORNE:
12
              HOWELL BUCHAN & STRONG, P.A.
13            2898-6 Mahan Drive
              Tallahassee, Florida  32308
14            850-877-7776
              BY:  Lauren F. Strickland, Esquire
15            lauren@jsh-pa.com

16   ALSO PRESENT:

17            Christine Montplisiar, Videographer

18

19

20

21

22

23

24

25
```

Donny Phillips
October 05, 2023

Page 3

1                         I N D E X

2     Testimony of Donny Phillips

3              Direct Examination by Ms. Strickland        5
              Cross Examination by Mr. Cook              134
4             Redirect Examination by Ms. Strickland    176

5

6     Certificate of Oath                                205
      Certificate of Reporter                            206
7     Read and Sign Letter                               207
      Errata Sheet                                       208
8

9                    CERTIFIED QUESTION

10    The following question was not answered during the
      Redirect Examination of Donny Phillips by Lauren
11    Strickland, indicated in the transcript as (CQ)

12                                 Page 196 Line 19

13

14                        EXHIBITS

15    NO.               DESCRIPTION                   PAGE

16    DEFENSE EXHIBITS

17    No. 1     Complaint                                 11

18    No. 2     PHOTO: (1) 8x10 color copy                47

19    No. 3     Settlement agreement                      52

20    No. 4     Settlement agreement                     112

21

22

23

24

25

Donny Phillips
October 05, 2023

Page 4

1   The following proceedings began at 9:27 a.m.:

2        VIDEOGRAPHER:  Okay.  Good morning.  We are

3   now on the record and the time on the camera is

4   9:27 a.m.  This is the video-recorded deposition of

5   Donny Phillips in the matter of Donny Phillips

6   versus Ricky Dixon, et al.  This deposition is

7   being held at 216 Southeast Corrections Way, Lake

8   City, Florida 32025 on October 5th, 2023.

9        The videographer is Christine Montplaisir, and

10  the court reporter is Donna Wise, both here on

11  behalf of Veritext.

12       Would the attorneys present, beginning with

13  Mr. Cook, now please announce their appearances for

14  the record and the parties they represent.

15       MR. COOK:  James Cook, attorney for the

16  Plaintiff, Donny Phillips, and with me is Elizabeth

17  Buchanan, also an attorney.

18       MS. STRICKLAND:  Lauren Strickland on behalf

19  of the Department of Corrections, Ricky Dixon,

20  Savonia Richardson-Graham, Sergeant Aldridge, and

21  Ms. Fillmore.

22       VIDEOGRAPHER:  Okay.  Will the court reporter

23  now please swear in the witness.

24       STENOGRAPHER:  Sir, if you'd raise your right

25  hand.  You do solemnly swear or affirm the

Donny Phillips
October 05, 2023

 1        testimony you're about to give is the truth, the

 2        whole truth, and nothing but the truth?

 3              THE WITNESS:  Yes, ma'am.

 4              STENOGRAPHER:  Thank you.

 5                    DONNY PHILLIPS,

 6     having been first duly sworn or affirmed, as hereinafter

 7     certified, testified as follows:

 8                    DIRECT EXAMINATION

 9     BY MS. STRICKLAND:

10        Q     Mr. Phillips, it is good to see you again.

11     Different place this time.

12        A     Yes, ma'am.

13        Q     Have you been deposed before?

14        A     Excuse me?

15        Q     Have you had your deposition taken before?

16        A     Yes, ma'am.

17        Q     Okay.  There are some rules that I'm sure

18     you've been told before, so I'm just going to go over

19     them with you.  And if you have any questions, let me

20     know.  If you can go ahead and give yes or no answers

21     instead of shaking your head or uh-huh, huh-uh, because

22     it makes her life easier, and it makes the transcript a

23     lot clearer.

24              If you kind of know or you think you know

25     where I'm going with the question, I'm going to ask you

Donny Phillips
October 05, 2023

1    to go ahead and let me finish the question so we don't

2    talk over each other because it makes her job a lot

3    easier again.

4              If you don't understand a question, please let

5    me know that.  And if you need a break to use the

6    bathroom or something, just let us know and as long as

7    you -- there's not a question pending, then we can

8    usually accommodate that.

9         A    Yes, ma'am.

10        Q    What is your Department of Corrections number?

11        A    789552.

12        Q    How long have you been incarcerated?

13        A    Approximately 13 years.

14        Q    Okay.  And what charges are you in prison for?

15        A    Trafficking and -- my medication --

16        Q    What kind of medication --

17        A    -- possession.  What would it be, oxy -- not

18   oxycodone, but Roxies --

19        Q    Okay.

20        A    -- so...

21        Q    Have you been in prison prior to this time?

22        A    Yes, ma'am.

23        Q    How many times?

24        A    Three times I think.

25        Q    Do you recall what charges you were in prison

Donny Phillips
October 05, 2023

Page 7

```
 1   for those times?
 2        A    Burglary and drugs --
 3        Q    Okay.
 4        A    -- cocaine.
 5        Q    How old are you?
 6        A    I am 63.
 7        Q    What is you date of birth?
 8        A    8/14/60.
 9        Q    Okay.  Where are you from?  Where were you
10   born?
11        A    Ft. Pierce, St. Lucie County.
12        Q    Okay.  Have you lived in Florida your whole
13   life?
14        A    Yes, ma'am.
15        Q    Have you ever been married?
16        A    Yes, ma'am.
17        Q    How many times?
18        A    Two times.
19        Q    Can you tell me the name of your first spouse?
20        A    Doris Phillips.
21        Q    What was her maiden name, do you recall?
22        A    Her maiden name --
23        Q    Yes.
24        A    -- is Doris Gibbs.
25        Q    Okay.  Did you have any children?
```

Donny Phillips
October 05, 2023

Page 8

```
 1        A    I have one from her.
 2        Q    What is that child's name?
 3        A    Dylan Ray Phillips.
 4        Q    Okay.  And then how long or approximately what
 5   years were y'all married?
 6        A    I would say four years.
 7        Q    Okay.  And then what was the name of your
 8   second spouse?
 9        A    Susan Phillips and -- and her maiden name is
10   whatever -- but Susan Hart.
11        Q    Okay.  Did you have any children with her?
12        A    I did, two girls.
13        Q    What are their names?
14        A    Lisa and Promise.  I mean, not Lisa, but Faith
15   and Promise Phillips.
16        Q    Okay.  Do they live in Florida?
17        A    No, ma'am, they're in Tennessee.
18        Q    Okay.  Do you have any siblings?
19        A    Yes.  The kids -- the three kids that I told
20   you.
21        Q    Do you have any siblings, brothers or sisters?
22        A    Yes, I have two.  A brother and sister.
23        Q    Okay.  What's your brother's name?
24        A    John Phillips.
25        Q    And then what's your sister's name?
```

Donny Phillips
October 05, 2023

Page 9

```
 1      A    Michelle Arnold.
 2      Q    Okay.  Do they live -- I guess you mentioned
 3  Ft. Pierce or Port St. Lucie is where you were born.
 4      A    Yes.
 5      Q    Are they in that area or they -- have they
 6  moved out to different parts of Florida?
 7      A    Yes.  My brother is in Sebring and my sister
 8  is in Okeechobee.
 9      Q    Do you know what your current release date is?
10      A    Yes, ma'am, I'm --
11      Q    What --
12      A    -- 4/21/24.
13      Q    It's coming up.
14      A    Yes, ma'am.
15      Q    What do you plan to do when you are released?
16      A    Go fishing.
17      Q    Go fishing?
18      A    Yes, ma'am.
19      Q    What kind of fishing do you like to do?
20      A    Bass fishing.
21      Q    Okay.  Where do you plan to do that?
22      A    Okeechobee, Florida.
23      Q    Like on the bank of a river, a lake or a canal
24  or...
25      A    Okeechobee Lake.
```

Donny Phillips
October 05, 2023

1      Q    Okay.  What kind -- do you like to do reel

2  fishing or fly fishing?

3      A    Reel fishing.

4      Q    So I have heard that you call yourself the

5  most hated inmate in the Department of Corrections.

6      A    Yes, ma'am.

7      Q    Why do you think that or call yourself that?

8      A    Hearsay.

9      Q    Can you tell me what the hearsay is?

10     A    Just what I've heard.  Just -- just what I've

11  heard, same thing --

12     Q    From -- sorry, I'll let you finish.  Please.

13     A    That's just the way I received it.

14     Q    So people use those words to you?

15     A    Yes, ma'am.

16     Q    Were those people fellow inmates or were they

17  security or something else?

18     A    I would say mediators, I guess.

19     Q    So in previous lawsuits?

20     A    Yes, ma'am.

21     Q    Okay.  I meant to do this earlier.  Have you

22  taken any medications today?

23     A    No, ma'am.

24     Q    Have you taken any medication in the last 24

25  hours?

Donny Phillips
October 05, 2023

Page 11

```
 1     A    No, ma'am.
 2     Q    Is there anything, other than medication, or
 3  any circumstances that would make it difficult for you
 4  to testify here today or recall things that --
 5     A    No, ma'am.
 6     Q    Okay.  So we are here because you have filed a
 7  lawsuit, you familiar with that?
 8     A    Yes, ma'am.
 9     Q    I'm going to show you what's being marked as
10  Defense Exhibit No. 1.
11          (Defense Exhibit No. 1 marked for
12          identification.)
13  BY MS. STRICKLAND:
14     Q    And ask if you've seen this document before?
15     A    Yes, ma'am.
16     Q    Can you tell me when you've seen that or where
17  you've seen that?  And I'm not asking you to tell me
18  anything that you've talked about with your attorney.  I
19  want to be really clear about that.
20          Can you tell me where you've seen that
21  document?
22     A    I received it through legal mail.
23     Q    Have you had a chance to review this document?
24     A    Yes, ma'am.
25     Q    And is everything in it true and accurate?
```

Donny Phillips
October 05, 2023

Page 12

1    A    Yes, ma'am.

2    Q    Okay.  So looking at page one of this, there

3    are a number of Defendants that are listed, including

4    Centurion, MHM Health Professionals, Alexis Figueroa,

5    Elizabeth Holmes, Brittney Cannon, Connie Lynn Adams,

6    and those people are no longer a part of this lawsuit.

7    Do you understand that?

8    A    Yes, ma'am.

9    Q    Did you make the decision to release them from

10   the lawsuit?

11        MR. COOK:  Objection.  Do not answer that

12        question.

13        MS. STRICKLAND:  I'm not ask -- I'm asking if

14        he made a decision.

15        MR. COOK:  Don't answer it.  Next question.

16   BY MS. STRICKLAND:

17   Q    I know what my job is.

18        Do you personally -- not based on discussions

19   with your attorney, do you intend to pursue litigation

20   against those individuals or those companies?

21   A    Yes, ma'am.

22   Q    So tell me in your own words why you are suing

23   Ricky Dixon, Savonia Richardson-Graham, Debra Aldridge,

24   and Teressa Fillmore Hawthorne.

25        MR. COOK:  I'm going to object to that

Donny Phillips
October 05, 2023

Page 13

```
 1        question.  It requires a legal conclusion.
 2   BY MS. STRICKLAND:
 3        Q    You can answer.
 4             MR. COOK:  Go ahead.
 5        A    Because I feel that they refused me access to
 6   sanitary bathrooms, the bathroom showers with actual
 7   retaliation and threats of confinement.
 8   BY MS. STRICKLAND:
 9        Q    Can you tell me specifically what Teressa
10   Fillmore Hawthorne did to you?
11        A    She -- when I asked her could I use -- could I
12   change dirty diapers and have access to the ADA shower,
13   she told me, no, that absolutely not.  And she told me,
14   but you can clean up in the bathroom sink.  And at the
15   same -- at that same time she made that statement she --
16   she allowed -- had other inmates in the shower.
17        Q    Do you recall approximately when that was?
18        A    No, ma'am, I can't remember the time.  I
19   mean -- I mean, it was some time last year I think, but
20   I just don't remember a date.
21        Q    And am I correct in understanding that the
22   focus of this particular lawsuit that was filed in 2022
23   is based on your time at Suwannee CI?
24        A    Yes, ma'am.
25        Q    Okay.  And you transferred into Suwannee on
```

Donny Phillips
October 05, 2023

Page 14

```
 1    October 15th of 2020, is that correct?

 2        A    Yes, ma'am, I think so.

 3        Q    So does this lawsuit cover all of your time at

 4    Suwannee up until you were transferred here to Columbia?

 5        A    Well, I'm not sure how I should evaluate that,

 6    but I can say, yes, but most of the issues that's in

 7    here now didn't have anything to do with my transfer and

 8    stuff to Suwannee -- I mean, to here.  So I don't know

 9    how I would properly answer that.  There's -- there's

10    other issues that I don't think is in here.

11        Q    Is there anything that Teressa Fillmore

12    Hawthorne did that is not in this complaint?

13            And if you need to review it, please take a

14    minute to review it.

15        A    Other than just threatening if you don't

16    comply with her orders, that she'd place you in

17    confinement, you know, simple -- simple.

18        Q    So she threatened to place you in confinement?

19        A    Yes.  Yes.

20        Q    What did you -- what was the order that you

21    weren't complying with when she made that threat

22    allegedly?

23        A    There wasn't an order that I wasn't complying

24    with.  She just simply said, I don't -- she refused me

25    access to the ADA shower.
```

Donny Phillips
October 05, 2023

Page 15

1     Q    Okay.

2     A    And to clean myself up after I had set in

3   soiled diapers and stuff, so...

4          She told me I could clean up in the sink, and

5   if I had a problem with it, I can go to confinement.

6     Q    And how many times did that happen?

7     A    I would have to say probably half a dozen

8   times, approximately I'm thinking that.

9     Q    Do you recall what dorm you were in when that

10  happened?

11    A    Yes, ma'am, it was N dorm.

12    Q    And would this be over the span of a week, a

13  month, multiple months?

14    A    It would have to be probably through six

15  months, and then she didn't work the rest of the year

16  in -- you know, that I was in that dorm.  She went to

17  the kitchen.

18    Q    So would that be the first half of the year

19  or...

20    A    Yes, ma'am.

21    Q    Okay.  When I can't remember time, I just kind

22  of try to think of things that are going on around the

23  same time like a holiday or football because FSU.

24         So she allegedly threatened you six times with

25  confinement?

Donny Phillips
October 05, 2023

Page 16

```
 1      A    Approximately.
 2      Q    Okay.  What about Sergeant Aldridge, what did
 3   she do to you?
 4      A    She would make sure the ADA showers was cut
 5   off.  She announced in the dorm that I was a federal
 6   agent.  Refused me access to the restroom during count
 7   when I was sitting in soiled diapers.  Threatened me
 8   with confinement.  Confiscated my journal and my notes
 9   and threatened me because her name was in my notes.
10   Held back or gave me grievances that was held back from
11   me.  Harassed the inmates that offered to assist me and
12   help me to call-outs, things like that.  To the best I
13   can remember, I mean.
14      Q    Okay.  I want to back up some here.  You have
15   filed claims under the Americans with Disabilities Act,
16   the Rehabilitation Act?
17      A    Yes, ma'am.
18      Q    Okay.  Do you suffer any disabilities that you
19   believe qualify you for protection under the Americans
20   with Disabilities Act?
21           MR. COOK:  I'm going to object to a legal
22      conclusion.
23   BY MS. STRICKLAND:
24      Q    You can answer.
25      A    Cellulitis.  I can't get exercise because the
```

Donny Phillips
October 05, 2023

Page 17

1    refusal to access to ADA accommodations, medical boots.

2        Q    So if we say -- if I say ADA or you say ADA,

3    can we agree that we're talking about the Americans with

4    Disabilities Act?

5        A    Yes, ma'am.

6        Q    It will save me a lot of breath.

7        A    Yes -- yes, ma'am.

8        Q    Okay.  And it may not be obvious on the video,

9    are you -- do you have any mobility issues?

10       A    Do I have mobility issues?

11       Q    Yes, sir.

12       A    Yes, ma'am.

13       Q    Are you in a wheelchair today?

14       A    Yes, ma'am.

15       Q    Okay.  I'm just clarifying for the record.

16       A    Yes --

17       Q    I have what's -- part of my job is asking

18   really silly questions sometimes.

19            How long have you had mobility issues?

20       A    Since 2005.

21       Q    What happened in 2005?

22       A    I fell through a floor of a mobile home

23   repairing it and -- and hit a steel beam under the

24   trailer and -- and injured my spinal cord, and...

25       Q    Are you -- and I'm not asking this to be

Donny Phillips
October 05, 2023

Page 18

1    disrespectful or rude, are you paralyzed from the waist

2    down?

3        A    I was.

4        Q    Okay.

5        A    To the best of my knowledge.  And -- and --

6    and now I've -- I've actually -- I don't know how to

7    answer it, but best I can is, I've had help and I'm

8    trying to learn how to walk and try to do what I can to

9    get the most back that I can.

10       Q    So that occurred in 2005?

11       A    Yes, ma'am.

12       Q    And I believe you said you've been

13   incarcerated since 2013, is that correct?

14       A    '11.

15       Q    '11.  Were you in DOC custody the entire time?

16       A    No, since '13.

17       Q    Okay.

18       A    County jail is from '11 to '13.

19       Q    Understood.  Thank you.  Can you give me like

20   a brief version of what led to your trafficking charges?

21       A    Yes.  Somebody calling me multiple times a day

22   and asking me would I sell -- would I give or sell a

23   friend of theirs my medication.

24       Q    And do you eventually agree to do that?

25       A    Yes, to get him off my property, to get the

Donny Phillips
October 05, 2023

Page 19

1   person off my property.  Because they called me and said

2   open your front door, we're standing on your porch and

3   he refused to leave.

4        Q    Was there any struggle between the two of you

5   at all?

6        A    No, ma'am.  Not at that point.  I mean, we

7   had -- we had words, but no -- no real struggle.  I

8   was -- I was disabled, and he was healthy.

9        Q    Okay.  Did you walk to the front door to talk

10   to him or give him the drugs?

11       A    I had a walker because I had a step and I had

12   a walker.

13       Q    Okay.  So at the time of the offense that led

14   to your current incarceration, you were able to walk

15   with a walker?

16       A    Just from my couch to my door to talk to him,

17   yes.

18       Q    Do you have any other health issues whether

19   they're acute or chronic?

20       A    Yes, ma'am, quite a few.  Well, I had blood

21   clots, kidney failure.  I had a heart attack.  Let's

22   see, I have insufficiency of -- well, I'm incontinent of

23   bladder and bowel.  Intravenous problems with my veins,

24   DVD -- I think it's called DVT.  I have arthritis in

25   both shoulders, the spinal injuries.

Donny Phillips
October 05, 2023

Page 20

```
1      Q    Has your mobility --
2      A    Blood pressure, cholesterol.  Just, you know,
3   all the -- those are all with my blood and my...
4      Q    I apologize, I did not mean to interrupt you.
5      A    That's all right.  So I don't remember all of
6   them.
7      Q    Has your mobility gotten better or worse since
8   you've been incarcerated with DOC?
9      A    I would have to say my mobility has been
10  brought to a standstill.
11     Q    Can you explain that for me?
12     A    Ma'am?
13     Q    Can you explain what that means?
14     A    When I was -- when I had access to my medical
15  boots, I could -- I could get blood in my legs, and I
16  felt like I could do more, and I could achieve a little
17  more, and I could be able to be sanitary and wouldn't be
18  struggling with the issues so bad.  And I think exercise
19  and mo -- you know, would be positive, a positive
20  change, which I had but that was stopped.
21     Q    When did you have that?
22     A    At Suwannee when I lost my ADA boots.  I say
23  ADA medical boots, I guess, I could say.
24     Q    I think you were saying, if I understood you
25  and correct me if I'm wrong, I thought you were saying
```

Donny Phillips
October 05, 2023

Page 21

1    that when you had exercise that was good for you?

2         A    That would be a plus to help me to get blood

3    into my legs some.  Anything -- so I can -- anything

4    with my lower extremities was a plus if I could get

5    exercise.

6         Q    Have you ever refused treatment or therapy

7    that would assist your mobility and your circulation in

8    your legs?

9         A    No, ma'am.

10        Q    So you mentioned that you are incontinent.

11   How long have you been incontinent?

12        A    2005.

13        Q    So that's related to --

14        A    Yes, ma'am.

15        Q    -- when you fell through the floor?

16        A    Yes, ma'am.

17        Q    Okay.  Have you filed any other lawsuits

18   previously?

19        A    Yes, ma'am.

20        Q    Can you tell me what lawsuits you have filed?

21        A    I -- I had one lawsuit in Okeechobee jail

22   during my stint before I come to prison.

23        Q    Why did you sue the Okeechobee jail?

24        A    I was placed -- I was taken out of the medical

25   infirmary, placed in confinement with no DR, was

Donny Phillips
October 05, 2023

Page 22

1    non-ADA.  They took my wheelchair and I fell in a

2    non-ADA accessible shower and broke my ankle.  That's

3    why I get the boots for support for my ankles, and I

4    filed a case on them.

5         Q    Did you file that personally or were you

6    represented by counsel?

7         A    I filed it personally pro se.

8         Q    And can you tell me what the outcome of that

9    case was?

10        A    Yes, ma'am, I can.  The law clerk misled me to

11   misfile or filed something wrong in my lawsuit and got

12   it throwed out because he was promised something in

13   trade -- in return for sabotaging that case.

14        Q    Do you know who offered him something in

15   return for sabotaging that case?

16        A    I do not -- I can't recall the name.

17        Q    Do you know if it was somebody in law

18   enforcement, somebody in state government, somebody Joe

19   public citizen, somebody that --

20        A    Department of Corrections.

21        Q    Okay.  When you fell in the shower at

22   Okeechobee jail, did you break -- at first you said one

23   ankle, but then I think you said two, was it one ankle

24   or both?

25        A    I had two -- two broken bones in one leg --

Donny Phillips
October 05, 2023

Page 23

1    one ankle.

2        Q     Which ankle is that?

3        A     My left ankle.

4        Q     Okay.  Prior to your 2011 arrest, were you

5    employed?

6        A     I worked for my family -- oh, you mean -- no,

7    I got disability.  But I did work for my family before I

8    got injured and disabled.

9        Q     What kind of work did you do for your family

10   prior to your injury?

11       A     I was a concrete finisher.

12       Q     And that sounds like it's a pretty physical

13   job, is that fair?

14       A     Fair.

15       Q     Did you enjoy that work?

16       A     Yes, ma'am.

17       Q     You get to spend a lot of time outdoors.

18       A     Yes, ma'am.

19       Q     I don't think that you mentioned it when you

20   were speaking, but in your complaint you talk about

21   having cellulitis --

22       A     Yes, ma'am.

23       Q     -- is that correct?

24             When did you first, I guess, get diagnosed

25   with cellulitis?

Donny Phillips
October 05, 2023

Page 24

```
 1      A     I'm thinking maybe '18, 2018.
 2      Q     Where were you incarcerated at that time?
 3      A     Northwest Florida Reception Center, I think.
 4      Q     Now, is it correct in the complaint it says
 5   that you cannot feel when your bladder or bowels are
 6   full?
 7      A     Yes, ma'am.
 8      Q     Ever?
 9      A     At times, if I'm exercising, I would like --
10   and that could be just me thinking, but when I'm doing
11   exercising, I feel like it helps to -- that's another
12   plus I can maybe -- maybe sometimes feel, I mean.
13      Q     And what kind of exercises are you talking
14   about doing?
15      A     Just -- just the only exercise I do is walking
16   behind my chair for the most part.
17      Q     How often do you do that?
18      A     10, 15 minutes at a time.  I haven't done it
19   in some time.  It's been quite a while.
20      Q     Have you done it since you were transferred to
21   Columbia?
22      A     No, ma'am, I don't think I have.  No.
23      Q     So approximately how long were you doing that
24   for, was it a matter of weeks, months?
25      A     When I got my boots, I was doing it every
```

Donny Phillips
October 05, 2023

Page 25

1    other day.  A therapist came to Northwest Florida
2    Reception Center and that's when I got the boots.  The
3    therapist helped me get them.  And maybe for six months
4    before I got sent to Suwannee where the boots and
5    everything was confiscated, and I was placed in
6    confinement.
7         Q    Where were you before you were at Northwest
8    Florida?
9         A    Franklin Correctional Institution.
10        Q    Okay.  And where were you prior to that?
11        A    Mayo Correctional.
12        Q    Do you recall approximately what years you
13   were at Mayo?
14        A    I would -- no -- no, ma'am, not really.  '14
15   or '15 maybe.
16        Q    So your testimony is that you -- the boots
17   were taken from you at Suwannee?
18        A    Yes, ma'am.  And they gave them back to me.
19        Q    At Suwannee?
20        A    Yes, ma'am.
21        Q    Okay.
22        A    And then they got stolen.
23        Q    When you had the boots, did you use them as
24   you were instructed by either the physical therapist or
25   the physician or medical provider?

Donny Phillips
October 05, 2023

Page 26

 1    A    Yes, ma'am.

 2    Q    And how did you understand that you were

 3    supposed to be using them?

 4    A    Put them on my feet and wear them during

 5    therapy.

 6    Q    Okay.

 7    A    During my walks, that's -- that's the only way

 8    I know how to answer that.

 9    Q    And what about those boots makes it -- is

10    helpful to you?

11    A    Support.  They're heavy duty, and they support

12    my ankles.

13    Q    Are there high top shoes available that are

14    not those boots specifically?

15    A    I would say, yes, tennis shoes.

16    Q    So like through the commissary or the canteen

17    or something?

18    A    Yes.

19    Q    Okay.  And not -- I'm not talking about like

20    just the lower cut sneakers, but there's actually high

21    top --

22    A    Yes, ma'am.

23    Q    -- available?

24         Would you agree with me that those support

25    your ankles also?

Donny Phillips
October 05, 2023

Page 27

1       A    I would say to a certain extent, but not like

2   the boots, not like medical shoes.

3       Q    **Have you ever purchased the high boots**

4   **yourself?**

5       A    No, ma'am.

6       Q    **Why not?**

7       A    Because I had the medical boots.

8       Q    **Okay.  But since they were stolen from you,**

9   **have you ever attempted to buy the high top ones**

10  **yourself?**

11      A    No, ma'am.

12      Q    **Why not?**

13      A    Because they were supposed to be reordered and

14  I didn't feel like I needed to buy them if they was in

15  the process of being reordered.

16      Q    **Do you feel that the boots were an**

17  **accommodation for you?**

18      A    Yes, ma'am.

19      Q    **Have you requested any other accommodations**

20  **from the department during your -- since your time at**

21  **Suwannee, because that's what this lawsuit is focusing**

22  **on or during your time at Suwannee, not since?**

23      A    Yes, ma'am.

24      Q    **What other accommodations have you requested?**

25      A    Well, I don't -- you have wheelchair,

Donny Phillips
October 05, 2023

Page 28

1  wheelchair cushion, boots, medical supplies, access to
2  the bathroom, shower, shower wand, shower chair, privacy
3  curtain, pull-up diapers.
4      Q    When you -- you're specifying --
5      A    Dial soap, I mean, it was --
6      Q    Dial soap.
7      A    -- sanitary items that was on our preliminary
8  injunction.
9      Q    So the preliminary injunction that was in the
10 2018 case, correct?
11     A    Yes, ma'am, that DOC agreed to stay in
12 compliance with.
13     Q    Okay.  Have you had a chance to review that,
14 the motion for the injunction since it was filed in
15 2019?
16     A    Yes, ma'am.
17     Q    Okay.  Have you had a chance to review Judge
18 Walker's order after the motion for the restraining
19 order was filed?
20     A    Yes, ma'am.
21     Q    Did you have an opportunity to read Judge
22 Windsor's order denying extending the restraining order?
23     A    Yes, ma'am.
24     Q    And do you recall that in that order it
25 specifically states that if the department or Centurion

Donny Phillips
October 05, 2023

Page 29

1    did not continue to provide what you felt you needed,

2    that you could request -- file another request for a

3    restraining order?

4         A    I would have to say I don't recall that, but I

5    mean...

6         Q    Did you understand that Judge Walker's order

7    was only in place for 90 days?

8         A    I'd have to answer that and say I didn't at

9    the time, but Mr. Cook --

10        Q    I'm not asking you to tell me anything that

11   Mr. Cook has said.

12             MR. COOK:  No -- yeah, don't --

13        A    Oh, I'm sorry.

14             MR. COOK:  No discussions between us.

15        A    Later on I --

16   BY MS. STRICKLAND:

17        Q    You've since --

18        A    -- learned.

19        Q    -- figured it out?

20        A    Yes.

21        Q    Okay.  Do you still describe some of the

22   medical supplies as being federally court ordered?

23        A    I would have to answer that personally for

24   myself, yes.

25        Q    Why is that?

Donny Phillips
October 05, 2023

Page 30

1      A    Well, because those items are sanitary items,

2   and they help me to stay clean, help me to clean myself

3   up in case of emergency if I'm at a call-out or in a

4   program or in medical lobby or even locked inside the

5   center gate.  It gives me a chance to have access to

6   clean myself up properly instead of sitting in urine and

7   feces for hours.

8      **Q    Okay.  Do you understand that Centurion and**

9   **the medical people are responsible for providing those**

10  **supplies?**

11             MR. COOK:  Objection.  Contrary to fact.

12             MS. STRICKLAND:  We're not doing speaking

13         objections.

14             MR. COOK:  Yes, we are.

15      A    I would have to answer that and say, I

16  understand that multiple people are responsible, that's

17  my understanding.

18  BY MS. STRICKLAND:

19      **Q    Okay.**

20      A    But I mean --

21      **Q    Has Sergeant Aldridge ever refused to --**

22  **strike that.**

23             **Does Sergeant Aldridge have access to the**

24  **medical supplies you believe you need?**

25      A    She has access to block my access to go get my

Donny Phillips
October 05, 2023

Page 31

1    medical supplies.  Access to showers and to hold me in

2    unsanitary conditions or to put me in confinement if I

3    choose to go to the bathroom during long periods of

4    recounts.

5         Q    Did Sergeant Aldridge ever actually put you in

6    confinement?

7         A    No, ma'am.

8         Q    In fact, Sergeant Aldridge repaired the

9    privacy screen in the shower on at least one occasion,

10   correct?

11             MR. COOK:  Objection.

12        A    You want me to answer that or do I answer?

13   BY MS. STRICKLAND:

14        Q    You can answer.

15        A    Absolutely not.  To my knowledge she ever

16   repaired anything.

17        Q    She never took it out of the closet to make it

18   available for you or other disabled inmates?

19        A    I don't think that's the -- repairing, but

20   they -- they would lock that -- the shower curtain up

21   for long periods to -- you know, to stop ADA inmates

22   having access to the ADA showers.  So naturally at some

23   point she would, you know, during her shift, she would

24   actually decide to allow us to have access to the ADA

25   shower while other people were using the other showers,

Donny Phillips
October 05, 2023

1   but I don't take that as a repair of nothing, I mean.

2       **Q    So she never did anything to facilitate ADA**

3   **showers --**

4       A    I'm going to have to answer that, yes, she

5   has --

6       **Q    Okay.**

7       A    -- she has actually helped.

8       **Q    I was not quite done with my question.**

9           **Do you recall any times that other security**

10  **staff working the dorm refused to get the -- unlock the**

11  **privacy screen, and Sergeant Aldridge would actually get**

12  **it out for you?**

13      A    In answering that question I would have to

14  say, she comes on a certain shift and it's locked up.

15  And she's -- they wait a period to unlock the door -- I

16  mean, you know, the closet door when the shower curtain

17  should have never been locked up in the -- in a mop

18  closet to start with blocking ADA inmates for hours

19  access to the ADA showers.  And -- and she at some point

20  eventually she'll stick a key -- has to stick the key in

21  the door and bless us with access to the shower -- with

22  the shower curtain, of course, you know.

23      **Q    So it's your testimony that all of the non-ADA**

24  **inmates in the dorm with you were able to shower any**

25  **time of day, any day of the week?**

Donny Phillips
October 05, 2023

Page 33

1      A     No, ma'am.

2      Q     Okay.

3      A     I'm -- my statement is that they were not

4  allowed to shower.

5      Q     So the non-ADA inmates were not permitted to

6  shower throughout the day?

7      A     They're not allowed -- the rule is in the

8  Department of Corrections that you're not to get caught

9  in the showers until after 5:00 in the evenings.

10     Q     And that's actually the schedule for showers,

11  right?

12     A     That's the rule, and -- to my knowledge, I

13  mean.

14     Q     So -- but are you -- I'm trying to understand,

15  are you saying that other people did shower before 5:00?

16     A     Yes, ma'am.

17     Q     And those were only non-ADA inmates?

18     A     That was certain chosen inmates that they --

19  they allowed to shower.

20     Q     When you say they, who specifically are we

21  talking about?

22     A     Richardson, Sergeant Aldridge, and our other

23  Defendant, Hawthorne.

24     Q     Okay.  Did any of those inmates have -- let me

25  back up and strike that.

Donny Phillips
October 05, 2023

Page 34

```
1              Are inmates in DOC custody, do you have -- are
2    you assigned jobs?
3         A    Your question is are the inmates assigned
4    jobs?
5         Q    Yes, sir.
6         A    Yes, ma'am, for the most part everybody gets a
7    job.
8         Q    Do you have a job assignment?
9         A    Right now?
10        Q    Yes.
11        A    No, ma'am.
12        Q    Why -- do you know why you don't have a job
13   right now?
14        A    I really don't know how I would answer that
15   question, incompetence.
16        Q    Okay.
17        A    I mean, I -- I mean, I'm sorry, but...
18        Q    No, you're fine.  Did you have a job at
19   Suwannee?
20        A    Yes, ma'am.
21        Q    What was your job at Suwannee?
22        A    Houseman.  Most ADA inmates are made houseman.
23        Q    Okay.  Can you describe for me what a houseman
24   is?
25        A    Houseman is all depending on your abilities
```

Donny Phillips
October 05, 2023

Page 35

1  and your medical disabilities.  You're assigned -- for

2  the most part they assign you to a job like dusting,

3  maybe dusting the phones off or something for -- in that

4  order.

5      Q    Okay.  What are some other jobs that inmates

6  have within DOC?

7      A    Inside grounds, kitchen, multiple jobs.  I

8  mean, I don't -- varies.

9      Q    Do you know if the rules permit inmates that

10  have certain jobs to shower outside the normal times?

11      A    I would have to answer that, yes, probably, I

12  mean.

13      Q    Have you ever had any other jobs while you've

14  been in DOC custody?

15      A    Since being disabled --

16      Q    We'll start with that.

17      A    -- or before?

18          Before?

19      Q    We'll start with since you were disabled.

20      A    No, ma'am, for the most part just dusting,

21  cleaning, you know, keep your bunk made, clean up -- you

22  know, keep your place clean, your area.

23      Q    And am I correct that you have to have your

24  bunk made by a certain time every morning?

25      A    Yes, ma'am.  Or our -- or our wheelchair

Donny Phillips
October 05, 2023

Page 36

1   assistants, you know, our aides when we had one would

2   help us.

3       Q    Do you currently have an inmate assistant?

4       A    I just recently got an assistant pass within

5   the past few days, and I haven't been assigned one.

6       Q    Okay.

7       A    But I do have a guy that assists me under the

8   natural support system.

9       Q    Okay.  Did -- do you have -- so prior to being

10  assigned an inmate assistant, you were making your own

11  bed in the mornings, is that correct?

12      A    No, ma'am.

13      Q    Who was making your bed then?

14      A    If certain days of the week, I would get under

15  the covers when we -- it would be like sheet day, we

16  would change and then my -- someone would offer to help.

17  And then for the rest of the week I would have a

18  sheet -- extra sheet and I would not get under the

19  covers, and I'd cover up with a sheet to keep from

20  having to do that -- having to do that.

21      Q    Okay.

22      A    For the most part.

23      Q    Prior to your injury, when you were

24  incarcerated with the department before, what kinds of

25  jobs did you have?

Donny Phillips
October 05, 2023

Page 37

1      A    I was a medical orderly and swept and mopped

2   floors.

3      Q    **Have you ever been told that you have static**

4   **dermatitis on your legs?**

5      A    I'm not familiar with the word too good, but

6   I've -- I think so.  I mean, during this time that

7   medical officials was trying to find out what was wrong

8   with my legs so I may have been -- it may have been

9   addressed in that form, but...

10     Q    **Why do you think that exercising is beneficial**

11  **to -- is it just to your strength and being able -- your**

12  **mobility?**

13     A    No, ma'am.  I have a problem with blood

14  flow -- blood flow in my lower extremities and

15  exercising helps -- helps me to get blood into my toes

16  and that's part of my disability I -- I...

17     Q    **Okay.  When you were at Suwannee, what -- can**

18  **you tell me of any times you recall Department of**

19  **Corrections employees refusing to allow you to seek or**

20  **obtain medical care?**

21     A    I can't remember the times, but simply not

22  allowing you to go out and go to your call-out.  If I

23  got a call-out for to go to a call-out at 1:00, let's

24  say after lunch, then they refuse to release you.

25     Q    **When you say they refuse to release you, can**

Donny Phillips
October 05, 2023

Page 38

1    you explain to me what happens, how -- what -- what is
2    said or how that transpires?
3        A    A very simple, no.  They just -- they just
4    don't release the inmates at that time or -- and then by
5    the time you get released, that call-out they've
6    rescheduled or something and many different issue -- you
7    know, ways that could work out, but anytime they choose
8    they can use that as retaliation or what.
9        Q    Do you know why you are unusually prone to
10   recurrences of cellulitis?
11       A    I would say mainly have to be that I'm --
12   because I'm subjected to unsanitary conditions.
13       Q    And just so I'm clear, what are the unsanitary
14   conditions that you are exposed to?
15       A    Example, being told to report to the captain's
16   office and him putting me in confinement for having a
17   relationship -- trying to have a relationship with a
18   nurse when I didn't even leave the dorm that day.  And
19   he said, today you tried to have a relationship with a
20   nurse.  So they put me in confinement.  And the officer
21   that packed my property, put all my property in the back
22   hallway instead of sending it to confinement, along with
23   my diapers, my wipes, and all my supplies.  So I'm
24   placed in confinement for days with no diapers, no
25   wipes, no nothing to clean up with or...

Donny Phillips
October 05, 2023

Page 39

1           So that's just one example of many, many, many

2     examples.

3     **Q     Okay.  Did that circumstance, in your opinion,**

4     **cause a recurrence of cellulitis?**

5           A     That may have.  That, and may have caused it

6     to worsen as a result of not being able to deal with it

7     properly.  Refusal of my medications, and at the same

8     time my medical supplies while in confinement when

9     security refused to give me any of my supplies, but...

10          That and refusals in the dorm of being able to

11    have a shower when you had a situation going on during

12    counts.  And when I had a bathroom and shower pass that

13    was in the preliminary injunction, then I was -- then

14    they would comply, you know, it just -- many different

15    ways they can show that they -- that's their way of

16    retaliating on disabled inmates.

17    **Q     So who's -- when you say they, who is**

18    **retaliating against in -- in -- I'm sorry, disabled**

19    **inmates?**

20          A     The Defendants in your case.

21    **Q     Okay.  What are they retaliating against**

22    **disabled inmates for?**

23          A     My rights to grievance procedure, as well as

24    access to federal court.  Writing grievances.  Reporting

25    them for violations.  Pleading for access to sanitary

Donny Phillips
October 05, 2023

Page 40

1   environment conditions.

2       Q       Are they retaliating against all disabled

3   inmates or just you?

4       A       I think I should just only answer for me, I

5   mean, I have seen them retaliate, but -- against other

6   inmates, but each person has their own disabilities and

7   conditions.

8       Q       How have you seen Sergeant Richardson

9   retaliate against another disabled inmate?

10      A       I have seen Ms. Richardson come in the dorm

11  and take a wheelchaired inmate and tell him, go out in

12  the foyer, and he'd go out in the foyer, and she'd walk

13  around the dorm while he's locked in the foyer, and she

14  would pick up her walkie-talkie and call and say I had

15  an inmate just spit on me, and I see six officers

16  running, spray him and flip him out of that wheelchair

17  and drag him.

18      Q       Who was that inmate?

19      A       I don't -- I don't have his name, but...

20      Q       Can you describe him to me?

21      A       He was heavyset, black inmate.  I did report

22  it.

23      Q       How did you report it?

24      A       And he asked -- I reported it to my attorney.

25  Explaining this is what they're doing here.

Donny Phillips
October 05, 2023

Page 41

```
 1        Q    So you do actually have a record somewhere of
 2   his name?
 3        A    I can't rightfully say I do, but somewhere
 4   along the line, I may have, but...
 5             And I feel like I do, but it's -- I have so
 6   many records that...
 7             I'm sorry, but I just can't remember.
 8        Q    That's okay.  That's a perfectly appropriate
 9   answer.  What dorm were you in when that happened?
10        A    N dorm.
11        Q    N dorm?
12        A    Yes, ma'am.
13        Q    And that was at Suwannee?
14        A    Yes, ma'am.
15        Q    Would you say it was the beginning of your
16   time at Suwannee the middle or...
17        A    I think that's in the later part of the middle
18   before they moved me.
19        Q    Moved you where?
20        A    They moved me to I dorm be --
21        Q    Okay.
22        A    Be --
23        Q    When did they move you to I dorm?
24        A    Because Sergeant Richardson told the inmates
25   that I was a snitch because I write grievances.  And the
```

Donny Phillips
October 05, 2023

Page 42

1   inmates stepped to me, gang members, and told me that

2   they were going to stab me if I didn't stop writing

3   grievances and filing -- and drop my lawsuit.  And when

4   I went to canteen, she addressed -- she one on one she

5   stepped to me and said, did I have a problem with it?

6   And I said, I really have a problem because I don't feel

7   like I'm a snitch because I have a right to grievance

8   procedures.  And she said, you're a snitch because you

9   write grievances so she put the -- put the inmates on

10  me.

11          And then at that same time she told me that

12  Sergeant Aldridge didn't like me in her dorm, so they

13  were going to have me moved so I got moved to I dorm.

14      **Q   Who are the inmates that threatened you?**

15      A    I have their names somewhere, but I don't -- I

16  don't know them personally, and -- Carl Johnson is one

17  of them, and there's like four, five, six of them, you

18  know, but...

19      **Q   Are you friends with Carl Johnson now or on**

20  **better terms with him?**

21      A    I know of Carl -- Carl Johnson.  He was in my

22  dorm and he was an ADA inmate, but pushed his

23  wheelchair, walked behind it everywhere.

24      **Q   And he's one of the inmates that Richardson**

25  **had threaten you?**

Donny Phillips
October 05, 2023

Page 43

1      A    Yes, ma'am.

2      Q    And he's a disabled inmate as well?

3      A    Yes, ma'am.

4      Q    Okay.  Did he write grievances, do you know?

5      A    Yes, ma'am, I think he -- I think I do

6    remember -- recall him truthfully writing grievances

7    once and a while, but not very -- not...

8      Q    So I understand that Judge Walker's order

9    initially provided you with a certain number of diapers

10   per day, some barrier cream, antiseptic soap, medical

11   wipes and replenishment of those, along with bathroom

12   and shower passes.  Does that sound correct to you?

13     A    To replenish my supplies when they run out,

14   yes, ma'am.

15     Q    Do those other supplies sound correct to you?

16     A    Could you repeat it again?

17     Q    Sure.  Five or more diapers a day as needed,

18   barrier cream, antiseptic soap, medical wipes,

19   replenishment as they run out, and bathroom and shower

20   passes.

21     A    Yes, ma'am.

22     Q    On average, how many diapers do you go through

23   a day?

24     A    That -- that could vary.  I could go through

25   three a day, and I go through six a day.

Donny Phillips
October 05, 2023

Page 44

1      Q      Okay.

2      A      I have bad days and good days.  And sometimes
3  like I'll wake up in the middle of the night and I'm
4  completely -- completely -- like two nights ago, my -- I
5  woke up and my diaper was so full that it had already
6  leaked and -- onto my clothes, and I had to get a guy to
7  help me clean -- wash my clothes.

8      Q      That wasn't because you didn't have another
9  diaper, correct?

10      A      If I had the diapers, I would go through that
11  many if -- sometimes and sometimes I wouldn't.  And if I
12  ran out, the preliminary injunction said that I could go
13  get more, but...

14      Q      I'm asking about what you were just talking
15  about the other night you said somebody was having to
16  help you clean your clothes because it was full,
17  correct?

18      A      Yes, ma'am.

19      Q      So that wasn't --

20      A      So did I have another diaper the other night?

21      Q      -- that wasn't a situation where you were not
22  allowed to change diapers?

23      A      No, not -- not that specific night, no.

24      Q      Okay.  So --

25      A      I had -- I did have extra diapers.

Donny Phillips
October 05, 2023

Page 45

1    Q    Okay.

2    A    And I had actually just received the pass for

3    diapers and got diapers the other night after being

4    three weeks without diapers at all, period, since being

5    at Columbia.

6    Q    So what do you do when you don't have diapers?

7    A    I borrow from somebody else that does have

8    diapers.

9    Q    Did you have any trouble doing that?

10    A    Sometimes.  Sometimes I don't get the right

11    size and I have to just fold them up and...

12         Sometimes I've put wash rags in my clothes

13    when I don't have any.

14    Q    You've mentioned in your testimony and in your

15    complaint that some of the unsanitary conditions that

16    you believe are causing cellulitis are because you're

17    not being given the supplies.

18         But would you agree with me that there are

19    certain times, like the time you just described, that it

20    wasn't a matter of not having supplies it was a matter

21    of the diaper being full -- full?

22    A    I would have to say the one time that I

23    explained to you that I woke up and my diaper was full.

24    Many different situations.  Many that I didn't have

25    diapers to -- to put on or couldn't get in there to

Donny Phillips
October 05, 2023

Page 46

1    change because I was ordered to stay at my bunk.

2        Q     Were you by name ordered to stay at your bunk,

3    you specifically?

4        A     The name that ordered me to stay --

5        Q     Were you -- were you individually --

6        A     Ordered to stay --

7        Q     -- told or was it an order --

8        A     Yes, ma'am.

9        Q     -- to the whole bunk or the whole -- I'm sorry

10   the whole dorm?

11       A     No, ma'am, me -- me personally because I made

12   an attempt to go to the bathroom, and I complained and I

13   told her I said, I'm messing on myself.  I need to go in

14   the bathroom.  And she said, get on your bunk or you'll

15   go to confinement.  So I had no choice but to go to the

16   bunk and wait for them to clear count and her to allow

17   me access to go.

18       Q     And you're saying her, and I know you know who

19   you're talking about, but who are you talking about?

20       A     I'm talking about a sergeant at Northwest

21   Florida Reception Center there.  Different -- different

22   officers that I'm -- if they tell -- if they give me an

23   order because they know I'm going to access the

24   bathroom, I need to get to the bathroom -- most all of

25   them -- all the officers, but the ones that -- Officer

Donny Phillips
October 05, 2023

Page 47

1   Gregory is the one I'm actually telling you about.

2        Q    Where is Officer Gregory?

3        A    She was at Franklin Correctional.  She -- I

4   don't think she no longer works for DOC.

5        Q    I'm going to show you what has been marked as

6   Exhibit 2.

7             (Defense Exhibit No. 2 marked for

8             identification.)

9   BY MS. STRICKLAND:

10       Q    And ask you if that looks familiar to you?

11            MR. COOK:  We have never received this, so I'm

12       going to object to the use of it as an exhibit.

13       You've got to give us your documents.

14            MS. STRICKLAND:  We are doing a rolling

15       production.

16            MR. COOK:  Not that I can see, but go ahead.

17            MS. STRICKLAND:  We are doing a rolling

18       production, which you guys requested, so...

19            MR. COOK:  I am objecting to that document,

20       but go ahead and ask your questions.

21       A    What am I answering?

22   BY MS. STRICKLAND:

23       Q    Do you recognize that?

24       A    Medical wipes looks to me like.

25       Q    Okay.  And is that the wipes that you had

Donny Phillips
October 05, 2023

Page 48

1    after Judge Walker entered his order while you were at

2    Suwannee?

3        A    It seems to be, yes, ma'am.

4        Q    Okay.

5        A    I did get 50 -- 80 count at one time too, but

6    they dropped that to the 50 that I'm looking at right

7    here.

8        Q    Okay.

9        A    I mean, I don't know if that's part of what

10   you're asking too, but, yeah, this actually looks like

11   the ones that...

12       Q    Okay.  And that would be consistent with what

13   your were receiving while you were at Suwannee?

14       A    Yes, ma'am.  I -- when I received them, yes.

15       Q    Do you -- do you -- sorry, I'm just hearing...

16            Do you know of any other inmates at Suwannee

17   who was -- who were receiving those wipes?

18       A    I don't know their names, but I -- I would

19   think that other inmates got them.

20       Q    When you would go pick up your supplies at

21   medical, did you see other people getting those?

22       A    Yes, ma'am.

23       Q    When you -- so you mentioned that you had the

24   lawsuit against Okeechobee jail, right?  Did you have

25   any other lawsuits after that?

Donny Phillips
October 05, 2023

Page 49

1        A      Yes, ma'am.

2        **Q      Can you tell me about the next lawsuit?**

3        A      I think I had a lawsuit in Mayo -- Mayo

4    Correctional.

5        **Q      What was the basis of that?**

6        A      Officers locking me in the fence at -- during

7    pill call every day because I got a prescription,

8    Coumadin, blood thinner for blood clots, and when I

9    would leave and go down to the line there would be like

10   150 people picking up medication.  So they'd lock the

11   gates and nobody could access those gates and go to chow

12   and then back to your dorm until everybody got their

13   medication.  And during the time we were in the fence,

14   insulin inmates were also in there, and they were --

15   they would go in the medical door and get tested for

16   insulin and get their shot.

17            And I would always ask the officers, because

18   during this hour and a half, two hour stay down there in

19   the fence in between leaving the dorm and getting back

20   to the dorm I would start urinating on myself.  Well,

21   when I would go down there, I'd start peeing on myself.

22   I'd ask the officer, please, can you let me go into the

23   bathroom since the inmates are there in the lobby, the

24   bathrooms are in that lobby, there's a little bathroom

25   there, and I say, can I please just use the bathroom.

Donny Phillips
October 05, 2023

Page 50

1    And he would get in my face and tell me, F-you, piss on

2    yourself.  And another female officer was there and they

3    started laughing.  And, of course, at that time right

4    there I just -- I have no control, you know, so after

5    six to nine months of doing that, I finally filed a --

6    filed a case on them.

7         Q    Did you --

8         A    Pro se.

9         Q    It was pro se.  Can you tell me how that

10   case -- what the resolution was?

11        A    That case I think I didn't properly -- I -- it

12   was just me, and I didn't have any help with the case so

13   it ended up getting throwed out.

14        Q    Okay.

15        A    I mean, I think I would just like -- I'd have

16   to say miss -- I -- I couldn't do the case myself.

17        Q    Okay.  And then did you have any other

18   lawsuits after that?

19        A    Just the ones at Franklin and then Northwest

20   Florida, which -- which it just continued.  My condition

21   started to worsen and it just went from there to...

22        Q    So you had the 2015, which was the one that

23   was pro se, correct?

24        A    Yes, ma'am.

25        Q    And then did you file another lawsuit in 2018

Donny Phillips
October 05, 2023

Page 51

1    against the department and individuals?

2       A    Yes, ma'am, I think that's correct.

3       Q    Can you tell me how that case resolved?

4       A    I think it was settled.

5       Q    Did you get a settlement from the Department

6    of Corrections?

7       A    Yes, ma'am, I think so.

8       Q    Okay.  Do you recall how much that settlement

9    was?

10      A    No, ma'am, not right off, but I mean...

11      Q    If you had to ballpark, what would you say?

12      A    30 -- 30,000.  40,000.

13      Q    Okay.

14      A    50,000, somewhere right there.

15      Q    Did you -- was Centurion or Corizon also a

16   defendant in that suit?

17      A    Yes, ma'am.

18      Q    Did you get a settlement from them as well?

19      A    Yes, ma'am.

20      Q    Do you recall the amount of that settlement?

21           MR. COOK:  I'm going to instruct you not to

22      answer that.  I think we may have a term of

23      confidentiality.  If we don't --

24           MS. STRICKLAND:  Okay.  That's fine.

25           MR. COOK:  -- if we don't, I'll get that

Donny Phillips
October 05, 2023

Page 52

```
 1      information --

 2              MS. STRICKLAND:  Okay.

 3              MR. COOK:  -- to you.

 4              MS. STRICKLAND:  Thank you.

 5   BY THE COURT:

 6      Q     Yeah.  I don't -- I don't want you to tell me

 7   anything you guys talked about, and I don't want to get

 8   you in any trouble either.

 9              When you made the -- entered into the

10   settlement with the department and actually it's with

11   Sonia Crutchfield and the Florida Department of

12   Corrections, did you know you were going to file another

13   lawsuit?

14      A     No, ma'am.

15      Q     I'm going to show you what's been marked as

16   Exhibit 3.

17              (Defense Exhibit No. 3 marked for

18              identification.)

19   BY MS. STRICKLAND:

20      Q     And ask you if you recognize that?

21              VIDEOGRAPHER:  I need to stop you in about ten

22      minutes to change the tape.

23              MS. STRICKLAND:  Got it.

24   BY MS. STRICKLAND:

25      Q     Do you recognize that?
```

Donny Phillips
October 05, 2023

Page 53

1      A     Yes, ma'am.

2      Q     Are those your -- your initials on the -- at

3   the bottom left corner of the first -- well, actually

4   the bottom left corner of all three pages and your

5   signature on the third page?

6      A     I think so, yes, ma'am.

7      Q     You've been transferred multiple times

8   throughout your tenure with the department, is that

9   correct?

10     A     Yes, ma'am.

11     Q     When you are transferred from one institution

12  to another, what is the procedure for your belongings,

13  your property?

14     A     When you're -- if you're placed in

15  confinement, you can only have certain things, and

16  you're given a list of what was taken out of your locker

17  when you was placed in confinement at that time.  And

18  when you get ready to be transferred, you go to the

19  property room, placed in a van, a wheelchair van and --

20  if you're disabled, and you receive your property right

21  there and you go to the next institution, and the

22  property is hopefully -- hopefully in property.

23     Q     So what happens to the -- I don't know if it's

24  a bag or a box, but what happens to that when you get to

25  the new institution?

Donny Phillips
October 05, 2023

Page 54

1      A    They then if you're -- all depending on where

2   you're going.  If you're going to population, then they

3   go through your property and give you the property that

4   you can have and confiscate what they think you can't

5   have or don't want you to have and -- you know,

6   whatever.

7      Q    Are you allowed to take medications from one

8   institution to another?

9      A    Yes, ma'am, if it's in your property and

10  you're -- if -- most of the time, if you're not in

11  confinement, you're carrying your property and your

12  medication is in there.  Yes, ma'am.

13     Q    Do they have to check them to make sure that

14  they're valid prescriptions or your prescriptions?

15     A    I would say as a rule that they supposed to,

16  but I've not really seen them do a whole lot of that,

17  but...

18     Q    Would you agree with me that they might have

19  to take your medications away to validate them?

20          MR. COOK:  Object to speculation.

21     A    I don't really -- I don't -- I've never seen

22  them do that either, no.  But when you're in

23  confinement, they do confiscate you -- all your

24  belongings and your medication is supposed to be turned

25  over by security to medical.  Who comes to confinement

Donny Phillips
October 05, 2023

Page 55

1    gives them to you as prescribed once you're in

2    confinement.

3    BY MS. STRICKLAND:

4        **Q    Do you have to do a refill request when you're**

5    **in confinement for your medications?**

6        A    No.  Because your refill slip is in your

7    property -- for the most part in my property, and I

8    can't turn it in if I don't have it, so I would just

9    think that would probably be automatic in the computer

10   with medical.

11       **Q    Doesn't medical do daily rounds in**

12   **confinement?**

13       A    Yes, ma'am, I mean, for the most part.

14       **Q    Okay.  You have the opportunity, when they're**

15   **making those rounds, to speak with medical staff, is**

16   **that correct?**

17       A    Well, you have an opportunity to make an

18   attempt to speak to them.

19       **Q    Okay.  Did Sergeant Richardson ever block you**

20   **from talking to medical during their daily rounds in**

21   **confinement?**

22       A    I don't think while in confinement, but in the

23   dorm.

24       **Q    I'm just asking about confinement.  Did**

25   **Sergeant --**

Donny Phillips
October 05, 2023

Page 56

1      A    I don't think --

2      Q    Oh, sorry.

3      A    -- I don't recall that.  I can't remember, but

4   I don't recall her working confinement.

5      Q    Okay.  Did Sergeant Aldridge ever block you or

6   prohibit you from communicating with the medical staff

7   when they made their daily rounds in confinement?

8      A    Not that I recall.

9      Q    Did Teressa Fillmore Hawthorne ever block you

10  or prohibit you from communicating with medical staff

11  when they made their daily rounds in confinement?

12     A    No, ma'am, I don't think so.

13     Q    In your complaint, you allege that your tablet

14  was taken from you when you had asked to have it

15  charged, is that correct?

16     A    Yes, ma'am.

17     Q    And you believe that was retaliation?

18     A    You turn -- the way that works is you turn

19  your tablet in to the officers, and what she does she

20  takes it from you and plugs it in.  And the next count

21  that comes up, she hollers tablets and now she hands it

22  back to you and it's charged.  Now, at some point she

23  can take your tablet and set it over here and hand it

24  back to you next count --

25     Q    Okay.

Donny Phillips
October 05, 2023

Page 57

1      A    -- and say, oh, my bad, it didn't charge, bad
2   connection like.

3      **Q    Okay.**

4      A    Which happens a lot.

5      **Q    Because it doesn't charge --**

6      A    Depending -- all depending on what inmate is
7   having an issue with that officer that day or -- or...

8      **Q    So this happens to other inmates not just you?**

9      A    Oh, I would imagine.  But I can only -- I can
10   only say me --

11      **Q    Okay.**

12      A    -- because of my case, but I'm -- I'm def -- I
13   can pretty much say, yes, definitely others say, yeah.

14      **Q    Okay.  I'm going to stop you there because she**
15   **needs to change the tape.**

16           VIDEOGRAPHER:  We are now going off the record
17      at 10:56 a.m.

18           (Brief recess taken.)

19           VIDEOGRAPHER:  Okay.  We are now back on the
20      record at 10:57 a.m.

21   BY MS. STRICKLAND:

22      **Q    So we were just talking about other people's**
23   **tablets were also either not charged or locked up by the**
24   **officers at different times.**

25      A    Yes, ma'am.

Donny Phillips
October 05, 2023

Page 58

1    Q    Okay.

2    A    Depending on, you know, what your situation is

3  on a daily basis too.  They can take your tablet on a

4  whim.  They can charge it or not charge it, all

5  depending on what they're going through and you're going

6  through that day or whatever.

7    Q    And you use the tablet, it says in your

8  complaint, for legal work, right?

9    A    Messages, e-mail messages.

10   Q    Do you use it for anything else?

11   A    Yes, ma'am, I watch movies and music.

12   Q    Are those -- are the -- is that media, is that

13 free or do you have to pay for that?

14   A    Well, it's -- you have to pay for the movies,

15 but you also buy the tablets so I'd have to say, yes,

16 you pay for it.

17   Q    And is it a situation where if you pay for it,

18 is it like a rental or do you get to keep it on your

19 tablet or keep access to it?

20   A    It's in the clouds.  You pay for it and then

21 when they choose the timing to take it away from you,

22 you lose it, it's gone.

23   Q    So if you pay for --

24   A    You pay for them to take it.

25   Q    Okay.  But --

Donny Phillips
October 05, 2023

Page 59

```
 1        A     I'm sorry.
 2        Q     -- if you were to pay for, I don't know, the
 3  Titanic, could you watch Titanic as many times as you
 4  wanted to or is it going to expire?
 5        A     It expires.
 6        Q     Okay.
 7        A     You only got days -- couple of days, few days.
 8        Q     Okay.  So if you wanted to watch it again,
 9  you'd have to pay for it again?
10        A     Yes, ma'am.
11        Q     Okay.  Did -- were you ever told that you were
12  abusing or misusing some of the medical supplies that
13  were being provided for you?
14        A     No, ma'am, I can't -- I've been ordered not to
15  use as much of the Hibiclens.  At one time I think that
16  I -- but that's -- I think that's the only thing I
17  remember they said to -- not to use it -- use it but so
18  many days a week and skip days or something.  I think I
19  was told that by a certain nurse.
20        Q     Okay.  Do you recall which nurse?  It's okay
21  if you don't, I was just curious.
22        A     No.  But I do recall one of them telling me
23  that it was dangerous or something, or, you know, and
24  then they switched -- during the time they switched the
25  size of bottles on me, and my med -- the size of my
```

Donny Phillips
October 05, 2023

Page 60

1  medications and stuff.

2      Q    Okay.  Did you follow that instruction or
3  direction?

4      A    Yes, ma'am.

5      Q    Did you understand that using the Hibiclens
6  would dry your skin out a lot?

7      A    I didn't, but I would imagine it could.  But
8  for the most part, it never did.  I mean...

9      Q    And is Hibiclens kind of like a red or pink
10  color?

11      A    Two different kinds.  One is -- is like
12  reddish, and the other one is a -- what is it called,
13  like a different pill that you get cheaper.

14      Q    A generic?

15      A    Yeah.  And they tend to give you a little more
16  of that one than the one --

17      Q    And that one doesn't have the discoloration?

18      A    And, yes, ma'am, one of them is clear and one
19  of them is red.

20      Q    Would you follow-up using the Hibiclens with
21  the Dial soap to get the red color off of you?

22      A    No.

23      Q    Okay.

24      A    If -- most of the time when they give you the
25  Dial soap, they wouldn't -- you don't get the Hibiclens

Donny Phillips
October 05, 2023

Page 61

1  because they're both supposed to be the soap and serve

2  the same purposes.  But for the most part that's why I

3  was -- they started giving me the Hibiclens to get away

4  from giving me -- that was -- even though it was in the

5  preliminary injunction, that was their way of getting

6  away from one or the other, when they -- you know,

7  maybe -- and it could have been when they was running

8  out of that supply, so I don't know how -- you know, to

9  be truthful about it.

10      Q    So what do you think would be a fair

11  resolution in this case?

12      A    I'm just going to be nice and say that DOC

13  pays all the damages that they can be forced to pay for

14  my pain and suffering and their violations with

15  knowledge of my serious medical issues.  That's the nice

16  way of saying it.

17      Q    I'm not asking for the nice way.  Give me the

18  honest version.  What's the not nice version?

19      A    I better -- that they just be forced to trial.

20      Q    So you said with knowledge, what do you mean

21  by with knowledge?

22      A    Clearly know that I had issues, and I -- many

23  times they seen my legs bleeding and puss running into

24  my tennis shoes and me pleading to go to wound care,

25  things like that, and just issues.  It was really bad

Donny Phillips
October 05, 2023

Page 62

1   days and bad issues and just bad days and refusals,

2   just...

3       Q    If your leg was bleeding and puss was coming

4   out like you're talking about, then you could declare a

5   medical emergency, couldn't you?

6       A    You'd think, wouldn't you?  Yes, ma'am.  And

7   you -- example, okay.  I went to an ADA meeting and my

8   leg was swole up, and I -- my lawyer had just came hours

9   before that and took pictures of my leg, and if I can

10  recall, with other DOC lawyers.  And I left from there

11  and went straight to medical and went into an ADA

12  meeting and pled with them and told them, they said, do

13  you have any issues today, Mr. Phillips?  And I said,

14  yes, ma'am.  I showed them my legs.  So the nurse took

15  me out of there and walked me around to medical.  And

16  she said, he's declaring a medical emergency right now

17  with my pusher.  And she said, what do you expect me to

18  do?  And she said, didn't you see the doctor --

19  wasn't -- didn't Dr. Figueroa -- wasn't Dr. Figueroa in

20  the ADA meeting?  I said, yes, ma'am.  He was sitting

21  right there.  And she said, he did nothing?  I said, no,

22  ma'am.  I thought he was going to come down here and

23  look at my leg.  She said, go back to the dorm.  We'll

24  put you on the call-out, there's nothing we can do.

25  Thank you.  And...

Donny Phillips
October 05, 2023

Page 63

1    Q    That was medical, correct?

2    A    Yes, ma'am.

3    Q    Okay.

4    A    And -- well, yeah.  And -- for the most part

5    on that day.

6    Q    Okay.  Did Sergeant Richardson-Graham ever

7    refuse to let you declare a medical emergency?

8    A    I can't say they ever declared me a medical

9    emergency, I don't think.  But they did refuse me to

10   leave the dorm and go get my -- receive my medical

11   supplies.

12   Q    How many times did Richardson-Graham do that?

13   A    Not granted me, but refused.  I'm just -- I

14   would say -- safely say half a dozen times maybe, but

15   see we was -- we get our supplies on Sundays at that

16   institution, and she can simply say they've already

17   called supplies, now you got to wait 'til next week.  So

18   you either go and get them when you can, and then you

19   have to have a pass to get through the center gate to

20   get down there.  There's other issues that it's --

21   really makes it a little complicated, but...

22        And then sometimes some officers would help

23   you to get down there.

24   Q    Did --

25   A    And then you have the ones that wouldn't.

Donny Phillips
October 05, 2023

Page 64

1    Q    Okay.  How many times did Sergeant Aldridge
2    refuse to let you declare a medical emergency?
3    A    I can't say that she ever refused me medical
4    emergency, but she has had conversation with me and
5    looked at my leg.
6    Q    Can you tell me about that?
7    A    She said, you need to do something about that
8    leg or they're going to cut your leg off, and I
9    explained to her that I can only do what I can -- I'm
10   allowed to do.
11   Q    So she was encouraging you to get medical
12   treatment?
13   A    Or get it cut off, yes, ma'am.
14   Q    Has anybody ever actually said that -- any of
15   the medical providers actually said that they were
16   considering amputating your leg?
17   A    Dr. Figueroa and other medical doctors, you
18   know, I've been to outside hospital --
19   Q    Okay.
20   A    -- once, said that there's a very good chance
21   that it's -- that the outcome is not going to be good.
22   You know, the type of medical that they give you is
23   really not what you would expect on the street.
24   Q    Did --
25   A    And then you first have to get there to

Donny Phillips
October 05, 2023

Page 65

1    medical.

2         Q    And there's different ways to get to medical,
3    you can do sick call, right?

4         A    Yes.  And I got a really good track record
5    with them on sick calls.

6         Q    Okay.  When -- going back to the previous
7    lawsuits.  Is there a lien pending against you from one
8    of your pro se cases?

9         A    I'm not sure.  I'm not sure.

10        Q    Are you concerned that there is?

11        A    No, ma'am.

12        Q    So but during your -- I'm sorry, I'm going
13   back and forth.  During your time at Suwannee, did
14   you -- did any of the medical providers ever say that
15   they were seriously considering amputation -- amputating
16   your leg during your time there?

17        A    At Suwannee?

18        Q    Yes.

19        A    Dr. Figueroa told me -- made the statement
20   that there's like a 97 percent chance that I would, and
21   that he -- and he was going to help me get my ADA shoes
22   for therapy and so I could...

23             Then he said since I sued him, that I'll never
24   ever get any help -- medical treatment, and that I'll
25   never get any boots and that he likes his money so I'll

Donny Phillips
October 05, 2023

Page 66

1    never get any of that either and them type of, you know,

2    like...

3           He just simply told me, no.  And then -- then

4    he advised me that my sick call requests have been lost,

5    send in another one.  And that was their regular

6    routine.

7        Q    Dr. Figueroa and the medical people?

8        A    Yes, ma'am.

9        Q    Okay.  Did any of the corrections staff ever

10   tell you that your leg was going to be amputated or

11   threatened to have your leg amputated?

12       A    No, ma'am.

13       Q    Okay.

14       A    I don't think so.  I mean, they said, you

15   know, made the statement that, yeah, it's bad, you're --

16   you're going -- you're going to end up losing that leg

17   or something just in --

18       Q    Conversation?

19       A    -- conversation.

20       Q    Okay.

21       A    But, no, I don't think in a way...

22       Q    Did -- so we had threats of confinement.  How

23   else did the named Defendants Richardson, Aldridge, and

24   Hawthorne retaliate against you --

25       A    Well --

Donny Phillips
October 05, 2023

Page 67

1      Q    -- during your time at Suwannee, sorry?

2      A    Refusals to go get my supplies.  Refusal to

3  the shower.  I think we've -- I think we've covered it.

4  And telling inmates that I'm an undercover FBI agent,

5  that I'm a snitch because I write grievances.  That's a

6  serious issue if you're in the right -- if you're around

7  the right people, and -- which you are and I have been

8  and am, that's very -- that's -- that's automatic put a

9  hit on him and kill him or do -- you know, you never

10  know.  It's bad.

11      Q    But you're still very much alive, is that

12  correct?

13      A    Oh, yes, ma'am.

14      Q    So did you say -- have you made allegations

15  that either Aldridge or Richardson put a hit out on you?

16      A    Yes, ma'am, I have.

17      Q    How do you -- why do you think they put -- one

18  or both of them put a hit out on you?

19      A    Because inmates come to me and explain to me

20  that she was at me.  And my wheelchair pusher that was

21  left in that dorm behind, she put a hit on him and had

22  him beat to death in the bathroom because he was

23  outspoken about me, and she didn't like him because he

24  pushed me.  And he wasn't assigned to me, of course,

25  they never would assign anybody.  But he died and she

Donny Phillips
October 05, 2023

Page 68

1   was the one behind that.  And those -- and still is

2   multiple inmates that was in that dorm wanting to,

3   but -- and I did all I could do to bring that to surface

4   and they -- anyway.

5        Q    What's --

6        A    It is what it is.

7        Q    -- the name of the inmate who was beaten to

8   death in the dorm -- which -- and which dorm was that

9   in?

10        A    I know his first name was Kevin.

11        Q    Okay.

12        A    And it's N dorm that they moved me out of and

13   then they moved me to I.  Kevin and I can't remember his

14   last name.

15        Q    And that would have been after you were moved

16   to I dorm?

17        A    And that's after I was removed and...

18        Q    How do you know that...

19        A    Because inmates that was moved out of that

20   dorm after me through time was moved over into I dorm,

21   and they said here's what's going down with your pusher,

22   here's what happened to your pusher.  And they didn't

23   say Richardson they said Sergeant Aldridge put a hit on

24   him.  They beat him down in the bathroom and there's

25   multiple inmates waiting to bring -- if somebody would

Donny Phillips
October 05, 2023

Page 69

1    just come investigate it, and, you know, the rest of the

2    story.

3         Q    I don't --

4         A    Never --

5         Q    -- that's why we're here.

6         A    Well --

7         Q    So who are the inmates that came to you and

8    told you these things?

9         A    Inmates in the dorm, that were in the dorm

10   with me.  I mean, I got their names somewhere, but I --

11   for that reason, but I don't have them here, but I...

12        Q    You don't recall their names.  Can you

13   describe them to me?

14        A    I'm -- no, ma'am, I'm -- they're just inmates

15   that come out of the dorm, but -- and they said there's

16   more inmates over there waiting but to be -- to tell --

17   see they can't say anything because the gangs run -- run

18   the prison.

19        Q    Can you say that one more time?

20        A    Excuse me?

21        Q    Can you say that one more time?  I didn't

22   catch that.

23        A    I said the gangs.

24        Q    Okay.

25        A    And when the officers need the favors done

Donny Phillips
October 05, 2023

Page 70

1    they -- that's where they get them from.

2         Q    Are you affiliated with any gangs?

3         A    No, ma'am, I'm not a gang member.  But

4    affiliation can be diagnosed as, here I live with them

5    and for the most part I have to live in threat of, you

6    know, their rules and their situation too, you know, I

7    have gang members in my dorm right now.

8         Q    Do you ever have anybody in your family

9    transfer any money to any other inmates or their

10   families?

11        A    I have.  I bought inmates shoes before that

12   gang members stole their -- stole their shoes and they

13   threatened to stab him if they told the officers, so I

14   bought him a pair of shoes.  I've -- I've -- I've helped

15   quite a few inmates, to be truthful, over the years.

16   But I mean I've actually sent -- I've sent fish from

17   Okeechobee Lake to their families to cook.  I mean,

18   there have been different things that...

19        Q    During your time at Suwannee specifically, did

20   you facilitate transfers of sometimes hundreds of

21   dollars to other inmates or their families or friends?

22        A    I have probably given inmates a couple of

23   dollars to help them and I -- yeah.

24        Q    Was that to help them or to protect you?

25        A    Well, that depends -- all depends on what the

Donny Phillips
October 05, 2023

Page 71

1  situation was on the compound at the time, you never

2  know, you know what I'm saying.  It could be for

3  protection, I guess, if he -- if he'll keep me from

4  getting stabbed or beat to death, yeah.

5      **Q    Who's done that for you?**

6      A    Excuse me?

7      **Q    Who's done that for you?**

8      A    I've got friends all over prison that's --

9  there's many situations that where somebody might say

10  they -- they'll help you and that might be the sole one

11  that will stab you when you're asleep.

12      **Q    In your complaint you allege that on May 7th,**

13  **2021, Sergeant Richardson refused to charge your tablet**

14  **although she charged other inmates.  Do you recall any**

15  **times after 2021 that she did that?**

16      A    She did it quite a few times.  But I -- I

17  reported it as if it was minimal retaliatory acts

18  because she has multiple ways to -- to do things.  So I

19  mean, she knew that I notified -- sent messages to my

20  sister and my sister sent them to my lawyer.  And that I

21  documented her violations.  She knew that I had went on

22  there, on the kiosk when she told me that she wanted me

23  to sign a paper that I had had training for -- to -- as

24  part of a houseman to do certain things, and I told her

25  I can't sign this.

Donny Phillips
October 05, 2023

Page 72

1            And she said, you will or you'll go to

2    confinement.  And I said, well, then I'll go to

3    confinement, but I have a right not to sign this paper

4    if it's not fair -- if it's not true.  And you're

5    telling me to file this false information.  So she went

6    to lunch, and I went to the kiosk and I typed on there.

7    So after that she just tended to make sure that it

8    wasn't charged so I couldn't do that, you know what I'm

9    saying.  Although I could have went on the kiosk and did

10   it, but most of my handy work was done at night and when

11   I could, you know, without less retaliation and stuff

12   like, but...

13        Q    So even without the tablet, you still could

14   access the kiosk to communicate with your sister?

15        A    Yes, ma'am.

16        Q    How would Richardson-Graham know what you were

17   communicating to your sister?

18        A    Sergeant Graham didn't have to know about

19   anything to retaliate, it just come natural for her.

20   She -- she just --

21        Q    Do you think that the Department of

22   Corrections is intentionally interfering with your

23   ability to communicate with your family?

24        A    Yes, ma'am.

25        Q    Why do you think that?

Donny Phillips
October 05, 2023

Page 73

1       A    Because multiple times I'm in conversation
2   with my -- my sister and documented multiple, multiple
3   times that as soon as I get in contact with her, they
4   cut me off, and there's a switch in the officer's
5   station.  And after that you have to wait 30 minutes for
6   that and an hour on the kiosk.  So it's a simple --
7   another act of retaliation.
8       **Q    How do you know that there's a switch in the**
9   **control room?**
10      A    Everybody in -- well, what -- if -- like if
11  they call count, the officer stands up and beats on the
12  window and says, count, get off the phone.  And some
13  guys will try him.  And if you keep trying him, they'll
14  reach over and flip and kill it -- kill it on you so now
15  you...
16      **Q    Does that kill all the phones though?**
17      A    Yes, ma'am.
18      **Q    So then every time you talk to your sister,**
19  **then you think the department is interfering everyone's**
20  **phone call gets cut off?**
21      A    I don't know that.  I don't know that it cuts
22  off every one of them, but I know that -- I know that
23  all the time while my -- while I'm in conversation with
24  my sister, you can hear them taping.  I mean, they -- I
25  can't say I know, but...

Donny Phillips
October 05, 2023

Page 74

1    Q    Okay.

2    A    You don't have to be a rocket scientist to

3    know -- to see it, I mean.

4    Q    Do you think there are federal agents

5    undercover in Suwannee?

6    A    I would like to think so.  For the most part,

7    yes.

8    Q    What makes you think that?

9    A    So many deaths and so -- so much going on so

10   much -- so many violations and so much going on there.

11   It's a very dangerous place.

12   Q    Did you -- do you think you met any of them?

13   A    No, ma'am, not that I -- I don't...

14   Q    At some point did you think that Sergeant

15   Aldridge was going to be terminated or arrested?

16   A    Wanting me arrested?

17   Q    Did you think that Sergeant Aldridge was about

18   to be terminated from her employment or arrested?

19        MR. COOK:  Let me just inquire here, these

20        statements that you are talking about, are they

21        statements that you have in your possession that

22        you haven't turned over to us?

23        MS. STRICKLAND:  They're part of rolling

24        discovery.

25        MR. COOK:  Well, they haven't rolled in yet.

Donny Phillips
October 05, 2023

Page 75

1    I'm going to object.

2        MS. STRICKLAND:  We are working on that

3    actively while I'm not at the office right now.

4        MR. COOK:  Well, obviously you've read things.

5    I'm going to object to anything that we have

6    requested and have not received being --

7        MS. STRICKLAND:  We have an obligation to go

8    through all of it, and it's voluminous, before we

9    can disclose because of confidentiality issues.

10   So --

11       MR. COOK:  I don't know what you're --

12       MS. STRICKLAND:  -- we've been going through

13   it in order to be able to pro -- to produce it for

14   you.

15       MR. COOK:  I don't know what your staffing

16   problems are, but it's quite unfair to ask him

17   about statements that you purport to have in your

18   possession that you haven't shared with us, after

19   we have weeks and weeks ago requested those

20   materials.  So I'm -- I'm just going to object

21   and --

22       MS. STRICKLAND:  It's a matter of one person

23   or two people, one of them me, going through hours

24   and hours and pages and pages, that's not a

25   staffing issue that's an hours in the day issue.

Donny Phillips
October 05, 2023

Page 76

```
1          MR. COOK:  Okay.
2          MS. STRICKLAND:  It's his statements.  He
3      knows he made them.
4          MR. COOK:  Okay.  Well, we may have to have a
5      do-over, but we'll see.  We're just objecting to
6      using those materials when you haven't turned them
7      over to us --
8          MS. STRICKLAND:  Okay.
9          MR. COOK:  -- for whatever reason.
10          MS. STRICKLAND:  I just explained it.
11  BY MS. STRICKLAND:
12      Q    So was there a time you thought that Sergeant
13  Aldridge was going to be arrested?
14      A    Yes.  I -- actually openly making statements
15  that she's killed inmates where she was taught and
16  that's where she was trained at Lake Butler, and she's
17  killed multiple inmates there and she won't hesitate to
18  do it again at Suwan -- at Suwannee, but, yes.
19      Q    She said that?
20      A    That was definitely my hope and prayer that --
21  that anybody that's killing inmates on the house would
22  get caught.
23      Q    So you heard her say that she has done that?
24      A    Yes.  She makes them statements openly in the
25  dorm and lets the inmates know.
```

Donny Phillips
October 05, 2023

Page 77

1      Q      She says that she's killed multiple inmates?

2      A      That -- and she's been trained and killed

3   inmates at Butler for years.

4      Q      Did you at some point think she was going to

5   get terminated?

6      A      I've said that lots of times and will continue

7   to say it.  I actually pray that she gets caught for

8   standing in the window like the day she had Carl Johnson

9   on video come stand up over me and threaten to kill me

10  if I don't stop writing grievances while she stood in

11  the window and smiled at me.  Yes, I -- I really do hope

12  that somebody stops protecting her and she has to pay a

13  price.

14     Q      Did you ever see her engage in any physical

15  violence with any other inmates?

16     A      No, ma'am, I don't think I have.

17     Q      Was she ever --

18     A      Other than --

19     Q      Sorry.

20     A      Other than just, you know, statements, but...

21     Q      Was she ever physically violent with you?

22     A      No, ma'am.

23     Q      Okay.

24     A      Verbal maybe to inmates, you know, stuff like

25  that, just words, but I've never -- there's a lot of

Donny Phillips
October 05, 2023

Page 78

1    blind spots in our prisons today.

2         Q    What about Hawthorne?

3         A    No, ma'am.

4         Q    So the only thing was the threat of

5    confinement the one time?

6         A    And the re -- you know, just refusals to let

7    me shower and letting somebody else shower and chosen

8    inmates, you know, and then me having to clean up in the

9    bathroom sink while guys are on -- right there on the

10   toilet watching me with my washcloth and dealing with

11   serious situations.  That's -- yeah, she's -- she was

12   just the only one that refused me and wouldn't let me

13   get in the shower and clean up and said, you can clean

14   up in the sink.  That was her MO, you now, to...

15        MS. STRICKLAND:  So we have a half hour lunch

16        break.  Do you want to take that now?

17        MR. COOK:  Anytime that seems appropriate.  I

18        don't know --

19        VIDEOGRAPHER:  That's entirely up to y'all.

20        MS. STRICKLAND:  I know they were bringing a

21        tray up for him.

22        MR. COOK:  Uh-huh.  Well, maybe when they

23        bring the tray, we ought to all break off for

24        lunch.

25        MS. STRICKLAND:  Okay.  I don't know if

Donny Phillips
October 05, 2023

Page 79

```
 1        they're going to interrupt or if we should ask them

 2        if they have it or...

 3             MR. COOK:  You want me to do that?

 4             MS. STRICKLAND:  If you don't mind.  I mean I

 5        would, but I'm kind of stuck.

 6             VIDEOGRAPHER:  Do you want to go off the

 7        record real quick?

 8             MS. STRICKLAND:  Yeah, please.

 9             VIDEOGRAPHER:  Okay.  We're now going off the

10        record at 11:31 a.m.

11             (Lunch recess taken.)

12             VIDEOGRAPHER:  Okay.  We are now back on the

13        record at 12:13 p.m.

14   BY MS. STRICKLAND:

15        Q    Okay.  Mr. Phillips, you mentioned that I

16   believe it was Sergeant Aldridge, I believe, who -- is

17   that who went through your legal mail or your mail and

18   took pictures of it?

19        A    Yes, ma'am.

20        Q    Using what?

21        A    Again.

22        Q    What did they -- she use to take the pictures?

23        A    She took the -- another officer found the

24   legal mail and called her.  She took it into the

25   officer's station, and her and the other white shirts
```

Donny Phillips
October 05, 2023

Page 80

1    took pictures of pages out of my legal journal and then

2    later she called me up to the officer's station and

3    asked me why I had her name in my notes.

4         Q    And that was in 2021?

5         A    Yes, ma'am, I think so.

6         Q    When you -- are you allowed to go to the

7    bathroom freely aside from when count is being done?

8         A    Yes, ma'am.

9         Q    Okay.  And how often is count done?

10        A    Ma'am?

11        Q    How often is count done?

12        A    Different times, different year -- different

13   times a year it changes, but like it may be at 12:00,

14   8:00 in the morning, 12:00, 3:00, 4:00.

15        Q    So -- okay.

16        A    So...

17        Q    While you were at Suwannee, and I'm not asking

18   the specific times, how many times a day would they do

19   count?

20        A    Four maybe.

21        Q    Okay.

22        A    Before you get to like 11:00 count, bedtime.

23        Q    And were -- when you were at Suwannee, were

24   other inmates allowed to freely get up and use the

25   bathroom during count?

Page 81

1    A    Certain people swept and clean the dorm during

2    count, and usually they work for the officer.  So they

3    pretty much cleaned the bathrooms, and they're in there

4    supposedly cleaning the bathrooms, and they don't want

5    you in there.  They don't want anybody else in there to

6    give them time to clean the bathrooms during these

7    counts.

8          And then sometimes they'll come out in the

9    dorm and sweep to make that look good, you know, but for

10   the most part the other inmates aren't allowed to get

11   up -- get up off their bunks and go in there.  Now, that

12   might go on for 30, 45 minutes and then all of a sudden

13   they might say recount because they got the count wrong,

14   which happens a lot in DOC, pretty good -- a lot.

15   Sometimes they can go from count to count.

16   **Q    Okay.**

17   A    And it's hard because the rule says you're not

18   supposed to be up during count so there's a fine line

19   there.  Some -- some officers will come in and they'll

20   say -- and most of the time -- now over the years I've

21   found that in these dorms they'll say, one up, one down

22   and they'll allow one person at a time to access the

23   bathroom and -- and if you're lucky enough, you get in

24   that line before somebody else.  If you're in a

25   wheelchair, somebody might butt you about three or four

Donny Phillips
October 05, 2023

Page 82

```
1    times, but you'll eventually get there.  Might be a
2    little late, but it's better than never getting there.
3    So it all depends on what the situation is, you know.
4         Q    So specifically at Suwannee were the men --
5    the people -- I guess the men who were sweeping or
6    mopping, were they housemen also?
7         A    Sometimes.  But for the most part that's the
8    guys that, I hate to say, like work for the officers.
9    They're the ones that get the green light to do whatever
10   they want.  And now when I say that, I say that openly
11   whatever they want to -- to take care of everything
12   else, you know, like run -- more or less like say run
13   the dorm, you know, or whatever for the officers.  And
14   they do their things in their -- some dorms they got
15   what they call -- gosh, what do they call it, something
16   hours for the transgenders and for them to shower.
17        Q    Uh-huh.
18        A    Because they got papers now, you know, I'm
19   sure you know that they -- nobody can be in the shower
20   with them and all kind of crazy stuff going on nowadays.
21        Q    Do you feel like they're treated better than
22   you or differently than you?
23        A    No.  I think that they're allowed to get --
24   and they're only allowed to get in the shower that one
25   time.
```

Donny Phillips
October 05, 2023

Page 83

1      Q    Okay.

2      A    And all of them gets in the shower together,

3   and they don't want nobody to go in there and look at

4   them because they're -- you know, I don't -- but, yeah.

5   You know what I'm saying.  And then they'll say, if you

6   go in there, then that means you went in there looking

7   at them and you're some type of way, you know, and

8   you're going to get a DR.  So if you go in there, even

9   if you got to use the bathroom, you might go -- and if

10  they say don't go to the bathroom and you go, you're

11  going to confinement and naturally that's lot of times I

12  went to confinement --

13     Q    Okay.

14     A    -- got into trouble.

15     Q    When -- you mentioned earlier being put in

16  confinement for trying to establish a relationship with

17  a nurse.  Did -- and I know that your testimony is that

18  you didn't even see the nurse that day.

19     A    Yeah.

20     Q    Did you write any grievances or do any sick

21  call requests or anything using her first name?

22     A    Yes.

23     Q    Were you warned that using her first name

24  could lead to --

25     A    No, not after I --

Donny Phillips
October 05, 2023

Page 84

1        Q     -- discipline?

2        A     -- not after I was warned.  But I think they

3    seen that was a chance though to go ahead because they

4    was upset because I had wrote multiple grievances.  And

5    at Suwannee they're pretty hard -- you write a bunch of

6    grievances, then they're going to call you in and

7    they're going to say, you know, things happen, and...

8        Q     Who is they?

9        A     Example Lieutenant Hale called me in on a

10   stack of grievances and she said, you know, I just want

11   to give you a chance to explain and make sure you're

12   doing the right thing here, you know, stuff like that

13   but...

14          In fact, I did come -- get in touch with my

15   attorney about him and I said I know you called me down

16   here to harass me, and I know you're probably going to

17   put me in confinement and I'm cool with that.  I said,

18   but I am going to exhaust my administrative remedies to

19   the fullest and it's whatever, whatever you want to do,

20   run it.  And he said, no, you're going to go back to the

21   dorm and...

22          Anyway, I have wrote quite a few grievances,

23   so...

24       Q     Did he take any action against you?

25       A     No, ma'am.

Donny Phillips
October 05, 2023

Page 85

1      Q      Okay.

2      A      He -- actually he was pretty professional

3   considering the circumstances.  I know that he wanted to

4   but...

5      Q      How do you know he wanted to?

6      A      Well, because I know -- I had been in that

7   institution I think close to three years, and if you

8   don't have a lawyer and you file a lawsuit at Suwannee,

9   you probably going to get drug and you going to get --

10   it's going -- it's going to be a situation.

11     Q      You said drugged like somebody is going to

12   drug you --

13     A      Like --

14     Q      -- like poison?

15     A      No, like snatch you out of the wheelchair and

16   beat you down and spray you.  Perfect example, they --

17   in confinement while I'm asleep, I'm the only one in the

18   confinement room before I come to be put on the bus and

19   brought here, they would catch me asleep and the

20   officers would come in there and spray me in the face

21   with mace, open the hatch and spray me in the face with

22   mace and run out of the confinement, leave out of

23   confinement.  By the time I get up, I don't know what

24   happened.  And that happened two or three times, you

25   know, that they just feel like he's getting shipped, I'm

Donny Phillips
October 05, 2023

Page 86

1  going to get him, you know, whatever, but...

2     Q     That was during the August 2nd or 3rd --

3     A     Yes, ma'am.

4     Q     -- to August 24th time period?

5     A     Yes, ma'am.

6     Q     And how many times did that happen?

7     A     Three times in that month and then I -- once

8  with a roommate and once with no -- twice with no

9  roommates in there, so...

10     Q     Who was the roommate that was in there when it

11  happened?

12     A     I don't remember his name.  It was a black kid

13  and he was psych and they had him on meds all the time.

14  He was bad about smoking toochie and he'd yell all night

15  and -- so, you know, you never know what they going

16  to --

17     Q     For the record, what is toochie?

18     A     Spice.  The stuff -- I guess that's spice.

19  I'm not sure now.  I'm not sure the difference.  Toochie

20  I'm to understand they spray it with roach spray, real

21  roach spray and they smoke it in there and it's killing

22  them, but anyway.  Yeah.  He was a really crazy person.

23     Q     Have you ever been offered alternative

24  treatment for the incontinence?

25     A     I have.  In fact, in my locker right now an

Donny Phillips
October 05, 2023

Page 87

1    inmate a few days ago, because I've had a flood a couple

2    of days, he gave me a condom catheter, and he said, why

3    don't you try this.  And I said, I will, but that's not

4    going to help me if I mess on myself and sometimes I

5    don't know.

6         **Q    Okay.**

7         A    So but, yes, Nurse Court in our other case for

8    Centurion -- Corizon and Centurion when they took over,

9    Mr. Cook -- I told Mr. Cook that, she asked -- I was in

10   confinement and she opened the flap and refused to give

11   me any diapers.  So she slung the catheter in there on

12   the floor and said, you wrote a grievance on me so

13   catheterize yourself if that's the way you're going

14   to -- you know, in here, so you know.

15        **Q    So I know you said that the times can change**

16   **throughout the year for count.  But once it changes, you**

17   **have the established time like that you're going to have**

18   **going forward until they announce it again, is that**

19   **correct?**

20        A    Yes, ma'am, you are correct.

21        **Q    Okay.  So you have an idea of when counts are**

22   **going to be every day, is that correct?**

23        A    Most of the time, yes, ma'am, pretty close.

24        **Q    Okay.  Do you ever -- I mean, do you try to go**

25   **to the bathroom before you know count is going to start?**

Donny Phillips
October 05, 2023

Page 88

1      A    Yes, ma'am.  And you are correct with your

2    question.  And I can go to the bathroom like that lady

3    when y'all went to eat lunch, the lady said, you want me

4    to take you to use the bathroom?  And I said -- she said

5    I can take you to the chapel.  And I said, there really

6    is no use.  I said, I don't know when I use the

7    bathroom.  I have diapers on.  I said, I don't know, I

8    just go.  I know when I wake up in bed and I'm drowning,

9    you know, but my situation is when it comes, it comes,

10   and I'm on very short notice so that's why I want -- we

11   got the bathroom pass and they was pretty good when I

12   had the bathroom pass.

13     **Q    So when it comes and you have short notice,**

14   **that is for urination and bowel movements?**

15     A    Or either one or one at a time, and I don't

16   know the better -- it's just weird, I just can't.

17   Sometimes my legs will hurt and then -- and I'll get

18   scared.  I'll say I got to go.  But then sometimes I

19   won't know nothing and I'm -- I'm looking down and I'm

20   pouring water out of the wheelchair.

21     **Q    Okay.  Do you ever voluntarily not wear a**

22   **diaper around the dorms?**

23     A    Yes, ma'am, I do.  If I -- if I get out of the

24   shower and everybody is in the evening and everything is

25   relaxed, and I can get to the toilet or what the

Donny Phillips
October 05, 2023

Page 89

1   officers will tell me in the dorm.  And this is part of

2   why I did that, I had sores on my groin, and Mr. Cook

3   was taking pictures of me that I have real bad -- very

4   bad holes on both sides of -- and I was pouring blood in

5   my diapers every day for long -- months.  So I did that

6   and I'd put medicine -- put the A&D ointment that they

7   give me in the -- our preliminary injunction and that

8   would help me.  And it was healing because I was letting

9   it get some air that way, that's -- I had to do that to

10  let it get some air and -- and they was working with me.

11          And they said, listen, about every hour, every

12  other hour just go in there and just sit and that's the

13  way I'd do it and if -- and I'd set there and say I'd

14  have to look to see if I even used the bathroom.  So in

15  a way that helped me in some cases, you know, and that

16  would help a little bit.  But I'd still be stuck with

17  the issues where when I'm in count, and I feel like I'm

18  going on myself, I got to go or I could just set in the

19  urine 'til they clear count.  So either way I was

20  getting stuck, and I messed up because I didn't have no

21  control of -- of holding it.  I couldn't -- I can't hold

22  it.

23          Q    Do you ever --

24          A    Get --

25          Q    I'm sorry.

Donny Phillips
October 05, 2023

Page 90

1        A     Get caught in a center gate and they're not

2    doing any movement, if somebody gets stabbed or it's --

3    something goes down out there, they'll come tell

4    everybody, get down on the ground, get down on the

5    ground, lay down.  I'm like, man, I can't -- please

6    don't make me get -- you know.  I've been lucky in that

7    sense, but 'til you're in one of them -- one of them

8    environments, you don't know how serious it could be.

9    But I've -- I've set many a times right here in the

10   center gate and just peed on myself and then I just --

11   that's just how it is for me.

12       **Q     So if that -- well, I want to back up.  When**

13   **you had the sores on the groin, was that during your**

14   **time at Suwannee?**

15       A     No.  We had gotten the preliminary injunction

16   and that had got well.  But I -- after that I had a hole

17   blow out in my -- in my -- up here in my hip area and my

18   stomach, and then my legs blew out, both legs, and I

19   started dealing with them, but we -- for the most part

20   we -- I was getting everything.  And we had the bathroom

21   pass when I -- when I got to Suwannee, but they took it

22   away from me.

23       **Q     Medical?**

24       A     And said they don't -- we don't have them

25   here.

Donny Phillips
October 05, 2023

Page 91

1    Q    Medical took it away?

2    A    Yes, they -- well, I don't know really.

3  Secure -- the officers took it when I came in on -- and

4  then they took me to confinement.  And then Figueroa

5  told me says, we don't give the pull-up diapers here and

6  we don't -- all this court ordered stuff and -- and the

7  officers in medical told me we don't -- we don't see

8  federal judges in federal courts here.  So I said, what

9  do you mean?  You said, you're not getting any of that.

10   Q    Did you tell them that there was a federal

11  lawsuit?

12   A    Yes, ma'am, and I --

13   Q    Okay.

14   A    -- I showed them the federal court order I

15  even -- I took it to be all right, you know, try to tell

16  them, look, I'm going to tell y'all upfront, please, you

17  know, that way because I felt like it was important that

18  I come forward and tell them.  And he said, you can

19  forget all that.  You don't know where you're at?

20  You're at Suwannee.  I said, what's that mean?  Ain't

21  this DOC still?  Oh, yeah.  He says, we don't care

22  nothing about your federal judge here.

23   Q    And who was that?

24   A    And then Nurse Holmes, I think she's in here,

25  isn't she, yes.  And she stated that they didn't see it

1    there.  And then the HSA -- and they even called the
2    white shirts in and told me that they would put me in
3    confinement.  And I said, I'm just telling her that I
4    need this.  So they told me we're going to go in here
5    and read this federal court order you're talking about,
6    and if it ain't -- if it don't say what you're telling
7    us right now, we're putting you in confinement.  They
8    came out and told me go back to your dorm.
9         Q    So they didn't put you in confinement?
10        A    No.  No, after they read it and seen that I
11   was trying to tell them the truth, but...
12        Q    Could you understand why they might put you in
13   confinement if you were lying to medical staff?
14        A    Yes, ma'am, I do.
15        Q    Okay.  Have you asked for a -- asked for the
16   physician here or the provider here for boots?
17        A    Yes, ma'am.
18        Q    And what did they determine?
19        A    Dr. Figueroa when I put in for the boots, I
20   explained that they had been stolen from me --
21        Q    Uh-huh.
22        A    -- and asked him would he please let me --
23   allow me to get the boots, and he said, I don't know
24   that you can walk.  He said, you can either have the
25   boots or the wheelchair.  And I'm saying, Dr. Figueroa,

Donny Phillips
October 05, 2023

Page 93

1    I already had therapy.

2         Q    Uh-huh.

3         A    When I came here, I walked behind my chair.

4    If you'll just let me so I can stand and just do a

5    little bit, I can get blood circulating in my legs and I

6    can -- and I can deal with this problem a lot better.

7    And he -- and he explained that I filed a lawsuit on him

8    and that I'll never -- and he had already agreed to buy

9    them and the lady was -- I was waiting on the -- I don't

10   know what you would call her in the little office there,

11   to call me in to tell her my size to order them, and I

12   get them.  And then him and Nurse Cannon called me in

13   the room and said, you won't ever get nothing -- no

14   medical treatment here.  You'll never -- I said, okay.

15        Q    So I understand that before you left Suwannee,

16   at some point, they changed your wheelchair pass to be

17   long distance only, is that correct?

18        A    He changed -- Dr. Figueroa changed me for -- I

19   had no prolonged standing for 20 minutes.

20        Q    Does that mean you could stand only for 20

21   minutes or had to be less than --

22        A    Actually if I do -- if I do 20 minutes, I'm --

23   I'm probably going to fall some type of way so but --

24        Q    Okay.

25        A    -- but I would try and I'd try to get better

Donny Phillips
October 05, 2023

Page 94

1    every day do a little something.  As long as I had the

2    boots, I'd try to do something, and that would keep

3    me -- keep blood in my legs anyway where my toes

4    wouldn't turn black where they're threatening to cut my

5    feet or something, yeah, but...

6              Then he changed it to ten minutes.  And then

7    he turned around and took me completely off of -- said

8    I'm no longer ADA, and put me in a non-ADA bunk and

9    moved me to another dorm where I got jumped on.  And

10   actually I don't have no proof that the officer is the

11   one that put the inmate on me just recently, that's why

12   they moved me, because the inmate choked me and tried to

13   flip me out of the wheelchair and because I -- I

14   expressed it to Mr. Cook in front of one of their

15   lawyers.

16        Q    In front of me.

17        A    There you go.  Which I understand you got a

18   job to do, so...

19        Q    Well, I mean, I represent the department and I

20   don't want you to be hurt and they don't want you to be

21   hurt either.

22        A    And I appreciate that.

23        Q    So I have an obligation to --

24        A    And I appreciate that.  I just -- I just

25   really thought that he would have gotten -- gotten

Donny Phillips
October 05, 2023

Page 95

1    something for his evil doings, and he didn't get

2    anything out of it, but...

3        Q    So I under -- so the wheelchair pass had

4    changed.  Once you came back here, you got the

5    wheelchair permanently, right?  It's not --

6        A    No.

7        Q    -- just for long distance?

8        A    No.  Well, not right away.  I -- they -- they

9    took my wheelchair.  They said I was not -- they took me

10   to the -- to the bus and they didn't get -- put me in a

11   wheelchair van.  They took me to a bus, and two officers

12   grabbed me by both shoulders of my shirt and snatched me

13   up out of the chair and drug me on the bus and refused

14   to give me my wheelchair.  And then when I got to Lake

15   Butler, they put in the back seat of the bus and that

16   diesel comes up under the bus and comes up into the back

17   of the buses and there's no windows in the last.  So

18   I -- after about three hours of hyperventilating that, I

19   was completely unconscious almost when they picked me up

20   and carried me off of the bus into the medical, the

21   officers at Butler.

22       Q    Do you think they put you in the back of the

23   bus intentionally?

24       A    Yes.

25       Q    Who do you think made that decision?

Donny Phillips
October 05, 2023

Page 96

1      A     I think Sergeant O'Connors (phonetic) had a
2   lot to do with it.  She's the same one that ordered the
3   inmate to jump on me.
4      Q     **Okay.**
5      A     And I tried to say -- do everything I could to
6   bring it to everybody's attention and nobody wanted to
7   listen to me, so anyway.
8      Q     **Did you file grievances?**
9      A     Yes, ma'am.
10     Q     **About that --**
11     A     I think I --
12     Q     **-- or about Sergeant -- and -- Sergeant**
13   **O'Connor or --**
14     A     Yeah, I think.
15     Q     **-- Connor or Connors involvement?**
16     A     Yes.  But when I was in confinement -- when I
17   was in confinement, I filed the grievances and they was
18   never returned to me.  And then I couldn't get any more
19   grievances and they -- I was shipped.  And then some of
20   my grievances come back, but they were on different
21   issues and they never -- I never returned.
22           Now, that's not to say they might not still
23   come here while I'm here, but as far as the inmate
24   choking me and her placing me in a non-ADA bed beside
25   him I knew he was down with her, you know.  He even came

Donny Phillips
October 05, 2023

Page 97

1    to me and said, listen, I don't want you sleeping beside

2    me.  And if you'll fill out a request and give it to me,

3    I'll hand deliver it to her, and I can talk her into

4    moving you to another A -- non-ADA bed over here.  And

5    my wheelchair wouldn't fit up in between me and his

6    bunks like you're supposed to for ADA, so -- and he got

7    out of his bunk on that side and I had to get out to get

8    in my wheelchair.  And he would move my wheelchair and I

9    couldn't get to my wheelchair, and I'd sit there and pee

10   all over myself.  So anyway we had a disagreement and...

11        **Q    So but --**

12        A    He showed me that he was the better man pretty

13   much.

14        **Q    At that particular point in time, your**

15   **wheelchair pass had been switched to long distance only,**

16   **correct?**

17        A    Yes.

18        **Q    So Dr. Figueroa expected you and believe you**

19   **were able to ambulate throughout the dorm?**

20        A    They told me that I could -- that I'm not

21   allowed to use my wheelchair, even though I have it,

22   only to go to chow.  And that in the dorm that I'm

23   supposed to walk to the bathroom.  And he asked me, can

24   you make it to the bathroom?  And I said, no, sir.  And

25   he goes, if I -- what about if I give you a cane to help

Donny Phillips
October 05, 2023

Page 98

1    you?  I said, no.  I said, I'm going to fall.  I'm going

2    to fall.  I'm going to fall.  Somewhere along the line,

3    I'm just going to fall straight to the concrete and I'm

4    going -- I'm going to get messed up.  And so he gave me

5    the chair, and he didn't give me anything else.  And I

6    just stayed in the chair because I was scared at that

7    point I was going -- that he was going to take the

8    chair -- eventually take my chair if I got out of my

9    chair.  So here I am and praise God the -- the nurse

10   gave me back my chair until I go home.

11        Q    That's here at Columbia?

12        A    Yeah, and...

13        Q    Have you asked them here at Columbia for -- or

14   have you talked to the medical providers here at

15   Columbia about getting the boots?

16        A    Yes.  I told her that I needed the medical

17   wipes, I gave her -- I had a list wrote.  And I said, if

18   you don't mind, can I explain something to you?  And I

19   even had my old pass -- my old pass, and I said I need

20   these things, these -- this is stuff I got when I came

21   here.  She said, you don't need none of that no more.

22   Your condition don't show you need them and all that.

23   And I'm like, what do you mean?  I'm just -- I've had

24   this stuff for years I said to -- so I said -- so she

25   says, nope, you don't get that no more, so...

Donny Phillips
October 05, 2023

Page 99

1    Q    So they won't give you boots at Columbia

2    either?

3    A    Not at this point.  I haven't, you know, they

4    haven't considered it.

5    Q    Do you --

6    A    It's hard to get stuff.  Here is -- here is

7    worse -- it's harder here than at Suwannee.  Suwannee

8    was bad, but they'll tell you here, they'll say you only

9    think Suwannee was bad, it's really bad at...

10    Q    You're talking about the medical care?

11    A    I'm talking about all over.

12    Q    Okay.

13    A    The guards here says they don't even want to

14    work here.

15    Q    Okay.

16    A    I mean it's bad.

17    Q    Have you told any of the security staff here

18    about your lawsuits?

19    A    No, ma'am, I don't think I have.  But they're

20    pretty smart they're not -- I mean, when you go to legal

21    mail, you know, all the time and you -- you try to --

22    well, for instance, I explained to Mr. Cook the other

23    day --

24    Q    I'm not -- we don't -- no conversations

25    between the two of you.

Donny Phillips
October 05, 2023

Page 100

1          MR. COOK:  Thank you.

2      A    He didn't -- I can't get an informal

3  grievance.  Never seen one since I've been on this

4  compound.

5  BY MS. STRICKLAND:

6      Q    Okay.

7      A    So I got one -- got some mailed to me through

8  legal mail.  So she warned me that she ain't going to

9  tell me -- she -- she said I'm warning you, don't do

10  this again.  This is not legal mail.  So she confiscated

11  them.  So now I'm still without the -- but I'm working

12  on that, you know, it's...

13      Q    How did you have an old pass to show them?

14  Because I thought you had said that Cannon or Figueroa

15  they took your passes away?

16      A    They did.  They con -- she said do you have

17  your medical passes in the ADA meeting?

18      Q    Right.

19      A    I said, yes, ma'am, I do.  She said, can you

20  give them to me -- can I see them?  And I said, yes,

21  ma'am.  She set them over there, and I said, am I going

22  to get those back?  And she says, no, they're expired.

23  And I said, no, they're not.  And she said, yeah,

24  they're -- all -- all your passes expired.  But I had

25  one that they had laminated that had everything on it

Donny Phillips
October 05, 2023

Page 101

1  that medical gives -- give to me and it -- she was only

2  addressing -- you know, she's focused on that one.  But

3  I had those same passes all written in one that was --

4  so -- and that's the -- and I tried to offer that to the

5  medical here now and they said, no, we don't want that.

6  Huh-uh, don't show us that.

7       Q    Okay.

8       A    I'm like, well.

9       Q    Did -- so when the -- she said the passes were

10  expired, I guess was the intention they were going to

11  write you new passes?

12       A    She did tell me that.  She said, we're going

13  to write your new passes, and you can pick them up in

14  the medical window.  So I said, cool.  Thank you, you

15  know, and I left.  Never got -- I never got the new

16  passes -- oh, I got the passes, but when I went back to

17  the dorm from the ADA meeting, I dug through my stuff

18  and got my -- my copies out of the passes and I looked

19  at them and I said, these passes hasn't expired.  I

20  said, that's crazy.  So when I got my pass -- other

21  passes back, with the exceptions of the ones they wanted

22  to discontinue, they gave me the same dates that was on

23  the other passes.  They just rewrote them on a different

24  thing to show that, so...

25       Q    Did any of -- did Richardson, Aldridge or

Donny Phillips
October 05, 2023

Page 102

1    Hawthorne ever prevent you from going to medical to pick
2    up the new passes?
3         A    No, not these new passes.
4         Q    Okay.  That's my question.
5         A    They just supplies, just supplies they
6    blocked.
7         Q    Okay.  Did -- do you ever get up in -- in the
8    night to go use the bathroom because you have to pee or
9    something?
10        A    Yes, ma'am.
11        Q    Okay.  So you can tell sometimes?
12        A    Well, somewhat.  Like if I wake up at night
13   and I look at my clock and it's 2:00, then I lay there
14   and try to go back to sleep, and I can't go back to
15   sleep so I got to get up and go sit on the toilet.
16        Q    Okay.
17        A    And most of the time I -- I'll start to get up
18   or something and I'll check, I'll look, and I'm just
19   pouring.  I have no idea, but...
20             And so I get paranoid if I wake up any time
21   during the night, and I do it two or three times a
22   night, and I just go in there and sit on the toilet.
23   And luckily that buys me a couple more hours and gets me
24   closer and that's the habit I've gotten into to try to
25   help me.  And sometimes I don't wake up and -- and I

Donny Phillips
October 05, 2023

Page 103

1   just I got -- usually there's a couple of good guys

2   around that will offer to help me somewhat.

3       **Q      We've talked about mobility.  Do you have any**

4   **auditory or hearing disabilities?**

5       A    Yes, ma'am.  What is auditory?  What are

6   you --

7       **Q      Hearing.  Do you have any hearing --**

8       A    Yes, ma'am.  I've already expressed it because

9   I wanted to get the ADA watch.  Because in the mornings

10  when they call and they say -- they holler chow, they --

11  everybody jumps up, supposed to go in there and brush

12  your teeth before you get in the foyer, about three

13  quarters or 90 percent of the dorm run in there, so...

14        By the time they call that and they open the

15  doors, they're gone.  And when I had a vibrating watch,

16  I woke up on time.  It would vibrate early, and I could

17  go in there and clean up in the mornings and I'd usually

18  get me a cup of coffee, wake up, clean up, change

19  diapers, brush my teeth, clean my face.  And then if I

20  wanted to go to chow, which a lot of times I didn't,

21  because I was in fear because it's dark early in the

22  mornings and that's when, you know, that's when the hits

23  go down and crazy stuff happens, so most of the time I

24  chose not to or didn't have a pusher at that time, you

25  know, different circumstances.

Donny Phillips
October 05, 2023

Page 104

1    Q    So how did you -- so you did have a vibrating
2    watch at some point.  How did you get that?
3         A    I actually got it off the compound from
4    another inmate because I needed it.  And when I got
5    locked up in confinement, the day that they said I had
6    the relationship with the nurse, I was in the ADA shower
7    and the officer come in there and my watch was in my
8    drawer -- in my locker, and I had had it for a couple of
9    years.  So when I got out of the shower, I come and got
10   dressed real quick and I didn't open my locker because
11   they said the captain is mad and he sounds like he's a
12   little bit pissed so you better get over there quick.
13   So I tried -- I had to find somebody that would give me
14   a ride because I didn't have no assigned pusher.  So I
15   left the watch in there.  So one of the inmates told the
16   officer, I forget what his name is, anyway, Ratew
17   (phonetic), Officer Ratew at Suwannee, said he's got his
18   watch in there.  He don't want to lose his watch.
19             So when I go over there to the captain, he
20   says you been up there at medical today trying to start
21   a relationship with these nurses.
22        Q    Okay.
23        A    And that's where -- and then they packed my
24   property and I lost my watch.
25        Q    So is it -- that was -- and you said that was

Donny Phillips
October 05, 2023

Page 105

1    an ADA watch that you got from another inmate?

2         A    Yes, ma'am.  Truthfully, yes, ma'am.

3         Q    Are you allowed, when you're in custody of

4    DOC, to have somebody else's ADA issued device?

5         A    I would say, no, I mean, to be truthful I

6    would say, no.

7         Q    So do you think possibly when your watch went

8    missing it's because they figured out you weren't

9    approved to have an ADA watch?

10        A    No, ma'am, and I'd like to explain that to

11   you -- this to you.

12        Q    Sure.

13        A    He put everything in the back hallway,

14   including my diapers, my medical wipes, and everything,

15   and my tablet, everything.  So the inmate went up there,

16   and he made contact with Officer Ratew and said, please,

17   don't let him lose his watch and make sure his property

18   is secure.  And he said, I am.  So when I get my

19   property, they -- they let me out of confinement because

20   I told the captain, pull the video and you'll see I've

21   been in the dorm all day.  I've never come in contact

22   with a nurse.  And he found that to be true, I guess,

23   and they let me out.

24              When I went to get my supplies in the property

25   room, Conover (phonetic), the one that put me in a

Donny Phillips
October 05, 2023

Page 106

1    different bed, they had tore up a bunch of my legal

2    mail.  Well, I say they, it was tore up, and my

3    property -- all my legal papers was ripped up and tore

4    up and my watch wasn't there.  So the property room

5    officer says, Phillips -- I said, am I going to have to

6    go back and write this up about my watch?  And he said,

7    listen, Monday come in here, I got a drawer back here

8    full of watches.  You can just pick one out, that way we

9    won't have to go through this.  So Monday I come up

10   there, and by then they had called medical and checked

11   to see if I was -- had the ADA watch.

12        **Q    Do you know that they called medical and**

13   **checked that?**

14        A    Well, that was -- yeah, they -- well, they

15   told me they had checked and that I was a -- that I

16   hadn't been approved to have the ADA watch therefore --

17   and then he said, but I got you one of these and he --

18   these is the ones they pull -- that they order on the

19   canteen, they're 4.99, and all the black was scraped off

20   of it with a knife.  And -- and he said and I even put

21   your D.C. number on the back of it so you won't have

22   to...

23            And I had ordered -- I had already ordered me

24   this one.  So I said, no, thank you.  I want my -- my

25   regular watch back, the one that y'all lost.  And he

Donny Phillips
October 05, 2023

Page 107

1    said, you're not -- you're not cleared to have that

2    watch -- that kind of watch, so I'm going to give you

3    this one.  And I said I'm not taking it, so anyway --

4         Q    So --

5         A    -- that just load fuel on the fire and...

6         Q    -- would you agree that when inmates are in

7    possession of what's essentially contraband, because

8    it's not --

9              MR. COOK:  I'm going to object --

10   BY MS. STRICKLAND:

11        Q    -- doesn't belong to them --

12             MR. COOK:  I'm going to object to the

13   question.

14             MS. STRICKLAND:  I haven't even finished it.

15   BY MS. STRICKLAND:

16        Q    -- then it is not uncommon for the department

17   to --

18        A    Confiscate.

19        Q    -- take that?

20             MR. COOK:  Objection.  You're not under oath.

21   Don't testify.

22             MS. STRICKLAND:  It's not -- I'm not

23   testifying.

24             MR. COOK:  Don't testify.

25             MS. STRICKLAND:  I'm not testifying.  And

Donny Phillips
October 05, 2023

Page 108

1        we're not doing speaking objections like this.

2              MR. COOK:  Yes, we are.

3              MS. STRICKLAND:  Or we'll suspend.

4    BY MS. STRICKLAND:

5        Q    Would you agree with that?

6        A    I would agree that it was a possibility, yes.

7    And when we were at property and were telling me about

8    my watch, the inmate that told the officer was with me

9    pushing me.  And he told the sergeant about the watch.

10   And he called the officer to property, and he goes

11   here's his property, where's this inmate's watch?  And

12   he said, I don't know.  It was there.  I packed it in

13   the property.

14       Q    Who -- what's the name of that inmate?

15       A    I have it, but I just don't -- can't remember

16   it.

17       Q    Is he the same one that was pushing you when I

18   was there?  He had a tattoo like on the back of his

19   head?

20       A    Untamed on the back of his head -- that --

21   yes.

22       Q    Okay.

23       A    Now -- and I have his name, I just don't have

24   it with me here today, but...

25       Q    Okay.

Donny Phillips
October 05, 2023

Page 109

 1     A    But the officer agreed that he put it in my

 2   property, but it's gone so and that's -- at that point

 3   right there, we was just -- that's -- that was it.

 4     **Q    Have you ever requested to do like a hearing**

 5   **test to see if you qualify for the ADA watch?**

 6     A    Yes, ma'am, and --

 7     **Q    Did you do that while you were at Suwannee?**

 8     A    Yes, ma'am.  And they -- they keep telling me

 9   to watch for the call-out, so I kept waiting and so now

10   I'm still trying to get the watch here.

11     **Q    How did you make that request at Suwannee?**

12     A    How did I what?

13     **Q    How did you make that request for the hearing**

14   **test or evaluation to see if you qualified for the ADA**

15   **watch, was it in writing or on paper?**

16     A    Yes.

17     **Q    Well, that's the same thing.**

18     A    It's like an accommodations request.

19     **Q    Okay.**

20     A    And you do that if you're ADA.  They got lots

21   of different things you could put in for.

22     **Q    Okay.  Is the vibrating watch for auditory**

23   **issues or vision issues?**

24     A    Actually I think it could be for both because

25   it's large and I have a key lock for my eyesight, I

Donny Phillips
October 05, 2023

Page 110

1  can't see very good so I've been given -- I've had the

2  key lock for -- for years.  So they was nice enough to

3  give me the key lock when I got here, but I -- they

4  forgot to give me the key to go with it.  So now I got a

5  lock down there in my locker without a key lock.  You

6  know, that's another thing that's the way it goes down

7  so, but I --

8      Q    Do you think they did that to you

9  intentionally?

10     A    Yes, ma'am, I do.  I -- yes, ma'am.

11     Q    Who do you think did that intentionally?

12     A    The sergeant in the property room and Sergeant

13  O'Connors and the -- I forget what his name is that's

14  running Suwannee property room, the ones that had me

15  moved to that bunk that had -- that there was that --

16  their inmate choked me.

17     Q    So do you know whether or not the Department

18  of Corrections made any changes in their policies

19  regarding who could be assigned to an ADA bunk while you

20  were at Suwannee?

21     A    Do I know whether the Department of

22  Corrections should make changes?

23     Q    Do you know if they did make any changes while

24  you were at Suwannee that changed who could be assigned

25  to an ADA bunk?

Donny Phillips
October 05, 2023

Page 111

```
 1      A    No, ma'am, I don't.  Only thing I was told is
 2   that they said that Dr. Figueroa and them said because
 3   they've come up -- like they have certain places where
 4   you fall in a -- you're P3 and P2 and all -- if you
 5   understand what I'm saying, and they said, well, you
 6   fall in one all by yourself so that's what...
 7      Q    Do you recall other people in your dorm being
 8   moved to different beds around the same time?
 9      A    No, ma'am, I don't.  But they said that, but I
10   never seen it happen.
11      Q    And the -- to be clear, do you recall other
12   disabled inmates being moved to different bunks around
13   the time that you were moved to the non-ADA bunk?
14      A    No, ma'am.
15      Q    You believe that Sergeant Conover is the one
16   who made the decision, and she did that out of -- and --
17   as a means of retaliating against you?
18      A    My sister called Sergeant Conover --
19      Q    I'm asking a yes or no question.
20      A    What is it?
21      Q    You believe that Sergeant Conover made the
22   decision to put you in the non-ADA bunk, and she did it
23   as an act of retaliation?
24      A    Yes, ma'am.
25      Q    Okay.  And if you need to explain the part
```

Donny Phillips
October 05, 2023

Page 112

 1    about your sister, you can do that.  I just wanted to

 2    get the yes or the no first.

 3         A    Yes, ma'am, I apologize.

 4         Q    That's okay.  I'm going to show you a

 5    document, which I will mark as Exhibit 4.

 6              (Defense Exhibit No. 4 marked for

 7         identification.)

 8    BY MS. STRICKLAND:

 9         Q    And ask you if you're familiar with that one?

10         A    Yes, ma'am.

11         Q    Can you tell me what that is?

12         A    It's the settlement agreement disability

13    against Florida -- case against Florida Department of

14    Corrections.

15         Q    And are -- have you had a chance to read that

16    before today?

17         A    Yes, ma'am.

18         Q    Okay.  And that actually -- is that usually

19    available in the library or the law library at the

20    prisons?

21         A    At Suwannee Correctional Institution in the

22    law library they were told by -- now, of course, this is

23    hearsay, law clerks that tells everybody, that

24    officials, correctional staff told them that they are

25    not to allow ADA inmates to have a copy of the

Donny Phillips
October 05, 2023

Page 113

1    settlement agreement.  So when I had mine, I laid it on

2    my bed and was doing my regular law work and they stole

3    it off my bed.  And it went missing right off my bed

4    when I went to the restroom.  So I called my attorney

5    and said --

6          **Q     No.**

7          A     Yeah.

8          **Q     Don't tell me what you told him.**

9          A     Okay.  Anyway, I ended up getting me another

10   one.

11         **Q     Okay.  So the law clerks are they fellow**

12   **inmates or are they corrections employees?**

13         A     Yes, ma'am, they're fellow inmates.

14         **Q     Okay.  And did they tell you who said they're**

15   **not supposed to give it out?**

16         A     They said -- I'm not sure whether they said

17   the warden or somebody, but it was high up officials,

18   you know, officers that told the person that works in

19   the law library do not allow them to have it.

20         **Q     So in that settlement, would you agree that an**

21   **approved medical device would be a wheelchair?**

22         A     Yes, ma'am, I would think.

23         **Q     You believe that you are a covered inmate**

24   **under this agreement?**

25         A     Yes, ma'am.

Donny Phillips
October 05, 2023

Page 114

1       Q    Okay.  Have you made any complaints following

2    the complaint procedure in paragraph ten on page three?

3       A    Have I filed a complaint concerning...

4       Q    On page three in paragraph ten it describes

5    the complaint procedures.  I'm asking have you followed

6    complaints pursuant to -- or filed -- I'm sorry, if you

7    made complaints pursuant to that?

8       A    Concerning my wheelchair or any accommodation?

9       Q    Anything.

10      A    Yes, ma'am, I -- first they tell you sick call

11   I mean.

12      Q    Okay.

13      A    And --

14      Q    Go ahead.

15      A    And that takes they'll tell you anywhere from

16   three to five weeks.  Then they tell me they lost it

17   most of the time.  And ADA meetings that you're

18   absolutely dead there too.  They -- that's a waste of

19   time pretty much, they don't want -- they told me in the

20   ADA meeting we're here to do paperwork, not to help you

21   do anything, you know, to -- so it's hard to get stuff

22   done.

23      Q    Who told you that?

24      A    Nurse Cannon and another woman that I don't

25   know her name that's a medical nurse there.  They said

Donny Phillips
October 05, 2023

Page 115

1    we -- we're here to do paperwork.  We're not here to

2    give you or do for you.  They only wheeled me around the

3    one time for the emergency because my leg was so bad at

4    the time.

5         **Q    Have you ever delayed -- strike that.**

6              **Have you ever ignored suggestions for you to**

7    **declare a medical emergency based on the condition of**

8    **your leg?**

9         A    No, ma'am.  But I've been told I did by Nurse

10   Cannon when that was not a true -- a true statement.

11        **Q    Okay.**

12        A    And that was during an ADA meeting.  She said,

13   but didn't I tell you?  And I said, no, ma'am, you

14   didn't.  That's why I'm here showing you my leg today.

15   I need help.

16        **Q    So under the agreement, an approved medical**

17   **device says is a clinically indicated device,**

18   **modification or service that's approved by health**

19   **services after an individual assessment.**

20              **Are there any other accommodations that do not**

21   **require an individual assessment that you believe is**

22   **part of this lawsuit you were denied?**

23        A    Let me see if I can find out what I need to --

24   on page 11 it says that -- I understand the part about

25   compelling security.  Okay.  Go to page 12, a covered

Donny Phillips
October 05, 2023

Page 116

1    inmate will not lose his or her passes or approved

2    accommodations or approved medical devices solely

3    because they were transferred to another faculty.

4            MR. COOK:  Facility?

5       A    Yeah, facility.  I'm sorry.  Covered inmates

6    will be allowed to keep their approved accommodations or

7    approved medical devices and special housing absent a

8    documented compelling security concern.  Now, my

9    argument is all my passes, my -- everything that they

10   take from me, for years, you know what I'm saying, I

11   don't have a wreck or anything, but now all of a sudden

12   you take them, confiscate everything and do this, and

13   the settlement agreement clearly states that I got

14   transferred to another facility, why would you do -- why

15   would you take them?  Especially when a doctor is

16   qualified in that field prescribed the things to me.

17      **Q    We're talking about the medical passes while**

18   **you were at Suwannee?**

19      A    Yeah, at Suwannee too.  They --

20      **Q    Okay.  So those were taken away I thought**

21   **though before you left Suwannee?**

22      A    They was at Suwannee and now they don't give

23   them back here.  But I'm just making a point that --

24      **Q    So --**

25      A    -- you're not supposed to ever be taken.  Once

Donny Phillips
October 05, 2023

Page 117

1    you're a covered inmate and you have a pass and they --

2    and they can't fail to renew it.  I think that's on the

3    other page here, if you don't mind looking back, it says

4    they have -- they cannot refuse to rewrite that pass.

5    And I'd also like to bring up a point, if you don't mind

6    to you, the OHS?

7         Q    Uh-huh.

8         A    Disability rights sends letters to all the

9    disability people and says in no way are we affiliated

10   with Department of Corrections.  They make the OHS, the

11   doctors at every institution.  You know why, where they

12   can take away and give at a whim anything they want.  So

13   they make them -- that's a conflict of interest.  I'm

14   just saying what I'm saying is -- if you got a case, if

15   I'm an ADA inmate, Dr. Figueroa goes, oh, well, now

16   you're not ADA, put him in a non-ADA bunk --

17        Q    So --

18        A    -- because he's HS -- OHS at Suwannee

19   Correctional.

20        Q    I'm going to redirect you back --

21        A    That's a conflict.

22        Q    -- to paragraph 46 on page 11 where it says

23   that passes for inmates with permanent disabilities

24   and/or inmates with significant permanent ambulatory

25   instability that are classified as P2 will be issued

Donny Phillips
October 05, 2023

Page 118

1    permanently absent a documented compelling security

2    reason or documented health determination that would

3    render a permanent pass not clinically indicated.

4        A    Right.

5        Q    So when Dr. Figueroa determined --

6        A    Says now it's not --

7        Q    -- that you were -- it's not clinically

8    indicated, then they're not violating this agreement --

9        A    Why sure.

10       Q    -- by taking the pass away, right?

11       A    Sure.

12            MR. COOK:  Objection, argumentative.

13       A    Legally for me just to -- because he's a

14   defendant in my lawsuit he says, here, let's give him

15   the power to take it away from you then.  So now you

16   can't address the issue that you don't have it anymore

17   because he retaliatory in a manner -- now you also said

18   in there though about them being permanent.  I came to

19   prison with a permanent wheelchair.

20       Q    I understand.  And the --

21       A    Yeah.  And they took the wheelchair and drug

22   me on a bus because I was supposed to go on the ADA bus,

23   drug me off.  The next morning drug me back on another

24   bus, brought me here to Columbia, drug me off again and

25   told me that there's no documentation anywhere that

Donny Phillips
October 05, 2023

Page 119

1    shows my AD -- I'm ADA or never been hurt.

2        Q    Who told you that?

3        A    The doctor in -- in Columbia here.

4        Q    Okay.

5        A    So I -- and just so happen to be the legal

6    mail lady had brought me my legal mail because I

7    couldn't get from medical down to the inside, the center

8    gate to get my legal mail, so she comes in the medical

9    and goes, Phillips, sign for this, this is your legal

10   mail from your lawyer and it was these papers that we

11   have here.  So they call -- she -- so I call -- go back

12   in to see the doctor and I said this proves to you right

13   here, this should tell you what you need to know.  Now I

14   got my wheelchair 'til I go home.  But yet somebody

15   wiped all my medical records clean and drug me on a --

16   had me drug on a bus.

17       Q    And who do you think was responsible for you

18   being drug on the bus and not having a -- the wheelchair

19   transport?

20       A    Ma'am, I really don't know, but I'm just

21   saying.

22       Q    Is everybody in the Department of Corrections

23   against you?

24       A    No.  No.

25       Q    Or out to get you?

Donny Phillips
October 05, 2023

Page 120

```
 1      A    No, there's a lot of officers that's really
 2  good to me --
 3      Q    Okay.
 4      A    -- that's good people.  And there's some good
 5  nurses too.  And trust me there's a lot of them that's
 6  been real -- out of their way real good to me, but...
 7      Q    What do you intend to -- well, I know you said
 8  you intend to fish.  Where do you intend to live when
 9  you're released?
10           MR. COOK:  Object to form.
11      A    I'm fixing to say, I'm scared to tell you.
12  I'm...
13  BY MS. STRICKLAND:
14      Q    I'm not asking for a specific address.
15      A    Somewhere safe, I hope.
16      Q    Okay.  Do you plan to live alone?
17           MR. COOK:  Object to form.
18      A    No.  No.
19  BY MS. STRICKLAND:
20      Q    Okay.  Do you own any property --
21           MR. COOK:  Object to form.
22  BY MS. STRICKLAND:
23      Q    -- that you would live on?
24      A    Yes, ma'am.
25      Q    Okay.  Do you have a house on that property?
```

Donny Phillips
October 05, 2023

Page 121

```
 1              MR. COOK:  Object to form.
 2   BY MS. STRICKLAND:
 3        Q    Okay.
 4        A    Yes, ma'am.
 5        Q    Do you intend to drive when you are released
 6   from prison?
 7              MR. COOK:  Object to form.
 8        A    I don't think so.  I don't think I -- that all
 9   depends.  If they got -- if they -- my sister and
10   brother tell me I can do it -- I can drive.
11   BY MS. STRICKLAND:
12        Q    You're indicating like with manual hand
13   controls?
14        A    Yes, ma'am.
15        Q    Okay.
16        A    With disability equipment maybe.
17        Q    Okay.  Do you believe the Department of
18   Corrections owes you money for -- because you've been in
19   custody for so long?
20        A    No, ma'am.
21              MR. COOK:  Object to form.
22        A    For that reason only, no.
23   BY MS. STRICKLAND:
24        Q    Have you ever requested like a grab bar or a
25   shower seat or anything as an accommodation?
```

Donny Phillips
October 05, 2023

Page 122

1      A    I mean, written asking in a request, no,

2   ma'am, because we always have them on the ADA toilets we

3   have them.  Most of the time they make sure that the

4   grab bars and all is there.

5      **Q    And that would be where the privacy screen**

6   **usually goes?**

7      A    Well, the privacy screen is in some of them,

8   but not at this prison.

9      **Q    Okay.  I got to focus on Suwannee.**

10     A    You can move them -- okay.  Well, Suwannee

11   they're PVC --

12     **Q    Okay.**

13     A    -- and they got a canvas like thing sewn on

14   them and they only last so long because the inmates, if

15   there's an issue, they break them -- break the PVC and

16   use them as shanks and they stab you -- stabbed each

17   other with them and they -- it can get really crazy.  So

18   when they break them, they have to repair them, and then

19   they -- and they got replacements made, brand new ones,

20   and they'll bring them and replace them and repair them

21   and things like that.

22         VIDEOGRAPHER:  Sorry.  That time I choked on

23      my own spit.  I'm so sorry.

24         MS. STRICKLAND:  I think we've all been there.

25         VIDEOGRAPHER:  Yeah.  It's not intentional.

Donny Phillips
October 05, 2023

Page 123

1   BY MS. STRICKLAND:

2       Q    Is there any other conduct by Richardson,

3   Aldridge or Hawthorne that we have not discussed today

4   that happened at Suwannee that you believe was

5   retaliation?

6       A    No -- no, ma'am, not that I can think of right

7   off, I mean...

8       Q    Do you intend to file another lawsuit against

9   the Department of Corrections based on anything that

10  transpired at Suwannee after this one?

11      A    Yes, ma'am.

12      Q    What is that lawsuit going to be based on?

13      A    Multiple violations, more violations.

14      Q    Okay.  Of what?

15      A    Refusals.  Same...

16      Q    Who do you intend to sue?  Are there

17  individuals?

18      A    Yes, ma'am.

19      Q    Which individuals?

20      A    Oh, man.

21          MR. COOK:  I'm going to object to that

22      question.

23      A    I would have to give you a list of -- I got to

24  answer it?

25          MR. COOK:  He may -- he may want legal advice

Donny Phillips
October 05, 2023

Page 124

1      on that.

2           A      Yes, I was going to say.

3    BY MS. STRICKLAND:

4           Q      He objected.  You can answer.

5           A      Lots of officers.  Everybody in the property

6    room.  Every -- I forget what their name is, I dorm

7    officers.  Ratew -- I've -- you know, for him refusing

8    to give me my diapers and -- and put my stuff in the

9    hall -- back in the hallway and let inmates go back in

10   there and go in my stuff for days.

11          Q      Did you see that happen?

12          A      No, ma'am.  But he admitted it to -- to the

13   property room officer right in front of me and to -- and

14   he -- and he even came to me one on one with another

15   inmate there and apologized, and he said he made a

16   mistake doing that, and asked me to please not add him

17   into the lawsuit.

18          Q      That was Ratew?

19          A      Yes, ma'am.

20          Q      The grievances that you have filed during your

21   time at Suwannee, were they all medical grievances?

22          A      On medical?

23          Q      Yes.

24          A      No, ma'am.

25          Q      What grievances did you file at Suwannee that

Donny Phillips
October 05, 2023

Page 125

1   were not medical?

2       A    I wouldn't know how to answer that.  I mean,

3   lots of -- lots of grievances I've...

4       Q    **Are we -- you talking about informal and -- or**

5   **formal and informal combined?  And I should have made my**

6   **question clearer, I apologize.**

7       A    I follow -- I exhausted my administrative

8   remedies all the way to Tallahassee on -- I don't know

9   what her name is.  I can't think of her dern name.  She

10  took the privacy screen completely out of the bathroom,

11  out of the whole dorm, and told us that if she ever seen

12  another one in her dorm, she would personally set it on

13  fire.  And multiple inmates in the dorm wrote her up for

14  that.  And she's -- and I can't remember her name.

15  Mustang Sarge is what they call her, but that's her

16  nickname they call her.  She's very old.  And they got

17  another lady that works with her that I just can't

18  remember their name, but I can't -- I'm sorry, I just

19  got bad --

20          VIDEOGRAPHER:  I need to stop you again to

21      change the tape and the battery in like five

22      minutes.

23          MS. STRICKLAND:  Do you want to just do it

24      now?

25          VIDEOGRAPHER:  If you -- if it's good for you.

Donny Phillips
October 05, 2023

Page 126

```
 1              MS. STRICKLAND:  That's fine.
 2              VIDEOGRAPHER:  Okay.  We are now going off
 3         record at 1:21 p.m.
 4              (Brief recess taken.)
 5              VIDEOGRAPHER:  Okay.  We are now back on the
 6         record at 1:24 p.m.
 7    BY MS. STRICKLAND:
 8         Q    Okay.  Mr. Phillips, we were just talking
 9    about some grievances that you filed that were not
10    medical.  And you mentioned a security grievance I
11    believe against Officer Pelke (phonetic), is that the
12    name you're looking for?
13         A    Yes, she's --
14         Q    With the ADA shower or the privacy screen?
15         A    No.
16         Q    Would it be Sergeant Hoffman?
17         A    Miss -- Officer Pelke I went down for wound
18    care and she had a list on the door, and she said if
19    your name ain't on this list, go back to your dorm.  So
20    since Dr. Figueroa told me be here and come for wound
21    care today.  So when I went in there, I tried to explain
22    to her and she wouldn't want to hear it.  And I said, I
23    need to tell you.  She said, is your name on the list?
24    I said, no, ma'am.  She said, go back to your dorm.  I
25    said, can I explain?  And she said, is your name on
```

Donny Phillips
October 05, 2023

Page 127

1    the -- yes, ma'am.  So she refused me wound care that he

2    ordered for me -- prescribed for me.  So and that's on

3    her but officer -- sergeant -- I don't know if she's a

4    sergeant, Carpenter.

5         Q    Okay.

6         A    And that's one of them that I can remember.

7    Ratew, Carpenter, Pelke, Barnhill, Sergeant Barnhill.

8         Q    What did Sergeant Barnhill do?

9         A    Refused -- while I was in confinement,

10   refused -- and I wrote him -- and I just recently got

11   that one back from Tallahassee where he said he -- he

12   refused to charge my tablet at all while I was in

13   confinement.  And he was upset at me because I was out

14   in the podium on the rec yard one day, and I was sharing

15   with a guy legal work, and he said that if we pulled out

16   any legal work and he seen anybody doing any legal work,

17   he was going to confiscate my -- all my legal papers and

18   con -- he was going to take every one of my legal

19   stuff --

20        Q    Are you --

21        A    -- and confiscate it.

22        Q    -- allowed to exchange legal work out on the

23   yard?

24        A    I thought so.  Everybody always talks about

25   legal work, but...

Donny Phillips
October 05, 2023

Page 128

1      Q    Okay.  But are you allowed to exchange
2    paperwork and share paperwork on the yard?
3      A    I would think.
4      Q    Have you seen other people do it?
5      A    I mean, we do it all over the compound.  We do
6    it in the dorm all day long and do legal work and...
7      Q    I mean --
8      A    I would think.  I never in the 14 years -- 13
9    years, 14 years that I've been in prison right now and
10   I've never heard of it before.
11     Q    Did you take legal work out on the yard
12   previously?
13     A    Yes, ma'am.  I've always -- I've -- I -- I
14   make it a -- make it a part of my -- because of my
15   disabilities to keep up on the law, you know, so...
16     Q    Was the other inmate you were sharing with
17   also disabled?
18     A    Yes, ma'am.  And other inmates that aren't
19   disabled, I mean that -- but...
20     Q    Okay.
21     A    He may have been in a bad mood that day.
22   Usually he's pretty good but anyway we -- so after that
23   we started having issues, and I would have to -- I've
24   not asked about him, but I...
25     Q    I'm not asking -- I don't want to know any --

Donny Phillips
October 05, 2023

Page 129

```
 1      A    I mean I'm not -- I'm just saying --
 2      Q    Okay.
 3      A    -- I haven't pursued that, but he is one that
 4   I am definitely seeking on.
 5      Q    If you don't have a bathroom or ADA shower
 6   pass, does security have to let you go to the shower or
 7   the bathroom?
 8      A    No, ma'am.
 9      Q    And only medical can give you those passes,
10   right?
11      A    Yes, they can.  But that's one of the bigger
12   reasons we -- I feel that we went for the preliminary
13   injunction to try to allow me -- I was at Northwest
14   Florida Reception Center and it cleared count, and I was
15   in bad shape, and I rode back to the back stall and got
16   on the ADA toilet, and an officer walked in the back
17   door, and it was clear count, everything was good, and
18   he comes back in the back bathroom and he pulls the
19   knife out and said, Phillips?  I said, yes, sir.  And he
20   throws it down in the floor and he said, get out of this
21   bathroom right now and get on your bunk.  I said, it's
22   clear count, sarge.  He said, I'm going to walk around
23   the dorm and when I come back, if you ain't at -- if you
24   ain't at your bunk, I'm going to spray you, and I'm
25   going to swear you tried to stab me with this knife and
```

Donny Phillips
October 05, 2023

Page 130

1    you going to see him.  And I said, that's all right.  I

2    said, you're going to federal court.  I said, I'm going

3    to see him, you're going to federal court.

4         **Q    Okay.**

5         A    So anyway shortly after that I had another

6    issue with a different one that went out and made open

7    statements in the dorm and said, will one of y'all

8    inmates do me a favor?  And, of course, all the inmates,

9    because it was a female officer, said, yeah, what do you

10   want?  And they said, will one of y'all in the dorm

11   stab -- stab him.

12        **Q    So who was the officer?**

13        A    Officer Lee, Sergeant Lee at Northwest Florida

14   Reception Center.

15        **Q    And that was prior to your time at Suwannee?**

16        A    Yes, ma'am.

17        **Q    Okay.  And was that also where the knife and**

18   **the threat --**

19        A    The inmate tried to stab me?

20        **Q    Well, the sergeant came into the bathroom and**

21   **dropped the knife, that was also prior to Suwannee?**

22        A    Yeah, he was standing over me about -- while I

23   was asleep, and Sergeant Lee paid him in drugs to come

24   and he was standing up over me while I was asleep and

25   they came in the door, praise God, just in time.  And he

Donny Phillips
October 05, 2023

Page 131

1  ran from them, and he had the knife stuck in a blanket
2  and was just -- and he was standing up over fixing to
3  stab me in my sleep.
4       Q    And that was prior to Suwannee?
5       A    Yes.
6       Q    Okay.
7       A    And now that inmate is at Suwannee, but...
8       Q    Good news, you're not.
9       A    I mean -- I mean that inmate is at Columbia.
10      Q    Oh.
11      A    But it's okay because he don't seem to hold a
12  grudge or a knife right now, so...
13           But that ain't no big deal he -- I think that
14  he told on the officer or something happened.  I don't
15  know how that all went.
16      Q    When you were in confinement prior to being
17  transferred here, you were in protective confinement, is
18  that right?  I need a yes or no, I'm sorry, for the --
19      A    Yes, ma'am.
20      Q    -- the paper.
21           And you could have signed a waiver or a
22  request to be released from protective confinement, is
23  that right?
24      A    I did.  I did.
25      Q    You did sign one?

Donny Phillips
October 05, 2023

Page 132

1    A    I did.  And I -- and I sent it to Mr. Hale,

2   and I think I might have that copy.

3    Q    Okay.  When did you do that?  How long had you

4   been in confinement?

5    A    Oh, God I really can't remember.  Like before

6   they -- before I had my ICT hearing and they sent me.

7   During the ICT hearing --

8    Q    Uh-huh.

9    A    -- the white shirts said that he watched the

10  video or something where the inmate and me had the

11  issue, and said that I had a head injury, and that every

12  time a head injury is involved, you got to get

13  transferred.  So I just find it funny that they had that

14  video and now they don't want to turn it over to us.

15   Q    Okay.

16   A    That's --

17   Q    Do you recall filing a grievance in 2022 about

18  somebody taking or going through things in your

19  wheelchair and stealing stuff?

20   A    Yes, ma'am.

21   Q    Okay.  And that -- was that -- that was

22  approved by the department, right?

23   A    I don't think so.

24   Q    Okay.

25   A    I think what happened is I knew the person

Donny Phillips
October 05, 2023

Page 133

1    that was doing it, and I knew that -- that he was being

2    asked to do it, and he was stealing my medical supplies.

3    And I knew that there had to be something behind it.  I

4    knew who was doing it, but I wanted the officers to

5    catch him.  But because he was Sergeant Aldridge's guy,

6    they said they looked at the video and couldn't see

7    nobody messing with my wheelchair, and that person was

8    Carl Johnson the inmate that orig -- that coming in

9    and --

10       Q    Okay.

11       A    -- threatened me.  He was the one stealing my

12   stuff.

13       Q    But you did not identify him in the grievance?

14       A    No, because I couldn't -- if I'd have

15   identified him, I'd have been a snitch and they would

16   have stabbed me and put the hit on me in the dorm.  So I

17   let -- I was going to let the officers do their job, but

18   because he worked for the officers, they wasn't going to

19   put him -- put their inmate out there.

20       Q    But I thought there was already a hit on you?

21       A    This is a different -- this is -- when that

22   was this was a different -- the hit had went down at

23   Northwest.  The one we're talking about Carl was at

24   Suwannee.  Two different institutions what we're talking

25   about, two different --

Donny Phillips
October 05, 2023

Page 134

```
 1      Q    Earlier you told me Aldridge had a hit on --
 2  out on you at Suwannee?
 3      A    Well, she had -- I heard -- this is just what
 4  inmates was telling me.  Inmates said for a couple of
 5  packs of cigarettes, I could have took the hit on you,
 6  anyway.
 7      Q    Have you ever known any of your fellow inmates
 8  to lie to you?
 9      A    Yes, ma'am, I mean --
10      Q    Okay.  I don't think I have any further
11  questions at this time.
12           MR. COOK:  Okay.  Should we take a break or
13      should we go on?
14           VIDEOGRAPHER:  It's up to you.
15           MS. STRICKLAND:  I'm happy to go on.
16           MR. COOK:  Okay.  Well, I'm ready to go.
17           MS. STRICKLAND:  Okay.
18                    CROSS EXAMINATION
19  BY MR. COOK:
20      Q    Okay.  All right.  Let's see, we're at a
21  little bit before 2:00, and I've got a lot of notes here
22  so let me see what I can make out of them.
23           You were asked what Officer Aldridge did, and
24  I think, if I recall correctly, you said that she
25  presented you with a grievance?
```

Donny Phillips
October 05, 2023

Page 135

1      A    Yes.

2      Q    And --

3      A    That she found in the officer's station filing

4    cabinet.

5      Q    Okay.  Was that a grievance you had filed?

6      A    Yes, sir.

7      Q    Had you filed it in the normal way?

8      A    Yes, sir.

9      Q    How do you file those grievances, is there a

10   box?

11     A    Yes, sir, in the center gate and...

12     Q    Okay.  So do you happen to know whether you

13   filed that grievance in the box at the center gate?

14     A    Yes, sir, all grievances got to go through

15   that box.

16     Q    Okay.  Is the -- is the slot in that box big

17   enough that you could put your hand in and pull

18   something out?

19     A    No, sir.

20     Q    Okay.  Do you happen to know who has the key

21   to that box?

22     A    I don't know the person, but I know her.  I

23   know...

24     Q    By sight?

25     A    Yes.

Donny Phillips
October 05, 2023

Page 136

1    Q    Okay.  Is that the grievance coordinator?

2    A    Yes.

3    Q    But the grievance that you filed in the

4  grievance box ended up back in your hands, is that what

5  you're saying?

6    A    Yes.  She called me to the officer's station

7  and she handed it to me, and she said, I found this

8  grievance in the back of the officer's station cabinet,

9  so I called my superior and advised him that I found it,

10  and he told me to go ahead and give it to you.

11    Q    Had that grievance been processed?

12    A    No.

13    Q    Did it have any markings --

14    A    I think for that stage -- I think for that

15  stage.  The grievance -- I think it was a formal part of

16  it and the final step was Tallahassee and it didn't --

17  and that's when it never got there.  They put it in the

18  cabinet and held it --

19    Q    What --

20    A    -- for the time -- I guess for the timeline to

21  run.

22    Q    Was that a grievance to the sec -- Office of

23  Secretary?

24    A    Yes.

25    Q    Okay.  But it hadn't -- it didn't have any

Donny Phillips
October 05, 2023

Page 137

1   markings that say received by or anything like that?

2       A    I think it did on the first step of the

3   formal, you know, you do formal and formal.

4       Q    I'm talking about the grieve -- the appeal to

5   the secretary's office.

6       A    No.

7       Q    Okay.  So it was --

8       A    No, it hadn't went there yet.

9       Q    Okay.  So this was a form --

10      A    I was in the -- to the warden.

11      Q    I'm sorry.  This was a formal grievance to the

12  institution, right?

13      A    Yes, sir.

14      Q    To the warden?

15      A    Yes, sir.

16      Q    Okay.  And did it have anything that indicated

17  that it had been received -- officially received, like

18  received by stamped date?

19          MS. STRICKLAND:  Object.

20      A    Yes, sir.  Yes, sir.  And I -- and the only

21  thing now is that I had to receive it back and go to

22  Tallahassee, but I never received it back.

23  BY MR. COOK:

24      Q    Okay.

25      A    And then she found it after the timeline ran

Donny Phillips
October 05, 2023

Page 138

1    out, the...

2        Q    Okay.  Understood.  And you never received a

3    response to that grievance or did you?

4        A    I wrote you a legal letter --

5        Q    Never mind that.  I'm asking you a question.

6        A    Yes, sir, I did.

7        Q    Okay.

8        A    And they said that it -- the timeline ran out

9    and it was returned without...

10       Q    You're not understanding me.

11       A    You mean to the warden part.

12       Q    As you got it from Sergeant Aldridge and held

13   it in your hand, had you received a response to that

14   grievance?

15       A    Yes.

16       Q    Not later, but at that time?

17       A    Yes.

18            MS. STRICKLAND:  Objection.

19   BY MR. COOK:

20       Q    Okay.  What did the response say?

21       A    If I remember correctly, it was -- they said

22   they denied it.  Vaguely.  I just can't remember, but I

23   know it was denied --

24       Q    Did you resubmit it?

25       A    -- because I went on -- yeah.  Well, I

Donny Phillips
October 05, 2023

Page 139

 1    notified you and you said --

 2        Q    No.  No.  No.  No.

 3        A    I went to the -- I submitted it to --

 4        Q    After you --

 5        A    -- Tallahassee.

 6        Q    After you --

 7             MS. STRICKLAND:  Objection.

 8    BY MR. COOK:

 9        Q    -- after you got it from Sergeant Aldridge --

10        A    Yes, I went on to Tallahassee.

11        Q    Okay.

12        A    And they sent it --

13        Q    And you got a -- did you get a response at

14    that point?

15        A    Yes.  And they said that the timeline I have

16    expired the grievance, the 15 day timeline, and that it

17    was returned without action or something.

18        Q    Okay.

19        A    Yes, they did nothing about it because the

20    time had ran out.  That was the original I think.

21        Q    Did the time run out while it was sitting in

22    a -- in a --

23        A    In the cabinet, yes.

24        Q    -- in a cabinet?

25        A    Yes, sir.

Donny Phillips
October 05, 2023

Page 140

1      Q    Okay.  You mentioned that you attribute to

2   Sergeant Aldridge violence to inmates, is that an

3   accurate statement?

4      A    Yes.

5      Q    Okay.  Have you heard of hits being placed on

6   inmates by officers?

7           MS. STRICKLAND:  Objection.

8      A    Yes.

9   BY MR. COOK:

10     Q    Okay.  You mentioned a -- an incident with

11  a -- I think you said a Sergeant Lee said, will someone

12  stab that and did she say, stab that mother fucker?

13     A    Yes.

14     Q    Okay.  Did she say that in your presence?

15     A    Yes.  Well, I was on the back stall and she

16  was standing in front of the officer's station and --

17     Q    Did you hear her say that?

18     A    Yes, sir.

19     Q    Okay.  And did other inmates hear her say

20  that?

21     A    Yes, sir, the whole dorm.

22     Q    Okay.  And did it sound like she was joking?

23     A    No, sir.

24          MS. STRICKLAND:  Objection.

25  BY MR. COOK:

Donny Phillips
October 05, 2023

Page 141

1     Q     Have you seen other situations where officers

2     have either encouraged, solicited or watched while

3     inmates beat or stabbed inmates?

4     A     Yes.

5           MS. STRICKLAND:  Objection.

6     BY MR. COOK:

7     Q     When you were attacked by the inmate in the

8     incident that resulted ostensibly in you're being moved

9     to Columbia CI, did that inmate who attacked you did

10    he -- you went to confinement, is that right?

11    A     Yes, sir.

12    Q     And that inmate, did he go to confinement too?

13    A     No.

14    Q     To your knowledge, was he ever given a

15    disciplinary report?

16    A     No, sir, nothing to my knowledge.  I...

17    Q     Did anybody tell you that they were taking

18    your complaint about him seriously?

19          MS. STRICKLAND:  Objection.

20    A     Yes, I mean.

21    BY MR. COOK:

22    Q     Did they -- did they ask for your statement?

23    A     Yes.  And they seen the marks on my --

24    Q     Right.

25    A     -- neck the day I got placed in confinement.

Donny Phillips
October 05, 2023

Page 142

1    Q    And did they look at the video or did they

2    tell you they looked at the video?

3    A    Yes.  So I'm forgetting -- I just told you --

4    told y'all that the -- in the ICT room, the captain made

5    the open statement that he had watched the video and

6    that I had a head injury and the two other women, there

7    was two women in plain clothes there, they said, yes,

8    transfer him.  Said any -- and then he said, anytime

9    there's a head injury above the shoulders, any injury,

10   we have to transfer them and that's...

11   Q    Did he say anything else that he saw as a

12   result of watching the video?

13   A    No.

14   Q    Do you happen to remember the name of the

15   captain who was speaking?

16   A    No, sir, I don't.  I -- and I heard it when I

17   got back, but I just...

18   Q    Was an inspector of the inspector general's

19   office there?

20   A    No.

21   Q    You didn't have to testify in any disciplinary

22   hearing?

23   A    No, sir.

24   Q    Did you get a disciplinary report on the

25   incident?

Donny Phillips
October 05, 2023

Page 143

1      A    No, sir.  Nor did I on the nurse, both -- both

2    his issues within two weeks.

3      Q    That resulted in your being moved into

4    confinement, but never had any kind of hearing on any

5    kind of wrongdoing?

6      A    Nothing.  Just put in confinement and then I

7    got shipped.

8      Q    And as far as you know, your attacker never

9    went to confinement at all?

10         MS. STRICKLAND:  Objection.

11     A    Right.

12   BY MR. COOK:

13     Q    Okay.  I think you said that Dr. Figueroa said

14   that you had something like a 90 -- 97 percent chance of

15   a bad outcome on the infection in your leg?

16     A    Yes, sir.

17     Q    And I think that you said that he acknowledged

18   that you had a need for boots?

19     A    Yes.

20     Q    Okay.

21     A    He had even -- he said told me that they was

22   being ordered, that he's going to order them, but then

23   he killed that.

24     Q    Did he subsequently say that after he found

25   out that you had filed a lawsuit against him, that you

Donny Phillips
October 05, 2023

Page 144

1    were never going to get boots?

2              MS. STRICKLAND:  Objection.

3       A    Yes.

4    BY MR. COOK:

5       Q    Okay.  And I think you testified that he said

6    he had money hidden away?

7       A    Yes.

8       Q    Now, when you got here to -- to Columbia, it

9    wasn't Dr. Figueroa who dragged you off the bus, was it?

10             MS. STRICKLAND:  Objection.

11      A    No.

12   BY MR. COOK:

13      Q    It wasn't any medical staff who dragged you

14   off the bus, was it?

15      A    No, sir.

16      Q    Was it -- was it corrections officers?

17             MS. STRICKLAND:  Objection.

18      A    Yes.  Yes, it was one -- and I -- and I don't

19   remember his name.

20   BY MR. COOK:

21      Q    Okay.  And when you went to medical and got

22   turned away, was it by corrections staff person?

23             MS. STRICKLAND:  Objection.

24      A    No.

25   BY MR. COOK:

Donny Phillips
October 05, 2023

Page 145

1      Q    When you -- when you were on a call-out and
2  you went to medical and you were told that by the
3  security officer at medical that you --
4      A    Oh, yeah, that to go back to the dorm.
5      Q    Okay.
6      A    That it was a mistake or something, yeah.
7      Q    Did you know the officer who did that?  Do
8  you -- do you know her name?
9      A    I know it's a man I think, and I don't
10  remember his name, but I --
11     Q    Okay.
12     A    -- I can get it, yeah.
13     Q    I think you testified that there were times
14  when you were not informed of medical -- release for
15  medical in time to actually go to medical?
16     A    Right.
17     Q    And -- and who would have performed that
18  release for you to go to medical, was it a medical staff
19  person?
20     A    No, it was an officer in my dorm in Suwannee,
21  an officer named Ms. Jones.
22     Q    Okay.
23     A    She -- they -- they didn't call to release us.
24     Q    Right.
25     A    So she didn't release us and then we went into

Donny Phillips
October 05, 2023

Page 146

1    count and then when count cleared, she said, now all

2    call-outs at the 1:30, now y'all can go.

3        **Q      Okay.**

4        A      So when I went down to medical Sergeant

5    Aldridge's daughter --

6        **Q      Uh-huh.**

7        A      -- was working in medical, and I tried to

8    explain to her that I had a call-out, and she said, you,

9    Phillips, you can go back to the dorm.  So she turned me

10   around and made me go back to the dorm.

11       **Q      And she said you could go back to the dorm,**

12   **did you understand her to mean that it was your choice?**

13              MS. STRICKLAND:  Objection.

14       A      No, that's orders to go back to the dorm.  Of

15   course, you either had to be in a building, in a class

16   or in a program or be certain areas and --

17       **Q      When an officer --**

18       A      -- or you're going to get addressed, so...

19       **Q      And -- go ahead, finish.**

20       A      So it's like, well, she ordered me back to the

21   dorm, so that's, you know, you got to follow the last

22   order or else you -- you can get a DR, so...

23       **Q      Okay.  And can you be placed in confinement**

24   **for refusal to follow an officer's order?**

25       A      Yes, sir.

Donny Phillips
October 05, 2023

Page 147

1     Q    You talked about -- talked about threats that
2    you received at Suwannee CI.  Do you recall anyone ever
3    threatening your dorm with group punishment with --
4    basically saying that it was on account of you?
5     A    Yes.
6     Q    Okay.  What -- what concerns you about
7    being -- having your dorm mates subjected to group
8    punishment when you're the person the officer says it's
9    because of you?
10        MS. STRICKLAND:  Objection.
11    A    How that -- one of the best ways that they do
12   that they say, if a person is caught in the bathroom
13   smoking, the officers bring him in there and he shows
14   him to the dorm and goes, guys, we're not -- we're not
15   going to -- we caught him in there smoking.  Well, we're
16   not just going search his bunk.  He says, here's what
17   we're going to do, the two guys that sleeps on both
18   sides of him, we're going to search y'all's bunk, they
19   might be holding down knives, guns -- I mean, not guns,
20   but dope, meth, Molly, you name it it's there.  And they
21   search -- when they search their locker, they get busted
22   and they're gang members.  Well, that man now he can't
23   stay anywhere in that dorm and probably not on the
24   compound because that officer just pretty much put a hit
25   on him.

Donny Phillips
October 05, 2023

Page 148

1     Q    What happens when you can't stay on -- in the
2   dorm, what do you have to do?

3     A    You got to check in.

4          MS. STRICKLAND:  Objection.

5   BY MR. COOK:

6     Q    Okay.  What does that mean to check in?

7     A    That means pack your stuff and go -- and ask
8   the officer -- ask the officer's permission to check in
9   if he'll allow you to check in.  And sometimes he won't
10  let you check in, he'll say no.

11    Q    Okay.  When you say check in, what does that
12  mean?

13    A    Get off the compound --

14    Q    Okay.

15    A    -- and go behind the door.

16    Q    Do you have to -- do you have to accuse
17  anyone?

18    A    Yeah, you do have to give up names.

19    Q    Okay.

20    A    They'll force you to give up names and then
21  you can't come back on the compound.

22    Q    Okay.  So does that subject inmates to any
23  kind of danger?

24    A    Definitely.

25    Q    Okay.  What if --

Donny Phillips
October 05, 2023

Page 149

1     A     Every day occurrence right -- in every
2  institution probably.
3     Q     I think you did testify that you were -- that
4  your dorm mates were informed that you were a snitch?
5     A     Yes.
6     Q     Who did that?
7     A     Sergeant Aldridge made open statement right in
8  front of me.
9     Q     Is she the one who said that you were also a
10 federal agent?
11    A     Yeah.  Her and -- well, Richardson and her
12 said I was a snitch, but Aldridge told them that I was
13 an undercover FBI agent.
14    Q     I see.
15    A     And she warned them, she said, if y'all -- I
16 know y'all selling dope, so just to let y'all know that
17 he's here and he's an undercover FBI agent and we know
18 him from other cases.
19    Q     And they said that in your presence?
20    A     Yes, with me sitting right there in the dorm
21 with her.
22    Q     Okay.
23    A     But I won't -- I wasn't FBI, I figured why
24 would she -- why would she say this, you know.
25    Q     Why do you think she said it?

Donny Phillips
October 05, 2023

Page 150

1            MS. STRICKLAND:  Objection.

2       A    Because she wanted them to retaliate against

3    me.  She -- you know, they -- that's -- things like that

4    you don't say around gang members that's got three life

5    sentences --

6       Q    Can you --

7       A    -- for killing people.

8       Q    Can you -- can you anticipate that a person

9    could be killed because they were considered to be a

10   snitch?

11           MS. STRICKLAND:  Objection.

12      A    Yes.  Yes, sir.

13   BY MR. COOK:

14      Q    You were asked about the activities of daily

15   living that you are -- that -- that require

16   accommodation in order for you to perform in your --

17   with your disability.

18           MS. STRICKLAND:  Objection.

19   BY MR. COOK:

20      Q    I think you said that that included mobility.

21   I'm not sure whether you mentioned whether it impacted

22   your ability to get food, to go to chow?

23      A    Yes.

24      Q    Okay.  How about hygiene, your ability to stay

25   clean?

Donny Phillips
October 05, 2023

Page 151

1        A    I -- yeah, toilet paper, just...

2        Q    Okay.  You looked at an exhibit here that

3    showed a packet of wipes, medical wipes, Exhibit 2, it

4    says, 50 count.  Is that what you were getting when the

5    preliminary injunction in the last case --

6        A    No, sir.

7        Q    -- were you getting 50?

8             What were you getting?

9        A    I was getting a pack of 80.  But then they

10   changed -- they dropped it down -- the medical

11   department dropped it down to 50.

12       Q    Okay.  Is that enough?

13            MS. STRICKLAND:  Objection.

14       A    No, I run out every week.

15   BY MR. COOK:

16       Q    Okay.  What did you have to do when you ran

17   out of wipes?

18       A    I would -- I'd either go down there and try to

19   get them to give me another pack or I'd have to get them

20   off the compound.

21       Q    Okay.

22       A    I mean --

23       Q    If you couldn't get -- if you couldn't get

24   wipes, what did you do?

25       A    I'd buy them off the compound with my canteen

Donny Phillips
October 05, 2023

Page 152

1   items.  I had to.

2        Q    Buy wipes in canteen?

3        A    No, I'd buy them off of in -- other inmates

4   that...

5        Q    Was there anything else that you could use

6   besides wipes?

7             MS. STRICKLAND:  Objection.

8        A    Diapers.

9   BY MR. COOK:

10        Q    Anything else?

11        A    Toilet paper.

12        Q    What if you couldn't get toilet paper or

13   diapers?

14             MS. STRICKLAND:  Objection.

15        A    Like here in Columbia they give you one roll

16   of toilet paper a week, and now that I don't get the

17   wipes, I'm dead in my tracks.  So I have to buy and pay

18   a soup for a roll of toilet paper.  And the inmates that

19   pass them out, is inmates that steal extra toilet paper.

20        Q    What do you --

21        A    So that's the man you buy your toilet paper

22   from.

23        Q    Okay.  What do you --

24        A    And soups just went up from .74 -- .78 --

25        Q    I'm sorry, I didn't ask you that.

Donny Phillips
October 05, 2023

1      A    -- to a dollar and something.  I'm sorry.

2      **Q    Okay.  What if you can't get any toilet paper?**

3           MS. STRICKLAND:  Objection.

4      A    I use my personal washcloth that I keep with

5    me in one -- all the time.

6      **Q    To wipe feces off your body?**

7           MS. STRICKLAND:  Objection.

8      A    That's -- yes, sir.

9    BY MR. COOK:

10     **Q    Is that the only washcloth you have?**

11     A    No, sir.  I -- I buy a lot of them too.

12     **Q    Okay.  How -- can you decan -- decontaminate**

13   **them?**

14          MS. STRICKLAND:  Objection.

15     A    No, sir.

16   BY MR. COOK:

17     **Q    Okay.  So once you've used them, they're**

18   **unhygienic?**

19          MS. STRICKLAND:  Objection.

20     A    True.

21   BY MR. COOK:

22     **Q    Okay.  So it's important then for you to get a**

23   **number of wipes I presume.**

24          MS. STRICKLAND:  Objection.

25     A    Yes, sir.

Donny Phillips
October 05, 2023

Page 154

1    BY MR. COOK:

2         Q     A sufficient number.

3               Would that -- would that be of help to you in

4    trying to keep your leg from being amputated.

5               MS. STRICKLAND:  Objection.

6         A     Why --

7    BY MR. COOK:

8         Q     Just to get 30 more wipes?

9         A     Yes, sir.

10        Q     Okay.

11        A     Or any wipes at all at this point right now.

12        Q     And how long did you have to go here at

13   Columbia without -- without diapers?

14        A     When I first came and I told her about -- when

15   I first got here, she gave me -- I told her I wore the

16   large diapers.  She said we don't have them.  I got some

17   extra large.  So she gave me one 15-count pack and then

18   I didn't get any more until about two days ago.

19        Q     Okay.  How many weeks -- how many weeks passed

20   by?

21        A     Two, three weeks, I'm just going to say three

22   weeks maybe.

23        Q     With 15 diapers --

24        A     Might have been more.  Might have been more.

25   Yes.  And she said that she apologized she don't know --

Donny Phillips
October 05, 2023

Page 155

1      Q      Who's she?

2      A      -- who took my name off the list.

3      Q      Who is she, if you know?

4      A      I don't know her name, but I know her.  But

5  she's very nice about it and apologized and said --

6      Q      Does that -- those ex -- those extra large

7  diap -- diapers were all you could get?

8      A      Yes, sir.

9      Q      How do you use an extra large diaper?

10             MS. STRICKLAND:  Objection.

11     A      Most of the time I fold it up, and I fold it

12 up and just stick it down in front of my boxers and then

13 I try to do it the best I can, you know, because it's so

14 big it don't -- it ain't going to make no difference.  I

15 have a hard time standing up and putting it on.  And

16 then -- and then it leaks because it's so big.

17 BY MR. COOK:

18     Q      Okay.  If you put it on like a regular diaper,

19 what would be the problem with that?

20             MS. STRICKLAND:  Objection.

21     A      It just leaks all -- you know.

22 BY MR. COOK:

23     Q      Because it's too baggy?

24     A      Yes.  And I -- I don't never know it until

25 I --

Donny Phillips
October 05, 2023

Page 156

1       Q       Okay.

2       A       -- see it on my clothes, you know.

3       Q       When you first got to Suwannee CI, did you

4   also go for a period of time without sufficient diapers?

5       A       Yes, sir, quite a long time.

6       Q       How many diapers had you been getting at

7   Northwest Florida Reception Center before then?

8       A       I was getting what the -- two packs a -- I

9   think two packs a week, two whole packs of diapers a

10  week --

11      Q       And how many --

12      A       -- that the preliminary injunction ordered.

13      Q       How many in a pack?

14      A       Sometimes 15, sometimes 18.

15      Q       Okay.

16      A       And for pull-ups they're 20 -- 24 in a pack.

17      Q       When you were --

18      A       Now I can't get those.

19      Q       And you were able to get pull-ups at Northwest

20  Florida Reception Center?

21      A       Yes.

22      Q       And that was after the injunction?

23      A       Right.  I left -- I left Northwest Florida

24  Reception Center with the injunction.  And when I pulled

25  into Suwannee, all that was dead and I was in

Donny Phillips
October 05, 2023

Page 157

1   confinement.

2        Q    Okay.  I think Ms. Strickland asked you if you

3   knew that an injunction only last for 90 days, is

4   that -- is that your recollection?

5        A    Yes, I had -- to start with, I had no idea

6   because I hadn't focused on that, I just focused on, I

7   was so happy to get my supplies.

8        Q    Okay.  Right.  So when the injunction was not

9   renewed, did you understand that the Department of

10  Corrections had agreed to continue the supplies that you

11  were getting under the injunction?

12       A    Yes, that they agreed to stay in compliance.

13       Q    Okay.  So you understood at that point that

14  they were agreeing to abide by the terms of the

15  injunction on -- on an ongoing basis?

16            MS. STRICKLAND:  Objection.

17       A    Yes, sir.

18  BY MR. COOK:

19       Q    Okay.  Is that why you kept a copy of the

20  injunction and showed it to people?

21       A    Yes.

22            MS. STRICKLAND:  Objection.

23  BY MR. COOK:

24       Q    Okay.  Did the Department of Corrections keep

25  that promise?

Donny Phillips
October 05, 2023

Page 158

1          MS. STRICKLAND:  Objection.

2     A    No.

3  BY MR. COOK:

4     Q    **When you got to -- when you got to Suwannee,**

5  **did they agree to recognize that promise?**

6          MS. STRICKLAND:  Objection.

7     A    No.

8  BY MR. COOK:

9     Q    **Did -- did you ever get pull-up diapers again**

10 **at Suwannee?**

11         MS. STRICKLAND:  Objection.

12    A    Yes.  When I was in the medical infirmary,

13 they had told me that they don't have them there, but

14 yet they gave me a few when I was in the infirmary and

15 I'm like, what' this?  But -- but out on the compound,

16 never got them never.

17 BY MR. COOK:

18    Q    **And after that, did you ever get them again?**

19    A    No, sir, never.

20    Q    **Did you know other inmates to get pull-up**

21 **diapers --**

22    A    Yes.

23    Q    **-- at Suwannee CI?**

24    A    I did.

25    Q    **But not you?**

Donny Phillips
October 05, 2023

Page 159

```
 1      A    Right.

 2      Q    Okay.

 3      A    Exactly.  Very few, very few inmates got them

 4   there, but...

 5      Q    And all your passes were taken away at that

 6   point?

 7           MS. STRICKLAND:  Objection.

 8   BY MR. COOK:

 9      Q    I think you testified to that.

10      A    Yes, sir, confiscated, yep.

11      Q    Okay.  Even -- even though they hadn't --

12      A    Valid passes.

13      Q    -- expired?

14           MS. STRICKLAND:  Objection.

15      A    Yeah, all valid passes.

16   BY MR. COOK:

17      Q    Okay.  Was it your understanding that they

18   can't do that?

19           MS. STRICKLAND:  Objection.

20      A    Yes, sir.

21   BY MR. COOK:

22      Q    Okay.  If -- if -- if someone -- if -- if a

23   doctor examined you or did some sort of medical

24   investigation into your condition and decided that

25   suddenly you no longer needed a bathroom and shower
```

Donny Phillips
October 05, 2023

Page 160

1    pass, were you ever informed of that medical

2    investigation?

3                MS. STRICKLAND:  Objection.

4        A    No, sir, absolutely not.

5    BY MR. COOK:

6        Q    Do you know of any medical judgment at all

7    that involved a change in your condition that meant that

8    you didn't need those diapers?

9                MS. STRICKLAND:  Objection.

10       A    No, sir.

11   BY MR. COOK:

12       Q    What is the problem with -- with the regular

13   kind of diapers, I guess, that tape together, why -- why

14   don't those work for you very well?

15       A    Because it's hard for me to stand at a toilet

16   and try to -- try to stand up and bend down and try to

17   put a diaper on and pull it around.  I fell.  I fell in

18   the bathroom a couple of times.  And in fear that I'm

19   going to fall and break my ankle again, you know, and be

20   back in the same situation.

21       Q    I think you testified that you broke -- you

22   had broken both your ankles, is that right?

23                MS. STRICKLAND:  Objection.

24       A    No, I had the same leg broken two bones

25   though --

Donny Phillips
October 05, 2023

Page 161

1   BY MR. COOK:

2        Q      Okay.

3        A      -- is what...

4        Q      So which leg was that?

5        A      The left leg.

6        Q      Okay.  So did you ever recover the full

7   strength of your left ankle?

8        A      No, sir.

9        Q      And the therapeutic boots that you had,

10  what -- what did they do to allow you to be more stable

11  in walking?

12              MS. STRICKLAND:  Objection.

13       A      They're actually -- I -- I'm feeling like

14  they're heavy duty, and they give me some kind of

15  support to help me to keep from falling.

16  BY MR. COOK:

17       Q      Is that having anything to do with their being

18  high top boots?

19              MS. STRICKLAND:  Objection.

20       A      Yes.

21  BY MR. COOK:

22       Q      So they actually --

23       A      I think so.

24       Q      Do they actually come up over your ankle?

25       A      I feel like, yeah, they could work as a brace,

Donny Phillips
October 05, 2023

Page 162

1    I guess.

2         Q    Okay.  What -- in terms of your ability to

3    practice walking behind your wheelchair, as you

4    described you did for your physical therapy --

5              MS. STRICKLAND:  Objection.

6    BY MR. COOK:

7         Q    -- how did those -- what kind of difference

8    did those boots make?

9         A    A lot.

10        Q    Did they extend your ability to move, your

11   distance?

12        A    Yes.

13        Q    Okay.  Did Dr. Figueroa give you any other

14   reason for denying you boots other than the fact that

15   you were suing him?

16             MS. STRICKLAND:  Objection.

17        A    No.  No, sir.

18   BY MR. COOK:

19        Q    Did -- did he, in fact, acknowledge your -- a

20   need for those boots?

21             MS. STRICKLAND:  Objection.

22        A    Yes.  And -- and he said that would be good

23   that -- and he would -- and I even offered to pay for

24   them myself and order them -- and order them off Amazon,

25   or a medical shoe period with high top.  And he said,

Donny Phillips
October 05, 2023

Page 163

1    yes, and agreed with me to let me do that.

2    BY MR. COOK:

3        Q    And afterwards, were you able to do that?

4             MS. STRICKLAND:  Objection.

5        A    No.  And the reason I had asked Dr. Figueroa

6    was because other inmates were going through the

7    property room through the Sergeant O'Connor and ordering

8    them shoes off of Amazon and I -- I addressed my -- my

9    needs to Figueroa and he allowed it.

10   BY MR. COOK:

11       Q    Okay.  So what prevented you from getting

12   those boots?

13       A    My rights to grievance procedure and access to

14   federal courts.

15       Q    Did you ever have a discussion with Lieutenant

16   Hale about getting boots?

17       A    Oh, yes, I did.  And that was one of my

18   grievances I think at the time when I had -- when

19   Lieutenant Hale called me to his office and he said --

20       Q    Go ahead.

21       A    -- you -- you can forget the boots.  You won't

22   ever get a pair of boots.

23       Q    Was he in the process of warning you about the

24   dangers of writing grievances?

25            MS. STRICKLAND:  Objection.

Donny Phillips
October 05, 2023

Page 164

1    A    Yes.  He just told me that he wanted me to be

2   safe, and learn how -- learn something and this and

3   that, you know, that he wasn't there to harass me or --

4   you know, I mean.  He gave me a good lecture on --

5   asking me how good did I do, did I do a good job of not

6   retaliating too much, you know, I said, yeah, I'm great.

7   You know, call me next month when I have the other

8   grievances going.

9    Q    Uh-huh.

10    A    And I think that that was our last meeting.

11   He didn't want to meet me no more, so...

12    Q    Okay.

13    A    After that I figured I'd go to confinement,

14   which I did.

15    Q    Was the message you got from that that it's

16   dangerous to file grievances?

17    A    Yes.

18         MS. STRICKLAND:  Objection.

19    A    He made the statement to another inmate

20   that -- that -- that he's killed at Suwannee before and

21   he won't hesitate to kill again.  So I was afraid that I

22   was going to have to -- that's why I asked my A -- my

23   pusher to come into his -- you know, right outside his

24   office and don't leave me, just stand there and be a

25   witness to my meeting with him, so...

Donny Phillips
October 05, 2023

Page 165

```
 1   BY MR. COOK:
 2        Q     Okay.
 3        A     He said that medical is his pet peeve, and if
 4   anybody writes grievances on medical, he will personally
 5   deal with that.
 6        Q     Lieutenant Hale said that?
 7        A     Yes, sir.
 8        Q     And was that on the occasion of your writing
 9   your grievance against a medical staff person?
10        A     Yes.
11              MS. STRICKLAND:  Objection.
12   BY MR. COOK:
13        Q     Do you remember who that was?
14        A     Nurse Cannon.  They said they didn't me to
15   state her name, Brittney, on the grievances, that I
16   better stop putting her first name on grievances.  And I
17   said, I addressed it the way it's addressed on court
18   papers.
19        Q     Okay.  And she's the grievance coordinator,
20   right?  I'm sorry, she's not the grievance coordinator.
21   She's --
22        A     She's the ADA --
23        Q     The ADA coordinator is what I meant to say, I
24   apologize.
25              MS. STRICKLAND:  Objection.
```

Donny Phillips
October 05, 2023

Page 166

1    A    Well, she's supposed to have been, matter of

2    fact.

3    BY MR. COOK:

4         Q    Okay.  She's -- she's just an LPN, right?

5              MS. STRICKLAND:  Objection.

6         A    I'm not sure, Mr. Cook.

7    BY MR. COOK:

8         Q    Okay.  But you understand that she's the --

9         A    Yes.

10        Q    -- either the coordinator, liaison or

11   something like that --

12        A    Yeah.

13        Q    -- with regard to -- to ADA?

14             MS. STRICKLAND:  Objection.

15        A    Well, yes, because her and a HSA called me in

16   a room together.

17   BY MR. COOK:

18        Q    HSA is the health services administrator?

19             MS. STRICKLAND:  Objection.

20        A    This is her boss.

21   BY MR. COOK:

22        Q    Okay.

23        A    The two women they called me in a room

24   together, and they said, we'd just like you to know you

25   put this grievance in on us, and she said we'd just like

Donny Phillips
October 05, 2023

Page 167

1    you to know you're no longer ADA.  As of today, you're

2    no longer ADA.

3         Q    Okay.  Now, when you have these ADA meetings,

4    how often do they occur?

5              MS. STRICKLAND:  Objection.

6         A    I'm thinking every 90 days.

7    BY MR. COOK:

8         Q    Okay.  And those ADA meetings, they're not

9    just medical staff, are they?

10        A    No.

11        Q    Are there corrections people in there?

12             MS. STRICKLAND:  Objection.

13        A    Yes, they have a -- an officer that brings

14   everybody in there and she makes you get out of your

15   wheelchair and sit on -- in -- on a -- in another chair

16   and then she searches your locker.

17        Q    Your locker?

18        A    I mean, your -- my back --

19        Q    Backpack.

20        A    -- backpack.

21        Q    Okay.

22        A    She took everything out of my pack and throwed

23   it on the floor -- on the ground.

24        Q    Okay.

25        A    My diapers and all my stuff and -- my

Donny Phillips
October 05, 2023

Page 168

1   sanitary, and my raincoat, and all my stuff that I keep

2   with me in case of emergency.  And I explained to them I

3   said I -- I bought that stuff off of canteen, not --

4   why -- why are you throw -- just throwing it in the

5   floor?  And she kicked it -- kicked it across the floor

6   towards me.  I never wrote her up though, I mean, for --

7   for that, but...

8        Q    So --

9        A    And I forget what her name is, but she's a...

10       Q    So the ADA meetings are meetings of medical

11   and corrections staff, right?

12            MS. STRICKLAND:  Objection.

13   BY MR. COOK:

14       Q    The Florida Department of Corrections staff,

15   is that...

16       A    Yes.  Yes, sir.

17       Q    Okay.  And do all of those people have a voice

18   in decision making?

19            MS. STRICKLAND:  Objection.

20       A    Yes.  But for the most part, you don't get a

21   chance to give them anything to decide on.  If you come

22   in, you start talking and giving any kind of issues,

23   immediately security runs down on you and says how long

24   has it been since you shaved or they pull stuff out and

25   trash your stuff and tell you, you want to go to

Donny Phillips
October 05, 2023

Page 169

1  confinement.  And by the time you get out of there,

2  you're just glad you didn't go to confinement then and

3  your medical issues are still floating in the air.

4  BY MR. COOK:

5      Q    So --

6      A    You never get to address anything really.

7      Q    So when you go to an ADA meeting, if you

8  express your opinion, you risk going to confinement?

9      A    Yes.

10         MS. STRICKLAND:  Objection.

11  BY MR. COOK:

12     Q    Now --

13     A    Definitely.

14     Q    -- who makes a confinement decision relating

15  to ADA issues, is that Dr. Figueroa?

16         MS. STRICKLAND:  Objection.

17  BY MR. COOK:

18     Q    Or is it a corrections person?

19         MS. STRICKLAND:  Objection.  He hasn't even

20         answered the question yet.

21     A    I -- I would -- I would just feel like any one

22  of them in the building probably could just say I want

23  him put in confinement and it's -- you're going.

24  BY MR. COOK:

25     Q    Did Dr. Figueroa write you a prescription for

Donny Phillips
October 05, 2023

Page 170

 1   confinement?

 2           MS. STRICKLAND:  Objection.

 3   BY MR. COOK:

 4       Q    Have you ever seen one?

 5       A    No.

 6       Q    Okay.

 7       A    But, I mean, I'm pretty sure I got a couple of

 8   them wrote and --

 9       Q    Okay.

10       A    -- not --

11       Q    Who makes the decision to put you in

12   confinement?

13           MS. STRICKLAND:  Objection.  Asked and

14       answered.

15       A    I would think the captain would do that.  The

16   captain --

17   BY MR. COOK:

18       Q    Okay.

19       A    -- the captain that sent me on the nurse,

20   he's, you know, but...

21       Q    The corrections captain?

22       A    They would have to go through him I think to

23   see if it's worthy of being placed in confinement.

24       Q    Okay.  So is that a corrections decision?

25           MS. STRICKLAND:  Objection.

Donny Phillips
October 05, 2023

Page 171

 1      A    Yes.  Yes, sir.

 2   BY MR. COOK:

 3      Q    So you're saying that even though medical is

 4   involved, it is corrections that makes the decision if

 5   you're going to be punished for complaining about ADA

 6   issues?

 7           MS. STRICKLAND:  Objection.

 8      A    Yes, sir.  Coconspirators.

 9   BY MR. COOK:

10      Q    How far do you think you could walk without a

11   wheelchair?

12           MS. STRICKLAND:  Objection.

13   BY MR. COOK:

14      Q    If you know.

15      A    I could probably -- if I catch this wall, I

16   could probably walk around to the door.

17      Q    You can lock your -- you can lock your knees?

18           MS. STRICKLAND:  Objection.

19      A    Yeah, if I -- if I could -- if I get on the

20   wall and then do like that, that sort of type of...

21   BY MR. COOK:

22      Q    Could you make it to chow without a

23   wheelchair?

24      A    No, sir, I can't hold out that long.

25      Q    Could you make it to medical?

Donny Phillips
October 05, 2023

Page 172

```
 1      A    I got to sit down somewhere.

 2           No, absolutely not.

 3      Q    When you had inmates try to help you by

 4  pushing you in your wheelchair, who would threaten you

 5  and your helper with confinement, was it medical or was

 6  it corrections?

 7           MS. STRICKLAND:  Objection.

 8      A    Corrections.  Corrections.  And -- and

 9  nurse -- and Nurse Court would often do that.

10  BY MR. COOK:

11      Q    Okay.

12      A    Yeah.

13      Q    That was the nurse who tried to make you use a

14  catheter?

15      A    Yes, sir.

16      Q    Did you explain that that didn't help you at

17  all with your bowel incontinence?

18           MS. STRICKLAND:  Objection.

19      A    I -- I tried to explain it to her.

20  BY MR. COOK:

21      Q    Okay.  If somebody gives you a catheter, do

22  you have any way to decontaminate that catheter?

23      A    No, sir.

24      Q    So they'd have to give you a catheter for

25  every time you catheterize, right?
```

Donny Phillips
October 05, 2023

Page 173

 1              MS. STRICKLAND:  Objection.

 2        A    And I have seen inmates suffer through it.

 3   BY MR. COOK:

 4        Q    Okay.

 5        A    I've actually witnessed that.

 6        Q    Okay.  Somebody threw you a condom catheter?

 7        A    Since I been here.

 8        Q    And suggest -- suggested that you use that?

 9        A    An inmate.

10              MS. STRICKLAND:  Objection.

11        A    Yes.

12   BY MR. COOK:

13        Q    Okay.  And I think you explained that as

14   you -- as you just said, that that doesn't help with the

15   bowel?

16        A    Right.

17        Q    Okay.

18              MS. STRICKLAND:  Objection.

19   BY MR. COOK:

20        Q    But that's been the only alternative that

21   you've been offered than the diapers, isn't it?

22              MS. STRICKLAND:  Objection.

23        A    Well, I had a pass for a urinary jug --

24   BY MR. COOK:

25        Q    Uh-huh.

Donny Phillips
October 05, 2023

Page 174

1     A     So they could keep me at my bunk so that --

2   that would show that they could keep me at my bunk, but

3   it still wouldn't give me no -- help me out with the

4   other issue.

5     Q     Okay.

6     A     But then when I got to Suwannee, they took

7   that away too.

8     Q     Okay.

9     A     So...

10    Q     **The problems that you have with your right**

11  **leg, what is your understanding of the dangers of a soft**

12  **tissue infection in your leg?**

13          MS. STRICKLAND:  Objection.

14    A     The way Figueroa explained it to me, if you --

15  that he didn't want the infection to get up above my

16  knee.

17  BY MR. COOK:

18    Q     **Because why?**

19    A     Because then he'd have to cut my leg off above

20  the knee as in try to --

21    Q     **Okay.**

22    A     -- cut if off below the knee.

23    Q     **Okay.  Anything else other than amputation --**

24    A     And that --

25    Q     **-- that's a danger?**

Donny Phillips
October 05, 2023

Page 175

1          MS. STRICKLAND:  Objection.

2     A    And, well, it's my understanding that I could

3     die if it enters my bone marrow, I guess, and my

4     bloodstream.

5     BY MR. COOK:

6     Q    Okay.  Has anybody told you that's not true?

7          MS. STRICKLAND:  Objection.

8     A    No.

9     BY MR. COOK:

10    Q    Have you -- have you read any expert materials

11    on the subject?

12    A    Yes.

13    Q    What do they say?

14    A    Exactly what I've been led to believe, that

15    you can die from it.

16    Q    Okay.  Would it be something that was

17    developed slowly that you had warning or could it happen

18    quickly?

19         MS. STRICKLAND:  Objection.

20    A    I would say slowly over a long period of time,

21    but...

22    BY MR. COOK:

23    Q    Is that something you read?

24    A    No, that's just an opinion -- my opinion

25    because I've been fighting it so long I'm hoping it's

Donny Phillips
October 05, 2023

Page 176

1    long time anyway if it isn't...

2         Q    I have no other questions.

3                   REDIRECT EXAMINATION

4    BY MS. STRICKLAND:

5         Q    Brief redirect here.

6              When you got to Suwannee, you said they took

7    away the urinal jug.  Did you ever request one from

8    anyone?

9         A    No, ma'am.  I don't think I did because they

10   took -- they took all them passes from me at Suwannee

11   too I think.

12        Q    Did you think that the urinal jug was helpful?

13        A    To a certain extent, I mean, to -- yeah.

14        Q    Okay.

15        A    I would think.

16        Q    So it was an effective accommodation for you?

17        A    Yes.

18        Q    Then why did you not make a request for that

19   accommodation at Suwannee?

20        A    Because I couldn't satisfy both disabilities

21   and I figured that they couldn't -- they couldn't deal

22   with it.  They couldn't deal with both of them at the

23   same time, so I knew I had had to have diapers.  I never

24   know.  Sometimes I -- it's hard to explain sometimes --

25        Q    Wasn't that the same situation you had though

Donny Phillips
October 05, 2023

Page 177

1    previously at Northwest Florida?

2         A    Yes.

3         Q    So it was an effective accommodation there.

4    I'm just trying to understand why it wouldn't be an

5    effective accommodation still for you at Suwannee?

6         A    Well, for the most part, I would use it as a

7    case for emergency, but either way I'd still go to the

8    bathroom in emergency because I'd still be dirty.  But

9    it would relieve the pressure off of me, the pain and

10   the -- from trying to continue flood -- flooding my

11   chair.  I mean, it would -- I guess it would be a

12   humiliation of it all, but...

13        Q    So it would have allowed you to --

14        A    Yes, somewhat --

15        Q    -- have to spend less time in urine soaked

16   clothing?

17        A    Yes.

18        Q    Okay.

19        A    It could.

20        Q    If an inmate were to give you a catheter,

21   would that put you in unauthorized possession of a

22   medical device?

23        A    No, I wouldn't think because medical would

24   give you them anytime you want them, I guess.  I mean,

25   they got them everywhere, all over the compound.

Donny Phillips
October 05, 2023

Page 178

1      Q    So it doesn't matter if you get it from
2  another inmate?

3      A    I wouldn't think that they would look at it as
4  that serious an issue.  I have never seen them get in
5  trouble for it -- for it.  I mean, be just like giving
6  an inmate a Band-Aid.  I got Band-Aids that I stock up
7  with, if somebody needs a Band-Aid and I got it, I will
8  give it to them.  Diapers if, an elderly man needs a
9  diaper, I'll give it to him, so I mean.

10     Q    Do you ever or did you ever, I guess, barter
11  with the diapers?

12     A    Do I what?  Excuse me?

13     Q    Barter with the diapers, exchange them for
14  other goods?

15     A    No, I don't.

16     Q    Okay.

17     A    But if I -- I mean, I have tried to go out and
18  find diapers, and it comes to a point to where you'll
19  pay for them with your canteen items if you have to do
20  that.

21     Q    Were the Band-Aids that you're talking about
22  sharing, are those canteen items?

23     A    No, they're Band-Aids that you get from
24  medical once and a while.

25     Q    Okay.

Donny Phillips
October 05, 2023

Page 179

1     A    Like when they do your thing, when they take

2     my blood all the time when I used to get blood clots,

3     and when I used to take -- supposed to do it once a

4     month, but I haven't had it done in a long time, but

5     they'll give you -- like the nurse will -- you'll say,

6     can I get some of those Band-Aids?  She'll give you some

7     Band-Aids.  And I like to keep them because when things

8     happen in a dorm, you know, you got a little something

9     in the dorm to help.

10    **Q    Sure.  When -- who -- you mentioned**

11    **corrections threatening you and your helper when your**

12    **helper would push you in the wheelchair.**

13    A    Yes, ma'am.

14    **Q    Who specifically did that to you at Suwannee?**

15    A    Barnhill made statements telling inmates that

16    he wouldn't -- that he wouldn't push me if he was them.

17    Richardson -- Richardson, Sergeant Aldridge both of

18    those was harassing inmates for pushing me.

19    **Q    Okay.  When you said Barnhill made statements,**

20    **I wouldn't push them -- push plain -- push you if he was**

21    **them.  How often did that happen?**

22    A    I only heard Barnhill say it one time.

23    **Q    Okay.  Did he ever make good on this perceived**

24    **threat?**

25    A    How I would explain that is, if another inmate

Donny Phillips
October 05, 2023

Page 180

1    is at the center gate --

2         Q    Uh-huh.

3         A    -- and Barnhill is up in the top tower and

4    he's the one that pushes the button that let's you get

5    through to go on your call-out, Barnhill can either make

6    you sit there for 30, 45 minutes or he can let you go

7    through the gate and go to your call-out or go to your

8    dorm, whatever.  If -- if you don't represent him, he

9    ain't going to represent you at the gate.

10        Q    Okay.

11        A    And little things like that, you know.  Just

12   extra tray at chow.  If he -- they'll confiscate a guy

13   getting two trays and turn around and walk over there

14   and give it to the inmate that they -- of their choice

15   to have that tray to bless him because that inmate did

16   something for him somewhere somehow.

17        Q    Have you received benefits from officers?

18        A    Me?  Have I ever received them?

19        Q    Uh-huh.

20        A    No, ma'am.

21        Q    No officers have ever brought you coffee or --

22        A    No, ma'am.

23        Q    -- cookies --

24        A    No, ma'am.

25        Q    -- or any goods or anything like that?

Donny Phillips
October 05, 2023

Page 181

1    A    No, ma'am, I have --

2    **Q    Extra sandwich?**

3    A    No, ma'am.  I -- I -- I hold a special

4  relationship with officers there because of my issues

5  and my cases, so they call ahead and warn people that

6  I'm coming.  I don't --

7    **Q    How do you know that?**

8    A    -- I don't get those benefits.  I -- I know as

9  part of my cases.  I just -- that's what they do.

10    **Q    Have you heard officers calling ahead to warn**

11  **somebody else?**

12    A    Yes, ma'am.

13    **Q    Who?**

14    A    Other correctional officers that I'm coming.

15    **Q    I understand.  I'm asking their names.**

16    A    No, ma'am.

17    **Q    Was that at Suwannee?**

18    A    Yes.

19    **Q    Okay.  Male or female?**

20    A    It's probably -- I'm just saying probably, I

21  don't know this for a fact, Sergeant Lee they took her

22  off of Northwest Florida Reception Center after she paid

23  drugs for the hit on me and they put -- and they sent

24  her to Jefferson Prison.  That's how -- that's what

25  she -- that's what -- how they punished her for placing

Donny Phillips
October 05, 2023

Page 182

1    a hit on another inmates life, they let her work at

2    another prison just down the road.  Just going to make

3    her drive a little further.

4         Q    You know that she was transferred there

5    because she put a hit out on you?

6         A    Well, I don't know.  They could have worded it

7    something else but that's how I seen it.

8         Q    Okay.  There are -- okay.

9         A    I understand.

10        Q    Who else threatened you with confinement when

11   you were at ADA meetings?

12        A    I -- I don't know.  I can't remember their

13   names, but white shirts, you know, that's mostly the

14   ones that -- that sits in there on the meeting.  Usually

15   they have a lieutenant or a captain that they'll sit in

16   and just sit in and you hardly ever hear from them,

17   they're just writing and all.  But when you get to where

18   you're showing stuff like the settlement agreement or,

19   you know, and issues, then they start retaliating like

20   that, but...

21        Q    So is it the white shirts then that are

22   running down and commenting on your hair length or your

23   beard or facial hair?

24        A    Yes.  The medical ladies really don't care,

25   but for the most part they're in there together, so

Donny Phillips
October 05, 2023

Page 183

1  they -- quicker they can get you in and out and don't

2  let you sit and complain for hours.  I got to where I

3  just would tell them every time I go to ADA meeting,

4  they'd say do you have any issues.  I said, no, ma'am,

5  all my issues is already being addressed in federal

6  court.

7      Q    So you didn't give them then the opportunity

8  to address --

9      A    No, ma'am.

10     Q    -- those issues?

11     A    Because I'd done been caught with a mustache

12  or with a little bit of hair on my face and been

13  threatened, and I figured, well, you know, eventually

14  you get to how it's worked, and you just you go in there

15  and they say -- a lot of them old guys that's in bad

16  shape, they say you got any issues?  No.  And they go

17  on.

18     Q    How can the department or the medical provider

19  fix any issues if you don't tell them what they are?

20     A    You know, that's the best question I've heard

21  you say all day, and I don't -- and I really don't have

22  an answer for it.

23     Q    Okay.  You mentioned that about a corrections

24  officer that when you go into the ADA meeting you said

25  she makes you get out of your wheelchair and get into

Donny Phillips
October 05, 2023

Page 184

1    another chair and then you said she was throwing your

2    supplies and whatever you had in the wheelchair --

3         A    Yes.

4         Q    -- on the floor.

5         A    I wish I could remember her name, but...

6         Q    And you said it was a corrections employee,

7    but earlier you said that Figueroa was the one who made

8    you get into the other chair.

9         A    No.  You must have misunderstood me.  Figueroa

10   was in a chair sitting behind me, and she come in and

11   got me out of my chair.  But the nurse up front, when we

12   got an emergency, you know, medical emergency, she said,

13   well, wasn't Dr. Figueroa back there in the meeting with

14   you?  And I said, yes, he was.  I said, I was under the

15   understanding that he would probably come around here

16   and -- and she said, no.  She said, I'm not a doctor.  I

17   don't know what to do.  Go back to your dorm, so...

18             And then I never seen Figueroa.

19        Q    And you said that you were not released in

20   time to go to medical by corrections officers.

21        A    Ms. Jones.

22        Q    Correct.  Was that at Suwannee?

23        A    A very great and good officer.

24        Q    Okay.  So do you think that she didn't release

25   you in time intentionally or as retaliation?

Donny Phillips
October 05, 2023

Page 185

1       A     No, ma'am, I would think they called count and

2    she didn't have any other choice but to make me stay in

3    the dorm because -- they do certain thing like they'll

4    call -- like if they got a dorm over there that's a

5    level four and they're all murderers and they got a dorm

6    over here that's medium, they don't want to release that

7    one and that one to go to medical because then they're

8    at the right place, medical, but -- but -- so they call

9    around and get these dorms to release.

10          Well, she was -- I'm -- I'm -- I'm just saying

11   she was probably put into a predicament to where -- to

12   release me at that time, but they hadn't released us all

13   morning.

14       **Q    So --**

15       A     So by her doing that, I mean, I can't say

16   they -- they might have called her and said don't

17   release Phillips or what -- I don't know.

18       **Q    Okay.  But you don't think she did it**

19   **intentionally to deny you or block you having access to**

20   **medical treatment?**

21       A     I don't think so.

22       **Q    Okay.**

23       A     I mean, she's a professional and she's...

24       **Q    So despite the threats of group punishment**

25   **based on you that you were talking about a little while**

Donny Phillips
October 05, 2023

Page 186

1    ago, did anything ever come of those threats from

2    officers?

3         A    Of me getting hurt?

4         Q    The group punishment.  Specifically who made a

5    threat of group punishment?

6         A    Well, I tried to bring it to everybody's

7    attention that the orderlies in medical explained to me

8    at Suwannee that right before I did get choked and --

9    that they met in medical, Barnhill was one of them, and

10   I don't know who the other three was, they did say their

11   name but I forgot them, but they met in medical and they

12   said that they were going to get apps together, these

13   four officers, and whichever inmates jump on any ADA

14   inmates that write grievances, they were going to send

15   them money through them apps and pay them to do harm

16   against ADA inmates.

17        Q    Okay.  I --

18        A    And that -- and that's just what I hear --

19   what I heard through my medical orderlies that was in

20   medical.

21        Q    Okay.  I'm trying to focus on the part where

22   you said corrections officers made threats of group

23   punishment based on, I guess, them helping you or being

24   involved with you?  And you said that it was scary

25   because, you know, you don't want to end up hurt.

Donny Phillips
October 05, 2023

Page 187

1      A      Aldridge and Richardson.

2      Q      Okay.

3      A      Is probably be the main ones.

4      Q      What kind of threats did they make?

5      A      To have hits.

6      Q      They articulated that, you heard that?

7      A      No.

8      Q      Okay.

9      A      No, ma'am.  But I've seen like example again,
10   if don't mind, I'm in the dorm one night and about four
11   or five guys was smoking toochie and it's a little late
12   night, Friday night, everybody was high -- well, not
13   everybody.  But these guys are like unconscious on their
14   beds, they're sitting on their beds and they're like
15   they're just hanging over.  So Sergeant Aldridge calls
16   the captain.  The captain comes in and he walks over and
17   he looks at them and he said is that what y'all doing
18   down here now?  And all the inmates ain't saying
19   nothing, nobody is saying nothing, but there's large
20   quantities of drugs in the building.  And he said, I'll
21   tell you what, I'm leaving and if y'all don't -- when I
22   leave here, if y'all don't handle this, I'll be back in
23   the morning with a search team and I'm going to tear
24   this whole dorm down and he leaves.

25           So it's 11:00 at night, Sergeant Aldridge is

Donny Phillips
October 05, 2023

Page 188

1    standing at the window looking at certain inmates and

2    she flips the light off, and then they go like 15 people

3    jumps on these three or four guys and beat them, and I

4    mean brutally beat them, and I'm talking about like

5    y'all don't even imagine, and I sat there on my bunk and

6    I watch it.  The whole time I'm watching it, I'm typing

7    on my tablet.

8         Q    Did --

9         A    So they put them on the door, they bloody them

10   and put them on the door, they all beat them up really

11   bad, throw all their stuff on there, take their canteen,

12   steal all their personal stuff they want to take and the

13   captain comes down there like he don't know any better

14   with a couple of officers and take the bloody inmates to

15   confinement.

16             So the next day they change shifts, next shift

17   comes in the dorm, after they looked at the video and

18   says when I call your name catch the wall, cuff up

19   you're going to confinement so they cuff up the guys

20   that beat the guys up --

21        Q    Okay.

22        A    -- for -- and then they -- so then they get

23   all -- every -- you know what I'm saying, they get

24   multiple people locked up.  It's pretty crazy, it's

25   just...

Donny Phillips
October 05, 2023

Page 189

1               And Aldridge comes over and stands next to me

2     the next evening and she goes, Phillips, it's pretty

3     quiet in here now, ain't it?  I said, yes, ma'am.

4         Q    Did -- do you recall signing for supplies when

5     you pick them up every week at Suwannee?

6         A    Yes, ma'am.

7         Q    Okay.  When you mentioned somebody who

8     apologized, I think it was here at Columbia, she said

9     she didn't know who took you off -- your name off the

10    list for diapers.

11        A    Yes, ma'am.

12        Q    Was that a medical employee or a corrections?

13        A    It was a medical nurse.

14        Q    Okay.  Have you ever asked any of the security

15    staff for an extra roll of toilet paper?

16        A    Yeah.

17        Q    At Suwannee?

18        A    Yeah.

19        Q    Who did you ask?

20        A    Probably everyone, Carpenter.  I don't know

21    what Mustang Sergeant's real name is.

22        Q    What -- did you -- did they give you the

23    toilet paper?

24        A    No.

25        Q    Okay.

Donny Phillips
October 05, 2023

Page 190

1        A    No.  Not -- now, they would give it to another

2   inmate and they would come give it to me at times.  But

3   if -- if you write them up, they're not going to give

4   you toilet paper.

5        Q    Okay.

6        A    You're dead on that, you know.

7        Q    You mentioned when you were in the infirmary

8   they had the pull-up diapers even though --

9        A    Just once or twice --

10        Q    Okay.

11        A    -- I seen them and she give me them, and I

12   said -- I said something to her like, is these the ones

13   y'all took from me when I came in, you know.

14        Q    Did -- and you mentioned a couple of other

15   inmates who you saw on the compound did get pull-ups.

16   Do you know the specific issues or circumstances, health

17   problems those other inmates have?

18        A    Not really, but they had something to do with

19   that -- you know, their urinary, and...

20        Q    Okay.

21        A    And I know a couple that had bathroom passes,

22   not showers but bathroom passes.

23        Q    Did any of the corrections officers -- you

24   said that if you ran out of wipes, you would have to go

25   down to medical to ask for more.  Did any corrections

Donny Phillips
October 05, 2023

Page 191

1    officers ever stop you from doing that?

2         A    Yes, but I can't remember who they were, but

3    very -- just for wipes, not hardly never, you know.

4         Q    Okay.

5         A    But they maybe once the whole time.  An

6    Officer Smith.

7         Q    And that was at Suwannee?

8         A    That was at Suwannee, the one that wouldn't

9    give me toilet paper.  She told me add her name to the

10   list.

11        Q    Okay.

12        A    Get out of my face.

13        Q    You -- when you're talking about what happens

14   if you have to check in, right, and go into protective

15   custody, I guess, do you recall that?

16        A    You're asking me what would happen?

17        Q    You were talking to Mr. Cook about that a few

18   minutes ago, that if it got really bad, that you would

19   have to check in?

20        A    Yes, ma'am.

21        Q    Okay.  And you said that sometimes they won't

22   allow you to check in.  Has that ever happened to you?

23        A    No, ma'am.

24        Q    Okay.

25        A    Why not?

Donny Phillips
October 05, 2023

Page 192

1      Q     No, did that ever happen to you at Suwannee?

2      A     Yes, and --

3      Q     That you weren't allowed to check in?

4      A     Yes.  Some -- most -- most prisons they got a

5   code they just -- that if you come try to check in, then

6   you owe somebody for a football bet or prostitution or

7   dope.  They'll run up a big bill.  And they get dope

8   running and they'll go check in so it's regular practice

9   for them officers to say, don't get me -- don't get me

10   involved.  You're not checking in -- you know, they'll

11   come in and make an announcement, we're going to have a

12   good night, smoke in the bathroom don't smoke in -- on

13   the cameras.

14      Q     Uh-huh.  Can you tell me how many times at

15   Suwannee you attempted to check in for your safety and

16   you were refused?

17      A     Never.

18      Q     Okay.

19      A     Honestly never.

20      Q     Okay.

21      A     Because it's just I've been in prison many

22   years and that's just my policy not just -- that I just

23   don't -- I ain't -- I ain't going to check in.

24      Q     Okay.  When you said that I believe Aldridge

25   and Richardson said you were a snitch, and that Aldridge

Donny Phillips
October 05, 2023

Page 193

1    said that you were a federal agent, and when she

2    mentioned drugs being sold in the dorm, and that they

3    know him, you, from other cases, how -- what did anybody

4    say when they heard that?

5         A    Say that again.

6         Q    What did anybody else around you say when they

7    heard that?

8         A    Well, because of the situation where they

9    found my tablet -- I mean, my journal, and me having to

10   go up there to that officer's station, if you -- if

11   you're in a dorm and you got 70 inmates, and she calls

12   you up to the officer's station and you bend down and

13   look in the flap and she's sitting there trying to talk

14   to you and whispering or talking to you, then they're

15   wondering what's he telling her.  If she calls you out

16   in the foyer, it's proper procedure that you -- you got

17   to bring some -- another inmate out there in the foyer

18   with you and they got to witness what you say, otherwise

19   as far as they're concerned you're a snitch, and they're

20   going to kill you or they're going to stab you or you're

21   going to -- something is going to happen to you.

22        Q    Did any inmates threaten you after that?

23        A    Yes.

24        Q    Who?

25        A    Gang members, different gang members.  Carl --

Donny Phillips
October 05, 2023

Page 194

1    Carl Johnson and I don't know the other gang members.

2         Q    Do you know which gang?

3         A    Bloods.

4         Q    Okay.  Did any of them ever act on those

5    threats?

6         A    Zoes (phonetic).

7              No, not that I know of.  Not that I know of.

8         Q    Lieutenant Hale you said you didn't continue

9    talking to him anymore because you were worried about

10   going to confinement.  Did he ever send you to

11   confinement?

12        A    No, ma'am.

13        Q    Did he ever write you up for anything?

14        A    No, ma'am.  But because he didn't I -- I would

15   like to explain that.  Because about a week before that,

16   my lawyer come to see me and they took pictures,

17   Mr. Hale was there and witnessed it and was -- and he

18   knew that I wasn't -- that I -- that I had a lawyer.

19   See, most of the inmates that they get away with these

20   types of acts don't have a lawyer and some don't have

21   family members and stuff like that, so...

22              And he knew when I came in there that -- that

23   I was going to leave his office and go straight to the

24   phone or I was going to address the issue if he done --

25   if he violated anything.  And I made it clear I said,

Donny Phillips
October 05, 2023

                                                      Page 195

1    whatever you're going to do, you go ahead and do because

2    I'm going to...

3        Q    So you think he threatened you even after

4    knowing you have an attorney?

5        A    In a way of speaking, yeah.

6        Q    Okay.

7        A    Yes, you know.  Like I want you to be safe and

8    make safe decisions, and learn from your mistakes, and

9    do better.  I don't want you to do wrong.  I want you to

10   do better.

11       Q    You don't think he might have been being

12   sincere?

13       A    Absolutely not.

14       Q    Okay.

15       A    He don't -- you'd have to be there and see how

16   things operate.  I -- I don't think that he is sincere

17   about anything concerning an inmate's life.

18       Q    Do you know why he said to you that you can

19   forget the boots, you won't ever get them?

20       A    Yes, because I wrote the grievances.

21       Q    Do you know if he saw the responses that it

22   was a medical issue?

23       A    I don't -- I know -- I have no answers for

24   that other than him making the statement that medical

25   was his pet peeve.

Donny Phillips
October 05, 2023

Page 196

1      Q     Uh-huh.  He said that to you?

2      A     Yes.

3      Q     Okay.  You said that he told you that he's

4   killed at Suwannee before and he's not afraid to do it

5   again?

6      A     That he did not say to me.

7      Q     Okay.  Who did he --

8      A     He said that to another inmate and the inmate

9   came in the dorm and told me.  And then I asked the

10  inmate, could I get that in a declaration, would he

11  swear to that?  And the inmate was so scared that he

12  wouldn't give it to me on paper that I -- I told him

13  just in case he does something to me, I'd like -- I'd

14  like to have that.  And he -- the inmate said, I can't

15  do it, Donny, I can't.  I'm going to be here a long time

16  after you're gone.  I got a life sentence, and he'll

17  kill me.  So I never got the declaration so that's --

18  that's the honest truth.

19    * Q     Which inmate was that?

20      A     I can't tell you that.  I'm not going to do

21  that.

22      Q     I don't think you have a choice.

23      A     Ma'am?

24      Q     I don't think you have a choice.

25      A     I do.  That's my freedom right to speech.

Donny Phillips
October 05, 2023

Page 197

1     Q     We'll certify it for the --

2     A     First Amendment right to speech.

3     Q     No, sir.  This is information in a lawsuit

4  that you have filed, and you're making this allegation

5  against a department employee, and I have an obligation

6  as their advocate to find the information and talk to

7  this inmate.

8     A     And that inmate's life you'll put in danger

9  and you'll be --

10    Q     I didn't file the lawsuit.

11    A     -- in the same shoes that he's in, and I still

12  refuse to do that and whatever you got to do to get it.

13    Q     I haven't asked you a question.

14          MR. COOK:  Go ahead and certify it.

15    A     Yeah.

16          MR. COOK:  Go ahead and certify it.

17          MS. STRICKLAND:  Certifying that question.

18  You want to talk to him about it?

19          MR. COOK:  No, I think he --

20    A     I mean, I just don't want the inmate to get

21  hurt, and I know they will and --

22  BY MS. STRICKLAND:

23    Q     You could have not told me that.

24    A     -- you'll be sitting in -- you'll be sitting

25  in the air condition when he gets killed.

Donny Phillips
October 05, 2023

Page 198

1    Q    There's no questions pending, sir.

2    A    I represent --

3    Q    There's no question pending.

4    A    I represent the inmate.  I don't represent

5    DOC.

6    Q    Well, then you should not have said anything

7    about it.

8    A    Well...

9    Q    So moving on.  Do you know if medical

10   intentionally started providing you 50 wipes or do you

11   know if it's something that the vendor changed?

12   A    I don't, ma'am.  I don't know.

13   Q    So you don't have any evidence that medical is

14   intentionally giving you less wipes?  Okay.

15   A    Yeah, that's not in their contract that they

16   got to give you a reason.

17   Q    Have you seen inmates ordering shoes on Amazon

18   on the compound at Suwannee?

19   A    Yes.

20   Q    Who -- what security was present?

21   A    The officer that allowed them to do it is

22   Sergeant O'Connors.

23   Q    Okay.  How often does this happen?

24   A    They're only -- they only do it for like a few

25   weeks and then when -- when security starts seeing that

Donny Phillips
October 05, 2023

Page 199

1   she's doing that, she gets ordered to stop.  And she

2   does it most of the time with Spanish officers because

3   her sis -- her orderly is a Spanish orderly and that's

4   her relationship, so...

5          VIDEOGRAPHER:  I'm going to have to stop you

6      again in five minutes.

7   BY MS. STRICKLAND:

8      Q    Okay.  The boots that you are wanting from

9   medical, do they have like any bar, metal support kind

10  of things in the ankles?

11     A    I don't think.  They might have --

12     Q    Could you squish the leather or whatever the

13  outer part is all the way down?

14     A    I think so, yes.

15     Q    Okay.  Did you ever ask for an ankle brace as

16  an alternative?

17     A    No, ma'am.

18     Q    Okay.  When -- what is the longest that you

19  would have to sit in soiled diapers?

20     A    I don't know, but we'll know in a little

21  while.  No, I'm joking.  Hours long as a -- sometimes if

22  I'm ordered to stay on my bunk, even after count is

23  cleared, hour and a half, two hours probably, three

24  hours.

25     Q    Why -- I thought you said earlier that if

Donny Phillips
October 05, 2023

Page 200

1    count was cleared and that count was done, then you were

2    free to use the bathroom as needed?

3         A    I did say that.  And you just asked me how

4    long is the longest.  Sometimes two or three hours.

5         Q    Okay.

6         A    If I'm in the center gate or if I'm put in a

7    spot -- a situation where I'm sitting.  If you get

8    counted in the lunchroom, if you're the last group that

9    goes in the chow hall and you're sitting there in count,

10   and they close the doors and leave that one last group

11   in there, you might be there for two hours before you

12   get back to the dorm.  There's no place to change and no

13   place to -- to do anything in that chow hall.  You're

14   dead, you're dead in your tracks.  It all depends on the

15   situation.

16        Q    You didn't go to chow very often though, did

17   you, at Suwannee?

18        A    No, I didn't, but I did go to chow.

19        Q    Okay.  Did you not go to chow by choice, is

20   that a decision you made or was it because of the

21   wheelchair?

22        A    By choice.

23        Q    Okay.

24        A    I chose not to get stabbed or I chose not to

25   go down there and not have a pusher pushing me down

Donny Phillips
October 05, 2023

Page 201

1    there, many different...

2        Q    Okay.

3        A    I would have to agree with anything anybody

4    said on that because I think all of the answers...

5        Q    **So during your time at Suwannee, you had**

6    **numerous people corrections and inmates making multiple**

7    **threats against you and your life and nobody ever went**

8    **through with it?**

9        A    I think we set here a while ago and shared the

10   one issue where the inmate got caught.  And I got

11   punched trying to go to the ADA toilet in the bathroom

12   one time, that's documented in Northwest Florida

13   Reception Center before we went to Suwannee that he

14   refused to let me in the bathroom and punched me in the

15   face and broke my glasses.  The inmate that just choked

16   me just got it on -- it's documented but no video.

17       Q    **Were you able to breathe while he was doing**

18   **that?**

19       A    Excuse me?

20       Q    **Did he impede your ability to breathe?**

21       A    No, he said I'm going to just choke you and

22   you can just breathe, relax and I'm just going to choke

23   you and we're going to make it look that way.

24       Q    **Okay.**

25       A    He's got a life sentence.  I don't know.

Donny Phillips
October 05, 2023

Page 202

1    Q    I don't have any further questions.

2    A    I don't think I can remember whether I was

3    breathing or whether I was trying to get loose and

4    whether I was going to get flipped over backwards out of

5    my chair.  I was actually praying somebody would grab

6    him.

7    Q    On that note, when you were talking about

8    expert materials, where did you find those or what are

9    they?  What expert materials have you read about

10   cellulitis?

11   A    My expert doctors that's reviewed my -- and

12   the literature that I've read in medical books in the

13   law library and on the computer on the street.

14   Q    Okay.

15        MR. COOK:  You got that, right?  We filed

16   those expert materials.

17        MS. STRICKLAND:  I did.  Thank you.

18        MR. COOK:  Okay.

19        MS. STRICKLAND:  I was just making sure

20   there's not more sources.  I have no further

21   questions.

22        MR. COOK:  I have no further questions.

23        VIDEOGRAPHER:  Okay.

24        MS. STRICKLAND:  You want to read or waive?

25        MR. COOK:  Let's weed -- let's read.  We'll

Donny Phillips
October 05, 2023

Page 203

1    read.

2         MS. STRICKLAND:  Okay.

3         VIDEOGRAPHER:  And just so before -- before we

4    go off the video record, they like me to get the

5    transcript orders and the video orders on the video

6    record.

7         MS. STRICKLAND:  Okay.

8         VIDEOGRAPHER:  So do either one of you want to

9    order the transcript or the video at this time?

10        MS. STRICKLAND:  We'll order the transcript.

11        VIDEOGRAPHER:  But not the video?

12        MS. STRICKLAND:  Not right now.

13        VIDEOGRAPHER:  Okay.

14        MR. COOK:  Yeah, certainly a copy of the

15    transcript, but not the video at this time.

16        VIDEOGRAPHER:  Okay.  That's perfectly fine.

17    All right.  We are now officially concluding at

18    2:59 p.m.

19        (The video-recorded deposition concluded at

20    2:59 p.m.)

21                         - - -

22

23

24

25

Donny Phillips
October 05, 2023

Page 204

1                    CERTIFICATE OF OATH

2

3    STATE OF FLORIDA

4    COUNTY OF COLUMBIA

5

6            I, Donna Wise, Stenographer, Notary Public,

7    State of Florida, certify that DONNY PHILLIPS,

8    personally appeared before me on the 5th of October,

9    2023, and was duly sworn.

10

11           Signed this 26th day of October, 2023.

12

13    _____

14    DONNA WISE, STENOGRAPHER
      COMMISSION #GG127474
      Expires August 3, 2025
15    Notary Public - State of Florida

16

17

18

19

20

21

22

23

24

25

Donny Phillips
October 05, 2023

Page 205

1                    REPORTER'S DEPOSITION CERTIFICATE

2

3     STATE OF FLORIDA:

4     COUNTY OF COLUMBIA:

5

6              I, DONNA WISE, Stenographer, certify that I

7     was authorized to and did stenographically report the

8     video-recorded deposition of DONNY PHILLIPS; that a

9     review of the transcript was requested; and that the

10    transcript, pages 1 through 203, is a true and complete

11    record of my stenographic notes.

12

13             I further certify that I am not a relative,

14    employee, attorney, or counsel of any of the parties,

15    nor am I a relative or employee of any of the parties'

16    attorney or counsel connected with the action, nor am I

17    financially interested in the action.

18

19             DATED this 26th day of October, 2023.

20                                    _____
                                      DONNA WISE
21                                    Stenographer

22

23

24

25

Donny Phillips
October 05, 2023

Page 206

1    October 26, 2023

2    Donny Phillips c/o James V. Cook, Esquire
     314 West Jefferson Street
3    Tallahassee, Florida  32303

4    IN RE: Donny Phillips v. Ricky Dixon, in his official
     capacity as Secretary of the Florida Department of
5    Corrections, Centurion of Florida, LLC, MHM Health
     Professionals, LLC, Alexis Figueroa, M.D., Elizabeth
6    Holmes, Brittney Cannon, Connie Lynn Adams, Sgt. Savonia
     Richardson-Graham, Sgt. Debra Aldridge and Ofcr. Teressa
7    Fillmore Hawthorne
     CASE NO.: 3:22-cv-997-BJD-LLL
8
     Please take notice that on the 5th day of October 2023
9    you gave your deposition in the above cause. At that
     time you did not waive your signature.
10
     The above-addressed attorney has ordered a copy of
11   this transcript and will make arrangements with you to
     read their copy. Please execute the Errata Sheet
12   which can be found at the back of the transcript, and
     have it returned to us for distribution to all parties.
13
     Please contact my office (888-811-3408 or
14   fl.production@lexitaslegal.com) for access to a
     read-only PDF transcript and PDF-fillable Errata Sheet
15   which will be found on the last page of the transcript.
     Once the Errata Sheet is completed, please email it to
16   fl.production@lexitaslegal.com for distribution to all
     parties.
17
     If you do not read and sign the deposition within 30
18   days, the original, which has already been forwarded to
     the ordering attorney, may be filed with the Clerk of
19   the Court.

20   If you wish to waive your signature now, please sign
     your name in the blank at the bottom of this letter and
21   return it to the address listed below.
     Very truly yours,
22   Donna Wise, Stenographer
     Lexitas Legal
23   fl.production@lexitaslegal.com
     I do hereby waive my signature.
24   Donny Phillips

25   Job No. 330090

Donny Phillips
October 05, 2023

```
                                                          Page 207
  1                         ERRATA SHEET

  2                 DO NOT WRITE ON THE TRANSCRIPT
                    ENTER CHANGES ON THIS SHEET
  3   Donny Phillips v. Ricky Dixon, in his official capacity
      as Secretary of the Florida Department of Corrections,
  4   Centurion of Florida, LLC, MHM Health Professionals,
      LLC, Alexis Figueroa, M.D., Elizabeth Holmes, Brittney
  5   Cannon, Connie Lynn Adams, Sgt. Savonia
      Richardson-Graham, Sgt. Debra Aldridge and Ofcr. Teressa
  6   Fillmore Hawthorne
      Witness:       Donny Phillips
  7   Date of Deposition: October 5, 2023
      Case No.:          3:22-cv-997-BJD-LLL
  8   PAGE      LINE                 REMARKS

  9   _____

 10   _____

 11   _____

 12   _____

 13   _____

 14   _____

 15   _____

 16   _____

 17   _____

 18   _____

 19   Under penalties of perjury, I declare that I have read
      the foregoing transcript of the above proceeding and I
 20   hereby swear that my testimony therein was true at the
      time it was given and is now true and correct, including
 21   any corrections and/or amendments listed above.

 22   Signature of Witness_____

 23   Dated this_____day of_____,_____

 24   email to: fl.production@lexitaslegal.com

 25   Job No.:  330090
```

Donny Phillips
October 05, 2023

1

---

**Exhibits**

**Exhibit 001 Phillips**
  3:17 11:10,11
**Exhibit 002 Phillips**
  3:18 47:6,7
  151:3
**Exhibit 003 Phillips**
  3:19 52:16,17
**Exhibit 004 Phillips**
  3:20 112:5,6

---

**1**

**1**
  11:10,11
**10**
  24:18
**10:56**
  57:17
**10:57**
  57:20
**11**
  18:14,15,18
  115:24 117:22
**11:00**
  80:22 187:25
**11:31**
  79:10
**12**
  115:25
**12:00**
  80:13,14
**12:13**

  79:13
**13**
  6:13 18:16,18
  128:8
**14**
  25:14 128:8,9
**15**
  24:18 25:15
  139:16 154:23
  156:14 188:2
**15-count**
  154:17
**150**
  49:10
**15th**
  14:1
**18**
  24:1 156:14
**1:00**
  37:23
**1:21**
  126:3
**1:24**
  126:6
**1:30**
  146:2

---

**2**

**2**
  47:6,7 151:3
**20**
  93:19,20,22
  156:16
**2005**
  17:20,21
  18:10 21:12
**2011**
  23:4

**2013**
  18:13
**2015**
  50:22
**2018**
  24:1 28:10
  50:25
**2019**
  28:15
**2020**
  14:1
**2021**
  71:13,15 80:4
**2022**
  13:22 132:17
**2023**
  4:8
**216**
  4:7
**24**
  10:24 156:16
**24th**
  86:4
**2:00**
  102:13 134:21
**2:59**
  203:18,20
**2nd**
  86:2

---

**3**

**3**
  52:16,17
**30**
  51:12 73:5
  81:12 154:8
  180:6

**30,000**
  51:12
**32025**
  4:8
**3:00**
  80:14
**3rd**
  86:2

---

**4**

**4**
  112:5,6
**4.99**
  106:19
**4/21/24**
  9:12
**40,000**
  51:12
**45**
  81:12 180:6
**46**
  117:22
**4:00**
  80:14

---

**5**

**50**
  48:5,6 151:4,
  7,11 198:10
**50,000**
  51:14
**5:00**
  33:9,15
**5th**
  4:8

---

Donny Phillips
October 05, 2023

2

---

**6**

**63**
  7:6

---

**7**

**70**
  193:11
**74**
  152:24
**78**
  152:24
**789552**
  6:11
**7th**
  71:12

---

**8**

**8/14/60**
  7:8
**80**
  48:5  151:9
**8:00**
  80:14

---

**9**

**90**
  29:7  103:13
  143:14  157:3
  167:6
**97**
  65:20  143:14
**9:27**
  4:1,4

---

**A**

**A&d**
  89:6
**a.m.**
  4:1,4  57:17,
  20  79:10
**abide**
  157:14
**abilities**
  34:25
**ability**
  72:23  150:22,
  24  162:2,10
  201:20
**absent**
  116:7  118:1
**absolutely**
  13:13  31:15
  114:18  160:4
  172:2  195:13
**abusing**
  59:12
**access**
  13:5,12  14:25
  16:6  17:1
  20:14  28:1
  30:5,23,25
  31:1,22,24
  32:19,21
  39:24,25
  46:17,23
  49:11  58:19
  72:14  81:22
  163:13  185:19
**accessible**
  22:2
**accommodate**
  6:8

---

**accommodation**
  27:17  114:8
  121:25  150:16
  176:16,19
  177:3,5
**accommodations**
  17:1  27:19,24
  109:18  115:20
  116:2,6
**account**
  147:4
**accurate**
  11:25  140:3
**accuse**
  148:16
**achieve**
  20:16
**acknowledge**
  162:19
**acknowledged**
  143:17
**act**
  16:15,16,20
  17:4  73:7
  111:23  194:4
**action**
  84:24  139:17
**actively**
  75:3
**activities**
  150:14
**acts**
  71:17  194:20
**actual**
  13:6
**acute**
  19:19
**AD**

---

  119:1
**ADA**
  13:12  14:25
  16:4  17:1,2
  20:22,23
  31:21,22,24
  32:2,18,19
  34:22  42:22
  62:7,11,20
  65:21  94:8
  97:6  100:17
  101:17  103:9
  104:6  105:1,
  4,9  106:11,16
  109:5,14,20
  110:19,25
  112:25
  114:17,20
  115:12
  117:15,16
  118:22  119:1
  122:2  126:14
  129:5,16
  165:22,23
  166:13  167:1,
  2,3,8  168:10
  169:7,15
  171:5  182:11
  183:3,24
  186:13,16
  201:11
**Adams**
  12:5
**add**
  124:16  191:9
**address**
  118:16  120:14
  169:6  183:8
  194:24
**addressed**
  37:9  42:4

146:18 163:8
165:17 183:5

**addressing**
101:2

**administrative**
84:18 125:7

**administrator**
166:18

**admitted**
124:12

**advice**
123:25

**advised**
66:4 136:9

**advocate**
197:6

**affiliated**
70:2 117:9

**affiliation**
70:4

**affirm**
4:25

**affirmed**
5:6

**afraid**
164:21 196:4

**agent**
16:6 67:4
149:10,13,17
193:1

**agents**
74:4

**agree**
17:3 18:24
26:24 45:18
54:18 107:6
108:5,6
113:20 158:5

201:3

**agreed**
28:11 93:8
109:1 157:10,
12 163:1

**agreeing**
157:14

**agreement**
112:12 113:1,
24 115:16
116:13 118:8
182:18

**ahead**
5:20 6:1 13:4
47:16,20 84:3
114:14 136:10
146:19 163:20
181:5,10
195:1 197:14,
16

**aides**
36:1

**air**
89:9,10 169:3
197:25

**Aldridge**
4:20 12:23
16:2 30:21,23
31:5,8 32:11
33:22 42:12
56:5 64:1
66:23 67:15
68:23 74:15,
17 76:13
79:16 101:25
123:3 134:1,
23 138:12
139:9 140:2
149:7,12
179:17 187:1,

15,25 189:1
192:24,25

**Aldridge's**
133:5 146:5

**Alexis**
12:4

**alive**
67:11

**allegation**
197:4

**allegations**
67:14

**allege**
56:13 71:12

**allegedly**
14:22 15:24

**allowed**
13:16 33:4,7,
19 44:22 54:7
64:10 80:6,24
81:10 82:23,
24 97:21
105:3 116:6
127:22 128:1
163:9 177:13
192:3 198:21

**allowing**
37:22

**alternative**
86:23 173:20
199:16

**Amazon**
162:24 163:8
198:17

**ambulate**
97:19

**ambulatory**
117:24

**Amendment**
197:2

**Americans**
16:15,19 17:3

**amount**
51:20

**amputated**
66:10,11
154:4

**amputating**
64:16 65:15

**amputation**
65:15 174:23

**and/or**
117:24

**ankle**
22:2,23 23:1,
2,3 160:19
161:7,24
199:15

**ankles**
22:3 26:12,25
160:22 199:10

**announce**
4:13 87:18

**announced**
16:5

**announcement**
192:11

**answering**
32:13 47:21

**answers**
5:20 195:23
201:4

**anticipate**
150:8

**antiseptic**
43:10,18

Donny Phillips
October 05, 2023

4

anymore
118:16 194:9

anytime
38:7 78:17
142:8 177:24

apologize
20:4 112:3
125:6 165:24

apologized
124:15 154:25
155:5 189:8

appeal
137:4

appearances
4:13

approved
105:9 106:16
113:21
115:16,18
116:1,2,6,7
132:22

approximately
6:13 8:4
13:17 15:8
16:1 24:23
25:12

apps
186:12,15

area
9:5 35:22
90:17

areas
146:16

argument
116:9

argumentative
118:12

Arnold
9:1

arrest
23:4

arrested
74:15,16,18
76:13

arthritis
19:24

articulated
187:6

asleep
71:11 85:17,
19 130:23,24

assessment
115:19,21

assign
35:2 67:25

assigned
34:2,3 35:1
36:5,10 67:24
104:14
110:19,24

assignment
34:8

assist
16:11 21:7

assistant
36:3,4,10

assistants
36:1

assists
36:7

attack
19:21

attacked
141:7,9

attacker
143:8

attempt
46:12 55:18

attempted
27:9 192:15

attention
96:6 186:7

attorney
4:15,17 11:18
12:19 40:24
84:15 113:4
195:4

attorneys
4:12

attribute
140:1

auditory
103:4,5
109:22

August
86:2,4

automatic
55:9 67:8

average
43:22

_____

B
_____

back
16:10,14 18:9
25:18 33:25
38:21 49:12,
19 56:22,24
57:19 62:23
65:6,13 79:12
84:20 90:12
92:8 95:4,15,
16,22 96:20
98:10 100:22
101:16,21
102:14 105:13

106:6,7,21,25
108:18,20
116:23 117:3,
20 118:23
119:11 124:9
126:5,19,24
127:11
129:15,16,18,
23 136:4,8
137:21,22
140:15 142:17
145:4 146:9,
10,11,14,20
148:21 160:20
167:18
184:13,17
187:22 200:12

backpack
167:19,20

backwards
202:4

bad
20:18 44:2
57:1 61:25
62:1 66:15
67:10 86:14
89:3,4 99:8,
9,16 115:3
125:19 128:21
129:15 143:15
183:15 188:11
191:18

bag
53:24

baggy
155:23

ballpark
51:11

Band-aid
178:6,7

Donny Phillips
October 05, 2023

5

**Band-aids**
178:6,21,23
179:6,7

**bank**
9:23

**bar**
121:24 199:9

**Barnhill**
127:7,8
179:15,19,22
180:3,5 186:9

**barrier**
43:10,18

**bars**
122:4

**barter**
178:10,13

**based**
12:18 13:23
115:7 123:9,
12 185:25
186:23

**basically**
147:4

**basis**
49:5 58:3
157:15

**Bass**
9:20

**bathroom**
6:6 13:6,14
28:2 31:3
39:12 43:11,
19 46:12,14,
24 49:23,24,
25 67:22
68:24 78:9
80:7,25 81:23
83:9,10 87:25

88:2,4,7,11,
12 89:14
90:20 97:23,
24 102:8
125:10 129:5,
7,18,21
130:20 147:12
159:25 160:18
177:8 190:21,
22 192:12
200:2 201:11,
14

**bathrooms**
13:6 49:24
81:3,4,6

**battery**
125:21

**beam**
17:23

**beard**
182:23

**beat**
67:22 68:24
71:4 85:16
141:3 188:3,
4,10,20

**beaten**
68:7

**beats**
73:11

**bed**
36:11,13 88:8
96:24 97:4
106:1 113:2,3

**beds**
111:8 187:14

**bedtime**
80:22

**began**

4:1

**beginning**
4:12 41:15

**behalf**
4:11,18

**belong**
107:11

**belongings**
53:12 54:24

**bend**
160:16 193:12

**beneficial**
37:10

**benefits**
180:17 181:8

**bet**
192:6

**big**
131:13 135:16
155:14,16
192:7

**bigger**
129:11

**bill**
192:7

**birth**
7:7

**bit**
89:16 93:5
104:12 134:21
183:12

**black**
40:21 86:12
94:4 106:19

**bladder**
19:23 24:5

**blanket**
131:1

**bleeding**
61:23 62:3

**bless**
32:21 180:15

**blew**
90:18

**blind**
78:1

**block**
30:25 55:19
56:5,9 185:19

**blocked**
102:6

**blocking**
32:18

**blood**
19:20 20:2,3,
15 21:2
37:13,14,15
49:8 89:4
93:5 94:3
179:2

**Bloods**
194:3

**bloodstream**
175:4

**bloody**
188:9,14

**blow**
90:17

**body**
153:6

**bone**
175:3

**bones**
22:25 160:24

**books**
202:12

Donny Phillips
October 05, 2023

6

**boots**
17:1 20:15,
22,23 22:3
24:25 25:2,4,
16,23 26:9,14
27:2,3,7,16
28:1 65:25
92:16,19,23,
25 94:2 98:15
99:1 143:18
144:1 161:9,
18 162:8,14,
20 163:12,16,
21,22 195:19
199:8

**born**
7:10 9:3

**borrow**
45:7

**boss**
166:20

**bottles**
59:25

**bottom**
53:3,4

**bought**
70:11,14
168:3

**bowel**
19:23 88:14
172:17 173:15

**bowels**
24:5

**box**
53:24 135:10,
13,15,16,21
136:4

**boxers**
155:12

**brace**
161:25 199:15

**brand**
122:19

**break**
6:5 22:22
78:16,23
122:15,18
134:12 160:19

**breath**
17:6

**breathe**
201:17,20,22

**breathing**
202:3

**bring**
68:3,25 78:23
96:6 117:5
122:20 147:13
186:6 193:17

**bringing**
78:20

**brings**
167:13

**Brittney**
12:5 165:15

**broke**
22:2 160:21
201:15

**broken**
22:25 160:22,
24

**brother**
8:22 9:7
121:10

**brother's**
8:23

**brothers**

8:21

**brought**
20:10 85:19
118:24 119:6
180:21

**brush**
103:11,19

**brutally**
188:4

**Buchanan**
4:17

**building**
146:15 169:22
187:20

**bunch**
84:5 106:1

**bunk**
35:21,24
46:1,2,9,14,
16 94:8 97:7
110:15,19,25
111:13,22
117:16
129:21,24
147:16,18
174:1,2 188:5
199:22

**bunks**
81:11 97:6
111:12

**Burglary**
7:2

**bus**
85:18 95:10,
11,13,15,16,
20,23 118:22,
24 119:16,18
144:9,14

**buses**

95:17

**busted**
147:21

**Butler**
76:16 77:3
95:15,21

**butt**
81:25

**button**
180:4

**buy**
27:9,14 58:15
93:8 151:25
152:2,3,17,21
153:11

**buys**
102:23

---

C

**cabinet**
135:4 136:8,
18 139:23,24

**call**
10:4,7 40:14
49:7 65:3
66:4 73:11,20
82:15 83:21
84:6 93:10,11
103:10,14
114:10 119:11
125:15,16
145:23 164:7
181:5 185:4,8
188:18

**call-out**
30:3 37:22,23
38:5 62:24
109:9 145:1
146:8 180:5,7

Donny Phillips
October 05, 2023
7

call-outs
16:12 146:2

called
19:1,24 60:12
63:17 79:24
80:2 84:9,15
92:1 93:12
106:10,12
108:10 111:18
113:4 136:6,9
163:19
166:15,23
185:1,16

calling
18:21 181:10

calls
65:5 187:15
193:11,15

camera
4:3

cameras
192:13

canal
9:23

cane
97:25

Cannon
12:5 93:12
100:14 114:24
115:10 165:14

canteen
26:16 42:4
106:19 151:25
152:2 168:3
178:19,22
188:11

canvas
122:13

captain

104:11,19
105:20 142:4,
15 170:15,16,
19,21 182:15
187:16 188:13

captain's
38:15

care
37:20 61:24
82:11 91:21
99:10 126:18,
21 127:1
182:24

Carl
42:16,19,21
77:8 133:8,23
193:25 194:1

Carpenter
127:4,7
189:20

carried
95:20

carrying
54:11

case
22:4,9,13,15
28:10 30:3
39:20 50:6,
10,11,12,16
51:3 57:12
61:11 87:7
112:13 117:14
151:5 168:2
177:7 196:13

cases
65:8 89:15
149:18 181:5,
9 193:3

catch
69:22 85:19

133:5 171:15
188:18

catheter
87:2,11
172:14,21,22,
24 173:6
177:20

catheterize
87:13 172:25

caught
33:8 76:22
77:7 90:1
147:12,15
183:11 201:10

caused
39:5

causing
45:16

cellulitis
16:25 23:21,
25 38:10 39:4
45:16 202:10

center
24:3 25:2
30:5 46:21
63:19 90:1,10
119:7 129:14
130:14
135:11,13
156:7,20,24
180:1 181:22
200:6 201:13

Centurion
12:4 28:25
30:8 51:15
87:8

certified
5:7

certify

197:1,14,16

Certifying
197:17

chair
24:16 28:2
93:3 95:13
98:5,6,8,9,10
167:15 177:11
184:1,8,10,11
202:5

chance
11:23 28:13,
17 30:5 64:20
65:20 84:3,11
112:15 143:14
168:21

change
13:12 20:20
36:16 44:22
46:1 52:22
57:15 87:15
103:18 125:21
160:7 188:16
200:12

changed
93:16,18 94:6
95:4 110:24
151:10 198:11

chapel
88:5

charge
57:1,5 58:4
71:13 127:12

charged
56:15,22
57:23 71:14
72:8

charges
6:14,25 18:20

cheaper
60:13

check
54:13 102:18
148:3,6,8,9,
10,11 191:14,
19,22 192:3,
5,8,15,23

checked
106:10,13,15

checking
192:10

child's
8:2

children
7:25 8:11

choice
46:15 146:12
180:14 185:2
196:22,24
200:19,22

choke
201:21,22

choked
94:12 110:16
122:22 186:8
201:15

choking
96:24

cholesterol
20:2

choose
31:3 38:7
58:21

chose
103:24 200:24

chosen
33:18 78:7

chow
49:11 97:22
103:10,20
150:22 171:22
180:12 200:9,
13,16,18,19

Christine
4:9

chronic
19:19

CI
13:23 141:9
147:2 156:3
158:23

cigarettes
134:5

circulating
93:5

circulation
21:7

circumstance
39:3

circumstances
11:3 85:3
103:25 190:16

citizen
22:19

City
4:8

claims
16:15

clarifying
17:15

class
146:15

classified
117:25

clean

13:14 15:2,4
30:2,6 35:21,
22 38:25
44:7,16 78:8,
13 81:1,6
103:17,18,19
119:15 150:25

cleaned
81:3

cleaning
35:21 81:4

clear
11:19 38:13
46:16 60:18
89:19 111:11
129:17,22
194:25

cleared
107:1 129:14
146:1 199:23
200:1

clearer
5:23 125:6

clerk
22:10

clerks
112:23 113:11

clinically
115:17 118:3,
7

clock
102:13

close
85:7 87:23
200:10

closer
102:24

closet
31:17 32:16,

18
clothes
44:6,7,16
45:12 142:7
156:2

clothing
177:16

clots
19:21 49:8
179:2

clouds
58:20

cocaine
7:4

Coconspirators
171:8

code
192:5

coffee
103:18 180:21

color
60:10,21

Columbia
14:4 24:21
45:5 98:11,
13,15 99:1
118:24 119:3
131:9 141:9
144:8 152:15
154:13 189:8

combined
125:5

commenting
182:22

commissary
26:16

communicate
72:14,23

Donny Phillips
October 05, 2023

9

communicating
56:6,10 72:17

companies
12:20

compelling
115:25 116:8
118:1

complain
183:2

complained
46:12

complaining
171:5

complaint
14:12 23:20
24:4 45:15
56:13 58:8
71:12 114:2,
3,5 141:18

complaints
114:1,6,7

completely
44:4 94:7
95:19 125:10

compliance
28:12 157:12

complicated
63:21

comply
14:16 39:14

complying
14:21,23

compound
71:1 100:4
104:3 128:5
147:24
148:13,21
151:20,25
158:15 177:25

190:15 198:18

computer
55:9 202:13

con
100:16 127:18

concern
116:8

concerned
65:10 193:19

concerns
147:6

concluded
203:19

concluding
203:17

conclusion
13:1 16:22

concrete
23:11 98:3

condition
50:20 98:22
115:7 159:24
160:7 197:25

conditions
31:2 38:12,14
40:1,7 45:15

condom
87:2 173:6

conduct
123:2

confidentiality
51:23 75:9

confinement
13:7 14:17,18
15:5,25 16:8
21:25 25:6
31:2,6 38:16,
20,22,24 39:8

46:15 53:15,
17 54:11,23,
25 55:2,5,12,
21,22,24
56:4,7,11
66:22 72:2,3
78:5 83:11,
12,16 84:17
85:17,18,22,
23 87:10 91:4
92:3,7,9,13
96:16,17
104:5 105:19
127:9,13
131:16,17,22
132:4 141:10,
12,25 143:4,
6,9 146:23
157:1 164:13
169:1,2,8,14,
23 170:1,12,
23 172:5
182:10
188:15,19
194:10,11

confiscate
54:4,23
107:18 116:12
127:17,21
180:12

confiscated
16:8 25:5
100:10 159:10

conflict
117:13,21

connection
57:2

Connie
12:5

Connor

96:15

Connors
96:15

Conover
105:25
111:15,18,21

considered
99:4 150:9

consistent
48:12

contact
73:3 105:16,
21

continue
29:1 77:6
157:10 177:10
194:8

continued
50:20

contraband
107:7

contract
198:15

Contrary
30:11

control
50:4 73:9
89:21

controls
121:13

conversation
64:4 66:18,19
73:1,23

conversations
99:24

cook
4:13,15
12:11,15,25

Donny Phillips
October 05, 2023                                                                 10

13:4 16:21
29:9,11,12,14
30:11,14
31:11 47:11,
16,19 51:21,
25 52:3 54:20
70:17 74:19,
25 75:4,11,15
76:1,4,9
78:17,22 79:3
87:9 89:2
94:14 99:22
100:1 107:9,
12,20,24
108:2 116:4
118:12
120:10,17,21
121:1,7,21
123:21,25
134:12,16,19
137:23 138:19
139:8 140:9,
25 141:6,21
143:12 144:4,
12,20,25
148:5 150:13,
19 151:15
152:9 153:9,
16,21 154:1,7
155:17,22
157:18,23
158:3,8,17
159:8,16,21
160:5,11
161:1,16,21
162:6,18
163:2,10
165:1,12
166:3,6,7,17,
21 167:7
168:13 169:4,
11,17,24

170:3,17
171:2,9,13,21
172:10,20
173:3,12,19,
24 174:17
175:5,9,22
191:17
197:14,16,19
202:15,18,22,
25 203:14

**cookies**
180:23

**cool**
84:17 101:14

**coordinator**
136:1 165:19,
20,23 166:10

**copies**
101:18

**copy**
112:25 132:2
157:19 203:14

**cord**
17:24

**Corizon**
51:15 87:8

**corner**
53:3,4

**correct**
13:21 14:1
18:13 20:25
23:23 24:4
28:10 31:10
35:23 36:11
43:12,15
44:9,17 50:23
51:2 53:9
55:16 56:15
63:1 67:12
87:19,20,22

88:1 93:17
97:16 184:22

**correctional**
25:9,11 47:3
49:4 112:21,
24 117:19
181:14

**corrections**
4:7,19 6:10
10:5 22:20
33:8 37:19
51:6 52:12
66:9 72:22
110:18,22
112:14 113:12
117:10 119:22
121:18 123:9
144:16,22
157:10,24
167:11
168:11,14
169:18
170:21,24
171:4 172:6,8
179:11 183:23
184:6,20
186:22 189:12
190:23,25
201:6

**correctly**
134:24 138:21

**couch**
19:16

**Coumadin**
49:8

**counsel**
22:6

**count**
16:6 46:16
48:5 56:20,24

73:11,12
80:7,9,11,19,
22,25 81:2,
13,15,18
87:16,25
89:17,19
129:14,17,22
146:1 151:4
185:1 199:22
200:1,9

**counted**
200:8

**counts**
39:12 81:7
87:21

**County**
7:11 18:18

**couple**
59:7 70:22
87:1 102:23
103:1 104:8
134:4 160:18
170:7 188:14
190:14,21

**court**
4:10,22 29:22
39:24 52:5
87:7 91:6,14
92:5 130:2,3
165:17 172:9
183:6

**courts**
91:8 163:14

**cover**
14:3 36:19

**covered**
67:3 113:23
115:25 116:5
117:1

Donny Phillips
October 05, 2023

11

covers
36:15,19

crazy
82:20 86:22
101:20 103:23
122:17 188:24

cream
43:10,18

CROSS
134:18

Crutchfield
52:11

cuff
188:18,19

cup
103:18

curious
59:21

current
9:9 19:14

curtain
28:3 31:20
32:16,22

cushion
28:1

custody
18:15 34:1
35:14 105:3
121:19 191:15

cut
16:4 26:20
64:8,13 73:4,
20 94:4
174:19,22

cuts
73:21

—————————

D

D.C.
106:21

daily
55:11,20
56:7,11 58:3
150:14

damages
61:13

danger
148:23 174:25
197:8

dangerous
59:23 74:11
164:16

dangers
163:24 174:11

dark
103:21

date
7:7 9:9 13:20
137:18

dates
101:22

daughter
146:5

day
18:21 25:1
32:25 33:6
36:15 38:18
43:10,17,23,
25 49:7 57:7
58:6 63:5
75:25 77:8
80:18 83:18
87:22 89:5
94:1 99:23
104:5 105:21

127:14 128:6,
21 139:16
141:25 149:1
183:21 188:16

days
29:7 36:5,14
38:24 44:2
59:7,18 62:1
87:1,2 124:10
154:18 157:3
167:6

dead
114:18 152:17
156:25 190:6
200:14

deal
39:6 93:6
131:13 165:5
176:21,22

dealing
78:10 90:19

death
67:22 68:8
71:4

deaths
74:9

Debra
12:23

decan
153:12

decide
31:24 168:21

decided
159:24

decision
12:9,14 95:25
111:16,22
168:18 169:14
170:11,24

171:4 200:20

decisions
195:8

declaration
196:10,17

declare
62:4 63:7
64:2 115:7

declared
63:8

declaring
62:16

decontaminate
153:12 172:22

def
57:12

defendant
33:23 51:16
118:14

Defendants
12:3 39:20
66:23

defense
11:10,11 47:7
52:17 112:6

delayed
115:5

deliver
97:3

denied
115:22
138:22,23

deny
185:19

denying
28:22 162:14

department
4:19 6:10

10:5 22:20
27:20 28:25
33:8 36:24
37:18 51:1,5
52:10,11 53:8
72:21 73:19
94:19 107:16
110:17,21
112:13 117:10
119:22 121:17
123:9 132:22
151:11 157:9,
24 168:14
183:18 197:5

**depending**
34:25 54:1
57:6 58:2,5

**depends**
70:25 82:3
121:9 200:14

**deposed**
5:13

**deposition**
4:4,6 5:15
203:19

**dermatitis**
37:4

**dern**
125:9

**describe**
29:21 34:23
40:20 69:13

**describes**
114:4

**determination**
118:2

**determine**
92:18

**determined**

118:5

**developed**
175:17

**device**
105:4 113:21
115:17 177:22

**devices**
116:2,7

**diagnosed**
23:24 70:4

**Dial**
28:5,6 60:21,
25

**diap**
155:7

**diaper**
44:5,9,20
45:21,23
88:22 155:9,
18 160:17
178:9

**diapers**
13:12 15:3
16:7 28:3
38:23,24
43:9,17,22
44:10,22,25
45:3,4,6,8,25
87:11 88:7
89:5 91:5
103:19 105:14
124:8 152:8,
13 154:13,16,
23 155:7
156:4,6,9
158:9,21
160:8,13
167:25 173:21
176:23 178:8,
11,13,18

189:10 190:8
199:19

**die**
175:3,15

**died**
67:25

**diesel**
95:16

**difference**
86:19 155:14
162:7

**differently**
82:22

**difficult**
11:3

**DIRECT**
5:8

**direction**
60:3

**dirty**
13:12 177:8

**disabilities**
16:15,18,20
17:4 35:1
40:6 103:4
117:23 128:15
176:20

**disability**
23:7 37:16
112:12 117:8,
9 121:16
150:17

**disabled**
19:8 23:8
31:18 35:15,
19 39:16,18,
22 40:2,9
43:2 53:20
111:12

128:17,19

**disagreement**
97:10

**disciplinary**
141:15
142:21,24

**discipline**
84:1

**disclose**
75:9

**discoloration**
60:17

**discontinue**
101:22

**discovery**
74:24

**discussed**
123:3

**discussion**
163:15

**discussions**
12:18 29:14

**disrespectful**
18:1

**distance**
93:17 95:7
97:15 162:11

**Dixon**
4:6,19 12:23

**do-over**
76:5

**DOC**
18:15 20:8
28:11 34:1
35:6,14 47:4
61:12 62:10
81:14 91:21
105:4 198:5

Donny Phillips
October 05, 2023

13

doctor
62:18 116:15
119:3,12
159:23 184:16

doctors
64:17 117:11
202:11

document
11:14,21,23
47:19 112:5

documentation
118:25

documented
71:21 73:2
116:8 118:1,2
201:12,16

documents
47:13

doings
95:1

dollar
153:1

dollars
70:21,23

Donna
4:10

Donny
4:5,16 5:5
196:15

door
19:2,9,16
32:15,16,21
49:15 126:18
129:17 130:25
148:15 171:16
188:9,10

doors
103:15 200:10

dope
147:20 149:16
192:7

Doris
7:20,24

dorm
15:9,11,16
16:5 32:10,24
38:18 39:10
40:10,13
41:9,10,11,
20,23 42:12,
13,22 46:10
49:12,19,20
55:23 62:23
63:10 67:21
68:2,8,12,16,
20 69:9,15
70:7 76:25
81:1,9 82:13
84:21 89:1
92:8 94:9
97:19,22
101:17 103:13
105:21 111:7
124:6 125:11,
12,13 126:19,
24 128:6
129:23 130:7,
10 133:16
140:21 145:4,
20 146:9,10,
11,14,21
147:3,7,14,23
148:2 149:4,
20 179:8,9
180:8 184:17
185:3,4,5
187:10,24
188:17 193:2,
11 196:9

200:12

dorms
81:21 82:14
88:22 185:9

dozen
15:7 63:14

drag
40:17

dragged
144:9,13

drawer
104:8 106:7

dressed
104:10

drive
121:5,10
182:3

drop
42:3

dropped
48:6 130:21
151:10,11

drowning
88:8

drug
85:9,12 95:13
118:21,23,24
119:15,16,18

drugged
85:11

drugs
7:2 19:10
130:23 181:23
187:20 193:2

dry
60:6

dug
101:17

duly
5:6

dusting
35:2,3,20

duty
26:11 161:14

DVD
19:24

DVT
19:24

Dylan
8:3

---

**E**

e-mail
58:9

earlier
10:21 83:15
134:1 184:7
199:25

early
103:16,21

easier
5:22 6:3

eat
88:3

effective
176:16 177:3,
5

elderly
178:8

Elizabeth
4:16 12:5

else's
105:4

emergency
30:3 62:5,16
63:7,9 64:2,4

Donny Phillips
October 05, 2023

14

115:3,7 168:2
177:7,8
184:12

**employed**
23:5

**employee**
184:6 189:12
197:5

**employees**
37:19 113:12

**employment**
74:18

**encouraged**
141:2

**encouraging**
64:11

**end**
66:16 186:25

**ended**
50:13 113:9
136:4

**enforcement**
22:18

**engage**
77:14

**enjoy**
23:15

**entered**
48:1 52:9

**enters**
175:3

**entire**
18:15

**environment**
40:1

**environments**
90:8

**equipment**
121:16

**essentially**
107:7

**establish**
83:16

**established**
87:17

**et al**
4:6

**evaluate**
14:5

**evaluation**
109:14

**evening**
88:24 189:2

**evenings**
33:9

**eventually**
18:24 32:20
82:1 98:8
183:13

**everybody's**
96:6 186:6

**everyone's**
73:19

**evidence**
198:13

**evil**
95:1

**EXAMINATION**
5:8 134:18
176:3

**examined**
159:23

**examples**
39:2

**exceptions**
101:21

**exchange**
127:22 128:1
178:13

**Excuse**
5:14 69:20
71:6 178:12
201:19

**exercise**
16:25 20:18
21:1,5 24:15

**exercises**
24:13

**exercising**
24:9,11
37:10,15

**exhaust**
84:18

**exhausted**
125:7

**exhibit**
11:10,11
47:6,7,12
52:16,17
112:5,6
151:2,3

**expect**
62:17 64:23

**expected**
97:18

**expert**
175:10 202:8,
9,11,16

**expire**
59:4

**expired**
100:22,24
101:10,19

**exceptions** 139:16 159:13

**expires**
59:5

**explain**
20:11,13 38:1
67:19 84:11
98:18 105:10
111:25
126:21,25
146:8 172:16,
19 176:24
179:25 194:15

**explained**
45:23 64:9
76:10 92:20
93:7 99:22
168:2 173:13
174:14 186:7

**Explaining**
40:25

**exposed**
38:14

**express**
169:8

**expressed**
94:14 103:8

**extend**
162:10

**extending**
28:22

**extent**
27:1 176:13

**extra**
36:18 44:25
152:19 154:17
155:6,9
180:12 181:2
189:15

Donny Phillips
October 05, 2023

15

extremities
  21:4 37:14
eyesight
  109:25

―――――――

**F**

―――――――

F-YOU
  50:1
face
  50:1 85:20,21
  103:19 183:12
  191:12 201:15
facial
  182:23
facilitate
  32:2 70:20
facility
  116:4,5,14
fact
  30:11 31:8
  84:14 86:25
  162:14,19
  166:2 181:21
faculty
  116:3
fail
  117:2
failure
  19:21
fair
  23:13,14
  61:10 72:4
Faith
  8:14
fall
  93:23 98:1,2,
  3 111:4,6
  160:19

falling
  161:15
false
  72:5
familiar
  11:7 37:5
  47:10 112:9
families
  70:10,17,21
family
  23:6,7,9 70:8
  72:23 194:21
favor
  130:8
favors
  69:25
FBI
  67:4 149:13,
  17,23
fear
  103:21 160:18
feces
  30:7 153:6
federal
  16:5 39:24
  74:4 91:8,10,
  14,22 92:5
  130:2,3
  149:10 163:14
  183:5 193:1
federally
  29:22
feel
  13:5 24:5,11,
  12 27:14,16
  41:5 42:6
  82:21 85:25
  89:17 129:12
  161:25 169:21

feeling
  161:13
feet
  26:4 94:5
fell
  17:22 21:15
  22:1,21
  160:17
fellow
  10:16 113:11,
  13 134:7
felt
  20:16 29:1
  91:17
female
  50:2 130:9
  181:19
fence
  49:6,13,19
field
  116:16
fighting
  175:25
Figueroa
  12:4 62:19
  64:17 65:19
  66:7 91:4
  92:19,25
  93:18 97:18
  100:14 111:2
  117:15 118:5
  126:20 143:13
  144:9 162:13
  163:5,9
  169:15,25
  174:14 184:7,
  9,13,18
figured
  29:19 105:8

149:23 164:13
  176:21 183:13
file
  22:5 29:2
  50:25 52:12
  72:5 85:8
  96:8 123:8
  124:25 135:9
  164:16 197:10
filed
  11:6 13:22
  16:15 21:17,
  20 22:4,7,11
  28:14,19
  50:5,6 93:7
  96:17 114:3,6
  124:20 126:9
  135:5,7,13
  136:3 143:25
  197:4 202:15
filing
  42:3 132:17
  135:3
fill
  97:2
Fillmore
  4:21 12:24
  13:10 14:11
  56:9
final
  136:16
finally
  50:5
find
  37:7 104:13
  115:23 132:13
  178:18 197:6
  202:8
fine
  34:18 51:24

Donny Phillips
October 05, 2023                                                                                      16

81:18 126:1
203:16

**finish**
6:1 10:12
146:19

**finished**
107:14

**finisher**
23:11

**fire**
107:5 125:13

**fish**
70:16 120:8

**fishing**
9:16,17,19,20
10:2,3

**fit**
97:5

**fix**
183:19

**fixing**
120:11 131:2

**flap**
87:10 193:13

**flip**
40:16 73:14
94:13

**flipped**
202:4

**flips**
188:2

**floating**
169:3

**flood**
87:1 177:10

**flooding**
177:10

**floor**
17:22 21:15
87:12 129:20
167:23 168:5
184:4

**floors**
37:2

**Florida**
4:8 7:12 8:16
9:6,22 24:3
25:1,8 46:21
50:20 52:11
112:13 129:14
130:13 156:7,
20,23 168:14
177:1 181:22
201:12

**flow**
37:14

**fly**
10:2

**focus**
13:22 122:9
186:21

**focused**
101:2 157:6

**focusing**
27:21

**fold**
45:11 155:11

**follow**
60:2 125:7
146:21,24

**follow-up**
60:20

**food**
150:22

**football**
15:23 192:6

**force**
148:20

**forced**
61:13,19

**forget**
104:16 110:13
124:6 163:21
168:9 195:19

**forget all**
91:19

**forgetting**
142:3

**forgot**
110:4 186:11

**form**
37:9 120:10,
17,21 121:1,
7,21 137:9

**formal**
125:5 136:15
137:3,11

**forward**
87:18 91:18

**found**
79:23 81:21
105:22 135:3
136:7,9
137:25 143:24
193:9

**foyer**
40:12,13
103:12
193:16,17

**Franklin**
25:9 47:3
50:19

**free**
58:13 200:2

**freedom**
196:25

**freely**
80:7,24

**Friday**
187:12

**friend**
18:23

**friends**
42:19 70:21
71:8

**front**
19:2,9 94:14,
16 124:13
140:16 149:8
155:12 184:11

**FSU**
15:23

**Ft**
7:11 9:3

**fucker**
140:12

**fuel**
107:5

**full**
24:6 44:5,16
45:21,23
106:8 161:6

**fullest**
84:19

**funny**
132:13

---

**G**

---

**gang**
42:1 70:3,7,
12 147:22
150:4 193:25

Donny Phillips
October 05, 2023

17

194:1,2

**gangs**
69:17,23 70:2

**gate**
30:5 63:19
90:1,10 119:8
135:11,13
180:1,7,9
200:6

**gates**
49:11

**gave**
16:10 25:18
87:2 98:4,10,
17 101:22
154:15,17
158:14 164:4

**general's**
142:18

**generic**
60:14

**Gibbs**
7:24

**girls**
8:12

**give**
5:1,20 18:19,
22 19:10 39:9
46:22 47:13
54:3 60:15,24
61:17 64:22
81:6 84:11
87:10 89:7
91:5 95:14
97:2,25 98:5
99:1 100:20
101:1 104:13
107:2 110:3,4
113:15 115:2
116:22 117:12

118:14 123:23
124:8 129:9
136:10
148:18,20
151:19 152:15
161:14 162:13
168:21 172:24
174:3 177:20,
24 178:8,9
179:5,6
180:14 183:7
189:22 190:1,
2,3,11 191:9
196:12 198:16

**giving**
61:3,4 168:22
178:5 198:14

**glad**
169:2

**glasses**
201:15

**God**
98:9 130:25
132:5

**good**
4:2 5:10 21:1
37:5 44:2
64:20,21 65:4
81:9,14 88:11
103:1 110:1
120:2,4,6
125:25 128:22
129:17 131:8
162:22 164:4,
5 179:23
184:23 192:12

**goods**
178:14 180:25

**gosh**
82:15

**government**
22:18

**grab**
121:24 122:4
202:5

**grabbed**
95:12

**Graham**
72:18

**granted**
63:13

**great**
164:6 184:23

**green**
82:9

**Gregory**
47:1,2

**grievance**
39:23 42:7
87:12 100:3
126:10 132:17
133:13 134:25
135:5,13
136:1,3,4,8,
11,15,22
137:11 138:3,
14 139:16
163:13 165:9,
19,20 166:25

**grievances**
16:10 39:24
41:25 42:3,9
43:4,6 67:5
77:10 83:20
84:4,6,10,22
96:8,17,19,20
124:20,21,25
125:3 126:9
135:9,14
163:18,24

164:8,16
165:4,15,16
186:14 195:20

**grieve**
137:4

**groin**
89:2 90:13

**ground**
90:4,5 167:23

**grounds**
35:7

**group**
147:3,7
185:24 186:4,
5,22 200:8,10

**grudge**
131:12

**guards**
99:13

**guess**
9:2 10:18
20:23 23:24
71:3 82:5
86:18 101:10
105:22 136:20
160:13 162:1
175:3 177:11,
24 178:10
186:23 191:15

**guns**
147:19

**guy**
36:7 44:6
127:15 133:5
180:12

**guys**
47:18 52:7
73:13 78:9
82:8 103:1

Donny Phillips
October 05, 2023

18

147:14,17
183:15
187:11,13
188:3,19,20

---

**H**

---

**habit**
102:24

**hair**
182:22,23
183:12

**Hale**
84:9 132:1
163:16,19
165:6 194:8,
17

**half**
15:7,18 49:18
63:14 78:15
199:23

**hall**
124:9 200:9,
13

**hallway**
38:22 105:13
124:9

**hand**
4:25 56:23
97:3 121:12
135:17 138:13

**handed**
136:7

**handle**
187:22

**hands**
56:21 136:4

**handy**
72:10

**hanging**
187:15

**happen**
15:6 84:7
86:6 111:10
119:5 124:11
135:12,20
142:14 175:17
179:8,21
191:16 192:1
193:21 198:23

**happened**
15:10 17:21
41:9 68:22
85:24 86:11
123:4 131:14
132:25 191:22

**happy**
134:15 157:7

**harass**
84:16 164:3

**Harassed**
16:11

**harassing**
179:18

**hard**
81:17 84:5
99:6 114:21
155:15 160:15
176:24

**harder**
99:7

**harm**
186:15

**Hart**
8:10

**hatch**
85:21

**hate**
82:8

**hated**
10:5

**Hawthorne**
12:24 13:10
14:12 33:23
56:9 66:24
78:2 102:1
123:3

**he'll**
71:3 148:9,10
196:16

**head**
5:21 108:19,
20 132:11,12
142:6,9

**healing**
89:8

**health**
12:4 19:18
115:18 118:2
166:18 190:16

**healthy**
19:8

**hear**
73:24 126:22
140:17,19
182:16 186:18

**heard**
10:4,10,11
76:23 128:10
134:3 140:5
142:16 179:22
181:10 183:20
186:19 187:6
193:4,7

**hearing**
48:15 103:4,7

109:4,13
132:6,7
142:22 143:4

**hearsay**
10:8,9 112:23

**heart**
19:21

**heavy**
26:11 161:14

**heavyset**
40:21

**held**
4:7 16:10
136:18 138:12

**helped**
25:3 32:7
70:14 89:15

**helper**
172:5 179:11,
12

**helpful**
26:10 176:12

**helping**
186:23

**helps**
24:11 37:15

**hereinafter**
5:6

**hesitate**
76:17 164:21

**Hibiclens**
59:15 60:5,9,
20,25 61:3

**hidden**
144:6

**high**
26:13,20
27:3,9 113:17

Donny Phillips
October 05, 2023

19

161:18 162:25
187:12

**hip**
90:17

**hit**
17:23 67:9,
15,18,21
68:23 133:16,
20,22 134:1,5
147:24 181:23
182:1,5

**hits**
103:22 140:5
187:5

**Hoffman**
126:16

**hold**
31:1 89:21
131:11 171:24
181:3

**holding**
89:21 147:19

**hole**
90:16

**holes**
89:4

**holiday**
15:23

**holler**
103:10

**hollers**
56:21

**Holmes**
12:5 91:24

**home**
17:22 98:10
119:14

**honest**

61:18 196:18

**Honestly**
192:19

**hope**
76:20 77:11
120:15

**hoping**
175:25

**hospital**
64:18

**hour**
49:18 73:6
78:15 89:11,
12 199:23

**hours**
10:25 30:7
32:18 62:8
75:23,24,25
82:16 95:18
102:23 183:2
199:21,23,24
200:4,11

**house**
76:21 120:25

**houseman**
34:22,23,25
71:24

**housemen**
82:6

**housing**
116:7

**HS**
117:18

**HSA**
92:1 166:15,
18

**huh-uh**
5:21 101:6

**humiliation**
177:12

**hundreds**
70:20

**hurt**
88:17 94:20,
21 119:1
186:3,25
197:21

**hygiene**
150:24

**hyperventilating**
95:18

---

**I**

**ICT**
132:6,7 142:4

**idea**
87:21 102:19
157:5

**identification**
11:12 47:8
52:18 112:7

**identified**
133:15

**identify**
133:13

**imagine**
57:9 60:7
188:5

**immediately**
168:23

**impacted**
150:21

**impede**
201:20

**important**
91:17 153:22

**incarcerated**
6:12 18:13
20:8 24:2
36:24

**incarceration**
19:14

**incident**
140:10 141:8
142:25

**included**
150:20

**including**
12:3 105:14

**incompetence**
34:15

**incontinence**
86:24 172:17

**incontinent**
19:22 21:10,
11

**indicating**
121:12

**individual**
115:19,21

**individually**
46:5

**individuals**
12:20 51:1
123:17,19

**infection**
143:15
174:12,15

**infirmary**
21:25 158:12,
14 190:7

**informal**

Donny Phillips
October 05, 2023

20

100:2 125:4,5

**information**
52:1 72:5
197:3,6

**informed**
145:14 149:4
160:1

**initially**
43:9

**initials**
53:2

**injunction**
28:8,9,14
39:13 44:12
61:5 89:7
90:15 129:13
151:5 156:12,
22,24 157:3,
8,11,15,20

**injured**
17:24 23:8

**injuries**
19:25

**injury**
23:10 36:23
132:11,12
142:6,9

**inmate**
10:5 36:3,10
40:9,11,15,
18,21 42:22
43:2 57:6
68:7 87:1
94:11,12
96:3,23 104:4
105:1,15
108:8,14
110:16 113:23
116:1 117:1,
15 124:15

128:16 130:19
131:7,9
132:10 133:8,
19 141:7,9,12
164:19 173:9
177:20 178:2,
6 179:25
180:14,15
190:2 193:17
196:8,10,11,
14,19 197:7,
20 198:4
201:10,15

**inmate's**
108:11 195:17
197:8

**inmates**
10:16 13:16
16:11 31:18,
21 32:18,24
33:5,17,18,24
34:1,3,22
35:5,9 38:4
39:16,19,22
40:3,6 41:24
42:1,9,14,24
48:16,19
49:14,23 57:8
67:4,19 68:2,
19,25 69:7,9,
14,16 70:9,
11,15,21,22
71:14 76:15,
17,21,25
77:1,3,15,24
78:8 80:24
81:10 104:15
107:6 111:12
112:25
113:12,13
116:5 117:23,

24 122:14
124:9 125:13
128:18 130:8
134:4,7
140:2,6,19
141:3 148:22
152:3,18,19
158:20 159:3
163:6 172:3
173:2 179:15,
18 182:1
186:13,14,16
187:18 188:1,
14 190:15,17
193:11,22
194:19 198:17
201:6

**inquire**
74:19

**inside**
30:4 35:7
119:7

**inspector**
142:18

**instability**
117:25

**instance**
99:22

**institution**
25:9 53:11,
21,25 54:8
63:16 85:7
112:21 117:11
137:12 149:2

**institutions**
133:24

**instruct**
51:21

**instructed**
25:24

**instruction**
60:2

**insufficiency**
19:22

**insulin**
49:14,16

**intend**
12:19 120:7,8
121:5 123:8,
16

**intention**
101:10

**intentional**
122:25

**intentionally**
72:22 95:23
110:9,11
184:25 185:19
198:10,14

**interest**
117:13

**interfering**
72:22 73:19

**interrupt**
20:4 79:1

**Intravenous**
19:23

**investigate**
69:1

**investigation**
159:24 160:2

**involved**
132:12 160:7
171:4 186:24
192:10

**involvement**
96:15

**issue**

Donny Phillips
October 05, 2023

21

38:6 57:7
67:6 75:25
118:16 122:15
130:6 132:11
174:4 178:4
194:24 195:22
201:10

**issued**
105:4 117:25

**issues**
14:6,10 17:9,
10,19 19:18
20:18 61:15,
22,25 62:1,13
63:20 75:9
89:17 96:21
109:23 128:23
143:2 168:22
169:3,15
171:6 181:4
182:19 183:4,
5,10,16,19
190:16

**items**
28:7 30:1
152:1 178:19,
22

———————

**J**

**jail**
18:18 21:21,
23 22:22
48:24

**James**
4:15

**Jefferson**
181:24

**job**
6:2 12:17

17:17 23:13
34:7,8,12,18,
21 35:2 94:18
133:17 164:5

**jobs**
34:2,4 35:5,
7,10,13 36:25

**Joe**
22:18

**John**
8:24

**Johnson**
42:16,19,21
77:8 133:8
194:1

**joking**
140:22 199:21

**Jones**
145:21 184:21

**journal**
16:8 80:1
193:9

**judge**
28:17,21 29:6
43:8 48:1
91:22

**judges**
91:8

**judgment**
160:6

**jug**
173:23 176:7,
12

**jump**
96:3 186:13

**jumped**
94:9

**jumps**

103:11 188:3

———————

**K**

**Kevin**
68:10,13

**key**
32:20 109:25
110:2,3,4,5
135:20

**kicked**
168:5

**kid**
86:12

**kidney**
19:21

**kids**
8:19

**kill**
67:9 73:14,16
77:9 164:21
193:20 196:17

**killed**
76:15,17
77:1,2 143:23
150:9 164:20
196:4 197:25

**killing**
76:21 86:21
150:7

**kind**
5:24 6:16
9:19 10:1
15:21 23:9
24:13 60:9
79:5 82:20
107:2 143:4,5
148:23 160:13
161:14 162:7
168:22 187:4

199:9

**kinds**
36:24 60:11

**kiosk**
71:22 72:6,9,
14 73:6

**kitchen**
15:17 35:7

**knee**
174:16,20,22

**knees**
171:17

**knew**
71:19,21
96:25 132:25
133:1,3,4
157:3 176:23
194:18,22

**knife**
106:20
129:19,25
130:17,21
131:1,12

**knives**
147:19

**knowing**
195:4

**knowledge**
18:5 31:15
33:12 61:15,
20,21 141:14,
16

———————

**L**

**ladies**
182:24

**lady**
88:2,3 93:9

Donny Phillips
October 05, 2023

22

119:6 125:17

**laid**
113:1

**lake**
4:7 9:23,25
70:17 76:16
95:14

**laminated**
100:25

**large**
109:25
154:16,17
155:6,9
187:19

**late**
82:2 187:11

**laughing**
50:3

**Lauren**
4:18

**law**
22:10,17
112:19,22,23
113:2,11,19
128:15 202:13

**lawsuit**
11:7 12:6,10
13:22 14:3
21:21 22:11
27:21 42:3
48:24 49:2,3
50:25 52:13
85:8 91:11
93:7 115:22
118:14 123:8,
12 124:17
143:25 197:3,
10

**lawsuits**

10:19 21:17,
20 48:25
50:18 65:7
99:18

**lawyer**
62:8 71:20
85:8 119:10
194:16,18,20

**lawyers**
62:10 94:15

**lay**
90:5 102:13

**lead**
83:24

**leaked**
44:6

**leaks**
155:16,21

**learn**
18:8 164:2
195:8

**learned**
29:18

**leather**
199:12

**leave**
19:3 38:18
49:9 63:10
85:22 164:24
187:22 194:23
200:10

**leaves**
187:24

**leaving**
49:19 187:21

**lecture**
164:4

**led**

18:20 19:13
175:14

**Lee**
130:13,23
140:11 181:21

**left**
23:3 53:3,4
62:10 67:21
93:15 101:15
104:15 116:21
156:23 161:5,
7

**leg**
22:25 62:3,8,
9,23 64:5,8,
16 65:16
66:10,11,16
115:3,8,14
143:15 154:4
160:24 161:4,
5 174:11,12,
19

**legal**
11:22 13:1
16:21 58:8
79:17,24 80:1
99:20 100:8,
10 106:1,3
119:5,6,8,9
123:25
127:15,16,17,
18,22,25
128:6,11
138:4

**Legally**
118:13

**legs**
20:15 21:3,8
37:4,8 61:23
62:14 88:17

90:18 93:5
94:3

**length**
182:22

**lets**
76:25

**letter**
138:4

**letters**
117:8

**letting**
78:7 89:8

**level**
185:5

**liaison**
166:10

**library**
112:19,22
113:19 202:13

**lie**
134:8

**lien**
65:7

**lieutenant**
84:9 163:15,
19 165:6
182:15 194:8

**life**
5:22 7:13
150:4 182:1
195:17 196:16
197:8 201:7,
25

**light**
82:9 188:2

**likes**
65:25

**Lisa**

Donny Phillips
October 05, 2023

23

8:14

**list**
53:16 98:17
123:23
126:18,19,23
155:2 189:10
191:10

**listed**
12:3

**listen**
89:11 96:7
97:1 106:7

**literature**
202:12

**litigation**
12:19

**live**
8:16 9:2
70:4,5 120:8,
16,23

**lived**
7:12

**living**
150:15

**load**
107:5

**lobby**
30:4 49:23,24

**lock**
31:20 49:10
109:25 110:2,
3,5 171:17

**locked**
30:4 32:14,17
40:13 57:23
104:5 188:24

**locker**
53:16 86:25
104:8,10

110:5 147:21
167:16,17

**locking**
49:6

**long**
6:6,12 8:4
17:19 21:11
24:23 31:3,21
89:5 93:17
94:1 95:7
97:15 121:19
122:14 128:6
132:3 154:12
156:5 168:23
171:24
175:20,25
176:1 179:4
196:15 199:21
200:4

**longer**
12:6 47:4
94:8 159:25
167:1,2

**longest**
199:18 200:4

**looked**
64:5 101:18
133:6 142:2
151:2 188:17

**loose**
202:3

**lose**
58:22 104:18
105:17 116:1

**losing**
66:16

**lost**
20:22 66:4
104:24 106:25
114:16

**lot**
5:23 6:2 17:6
23:17 54:16
57:4 60:6
77:25 81:14
83:11 93:6
96:2 103:20
120:1,5
134:21 153:11
162:9 183:15

**lots**
77:6 109:20
124:5 125:3

**lower**
21:4 26:20
37:14

**LPN**
166:4

**Lucie**
7:11 9:3

**luckily**
102:23

**lucky**
81:23 90:6

**lunch**
37:24 72:6
78:15,24
79:11 88:3

**lunchroom**
200:8

**lying**
92:13

**Lynn**
12:5

---

**M**

---

**mace**
85:21,22

**mad**
104:11

**made**
12:14 13:15
14:21 34:22
35:21,24
46:11 52:9
56:7,11 65:19
66:15 67:14
76:3 95:25
105:16 110:18
111:16,21
114:1,7
122:19 124:15
125:5 130:6
142:4 146:10
149:7 164:19
179:15,19
184:7 186:4,
22 194:25
200:20

**maiden**
7:21,22 8:9

**mail**
11:22 79:17,
24 99:21
100:8,10
106:2 119:6,
8,10

**mailed**
100:7

**main**
187:3

**make**
11:3 12:9
16:4 31:17
54:13 55:17
72:7 81:9
84:11 90:6
97:24 105:17

Donny Phillips
October 05, 2023

24

109:11,13
110:22,23
117:10,13
122:3 128:14
134:22 155:14
162:8 171:22,
25 172:13
176:18 179:23
180:5 182:2
185:2 187:4
192:11 195:8
201:23

**makes**
5:22 6:2 26:9
63:21 74:8
76:24 167:14
169:14 170:11
171:4 183:25

**making**
36:10,13
55:15 76:14
116:23 168:18
195:24 197:4
201:6 202:19

**Male**
181:19

**man**
90:5 97:12
123:20 145:9
147:22 152:21
178:8

**manner**
118:17

**manual**
121:12

**mark**
112:5

**marked**
11:9,11 47:5,
7 52:15,17

112:6

**markings**
136:13 137:1

**marks**
141:23

**married**
7:15 8:5

**marrow**
175:3

**materials**
75:20 76:6
175:10 202:8,
9,16

**mates**
147:7 149:4

**matter**
4:5 24:24
45:20 75:22
166:1 178:1

**Mayo**
25:11,13 49:3

**means**
20:13 83:6
111:17 148:7

**meant**
10:21 160:7
165:23

**med**
59:25

**media**
58:12

**mediators**
10:18

**medical**
17:1 20:14,23
21:24 25:25
27:2,7 28:1
29:22 30:4,9,

24 31:1 35:1
37:1,7,20
39:8 43:10,18
47:24 48:21
49:15 54:25
55:10,11,15,
20 56:6,10
59:12 61:15
62:5,11,15,16
63:1,7,8,10
64:2,3,11,15,
17,22 65:1,2,
14,24 66:7
90:23 91:1,7
92:13 93:14
95:20 98:14,
16 99:10
100:17 101:1,
5,14 102:1
104:20 105:14
106:10,12
113:21 114:25
115:7,16
116:2,7,17
119:7,8,15
124:21,22
125:1 126:10
129:9 133:2
144:13,21
145:2,3,14,
15,18 146:4,7
151:3,10
158:12 159:23
160:1,6
162:25 165:3,
4,9 167:9
168:10 169:3
171:3,25
172:5 177:22,
23 178:24
182:24 183:18
184:12,20

185:7,8,20
186:7,9,11,
19,20 189:12,
13 190:25
195:22,24
198:9,13
199:9 202:12

**medication**
6:15,16 10:24
11:2 18:23
49:10,13
54:12,24

**medications**
10:22 39:7
54:7,19 55:5
60:1

**medicine**
89:6

**medium**
185:6

**meds**
86:13

**meet**
164:11

**meeting**
62:7,12,20
100:17 101:17
114:20 115:12
164:10,25
169:7 182:14
183:3,24
184:13

**meetings**
114:17 167:3,
8 168:10
182:11

**member**
70:3

**members**

Donny Phillips
October 05, 2023

25

42:1 70:7,12
147:22 150:4
193:25 194:1,
21

**men**
82:4,5

**mentioned**
9:2 21:10
23:19 45:14
48:23 79:15
83:15 126:10
140:1,10
150:21 179:10
183:23 189:7
190:7,14
193:2

**mess**
87:4

**message**
164:15

**messages**
58:9 71:19

**messed**
89:20 98:4

**messing**
46:13 133:7

**met**
74:12 186:9,
11

**metal**
199:9

**meth**
147:20

**MHM**
12:4

**Michelle**
9:1

**middle**
41:16,17 44:3

**mind**
79:4 98:18
117:3,5 138:5
187:10

**mine**
113:1

**minimal**
71:17

**minute**
14:14

**minutes**
24:18 52:22
73:5 81:12
93:19,21,22
94:6 125:22
180:6 191:18
199:6

**misfile**
22:11

**misled**
22:10

**missing**
105:8 113:3

**mistake**
124:16 145:6

**mistakes**
195:8

**misunderstood**
184:9

**misusing**
59:12

**mo**
20:19 78:14

**mobile**
17:22

**mobility**
17:9,10,19
20:1,7,9 21:7

37:12 103:3
150:20

**modification**
115:18

**Molly**
147:20

**Monday**
106:7,9

**money**
65:25 70:9
121:18 144:6
186:15

**month**
15:13 86:7
164:7 179:4

**months**
15:13,15
24:24 25:3
50:5 89:5

**Montplaisir**
4:9

**mood**
128:21

**mop**
32:17

**mopped**
37:1

**mopping**
82:6

**morning**
4:2 35:24
80:14 118:23
185:13 187:23

**mornings**
36:11 103:9,
17,22

**mother**
140:12

**motion**
28:14,18

**move**
41:23 97:8
122:10 162:10

**moved**
9:6 41:18,19,
20 42:13
68:12,13,15,
19,20 94:9,12
110:15 111:8,
12,13 141:8
143:3

**movement**
90:2

**movements**
88:14

**movies**
58:11,14

**moving**
97:4 198:9

**multiple**
15:13 18:21
30:16 35:7
53:7 68:2,25
71:18 73:1,2
76:17 77:1
84:4 123:13
125:13 188:24
201:6

**murderers**
185:5

**music**
58:11

**mustache**
183:11

**Mustang**
125:15 189:21

Donny Phillips
October 05, 2023

26

**N**

named
  66:23 145:21

names
  8:13 42:15
  48:18 69:10,
  12 148:18,20
  181:15 182:13

natural
  36:8 72:19

naturally
  31:22 83:11

neck
  141:25

needed
  27:14 29:1
  43:17 98:16
  104:4 159:25
  200:2

news
  131:8

nice
  61:12,15,17,
  18 110:2
  155:5

nickname
  125:16

night
  44:3,15,20,23
  45:3 72:10
  86:14 102:8,
  12,21,22
  187:10,12,25
  192:12

nights
  44:4

non-ada
  22:1,2 32:23

33:5,17 94:8
96:24 97:4
111:13,22
117:16

normal
  35:10 135:7

Northwest
  24:3 25:1,7
  46:20 50:19
  129:13 130:13
  133:23 156:7,
  19,23 177:1
  181:22 201:12

note
  202:7

notes
  16:8,9 80:3
  134:21

notice
  88:10,13

notified
  71:19 139:1

nowadays
  82:20

number
  6:10 12:3
  43:9 106:21
  153:23 154:2

numerous
  201:6

nurse
  38:18,20
  59:19,20
  62:14 83:17,
  18 87:7 91:24
  93:12 98:9
  104:6 105:22
  114:24,25
  115:9 143:1

165:14 170:19
172:9,13
179:5 184:11
189:13

nurses
  104:21 120:5

**O**

O'CONNOR
  96:13 163:7

O'CONNORS
  96:1 110:13
  198:22

oath
  107:20

object
  12:25 16:21
  47:12 54:20
  75:1,5,20
  107:9,12
  120:10,17,21
  121:1,7,21
  123:21 137:19

objected
  124:4

objecting
  47:19 76:5

Objection
  12:11 30:11
  31:11 107:20
  118:12 138:18
  139:7 140:7,
  24 141:5,19
  143:10 144:2,
  10,17,23
  146:13 147:10
  148:4 150:1,
  11,18 151:13
  152:7,14

153:3,7,14,
19,24 154:5
155:10,20
157:16,22
158:1,6,11
159:7,14,19
160:3,9,23
161:12,19
162:5,16,21
163:4,25
164:18
165:11,25
166:5,14,19
167:5,12
168:12,19
169:10,16,19
170:2,13,25
171:7,12,18
172:7,18
173:1,10,18,
22 174:13
175:1,7,19

objections
  30:13 108:1

obligation
  75:7 94:23
  197:5

obtain
  37:20

obvious
  17:8

occasion
  31:9 165:8

occur
  167:4

occurred
  18:10

occurrence
  149:1

Donny Phillips
October 05, 2023

27

October
  4:8 14:1
offense
  19:13
offer
  36:16 101:4
  103:2
offered
  16:11 22:14
  86:23 162:23
  173:21
office
  38:16 75:3
  93:10 136:22
  137:5 142:19
  163:19 164:24
  194:23
officer
  38:20 46:25
  47:2 49:22
  50:2 57:7
  73:11 79:23
  81:2 94:10
  104:7,16,17
  105:16 106:5
  108:8,10
  109:1 124:13
  126:11,17
  127:3 129:16
  130:9,12,13
  131:14 134:23
  145:3,7,20,21
  146:17 147:8,
  24 148:8
  167:13 183:24
  184:23 191:6
  198:21
officer's
  73:4 79:25
  80:2 135:3

136:6,8
140:16 146:24
148:8 193:10,
12
officers
  40:15 46:22,
  25 49:6,17
  56:19 57:24
  63:22 69:25
  70:13 81:19
  82:8,13 85:20
  89:1 91:3,7
  95:11,21
  113:18 120:1
  124:5,7
  133:4,17,18
  140:6 141:1
  144:16 147:13
  180:17,21
  181:4,10,14
  184:20 186:2,
  13,22 188:14
  190:23 191:1
  192:9 199:2
officially
  137:17 203:17
officials
  37:7 112:24
  113:17
OHS
  117:6,10,18
ointment
  89:6
Okeechobee
  9:8,22,25
  21:21,23
  22:22 48:24
  70:17
ongoing
  157:15

open
  19:2 85:21
  103:14 104:10
  130:6 142:5
  149:7
opened
  87:10
openly
  76:14,24
  82:10
operate
  195:16
opinion
  39:3 169:8
  175:24
opportunity
  28:21 55:14,
  17 183:7
order
  14:20,23
  28:18,19,22,
  24 29:3,6
  35:4 43:8
  46:7,23 48:1
  75:13 91:14
  92:5 93:11
  106:18 143:22
  146:22,24
  150:16 162:24
  203:9,10
ordered
  29:22 46:1,2,
  4,6 59:14
  91:6 96:2
  106:23 127:2
  143:22 146:20
  156:12 199:1,
  22
ordering
  163:7 198:17

orderlies
  186:7,19
orderly
  37:1 199:3
orders
  14:16 146:14
  203:5
orig
  133:8
original
  139:20
ostensibly
  141:8
outcome
  22:8 64:21
  143:15
outdoors
  23:17
outer
  199:13
outspoken
  67:23
owe
  192:6
owes
  121:18
oxy
  6:17
oxycodone
  6:18

———————————

        P

p.m.
  79:13 126:3,6
  203:18,20
P2
  111:4 117:25

Donny Phillips
October 05, 2023

28

P3
111:4
pack
148:7 151:9,
19 154:17
156:13,16
167:22
packed
38:21 104:23
108:12
packet
151:3
packs
134:5 156:8,9
pages
53:4 75:24
80:1
paid
130:23 181:22
pain
61:14 177:9
pair
70:14 163:22
paper
71:23 72:3
109:15 131:20
151:1 152:11,
12,16,18,19,
21 153:2
189:15,23
190:4 191:9
196:12
papers
82:18 106:3
119:10 127:17
165:18
paperwork
114:20 115:1
128:2

paragraph
114:2,4
117:22
paralyzed
18:1
paranoid
102:20
part
12:6 17:17
24:16 34:6
35:2,20 36:22
37:16 41:17
48:9 55:7,13
60:8 61:2
63:4 70:5
71:24 74:6,23
81:10 82:7
89:1 90:19
111:25
115:22,24
128:14 136:15
138:11 168:20
177:6 181:9
182:25 186:21
199:13
parties
4:14
parts
9:6
pass
36:4 39:12
45:2 63:19
88:11,12
90:21 93:16
95:3 97:15
98:19 100:13
101:20 117:1,
4 118:3,10
129:6 152:19
160:1 173:23

passed
154:19
passes
43:12,20
100:15,17,24
101:3,9,11,
13,16,18,19,
21,23 102:2,3
116:1,9,17
117:23 129:9
159:5,12,15
176:10
190:21,22
past
36:5
pay
58:13,14,16,
17,20,23,24
59:2,9 61:13
77:12 152:17
162:23 178:19
186:15
pays
61:13
pee
97:9 102:8
peed
90:10
peeing
49:21
peeve
165:3 195:25
Pelke
126:11,17
127:7
pending
6:7 65:7
198:1,3
people

10:14,16 12:6
30:9,16 31:25
33:15 48:21
49:10 66:7
67:7 75:23
81:1 82:5
111:7 117:9
120:4 128:4
150:7 157:20
167:11 168:17
181:5 188:2,
24 201:6
people's
57:22
perceived
179:23
percent
65:20 103:13
143:14
Perfect
85:16
perfectly
41:8 203:16
perform
150:16
performed
145:17
period
32:15 45:4
86:4 156:4
162:25 175:20
periods
31:3,21
permanent
117:23,24
118:3,18,19
permanently
95:5 118:1

Donny Phillips
October 05, 2023

29

permission
148:8

permit
35:9

permitted
33:5

person
19:1 40:6
75:22 81:22
86:22 113:18
132:25 133:7
135:22 144:22
145:19 147:8,
12 150:8
165:9 169:18

personal
153:4 188:12

personally
12:18 22:5,7
29:23 42:16
46:11 125:12
165:4

pet
165:3 195:25

Phillips
4:5,16 5:5,10
7:20 8:3,9,
15,24 62:13
79:15 106:5
119:9 126:8
129:19 146:9
185:17 189:2

phone
73:12,20
194:24

phones
35:3 73:16

phonetic
96:1 104:17

105:25 126:11
194:6

physical
23:12 25:24
77:14 162:4

physically
77:21

physician
25:25 92:16

pick
40:14 48:20
101:13 102:1
106:8 189:5

picked
95:19

picking
49:10

pictures
62:9 79:18,22
80:1 89:3
194:16

Pierce
7:11 9:3

pill
49:7 60:13

pink
60:9

piss
50:1

pissed
104:12

place
5:11 14:16,18
29:7 35:22
74:11 185:8
200:12,13

places
111:3

placing
96:24 181:25

plain
142:7 179:20

Plaintiff
4:16

plan
9:15,21
120:16

pleading
39:25 61:24

pled
62:12

plugs
56:20

podium
127:14

point
19:6 31:23
32:19 56:22
74:14 77:4
93:16 97:14
98:7 99:3
104:2 109:2
116:23 117:5
139:14 154:11
157:13 159:6
178:18

poison
85:14

policies
110:18

policy
192:22

population
54:2

porch
19:2

Port
9:3

positive
20:19

possession
6:17 74:21
75:18 107:7
177:21

possibility
108:6

possibly
105:7

pouring
88:20 89:4
102:19

power
118:15

practice
162:3 192:8

praise
98:9 130:25

pray
77:7

prayer
76:20

praying
202:5

predicament
185:11

preliminary
28:7,9 39:13
44:12 61:5
89:7 90:15
129:12 151:5
156:12

prescribed
55:1 116:16
127:2

Donny Phillips
October 05, 2023

30

prescription
49:7 169:25

prescriptions
54:14

presence
140:14 149:19

present
4:12 198:20

presented
134:25

pressure
20:2 177:9

presume
153:23

pretty
23:12 57:13
81:3,14 84:5
85:2 87:23
88:11 97:12
99:20 114:19
128:22 147:24
170:7 188:24
189:2

prevent
102:1

prevented
163:11

previous
10:19 65:6

previously
21:18 128:12
177:1

price
77:13

prior
6:21 23:4,10
25:10 36:9,23
130:15,21
131:4,16

prison
6:14,21,25
21:22 69:18
71:8 118:19
121:6 122:8
128:9 181:24
182:2 192:21

prisons
78:1 112:20
192:4

privacy
28:2 31:9
32:11 122:5,7
125:10 126:14

pro
22:7 50:8,9,
23 65:8 75:13

problem
15:5 37:13
42:5,6 93:6
155:19 160:12

problems
19:23 75:16
174:10 190:17

procedure
39:23 53:12
114:2 163:13
193:16

procedures
42:8 114:5

proceedings
4:1

process
27:15 163:23

processed
136:11

produce
75:13

production
47:15,18

professional
85:2 185:23

Professionals
12:4

program
30:4 146:16

prohibit
56:6,10

prolonged
93:19

promise
8:14,15
157:25 158:5

promised
22:12

prone
38:9

proof
94:10

proper
193:16

properly
14:9 30:6
39:7 50:11

property
18:25 19:1
38:21 53:13,
19,20,22
54:3,9,11
55:7 104:24
105:17,19,24
106:3,4
108:7,10,11,
13 109:2
110:12,14
120:20,25
124:5,13

163:7

prostitution
192:6

protect
70:24

protecting
77:12

protection
16:19 71:3

protective
131:17,22
191:14

proves
119:12

provide
29:1

provided
43:9 59:13

provider
25:25 92:16
183:18

providers
64:15 65:14
98:14

providing
30:9 198:10

psych
86:13

public
22:19

pull
105:20 106:18
135:17 160:17
168:24

pull-up
28:3 91:5
158:9,20
190:8

Donny Phillips
October 05, 2023

31

pull-ups
  156:16,19
  190:15
pulled
  127:15 156:24
pulls
  129:18
punched
  201:11,14
punished
  171:5 181:25
punishment
  147:3,8
  185:24 186:4,
  5,23
purchased
  27:3
purport
  75:17
purposes
  61:2
pursuant
  114:6,7
pursue
  12:19
pursued
  129:3
push
  179:12,16,20
pushed
  42:22 67:24
pusher
  62:17 67:20
  68:21,22
  103:24 104:14
  164:23 200:25
pushes
  180:4

pushing
  108:9,17
  172:4 179:18
  200:25
puss
  61:23 62:3
put
  26:4 31:2,5
  38:20,21 42:9
  45:12,25
  62:24 67:8,
  15,17,18,21
  68:23 83:15
  84:17 85:18
  89:6 92:2,9,
  12,19 94:8,11
  95:10,15,22
  105:13,25
  106:20 109:1,
  21 111:22
  117:16 124:8
  133:16,19
  135:17 136:17
  143:6 147:24
  155:18 160:17
  166:25 169:23
  170:11 177:21
  181:23 182:5
  185:11 188:9,
  10 197:8
  200:6
putting
  38:16 92:7
  155:15 165:16
PVC
  122:11,15

_____

Q

qualified
  109:14 116:16

qualify
  16:19 109:5
quantities
  187:20
quarters
  103:13
question
  5:25 6:1,4,7
  12:12,15 13:1
  32:8,13 34:3,
  15 88:2 102:4
  107:13 111:19
  123:22 125:6
  138:5 169:20
  183:20
  197:13,17
  198:3
questions
  5:19 17:18
  47:20 134:11
  176:2 198:1
  202:1,21,22
quick
  79:7 104:10,
  12
quicker
  183:1
quickly
  175:18
quiet
  189:3

_____

R

rags
  45:12
raincoat
  168:1
raise
  4:24

ran
  44:12 131:1
  137:25 138:8
  139:20 151:16
  190:24
Ratew
  104:16,17
  105:16 124:7,
  18 127:7
Ray
  8:3
reach
  73:14
read
  28:21 75:4
  92:5,10
  112:15
  175:10,23
  202:9,12,24,
  25 203:1
ready
  53:18 134:16
real
  19:7 79:7
  86:20 89:3
  104:10 120:6
  189:21
reason
  69:11 76:9
  118:2 121:22
  162:14 163:5
  198:16
reasons
  129:12
rec
  127:14
recall
  6:25 7:21
  11:4 13:17

Donny Phillips
October 05, 2023

32

15:9 22:16
25:12 28:24
29:4 32:9
37:18 43:6
51:8,20 56:3,
4,8 59:20,22
62:10 69:12
71:14 111:7,
11 132:17
134:24 147:2
189:4 191:15

**receive**
53:20 63:10
137:21

**received**
10:13 11:22
45:2 47:11
48:14 75:6
137:1,17,18,
22 138:2,13
147:2 180:17,
18

**receiving**
48:13,17

**recently**
36:4 94:11
127:10

**Reception**
24:3 25:2
46:21 129:14
130:14 156:7,
20,24 181:22
201:13

**recess**
57:18 79:11
126:4

**recognize**
47:23 52:20,
25 158:5

**recollection**
157:4

**record**
4:3,14 17:15
41:1 57:16,20
65:4 79:7,10,
13 86:17
126:3,6
203:4,6

**records**
41:6 119:15

**recount**
81:13

**recounts**
31:4

**recover**
161:6

**recurrence**
39:4

**recurrences**
38:10

**red**
60:9,19,21

**reddish**
60:12

**redirect**
117:20 176:3,
5

**reel**
10:1,3

**refill**
55:4,6

**refusal**
17:1 39:7
67:2 146:24

**refusals**
39:10 62:1
67:2 78:6

123:15

**refuse**
37:24,25
63:7,9 64:2
117:4 197:12

**refused**
13:5 14:24
16:6 19:3
21:6 30:21
32:10 39:9
63:13 64:3
71:13 78:12
87:10 95:13
127:1,9,10,12
192:16 201:14

**refusing**
37:19 124:7

**regard**
166:13

**regular**
66:5 106:25
113:2 155:18
160:12 192:8

**Rehabilitation**
16:16

**related**
21:13

**relating**
169:14

**relationship**
38:17,19
83:16 104:6,
21 181:4
199:4

**relax**
201:22

**relaxed**
88:25

**release**
9:9 12:9
37:24,25 38:4
145:14,18,23,
25 184:24
185:6,9,12,17

**released**
9:15 38:5
120:9 121:5
131:22 184:19
185:12

**relieve**
177:9

**remedies**
84:18 125:8

**remember**
13:18,20
15:21 16:13
20:5 37:21
41:7 43:6
56:3 59:17
68:13 86:12
108:15
125:14,18
127:6 132:5
138:21,22
142:14 144:19
145:10 165:13
182:12 184:5
191:2 202:2

**removed**
68:17

**render**
118:3

**renew**
117:2

**renewed**
157:9

**rental**
58:18

Donny Phillips
October 05, 2023

33

reordered
  27:13,15
repair
  32:1 122:18,
  20
repaired
  31:8,16
repairing
  17:23 31:19
repeat
  43:16
replace
  122:20
replacements
  122:19
replenish
  43:13
replenishment
  43:11,19
report
  38:15 40:21,
  23 141:15
  142:24
reported
  40:24 71:17
reporter
  4:10,22
Reporting
  39:24
represent
  4:14 94:19
  180:8,9
  198:2,4
represented
  22:6
request
  29:2 55:4
  97:2 109:11,

13,18 122:1
131:22 176:7,
18
requested
  27:19,24
  47:18 75:6,19
  109:4 121:24
requests
  66:4 83:21
require
  115:21 150:15
requires
  13:1
rescheduled
  38:6
resolution
  50:10 61:11
resolved
  51:3
response
  138:3,13,20
  139:13
responses
  195:21
responsible
  30:9,16
  119:17
rest
  15:15 36:17
  69:1
restraining
  28:18,22 29:3
restroom
  16:6 113:4
resubmit
  138:24
result
  39:6 142:12

resulted
  141:8 143:3
retaliate
  40:5,9 66:24
  72:19 150:2
retaliating
  39:16,18,21
  40:2 111:17
  164:6 182:19
retaliation
  13:7 38:8
  56:17 72:11
  73:7 111:23
  123:5 184:25
retaliatory
  71:17 118:17
return
  22:13,15
returned
  96:18,21
  138:9 139:17
review
  11:23 14:13,
  14 28:13,17
reviewed
  202:11
rewrite
  117:4
rewrote
  101:23
Richardson
  33:22 40:8,10
  41:24 42:24
  55:19 66:23
  67:15 68:23
  71:13 101:25
  123:2 149:11
  179:17 187:1
  192:25

Richardson-
graham
  4:20 12:23
  63:6,12 72:16
Ricky
  4:6,19 12:23
ride
  104:14
rightfully
  41:3
rights
  39:23 117:8
  163:13
ripped
  106:3
risk
  169:8
river
  9:23
roach
  86:20,21
road
  182:2
rocket
  74:2
rode
  129:15
roll
  152:15,18
  189:15
rolled
  74:25
rolling
  47:14,17
  74:23
room
  53:19 73:9
  85:18 93:13

Donny Phillips
October 05, 2023

34

105:25 106:4
110:12,14
124:6,13
142:4 163:7
166:16,23

**roommate**
86:8,10

**roommates**
86:9

**rounds**
55:11,15,20
56:7,11

**routine**
66:6

**Roxies**
6:18

**rude**
18:1

**rule**
33:7,12 54:15
81:17

**rules**
5:17 35:9
70:6

**run**
43:13,19
69:17 82:12
84:20 85:22
103:13 136:21
139:21 151:14
192:7

**running**
40:16 61:7,23
110:14 182:22
192:8

**runs**
168:23

——————————
**S**
——————————

**sabotaging**
22:13,15

**safe**
120:15 164:2
195:7,8

**safely**
63:14

**safety**
192:15

**sandwich**
181:2

**sanitary**
13:6 20:17
28:7 30:1
39:25 168:1

**sarge**
125:15 129:22

**sat**
188:5

**satisfy**
176:20

**save**
17:6

**Savonia**
4:20 12:23

**scared**
88:18 98:6
120:11 196:11

**scary**
186:24

**schedule**
33:10

**scientist**
74:2

**scraped**
106:19

**screen**
31:9 32:11
122:5,7
125:10 126:14

**search**
147:16,18,21
187:23

**searches**
167:16

**seat**
95:15 121:25

**Sebring**
9:7

**sec**
136:22

**Secretary**
136:23

**secretary's**
137:5

**secure**
91:3 105:18

**security**
10:17 32:9
39:9 54:25
99:17 115:25
116:8 118:1
126:10 129:6
145:3 168:23
189:14
198:20,25

**seek**
37:19

**seeking**
129:4

**sell**
18:22

**selling**
149:16

**send**
66:5 186:14
194:10

**sending**
38:22

**sends**
117:8

**sense**
90:7

**sentence**
196:16 201:25

**sentences**
150:5

**sergeant**
4:20 16:2
30:21,23
31:5,8 32:11
33:22 40:8
41:24 42:12
46:20 55:19,
25 56:5 63:6
64:1 68:23
71:13 72:18
74:14,17
76:12 79:16
96:1,12 108:9
110:12
111:15,18,21
126:16 127:3,
4,7,8 130:13,
20,23 133:5
138:12 139:9
140:2,11
146:4 149:7
163:7 179:17
181:21
187:15,25
198:22

**Sergeant's**
189:21

Donny Phillips
October 05, 2023

35

serve
  61:1

service
  115:18

services
  115:19 166:18

set
  15:2 56:23
  89:13,18 90:9
  100:21 125:12
  201:9

settled
  51:4

settlement
  51:5,8,18,20
  52:10 112:12
  113:1,20
  116:13 182:18

sewn
  122:13

shaking
  5:21

shanks
  122:16

shape
  129:15 183:16

share
  128:2

shared
  75:18 201:9

sharing
  127:14 128:16
  178:22

shaved
  168:24

she'd
  14:16 40:12

she'll

32:20 179:6

sheet
  36:15,18,19

shift
  31:23 32:14
  188:16

shifts
  188:16

shipped
  85:25 96:19
  143:7

shirt
  95:12

shirts
  79:25 92:2
  132:9 182:13,
  21

shoe
  162:25

shoes
  26:13,15 27:2
  61:24 65:21
  70:11,12,14
  163:8 197:11
  198:17

short
  88:10,13

shortly
  130:5

shot
  49:16

shoulders
  19:25 95:12
  142:9

show
  11:9 39:15
  47:5 52:15
  98:22 100:13
  101:6,24

112:4 174:2

showed
  62:14 91:14
  97:12 151:3
  157:20

shower
  13:12,16
  14:25 22:2,21
  28:2 31:9,20,
  25 32:16,21,
  22,24 33:4,6,
  15,19 35:10
  39:11,12
  43:12,19 67:3
  78:7,13
  82:16,19,24
  83:2 88:24
  104:6,9
  121:25 126:14
  129:5,6
  159:25

showers
  13:6 16:4
  31:1,22,25
  32:3,19 33:9,
  10 190:22

showing
  115:14 182:18

shows
  119:1 147:13

siblings
  8:18,21

sick
  65:3,5 66:4
  83:20 114:10

side
  97:7

sides
  89:4 147:18

sight
  135:24

sign
  71:23,25 72:3
  119:9 131:25

signature
  53:5

signed
  131:21

significant
  117:24

signing
  189:4

silly
  17:18

simple
  14:17 38:3
  73:6

simply
  14:24 37:21
  63:16 66:3

sincere
  195:12,16

sink
  13:14 15:4
  78:9,14

sir
  4:24 17:11
  34:5 97:24
  129:19 135:6,
  8,11,14,19
  137:13,15,20
  138:6 139:25
  140:18,21,23
  141:11,16
  142:16,23
  143:1,16
  144:15 146:25
  150:12 151:6

Donny Phillips
October 05, 2023

36

153:8,11,15,
25 154:9
155:8 156:5
157:17 158:19
159:10,20
160:4,10
161:8 162:17
165:7 168:16
171:1,8,24
172:15,23
197:3 198:1

**sis**
199:3

**sister**
8:22 9:7
71:20 72:14,
17 73:2,18,24
111:18 112:1
121:9

**sister's**
8:25

**sisters**
8:21

**sit**
89:12 97:9
102:15,22
167:15 172:1
180:6 182:15,
16 183:2
199:19

**sits**
182:14

**sitting**
16:7 30:6
62:20 139:21
149:20 184:10
187:14 193:13
197:24 200:7,
9

**situation**
39:11 44:21
58:2,17 70:6
71:1 82:3
85:10 88:9
160:20 176:25
193:8 200:7,
15

**situations**
45:24 71:9
78:11 141:1

**size**
45:11 59:25
93:11

**skin**
60:6

**skip**
59:18

**sleep**
102:14,15
131:3

**sleeping**
97:1

**sleeps**
147:17

**slip**
55:6

**slot**
135:16

**slowly**
175:17,20

**slung**
87:11

**smart**
99:20

**smiled**
77:11

**Smith**

191:6

**smoke**
86:21 192:12

**smoking**
86:14 147:13,
15 187:11

**snatch**
85:15

**snatched**
95:12

**sneakers**
26:20

**snitch**
41:25 42:7,8
67:5 133:15
149:4,12
150:10 192:25
193:19

**soaked**
177:15

**soap**
28:5,6 43:10,
18 60:21,25
61:1

**soft**
174:11

**soiled**
15:3 16:7
199:19

**sold**
193:2

**sole**
71:10

**solely**
116:2

**solemnly**
4:25

**solicited**

141:2

**Sonia**
52:11

**sores**
89:2 90:13

**sort**
159:23 171:20

**sound**
43:12,15
140:22

**sounds**
23:12 104:11

**soup**
152:18

**soups**
152:24

**sources**
202:20

**Southeast**
4:7

**span**
15:12

**Spanish**
199:2,3

**speak**
55:15,18

**speaking**
23:20 30:12
108:1 142:15
195:5

**special**
116:7 181:3

**specific**
44:23 80:18
120:14 190:16

**specifically**
13:9 26:14
28:25 33:20

Donny Phillips
October 05, 2023                                                                  37

46:3 70:19
82:4 179:14
186:4

**speculation**
54:20

**speech**
196:25 197:2

**spend**
23:17 177:15

**spice**
86:18

**spinal**
17:24 19:25

**spit**
40:15 122:23

**spot**
200:7

**spots**
78:1

**spouse**
7:19 8:8

**spray**
40:16 85:16,
20,21 86:20,
21 129:24

**squish**
199:12

**St**
7:11 9:3

**stab**
42:2 70:13
71:11 122:16
129:25
130:11,19
131:3 140:12
193:20

**stabbed**
71:4 90:2

122:16 133:16
141:3 200:24

**stable**
161:10

**stack**
84:10

**staff**
32:10 55:15
56:6,10 66:9
92:13 99:17
112:24
144:13,22
145:18 165:9
167:9 168:11,
14 189:15

**staffing**
75:15,25

**stage**
136:14,15

**stall**
129:15 140:15

**stamped**
137:18

**stand**
77:9 93:4,20
160:15,16
164:24

**standing**
19:2 77:8
93:19 130:22,
24 131:2
140:16 155:15
188:1

**stands**
73:11 189:1

**standstill**
20:10

**start**
32:18 35:16,

19 49:20,21
87:25 102:17
104:20 157:5
168:22 182:19

**started**
50:3,21 61:3
90:19 128:23
198:10

**starts**
198:25

**state**
22:18 165:15

**stated**
91:25

**statement**
13:15 33:3
65:19 66:15
115:10 140:3
141:22 142:5
149:7 164:19
195:24

**statements**
74:20,21
75:17 76:2,
14,24 77:20
130:7 179:15,
19

**states**
28:25 116:13

**static**
37:3

**station**
73:5 79:25
80:2 135:3
136:6,8
140:16
193:10,12

**stay**
28:11 30:2

46:1,2,4,6
49:18 147:23
148:1 150:24
157:12 185:2
199:22

**stayed**
98:6

**steal**
152:19 188:12

**stealing**
132:19 133:2,
11

**steel**
17:23

**STENOGRAPHER**
4:24 5:4

**step**
19:11 136:16
137:2

**stepped**
42:1,5

**stick**
32:20 155:12

**stint**
21:22

**stock**
178:6

**stole**
70:12 113:2

**stolen**
25:22 27:8
92:20

**stomach**
90:18

**stood**
77:10

**stop**
31:21 42:2

52:21 57:14
77:10 125:20
165:16 191:1
199:1,5

**stopped**
20:20

**stops**
77:12

**story**
69:2

**straight**
62:11 98:3
194:23

**street**
64:23 202:13

**strength**
37:11 161:7

**Strickland**
4:18 5:9
11:13 12:13,
16 13:2,8
16:23 29:16
30:12,18
31:13 47:9,
14,17,22
51:24 52:2,4,
19,23,24 55:3
57:21 74:23
75:2,7,12,22
76:2,8,10,11
78:15,20,25
79:4,8,14
100:5 107:10,
14,15,22,25
108:3,4 112:8
120:13,19,22
121:2,11,23
122:24 123:1
124:3 125:23
126:1,7

134:15,17
137:19 138:18
139:7 140:7,
24 141:5,19
143:10 144:2,
10,17,23
146:13 147:10
148:4 150:1,
11,18 151:13
152:7,14
153:3,7,14,
19,24 154:5
155:10,20
157:2,16,22
158:1,6,11
159:7,14,19
160:3,9,23
161:12,19
162:5,16,21
163:4,25
164:18
165:11,25
166:5,14,19
167:5,12
168:12,19
169:10,16,19
170:2,13,25
171:7,12,18
172:7,18
173:1,10,18,
22 174:13
175:1,7,19
176:4 197:17,
22 199:7
202:17,19,24
203:2,7,10,12

**strike**
30:22 33:25
115:5

**struggle**
19:4,7

**struggling**
20:18

**stuck**
79:5 89:16,20
131:1

**stuff**
14:8 15:3
60:1 72:11
77:24 82:20
84:12 86:18
91:6 98:20,24
99:6 101:17
103:23 114:21
124:8,10
127:19 132:19
133:12 148:7
167:25 168:1,
3,24,25
182:18
188:11,12
194:21

**subject**
148:22 175:11

**subjected**
38:12 147:7

**submitted**
139:3

**subsequently**
143:24

**sudden**
81:12 116:11

**suddenly**
159:25

**sue**
21:23 123:16

**sued**
65:23

**suffer**
16:18 173:2

**suffering**
61:14

**sufficient**
154:2 156:4

**suggest**
173:8

**suggested**
173:8

**suggestions**
115:6

**suing**
12:22 162:15

**suit**
51:16

**Sundays**
63:15

**superior**
136:9

**supplies**
28:1 29:22
30:10,24 31:1
38:23 39:8,9
43:13,15
45:17,20
48:20 59:12
63:11,15,17
67:2 102:5
105:24 133:2
157:7,10
184:2 189:4

**supply**
61:8

**support**
22:3 26:11,24
36:8 161:15
199:9

**supposed**
26:3 27:13
54:15,24 61:1

Donny Phillips
October 05, 2023
39

81:18 97:6,23
103:11 113:15
116:25 118:22
166:1 179:3

**supposedly**
81:4

**surface**
68:3

**Susan**
8:9,10

**suspend**
108:3

**Suwan**
76:18

**Suwannee**
13:23,25
14:4,8 20:22
25:4,17,19
27:21,22
34:19,21
37:17 41:13,
16 48:2,13,16
65:13,17 67:1
70:19 74:5
76:18 80:17,
23 82:4 84:5
85:8 90:14,21
91:20 93:15
99:7,9 104:17
109:7,11
110:14,20,24
112:21
116:18,19,21,
22 117:18
122:9,10
123:4,10
124:21,25
130:15,21
131:4,7
133:24 134:2

145:20 147:2
156:3,25
158:4,10,23
164:20 174:6
176:6,10,19
177:5 179:14
181:17 184:22
186:8 189:5,
17 191:7,8
192:1,15
196:4 198:18
200:17 201:5,
13

**swear**
4:23,25
129:25 196:11

**sweep**
81:9

**sweeping**
82:5

**swept**
37:1 81:1

**switch**
73:4,8

**switched**
59:24 97:15

**swole**
62:8

**sworn**
5:6

**system**
36:8

---

**T**

---

**tablet**
56:13,19,23
58:3,7,19
71:13 72:13
105:15 127:12

188:7 193:9

**tablets**
56:21 57:23
58:15

**takes**
56:20 114:15

**taking**
89:3 107:3
118:10 132:18
141:17

**talk**
6:2 19:9,16
23:20 73:18
97:3 193:13
197:6,18

**talked**
11:18 52:7
98:14 103:3
147:1

**talking**
17:3 24:13
26:19 33:21
44:14 46:19,
20 55:20
57:22 62:4
74:20 92:5
99:10,11
116:17 125:4
126:8 133:23,
24 137:4
168:22 178:21
185:25 188:4
191:13,17
193:14 194:9
202:7

**talks**
127:24

**Tallahassee**
125:8 127:11
136:16 137:22

139:5,10

**tape**
52:22 57:15
125:21 160:13

**taping**
73:24

**tattoo**
108:18

**taught**
76:15

**team**
187:23

**tear**
187:23

**teeth**
103:12,19

**telling**
47:1 59:22
67:4 72:5
92:3,6 108:7
109:8 134:4
179:15 193:15

**tells**
112:23

**ten**
52:21 94:6
114:2,4

**tend**
60:15

**tended**
72:7

**Tennessee**
8:17

**tennis**
26:15 61:24

**tenure**
53:8

Donny Phillips
October 05, 2023

40

**Teressa**
  12:24 13:9
  14:11 56:9
**term**
  51:22
**terminated**
  74:15,18 77:5
**terms**
  42:20 157:14
  162:2
**test**
  109:5,14
**tested**
  49:15
**testified**
  5:7 144:5
  145:13 159:9
  160:21
**testify**
  11:4 107:21,
  24 142:21
  149:3
**testifying**
  107:23,25
**testimony**
  5:1 25:16
  32:23 45:14
  83:17
**therapeutic**
  161:9
**therapist**
  25:1,3,24
**therapy**
  21:6 26:5
  65:22 93:1
  162:4
**thing**
  10:11 59:16
  78:4 84:12

  101:24 109:17
  110:6 111:1
  122:13 137:21
  179:1 185:3
**things**
  11:4 15:22
  16:12 53:15
  61:25 69:8
  70:18 71:18,
  24 75:4 82:14
  84:7 98:20
  109:21 116:16
  122:21 132:18
  150:3 179:7
  180:11 195:16
  199:10
**thinking**
  15:8 24:1,10
  167:6
**thinner**
  49:8
**thought**
  20:25 62:22
  76:12 94:25
  100:14 116:20
  127:24 133:20
  199:25
**threat**
  14:21 70:5
  78:4 130:18
  179:24 186:5
**threaten**
  42:25 77:9
  172:4 193:22
**threatened**
  14:18 15:24
  16:7,9 42:14
  66:11 70:13
  133:11 182:10
  183:13 195:3

**threatening**
  14:15 94:4
  147:3 179:11
**threats**
  13:7 66:22
  147:1 185:24
  186:1,22
  187:4 194:5
  201:7
**threw**
  173:6
**throw**
  168:4 188:11
**throwed**
  22:12 50:13
  167:22
**throwing**
  168:4 184:1
**throws**
  129:20
**til**
  63:17 89:19
  90:7 119:14
**time**
  4:3 5:11 6:21
  13:15,18,19,
  23 14:3
  15:21,23
  18:15 19:13
  23:17 24:2,
  18,19 27:20,
  22 29:9 32:25
  35:24 37:6
  38:4,5 39:8
  41:16 42:11
  45:19,22 48:5
  49:13 50:3
  53:17 54:10
  59:15,24
  60:24 65:13,

  16 67:1 68:20
  69:19,21
  70:19 71:1
  73:18,23
  76:12 78:5
  81:6,20,22
  82:25 85:23
  86:4,13
  87:17,23
  88:15 90:14
  97:14 99:21
  102:17,20
  103:14,16,23,
  24 111:8,13
  114:17,19
  115:3,4
  122:3,22
  124:21
  130:15,25
  132:12 134:11
  136:20 138:16
  139:20,21
  145:15 153:5
  155:11,15
  156:4,5
  163:18 169:1
  172:25 175:20
  176:1,23
  177:15 179:2,
  4,22 183:3
  184:20,25
  185:12 188:6
  191:5 196:15
  199:2 201:5,
  12 203:9,15
**timeline**
  136:20 137:25
  138:8 139:15,
  16
**times**
  6:23,24 7:1,

Donny Phillips
October 05, 2023

41

17,18 15:6,8,
24 18:21 24:9
32:9 35:10
37:18,21
45:19 53:7
57:24 59:3
61:23 63:12,
14 64:1
71:15,16
73:1,3 77:6
80:12,13,18
82:1 83:11
85:24 86:6,7
87:15 90:9
102:21 103:20
145:13 160:18
190:2 192:14

**timing**
58:21

**tissue**
174:12

**Titanic**
59:3

**today**
10:22 11:4
17:13 38:19
62:13 78:1
104:20 108:24
112:16 115:14
123:3 126:21
167:1

**toes**
37:15 94:3

**toilet**
78:10 88:25
102:15,22
129:16 151:1
152:11,12,16,
18,19,21
153:2 160:15

189:15,23
190:4 191:9
201:11

**toilets**
122:2

**told**
5:18 8:19
13:13 15:4
37:3 38:15
41:24 42:1,11
46:7,13
59:11,19
62:12 65:19
66:3 69:8
70:13 71:22,
24 87:9 91:5,
7 92:2,4,8
97:20 98:16
99:17 104:15
105:20 106:15
108:8,9 111:1
112:22,24
113:8,18
114:19,23
115:9 118:25
119:2 125:11
126:20 131:14
134:1 136:10
142:3,4
143:21 145:2
149:12
154:14,15
158:13 164:1
175:6 191:9
196:3,9,12
197:23

**toochie**
86:14,17,19
187:11

**top**
26:13,21 27:9

161:18 162:25
180:3

**tore**
106:1,2,3

**touch**
84:14

**tower**
180:3

**track**
65:4

**tracks**
152:17 200:14

**trade**
22:13

**trafficking**
6:15 18:20

**trailer**
17:24

**trained**
76:16 77:2

**training**
71:23

**transcript**
5:22 203:5,9,
10,15

**transfer**
14:7 70:9
142:8,10

**transferred**
13:25 14:4
24:20 53:7,
11,18 116:3,
14 131:17
132:13 182:4

**transfers**
70:20

**transgenders**
82:16

**transpired**
123:10

**transpires**
38:2

**transport**
119:19

**trash**
168:25

**tray**
78:21,23
180:12,15

**trays**
180:13

**treated**
82:21

**treatment**
21:6 64:12
65:24 86:24
93:14 185:20

**trial**
61:19

**trouble**
45:9 52:8
83:14 178:5

**true**
11:25 72:4
105:22 115:10
153:20 175:6

**trust**
120:5

**truth**
5:1,2 92:11
196:18

**truthful**
61:9 70:15
105:5

**truthfully**
43:6 105:2

Donny Phillips
October 05, 2023

42

turn
  55:8 56:18
  94:4 132:14
  180:13
turned
  54:24 74:22
  76:6 94:7
  144:22 146:9
type
  64:22 66:1
  83:7 93:23
  171:20
typed
  72:6
types
  194:20
typing
  188:6

___

**U**

uh-huh
  5:21 78:22
  82:17 92:21
  93:2 117:7
  132:8 146:6
  164:9 173:25
  180:2,19
  192:14 196:1
unauthorized
  177:21
uncommon
  107:16
unconscious
  95:19 187:13
undercover
  67:4 74:5
  149:13,17
understand
  6:4 12:7 26:2

29:6 30:8,16
33:14 43:8
60:5 86:20
92:12 93:15
94:17 111:5
115:24 118:20
146:12 157:9
166:8 177:4
181:15 182:9
understanding
  13:21 30:17
  138:10 159:17
  174:11 175:2
  184:15
understood
  18:19 20:24
  138:2 157:13
unfair
  75:16
unhygienic
  153:18
unlock
  32:10,15
unsanitary
  31:2 38:12,13
  45:15
Untamed
  108:20
unusually
  38:9
upfront
  91:16
upset
  84:4 127:13
urinal
  176:7,12
urinary
  173:23 190:19

urinating
  49:20
urination
  88:14
urine
  30:6 89:19
  177:15

___

**V**

Vaguely
  138:22
valid
  54:14 159:12,
  15
validate
  54:19
van
  53:19 95:11
varies
  35:8
vary
  43:24
veins
  19:23
vendor
  198:11
Verbal
  77:24
Veritext
  4:11
version
  18:20 61:18
versus
  4:6
vibrate
  103:16
vibrating

103:15 104:1
109:22
video
  17:8 77:9
  105:20
  132:10,14
  133:6 142:1,
  2,5,12 188:17
  201:16 203:4,
  5,9,11,15
video-recorded
  4:4 203:19
violated
  194:25
violating
  118:8
violations
  39:25 61:14
  71:21 74:10
  123:13
violence
  77:15 140:2
violent
  77:21
vision
  109:23
voice
  168:17
voluminous
  75:8
voluntarily
  88:21

___

**W**

waist
  18:1
wait
  32:15 46:16

Donny Phillips
October 05, 2023

43

63:17 73:5

**waiting**
68:25 69:16
93:9 109:9

**waive**
202:24

**waiver**
131:21

**wake**
44:3 88:8
102:12,20,25
103:18

**walk**
18:8 19:9,14
40:12 92:24
97:23 129:22
171:10,16
180:13

**walked**
42:23 62:15
93:3 129:16

**walker**
19:11,12,15
48:1

**Walker's**
28:18 29:6
43:8

**walkie-talkie**
40:14

**walking**
24:15 161:11
162:3

**walks**
26:7 187:16

**wall**
171:15,20
188:18

**wand**
28:2

**wanted**
59:4,8 71:22
85:3,5 96:6
101:21 103:9,
20 112:1
133:4 150:2
164:1

**wanting**
68:2 74:16
199:8

**warden**
113:17
137:10,14
138:11

**warn**
181:5,10

**warned**
83:23 84:2
100:8 149:15

**warning**
100:9 163:23
175:17

**wash**
44:7 45:12

**washcloth**
78:10 153:4,
10

**waste**
114:18

**watch**
58:11 59:3,8
103:9,15
104:2,7,15,
18,24 105:1,
7,9,17 106:4,
6,11,16,25
107:2 108:8,
9,11 109:5,9,
10,15,22
188:6

**watched**
132:9 141:2
142:5

**watches**
106:8

**watching**
78:10 142:12
188:6

**water**
88:20

**ways**
38:7 39:15
65:2 71:18
147:11

**wear**
26:4 88:21

**weed**
202:25

**week**
15:12 32:25
36:14,17
59:18 63:17
151:14 152:16
156:9,10
189:5 194:15

**weeks**
24:24 45:4
75:19 114:16
143:2 154:19,
21,22 198:25

**weird**
88:16

**what'**
158:15

**wheelchair**
17:13 22:1
27:25 28:1
35:25 40:16
42:23 53:19

67:20 81:25
85:15 88:20
92:25 93:16
94:13 95:3,5,
9,11,14 97:5,
8,9,15,21
113:21 114:8
118:19,21
119:14,18
132:19 133:7
162:3 167:15
171:11,23
172:4 179:12
183:25 184:2
200:21

**wheelchaired**
40:11

**wheeled**
115:2

**whichever**
186:13

**whim**
58:4 117:12

**whispering**
193:14

**white**
79:25 92:2
132:9 182:13,
21

**window**
73:12 77:8,11
101:14 188:1

**windows**
95:17

**Windsor's**
28:22

**wipe**
153:6

**wiped**

Donny Phillips
October 05, 2023

44

119:15

**wipes**
38:23,25
43:11,18
47:24,25
48:17 98:17
105:14 151:3,
17,24 152:2,
6,17 153:23
154:8,11
190:24 191:3
198:10,14

**Wise**
4:10

**witnessed**
173:5 194:17

**woke**
44:5 45:23
103:16

**woman**
114:24

**women**
142:6,7
166:23

**wondering**
193:15

**word**
37:5

**worded**
182:6

**words**
10:14 12:22
19:7 77:25

**wore**
154:15

**work**
15:15 23:7,9,
15 38:7 58:8
72:10 81:2

82:8 99:14
113:2 127:15,
16,22,25
128:6,11
160:14 161:25
182:1

**worked**
23:6 133:18
183:14

**working**
32:10 56:4
75:2 89:10
100:11 146:7

**works**
47:4 56:18
113:18 125:17

**worried**
194:9

**worse**
20:7 99:7

**worsen**
39:6 50:21

**worthy**
170:23

**wound**
61:24 126:17,
20 127:1

**wreck**
116:11

**write**
41:25 42:9
43:4 67:5
83:20 84:5
101:11,13
106:6 169:25
186:14 190:3
194:13

**writes**
165:4

**writing**
39:24 42:2
43:6 77:10
109:15 163:24
165:8 182:17

**written**
101:3 122:1

**wrong**
20:25 22:11
37:7 81:13
195:9

**wrongdoing**
143:5

**wrote**
84:4,22 87:12
98:17 125:13
127:10 138:4
168:6 170:8
195:20

---

**Y**

---

**y'all**
8:5 78:19
88:3 91:16
106:25 130:7,
10 142:4
146:2 149:15,
16 187:17,21,
22 188:5
190:13

**y'all's**
147:18

**yard**
127:14,23
128:2,11

**year**
13:19 15:15,
18 80:12,13
87:16

**years**
6:13 8:5,6
25:12 70:15
77:3 81:20
85:7 98:24
104:9 110:2
116:10 128:8,
9 192:22

**yell**
86:14

---

**Z**

---

**Zoes**
194:6