UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.

RICKY D. DIXON,

    Defendant.

Case No. 3:22-cv-997-BJD-LLL

## DECLARATION OF JAMES M. SLATER

I, James M. Slater, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am counsel of record in this case for Plaintiff Donny Phillips.

2. I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

3. The purpose of this declaration is to annex discovery responses and documents to Plaintiff's opposition to Secretary Dixon's motion for summary judgment (Doc. 110).

4. Attached as Exhibit A is a true and correct copy of Plaintiff's Responses to Defendant Dixon's First Set of Written Discovery Requests.

5. Attached as Exhibit B is a true and correct copy of the expert report of Donald C. Kern, M.D., MPH, CCHP, which was disclosed in the matter of *Phillips v. Inch*, No. 4:18-cv-139-MW-CAS (N.D. Fla.).

6. Attached as Exhibit C is a true and correct copy of Plaintiff's grievances to Secretary Dixon.

7. Attached as Exhibit D is a true and correct copy of the preliminary injunction issued in *Phillips v. Inch*, No. 4:18-cv-139-MW-CAS (N.D. Fla.).

8. Attached as Exhibit E is a true and correct copy of the expert report of Jason Chertoff, M.D., MPH, which was disclosed in this case.

9. Attached as Exhibit F is a true and correct copy of the expert report of Homer Venters, M.D., MPH, which was disclosed in this case.

10. Attached as Exhibit G is a true and correct copy of the settlement agreement between Florida Department of Corrections and Disability Rights Florida.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 1, 2024 at Atlanta, Georgia.

_____
James M. Slater