FEB 1 0 2021

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| PHILLIPS, DONNY | 789552 | 21-6-00623 | SUWANNEE C.I. ANNEX | K2142S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is determined that the response made to you by Dr. Cruz on 12/9/2020 appropriately addresses the issue you presented.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

| | | |
|---|---|---|
| _Michelle Schouest_ | _T. Bowden_ | 2/5/21 |
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

**RECEIVED**

**JAN 0 4 2021**

Department of Corrections
Inmate Grievance Appeals

Phillips          Donny    R.                    789552              SUWANNEE, C.I.
Last          First    Middle Initial         DC Number            Institution

2012-231-004                Part A – Inmate Grievance

21-6-0X623

I was Transfered To Suwannee C.I. on 10/15/20, upon my arrival I was placed into confinement and ALL my medical Supply's Confiscated, By FDC officals, please SEE: The Settlement Agreement Signed By Julie Jones on July 7, 2017, PAGE-7 #20 That clearly States: (confiscation of Approved Accommodation). The FDC shall NOT Confiscate a Covered Inmate's approved accommodation, aid, or service, also Numerous valid Medical Passes were NOT Renewed By Doctor Figurea upon my arrival To Suwannee C.I., Doctor Figurea Has/and IS continuing To violate, my Rights To valid medical Passes To Have access To Bathroom and shower (as Needed), which is also so Ordered By Chief United States District Judge (Mark E. Walker). on April 19, 2019, In the United States District Court, Northern District of Florida, Tallahassee Division, Case No. 4:18 cv 139-MW/CAS. where Mark S. Inch, et al., Defendants clearly have knowledge, AND HAS Agreed to Stay In compiance. Also: please, SEE-PAGE-7 #18 of said Settlement Agreement/(6 Passes), That clearly States, the FDC will Issue Passes To Covered Inmates To implement ANY accommodations, aids, and services it HAS Provided, ALL Necessary Passes for Covered Inmates WILL remain IN Effect EVEN when a Covered Inmate IS Transferred To another facility, so that the Covered Inmate Does NOT LOSE His or Her accommodations, Auxiliary aids, and services solely because of the Transfer. May Disability Rights Florida Be Placed on NOTICE of said Significant Breach of this AGREEMENT.

12/20/20
DATE

Donny R.  789552
SIGNATURE OF GRIEVANT AND D.C. #

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

230-20-766

____ / ____
 #          Signature

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

**INSTRUCTIONS**

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**RECEIVED**          Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: DEC 2 2 2020
                          (Date)          Institutional Mailing Log #: _____

**PART B - RESPONSE**

| PHILLIPS, DONNY | 789552 | 2012-231-004 | SUWANNEE C.I. ANNEX | K2142S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Investigation into your grievance reveals the following:
You have been seen and your chart review by the medical doctor at this site. All valid and medically necessary passes and accomodations have been addressed by the doctor. You may contact the ADA nurse or ADA officer by sending them a regular inmate request to their attention if you have unresolved ADA matters. If you have any further medical questions or concerns you may address them through sick call.

Based on the foregoing your grievance has been DENIED.

You may obtain further administrative review of your complaint by obtaining form DC1-303.  Request for Administrative Review or Appeal, Completing the form, providing attachments as required by 33-103.007(3)(a) and (b), F.A.C. and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee, Fl. 32399-2500, within Fifteen(15) days from date of this response.

MAILED 12·10·20

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

E. Cruz, MD
Suwannee C.I

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 12.9.20 |
| | | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

7e
HS

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Phillips Donny R. | 789552 | Suwannee C.I. |
|---|---|---|
| Last    First    Middle Initial | DC Number | Institution |

231-2011-0057

**Part A – Inmate Grievance**

I HAVE BEEN at Suwannee C.I. Since 10/15/20 and WAS placed IN Confinement upon My arrival Because officials Stated That There WAS NO ADA Beds, after My Release From Confinement Docter Figueroa placed me INTO The medical Infirmary, Refusing To Renew All My Approved medical passes, Not only violating The Settlement Agreement but also a Federal Court Order, By Refusing me my Rights To Valid Doctors Perscribed/Federal Court Ordered Medical Supplys. This Evil act Has been Done with Knowledge of Said Federal Court Order. I arrived at Suwannee C.I. (with) Valid medical passes. This Violation Issue Has Not been properly addressed, please SEE : PAGE-7-#18 (PASSES) of The Settlement Agreement That clearly States : The FDC will ISSUE passes To Covered Inmates To implement any accommodations, aids, and Services (IT Has Provided). ALL Necessary passes for Covered Inmates will remain IN effect (EVEN) when a Covered Inmate, IS (Transfered) To another facility, so That The Covered Inmate, does Not lose his or her accommodations, and Services Solely because of the Transfer, may This formal Grievance/Exhibit be a Notice of Said Breach of The Settlement Agreement, and the Disability Rights Florida Be Notifyed of Said Violation as well.

| 11/25/20 | | 789552 |
|---|---|---|
| DATE | | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS**:

2012-231-004

_____ / _____
#          Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the

**STATE OF FLORIDA**

**INMATE REQUEST**  ~~NOV 1 0 20~~  **DEPARTMENT OF CORRECTIONS**

MEDICAL ADMIN
SUWANNEE C.I.

Mail Number: 7C H5
Team Number: _____
Institution: Suwannee C.I.

| TO: (Check One) | ☐ Warden | ☐ Classification | ☑ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other _____ |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Donny Phillips | 789552 | Infirmary | Houseman | 11/5/20 |

**REQUEST**  Retaliation.        Check here if this is an informal grievance ☑

I Have been on Suwannee C.I. Compound Since 10/15/20, and In
the medical Infirmary Since 10/29/20, and Doctor Figueroa
(Has) Refused me access To All my medical Supplies, and failed
To Renew all Approved Doctors Perscribed medical passes
valid From 9/8/20 To 9/8/21, which clearly Violates the
Settlement Agreement Signed By Julie Jones on July 7TH 2017,
Placing my Health + Safety In Danger with unsanitary
Conditions with Retaliation for my Rights To access To the
Federal Courts, and a Re-accountance of Cellulitis,
at This Time the medical Department will be placed on
Notice of Said Violation, and the Disability Rights Florida
will be Notified of Said Violations.

