**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DONNY PHILLIPS,

       Plaintiff,

vs.

RICKY DIXON., et al.,

       Defendants.

Case No. 3:22-cv-997-BJD-LLL

**PLAINTIFF'S RULE 26(a)(2) DISCLOSURES**

       COMES NOW the Plaintiff, DONNY PHILLIPS, by and through undersigned counsel, hereby files this Rule 26(a)(2) disclosure, as follows:

(i)     *A complete statement of all opinions the witness will express and the basis and reasons for them*: Attached please find the report prepared by Dr. Jason Chertoff.

(ii)    *The facts or data considered in forming opinion*: Attached hereto please find the report prepared by Dr. Jason Chertoff.

(iii)   *Any exhibits that will be used to summarize or support opinions*: None.

(iv)   *The witness's qualifications, including a list of all publications authored in the previous ten years*: Please see the CV of expert attached hereto.

(v)    *A list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or deposition*: See testimony list attached hereto.

(vi)   *Compensation to be paid for the study in the case*. $500 per hour.

I CERTIFY a true copy hereof was sent by Electronic Mail on 7/28/23 to:

Thomas Buchan, Esq., Howell, Buchan, and Strong, tom@jsh-pa.com

                  *s/James V. Cook, Esq.*
                  Florida Bar Number 0966843
                  Law Office of James Cook
                  314 West Jefferson Street
                  Tallahassee, Florida 32301
                  (850) 222-8080; 561-0836 fax
                  cookjv@gmail.com

Jason L. Chertoff, M.D., M.P.H.
Pulmonary, Critical Care, and Internal Medicine Physician
Certified by the American Board of Internal Medicine

July 14, 2023

Re:  Phillips, Donny

Dear Mr. Cook:

At your request, I have reviewed medical records through 2022 for Donny Phillips, which includes progress notes, laboratory and imaging studies, and clinician orders, along with testimonies, injunction petitions, orders, expert opinions, and scientific publications pertaining to Mr. Phillips' case.  I have also reviewed numerous photographs of the condition of his right leg on October 2022 and March 2023. I am a physician licensed to practice medicine in the states of New York, Florida, Michigan, New Jersey, and Ohio, and am currently practicing pulmonary, critical care, and internal medicine at Genesis Healthcare System in Zanesville, OH.  As you can see from my attached curriculum vitae, I am a board certified diplomat of Internal Medicine, Pulmonary and Critical Care Medicine, and Neurocritical Care Medicine.  Due to these specialties and my frequent work in the medical and surgical intensive care units, I am intimately acquainted with the management of soft tissue infections, including cellulitis, and have treated many patients like Mr. Phillips with these conditions. I have not personally examined Mr. Phillips.

All of my opinions and conclusions expressed in this document are rendered to a reasonable degree of medical and professional certainty.

Case History

Mr. Phillips is a 62 year-old prisoner with a pertinent medical history of peripheral arterial disease (PAD), and incomplete paraplegia due to a remote spinal cord injury, which has left him wheelchair-dependent and bowel and bladder incontinent.  Due to his significant handicaps, Mr. Phillips is accustomed to, and reliant upon, a rigorous daily sanitation and personal hygiene regimen that includes adequate quantities of diapers, sanitary wipes, antifungal and antibacterial creams, antiseptic soap, clean towels and

1

Jason L. Chertoff, M.D., M.P.H.
Pulmonary, Critical Care, and Internal Medicine Physician
Certified by the American Board of Internal Medicine

washcloths, and frequent bathroom and shower visits. Prior to entering prison, Mr.
Phillips denies ever having problems with decubitus ulcers, skin breakdown, or soft tissue
infections (including cellulitis), which can at least be partly attributed to his diligent
adherence to his hygiene regimen. Unfortunately, while imprisoned, due to the
difficulty in consistently getting sanitation supplies and timely bathroom or shower
access, Mr. Phillips has had significant difficulty adhering to his regimen, which has
caused a variety of skin issues and infections, the most severe being a treatment-
refractory cellulitis.

