UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.

RICKY D. DIXON,

    Defendant.

Case No. 3:22-cv-997-BJD-LLL

## DECLARATION OF DONNY PHILLIPS

I, Donny Phillips, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am the plaintiff in the above-referenced case.

2. I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

3. The purpose of this declaration is to provide facts in response to arguments raised in Secretary Dixon's motion for summary judgment (Doc. 110).

4. On or about April 21, 2024, I was released from state prison.

5. The following is a true and correct copy of a photograph my sister-in-law took of my right leg upon my release from prison:



6.  While I was incarcerated, before I was transferred from Suwannee C.I. in connection with my motion for a preliminary injunction, my right leg looked like this:



7. The above image is a true and correct copy of the photograph taken of my right leg in August 2023.

8. I understand from Dixon's motion for summary judgment that he is arguing that I agreed to be precluded from bringing any other lawsuits against Dixon related to my cellulitis or FDC's failures to accommodate my needs.

9. When I entered into the settlement agreement in *Phillips v. Inch* in the United States District Court for the Northern District of Florida, it was my intention to resolve what happened to me at Northwest Florida Reception Center and Franklin C.I. to the extent it had been at issue in that lawsuit. The facts alleged in that lawsuit covered events up until January 1, 2020. This current lawsuit involves claims that occurred thereafter, including what happened after I was transferred to Suwannee C.I., where staff there began to reduce my supplies, restrict my passes, and change my status as an ADA inmate.

10. As a prisoner at FDC, I would never have agreed to limit my ability to sue over the future conditions of my confinement while I was in the complete custody and control of FDC and Dixon.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 1ST, 2024 at Okeechobee, Florida.

_Donny Phillips_
Donny Phillips