UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

        Plaintiff,

v.                              Case No. 3:22-cv-997-BJD-LLL

RICKY DIXON, et al.,

        Defendants.
_____

## ORDER

Plaintiff's Opposed Motion for Leave to File Reply (Doc. 113) is **GRANTED**. Plaintiff indicates Defendants opposed the motion; however, no opposition was filed and the time for doing so has expired. Plaintiff shall file a reply, of no more than 5 pages, by **June 12, 2024**.

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of June, 2024.

_____
BRIAN J. DAVIS
United States District Judge

caw 6/3
c:
Counsel of Record