UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

     Plaintiff,

v.

RICKY D. DIXON,

     Defendant.

Case No. 3:22-cv-997-BJD-LLL

## JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS SAVONIA RICHARDSON-GRAHAM, DEBRA ALDRIDGE, AND TERESA FILLMORE HAWTHORNE WITH PREJUDICE

The parties, by and through their respective undersigned counsel, hereby jointly stipulate to the dismissal of all claims against Defendants Savonia Richardson-Graham, Debra Aldridge, and Teresa Fillmore Hawthorne (collectively, the "Individual Defendants") with prejudice, with each party to bear their own expenses, fees, and costs, in accordance with Rule 41(a)(1)(A)(ii). This stipulation of dismissal is intended to dismiss the Individual Defendants only and shall not affect any other pending claims against any other parties in this case.

Dated: June 4, 2024

/s/ James V. Cook
James V.  Cook (FBN 966843)
Law Office of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
Tel. (850) 222-8080
cookjv@gmail.com

*Attorneys for Plaintiff*


/s/ James M. Slater
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd. NE #116
Atlanta, Georgia 30345
Tel. (305) 523-9023
james@slater.legal

*Attorneys for Plaintiff*

/s/ Thomas Buchan*
Thomas Buchan (FBN 1010923)
Howell, Buchan & Strong, P.A.
2898-6 Mahan Drive
Tallahassee, Florida 32308
Tel. (850) 877-7776
tom@jsh-pa.com

*Attorneys for Defendants Dixon,
Richardson-Graham, Fillmore Hawthorne,
and Aldridge*


/s/ Jacob B. Hanson*
R. Craig Mayfield (FBN 429643)
Jacob B. Hanson (FBN 91453)
BRADLEY ARANT BOULT
CUMMINGS LLP
Thousand & One
1001 Water Street, Suite 1000
Tampa, Florida 33602
Tel: (813) 559-5500
cmayfield@bradley.com
jhanson@bradley.com

Brian A. Wahl (FBN 95777)
BRADLEY ARANT BOULT
CUMMINGS LLP
1819 5th Avenue North
One Federal Place
Birmingham, AL 35203
Tel: (205) 521-8800
bwahl@bradley.com

*Attorneys for Defendants Centurion of
Florida, LLC, MHM Health Professionals,
LLC, Alexis Figueroa, Elizabeth Holmes,
Brittney Cannon, and Connie Lynn
Adams*

2

*Signed by James Slater with written permission.