UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

        Plaintiff,

v.                                                                 Case No. 3:22-cv-997-BJD-LLL

RICKY DIXON, et al.,

        Defendants.
_____

## ORDER

Pursuant to the Joint Stipulation of Dismissal (Doc. 119),[1] the claims against Defendants Savonia Richardson-Graham, Debra Aldridge, and Teresa Fillmore Hawthorne are **DISMISSED with prejudice**. The parties shall bear their own fees and costs. There being no just reason for delay, the **Clerk** shall enter judgment dismissing with prejudice the claims against Richardson-Graham, Aldridge, and Hawthorne. The **Clerk** shall thereafter terminate these Defendants as parties in this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 10th day of June, 2024.

                                                         BRIAN J. DAVIS
                                                    United States District Judge

---

[1] Signed by all parties that have appeared.

caw 6/5
c:
Counsel of Record