**FLORIDA DEPARTMENT OF CORRECTIONS**
**Invoice for Production of Records**

**FACILITY:** _____   **DATE:** _____

**EMPLOYEE:** _____

**ADDRESS:** _____

**REQUESTOR:** _____

**REFERENCE:** _____

The copies you requested are now available for pick up or mailing. Pursuant to Rule 33-102.101, Fla. Admin. Code, the following charges apply. Requested copies will not be released until payment is provided in the form of a check payable to the Department of Corrections sent to the above-listed address or a confirmed journal transfer.

In accordance with § 119.07(4)(d), Florida Statutes, and Rule 33-102.101, Fla. Admin. Code, a special service charge will be assessed when the nature or volume of the public records requested to be inspected or copied is such as to require extensive use of information technology resources, extensive clerical or supervisory assistance by Department personnel, or both. "Extensive" means that it will take more than 15 minutes to locate, review for confidential information, copy and refile the requested material. The special service charge will be computed to the nearest quarter of an hour exceeding 15 minutes based on the current rate of pay for the paygrade of the person who performed the service and will be assessed regardless of the number of individual copies made.

Special Service Charge in ¼ hours _____ x _____ hourly rate = _____
Number of one-sided copies _____ x .15 per copy = _____
Number of two-sided copies _____ x .20 per copy = _____

**Total:** _____

The following information has been redacted from the records pursuant to Florida Statutes (F.S.) (insert an X for all that apply):

☐ Medical, psychological, and dental records, without a properly executed Form DC4-711B, Consent for Release. §§ 945.10(1)(a) and 456.057(7)(a), F.S., and 45 C.F.R. § 164.502.

☐ HIV/AIDS testing information and/or substance abuse treatment records, to the extent any exist, without a properly executed Form DC4-711B, Consent for Release. §§ 381.004, 397.501, and 397.752, F.S., 42 U.S.C. § 290dd-2, and 42 C.F.R. Part 2.

☐ Information relating to cause of death in all death records, including the medical certification of the cause of death in a death certificate. §§ 382.008(6) and 945.10(1)(a), F.S., and 45 C.F.R. § 164.502.

☐ A photograph or video or audio recording that depicts or records the killing of a law enforcement officer who was acting in accordance with his or her official duties or the killing of a victim of mass violence. § 119.071(2)(p), F.S. (Surviving spouses, surviving parents, or surviving adult children of the deceased – in that order of descending priority – shall have access to such records.)

☐ Biometric identification information, including fingerprints, held by the Department. § 119.071 (5)(g), F.S.

☐ Personal identifying information of a dependent child of a current or former officer or employee of the Department or an agency, which dependent child is insured by an agency group insurance plan. § 119.071(4)(b), F.S.

☐ Medical information pertaining to a prospective, current, or former officer or employee. § 119.071(4)(b), F.S.

☐ Social security numbers. § 119.071(5)(a), F.S.

☐ Bank account numbers or debit, charge, or credit card numbers. § 119.071(5)(b), F.S.

DC1-201 (Effective 5/20)                    Incorporated by Reference in Rule 33-102.101, F.A.C.

- [ ] The home addresses, telephone numbers, including cellular and personal pager numbers, social security numbers, dates of birth, and photographs of active or former Department employees and/or their spouses and children; places of employment; daycare facilities, and/or schools of active or former Department employees' spouses and children. §§ 119.071 (4)(d) and 945.10(1)(e), F.S.
- [ ] Records relating to an allegation of employment discrimination when the alleged victim chooses not to file a complaint and requests that records of the complaint remain confidential. § 119.071(2)(g) F.S.
- [ ] Preplea, pretrial intervention, pre-sentence or post-sentence investigations (PSIs). § 945.10(1)(b), F.S.
- [ ] Information regarding a person in the federal witness protection program. § 945.10(1)(c), F.S.
- [ ] Florida Commission on Offender Review records. § 945.10(1)(d), F.S.
- [ ] Records developed or received by any state entity pursuant to a Board of Executive Clemency investigation. § 14.28, F.S.
- [ ] Information, which if released, would jeopardize a person's safety. § 945.10(1)(e), F.S.
- [ ] Records, information, photographs, audio and visual presentations, schematic diagrams, surveys, recommendations, or consultations or portions thereof relating directly to the physical security of an institution or revealing security systems of an institution. §§ 119.071(3) and 281.301, F.S.
- [ ] Threat assessments conducted by the Department, threat response plans, emergency evacuation plans, sheltering arrangements, or manuals for security personnel, emergency equipment, or security training. § 119.071(3)(a), F.S.
- [ ] Policies or plans compiled by the Department relating to mobilization, deployment, or tactical operations involved in responding to emergencies. § 119.071(2)(d), F.S.
- [ ] Any information furnished by a person to an agency for the purpose of being provided with emergency notification by the agency. § 119.071(5)(j), F.S.
- [ ] Building plans, blueprints, schematic drawings, and diagrams that depict the internal layout and structural elements of an institution or other structure operated by the Department. § 119.071(3)(b), F.S.
- [ ] Information revealing surveillance techniques, procedures, or personnel. § 119.071(2)(d), F.S.
- [ ] Information regarding a victim's statement and identity. §§ 945.10(1)(f) and 119.071(2)(j), F.S.
- [ ] Identity of confidential informants. § 119.071(2)(f), F.S.
- [ ] Information, interviews, reports, statements, memoranda, and drug test results, written or otherwise, received or produced as a result of an employee/applicant drug-testing program performed in accordance with the Drug Free Workplace Act. § 112.0455(11), F.S.
- [ ] Quality assurance reports and findings and recommendations prepared by or for the Department's medical review committees. §§ 766.101(7) and 945.6032, F.S.
- [ ] FCIC II/NCIC and criminal justice information. § 943.053, F.S.
- [ ] Active criminal investigation or criminal intelligence information. § 119.071(2)(c), F.S.
- [ ] On-going investigations regarding law enforcement or correctional officers. § 112.533(2)(a), F.S.
- [ ] Educational records, including personally identifiable records or reports of a student, and any personal information contained therein. §§ 1002.22(2) and 1002.221, F.S.
- [ ] Personal identifying information contained in records documenting an act of domestic violence or sexual violence that is submitted to the Department by an employee or a written request for leave or time sheet reflecting a request submitted by a Department employee pursuant to § 741.313, Florida Statutes. § 741.313(7), F.S.
- [ ] A record that was prepared by an agency attorney, or that was prepared at the attorney's express direction, that reflects a mental impression, conclusion, litigation strategy, or legal theory of the attorney or the Department, and that was prepared exclusively for civil or criminal litigation or for adversarial administrative proceedings, or that was prepared in anticipation of imminent civil or criminal litigation or imminent adversarial administrative proceedings. § 119.071(1)(d), F.S.
- [ ] Other (describe) _____