| | |
|---|---|
| **From:** | Clark, Lisa |
| **To:** | Clark, Lisa |
| **Subject:** | FW: [secure] Hosp log 3/1/24 |
| **Date:** | Friday, March 1, 2024 4:23:21 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | March 2024.xlsx |

**Lisa Clark, BSN RN**
Assistant Chief of Nursing Services
Office of Health Services
Florida Department of Corrections
501 S. Calhoun Street
Tallahassee, Florida 32399
Office: 850-717-3271
Cell: 850-528-2491
Email: Lisa.Clark@fdc.myflorida.com



*Inspiring Success by Transforming One Life at a Time*

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE:** This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.

**From:** ▉▉▉▉▉▉▉ <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>
**Sent:** Friday, March 1, 2024 4:08 PM
**To:** DL FL Centurion DON <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; DL FL Centurion HSA <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; DL FL Centurion Med Dir <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; DL FL Centurion Medical Providers <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; DL FL Centurion Reg Dir <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; DL FL Centurion Reg DONs <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; DL FL Centurion RMC Hospital Fax <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; DL FL Centurion SMDs <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; DL FL Region 1E Medical Providers <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; DL FL Region 1W Medical Providers <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; DL FL Region 2N Medical Providers <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Grady Enlow <Grady.enlow@fdc.myflorida.com>; Hosmer, Joni <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; DL FL Region 2S Medical Providers <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; DL FL Region 3N Medical Providers <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; DL FL Region 3S Medical Providers <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; DL FL Region 4 Medical Providers <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; DL FL RMC Providers <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; michelle.hall@fdc.myflorida.com; ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
**Cc:** Love, Vicki <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Lay, John <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Leggett, Dana <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Feltner, Ruth <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; 'Graham, Donna' <Donna.Graham@fdc.myflorida.com>; Amatucci, Gerald <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Hernandez-Perez, Eddy <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Varona Cantellops, Alvia <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Wu, Johnny <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; May, John <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Johnson, Sidney <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; charlotte.mcalpin@fdc.myflorida.com; Clark, Lisa <Lisa.Clark@fdc.myflorida.com>; Schouest, Michelle <Michelle.Schouest@fdc.myflorida.com>; Langley, Nafina <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Lee, Ira <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Flack, Trina <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Tompkins, R. Skip <Ralph.Tompkins@fdc.myflorida.com>; Foskey, Paula <Paula.Foskey@fdc.myflorida.com>; Whalen, Tim <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Weis, Jayme <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Hyatt, Mary <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Ballard, Rebecca <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Dolan, Tom <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Parrish, Amanda <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Rubio Clavijo, Danay <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Tapia, Rafael <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Cruz Gomez, Roberto <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Joyner, Michaela <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Kerschner, Morgan <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Elwood, Colby <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Riccardi, Christina <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Brummett, Katelyn <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Isaak, Darren <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Lueking, Keith <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Wexler, Kelly <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Tomlinson, Cassie <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Gibson, Lisa <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Smith, Rebekah <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Register, Brandi <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Acuesta, Kelly (Non-Active) <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Pierson, Valerie <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Tanner, Sierra <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; Dickinson, Dan <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>
**Subject:** [secure] Hosp log 3/1/24

| 64 cases | Region 1   11 cases | Region 2   8 cases  MMCJ  17 cases | Region 3   17 cases | Region 4   11 cases | Memorial 17 cases  Northshore 4 cases | 16 new admits | 0 Covid cases | Discharges  17   9 discharges unable to leave no beds |
|---|---|---|---|---|---|---|---|---|

**Christine Nobles RN**
Statewide Utilization Management Lead

centurion
Healthcare beyond patient care,
healthcare for humanity.

