# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

**Allergies:** _____

| DATE/TIME | |
|---|---|
| 12/21/18 0825 | Nrc. Note: Informal grievance # 209-1812-0147 recieved & answered. <br> O - I/M complains of inadequate care for his cellulitis. <br> A - Review of records indicate you returning in UC on 10/12/18 after being seen you were also seen by PCP for a followup. <br> P - Denied. <br> _S. Molchan_ <br> S. Molchan, MA |

**Inmate Name** Phillips, Donny
**DC#** 789552   **Race/Sex** _____
**Date of Birth** _____
**Institution** RMC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)   Incorporated by Reference in Rule 33-602.210

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

**Allergies:** PCN

| DATE/TIME | |
|---|---|
| 12/19/18 11:48 | Pt is brought to urgent care due to Rt leg redness x day duration. H/ peripheral insufficiency H/o of cellulitis of leg in his past. |
| | O: Pt alert & oriented. Urgent Referral. Exam: NTD. No (c) yellowish or swelling. Rt leg swelling erythema. Pulse. |
| | A: Rt leg cellulitis |
| | P: Doxycycline 100mg PO BID. Flu leg HCP in 7d. Health Compliance |

J.BARGERON LPN RMC
12/19/18

A. Acevedo, MD
Physician

Inm: PHILLIPS, DONNY
DC: 789552
R/S: W/M
DOB: 08/14/1960
Inst: NWFRC   RMC MAIN UNIT

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)   Incorporated by Reference in Rule 33-602.210

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
NON-TRAUMATIC LOWER EXTREMITY SWELLING PROTOCOL
NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

Physical assessment of swollen leg/s: Entire B key/extremity

* Skin color ☐ Normal skin tone ☒ Reddened → diameter of reddened area: _____ ☐ Red streaks extending out from affected area

* Skin temp of swollen area: ☐ Same as non-swollen area of body ☐ Cool ☐ Cold ☒ Warm ☐ Hot

* Skin temp of feet: Has swelling affected circulation to foot (cool/cold)? Are there signs of inflammation/infection present (warm/hot)?
  Compare skin temp with opposite extremity:
  L foot: ☒ Same temp as non-swollen area of body ☒ Cooler ☐ Warmer
  R foot: ☐ Same temp as non-swollen area of body ☐ Cooler ☒ Warmer

* Weeping skin: ☒ No ☐ Yes → Location:

*Pedal pulses: Have patient remove shoes and socks. If the pedal pulse is difficult to locate, once you have located it, mark the pulse point with a ball point pen "X".
  error JB
  L foot: ☐ 0 – absent ☐ 1 – diminished ☒ 2 – normal
  R foot: ☐ 0 – absent ☒ 1 – diminished ☒ 2 – normal error JB

* Point tenderness: ☒ No change in pain level with mild palpation ☐ Pain in affected area increases with mild palpation

* Swelling:   ☐ 1+ Barely detectable impression when finger is pressed into skin
             ☒ 2+ Slight indentation/pitting. 15 seconds to rebound
             ☐ 3+ Deeper indentation/pitting. 30 seconds to rebound
             ☐ 4+ Very deep indentation/pitting. >30 seconds to rebound

*Calf measurement: NOTE: Measure both left and right extremities for comparison. Calf measurement should be done with the patient standing and the feet 30 cm apart. The maximum circumference is recorded and a significant difference exists if the two sides differ by 1.5 cm in males and 1.2 cm in females.

  1. Measure from base of heel to where calf circumference (most swollen area) is going to be measured (for consistency) (e.g., 10.5" above base of heel): 12"

  2. Measure circumference of calf where swelling appears to be the greatest: L calf: _____ R calf: 16"

Thigh measurement (if swelling extends above knee): L thigh: _____ R thigh: _____
N/A

NOTE: DON'T ask the patient to perform a dorsiflexion of their ankle (Homan's sign). The Homan's sign test has been determined to have a low reliability and the test can actually cause clot embolization.

