| To | From | Subject | Communication Date | File Size | Attachments |
|---|---|---|---|---|---|
| edwards.walt@mail.dc.state.fl.us | edwards.walt@mail.dc.state.fl.us | DEPOSITS BY DATE | Wednesday, November 23, 2016 at 7:21:26 AM EST | | DEPOSITS.XML |
| | | DEPOSITS.XML | | 3.34 MB | |
| edwards.walt@mail.dc.state.fl.us | edwards.walt@mail.dc.state.fl.us | DEPOSITS BY DATE | Wednesday, November 23, 2016 at 7:26:41 AM EST | | DEPOSITS.XML |
| "Burch, Shayna" <shayna.burch@fdc.myflorida.com>, "Chisholm, Jessica" <jessica.chisholm@fdc.myflorida.com>, "Fordham, Douglas" <douglas.fordham@fdc.myflorida.com>, "Griffin, Renee" <renee.griffin@fdc.myflorida.com>, "Griswold, Kathryn" <kathryn.griswold@fdc.myflorida.com>, "Irvin, Gina" <gina.irvin@fdc.myflorida.com>, "McNally, Richard" <richard.mcnally@fdc.myflorida.com>, "Mills, Timothy" <timothy.mills@fdc.myflorida.com>, "Rudd, Raymond" <raymond.rudd@fdc.myflorida.com>, "Screen, Natira" <natira.screen@fdc.myflorida.com>, "Segree, Angela" <angela.segree@fdc.myflorida.com> | "Higginbotham, Cally" <cally.higginbotham@fdc.myflorida.com> | AM RUN | Monday, November 28, 2016 at 9:53:30 AM EST | | II64GGI_11_28_2016_09_52_35.pdf |
| | | DEPOSITS.XML | | 3.34 MB | |
| "Burch, Shayna" <shayna.burch@fdc.myflorida.com>, "Chisholm, Jessica" <jessica.chisholm@fdc.myflorida.com>, "Fordham, Douglas" <douglas.fordham@fdc.myflorida.com>, "Griffin, Renee" <renee.griffin@fdc.myflorida.com>, "Griswold, Kathryn" <kathryn.griswold@fdc.myflorida.com>, "Irvin, Gina" <gina.irvin@fdc.myflorida.com>, "McNally, Richard" <richard.mcnally@fdc.myflorida.com>, "Mills, Timothy" <timothy.mills@fdc.myflorida.com>, "Rudd, Raymond" <raymond.rudd@fdc.myflorida.com>, "Screen, Natira" <natira.screen@fdc.myflorida.com>, "Segree, Angela" <angela.segree@fdc.myflorida.com>, "Webster, Angela" <angela.webster@fdc.myflorida.com> | "Higginbotham, Cally" <cally.higginbotham@fdc.myflorida.com> | am run | Friday, December 16, 2016 at 8:20:23 AM EST | | II64GGI_12_16_2016_08_11_37.pdf |
| | | II64GGI_11_28_2016_09_52_35.pdf | | 788.83 kB | |
| "Higginbotham, Cally" <cally.higginbotham@fdc.myflorida.com> | "Shepherd, Lora" <lora.shepherd@fdc.myflorida.com> | PM SUPERVISOR RUN FOR 02/10/2017 | Friday, February 10, 2017 at 8:55:20 AM EST | | II66ERD_02_10_2017_08_04_47.pdf |
| | | II64GGI_12_16_2016_08_11_37.pdf | | 734.95 kB | |
| | | II66ERD_02_10_2017_08_04_47.pdf | | 712.99 kB | |
| "Johnson, Gregory C." <gregory.johnson2@fdc.myflorida.com> | "Romer, Jacob" <jacob.romer@fdc.myflorida.com> | RE: Data Request | Friday, February 10, 2017 at 3:52:17 PM EST | | 2017-01-31 Inmate Population.xlsx |
| | | 2017-01-31 Inmate Population.xlsx | | 14.14 MB | |
