UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DONNY PHILLIPS,**

    **Plaintiff.**

**v.**                                                                              Case No. 3:22-cv-997-BJD-LLL

**RICKY D. DIXON, et. al.,**

    **Defendant.**

_____/

## **NOTICE OF APPEARANCE**

The undersigned hereby files this Notice of Appearance as counsel of record for RICKY D. DIXON, et. al., in the above-referenced case. Please direct all pleadings, correspondence, and other communication regarding this case to:

Jami M. Kimbrell
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Phone: (850) 877-7776
Email: Jami@jsh-pa.com

                                                 */s/ Jami M. Kimbrell*
                                                 Jami M. Kimbrell
                                                 Florida Bar No. 0657379
                                                 Howell, Buchan & Strong
                                                 2898-6 Mahan Drive
                                                 Tallahassee, Florida 32308
                                                 Phone: (850) 877-7776
                                                 Email: jami@jsh-pa.com
                                                 *Attorney for Defendant*
                                                 *Ricky D. Dixon*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF on July 15, 2024.

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell