UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.                                         Case No. 3:22-cv-997-BJD-LLL

RICKY D. DIXON, et al.,

    Defendants.
_____/

**DEFENDANT DIXON'S RESPONSE TO
PLAINTIFF'S MOTION FOR CASE MANAGEMENT CONFERENCE**

    Defendant Ricky Dixon, by and through undersigned counsel and pursuant to Local Rule 3.01, hereby responds to Plaintiff's Motion for Case Management Conference [Doc. 124] and states the following in support thereof:

**A. Defendant Dixon agrees to a case management conference, but objects to Plaintiff's Motion which grossly mischaracterizes Defendant's good faith efforts at producing discovery.**

    1.     First, Defendant Dixon is in agreement to having a case management conference, but was required to object to Plaintiff's Motion due to its argumentative phrasing which has grossly mischaracterized Defendant's due diligence in working to produce the records responsive to Plaintiff's discovery requests.

    2.     Opposing counsel James Cook inquired about Defendant's position on the motion on July 15.

1

3. Defense counsel at the time, Lauren Strickland, responded, "We expect that we will be in agreement with the motion, but will you please send a copy of the motion for us to review before we make that official…"

4. As expected, Plaintiff's motion for what should be a simple case management conference request began with conclusory and plainly unprofessional allegations, alleging "Defendant Dixon has ignored or slow-walked responses to Plaintiff's discovery requests from early in this case."

5. Plaintiff's Motion completely disregards the due diligence of Defendant and undersigned counsel's office in working tirelessly to review, redact, and produce the responsive records, which include millions of pages of documents.

6. Given Plaintiff's mischaracterization, undersigned counsel was forced to object to what should have been a simple request for a case management conference.

7. While Defendant maintains the objection to Plaintiff's Motion as written, Defendant is in agreement that a case management conference could benefit the parties to address the discovery disputes at hand.

Respectfully submitted,

*/s/ Thomas Buchan*
Thomas Buchan
Florida Bar No. 1010923
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Email: Tom@jsh-pa.com
*Attorney for Defendant Dixon*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF on July 29, 2024.

*/s/ Thomas Buchan*
Thomas Buchan