UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.                                  Case No. 3:22-cv-997-BJD-LLL

RICKY D. DIXON,

    Defendant.

## PETITION FOR WRITS OF HABEAS CORPUS AD TESTIFICANDUM

COMES NOW the Plaintiff, DONNY PHILLIPS, through his attorney, and requests Writs of Habeas Corpus ad Testificandum for the Prisoners listed below:

1. The above styled case is set for trial beginning October 7, at 8:30 a.m., at the Federal Courthouse at 300 North Hogan Street, Jacksonville, Florida.

2. The following are necessary witnesses confined by the Florida Department of Corrections at the places below and must be transported to trial in this matter:

| Witness | Substance of Testimony |
|---|---|
| Cavana, Jose, M05975, South Florida Reception Center, 1400 N.W. 41st Street, Doral, FL 33178, 305-592-9567 | Can testify to inadequate supplies of adult diapers, denial of access to toilet and shower, efforts to maintain sanitation, condition of right leg, physical pain and suffering from denial of accommodations. |
| Reeves, Renaldo, 130728, South Bay Correctional Fac., 600 U.S. Hwy 27 S., South Bay, FL 33493, 561-992-9551 | Can testify to Plaintiff waiting in soiled diapers to access toilet and shower, saw him having to clean feces with his face cloth, saw effects of denial of inmate assistant for hygiene and mobility. |
| Russell, Terrell E. 749380, NW Fla. Reception Cntr., 4455 Sam Mitchell Drive, Chipley, FL 32428 850-773-6100 | Can testify to seeing right leg with open sores, having to urinate on himself during count, witnessed threats of violence to Plaintiff and "writ writers" in general in Florida prisons. |
| Stevenson, James, 126975, Suwannee C.I. Annex, 5964 | Can testify to Plaintiff's right leg bright red and leaking, saw officer take Plaintiff's wipes, not being |

| | |
|---|---|
| U.S. Highway 90, Live Oak, FL 32060, 386-963-6530 | allowed to use bathroom, bleeding in his diaper, couldn't getting access to skin protectant. |
| Wolf, Robert Bush Jr., 903553, Suwannee C.I. Annex, 5964 U.S. Highway 90, Live Oak, FL 32060, 386-963-6530 | Can testify to seeing Plaintiff with open sores on his right leg, not being allowed to use the shower or toilet for emergencies, being denied sanitation supplies, and showing physical pain. |

3. It is necessary to have said witnesses before this Court for the purpose of testifying on behalf of the Plaintiff at said trial.

   WHEREFORE, this petitioner prays that this Honorable Court issue writs of Habeas Corpus Ad Testificandum, directing the Department to proceed to the aforesaid penal institutions and there take into custody the body of the said Witnesses and have subjects before the Court at the time and place above specified, then and there to testify as aforesaid; and upon completion of testimony to return the said witnesses to the custody of the Warden of the aforesaid penal institutions; and also directing the said Warden to deliver the Witnesses up for this purpose.

Respectfully Submitted,   s/James V. Cook
JAMES V. COOK, ESQ. FBN 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
(850) 222-8080; 850 561-0836 Facsimile
cookjv@gmail.com
ATTORNEY FOR PLAINTIFF

I CERTIFY that I sought to confer in good faith with counsel for Defendant this morning but could not reach him in time for expedient filing by close of business.

I CERTIFY the foregoing was filed electronically on 9/11/24, on all counsel registered to be notified by the CM/ECF electronic mail system:

/s/James V. Cook