UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DONNY PHILLIPS,**

    **Plaintiff,**

v.                                                         Case No. 3:22-cv-997-BJD-LLL

**RICKY D. DIXON, et al.,**

    **Defendants.**
_____/

## DEFENDANT DIXON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTIONS IN LIMINE

Defendant Ricky Dixon, by and through undersigned counsel, files this Unopposed Motion for Extension of Time and states the following in support thereof:

    1. Pursuant to the Second Amended Case Management and Scheduling Order, Defendant's Motions in Limine are due today, September 11, 2024. (Doc. 94)

    2. Defendant is in need of additional time to file its motions in limine because of the sudden illness of the paralegal of undersigned counsel. For this reason, Defendant is seeking one additional day to confer with opposing counsel and prepare said motions.

    3. This request is not made for the purpose of delay and is made in good faith based on the representations made above.

    4. Counsel for Plaintiff, James Slater, was contacted by email and has agreed to Defendant's requested extension of time.

1

2

WHEREFORE, the Defendant respectfully requests this Court to grant this Motion to extend the deadline for filing Motions in Limine until September 12, 2024.

Respectfully submitted,

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell
Florida Bar No. 0657379
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Email: jami@jsh-pa.com
*Attorney for Defendant Dixon*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF on September 11, 2024.

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell

2