Page 67

1      Q      -- during your time at Suwannee, sorry?
2      A      Refusals to go get my supplies.  Refusal to
3    the shower.  I think we've -- I think we've covered it.
4    And telling inmates that I'm an undercover FBI agent,
5    that I'm a snitch because I write grievances.  That's a
6    serious issue if you're in the right -- if you're around
7    the right people, and -- which you are and I have been
8    and am, that's very -- that's -- that's automatic put a
9    hit on him and kill him or do -- you know, you never
10   know.  It's bad.
11     Q      But you're still very much alive, is that
12   correct?
13     A      Oh, yes, ma'am.
14     Q      So did you say -- have you made allegations
15   that either Aldridge or Richardson put a hit out on you?
16     A      Yes, ma'am, I have.
17     Q      How do you -- why do you think they put -- one
18   or both of them put a hit out on you?
19     A      Because inmates come to me and explain to me
20   that she was at me.  And my wheelchair pusher that was
21   left in that dorm behind, she put a hit on him and had
22   him beat to death in the bathroom because he was
23   outspoken about me, and she didn't like him because he
24   pushed me.  And he wasn't assigned to me, of course,
25   they never would assign anybody.  But he died and she

Donny Phillips
October 05, 2023

Page 68

1   was the one behind that.  And those -- and still is
2   multiple inmates that was in that dorm wanting to,
3   but -- and I did all I could do to bring that to surface
4   and they -- anyway.
5        Q    What's --
6        A    It is what it is.
7        Q    -- the name of the inmate who was beaten to
8   death in the dorm -- which -- and which dorm was that
9   in?
10       A    I know his first name was Kevin.
11       Q    Okay.
12       A    And it's N dorm that they moved me out of and
13  then they moved me to I.  Kevin and I can't remember his
14  last name.
15       Q    And that would have been after you were moved
16  to I dorm?
17       A    And that's after I was removed and...
18       Q    How do you know that...
19       A    Because inmates that was moved out of that
20  dorm after me through time was moved over into I dorm,
21  and they said here's what's going down with your pusher,
22  here's what happened to your pusher.  And they didn't
23  say Richardson they said Sergeant Aldridge put a hit on
24  him.  They beat him down in the bathroom and there's
25  multiple inmates waiting to bring -- if somebody would

Donny Phillips
October 05, 2023

Page 69

```
 1   just come investigate it, and, you know, the rest of the
 2   story.
 3         Q    I don't --
 4         A    Never --
 5         Q    -- that's why we're here.
 6         A    Well --
 7         Q    So who are the inmates that came to you and
 8   told you these things?
 9         A    Inmates in the dorm, that were in the dorm
10   with me.  I mean, I got their names somewhere, but I --
11   for that reason, but I don't have them here, but I...
12         Q    You don't recall their names.  Can you
13   describe them to me?
14         A    I'm -- no, ma'am, I'm -- they're just inmates
15   that come out of the dorm, but -- and they said there's
16   more inmates over there waiting but to be -- to tell --
17   see they can't say anything because the gangs run -- run
18   the prison.
19         Q    Can you say that one more time?
20         A    Excuse me?
21         Q    Can you say that one more time?  I didn't
22   catch that.
23         A    I said the gangs.
24         Q    Okay.
25         A    And when the officers need the favors done
```