Page 134

1    Q    Earlier you told me Aldridge had a hit on --
2    out on you at Suwannee?
3    A    Well, she had -- I heard -- this is just what
4    inmates was telling me.  Inmates said for a couple of
5    packs of cigarettes, I could have took the hit on you,
6    anyway.
7    Q    Have you ever known any of your fellow inmates
8    to lie to you?
9    A    Yes, ma'am, I mean --
10   Q    Okay.  I don't think I have any further
11   questions at this time.
12        MR. COOK:  Okay.  Should we take a break or
13        should we go on?
14        VIDEOGRAPHER:  It's up to you.
15        MS. STRICKLAND:  I'm happy to go on.
16        MR. COOK:  Okay.  Well, I'm ready to go.
17        MS. STRICKLAND:  Okay.
18                  CROSS EXAMINATION
19   BY MR. COOK:
20   Q    Okay.  All right.  Let's see, we're at a
21   little bit before 2:00, and I've got a lot of notes here
22   so let me see what I can make out of them.
23        You were asked what Officer Aldridge did, and
24   I think, if I recall correctly, you said that she
25   presented you with a grievance?