UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.                                      Case No. 3:22-cv-997-BJD-LLL

RICKY D. DIXON, et al.,

    Defendants.
_____/

## DEFENDANTS' MOTION IN LIMINE REGARDING PRIOR LAWSUITS AGAINST DEFENDANT

COMES NOW, Defendant, RICKY D. DIXON, by and through undersigned counsel and hereby files his Motion in Limine to prohibit argument or reference to prior lawsuits against Defendants, and in support thereof, states as follows:

1. Defendant, RICKY D. DIXON, in the course of serving as the Secretary of the Florida Department of Corrections, has been sued hundreds of times since taking his position in 2021, and overwhelmingly, by pro se inmates.

2. To allow Plaintiff's counsel to discuss or present evidence to a jury regarding specific prior lawsuits in which Defendant has been involved or to reference that Defendant has been sued before generally, would be extremely prejudicial, particularly given the number of lawsuits against Defendant that are unfounded and dismissed before discovery even begins.

3. The use of such evidence is improper impeachment of Defendant and as such, should not be allowed.

## ARGUMENT

Rule 608(b) of the Federal Rule of Evidence governs the manner in which a party or witness may be impeached. The statute does not permit the use of civil lawsuits as a form of impeachment. Plaintiff's only purpose in referring to prior lawsuits against Defendants would be to prejudice the jury against Defendants to ensure that Defendants would not start the trial on an even playing field.

Furthermore, pursuant to Rule 403 of the Federal Rule of Evidence, the danger of unfair prejudice to the Defendant far outweighs any potentially probative value this evidence has.

For the reasons stated herein, Defendant requests that an Order be entered prohibiting Plaintiff or Plaintiff's counsel from making comments regarding any prior lawsuits against Defendant.

## Local Rule 3.01(g) Certification

On September 12, 2024, the undersigned conferred with Plaintiff's counsel by email, outlining the specific issues raised herein, and Plaintiff's counsel objects to the relief requested herein.

Respectfully submitted,

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell
Florida Bar No. 0657379
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Email: jami@jsh-pa.com
*Attorney for Defendant Dixon*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF on September 12, 2024.

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell