UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DONNY PHILLIPS,**

    **Plaintiff,**

v.                                                 Case No. 3:22-cv-997-BJD-LLL

**RICKY DIXON, et al.,**

    **Defendants,**

_____/

## DEFENDANT'S MOTION IN LIMINE PROHIBITING EXPERT REPORTS FROM BEING USED AT TRIAL

Defendant Dixon, by and through undersigned counsel, hereby files its Motion in Limine Prohibiting Expert Reports From Being Used at Trial, and in support thereof, states as follows:

**Rule 803(6)(E)**

1. Plaintiff has provided expert reports from Dr. Jason Chertoff and Dr. Homer Venters as part of his Rule 26(a)(2) Disclosures. These reports were prepared for Plaintiff's counsel in anticipation of litigation. In fact, Dr. Chertoff addresses his report directly to Plaintiff's counsel and notes that the report is being provided at counsel's request. (Ex. A)

2. Defendant anticipates that Plaintiff may try to introduce the report from these experts at some point during the trial claiming that they are

1

admissible as business records.

3. This Court should find that such expert reports, as well as any other records or correspondence prepared for use in litigation, are untrustworthy and inadmissible. *See* Fed.R.Evid. 803(6)(E).

4. The business records exception of the Federal Rules of Evidence requires that "neither the source of information nor the method or circumstances of preparation indicate a lack of trustworthiness." Fed.R.Evid. 803(6)(E).

5. Based on these concerns, "it has long been the rule that the business records exception does not apply to records prepared in anticipation of litigation." *Consol. Envt. Mgt. v. Zen-noh Grain*, 981 F. Supp. 2d 523 – Dist. Court, ED Louisiana 2013; citing <u>*Palmer v. Hoffman,* 318 U.S. 109, 114, 63 S.Ct. 477, 87 L.Ed. 645 (1943)</u>; <u>*Broadcast Music, Inc. v. Xanthas, Inc.,* 855 F.2d 233, 238 (5th Cir.1988)</u>.

6. While expert reports from testifying experts and other records that experts maintain may constitute business records, such records lack trustworthiness and should be inadmissible because they are prepared for purposes of litigation.

**Rule 702**

7. Plaintiff's expert, Dr. Chertoff, created a 6-page report, *Exhibit A*,

2

containing a recitation of 'facts' that are stated in the light most favorable to Plaintiff, details relating to Plaintiff's prior litigation which are not at issue in this matter, and several opinions and arguments that are not admissible under Fed. R. Evid. 702.

8. Likewise, Plaintiff's expert Dr. Venters created an 18-page report, *Exhibit B*, containing a lengthy recitation of 'facts' that are stated in the light most favorable to Plaintiff, details relating to prior litigation and grievances filed by Plaintiff, and several opinions and arguments that are not admissible under Fed. R. Evid. 702.  Dr. Venters also includes in his written report a review and recitation of opinions rendered by another expert (Dr. Donald Kern) that has not been listed as an expert in this case.

9. Defendant, in this motion, moves to exclude the Plaintiff's expert reports as trial exhibits and to prohibit testimony by experts Jason Chertoff and Homer Venters as to legal conclusions and as to opinions provided by other experts, such as Dr. Kern, who were not identified as experts in this case.

For the reasons stated herein, Defendant requests that an Order be entered GRANTING Defendant's Motion regarding Expert Reports and Expert Testimony.

**Local Rule 3.01(g) Certification**

On September 12, 2024, the undersigned conferred with Plaintiff's counsel by email, outlining the specific issues raised herein, and Plaintiff's counsel objects to the relief requested herein.

Respectfully submitted,

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell
Florida Bar No. 0657379
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
jami@jsh-pa.com
*Attorney for Defendant Dixon*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF on September 12, 2024.

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell