UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

        Plaintiff,

v.                                    Case No. 3:22-cv-997-BJD-LLL

RICKY DIXON,

        Defendant.
_____

## ORDER

Defendant's Unopposed Motion for Extension of Time to File Motions *in Limine* (Doc. 128) is **GRANTED to the extent** that the Second Amended Case Management and Scheduling Order (Doc. 104) is **VACATED**, and the trial scheduled to begin October 7, 2024, is **CANCELED**. The Court will reset the pretrial and trial deadlines, as appropriate, after the Court resolves the pending discovery issues and the motion for summary judgment.

The parties' Motions (Docs. 126, 127, 129–131) are **DENIED without prejudice** to refiling once new deadlines are set.

**DONE AND ORDERED** at Jacksonville, Florida, this 16th day of September, 2024.

_____
BRIAN J. DAVIS
United States District Judge

caw 9/12
c:
Counsel of Record