UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.                                                        Case No. 3:22-cv-997-BJD-LLL

RICKY DIXON,

    Defendant.
_____

**ORDER**

The Court was advised that this case has settled. See Notice of Resolution (Doc. 133). Accordingly, it is

**ORDERED:**

1. The parties shall have until **November 18, 2024**, to file a joint motion for dismissal or other appropriate documents to close out the file.

2. If the parties have not filed the appropriate documents to close out this file or a request for an extension of time by the deadline, this case will be deemed dismissed without prejudice.

3. The **Clerk** shall terminate all pending motions and close the file, subject to reopening upon the filing of a motion before the deadline.

**DONE AND ORDERED** at Jacksonville, Florida, this 18th day of September, 2024.

_____
BRIAN J. DAVIS
United States District Judge

caw 9/18
c:
Counsel of Record