UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DONNY PHILLIPS,**

    **Plaintiff,**

v.                                                                                  Case No. 3:22-cv-997-BJD-LLL

**RICKY DIXON, et al.,**

    **Defendants.**

_____/

## JOINT STIPULATION OF DISMISAL OF DEFENDANT, RICKY DIXON, WITH PREJUDICE

The Parties hereby jointly stipulate to the dismissal of all claims against Defendant, RICKY DIXON, Secretary of the Florida Department of Corrections, with prejudice, with each party to bear their own expenses, fees, and costs, in accordance with Rule 41(a)(1)(A)(ii).

Dated: November 14, 2024

| | |
|---|---|
| */s/ James M. Slater* | */s/ Jami M. Kimbrell* |
| James M. Slater (FBN 111779) | Jami M. Kimbrell |
| Slater Legal PLLC | Florida Bar No. 0657379 |
| 113 S. Monroe Street | Howell, Buchan & Strong |
| Tallahassee, Florida 32301 | 2898-6 Mahan Drive |
| Tel. (305) 523-9023 | Tallahassee, Florida 32308 |
| james@slater.legal | Telephone: (850) 877-7776 |
| | Jami@jsh-pa.com |

James V. Cook (FBN 0966843)  *Attorney for Defendants*
Law Office of James Cook
314 W. Jefferson Street
Tallahassee, Florida 32301
Tel. (850) 222-8080
Fax (850) 561-0836
cookjv@gmail.com

*Attorneys for Plaintiff*