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

| Inmate (Signature): Donny Phillips | DC#: 789552 | **RECEIVED** |

**DO NOT WRITE BELOW THIS LINE**

NOV 0 9 2020

**RESPONSE**  231-2011-0057        DATE RECEIVED: _____

Allegation against ~~a~~ medical Staff are unfounded.
You are housed in the infirmary with 24/7 access to
medical care to address your needs and concerns.
Your grievances have ~~to~~ been noticed and the clinician
has reviewed your concerns + medical needs with
you.

[The following pertains to informal grievances only:
Based on the above information, your grievance is **Denied.** (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): | Official (Signature): R. Cr__ | Date: 11/10/20 |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

MAILED/FILED
WITH AGENCY CLERK

FEB 19 2021

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| PHILLIPS, DONNY | 789552 | 21-6-01138 | SUWANNEE C.I. ANNEX | N2143S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been received and referred to the Bureau of Classification Management, who provided the following:

The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

Furthermore, be advised that you have not been denied entry. You were instructed on the informal grievance to contact classification regarding your enrollment.

Your administrative appeal is denied.

T. Bowden

---

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | *T. Bowden*<br>SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 2/15/21<br>DATE |
|---|---|---|

Class/Programs

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse

RECEIVED

JAN 0 7 2021

Department of Corrections
Inmate Grievance Appeals

TO: ☐ Warden      ☐ Assistant Warden      ☒ Secretary, Florida Department
From or IF Alleging Sexual Abuse, on the behalf of:

Phillips Donny R
Last   First   Middle Initial

789552
DC Number

Suwannee C.I.
Institution

2012-231-018

Part A – Inmate Grievance

21-6-01138

On 10/29/20, I was placed into the medical Infirmary, by Doctor Figueroa, at that time I was in the OP Drug program. During my stay in the medical Infirmary Department, I was Refused access to the OP Drug Program, and my Name Never appeared on a Call-Out. and I was Not In Confinement, and I should Not Have to Contact the classification Department because I was already assigned to this OP Drug class program, and was Being Seen by Ms. charlotten in the OP program In the Education building. PAGE-8 #22 of the settlement Agreement, clearly states/FDC shall Not Deny an otherwise qualified covered Inmate, access to work, Vocational, or Educational program mine on the Basis of that Inmates Disability. Please see/or Refer to Informal Grievance to the Warden # 2012-231-018. The Response was false because I was Locked Into the medical Infirmary and Refused access to this OP Program, which Violates the Settlement Agreement.

12/24/20
DATE

_____ 789552
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

230-20-775

_____ / _____
#           Signature

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

INSTRUCTIONS

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: DEC 2 8 2020
(Date)

Institutional Mailing Log #: _____

_____ (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY
                INMATE (2 Copies)
                INMATE'S FILE
                INSTITUTIONAL GRIEVANCE FILE

CENTRAL OFFICE
INMATE
INMATE'S FILE - INSTITUTION./FACILITY
CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE
Incorporated by Reference in Rule 33-103.006, F.A.C.

02L

2012-231-018

DC1-303 (Effective 11/13)

MS

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

2L

HS

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

Phillips  Donny  R.          789552       Suwannee C.I.
Last      First   Middle Initial      DC Number        Institution

| | |
|---|---|
| 231-2011-0056 | Part A – Inmate Grievance       Retaliation |

On 10/29/20, I was placed into the medical Infirmary, By Doctor Figueroa, By an Evil act of Retaliation for my Rights To the federal courts, AT this time, I was In the OP Drug Program, and was Refused access To the Program, Please See: Page 8-#22 Work And Educational Programming, which Clearly States, FDC Shall Not deny an otherwise qualified Covered Inmate access To work, Vocational, or Educational programming on the basis of that Inmate's disability. Also See: Page 8-#25 Allegations of Retaliation or Harrassment, which States — Allegations of Retaliation or harrassment Will be promptly Investigated by FDC, and appropriate action Will be Taken. and may This formal Grievance/Exhibit also By an Notice of a Significant Breach of the Settlement Agreement, Signed By Julie Jones on July 7th 2017, and may the Disability Rights Florida also be Notifyed of Said Significant Breach, the Response, Is False, because, the medical Infirmay Had Locked Doors and I was Not allow access To the OP Drug programs, That I was already assigned To and During my Stay In the medical Infirmary I was Never on the call out To Have access To This program, I was Clearly Refused This access which Clearly Violates the Settlement Agreement.

| | |
|---|---|
| 11/25/20 | [signature]   789552 |
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ / _____

2012-231-018                                                           #        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

DEC 02 2020        Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____   Institutional Mailing Log #: _____
                    (Date)

[signature]
(Received By)

SEE ATTACHED RESPONSE

9/10

| **DISTRIBUTION:** | **INSTITUTION/FACILITY** | **CENTRAL OFFICE** |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)        Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART B - RESPONSE**

| PHILLIPS, DONNY | 789552 | 2012-231-018 | SUWANNEE C.I. ANNEX | K2142S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Investigation into your grievance reveals the following:
This matter was previously addressed in your informal grievance #231-2011-0056 on 11/10/20. You were not in confinement and could have attended any call out you were scheduled for. Medical does not assign classes or other training classes as they are not medical matters. You were instructed in the informal to contact classification about the Substance Abuse Program. Follow directions given in the informal. If you have medical questions or concerns you may access sick call to have them addressed.

Based on the foregoing your grievance has been DENIED.

You may obtain further administrative review of your complaint by obtaining form DC1-303. Request for Administrative Review or Appeal, Completing the form, providing attachments as required by 33-103.007(3)(a) and (b), F.A.C. and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee, Fl. 32399-2500, within Fifteen(15) days from date of this response.

MAILED 12·10·20

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

| F. Cruz, MD | | 12.9.20 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

Recieved on 12/24/20. Thorough Regular
Dorm Mail.