Mr. Phillips reports developing right leg erythema, warmth, swelling, and pain in July
2018. He presented to the infirmary and was diagnosed with cellulitis, which was
properly treated with antibiotics (i.e., Bactrim), dressing changes, elevation, and warm
compresses. Unfortunately, even with these appropriate interventions, Mr. Phillips'
cellulitis failed to improve, and he continued to have symptoms for many months. His
antibiotic regimen was appropriately changed to doxycycline, and a diuretic, Lasix, was
ordered to relieve his worsening right leg swelling. Despite Mr. Phillips' adherence to
this prescribed treatment plan, his cellulitis failed to improve. Mr. Phillips voiced his
concerns that crucial resources to maintain proper sanitation and personal hygiene were
not available, and this was at least partly responsible for his leg infection not improving.
Despite Mr. Phillips' numerous pleas for additional personal hygiene supplies, he
continued to be subjected to deplorable sanitary conditions; not surprisingly his infection
failed to improve.

On March 1, 2019 Mr. Phillips filed a *Motion for Preliminary Injunction*, which asked
the Court to require that the prison supply his necessary sanitation supplies. On April 19,
2019 the Court ruled in favor of Mr. Phillips, and agreed to mandate that the prison
provide five or more diapers a day (as needed), barrier creams, antiseptic soap, medical
wipes, bathroom passes, and shower passes.

DocuSign Envelope ID: 32F4ED89-358B-4C46-AB26-A3B4FEC644F9

Jason L. Chertoff, M.D., M.P.H.
Pulmonary, Critical Care, and Internal Medicine Physician
Certified by the American Board of Internal Medicine

After the initiation of the Court's sanitary and personal hygiene protocol, by all accounts, as documented in Mr. Phillips' medical record from numerous healthcare providers, Mr. Phillips' right leg cellulitis had improved. He no longer required antibiotics, and his pain, redness, warmth, and edema had improved but not entirely disappeared.

Unfortunately, in 2020 the Court's sanitary and personal hygiene protocol were intermittently disrupted, and since Mr. Phillips was moved to Suwannee Correctional Institution, he claims that he has suffered a reduction in his sanitation supplies, a deprivation of his bathroom and shower passes, with repeated exacerbations and relapses of his cellulitis.

Expert Impression

It is my professional expert medical opinion with reasonable degree of medical certainty that Donny Phillips has an exceptionally high risk of developing recurrences of his cellulitis or another soft tissue infection.  My opinion is based on a review of Mr. Phillips' risk factors for recurrent infection and comparing them to the accepted and proven risk factors, as documented in the current medical and scientific literature.

Repeatedly, numerous trials and studies have shown certain patient-specific factors to be associated with higher risk of developing cellulitis and other soft tissue infections.[1-5] Furthermore, many additional studies have focused on the factors that place patients at higher risk for recurrence of these infections.[6-9]   Dupuy et al showed in a multivariate analysis that skin breakdown (i.e. toe-web intertrigo and fungal infections), leg edema, lymphedema, venous insufficiency, and being overweight were independently associated with developing cellulitis.  The authors also showed that a history of neurological disorder and impairment was associated with higher odds of developing cellulitis.[1]   In another multivariate analysis, Karppellin et al showed chronic extremity edema, disruption of skin integrity, and obesity were independently associated with developing

DocuSign Envelope ID: 32F4ED89-358B-4649-AB36-A3B4FEC644F9

Jason L. Chertoff, M.D., M.P.H.
Pulmonary, Critical Care, and Internal Medicine Physician
Certified by the American Board of Internal Medicine

cellulitis.[2]  In a large meta analysis, Quirke et al demonstrated excoriating skin diseases, fungal foot infections, leg edema, and a prior history of cellulitis to be independent risk factors for developing cellulitis.[3]  Finally, in a clinical review by Raff et al, the authors highlight additional predisposing factors for cellulitis such as chronic kidney disease and being a prisoner; careful review of Mr. Phillips' records suggest that he possesses all of these cited risk factors.[4]

Unfortunately, as many as 47% of patients treated for an initial episode of cellulitis experience a recurrence or another episode of cellulitis within 3 years.[5]  Certain factors, most notably and repeatedly, chronic leg edema, obesity, lymphedema, venous insufficiency, tinea pedis (fungal foot/toe infections), and prior history of cellulitis, have been shown to predispose previously treated patients to recurrences or new episodes of cellulitis.[5-7]  Alarmingly, Mr. Phillips seems to possess most, if not all, of these risk factors as well.  Moreover, McNamara et al developed a predictive model to estimate the risk of lower extremity cellulitis recurrence, which used certain risk factors, like dermatitis and skin breakdown of the previously affected leg, and cellulitis of the tibial area.[8]  Remarkably, Mr. Phillips possesses these risk factors as well.