1203 Governor's Square Blvd., Suite 200
Tallahassee, FL  32301-2961
Mobile: ▉▉▉▉▉▉▉▉▉
Fax: ▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉ CenturionManagedCare.com

**From:** ▉▉▉▉▉▉▉▉▉
**Sent:** Thursday, February 29, 2024 3:54 PM
**To:** DL FL Centurion DON <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; DL FL Centurion HSA <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; DL FL Centurion Med Dir <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; DL FL Centurion Medical Providers <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; DL FL Centurion Reg Dir <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; DL FL Centurion Reg DONs <▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>; DL FL Centurion RMC Hospital Fax

<, DL FL Centurion SMDs <, DL FL Region 1E Medical Providers <, DL FL Region 1W Medical Providers <, DL FL Region 2N Medical Providers <, 'grady.enlow@fdc.myflorida.com' <grady.enlow@fdc.myflorida.com>; Hosmer, Joni <, DL FL Region 2S Medical Providers <, DL FL Region 3N Medical Providers <, DL FL Region 3S Medical Providers <, DL FL Region 4 Medical Providers <, DL FL RMC Providers <, 'michelle.hall@fdc.myflorida.com' <michelle.hall@fdc.myflorida.com>;
**Cc:** Love, Vicki <, Lay, John <, Leggett, Dana <, Feltner, Ruth <, 'Graham, Donna' <Donna.Graham@fdc.myflorida.com>; Amatucci, Gerald <, Hernandez-Perez, Eddy <, Varona Cantellops, Alvia <, Wu, Johnny <, May, John <, Johnson, Sidney <, 'charlotte.mcalpin@fdc.myflorida.com' <charlotte.mcalpin@fdc.myflorida.com>; 'Clark, Lisa' <Lisa.Clark@fdc.myflorida.com>; 'Schouest, Michelle' <Michelle.Schouest@fdc.myflorida.com>; Langley, Nafina <, Lee, Ira <, Flack, Trina <, 'Tompkins, R. Skip' <Ralph.Tompkins@fdc.myflorida.com>; 'Foskey, Paula' <Paula.Foskey@fdc.myflorida.com>; Whalen, Tim <, Weis, Jayme <, Hyatt, Mary <, Ballard, Rebecca <, Dolan, Tom <, Parrish, Amanda <, Rubio Clavijo, Danay <, Tapia, Rafael <, Cruz Gomez, Roberto <, Joyner, Michaela <, Kerschner, Morgan <, Elwood, Colby <, Riccardi, Christina <, Brummett, Katelyn <, Isaak, Darren <, Lueking, Keith <, Wexler, Kelly <, Tomlinson, Cassie <, Gibson, Lisa <, Smith, Rebekah <, Register, Brandi <, Acuesta, Kelly (Non-Active) <, Pierson, Valerie <, Tanner, Sierra <, Dickinson, Dan <,
**Subject:** [secure] Hosp log 2/29/24

| 63 cases | Region 1   10 cases | Region 2  10 cases MMCJ  17 cases | Region 3   12 cases | Region 4  14 cases | Memorial 17 cases Northshore 6 cases | 12 new admits | 0 Covid cases | Discharges  20  7 discharges unable to leave no beds |
|---|---|---|---|---|---|---|---|---|

**Christine Nobles RN**
Statewide Utilization Management Lead


Healthcare beyond patient care,
healthcare for humanity.

1203 Governor's Square Blvd., Suite 200
Tallahassee, FL  32301-2961
Mobile:
Fax:
                         CenturionManagedCare.com