J. Barber
RN
RMC

SIGNATURE AND STAMP/ PRINT of person completing form

PHILLIPS, DONNY       RMC
DC: 789552
R/S: W/M              NWFRC         RN OR CLINICIAN REVIEWER
DOB: 08/14/1960                                      Page 2 of 3

...ised, or altered without approval of the Chief of Health Services Administration.

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
NON-TRAUMATIC LOWER EXTREMITY SWELLING PROTOCOL
NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

**SUBJECTIVE:** Date: 12/19/18   Time: 1040   Age: 58   ☒ Sick Call   ☐ EMID

Allergies: PCN

Current Medication/s: Lipitor, Fiberlax, Lipitor BID

Medical History: DVT, CAD

Chief Complaint: "My R lower leg is hurting and swollen, I'm worried I have cellulitis"

Pain Level: ☐ 0 ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☒ 7 ☐ 8 ☐ 9 ☐ 10   When did the pain start? 5 hours / days / months / years (circle timeframe)

Do you have any chest pain or SOB at this time? ☒ No ☐ Yes → assess patient with applicable protocol DC4-683E or DC4-683D.
(If patient is having both symptoms, assess patient using the Chest Pain Protocol.)

Do you have a productive cough? ☒ No ☐ Yes → Is sputum frothy and/or pink-tinged/bloody? ☐ No ☐ Yes

Do you have difficulty breathing at night when lying flat? ☒ No ☐ Yes

When did the swelling start? x 5 hours / days / months / years (circle appropriate timeframe).

Have you had any recent trauma to the affected extremity, prior to the onset of swelling? ☐ No ☐ Yes → assess patient using applicable trauma protocol.

Do you have ☒ unilateral or ☐ bilateral lower extremity swelling? If unilateral, affected extremity (circle): Left (Right)

Do you have a (recent) history of:   (The more common risk factors for leg edema and/or DVT.)

| | | |
|---|---|---|
| ☐ Prolonged Bedrest | ☒ Cardiac history CAD | ☐ Hormone Rx, both estrogen (BCP) and testosterone |
| ☒ Prolonged sedentary activity (e.g., long bus ride) | ☐ Kidney disease | ☐ Steroid Rx |
| ☐ Cancer | ☐ Liver disease | ☐ Injury or surgery involving leg, ankle, foot, knee, or pelvis |
| ☐ Chemotherapy | ☐ Diabetes | ☒ Overweight |
| ☐ Hypercoagulation (e.g., Polycythemia Vera) | ☐ Only 1 kidney | ☒ Leg infection |
| ☒ History of blood clots (especially in legs) 2000 | ☐ Certain autoimmune disorders, e.g., lupus | ☐ Varicose veins |
| ☐ Family history of blood clots | ☐ Antidepressant meds, incl. MAO inhibitors Rx | ☐ Pregnancy |
| ☒ Smoking | ☐ Calcium channel blockers Rx | ☐ Post-partum within the last 6 months |

Is it difficult and/or painful to walk? ☐ No ☒ Yes

Have you noticed a recent decrease in urine output? (Decreased urinary frequency, small amounts): ☒ No ☐ Yes

Does anything help to decrease the swelling? _____

**OBJECTIVE:** Temp: 97.4   Pulse: 80   Resp: 16   Blood Pressure: 121/78   O₂ sat: 100 %   Weight: 212#
LMP: -   Current Blood Sugar: 096 (all patients)   If blood sugar is ≥ 200, assess pt ALSO with DC4-683MM protocol.

Last recorded weight in medical record: 200   Date: 10-22-18

Signature: J. Barber RN RMC
SIGNATURE AND STAMP/ PRINT of person completing form

RN OR CLINICIAN REVIEWER

INMATE
DC#: ___
DATE O
INSTITU
DC4-683

PHILLIPS, DONNY
DC: 789552   RMC
R/S: W/M   NWFRC
DOB: 08/14/1960

Page 1 of 3
altered without approval of the Chief of Health Services Administration.

# DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
### NON-TRAUMATIC LOWER EXTREMITY SWELLING PROTOCOL
NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

## FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION
- [ ] Coughing up frothy or pink-tinged/bloody sputum.
- [ ] If BP ≤ 90/60 or ≥ 160/100, HR is ≤60 or ≥ 110, RR is ≤ 12 or ≥ 24, Temp >100.4, OR O2 sat is < 93% on room air.
- [x] Severe pain.
- [ ] Patient is unable to bear weight on affected leg/s.
- [x] Area over the ankle, calf, or thigh is warm/hot to touch and/or is red.
- [ ] Sudden swelling in single leg/ankle/thigh and is recent occurrence.
- [ ] Unable to locate pedal pulse and foot is cold or cyanotic.
- [ ] Swelling extends above the knee.
- [ ] Blood sugar is ≥ 200 and patient doesn't have a diagnosis of diabetes.

## FINDINGS REQUIRING CLINICIAN EXAMINATION WITH THE NEXT 24 HOURS
- [ ] History of heart, liver, or kidney disease; or cancer (recent); or leg surgery.
- [ ] Use of new prescription medication.
- [ ] New onset of 2+ bilateral ankle edema.
- [ ] Presence of weeping skin.
- [ ] Blood sugar is 120-200 and patient doesn't have a diagnosis of diabetes.
- [ ] If patient is pregnant, and has had a <u>sudden</u> weight gain (indicating fluid retention).

## PLAN
- [ ] Patient should be placed immediately on complete bed rest for: leg edema; pain and tenderness in calf or thigh; erythema; local warmth; prominent superficial veins; increased size compared with unaffected extremity; heavy feeling affected extremity; and/or cramping until examined by clinician..
- [ ] Pain medication: Give Tylenol 650mg po x1 now while waiting for pain med order from clinician unless contraindicated.
- [ ] Issue a temporary Bed rest/Lay-In pass until inmate can see the clinician in the next 24 hours (see HSB 15.02.16) if patient isn't admitted to the Infirmary.

X Will refer IPM to urgent care 1050 to eval. poss. cellulitis

## EDUCATION
- [x] Return to the Medical Department immediately if you develop chest pain, difficulty breathing, or start coughing up blood (pink tinged, frothy sputum).
- [x] Return to the Medical Department if you develop any new symptoms OR if your current symptoms become worse (severe pain and/or swelling).
- [ ] Return to the Medical Department if no improvement within 72 hours.
- [x] Keep leg/s elevated as much as possible during the day; when in bed elevate leg/legs on folded blanket or on pillow.
- [x] When elevating lower extremity, DO NOT place anything under the knees. Place pillow/folded blanket under the calf.
- [x] Take medications as prescribed.
- [x] If you've been prescribed pressure stocking/s, put stockings on before getting out of bed in the morning and take them off only when you go to bed at night.
- [x] Move your legs often during long bus /car trips, and in other situations in which you are sitting or lying down for long periods of time.
- [x] Do not cross legs.
- [x] Skin Care: Use mild soap, wash area gently and dry skin gently and thoroughly avoiding rubbing or massaging area.
- [x] Don't smoke.

INM: PHILLIPS, DONNY
DC#: DC: 789552          RMC
DAT: R/S: W/M           NWFRC
INS: DOB: 08/14/1960
DC4:

Signature: [signed] J. Barber RN RMC
SIGNATURE AND STAMP/ PRINT of person completing form
RN OR CLINICIAN REVIEWER

Page 3 of 3
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

# INMATE SICK-CALL REQUEST

Date: 12-16-18   Time: 1:33 pm

Inmate Name: Donny Phillips   DC#: 789552

Housing assignment: F-1-148 single

Job assignment: ___

RECEIVED DATE 12/17/18

SICK CALL TRIAGE:
____ EMERGENT
____ URGENT
✓ ROUTINE
DATE: 12/17/18
Staff Signature/Stamp
P. Walker RN

12/19

Problem:

☐ Pass/pass renewal

☐ Medication renewal

☐ Need information (explain): ___

☐ Mental Health

☐ Dental

☑ Medical (explain): My Right is in continuous pain and is swelling bad every day, I am suffering from a serious case of cellulitis, and I am asking that this issue be addressed.