| "Burch, Shayna" <shayna.burch@fdc.myflorida.com>, "Chisholm, Jessica" <jessica.chisholm@fdc.myflorida.com>, "Fordham, Douglas" <douglas.fordham@fdc.myflorida.com>, "Griswold, Kathryn" <kathryn.griswold@fdc.myflorida.com>, "Jones-Wallace, Angel" <angel.jones-wallace@fdc.myflorida.com>, "Rudd, Raymond" <raymond.rudd@fdc.myflorida.com>, "Screen, Natira" <natira.screen@fdc.myflorida.com>, "Segree, Angela" <angela.segree@fdc.myflorida.com>, "Webster, Angela" <angela.webster@fdc.myflorida.com> | "Shepherd, Lora" <lora.shepherd@fdc.myflorida.com> | Am Supervisor Run 02/13/2017 | Monday, February 13, 2017 at 8:14:43 AM EST | | II64ERD_02_13_2017_07_56_09.pdf |
| | | II64ERD_02_13_2017_07_56_09.pdf | | 712.5 kB | |
| "Higginbotham, Cally" <cally.higginbotham@fdc.myflorida.com> | "Shepherd, Lora" <lora.shepherd@fdc.myflorida.com> | PM Supervisor Run 02/13/2017 | Monday, February 13, 2017 at 8:15:57 AM EST | | II66ERD_02_13_2017_07_57_30.pdf |
| | | II66ERD_02_13_2017_07_57_30.pdf | | 702.9 kB | |
| jason.hoskins@fdc.myflorida.com, joseph.falk@fdc.myflorida.com, mark.harriss@fdc.myflorida.com, jenkins.tina@mail.dc.state.fl.us, tipton.john@mail.dc.state.fl.us, jeffery.bryan@fdc.myflorida.com, vivian.lewis@fdc.myflorida.com, basford.joey@mail.dc.state.fl.us, george.edwards@fdc.myflorida.com, echeverri.carlos@mail.dc.state.fl.us | jason.hoskins@fdc.myflorida.com | RANDOM SAMPLE REPORT PPCO352 - Monday 08:18:17 | Monday, February 13, 2017 at 8:18:17 AM EST | | DCPUB.TEMP.DCPGM352.rtf |
| | | DCPUB.TEMP.DCPGM352.rtf | | 348.57 kB | |
| tljspaz@aol.com | "Jenkins, Tina" <tina.jenkins@fdc.myflorida.com> | FW: RANDOM SAMPLE REPORT PPCO352 - Monday 08:18:17 | Monday, February 13, 2017 at 8:18:37 AM EST | | DCPUB.TEMP.DCPGM352.rtf |
| | | DCPUB.TEMP.DCPGM352.rtf | | 348.57 kB | |

| From | To | Subject | Date | Attachments |
|---|---|---|---|---|
| tina.jenkins@fdc.myflorida.com | Microsoft Outlook <microsoftexchange329e71ec88ae4615bbc36ab6ce41109e@flcorrections.onmicrosoft.com> | Undeliverable: FW: RANDOM SAMPLE REPORT PPCO352 - Monday 08:18:17 details.txt | Monday, February 13, 2017 at 8:18:39 AM EST | details.txt; FW: RANDOM SAMPLE REPORT PPCO352 - Monday 08:18:17 |
| | | | | 408 bytes |
| tljspaz@aol.com | "Jenkins, Tina" <tina.jenkins@fdc.myflorida.com> | FW: RANDOM SAMPLE REPORT PPCO352 - Monday 08:18:17 DCPUB.TEMP.DCPGM352.rtf | Monday, February 13, 2017 at 8:18:37 AM EST | DCPUB.TEMP.DCPGM352.rtf |
| | | | | 348.57 kB |
| "Howard, Erik" <erik.howard@fdc.myflorida.com>, "Jones-Wallace, Angel" <angel.jones-wallace@fdc.myflorida.com>, "Padgett, James" <james.padgett@fdc.myflorida.com>, "Ruel, Kathleen" <kathleen.ruel@fdc.myflorida.com>, "Sara Green (SGreen@CenturionofFL.com)" <sgreen@centurionoffl.com>, "Scott, Shellen" <shellen.scott@fdc.myflorida.com>, "Screen, Natira" <natira.screen@fdc.myflorida.com>, "Segree, Angela" <angela.segree@fdc.myflorida.com>, "Webster, Angela" <angela.webster@fdc.myflorida.com> | "Shepherd, Lora" <lora.shepherd@fdc.myflorida.com> | 20/13/2017 Alpha Run II60ERD_02_13_2017_08_00_24.pdf | Monday, February 13, 2017 at 8:44:01 AM EST | II60ERD_02_13_2017_08_00_24.pdf |