**RECEIVED**
NOV 1 0 20
MEDICAL ADMIN
SUWANNEE C.I.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

Mail Number: 2L WS
Team Number: _____
Institution: Suwannee C.I.

| TO: (Check One) | ☐ Warden | ☐ Classification | ☑ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other _____ |

| FROM: Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|
| Donny Phillips | 189552 | Infirmary | Houseman | 11/6/20 |

**REQUEST**      Check here if this is an informal grievance ☑

On 10/29/20, I was placed into the medical Infirmary By Doctor Figueroa, and By an evil act of Retaliation for my Rights to the Federal Courts, Doctor Figueroa Has also is continuing to refuse me access to my substence abuse programs at Suwannee C.I., this is a significant breach of the Settlement Agreement signed By Julie Jones on July 7th 2017. This failure to provide me with access to said programs (IS) Being Done, with knowledge of this violation, and at this time I place the medical Department on Notice of this violation.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____  DC#: 189552

**DO NOT WRITE BELOW THIS LINE**

**RECEIVED**
NOV 0 9 2020

**RESPONSE** 231-2011-0056    DATE RECEIVED: _____

Your accusations are unfound. You are not in confinement and can attend any call out you are scheduled for. You can contact classification about Substance Abuse Program.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is **Denied**. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): | Official (Signature): | Date: 11/10/20 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

FILE INFORMATION ONLY
DO NOT SEND TO INMATE

**Miller, Vivian**

| | |
|---|---|
| **From:** | Clark, Daniel |
| **Sent:** | Friday, February 5, 2021 4:46 PM |
| **To:** | Hopkins, Kathleen; Miller, Vivian |
| **Subject:** | FW: DUE DATE 01/22/21: PHILLIPS, DONNY 789552 21-6-01138 |
| **Attachments:** | PHILLIPS, DONNY 789552 21-6-01138.pdf |

Your request for administrative review has been received and referred to the Bureau of Classification and Central Records who provided the following information:

Your request for administrative remedy or appeal has been received, reviewed and evaluated. The answer provided at the prior level is appropriate. You have not been denied entry. You were instructed on the informal grievance to contact Classification regarding your enrollment.

Records indicate that you were reenrolled in the class in October 2019.

Grievance denied.


Thank you,

Daniel Clark, M.S.
Management Review Specialist
State Classification Office
Florida Department of Corrections
501 S. Calhoun Street
Tallahassee, FL 32399
850 717 3547

Respect * Integrity * Courage * Selfless Sacrifice * Compassion

Inspiring Success by Transforming One Life at a Time



-----Original Message-----
From: Hopkins, Kathleen <Kathleen.Hopkins@fdc.myflorida.com>
Sent: Tuesday, January 19, 2021 9:48 AM
To: Clark, Daniel <Daniel.Clark@fdc.myflorida.com>
Cc: Hopkins, Kathleen <Kathleen.Hopkins@fdc.myflorida.com>
Subject: FW: DUE DATE 01/22/21: PHILLIPS, DONNY 789552 21-6-01138



Katie Hopkins
Government Operations Consultant I
Bureau of Classification Management

1

**PART B - RESPONSE**

| PHILLIPS, DONNY | 789552 | 21-6-27325 | SUWANNEE C.I. ANNEX | N2143S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing, including medication prescriptions.

It is determined that the response made to you by the Institution on 08/26/2021 appropriately addresses the issues you presented.

Please be advised that inmates do not have the right to dictate how medication is prescribed.

You may not agree with the treatment regimen and you have the right to refuse treatment at any time, but that does not mean that you are not being provided adequate care.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

Me x

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Phillips Danny R. | 189552 | Suwannee, C.I. |
|---|---|---|
| Last    First    Middle Initial | DC Number | Institution |

Part A – Inmate Grievance      21-6-27325

2108-231-066, On 7/17/21, around 10:54 AM, I went To the medication window, and spoke To a Nurse Kemp Concerning the issue that I Needed My Court Ordered A+D ointment, she said that she puts the paper work In the Doctor's Box But It Goes missing, On 7/22/21, around 11:00am During an ADA Meeting, I spoke to the ADA Nurse Cannon, Concerning this issue about the Federal Court Ordered A+D ointment, she Stated that she would check, On 8/2/21, around 10:50 AM, at medical Being Seen again by ADA Nurse Cannon for a Skin check, stated she would check, 8/12/21, I put a Sick Call Slip Request asking for a Refill of this Court Ordered A+D ointment, On 8/23/21 around 9:30 AM, I was Seen By a RN Howell, whom Saw a very Serious Case of Cellulitis In my Right Leg, and then Called Doctor Figueroa on the phone, and then Stated to me that The A+D ointment at This Time WAS ordered, TODAY on 9/8/21, I have NOT Recieved this Court Ordered Medication, and the Response, I Recieve through Security Concerning this Federal Court Ordered Medication are False Statements, this medication Helps me To Fight a Serious Painful ISSUE of Cellulitis In my Right Leg, (Informal Grievance was NOT Attached).

Remedy or Relief Sought,
Please allow Me To Recieve this Federal Court Ordered Medication To help me Fight (Cellulitis) In my Right Leg, (A+D ointment).

| 9/8/21 | Danny Harris  189552 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____
# Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED

SEP 13 2021        Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____    Institutional Mailing Log #: 230-21-837    um Steel    (Received By)    079

Assistant Warden - Programs
Suwannee Correctional Institution

2108-(231)-066

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)        Incorporated by Reference in Rule 33-103.006, F.A.C.

NS

FLORIDA DEPARTMENT OF CORRECTIONS
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

7G
HS

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden    ☑ Assistant Warden    ☐ Secretary, Florida Department of Corrections
From or **IF Alleging Sexual Abuse**, on the behalf of:

| Phillips          Danny        R. | 789552 | Suwannee C.I. |
|---|---|---|
| Last     First     Middle Initial | DC Number | Institution |

---

Part A – Inmate Grievance

This Grievance concerns a very serious medical issue, as well as a violation of a Federal Court Order, so ordered on April 19, 2019. By Chief United States District Judge/Mark E. Walker, an informal Grievance was filed on July 18, 2021, to the Medical Department/ c/o (HSA), concerning Doctor Figueroa refusing my access to a Federal Court ordered medication (A+D Ointment), which I use to fight a very painful serious case of Cellulitis. Doctor Figueroa Saw me on a Cell out on 5/10/21 in the morning hours/ where He Saw at this time the swollen Right Leg with open sores, and at this time Doctor Figueroa Re ordered the A+D Ointment for me and Stated that I would be seen on a follow-up within (2) weeks, But on the A+D Ointment that I Recieved from the Pharmacy, It Stated that there was (No) Refill, Since this time/ every week on Sundays when I go to the medical supplie window, I spoke to a Nurse Kemp who tells me that my paper work that she places in the Doctor's Box/ that paper work was being taking out of the Doctor's Box, Doctor Figueroa failed to Respond Reasonably, also, Doctor Figueroa Interfere with Prescribed Treatment, officials may Not Substitute their Judgement for a medical professional's Prescription or Order. a medical offical who has also only general Knowledge about a Particular field if medicine may "Not" substitute their Judgement for that of a Specialist, Doctor Figueroa knew that the/ a substantial risk of serious harm would result from His failure to carry out perscribed Treatment properly. I am in serious need of this (A+D Ointment) Federal Court ordered medication.

| 8/10/21 | Danny Phillips    789552 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

---

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

2108-231-0666

|  | / |
|---|---|
| # | Signature |

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

AUG 16 2021

Submitted by the inmate on: _____     Institutional Mailing Log #: _____    M.Sealy
                              (Date)                                                          (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
|  | INMATE (2 Copies) | INMATE |
|  | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
|  | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
|  |  | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)                Incorporated by Reference in Rule 33-103.006, F.A.C.