Cellulitis should be appreciated as a vicious cycle where edema predisposes to cellulitis, and cellulitis causes persistent edema, which then predisposes one to additional episodes.[5-7]  Only a few interventions have been proven to help stop this cycle and ward off future infections.  Since patients with leg edema are at increased risk for cellulitis, elevation of the affected limb, support stockings, and good skin hygiene can reduce the risk of recurrence.[6,7]  In addition, treating interdigital macerations, keeping the skin well hydrated with emollients to avoid dryness and cracking, and treating tinea pedis can also reduce this risk.[9]  Swartz et al, also mentions the need to exclude an underlying bone infection (i.e., osteomyelitis) with CT scan or MRI if recurrences are an issue.[6]  Despite Mr. Phillips' multiple relapses, recurrences, and treatment failures of his cellulitis, no imaging to rule out an underlying deep tissue or bone infection was ever ordered or performed.  Also, given Mr. Phillips' medical history of peripheral arterial disease, at the

4

DocuSign Envelope ID: 32F4ED89-358B-4646-AB36-A3B4FEC644F9

Jason L. Chertoff, M.D., M.P.H.
Pulmonary, Critical Care, and Internal Medicine Physician
Certified by the American Board of Internal Medicine

very least his perfusion to the affected extremity should have been evaluated with noninvasive vascular studies like ABI (ankle brachial index), since compromised perfusion could be exacerbating Mr. Phillips' condition.

Consistent sustained care, including adequate hygiene and frequent dressing changes are of utmost importance to the treatment of cellulitis, and the prevention of its recurrence. The importance of this care in a multidisciplinary approach is highlighted in the FDOC's specialized Wound Program, which provides a program for inmates to overcome cellulitis, prevent pressure ulcers, and promote wound healing.  In this Program there are eight listed criteria that should alert the Chief Health Officer/Institution's Medical Director to transfer an inmate, and of these eight criteria Mr. Phillips possesses six.  At no time does it appear that Mr. Phillips was ever transferred to the FDOC's specialized Wound Program, a program that treating his cellulitis required, especially considering that the condition has not resolved in many more than the two-months cited in the guidelines.  Apparently six specialized wound care programs exist in Florida prisons and his current institution is not one of them.

It is my medical opinion that Mr. Phillips remains at an extraordinarily high risk for cellulitis, and other soft tissue infections.  Mr. Phillips has chronic leg edema so severe that he has required a daily diuretic medication, has chronic venous insufficiency, lymphedema, dermatitis, frequent fungal infections, a history of a previous cellulitis, and is morbidly obese (BMI 37), all repeatedly proven risk factors for recurrent cellulitis. Since only a few interventions, such as attentive skin care and hygiene, leg elevation, weight loss, compression stockings, and prompt treatment of fungal infections, and regular wound care oftentimes by a dedicated wound care team have been shown to prevent recurrences, it is imperative that Mr. Phillips have these resources available.  It is certainly reasonable to attribute Mr. Phillip's initial cellulitis to limited opportunities for personal hygiene and poor sanitary conditions, and I am confident that enhancements in these conditions will improve his condition.  Undoubtedly, providing Mr. Phillips with necessary sanitation and personal hygiene resources, will provide him with the best

Jason L. Chertoff, M.D., M.P.H.
Pulmonary, Critical Care, and Internal Medicine Physician
Certified by the American Board of Internal Medicine

chance for a complete cure and prevention of recurrence.  It also would be prudent to proceed with a CT scan or MRI to rule out an underlying deep tissue infection, as well as noninvasive vascular studies (i.e., ABI) to assess for adequate perfusion in the extremity. It should be kept in mind that repeated bouts of cellulitis, if not curtailed, can lead to blood and bone infection, sepsis, amputation, and even death.