---

**From:**
**Sent:** Wednesday, February 28, 2024 7:32 PM
**To:** DL FL Centurion DON <, DL FL Centurion HSA <, DL FL Centurion Med Dir <, DL FL Centurion Medical Providers <, DL FL Centurion Reg Dir <, DL FL Centurion Reg DONs <, DL FL Centurion RMC Hospital Fax <, DL FL Centurion SMDs <, DL FL Region 1E Medical Providers <, DL FL Region 1W Medical Providers <, DL FL Region 2N Medical Providers <, 'grady.enlow@fdc.myflorida.com' <grady.enlow@fdc.myflorida.com>; Hosmer, Joni <, DL FL Region 2S Medical Providers <, DL FL Region 3N Medical Providers <, DL FL Region 3S Medical Providers <, DL FL Region 4 Medical Providers <, DL FL RMC Providers <, 'michelle.hall@fdc.myflorida.com' <michelle.hall@fdc.myflorida.com>;
**Cc:** Love, Vicki <, Lay, John <, Leggett, Dana <, Feltner, Ruth <, 'Graham, Donna' <Donna.Graham@fdc.myflorida.com>; Amatucci, Gerald <, Hernandez-Perez, Eddy <, Varona Cantellops, Alvia <, Wu, Johnny <, May, John <, Johnson, Sidney <, 'charlotte.mcalpin@fdc.myflorida.com' <charlotte.mcalpin@fdc.myflorida.com>; 'Clark, Lisa' <Lisa.Clark@fdc.myflorida.com>; 'Schouest, Michelle' <Michelle.Schouest@fdc.myflorida.com>; Langley, Nafina <, Lee, Ira <, Flack, Trina <, 'Tompkins, R. Skip' <Ralph.Tompkins@fdc.myflorida.com>; 'Foskey, Paula' <Paula.Foskey@fdc.myflorida.com>; Whalen, Tim <, Weis, Jayme <, Hyatt, Mary <, Ballard, Rebecca <, Dolan, Tom <, Parrish, Amanda <, Rubio Clavijo, Danay <, Tapia, Rafael <, Cruz Gomez, Roberto <, Joyner, Michaela <, Kerschner, Morgan <, Elwood, Colby <, Riccardi, Christina <, Brummett, Katelyn <, Isaak, Darren <, Lueking, Keith <, Wexler, Kelly <, Tomlinson, Cassie <, Gibson, Lisa <, Smith, Rebekah <, Register, Brandi <, Acuesta, Kelly (Non-Active) <, Pierson, Valerie <, Tanner, Sierra <, Dickinson, Dan <,
**Subject:** [secure] Hosp log 2/28/24

| 67 cases | Region 1   11 cases | Region 2  12 cases MMCJ  18 cases | Region 3   16 cases | Region 4   11 cases | Memorial 18 cases Northshore 5 cases | 12 new admits | 0 Covid cases | Discharges  12 6 discharges unable to leave no beds |
|---|---|---|---|---|---|---|---|---|

**Christine Nobles RN**
Statewide Utilization Management Lead


Healthcare beyond patient care,
healthcare for humanity.