When did problem/symptoms start? When I was at Washington C.F.,

Inmate Name: Donny Phillips
DC#: 789552   Race/Sex: W/M
Date of Birth: 8-14-60
Institution: RMC

Distribution: Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise destroy copy)

This form is not to be amended, revised, or altered without approval by the Office Health Services-Administration

DC4-698A (Revised 6/11/08)   Incorporated by Reference in Rule 33-402.101, F.A.C.

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: PCN

| DATE/TIME | NORTHWEST FLORIDA RECEPTION CENTER |
|---|---|
| 9-10-18 @ 1242 | attempted to return call to sister. left message. <br><br> T. Shugars <br> T. Shugars, HSA <br> NWFRC <br> Centurion |
| 9-10-18 1430 | S: CHO/CA CLINIC  F/U Clinician Eval <br> BP: 123/80  P: 109  Family callin the warden <br> R: 16  T: 97.5  (R) leg swollen out of Lasix <br> WT: 219 LBS <br> O: Right leg and foot c pitting tight edema. (+) pedal pulses. Leg is warm to touch and reddened from foot to knee. <br> A: Right leg cellulitis <br> P: Admit into infirmary for acute admission <br> Start pt. on Bactrim DS po BID x 10d c food <br> Warm compresses q 12° prn for 2° hours <br> Start Lasix 20mg po qd x 30d <br> Start KCL 10 meq po qd x 30d <br> Try to get inmate transferred to Annex for air-conditioning <br> —MP <br><br> C. SISSON, SLPN <br> NWFRC  M. Pliskin, ARNP NWFRC |
| 9-10-18 1530 CN | |
| SEP 10 2018 1500 | NN: I'm placed in inf for acute admission. See Inpt chart. <br> CN <br> C. SISSON, SLPN <br> NWFRC |

Inmate Name: Phillips, Danny  
DC#: M89552  Race/Sex: WM  
Date of Birth: 8-14-60  
Institution: 110

S- Subjective Data  
O- Objective Data  
A- Assessment of S and O Data  
P- Plan  
E- Education

DC4-701 (Effective 4/8/10)   Incorporated by Reference in Rule 33-602.210

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

**Allergies:** PCN

| DATE/TIME | NORTHWEST FLORIDA RECEPTION CENTER |
|---|---|
| 8/3/18 0750 | Pt examined at bedside. Pt c/o (R) LEX swelling started on Sunday. Also admits to nausea, (R) leg pain, Denies cough, dyspnea. VS- 96/56  HR 102  RR 18  T-98.2  CV RRR  L CTAB  Abdomen soft (+)BS  EXT (R) LEX edema c erythema, no tender  A/P: Cellulitis No DVT. Pt on Coumadin. Will draw CBC, PT, INR, CMP, ESR. Bedrest. Will order LEX ultrasound. Cont Abx.  — V. Benjamin C.H.O. NWFRC |
| NOTED P. Rister, LPN 8-4-18 0800 | P. Rister, LPN NWFRC |
| 3PR 8-4-18 0815 | Labs drawn. CBC, PT, INR, CMP, ESR, DAC, 1 attempt. Pt tolerated well. AEB relaxed body position and talking during procedure. — P. Rister, LPN  NWFRC |

**Inmate Name** Phillips, Donny
**DC#** 189552   **Race/Sex** WM
**Date of Birth** 8/14/60
**Institution** NWFRC

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)   Incorporated by Reference in Rule 33-602.210