| | | | | 527.96 kB |
| lora.shepherd@fdc.myflorida.com | Microsoft Outlook <microsoftexchange329e71ec88ae4615bbc36ab6ce41109e@flcorrections.onmicrosoft.com> | Undeliverable: 20/13/2017 Alpha Run details.txt | Monday, February 13, 2017 at 8:44:03 AM EST | details.txt; 20/13/2017 Alpha Run |
| | | | | 405 bytes |
| "Howard, Erik" <erik.howard@fdc.myflorida.com>, "Jones-Wallace, Angel" <angel.jones-wallace@fdc.myflorida.com>, "Padgett, James" <james.padgett@fdc.myflorida.com>, "Ruel, Kathleen" <kathleen.ruel@fdc.myflorida.com>, "Sara Green (SGreen@CenturionofFL.com)" <sgreen@centurionoffl.com>, "Scott, Shellen" <shellen.scott@fdc.myflorida.com>, "Screen, Natira" <natira.screen@fdc.myflorida.com>, "Segree, Angela" <angela.segree@fdc.myflorida.com>, "Webster, Angela" <angela.webster@fdc.myflorida.com> | "Shepherd, Lora" <lora.shepherd@fdc.myflorida.com> | 20/13/2017 Alpha Run II60ERD_02_13_2017_08_00_24.pdf | Monday, February 13, 2017 at 8:44:01 AM EST | II60ERD_02_13_2017_08_00_24.pdf |
| | | | | 527.96 kB |
| "Ensley, David" <david.ensley@fdc.myflorida.com>, "French, Dena" <dena.french@fdc.myflorida.com>, "Friedman, Jana" <jana.friedman@fdc.myflorida.com> | "Nolting, Lori" <lori.nolting@fdc.myflorida.com> | MasterGrievanceTracker.xlsx MasterGrievanceTracker.xlsx | Monday, February 13, 2017 at 4:36:59 PM EST | MasterGrievanceTracker.xlsx |
| | | | | 24.24 MB | xl |
| | | item.data | | 19.81 MB |
| "Griffin, Renee" <renee.griffin@fdc.myflorida.com>, "Andrews, Halbert" <halbert.andrews@fdc.myflorida.com> | "Higginbotham, Cally" <cally.higginbotham@fdc.myflorida.com> | pm run | Friday, December 16, 2016 at 8:20:59 AM EST | II66GGI_12_16_2016_08_12_39.pdf |
| "Shukla, Premkumar" <premkumar.shukla@fdc.myflorida.com> | "Ratnasabapathi, Kadhirvelu" <kadhirvelu.ratnasabapathi@fdc.myflorida.com> | Current Case Management As on 02/13/2017 II66GGI_12_16_2016_08_12_39.pdf | Monday, February 13, 2017 at 3:08:54 PM EST | Current Case Management.xlsm |
| | | | | 721.61 kB |
| | | Current Case Management.xlsm | | 31.04 MB | xl |
| | | vbaProject.bin | | 31.23 kB |
| "Bryant, John" <john.bryant@fdc.myflorida.com> | "Pomerleau, Samantha" <samantha.pomerleau@trinityservicesgroup.com> | January 2017 Grievance Log 01-17 Grievance Logs.xlsx | Monday, February 13, 2017 at 4:23:53 PM EST | 01-17 Grievance Logs.xlsx |
| | | | | 995.87 kB |
| "Taylor, David" <david.taylor@fdc.myflorida.com>, "Friedman, Jana" <jana.friedman@fdc.myflorida.com> | "Nolting, Lori" <lori.nolting@fdc.myflorida.com> | RE: Unique List of Inmates 2017-02-14 New Inmate Format for David Taylor.xlsx | Tuesday, February 14, 2017 at 8:18:56 AM EST | 2017-02-14 New Inmate Format for David Taylor.xlsx |