SEE ATTACHED RESPONSE

26/27

## PART B - RESPONSE

| PHILLIPS, DONNY | 789552 | 2108-231-066 | SUWANNEE C.I. ANNEX | N2143S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Investigation Into your grievance reveals the following:
There is no indication that you have been denied access to medical or denied medical care. You may not agree with the treatment regimen and you have the right to refuse treatment at any time, but that does not mean that you are not being provided adequate care. Be advised inmates do not have the authority to dictate which medication the clinician prescribes. Zinc Oxide is the same product as A&D and provides the same treatment and care. Review of pharmacy records show you have used Zinc Oxide in the past 11/12/20 & 3/10/21 without issue. It also shows you have not turned in refill slips since May 2021. Dr. Figueroa wrote the new order in May 2021 with a stop date of 11/2/21. It the inmates responsibility to turn in refill slips in a timely manner. Nurse Kemp has not been in the pharmacy for more than 4 weeks. Loose papers are not placed in the DR. Box. Papers/orders are placed in the medical chart, flagged and the chart is placed in the Box for review. Charts are removed from the boxes if needed for other appointments such as sick call, mental health or to respond to your inmate requests, informals & formal grievances. All activity requires the use of the medical chart. The chart once checked back in would be returned to the Dr. Box for the flagged papers. If you have medical, medication issues or concerns you can access sick call to have them addressed.

Based on the foregoing your grievance has been DENIED.

You may obtain further administrative review of your complaint by obtaining form DC1-303. Request for Administrative Review or Appeal, Completing the form, providing attachments as required by 33-103.007(3)(a) and (b), F.A.C. and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee, Fl. 32399-2500, within Fifteen(15) days from date of this response.

MAILED  8·27·21

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

F. Cruz, MD
Suwannee C.I.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 8·26·21 DATE |

MAILED/FILED
WITH AGENCY CLERK

NOV 1 7 2021

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| PHILLIPS, DONNY | 789552 | 21-6-29065 | SUWANNEE C.I. ANNEX | N2143S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing.

It is determined that the response made to you by the Institution on 09/17/2021 appropriately addresses the issues you presented.

Records reviewed indicate that you are scheduled to be seen by the Physician soon, where you can address your medical concerns at that time.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

| _Michelle Schouest_ | _T. Bowden_ | 11/17/21 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

Med

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

| | RECEIVED |
|---|---|
| | OCT 0 8 2021 |
| | Department of Corrections<br>Bureau of Inmate Appeals |

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

Phillips    Donny    R.          789552          Suwannee, C.I.
Last      First    Middle Initial       DC Number         Institution

Part A – Inmate Grievance          21-6-29065

2109-231-010.

Please Review all Document forwarded Herein; the Assistant Warden Has failed proper Review of this medical Issue, and the skin checks that were Done By ADA Nurse Cannon on 8-2-21, as well as other Dates/ I was Informed of Red Sars on my Butt area, and this Information "WAS" NOT properly Documented into my Medical files (Along) with MANY other Documents within the Medical Department By the medical Staff, Records will show that I Have a federal Court Order/and a Bathroom and Shower Pass, which official "ARE" Refusing me access To use During Emergencys, I am and have been/being forced To sit IN wet urin soaked Diapers for long Periods, which Has Caused the Re-occurrce of Cellulitis In my Right leg. Now: my Bathroom and Shower Pass Has Run out, Because, Doctor Flgueroa and the Medical Department Has failed To Review It, As well as failed To properly address a very serious Cast of Cellulitis. Please: investigate this Medical Doctor Flgueroa and this medical Department.

10/4/21
DATE

Danny Phil. 789552
SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**          ____ / ____
                                                                                    #        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: 10/5/21 (wm) Institutional Mailing Log #:_____          (Received By) 07e

                    (Date)

2109-231-010

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

7e
HS

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☑ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Phillips  Donny  B.            789552            Suwannee C.I.
_____    _____    _____
Last   First   Middle Initial      DC Number        Institution

| Part A – Inmate Grievance |
|---|

231 - 2108 - 0036

my past skin checks/ADA Nurse Cannon stated that there were soars on my Butt area, and that I need to get out of my wheel chair more, on 8/2/21 when I was seen by ADA Nurse Cannon she looked/checked my Butt area, and stated that she saw some red spots, then I showed her the Right leg and the Cellulitis and she stated/ I'd write a grievance, If my medical Records are checked, I have a valid medical Bathroom and Shower pass (As Need) from 9/8/20 to 9/8/21. this Bathroom and Shower pass is also Federal Court Ordered/ a Copy of this Federal Court Ordered (J.S.) in my medical files/ So ordered By Chief United States District Judge Mark E. Walker, per the Settlement Agreement Signed By Julie Jones on July 7, 2017, on page #7 - #18. (passes), the FDC will issue passes to covered inmates to implement any accommodations, aid, and services It "HAS" provided, All Necessary passes for Covered Inmates "Will" Remain in effect even when a Covered Inmate is Transfered to another Facility, so that the Covered Inmate does not lose his or her accommodations, auxiliary aids, and Services Solely because of the Transfer. I am being regularly denied access to the bathroom and ADA Shower to properly clean myself up.

9/1/21
_____
DATE

Donny - 789552
_____
SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ / _____
                                                                              #      Signature

2109-231-010

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

SEP 07 2021

Submitted by the inmate on: _____    Institutional Mailing Log #: _____
                              (Date)

Assistant Warden - Programs
Suwannee Correctional Institution

_____
(Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

SEE ATTACHED RESPONSE

17DO

DC1-303 (Effective 11/13)                    Incorporated by Reference in Rule 33-103.006, F.A.C.

## PART B - RESPONSE

| PHILLIPS, DONNY | 789552 | 2109-231-010 | SUWANNEE C.I. ANNEX | N2143S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Investigation into your grievance reveals the following:
This matter was addressed in the attached informal. No issues noted on your ADA monthly skin checks. Show your pass to security for your bathroom and shower privileges. If you are not being allowed to got to bathroom or showers while in the dorm that needs to be addressed with security. Medical is not preventing you from going.