Sincerely,
Jason L. Chertoff, MD, MPH           7/14/2023

## References

1. Dupuy, Alain, et al. "Risk factors for erysipelas of the leg (cellulitis): case-control study." *Bmj* 318.7198 (1999): 1591-1594.

2. Karppelin, M., et al. "Factors predisposing to acute and recurrent bacterial non- necrotizing cellulitis in hospitalized patients: a prospective case–control study." *Clinical Microbiology and Infection* 16.6 (2010): 729-734.

3. Quirke, M., et al. "Risk factors for nonpurulent leg cellulitis: a systematic review and meta-analysis." *British Journal of Dermatology* 177.2 (2017): 382-394.

4. Raff, Adam B., and Daniela Kroshinsky. "Cellulitis: a review." *Jama* 316.3 (2016): 325-337.

5. Cox, N. H. "Oedema as a risk factor for multiple episodes of cellulitis/erysipelas of the lower leg: a series with community follow- up." *British Journal of Dermatology* 155.5 (2006): 947-950.

6. Swartz, Morton N. "Cellulitis." *New England Journal of Medicine* 350.9 (2004): 904-912.

7. Pavlotsky, Felix, Shalom Amrani, and Henry Trau. "Recurrent erysipelas: risk factors: Risikofaktoren für Rezidiverysipele." *JDDG: Journal der Deutschen Dermatologischen Gesellschaft* 2.2 (2004): 89-95.

8. McNamara, David R., et al. "A predictive model of recurrent lower extremity cellulitis in a population-based cohort." *Archives of internal medicine* 167.7 (2007): 709-715.

9. Stevens, Dennis L., et al. "Practice guidelines for the diagnosis and management of skin and soft-tissue infections." *Clinical Infectious Diseases* 41.10 (2005): 1373-1406.

Jason L. Chertoff, M.D., M.P.H.
Pulmonary, Critical Care, and Internal Medicine Physician
Certified by the American Board of Internal Medicine

**Jason L. Chertoff, MD, MPH**
**Curriculum Vitae**
**386 Northview Dr**
**Bexley, OH 43209**
**Phone: 917.232.0297**
**Email: jason.chertoff@medicine.ufl.edu**

---

### POST-GRADUATE MEDICAL TRAINING

| | | |
|---|---|---|
| Pulmonary and Critical Care Medicine Fellow<br>University of Florida College of Medicine<br>*American Board of Internal Medicine (ABIM) Eligible* | Jul 2016 -<br>Current | Gainesville, FL |
| Internal Medicine Resident<br>University of Florida College of Medicine<br>*American Board of Internal Medicine (ABIM) Certified* | Jul 2013 -<br>Jun 2016 | Gainesville, FL |
| Orthopaedic Surgery Resident<br>Albert Einstein School of Medicine | Jul 2004 -<br>Jul 2008 | Bronx, NY |

### RESEARCH (For additional information on the below manuscripts visit: https://www.ncbi.nlm.nih.gov/pubmed/?term=jason+chertoff or https://www.researchgate.net/profile/Jason_Chertoff )