1203 Governor's Square Blvd., Suite 200
Tallahassee, FL  32301-2961

**Mobile:**
**Fax:**
CenturionManagedCare.com

---

**From:**
**Sent:** Tuesday, February 27, 2024 3:37 PM
**To:** DL FL Centurion DON <; DL FL Centurion HSA <; DL FL Centurion Med Dir <; DL FL Centurion Medical Providers <; DL FL Centurion Reg Dir <; DL FL Centurion Reg DONs <; DL FL Centurion RMC Hospital Fax <; DL FL Centurion SMDs <; DL FL Region 1E Medical Providers <; DL FL Region 1W Medical Providers <; DL FL Region 2N Medical Providers <; 'grady.enlow@fdc.myflorida.com' <grady.enlow@fdc.myflorida.com>; Hosmer, Joni <; DL FL Region 2S Medical Providers <; DL FL Region 3N Medical Providers <; DL FL Region 3S Medical Providers <; DL FL Region 4 Medical Providers <; DL FL RMC Providers <; 'michelle.hall@fdc.myflorida.com' <michelle.hall@fdc.myflorida.com>;
**Cc:** Love, Vicki <; Lay, John <; Leggett, Dana <; Feltner, Ruth <; 'Graham, Donna' <Donna.Graham@fdc.myflorida.com>; Amatucci, Gerald <; Hernandez-Perez, Eddy <; Varona Cantellops, Alvia <; Wu, Johnny <; May, John <; Johnson, Sidney <; 'charlotte.mcalpin@fdc.myflorida.com' <charlotte.mcalpin@fdc.myflorida.com>; 'Clark, Lisa' <Lisa.Clark@fdc.myflorida.com>; 'Schouest, Michelle' <Michelle.Schouest@fdc.myflorida.com>; Langley, Nafina <; Lee, Ira <; Flack, Trina <; 'Tompkins, R. Skip' <Ralph.Tompkins@fdc.myflorida.com>; 'Foskey, Paula' <Paula.Foskey@fdc.myflorida.com>; Whalen, Tim <; Weis, Jayme <; Hyatt, Mary <; Ballard, Rebecca <; Dolan, Tom <; Parrish, Amanda <; Rubio Clavijo, Danay <; Tapia, Rafael <; Cruz Gomez, Roberto <; Joyner, Michaela <; Kerschner, Morgan <; Elwood, Colby <; Riccardi, Christina <; Brummett, Katelyn <; Isaak, Darren <; Lueking, Keith <; Wexler, Kelly <; Tomlinson, Cassie <; Gibson, Lisa <; Smith, Rebekah <; Register, Brandi <; Acuesta, Kelly (Non-Active) <; Pierson, Valerie <; Tanner, Sierra <; Dickinson, Dan <;
**Subject:** Correct attachment [secure] Hosp log 2/27/24

---

**From:**
**Sent:** Tuesday, February 27, 2024 3:35 PM
**To:** DL FL Centurion DON <; DL FL Centurion HSA <; DL FL Centurion Med Dir <; DL FL Centurion Medical Providers <; DL FL Centurion Reg Dir <; DL FL Centurion Reg DONs <; DL FL Centurion RMC Hospital Fax <; DL FL Centurion SMDs <; DL FL Region 1E Medical Providers <; DL FL Region 1W Medical Providers <; DL FL Region 2N Medical Providers <; 'grady.enlow@fdc.myflorida.com' <grady.enlow@fdc.myflorida.com>; Hosmer, Joni <; DL FL Region 2S Medical Providers <; DL FL Region 3N Medical Providers <; DL FL Region 3S Medical Providers <; DL FL Region 4 Medical Providers <; DL FL RMC Providers <; 'michelle.hall@fdc.myflorida.com' <michelle.hall@fdc.myflorida.com>;
**Cc:** Love, Vicki <; Lay, John <; Leggett, Dana <; Feltner, Ruth <; 'Graham, Donna' <Donna.Graham@fdc.myflorida.com>; Amatucci, Gerald <; Hernandez-Perez, Eddy <; Varona Cantellops, Alvia <; Wu, Johnny <; May, John <; Johnson, Sidney <; 'charlotte.mcalpin@fdc.myflorida.com' <charlotte.mcalpin@fdc.myflorida.com>; 'Clark, Lisa' <Lisa.Clark@fdc.myflorida.com>; 'Schouest, Michelle' <Michelle.Schouest@fdc.myflorida.com>; Langley, Nafina <; Lee, Ira <; Flack, Trina <; 'Tompkins, R. Skip' <Ralph.Tompkins@fdc.myflorida.com>; 'Foskey, Paula' <Paula.Foskey@fdc.myflorida.com>; Whalen, Tim <; Weis, Jayme <; Hyatt, Mary <; Ballard, Rebecca <; Dolan, Tom <; Parrish, Amanda <; Rubio Clavijo, Danay <; Tapia, Rafael <; Cruz Gomez, Roberto <; Joyner, Michaela <; Kerschner, Morgan <; Elwood, Colby <; Riccardi, Christina <; Brummett, Katelyn <; Isaak, Darren <; Lueking, Keith <; Wexler, Kelly <; Tomlinson, Cassie <; Gibson, Lisa <; Smith, Rebekah <; Register, Brandi <; Acuesta, Kelly (Non-Active) <; Pierson, Valerie <; Tanner, Sierra <; Dickinson, Dan <;
**Subject:** [secure] Hosp log 2/27/24

| 64 cases | Region 1   11 cases | Region 2  12 cases  MMCJ  17 cases | Region 3   13 cases | Region 4   11 cases | Memorial 17 cases  Northshore 2 cases | 15 new admits | 0 Covid cases | Discharges 13           7 discharges unable to leave no beds |
|---|---|---|---|---|---|---|---|---|