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
NON-TRAUMATIC LOWER EXTREMITY SWELLING PROTOCOL
**NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.**

Physical assessment of swollen leg/s:

* Skin color ☐ Normal skin tone ☑ Reddened → diameter of reddened area: _____ ☐ Red streaks extending out from affected area

* Skin temp of swollen area: ☐ Same as non-swollen area of body ☐ Cool ☐ Cold ☐ Warm ☑ Hot

* Skin temp of feet: Has swelling affected circulation to foot (cool/cold)? Are there signs of inflammation/infection present (warm/hot)?
  Compare skin temp with opposite extremity:
  L foot: ☐ Same temp as non-swollen area of body ☐ Cooler ☐ Warmer
  R foot: ☑ Same temp as non-swollen area of body ☐ Cooler ☑ Warmer

* Weeping skin: ☐ No ☑ Yes → Location: RLE posterior

*Pedal pulses: Have patient remove shoes and socks. If the pedal pulse is difficult to locate, once you have located it, mark the pulse point with a ball point pen "X".

L foot: ☐ 0 – absent ☐ 1 – diminished ☐ 2 - normal
R foot: ☐ 0 – absent ☑ 1 – diminished ☐ 2 – normal

* Point tenderness: ☐ No change in pain level with mild palpation ☑ Pain in affected area increases with mild palpation

* Swelling:
  ☐ 1+ Barely detectable impression when finger is pressed into skin
  ☐ 2+ Slight indentation/pitting. 15 seconds to rebound
  ☑ 3+ Deeper indentation/pitting. 30 seconds to rebound
  ☐ 4+ Very deep indentation/pitting. >30 seconds to rebound

*Calf measurement: NOTE: Measure both left and right extremities for comparison. Calf measurement should be done with the patient standing and the feet 30 cm apart. The maximum circumference is recorded and a significant difference exists if the two sides differ by 1.5 cm in males and 1.2 cm in females.

1. Measure from base of heel to where calf circumference (most swollen area) is going to be measured (for consistency) (e.g., 10.5" above base of heel): 10cm

2. Measure circumference of calf where swelling appears to be the greatest: L calf: _____ R calf: _____

Thigh measurement (if swelling extends above knee): L thigh: _____ R thigh: _____

NOTE: DON'T ask the patient to perform a dorsiflexion of their ankle (Homan's sign). The Homan's sign test has been determined to have a low reliability and the test <u>can actually cause clot embolization</u>.

[Leg diagram with measurements: 33cm, 35cm, 25cm, 30cm]

PHILLIPS, DONNY
DC: 789552
R/S: W/M
DOB: 08/14/1960

X: _____

SIGNATURE AND STAMP/ PRINT of person completing form
D. Weisner-Trnka
LPN
NWFRC

RN OR CLINICIAN REVIEWER
V. Benjamin
C.H.O.
NWFRC

Page 2 of 5

, revised, or altered without approval of the Chief of Health Services Administration

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
NON-TRAUMATIC LOWER EXTREMITY SWELLING PROTOCOL
NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

**SUBJECTIVE:** Date: 8-2-18  Time: 1623  Age: 57  ☐ Sick Call  ☑ EMID

Allergies: PCN

Current Medication/s: Coumadin 6.5mg T,TH,S + 6mg all other days, Atrovastatin, Flomax

Medical History: Paraplegia, DVT, CAD, PE

Chief Complaint: RLE red, swollen, warm to touch

Pain Level: ☐ 0 ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☑ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10   When did the pain start? ____ hours / days / months / years (circle timeframe)

Do you have any chest pain or SOB at this time? ☑ No ☐ Yes → assess patient with applicable protocol DC4-683E or DC4-683D.
(If patient is having both symptoms, assess patient using the Chest Pain Protocol.)