| | | | | 8.42 MB | xl |
| "Burch, Shayna" <shayna.burch@fdc.myflorida.com>, "Chisholm, Jessica" <jessica.chisholm@fdc.myflorida.com>, "Fordham, Douglas" <douglas.fordham@fdc.myflorida.com>, "Griswold, Kathryn" <kathryn.griswold@fdc.myflorida.com>, "Jones-Wallace, Angel" <angel.jones-wallace@fdc.myflorida.com>, "Rudd, Raymond" <raymond.rudd@fdc.myflorida.com>, "Screen, Natira" <natira.screen@fdc.myflorida.com>, "Segree, Angela" <angela.segree@fdc.myflorida.com>, "Webster, Angela" <angela.webster@fdc.myflorida.com> | "Shepherd, Lora" <lora.shepherd@fdc.myflorida.com> | AM Supervisor Run 02/15/2017 II64ERD_02_15_2017_08_16_59.pdf | Wednesday, February 15, 2017 at 8:38:44 AM EST | II64ERD_02_15_2017_08_16_59.pdf |
| | | | | 724.53 kB |

| From | To | Subject | Date | Attachments |
|---|---|---|---|---|
| "Higginbotham, Cally" <cally.higginbotham@fdc.myflorida.com> | "Shepherd, Lora" <lora.shepherd@fdc.myflorida.com> | PM Supervisor Run 02/15/2017 | Wednesday, February 15, 2017 at 8:39:31 AM EST | II66ERD_02_15_2017_08_17_06.pdf |
| | | II66ERD_02_15_2017_08_17_06.pdf | 714.77 kB | |
| "McManus, Alan" <alan.mcmanus@fdc.myflorida.com> | "Stokes, Ashley" <ashley.stokes@fdc.myflorida.com> | Emailing: other for 1-1-16-12-31-16 | Wednesday, February 15, 2017 at 11:47:58 AM EST | other for 1-1-16-12-31-16.xlsx |
| | | other for 1-1-16-12-31-16.xlsx | 370.97 kB | xl; docProps |
| CO-HS-Grievances <co-hs-grievances@fdc.myflorida.com> | "Davis, Justin" <justin.davis@fdc.myflorida.com> | Emailing: PHILLIPS DONNY 789552 17-6-06661 7H | Wednesday, February 15, 2017 at 10:12:45 AM EST | PHILLIPS DONNY 789552 17-6-06661.pdf |
| | | PHILLIPS DONNY 789552 17-6-06661.pdf | 407.44 kB | |
| Paula Bryant <ptbryant@aol.com>, "Bryant, Paula" <paulabryant@fcor.state.fl.us> | "Bryant, Paula" <paulabryant@fcor.state.fl.us> | FCOR Parole Population Tracking FINAL per Felicia.xlsx | Wednesday, February 15, 2017 at 4:32:47 PM EST | FCOR Parole Population Tracking FINAL per Felicia.xlsx |
| | | FCOR Parole Population Tracking FINAL per Felicia.xlsx | 3.01 MB | xl |
| "Shuler, Rhett" <rhett.shuler@fdc.myflorida.com>, "Sexton, Douglas" <douglas.sexton@fdc.myflorida.com>, "Reimers, Thomas" <thomas.reimers@fdc.myflorida.com>, "Garst, Evelyn" <evelyn.garst@fdc.myflorida.com>, "Newsome, Vicki" <vicki.newsome@fdc.myflorida.com> | "Xie, Guangmin" <guangmin.xie@fdc.myflorida.com> | RE: 2017-1-31 Inmate Impairment List | Friday, February 17, 2017 at 2:39:33 PM EST | 2017-01-31 Inmate Impairment List.xls |
| | | 2017-01-31 Inmate Impairment List.xls | 642.05 kB | |
| "Clayton, Valerie" <valarie.clayton@fdc.myflorida.com> | "Bryant, John" <john.bryant@fdc.myflorida.com> | FW: Food and Property Package Program-Revenue | Thursday, February 16, 2017 at 2:18:33 PM EST | KEEFE TRACKING FY16-17.xlsx; 2015-1 FL-DOC Securepak Spring Summer 2015.xlsx |