Based on the foregoing your grievance has been DENIED.

You may obtain further administrative review of your complaint by obtaining form DC1-303. Request for Administrative Review or Appeal, Completing the form, providing attachments as required by 33-103.007(3)(a) and (b), F.A.C. and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee, Fl. 32399-2500, within Fifteen(15) days from date of this response.

MAILED 9.20.21

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

F. Cruz, MD
Suwannee C

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 9.17.21 DATE |
|---|---|---|

RECEIVED
AUG 10 21
MEDICAL ADMIN
C/6 SUWANNEE C.I.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

Mail Number: _____
Team Number: ___ HS
Institution: SUWANNEE C.I.

| TO: (Check One) | ☐ Warden  ☐ Asst. Warden | ☐ Classification  ☐ Security | ☑ Medical  ☐ Mental Health | ☐ Dental  ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name: Donny Phillips | DC Number: 789552 | Quarters: K-1-145S | Job Assignment: HOUSEMAN | Date: 8/5/21 |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if this is an informal grievance ☑

I was Transferred To Suwannee C.I. on 10/15/20, and Doctor Figueroa Has failed To stay IN Compliance With a Federal Court Order To allow me (Bathroom and Shower passes) so Ordered on April 19, 2019, By Chief United States District Judge/ MARK E. WALKER, CASE NO. 4:18 cv 139-MW/CAS. This Violation of Said Federal Court ORDER also Violates the SETTLEMENT AGREEMENT, Signed By Julie JONES on July 7th 2017, please See page #25-#61 (Bathrooms and Showers), IMDs who have been determined To require special accommodations IN the Shower or bathroom, Such as grab bars, Elevated Toilets, Shower chairs and Seats, Shower wands, and Privacy Screens, shall receive those accommodations. Doctor Figueroa Has failed To act or comply with

All requests will be handled in one of the following ways:  1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

Inmate (Signature): _[signature]_                    DC#: 789552

**DO NOT WRITE BELOW THIS LINE**

RECEIVED
AUG 0 9 2021

**RESPONSE** 231-2108-0036            DATE RECEIVED: _____

Your allegations against staff are unfounded. Your past two skin checks shows no issues noted by ADA nurse or by you after exams. You were seen by MD for Chronic Illness Clinic in May + was ordered A+D ointment with your other Meds. The next CIC is scheduled + pending. There is no pass for Bathroom breaks in Medical Pass guidelines. Review of your complaint states security is allowing those without a pass to go to the bathroom during count while not allowing you. This is an issue you may need to address with security. Access sick call if symptoms arise or for any Medical questions or concerns you may have

[The following pertains to informal grievances only:] Bathroom- This addresses both Shower + toilet.

Based on the above information, your grievance is ~~Returned~~ **Denied** or ~~Approved~~.  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): R. CORBIN  ADMINISTRATIVE ASSISTANT  SUWANNEE CI  04214/04215 | Official (Signature): _[signature]_ | Date: 8/16/21 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

RECEIVED

AUG 10 21

MEDICAL ADMIN
SUWANNEE C.I.

PAGE # 2 of

Grievance Continuation Sheet

This Federal Court ORDER, with Knowledge of
Said Court ORDER,
- I have been forced To Sit on/ or on my Bunk
- for long periods of Time, Sitting In urin
- soaked Diapers During Counts, while other
- NONE ADA inmates are allow access To the
- Bathroom area, this forcing me To Try and
  clean myself up In a Bathroom Sink with
  personal WashCloth when Count Is finally
  cleared, while Being threatened To be placed
- Into Confinement If I Go To the Bathroom.
- being Told that I Can NOT Have access To the
- ADA Shower until after 5:00 pm.
  While medical Records reflects Continuing
  Concerns over provided limitations on access
  To the ADA Toilet and Shower./ and my
  inability To maintain Good Skin Hygiene
  that Has resulted In multiple bouts of infection
  (cellulitis) both bacterial and fungal.
  my medical Records were/and Is being made
  available To Doctor Figueroa And the (HSA) for
  proper Review, "yet" I am being Refused this
  Federal Court Ordered Bathroom and Shower
  Passes, that Has Caused a Re-occurance of
  Cellulitis In my Right leg, that Has been
  very painful, swelling With open Scars.

RECEIVED

AUG 10 21

MEDICAL ADMIN
SUWANNEE C.I.

Grievance Contination Sheet.

Also: Please See, Page-#7-18 (Passes), The FDC will
issue passes To Covered Inmates To implement
any accommodations, aids, and Services It "HAS"
provided. All Necessary passes for Covered
Inmates will remain in effect even when a
Covered Inmate Is Transferred To another
Facility, so that The Covered Inmate does Not
Lose His accommodations, auxiliary aids, and
Services Solely because of the Transfer.

Remedy of Relief Sought:
please stay In Compliance with Said
Federal Court Order. allow me to Recieve
The Federal Court Ordered Bathroom and
Shower passes, and allow me to maintain
Good Skin Hygiene.

DC# - 789552

Danny Phillips T85552 N-2-143s
SUWANEE, Correctional Institution
5964 U.S. Highway 90.
Live Oak, Florida.
32060

Confidential Legal Mail.

MAILED FROM A STATE
CORRECTIONAL INSTITUTION

JACKSONVILLE FL 320
5 OCT 2021  PM 4

FOREVER / USA

Bureau of Inmate Grievance Appeals.
501 South Calhoun.
Tallahassee, Florida.
32399-2500.

RECEIVED
OCT - 8 2021
C.O.Mailroom

32399-150099

WITH AGENCY CLERK

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| PHILLIPS, DONNY | 789552 | 21-6-34454 | SUWANNEE C.I. ANNEX | N2143S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing.

It is determined that the response made to you by the Institution on 10/08/2021 appropriately addresses the issues you presented.

Records reviewed indicate that you were seen by the Physician on 11/17/2021, where you could address your medical concerns at that time.