- Chertoff, J., Stevenson, P., & Alnuaimat, H. (2018). Sepsis Mortality in the US Correctional System: An Underappreciated Disparity. *Journal of Correctional Health Care*, *24*(4), 337-341.
- Chertoff, Jason, Paul Stevenson, and Hassan Alnuaimat. "Sepsis outcomes in the correctional system: more potential disparity." *The Lancet* 390.10089 (2017): 25.
- Chertoff, J., Stevenson, P., & Alnuaimat, H. (2017). Prisoners in the United States Likely to Have Higher Odds of Death From Sepsis. *Chest*, *152*(3), 682-683.
- Chertoff, Jason. "Prisoner of My Preconceptions." *JAMA* 318.6 (2017): 521-522.
- Chertoff J. Humane Language for People in the Criminal Justice System—Reply. *JAMA*. 2017;318(22):2259. doi:10.1001/jama.2017.16567
- Chertoff, Jason, Abhishek Biswas, and Divya Patel. "Anchors aweigh." *Lancet (London, England)* 390.10098 (2017): 932.
- Chertoff, Jason, and Ali Ataya. "Allergic Bronchopulmonary Aspergillosis." *Turkish Journal of Anaesthesiology and Reanimation* 46.1: 0-0.
- Mojadidi, M. K., Ruiz, J. C., Chertoff, J., Zaman, M. O., Elgendy, I. Y., Mahmoud, A. N., ... & Tobis, J. M. (2018). Patent Foramen Ovale and Hypoxemia. *Cardiology in review*.
- Chertoff, J., Mojadidi, M. K., & Urbine, D. (2018). Letter by Chertoff et al Regarding Article, "The Effects of Public Access Defibrillation on Survival After Out-of-Hospital Cardiac Arrest: A Systematic Review of Observational Studies". *Circulation*, *137*(15), 1645-1645.
- Chertoff, Jason, and Daniel Urbine. "Rapid Antibiotic Administration and the Noninferiority of "Usual Care" for Sepsis: Some Counterpoints." *Chest* 153.1 (2018): 290-291.
- Hyde, R., Chung, J., Chertoff, J., Alnuaimat, H., & Ataya, A. (2018). A 77-Year-Old Woman With Acute Shortness of Breath and Chest Pain. *Chest*, *153*(4), e89-e91.
- Chertoff, Jason, and Daniel Urbine. "Jeremy Struck a Chord: A Public Health Approach to Professional Musicians." (2018): 62-64.
- Lowther, G. H., Chertoff, J., Cope, J., Alnuaimat, H., & Ataya, A. (2017). Pulmonary arterial hypertension and acute respiratory distress syndrome in a patient with adult-onset stills disease. *Pulmonary circulation*,

Jason L. Chertoff, M.D., M.P.H.
Pulmonary, Critical Care, and Internal Medicine Physician
Certified by the American Board of Internal Medicine

*7*(4), 797-802.