**Christine Nobles RN**
Statewide Utilization Management Lead



Healthcare beyond patient care,
healthcare for humanity.

1203 Governor's Square Blvd., Suite 200
Tallahassee, FL  32301-2961
**Mobile:**
**Fax:**
CenturionManagedCare.com

---

**From:**

**Sent:** Monday, February 26, 2024 4:19 PM
**To:** DL FL Centurion DON <​>; DL FL Centurion HSA <​>; DL FL Centurion Med Dir <​>; DL FL Centurion Medical Providers <​>; DL FL Centurion Reg Dir <​>; DL FL Centurion Reg DONs <​>; DL FL Centurion RMC Hospital Fax <​>; DL FL Centurion SMDs <​>; DL FL Region 1E Medical Providers <​>; DL FL Region 1W Medical Providers <​>; DL FL Region 2N Medical Providers <​>; grady.enlow@fdc.myflorida.com; Hosmer, Joni <​>; DL FL Region 2S Medical Providers <​>; DL FL Region 3N Medical Providers <​>; DL FL Region 3S Medical Providers <​>; DL FL Region 4 Medical Providers <​>; DL FL RMC Providers <​>; michelle.hall@fdc.myflorida.com
**Cc:** Love, Vicki <​>; Lay, John <​>; Leggett, Dana <​>; Feltner, Ruth <​>; 'Graham, Donna' <Donna.Graham@fdc.myflorida.com>; Amatucci, Gerald <​>; Hernandez-Perez, Eddy <​>; Varona Cantellops, Alvia <​>; Wu, Johnny <​>; May, John <​>; Johnson, Sidney <​>; charlotte.mcalpin@fdc.myflorida.com; Clark, Lisa <Lisa.Clark@fdc.myflorida.com>; Schouest, Michelle <Michelle.Schouest@fdc.myflorida.com>; Langley, Nafina <​>; Lee, Ira <​>; Flack, Trina <​>; Tompkins, R. Skip <Ralph.Tompkins@fdc.myflorida.com>; Foskey, Paula <Paula.Foskey@fdc.myflorida.com>; Whalen, Tim <​>; Weis, Jayme <​>; Hyatt, Mary <​>; Ballard, Rebecca <​>; Dolan, Tom <​>; Parrish, Amanda <​>; Rubio Clavijo, Danay <​>; Tapia, Rafael <​>; Cruz Gomez, Roberto <​>; Joyner, Michaela <​>; Kerschner, Morgan <​>; Elwood, Colby <​>; Riccardi, Christina <​>; Brummett, Katelyn <​>; Isaak, Darren <​>; Lueking, Keith <​>; Wexler, Kelly <​>; Tomlinson, Cassie <​>; Gibson, Lisa <​>; Smith, Rebekah <​>; Register, Brandi <​>; Acuesta, Kelly (Non-Active) <​>; Pierson, Valerie <​>; Tanner, Sierra <​>; Dickinson, Dan <​>
**Subject:** [secure] Hosp log 2/26/24

| 59 cases | Region 1    8 cases | Region 2  12 cases MMCJ  19 cases | Region 3     11 cases | Region 4 8 cases | Memorial 19 cases Northshore 1 cases | 22 new admits | 0 Covid cases | Discharges  36        5 discharges unable to leave no beds |
|---|---|---|---|---|---|---|---|---|

**Christine Nobles RN**
Statewide Utilization Management Lead



Healthcare beyond patient care,
healthcare for humanity.