Do you have a productive cough? ☑ No ☐ Yes → Is sputum frothy and/or pink-tinged/bloody? ☑ No ☐ Yes

Do you have difficulty breathing at night when lying flat? ☑ No ☐ Yes

When did the swelling start? x 4 hours / days / months / years (circle appropriate timeframe).

Have you had any recent trauma to the affected extremity, prior to the onset of swelling? ☑ No ☐ Yes → assess patient using applicable trauma protocol.

Do you have ☑ unilateral or ☐ bilateral lower extremity swelling?  If unilateral, affected extremity (circle): Left (Right)

Do you have a (recent) history of:   (The more common risk factors for leg edema and/or DVT.)

| | | |
|---|---|---|
| ☐ Prolonged Bedrest | ☑ Cardiac history | ☐ Hormone Rx, both estrogen (BCP) and testosterone |
| ☐ Prolonged sedentary activity (e.g., long bus ride) | ☐ Kidney disease | ☐ Steroid Rx |
| ☐ Cancer | ☐ Liver disease | ☐ Injury or surgery involving leg, ankle, foot, knee, or pelvis |
| ☐ Chemotherapy | ☐ Diabetes | ☐ Overweight |
| ☐ Hypercoagulation (e.g., Polycythemia Vera) | ☐ Only 1 kidney | ☐ Leg infection |
| ☑ History of blood clots (especially in legs) | ☐ Certain autoimmune disorders, e.g., lupus | ☐ Varicose veins |
| ☐ Family history of blood clots | ☐ Antidepressant meds, incl. MAO inhibitors Rx | ☐ Pregnancy |
| ☐ Smoking | ☐ Calcium channel blockers Rx | ☐ Post partum within the last 6 months |

Is it difficult and/or painful to walk? ☐ No ☑ Yes

Have you noticed a recent decrease in urine output? (Decreased urinary frequency, small amounts): ☑ No ☐ Yes

Does anything help to decrease the swelling? ↑ leg

**OBJECTIVE:** Temp: 98.6°  Pulse: 104  Resp: 20  Blood Pressure: 113/84  O₂ sat: 95 %  Weight: w/c
LMP: ____   Current Blood Sugar: ____ (all patients)  If blood sugar is ≥ 200, assess pt ALSO with DC4-683MM protocol.

Last recorded weight in medical record: w/c   Date: 8-2-18

PHILLIPS, DONNY
DC: 789552
R/S: W/M
DOB: 08/14/1960

DC4-683FT (Revised ...)

SIGNATURE AND STAMP/ PRINT of person completing form
D. Weisner-Trnka LPN
NWFRC

RN OR CLINICIAN REVIEWER
V. Benjamin
CHO

Page 1 of 5

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**NON-TRAUMATIC LOWER EXTREMITY SWELLING PROTOCOL**
NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

### FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION
- [ ] Coughing up frothy or pink-tinged/bloody sputum.
- [ ] If BP ≤ 90/60 or ≥ 160/100, HR is ≤60 or ≥ 110, RR is ≤ 12 or ≥ 24, Temp >100.4, OR O2 sat is < 93% on room air.
- [ ] Severe pain.
- [x] Patient is unable to bear weight on affected leg/s.
- [x] Area over the ankle, calf, or thigh is warm/hot to touch and/or is red.
- [x] Sudden swelling in single leg/ankle/thigh and is recent occurrence.
- [ ] Unable to locate pedal pulse and foot is cold or cyanotic.
- [ ] Swelling extends above the knee.
- [ ] Blood sugar is ≥ 200 and patient doesn't have a diagnosis of diabetes.

### FINDINGS REQUIRING CLINICIAN EXAMINATION WITH THE NEXT 24 HOURS
- [x] History of heart, liver, or kidney disease; or cancer (recent); or leg surgery.
- [ ] Use of new prescription medication.
- [ ] New onset of 2+ bilateral ankle edema.
- [x] Presence of weeping skin.
- [ ] Blood sugar is 120-200 and patient doesn't have a diagnosis of diabetes.
- [ ] If patient is pregnant, and has had a sudden weight gain (indicating fluid retention).