| | | KEEFE TRACKING FY16-17.xlsx | 116.85 kB | |
| | | 2015-1 FL-DOC Securepak Spring Summer 2015.xlsx | 3.64 MB | |
| deal.jessica@mail.dc.state.fl.us | deal.jessica@mail.dc.state.fl.us | IIS 4B | Sunday, December 18, 2016 at 6:19:10 AM EST | REPORTDD.pdf |
| "Greene, Stephen" <stephen.greene@fdc.myflorida.com> | "Johnson, Gregory C." <gregory.johnson2@fdc.myflorida.com> | Pop Data | Thursday, February 16, 2017 at 11:39:35 AM EST | 2017-01-31 Inmate Population.xlsx |
| | | REPORTDD.pdf | 51 kB | |
| | | 2017-01-31 Inmate Population.xlsx | 20.19 MB | |
| "Higginbotham, Cally" <cally.higginbotham@fdc.myflorida.com> | "Shepherd, Lora" <lora.shepherd@fdc.myflorida.com> | PM Supervisor Run 02.16.2017 | Thursday, February 16, 2017 at 9:32:20 AM EST | II66ERD_02_16_2017_07_58_53.pdf |
| | | II66ERD_02_16_2017_07_58_53.pdf | 731.23 kB | |
| "Clayton, Valerie" <valarie.clayton@fdc.myflorida.com> | "Bryant, John" <john.bryant@fdc.myflorida.com> | FW: Food and Property Package Program-Revenue | Thursday, February 16, 2017 at 1:18:45 PM EST | KEEFE TRACKING FY16-17.xlsx; 2016 SpringSummer Union Supply Commission Report.xlsx |
| | | KEEFE TRACKING FY16-17.xlsx | 116.75 kB | |
| | | 2016 SpringSummer Union Supply Commission Report.xlsx | 3.99 MB | docProps |
| "Smith, Jacquelin" <jacquelin.smith@fdc.myflorida.com> | "Mills, Timothy" <timothy.mills@fdc.myflorida.com> | FW: ADA Patients | Thursday, February 16, 2017 at 4:08:40 PM EST | Housing Unit.docx |
| | | Housing Unit.docx | 18.18 kB | |
| "Higginbotham, Cally" <cally.higginbotham@fdc.myflorida.com> | "Shepherd, Lora" <lora.shepherd@fdc.myflorida.com> | PM Supervisor Run 02/17/2017 | Friday, February 17, 2017 at 8:09:18 AM EST | II66ERD_02_17_2017_08_06_00.pdf |
| | | II66ERD_02_17_2017_08_06_00.pdf | 730.78 kB | |
| "Mills, Timothy ‎[Timothy.Mills@fdc.myflorida.com]‎" <timothy.mills@fdc.myflorida.com> | "Cort, Linda" <lcort@centurionoffl.com> | ADA Patients | Thursday, February 16, 2017 at 3:14:49 PM EST | Housing Unit.docx |
| | | Housing Unit.docx | 18.18 kB | |
| "Burch, Shayna" <shayna.burch@fdc.myflorida.com>, "Chisholm, Jessica" <jessica.chisholm@fdc.myflorida.com>, "Fordham, Douglas" <douglas.fordham@fdc.myflorida.com>, "Griswold, Kathryn" <kathryn.griswold@fdc.myflorida.com>, "Jones-Wallace, Angel" <angel.jones-wallace@fdc.myflorida.com>, "Rudd, Raymond" <raymond.rudd@fdc.myflorida.com>, "Screen, Natira" <natira.screen@fdc.myflorida.com>, "Segree, Angela" <angela.segree@fdc.myflorida.com>, "Webster, Angela" <angela.webster@fdc.myflorida.com> | "Shepherd, Lora" <lora.shepherd@fdc.myflorida.com> | AM Supervisor Run 02/17/2017 | Friday, February 17, 2017 at 8:08:16 AM EST | II64ERD_02_17_2017_08_04_55.pdf |