Please be advised inmate grievances/appeals should refrain from using sarcastic or derogatory language when referring to individuals of authority or other inmates. The use of such statements is neither necessary, nor acceptable; and continued use of the same may result in disciplinary action.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

| Michelle Schouest | T. Bowden | 12/17/21 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

Med

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

NOV 30 2021

Department of Corrections
In the Central Servicing

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Phillips Donn R. | 789552 | Suwannee C.I. |
|---|---|---|
| Last    First    Middle Initial | DC Number | Institution |

2110-231-036

**Part A – Inmate Grievance**

21-6-34454

~~MAIL FILED~~

The Issue at hand Concern's a Well Documented Serios medical Issue, where on 10/3/21, around 11:30 PM (Sunday) Security Refused to allow me to Go to the medical Department to Recieve my Federal Court Ordered medical Supplies these officials are acting with Retaliation Towards myself for my Rights to Grievance procedures as well as access to the Federal Courts "With Knowledge" of a Federal Court Order. This act Has left me with No medical Supplies to urinate in my cloths Daily and forced to pay my Canteen Items to other Inmates to wash my Clothes. While being Refused access to properly clean myself in the ADA Shower. In there Response which was "Denied" without a proper Review or Evaluation, I Do Have a "Declaration" Concerning there officials Direct Violation's of my Rights to the Federal Court Ordered medical Supply's. as well as video that "Will "Be an Exhibit before a Federal Court preceding. they Cannot Corroborate my allegations Because the Issue Was Not properly Reviewed. and I Did Give Sick Call Request's which the Nurse LPN C. Adams Told me "they" Lost. and then Ordered me to Get away from the medical Supplies Window, that She Does Not Give a Fuck about the Federal Courts, and that they Could Do Nothing to her. and She Don't Give a Shit.

| 10/16/21 | (signature) 789552 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___ / _____

#      Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: 10/16/21 (WM)   Institutional Mailing Log #:_____

(Date)

_____
(Received By)

07A

2110-23/7036

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION /FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)   Incorporated by Reference in Rule 33-103.006, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

HP
HS

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☑ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

Phillips          Donny     R.                    789552              Suwannee C.I.
Last       First       Middle Initial          DC Number              Institution

Part A – Inmate Grievance                    Filed – 12:49 pm.

Serious medical Issue.

(This formal Grievance is of a Serious medical Issue), on 10/3/21, around 11:30am, (Sunday). An inmate, by the Name Harmon, David L. DC#B-110411 offered to assist/push me to the medical Supplies window To Recieve my Federal Court Ordered medical Supplies, This inmate went To the officer's Station window and asked when they were going to Call for medical Supplies? At this Time, he was speaking to a Sgt. Richardson. This Sgt. Richardson stated To him that medical Supplies had been Called over 1 half hour ago, and this inmate explained To Sgt. Ricardson That "NO" one, had heard a thing over the speakers In N-2 Dormatory, Then this Sgt. Richardson stated To the inmate/ARE you Calling me a liar? and the inmate answered "NO Maam, I'm Just Saying "WE" did NOT hear iT, So, at this Time this Sgt. Richardson Stated Oh, Well IT'S To late Now, and made NO attempt To Correct the Issue. refusing To allow me proper access to my Federal Court Ordered medical Supplies, this act of Retaliation leaves me To Deal with Unsanitary Conditions, With "NO" Diapers/or medical Supplies for which To fight a very Serious Case of Cellulitis. THEN, on the Same after Noon on 10/3/21, around 3:03pm (Sunday), this inmate Harmon, David L. DC#B-110411 assisted me/pushing my wheelchair To the medical Supplies window, where we were Seen by a (LPN C. Adams). that Stated To me, that I would "NOT "Recieve my medical Supplies and that she Did "NOT "Give a Fuck, So, at this Time I am without any/NO Diapers and being forced To urinated on my clothes/In very Serious Unsanitary Conditions as I Deal with a very Serious Case of Cellulits In my Right leg.

10/4/21.
DATE                                   SIGNATURE OF GRIEVANT AND D.C. #
                                        Donny Phillips  789552.

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____
                                                                          #        Signature

2110-231-036

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

OCT 07 2021    Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on:_____  Institutional Mailing Log #:_____
                          (Date)                                                      (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY        CENTRAL OFFICE
                 INMATE (2 Copies)           INMATE
                 INMATE'S FILE               INMATE'S FILE - INSTITUTION./FACILITY
                 INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                                             CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

8/11

**PART B - RESPONSE**

| PHILLIPS, DONNY | 789552 | 2110-231-036 | SUWANNEE C.I. ANNEX | N2143S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Investigation Into your grievance reveals the following:
The majority of this grievance is based on your statement against security not allowing you to come to medical. That needs to be addressed with the security department not medical. You can't grieve on behalf of others, stating "WE", only on matter concerning yourself. Please be advised that this office cannot corroborate your allegations against the health care staff. If you need supplies that you were unable to attend for pick up on Sundays, access sick call to have nursing address the supply issue.

Based on the foregoing your grievance has been DENIED.

You may obtain further administrative review of your complaint by obtaining form DC1-303.  Request for Administrative Review or Appeal, Completing the form, providing attachments as required by 33-103.007(3)(a) and (b), F.A.C. and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee, Fl. 32399-2500, within Fifteen(15) days from date of this response.

MAILED 10·11·21

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Cruz, MD
Suwannee C.I.

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 10·8·21 DATE |
|---|---|---|

**MAILED/FILED WITH AGENCY CLERK**

APR 13 2022

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| PHILLIPS, DONNY | 789552 | 22-6-09259 | SUWANNEE C.I. ANNEX | N2143S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Returned without Action:

Your request for administrative appeal has been received in non-compliance with Chapter 33, "Appeals must be received in the Office of the Secretary within 15 calendar days of the institutional response."

Based on the above information, your appeal is returned without action.

CONFIDENTIAL
THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/ CARE INFORMATION INTENDED FOR THIS ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

Med

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

MAR 28 2022

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Phillips | Downy | R | 789552 | Suwannee C.I. |
|----------|-------|---|--------|---------------|
| Last | First | Middle Initial | DC Number | Institution |

---

Part A – Inmate Grievance

2112-231-080                                         22-6-07259

This Formal Grievance Concerns a very Serious medical ISSUE, on 12/10/21, I filed a informal Grievance To the medical Department c/o the HSA, there Response Dated 12/21/21 (231-2112-0108), Then I forwarded the DC1-303 To the Assistant Warden on 12/22/21, THEN: on 3/24/22 around 7:00 pm, I was Called To the officers Station in N-2 Dorm by a Sgt. ALDridge (on video) and this Sgt. ALDridge gave me my Formal Grievance # 2112-231-080 That was Dated 1/14/22, and at this Time Sgt. ALDridge Stated That She Had found This Formal Grievance In The back of the officers Station filing Cabinet and that She had Spoke To the Major and was order To give The Formal Grievance To me on this Date 3/24/22, This Formal Grievance # 2112-231-080, The Response within 15 Day was Clearly Violated by officials at No fault of my own, Violating Administrative review Rule 33-103.006, F.A.C. Therefore I am forwarding this DC1-303 To The Secretary, Florida Department of Corrections for further review," ON "11/17/21, around 10:00 Am, I Saw Doctor Figueroa Concerning a very Serious Case of Cellulitis In my Right Leg/ with open bleeding wounds, on this Date Doctor Figueroa Perscribed/ ordered medications That I Never Recieved, the medical Department staff and Doctor Figueroa Has Prolonged medical Treatment and Has Refused me access To Perscribed medications That Has Caused This very Serious life Threatening Case of Cellulitis To Worsen. (This Formal Grievance # 2112-231-080 was Held Back/ placed in The back of The officers Station Cabinet for 64 Days.