- Chertoff, Jason, and Ali Ataya. "A 61-Year-Old Caucasian Woman with Sarcoidosis." (2017).
- Chertoff, Jason. "Selection Bias in Study Participants with Acute Hypercapnic Respiratory Failure." *American Journal of Respiratory And Critical Care Medicine* (2017).
- Chertoff, Jason, Julian Chung, and Ali Ataya. "Adult Langerhans Cell Histiocytosis Masquerading as Hidradenitis Suppurativa." *American journal of respiratory and critical care medicine* 195.8 (2017): e34-e36.
- Chertoff, Jason. "High-Flow Oxygen, PEEP, and the Berlin Definition of ARDS: Are They Mutually Exclusive?" *American Journal of Respiratory And Critical Care Medicine* (2017).
- Chertoff, Jason, and Ali Ataya. "Lessons from End-of-Life Care in Oregon." *The New England journal of medicine* 376.21 (2017): 2096.
- Chertoff, Jason. "African American Disparities in Low Tidal Volume Ventilation?" *Critical Care Medicine* 45.3 (2017): e342.
- Chertoff, Jason, et al. "The Use of Tranexamic Acid for Upper Gastrointestinal Bleeding by Medical and Surgical Intensivists: A Single Center Experience." *Gastroenterology Research* 10.4 (2017): 235-237.
- Chertoff, Jason. "Instability of Willingness to Accept Life-Sustaining Treatments: Does Race Play a Role?" *Chest* 151.5 (2017): 1181-1182.
- Chertoff, Jason. "Noninvasive Ventilation in Ordinary Wards for Acute Hypercapneic Respiratory Failure, Acute Hypoxemic Respiratory Failure, or Both?" *Critical care medicine* 45.4 (2017): e467.
- Chertoff, Jason, and Ali Ataya. "The Timing of Early Antibiotics and Hospital Mortality in Sepsis–Playing Devil's Advocate." *American Journal of Respiratory And Critical Care Medicine* (2017).
- Chertoff, Jason. "N-Acetylcysteine's Role in Sepsis and Potential Benefit in Patients With Microcirculatory Derangements." *Journal of Intensive Care* (2017): 0885066617696850.
- Chertoff, Jason, Angela Olson, and Hassan Alnuaimat. "Does Admission to the ICU Prevent African American Disparities in Withdrawal of Life-Sustaining Treatment?." *Critical Care Medicine* (2017).
- Chertoff, Jason. "Post Hoc Analysis of Automated Early Warning System Alert Linked to End-of-Life Discussions—Is There a Racial Disparity in Effectiveness?." *Critical care medicine* 45.6 (2017): e630.
- Chertoff, Jason, and Ali Ataya. "Questioning the Effectiveness of Baricitinib for Pulmonary Manifestations of Rheumatoid Arthritis." *American Journal of Respiratory And Critical Care Medicine* (2017).
- Chertoff, Jason, et al. "Benign but Not Harmless: Solitary Fibrous Tumor." *The American Journal of Medicine* (2016).
- Chertoff, Jason. "Racial disparities in critical care: experience from the USA." *The Lancet Respiratory Medicine* 5.2 (2017): e11-e12.
- Chertoff, Jason. "Racial Disparities in Acute Respiratory Distress Syndrome Mortality." *Annals of the American Thoracic Society* 14.2 (2017): 299.
- Chertoff, Jason, and Hassan Alnuaimat. "A 45-Year-Old Woman with Acute Interstitial Pneumonia (Hamman–Rich Syndrome)." (2017): 244-244.
- Chertoff, Jason. "Why is prone positioning so unpopular?." *Journal of Intensive Care* 4.1 (2016): 70.
- Chertoff, Jason. "You neglected a few." *Intensive Care Medicine* 42.12 (2016): 2123-2123.
- Chertoff, Jason. "Should Early Prone Positioning Be a Standard of Care in ARDS With Refractory Hypoxemia? Wrong Question." *Respiratory Care* 61.11 (2016): 1564-1564.
- Chertoff, Jason. "Letter to Editor – There's More to Sepsis Than Macrocirculatory Derangements." *Critical Care Nursing Quarterly* 39.3 (2016): 308-310
- Chertoff, Jason, et al. "Prognostic utility of plasma lactate measured between 24 and 48 h after initiation of early goal-directed therapy in the management of sepsis, severe sepsis, and septic shock." *Journal of Intensive Care* 4.1 (2016): 1.
- Chertoff, J. "Sick number medicine." *Internal Medicine Journal* 46.1 (2016): 121-122.
- Chertoff, Jason, and Sunina Nathoo. "Decompensated Liver Cirrhosis Presenting as a Spontaneous Left-Sided Bacterial Empyema." (2015).
- Chertoff, Jason, et al. "Status of portfolios in undergraduate medical education in the LCME accredited US medical school." *Medical teacher* (2015): 1-11.
- Jason Chertoff, M. D. "The evolving physician-patient relationship: equal partnership, more responsibility." *Quality in Primary Care* 23.1 (2015): 1-3.
- Chertoff, Jason, et al. "Lactate kinetics in sepsis and septic shock: a review of the literature and rationale for further research." *Journal of intensive care* 3.1 (2015): 1.
- Chertoff, Jason. "Another Pill, Another Test, and Another Procedure: One Resident's Reflection on Healthcare Cost

7

Jason L. Chertoff, M.D., M.P.H.
Pulmonary, Critical Care, and Internal Medicine Physician
Certified by the American Board of Internal Medicine