1203 Governor's Square Blvd., Suite 200
Tallahassee, FL  32301-2961
Mobile:
Fax:
              CenturionManagedCare.com

CONFIDENTIALITY NOTICE: This communication contains information intended for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by return mail and then permanently delete the communication from your system. Thank you.

| | |
|---|---|
| **From:** | Whitfield, Heather M. |
| **To:** | ▉ |
| **Subject:** | Fwd: *Exempt FS 119* Intel Lead 2020-0084 Suwannee CI - JPAY Monitoring - ▉ |
| **Date:** | Tuesday, August 25, 2020 4:55:47 PM |
| **Attachments:** | image003.png<br>INTEL LEAD 2020-0084-Suwannee CI – JPAY MONITORING – ▉ 081220.pdf<br>▉ Suwannee Annex JPAY ▉ 081220.pdf<br>Analyst Notes JPAY activity Inmate ▉ Suwannee Annex 081220.xls |

Inspector Heather Whitfield
Suwannee Correctional Institution
5964 US HWY 90
Live Oak, FL 32060
Office : 386-963-6527
State Cell : 352-258-8885

---

**From:** Gambel, Scott <Donald.Gambel@fdc.myflorida.com>
**Sent:** Tuesday, August 25, 2020 9:27:41 AM
**To:** Whitfield, Heather M. <Heather.Whitfield2@fdc.myflorida.com>
**Subject:** FW: *Exempt FS 119* Intel Lead 2020-0084 Suwannee CI - JPAY Monitoring - ▉

Don't know if you have this

**Scott Gambel**
Senior Law Enforcement Inspector
Florida Department of Corrections
Office of Inspector General
5964 US Hwy 90
Live Oak, Florida 32060
Office: 386-963-6863
Cell: 386-288-0238



***Inspiring Success by Transforming One Life at a Time***

Safety ★ Accountability ★ Fairness & Integrity ★ Innovation
**CONFIDENTIALITY & PUBLIC RECORDS NOTICE:** This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address

**may be subject to public disclosure.**

---

**From:** Arrant, Debra
**Sent:** Wednesday, August 12, 2020 7:56 PM
**To:** Gambel, Scott <Donald.Gambel@fdc.myflorida.com>
**Subject:** Fwd: *Exempt FS 119* Intel Lead 2020-0084 Suwannee CI - JPAY Monitoring - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Get Outlook for iOS

---

**From:** Dolan, Christie <Christie.Dolan@fdc.myflorida.com>
**Sent:** Wednesday, August 12, 2020 7:52 PM
**To:** Gartman, Hope; Arrant, Debra; Lane, Chris; Goodwin, Bryant
**Cc:** Dolan, Christie
**Subject:** *Exempt FS 119* Intel Lead 2020-0084 Suwannee CI - JPAY Monitoring - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Ma'ams and Sirs,

Please see attached Intel Lead 2020-0084 with Inmate ▮▮▮▮▮▮▮▮▮▮ at Suwannee Annex as the main lead subject.
Another inmate ▮▮▮▮▮▮▮▮, previously housed at Suwannee, but now at Mayo is also identified as a subject.

The lead was generated following a review of the JPAY communication between Inmate ▮▮▮▮ and several JPAY customers for content,
stemming from the OIG request this AM for the facility to review further complaints passed on through the OIG to the Office of Institutions and
the facility that ▮▮▮▮ was attempting communication with ▮▮▮▮ The request

The lead documents content and communication via the JPAY platform evidencing Inmate ▮▮▮▮ communicating with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I've provided a briefing of the content, and a copy of my notes which are highlighted for content for further
review by an inspector assigned.

In an effort to preserve potential criminal evidence, we requested the facility confiscate Inmate
▮▮▮▮ tablet and establish a Chain of Custody, so that there could
not be any manipulation of potential evidence on the device by Inmate ▮▮▮▮. The facility
indicated that had been done, so the inspector assigned will need to make
contact with the facility to obtain that device should it be deemed as criminal evidence.