### PLAN
- [x] Patient should be placed immediately on complete bed rest for: leg edema; pain and tenderness in calf or thigh; erythema; local warmth; prominent superficial veins; increased size compared with unaffected extremity; heavy feeling affected extremity; and/or cramping until examined by clinician..
- [ ] Pain medication: Give Tylenol 650mg po x1 now while waiting for pain med order from clinician unless contraindicated.
- [ ] Issue a temporary Bed rest/Lay-In pass until inmate can see the clinician in the next 24 hours (see HSB 15.02.16) if patient isn't admitted to the Infirmary. Bactrim DS , 23° Observations

### EDUCATION
- [ ] Return to the Medical Department immediately if you develop chest pain, difficulty breathing, or start coughing up blood (pink tinged, frothy sputum).
- [ ] Return to the Medical Department if you develop any new symptoms OR if your current symptoms become worse (severe pain and/or swelling).
- [ ] Return to the Medical Department if no improvement within 72 hours.
- [ ] Keep leg/s elevated as much as possible during the day; when in bed elevate leg/legs on folded blanket or on pillow.
- [ ] When elevating lower extremity, DO NOT place anything under the knees. Place pillow/folded blanket under the calf.
- [ ] Take medications as prescribed.
- [ ] If you've been prescribed pressure stocking/s, put stockings on before getting out of bed in the morning and take them off only when you go to bed at night.
- [ ] Move your legs often during long bus /car trips, and in other situations in which you are sitting or lying down for long periods of time.
- [ ] Do not cross legs.
- [ ] Skin Care: Use mild soap, wash area gently and dry skin gently and thoroughly avoiding rubbing or massaging area.
- [ ] Don't smoke.

PHILLIPS, DONNY
DC: 789552
R/S: W/M
DOB: 08/14/1960

SIGNATURE AND STAMP/ PRINT of person completing form
D. Weisner-Trnka LPN NWFRC

RN OR CLINICIAN REVIEWER
V. Benjamin C.H.O.

Page 3 of 3 NWFRC

_____, revised, or altered without approval of the Chief of Health Services Administration.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**HEALTH SLIP/PASS**

The below-named inmate is authorized for:
- ☐ Bed rest lay-in     From_____ To_____
- ☐ Low/bottom bunk     From_____ To_____
- ☐ No shave     From_____ To_____
- ☐ Restricted activity     From_____ To_____
- ☐ Restrictions: _____

☒ Other: From 1/2/19 To 3/2/19
Elevate leg when laying down

Inmate: Phillips, Donny
DC#: 789552   R/S: W/M
Date of Birth: 8/14/60
Institution: _____
Authorized by: [signature]
Date: 1/2/19

V. Benjamin
C.H.O.
NWFRC

Health Slip/Pass
DC4-701D (2/96)   White/Medical  Yellow/Security  Pink/Inmate

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**HEALTH SLIP/PASS**

The below-named inmate is authorized for:
- ☐ Bed rest lay-in     From_____ To_____
- ☐ Low/bottom bunk     From_____ To_____
- ☐ No shave     From_____ To_____
- ☐ Restricted activity     From_____ To_____
- ☐ Restrictions: _____

☒ Other: From 9-14-18 To 10-5-18
extra pillow to ambulate leg

Inmate: Phillips, Donny
DC#: 789552   R/S: W/M
Date of Birth: 8/14/60
Institution: 110
Authorized by: [signature]
Date: 9/14/18

V. Benjamin
C.H.O.
NWFRC

Health Slip/Pass
DC4-701D (2/96)   White/Medical  Yellow/Security  Pink/Inmate

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**HEALTH SLIP/PASS**

The below-named inmate is authorized for:
- ☐ Bed rest lay-in     From_____ To_____
- ☐ Low/bottom bunk     From_____ To_____
- ☐ No shave     From_____ To_____
- ☐ Restricted activity     From_____ To_____
- ☐ Restrictions: _____