3/19/22                                    Downy R  789552
DATE                              SIGNATURE OF GRIEVANT AND D.C. #

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ / _____
                                                                          #          Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: **3/25/22** (um)   Institutional Mailing Log #:_____   _____
                              (Date)                                                    (Received By)   079

DISTRIBUTION:   INSTITUTION/FACILITY        CENTRAL OFFICE                              2112-(231)-080
                INMATE (2 Copies)           INMATE
                INMATE'S FILE               INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                                            CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)              Incorporated by Reference in Rule 33-103.006, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

7G7
HS

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☑ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

Phillips Danny R.     789552     Suwannee C.I.
_Last    First    Middle Initial_     _DC Number_     _Institution_

---

<u>Part A - Inmate Grievance</u>

Serious medical Issue.

(231-2112-0108), I was seen By Doctor Figueroa on 11/17/21 for a very serious case of Cellulitis In my Right leg, and on this date / Doctor Figueroa ordered me medications for this issue, I have Never Recieved these perscribed medications, then I spoke To Nurse Kemp at the medication Window and she checked the Computer and stated that She Could Not see anything on the Computer for 11/17/21, then I spoke To ADA Nurse Lawnon, whom stated that she would also check, on 12/10/21, I filed an informal Grievance To file C/O The HSA Bennit, and Now I'm were Told To put In a Sick-Call Slip/Request, I strongly feel that Doctor Figueroa and the HSA Bennit and other medical staff are pro-longing my access to perscribed medications, and this Retaliatory Evil act Has and Is Causing a very serious Life threatening Case of Cellulitis To worsen, as a Direct Result of there Violations.

12-22-21
_DATE_

Danny Phil. 789552
_SIGNATURE OF GRIEVANT AND D.C. #_

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ / _____
_# Signature_

2112-231-080

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

DEC 2 8 2021     Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____   Institutional Mailing Log #: _____   UM. Story
_(Date)_     _(Received By)_

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)     Incorporated by Reference in Rule 33-103.006, F.A.C.

SEE ATTACHED RESPONSE

14/17

**PART B - RESPONSE**

| PHILLIPS, DONNY | 789552 | 2112-231-080 | SUWANNEE C.I. ANNEX | N2143S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Investigation Into your grievance reveals the following:
There is no indication that you have been denied access to medical or denied medical care or suffered from any form of retaliation from the medical department. You may not agree with the treatment regimen and you have the right to refuse treatment at any time, but that does not mean that you are not being provided adequate care. Review of prescribed medications shows that an order was written by the clinician and filled on 11/15/21 for SMZ/TMP DS (a Combo antibiotic for treatment of bacterial infections) for 14 days. You were instructed to access sick call if you had medication issues and that is the appropriate procedure to address medication needs. Review does not indicate that you followed those instructions causing possible delays in your own care and treatment. If you are continuing to have the same medical condition or it has worsened since the medication was taken you will need to seek medical care by accessing sick call for an evaluation of further treatment for you condition.

Based on the foregoing your grievance has been DENIED.

You may obtain further administrative review of your complaint by obtaining form DC1-303.  Request for Administrative Review or Appeal, Completing the form, providing attachments as required by 33-103.007(3)(a) and (b), F.A.C. and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee, Fl. 32399-2500, within Fifteen(15) days from date of this response.

MAILED 1·17·22

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

| Alexis Figueroa, MD Physician Suwannee CI | B. M̶ | 1·14·22 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

RECEIVED

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

C/O HSA

MEDICAL ADMIN
SUWANNEE C.I.

Mail Number: _____
Team Number: _____
Institution: Suwannee C.I.

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name Donny Phillips | DC Number 789552 | Quarters N-2-143s | Job Assignment Houseman | Date 12/10/21 |
|---|---|---|---|---|---|

**REQUEST**                    Check here if this is an informal grievance ☑

On 11/17/21, Around 10:00AM, I saw Doctor Figueroa Concerning a very Serious Case of Cellulitis In my Right Leg, on this Date/Day Doctor Figueroa Perscribed/ordered medications To help me To Deal with this very Serious medical Issue, and the medical Department Has prolonged my access to these medication, and Has failed To stay In compliance with Perscribed Treatment, these acts of Retaliction Has Caused my already Serious medical Condition To worsen.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Donny Phillips    DC#: 789552

RECEIVED

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** 231-2112-0108    **DATE RECEIVED:** DEC 15 2021

Medication issues need to be addressed through sick call for a faster resolution. Nursing can review orders and check with pharmacy. All valid & prescribed medications were filled on 11/15/21 and 12/13/21. Access sick call if you are missing a medication.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is ___Denied___. (Returned, Denied, or Approved). If your grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): | Official (Signature): | Date: 12/21/21 |
|---|---|---|

Original: Inmate (plus one copy)    R. Cooper
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

RECEIVED

2022 MAR 25  AM 8: 14

FL DEPT OF CORRECTIONS
CENTRAL OFFICE

Mailed PACKSONVILLE FL 320
Correction 29 MAR 20 PM
Institution
Suwanee C.I.

Donny Phillips T89552
Suwannee Correctional Institution
5964 U.S. Highway 90.
Live Oak, Florida.
32060

Florida Department of Corrections
501 South Calhoun Street
Tallahassee, Florida.
32399-2500

32399-150059

Confidential Legal Mail.