Containment." *Global Advances in Health and Medicine* 4.2 (2015): 4-6.
- Chertoff, Jason. "Global differences in electronic portfolio utilization–a review of the literature and research implications." *Journal of Educational Evaluation for Health Professions* 12 (2015): 15.
- Chertoff, Jason, Vikas Khullar, and Lucas Burke. "Duodenal perforation following esophagogastroduodenoscopy (EGD) with cautery and epinephrine injection for peptic ulcer disease: An interesting case of nonoperative management in the medical intensive care unit (MICU)." *International journal of surgery case reports* 10 (2015): 121-125.
- Gibson, R., Chertoff, J. (2015). Takotsubo's Cardiomyopathy with an Uncommon Complication: Implications for Management and Treatment. *Future Cardiology,* 2015 Jan;11(1):21-5*,*
- Chertoff, J., Elgendy, I., Faruqi, I. (2015). Rheumatoid Lung Sine Arthritis – An Unusual Case Mimicking Idiopathic Pulmonary Fibrosis. *Case Reports in Internal Medicine*, 2015 Jan; 2(2):14-17
- Chertoff, J., Alam, S., Black, M., & Elgendy, I. Y. (2014). Azathioprine-induced hepatitis and cholestasis occurring 1 year after treatment. *BMJ case reports*, *2014*, bcr2014206859.
- Chertoff, Jason, Sabikha Alam, and Virginia Clark. "Cyproheptadine-Induced Acute Liver Failure." *ACG case reports journal* 1.4 (2014): 212.
- Girasole, G., Muro, G., Mintz, A., & Chertoff, J. (2013). Transforaminal lumbar interbody fusion rates in patients using a novel titanium implant and demineralized cancellous allograft bone sponge. *The International Journal of Spine Surgery*, *7*(1), e95-e100.

*Scientific Presentations and Poster Symposiums*

- Chertoff J, Chisum M, Simmons L, King B, Walker M, Lascano J. "Prognostic Utility of Lactate Clearance after Twenty-Four to Forty-Eight Hours of Early Goal Directed Therapy in the Management of Sepsis, Severe Sepsis, and Septic Shock". 2015 American Thoracic Society International Conference – Denver, CO
- Chertoff J, Alam S, Clark V. "Cyproheptadine-Induced Acute Liver Failure". 2014 David A. Paulus, M.D. Poster Symposium – Florida Medical Association (FMA).
- Alam S, Chertoff J, Khullar V, Suman A.  "Azathioprine-Induced Acute Liver Failure". 2014 David A. Paulus, M.D. Poster Symposium – Florida Medical Association (FMA).
- Alam S, Chertoff J, Khullar V, Suman A.  "Azathioprine-Induced Acute Liver Failure". Florida Chapter American College of Physicians (ACP) 2014 Annual Scientific Meeting Poster Symposium.
- Blum Y, Chertoff J, Cobelli N.  "Can the Hemoglobin A1C Test Predict the Risk of Complications in Patients Undergoing THA or TKA?".  2007 American Academy of Orthopaedic Surgeons (AAOS) Poster Symposium.

**PROFESSIONAL EXPERIENCE**

| | | |
|---|---|---|
| **Senior Clinical EMR (Epic) Implementation Manager** | **Apr 2011-** | **New York, NY** |
| **New York University Langone Medical Center/Clinical Affairs** | **June 2013** | |

- Facilitated the implementation of Epiccare EMR into ambulatory practices
- Managed and organized the Epiccare clinical training of physicians, nurse practitioners, physician assistants, and other clinical providers
- Created and modified numerous clinical workflows
- Constructed, organized, and followed large implementation project plans
- Numerous Epic enhancement and optimization presentations to previously implemented practices

| | | |
|---|---|---|
| **Medical Writer** | **Jan 2013-** | **New York, NY** |
| **Titan Spine** | **June 2013** | |

- Lead medical writer and editor for, "Transforaminal lumbar interbody fusion rates in patients using a novel titanium implant and demineralized cancellous allograft bone sponge"
- Literature review of forty references
- Statistical data analysis and interpretation
- Table, Figure, and Image creation
- Project management from initial introductory conference call to finalized manuscript

| | | |
|---|---|---|
| **Medical Writer/Risk Management Specialist** | **June 2012-** | **New York, NY** |

Jason L. Chertoff, M.D., M.P.H.
Pulmonary, Critical Care, and Internal Medicine Physician
Certified by the American Board of Internal Medicine

| | | |
|---|---|---|
| **Hospitals Insurance Company** | **June 2013** | |

- Created and published online risk management modules for Bariatric Surgery, Ophthalmology, and Pediatrics
- Created core risk management module

| | | |
|---|---|---|
| **Medical Writer** | **Nov 2011-** | **New York, NY** |
| **PharmCon** | **June 2013** | |