Inmate ▮▮▮▮ has been placed in AC status pending investigation – communication between the

OIG and the facility will be necessary to maintain whatever status
the OIG needs him to be under during the investigative process.  If released back into GP, I would
recommend his JPAY privileges be suspended a the very least pending
the outcome of the investigation.

If anything else is required or any further assistance is needed, please advise.

Christie Dolan
Government Analyst I
Office of Intelligence
Florida Department of Corrections
600 South Calhoun Street
Tallahassee, FL 32399
*Office: 850-841-7510



***Inspiring Success by Transforming One Life at a Time***

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.**

| | |
|---|---|
| **From:** | ▮ |
| **To:** | Deason, Michael |
| **Subject:** | ▮ |
| **Date:** | Tuesday, September 1, 2020 9:54:13 AM |
| **Attachments:** | INTEL LEAD 2020-0084-Suwannee CI – JPAY MONITORING – Inmate ▮ By Electronic Device - ▮ 081220.pdf<br>▮ Suwannee Annex JPAY ▮ 081220.pdf<br>Analyst Notes JPAY activity Inmate ▮ Suwannee Annex 081220.xls |

Mr. Deason,

Attached is the paperwork re: inmate ▮ that we discussed in earlier emails.

Please feel free to contact me should you have any questions or concerns.

Sincerely,

Jamie

Jamie Tyndal, ASA

▮

This email has been scanned for email related threats.

Please be advised that Florida has a broad public records law,
and all correspondence to me via email may be subject to disclosure.
Under Florida Law e-mail addresses are public record. If you do not
want your e-mail address released in response to a public-records
request, do not send electronic mail to this entity. Instead,
contact this office by phone.

For contact information please visit our website at http://www.stateattorneythird.org/

# SUWANNEE C.I. ANNEX CALLOUTS
## For Friday, November 20, 2020

### Inmate Reminder

**INMATES THAT ARE SCHEDULED FOR OFFICIAL CALLOUTS WILL BE SUBJECT TO DISCIPLINARY ACTION IF THEY FAIL TO COMPLY WITH THESE WRITTEN ORDERS.**

### Announcements

### Custody Changes

### Status Changes

### Work Assignment Changes

| Inmate | | Custody | From | To |
|---|---|---|---|---|
| ■■■ | | AD | Unassigned | Inmate Barber |
| ■■■ | ■■ | AD | Orientation | Restricted Houseman |
| ■■■ | ■■ | AD | Orientation | Houseman |
| ■■■ | ■■ | AD | Unassigned | Houseman |
| ■■■ | ■■ | AD | Unassigned | Houseman |
| ■■■ | ■■ | AD | Unassigned | Inside Grounds |
| ■■■ | ■■ | AD | Orientation | Restricted Houseman |
| ■■■ | ■■ | AD | Houseman | Inside Grounds |
| ■■■ | ■■ | AD | Unassigned | Inside Grounds |
| ■■■ | | AD | Orientation | Houseman |
| ■■■ | ■■ | AD | Unassigned | Restricted Houseman |
| ■■■ | ■■ | AD | Houseman | Laundry |

# SUWANNEE C.I. ANNEX CALLOUTS
## For Friday, November 20, 2020

### Work Assignment Changes

| Name | Shift | From | To |
|---|---|---|---|
| ▉ | AD | Unassigned | Inside Grounds |
| | AD | Unassigned | Food Service |
| | AD | Orientation | Inside Grounds |
| | AD | Food Service | Dorm Laundry |
| | AD | Unassigned | Inside Grounds |
| PHILLIPS, DONNY R  789552 | AD | Unassigned | Restricted Houseman |
| ▉ | AD | Main Unit | Houseman |
| | AM | Inside Grounds | Plumbing |
| | PM | Inside Grounds | Education (ABE) |
| | AM | Unassigned | Houseman |
| | PM | Unassigned | EDUCATION |
| | AD | Orientation | Restricted Houseman |
| | AM | Laundry | ▉ |
| | AD | Orientation | 3rd Shift Confinement |
| | PM | EDUCATION | ▉ |
| | AD | Unassigned | Houseman |
| | AD | Orientation | Restricted Houseman |
| | AD | Chapel Orderly | Houseman |