☒ Other: From 8/29/18 To 7/29/19
wipes 1 pack q 2wks

Inmate: Phillips, Donny
DC#: 789552   R/S: W/M
Date of Birth: 8/14/60
Institution: _____
Authorized by: [signature]
Date: 8/29/18

V. Benjamin
C.H.O.
NWFRC

Health Slip/Pass
DC4-701D (2/96)   White/Medical  Yellow/Security  Pink/Inmate

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**HEALTH SLIP/PASS**

The below-named inmate is authorized for:
- ☐ Bed rest lay-in     From_____ To_____
- ☐ Low/bottom bunk     From_____ To_____
- ☐ No shave     From_____ To_____
- ☐ Restricted activity     From_____ To_____
- ☐ Restrictions: _____

☒ Other: From 8/2/18 To 2/2/18
1 pack of wipes Q 2weeks

Inmate: Phillips, Donny
DC#: 789552   R/S: W/M
Date of Birth: 8/14/1960
Institution: NWFRC MAIN
Authorized by: [signature]
Date: 8/28/18

M. Pliskin
ARNP
NWFRC

Health Slip/Pass
DC4-701D (2/96)   White/Medical  Yellow/Security  Pink/Inmate

# Florida Department of Correction
## Disabled Inmate Management and Service Plan

Inmate Name & DC #: __Phillips, Donnie 789552_____ (Present:_x_ Refused:___) Date: _7-26-18_____

EOS Date: _2-28-25_____ *(If this date is within the next 180 days, refer to HSA or designee to initiate aftercare planning.)*

Form of Communication: ■ Verbal ☐ Sign Language- Interpreter Used: ☐ Yes ■ No  Name: _____

Brief history of disability: _____ P3    W/C _____

Current Diagnoses: __Cellulitis, Hyperlipidemia, Altered Mental Status_____

Current Passes: _____W/C, Shower access as needed_____

Medical Grades- M_2_ S _1_ W _3_ T _3_ WC _n_ P _3_ H ____ E ____ SY ____ Reviewed ☒

Housing: _E2121L_ Custody: ☐ Comm. ☐ Min. ■ Med ☐ Close  Work Assignment: ___N/A_____

Is the work assignment appropriate? ☐ Yes ☐ No *(If no, explain)* N/A ___N/A_____

Does this inmate have an assigned Inmate Assistant: ☐ Yes ☒ No  Is the assistant appropriate? ☐ Yes ☐ No  N/A

Comments: _____N/A_____

Assistive Device (s): ☒ Yes ☐ No  If yes, what kind(s): _____ __W/C_____

Is the assistive device in proper working condition? ☒ Yes ☐ No - If No, date replacement/repair initiated: __N/A__

If defective, please explain: __N/A_____

Alternative devise issued: __N/A_____

DC4-711N, *Impaired Inmate Request and Agreement to Display Confidential Information about Impairments and/or Disabilities*: ☐ Offered & Accepted  ☐ Reviewed & Continued  ■ N/A
☐ Offered & Declined  ☐ Reviewed & Rescinded

ADA Requests from inmate: __Request assistant._____

Comments: __Assistant to be assigned._____

Inmate Signature: X D. Phillips (signature) Date: _7-26-18_____

Disabled Inmate Committee Chair Signature: (signature) B. Harris LPN   Date: _7-26-18_____

Facility Warden Signature: E.A. W____ (signature) NWFRC   Date: _7-26-18_____

---

In___
D____  PHILLIPS, DONNY
       DC: 789552
D____  R/S: W/M
       DOB: 08/14/1960
In____

Referral(s) Needed: Y or N

If yes, please list:_____

Referral sent to:_____

---

DC4-691 (Revised 2/23/18)   This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.