Confidential Legal Mail

OCT 19 2022

**PART B - RESPONSE**

| **PHILLIPS, DONNY** | **789552** | **22-6-28895** | **SUWANNEE C.I. ANNEX** | **I1103L** |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is determined that the response made to you by Dr. Figueroa on 9/1/22 appropriately addresses the issue you presented.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

Med,

# FLORIDA DEPARTMENT OF CORRECTIONS
## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

**RECEIVED**

SEP 28 2022

Department of Corrections
Office of Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Donny | Donny | B. | 189552 | Suwannee C.I. |
|-------|-------|-----|--------|---------------|
| Last | First | Middle Initial | DC Number | Institution |

---

Part A – Inmate Grievance      22-6-28895

(2208-231-091). In reference to the DC1-303 that I filed on 8/23/22 that is also attached, the DC1-303 is of a serious nature, per there response, there IS NO indication that I have been denied access to medical care, well I have suffered a very serious case of cellulitis in my right leg with open scar that were leaking, and I have filed a sick-call request on 8-22-22, and no follow-up/NEVER done in the past, I have been perscribed medications By Doctor Figuera that I never received, so, I am left to buy medications off the compound to apply to my Injurys, and after as the medical department being out of medical supplies, Doc - And the medical department "AGREED" that they would stay in Compliance with said Federal Court Order/Which they have not, please see Federal Court Order, and the infirmary orderlies stated that the medical department had medical wipes at the time I was at the medical supplies window on 8-21-22, and the medical department already knows that I receive these medical supplies "EVERY" week/And it should By pre-ordered/Never to Run out. Clearly Violating a Federal Court Order. Even on paper through Grievance procedures official file false documents and Refused to acknowledge or address a life threatening, a serious medical issue.

| 9/14/22 | [signature] |
|---------|-------------|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____
#        Signature

## INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED

SEP 16 2022

Assistant Warden - Programs
Suwannee Correctional Institution

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____   Institutional Mailing Log #: 230-22-653   [signature]
(Received By)

07p
2208-(231)-091

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---------------|----------------------|----------------|
|  | INMATE (2 Copies) | INMATE |
|  | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
|  | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
|  |  | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)            Incorporated by Reference in Rule 33-103.006, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TP
HS

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse: on the behalf of:

Phillips Donny R.         789552         Suwannee C.I.
Last   First   Middle Initial       DC Number        Institution

---

Part A – Inmate Grievance

THIS Formal Grievance Is of a Serious medical Issue, on 8/21/22, around 10:05AM, (Sunday), upon my arrival To the medical Supplies Window To Receive my medical Supplies, I was Seen By a Nurse from which I Do NOT know Her Name, at this Time, I was Given "Only" 19 pack of 15 Diapers, and a 4 OZ Bottle of Antiseptic Skin Cleanser, and then Told that I would "NOT" Receive my medical wipes, at this Time I made an attempt To ask the Nurse If She would Call Me Back up To To medical Supplies Window at a Later Date To Receive the medical Wipes, the Nurse, at the medical Supplies Window Could NOT (or would NOT) answer my Question, then at this Time I went To the Next medical Window and Spoke To a Nurse Kemp and made another attempt To ask If I Could please Be allowed To Come Back up Later To Receive my medical Supplies (wipes) and Nurse Kemp Could NOT answer as well, ON April 19, 2019, In the United State, District Court During a Court Hearing for a PRELIMINARY INJUNCTION, chief United States District Judge MARK E. WALKER so Ordered that I Be provided five or more Diapers per Day (AS Needed) Barrier Cream, antiseptic Soap, "MEDICAL WIPES", and replenish the Same, as they run Out, AND a Bathroom pass and Staler pass, the Florida Department of Corrections, AND CENTURION of Florida "AGREED" that they would Continue To Honer this Federal Court ORDER, Since my arrival To Suwannee Correctional Institution, the medical Staff Have/and are violating Said Federal Court Order, as well as

8/23/22                                    Donny __ 789552
DATE                          SIGNATURE OF GRIEVANT AND D.C. #

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ / _____

2208-231-091

|  | # | Signature |

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Received

AUG 25 2022

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: Assistant Warden - Programs     Institutional Mailing Log #:_____
Suwannee Correctional Institution                                         (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY         CENTRAL OFFICE
                 INMATE (2 Copies)            INMATE
                 INMATE'S FILE                INMATE'S FILE - INSTITUTION./FACILITY
                 INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                                              CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

Y/a

Phillips  Donny  R.                    789552        Suwannee Correctional
Last    First    Middle Initial        DC Number      Institution Annex 231
                                                      Institution

The SETTLEMENT AGREEMENT, the Department of Corrections and
CENTURION of Florida Have, and IS Failed To Stay IN Compliance.
SEE PAGE #11-46 of The SETTLEMENT AGREEMENT, The medical Depart-
ment Has Failed To allow me appropriate medical Supplies/
medical Wipes as I Struggle To Deal With unsanitary conditions
and recurring Cellulitis Symptoms with the retaliatory DENIAL
of my Federal Court Ordered medical Supplies, placing my
Health + Safety Clearly IN Danger/ With Knowledge of
Said Danger, as my medical Condition and Disability's are
clearly Documented In my medical Records. The medical
Department and Staff respond with retaliatory and life-
Endangering measures To Punish me for my Right To the
Grievance procedures, as well as access To The Federal
Courts.

8/23/22                              789552
DATE                                 SIGNATURE OF GRIEVANT AND D.C. #

## PART B - RESPONSE

| PHILLIPS, DONNY | 789552 | 2208-231-091 | SUWANNEE C.I. ANNEX | I1103L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Investigation Into your grievance reveals the following:
There is no indication that you have been denied access to medical, denied medical care, been treated with retaliation, punished, placed your life in danger or purposely denied supplies by medical staff. It was explained to you that there were no wipes available. You signed the receipt acknowledging that fact. Items cannot be issued if they are out of stock. The diaper packs have been coming in as 14 per pack depending on the size and is a manufacturing packaging change and not nursing. Wipes are in now and you should be able to get them on the next supply pick up. In the future you can access sick call to see if an 'out of stock' item has been replenished. If you have any further questions or concerns you may access sick call to have them addressed.

Based on the foregoing your grievance has been DENIED.

You may obtain further administrative review of your complaint by obtaining form DC1-303.  Request for Administrative Review or Appeal, Completing the form, providing attachments as required by 33-103.007(3)(a) and (b), F.A.C. and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee, Fl. 32399-2500, within Fifteen(15) days from date of this response.

MAILED 9.2.22

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Alexia Figueroa, MD
Physician
Suwannee CI

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 9.1.22 DATE |
|---|---|---|