- First author of monograph entitled, "A Pharmacist's Role in the Management of Prescription Drug Abuse" – Continuing Medical Education
- First author of monograph entitled, "Drug Prescribing for the Older Adult – What the Pharmacist Should Know" - Continuing Medical Education
- First author of monograph entitled, "Fibromyalgia, Its Treatment, and What the Pharmacist Should Know" - Continuing Medical Education
- First author and presenter of webinar entitled, "Protecting Your Practice and Patients – Tackling Prescription Drug Abuse"

| | | |
|---|---|---|
| **Medical Writer** | **Nov 2011-** | **New York, NY** |
| **Intrinsic Therapeutics** | **June 2013** | |

- Medical writer for manuscript of Phase II Trial entitled, "Addressing Defects in the Annulus Fibrosus During Lumbar Discectomy"
- Medical writer/editor for manuscript entitled, "Partial Lumbar Disc Endoprosthesis – Fixing Only What is Broken"
- Medical writer for manuscript entitled, "Effect of Annular Defects on Intradiscal Pressures in the Lumbar Spine – An *In Vitro* Biomechanical Study of Discectomy and Annular Closure"
- Medical writer for manuscript of Phase II Trial entitled, "Protecting Facet Joints Post Lumbar Discectomy: Barricaid Annular Closure Device Reduces Risk of Facet Degeneration"

| | | |
|---|---|---|
| **Project Manager and Subject Matter Expert** | **Feb 2011-** | **New York, NY** |
| **Pharmspective** | **June 2013** | |

- Researched current trends in the utilization of molecular diagnostics for five specific malignancies
- Devised and launched five molecular diagnostics surveys specific to oncology specialists
- Compiled data and created comprehensive molecular diagnostics survey entitled "Molecular Diagnostics Future Perspectives Survey"
- Launched "Molecular Diagnostics Future Perspectives Survey" to over two hundred oncologists

| | | |
|---|---|---|
| **Research Fellow** | **Oct 2010-** | **New York, NY** |
| **Memorial Sloan Kettering Cancer Center** | **March 2011** | |

- Entered and analyzed a 138-patient database for an ongoing rhabdomyosarcoma study
- Medline/PubMed literature review of over 40 references

| | | |
|---|---|---|
| **Medical Consultant** | **Aug 2010-** | **New York, NY** |
| **Black Veterans for Social Justice (www.bvsj.org)** | **March 2011** | |

- Delivered medical suggestions and advice to the veteran community
- Helped clients to navigate through the VA healthcare delivery system
- Facilitated the establishment of primary care providers for numerous veterans
- Instituted weekly health promotion groups on pertinent topics such as colon cancer, prostate cancer, arthritis, and substance abuse.

## EDUCATION

| | | |
|---|---|---|
| **Columbia University, Mailman School of Public Health** | **June  2009-** | **New York, NY** |
| **Master of Public Health, GPA = 3.75** | **June 2010** | |

Jason L. Chertoff, M.D., M.P.H.
Pulmonary, Critical Care, and Internal Medicine Physician
Certified by the American Board of Internal Medicine

| | | |
|---|---|---|
| **Tufts University School of Medicine** | **Aug   2000-** | **Boston, MA** |
| **Doctor of Medicine** | **May 2004** | |

- Recipient of "Superb" Dean's Letter
- Awarded honors in Epidemiology, Biostatistics, Surgery, Medicine, Family Medicine Psychiatry, and Rheumatology

| | | |
|---|---|---|
| **Tufts University** | **Aug   1996-** | **Boston, MA** |
| **Bachelor of Science in Biology, GPA= 3.84** | **May 2000** | |

- Phi Beta Kappa
- Summa Cum Laude
- Early Acceptance into BA/MD program
- Golden Key National Honor Society

**CERTIFICATIONS**
- Board Eligible by ABIM in Critical Care Medicine
- Board Eligible by ABIM in Pulmonary Medicine
- Board Certified by ABIM in Internal Medicine – 2016
- ATLS/ACLS/BLS

**DEPOSITION TESTIMONY**

2019
- Craig Salvani versus Corizon Health, INC., Josue Jorge Caraballo, M.D., J. Townsend, L.P.N., Stephanie G. Loznicka, R.N., Wexford Health Sources, INC., Marta Castillo, M.D., and Esther Mathurin, A.R.N.P.