# SUWANNEE C.I. ANNEX CALLOUTS

## For Friday, November 20, 2020

### Work Assignment Changes

|  |  |  |  |
|---|---|---|---|
| ▮ | AM | Plumbing | EDUCATION |
| ▮ | PM | Plumbing | Dorm Laundry |
| ▮ | AD | Confinement | Food Service |
| ▮ | AD | Food Service | Houseman |
| ▮ | AD | Houseman | Laundry |
| ▮ | AM | Unassigned | Houseman |
| ▮ | PM | Unassigned | Education (ABE) |
| ▮ | AD | Unassigned | Food Service |
| ▮ | AD | Orientation | Inside Grounds |
| ▮ | EV | Inside Grounds | EDUCATION |

### Progress Review Notices

*Pursuant to Florida Administrative Code 33-601.210(4)(c), the following inmates are hereby given notice of a scheduled future progress review.*

### Telephonic Interview Notices

*The following inmates are hereby given notice of a scheduled Telephonic Interview.*

### Inmate Callouts

**The following inmates are to report to ▮▮▮▮ at 4:00 AM**

▮▮▮▮

# SUWANNEE C.I. ANNEX CALLOUTS
## For Friday, November 20, 2020

### Inmate Callouts

The following inmates are to report to ███████████ at 4:00 AM.

███████████████████████████████████████

The following inmates are to report to LIBRARY for LIBRARY ORDERLIES at 7:30 AM.

███████████████████████████████████████

The following inmates are to report to ███████ at 8:00 AM.

███████████████████████████████████████

The following inmates are to report to EDUCATION at 8:00 AM.

███████████████████████████████████████

# SUWANNEE C.I. ANNEX CALLOUTS
# For Friday, November 20, 2020

## Inmate Callouts

### The following inmates are to report to EDUCATION at 8:00 AM.

[content redacted]

### The following inmates are to report to EDUCATION at 8:00 AM.

[content redacted]

# SUWANNEE C.I. ANNEX CALLOUTS

## For Friday, November 20, 2020

### Inmate Callouts

The following inmates are to report to EDUCATION at 8:00 AM.

[redacted]

The following inmates are to report to EDUCATION for INTENSIVE TO WILDER at 8:00 AM.

[redacted]

The following inmates are to report to [redacted] at 8:00 AM. ***

[redacted]

# SUWANNEE C.I. ANNEX CALLOUTS
## For Friday, November 20, 2020

### Inmate Callouts

The following inmates are to report to ▮▮▮ at 8:00 AM. ***

▮▮▮ inmates are to report to ▮▮▮ at 8:00 AM.

The following inmates are to report to ▮▮▮ at 8:00 AM.

The following inmates are to report to ▮▮▮ at 8:00 AM.

# SUWANNEE C.I. ANNEX CALLOUTS
## For Friday, November 20, 2020

### Inmate Callouts

The following inmates are to report to ▮▮▮▮ at 8:00 AM.

[redacted inmate list]

The following inmates are to report to LIBRARY for LAW LIBRARY *** at 8:30 AM.

[redacted inmate list]

The following inmates are to report to ▮▮▮▮ TO BODLEY *** at 8:30 AM.

[redacted inmate list]

The following inmates are to report to CLASSIFICATION for RELEASE INTERVIEW *** TO WILLIAMS at 9:00 AM.

[redacted inmate list]

The following inmates are to report to ▮▮▮▮ at 9:00 AM.

[redacted inmate list]