UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNY PHILLIPS,

    Plaintiff,

v.                                                      Case No. 3:22-cv-997-BJD-LLL

RICKY DIXON,

    Defendant.
_____

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal of Defendant Ricky Dixon With Prejudice (Stipulation; Doc. 136), filed on November 14, 2024. In the Stipulation, the parties request dismissal, with prejudice, of all claims against Defendant Dixon. *See* Stipulation at 1. The Court notes that the Stipulation is not signed by "all parties who have appeared" in this lawsuit and is therefore ineffective under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Rule(s)). *See id.*; *see also City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1034 (11th Cir. 2023); *see also Sanchez v. Disc. Rock & Sand, Inc.*, 84 F.4th 1283, 1291-92 (11th Cir. 2023). As such, the Court construes the stipulation as a request by Plaintiff for dismissal pursuant to Rule 41(a)(2) which Defendant Dixon joins in presenting. *See Sanchez*, 84 F.4th at 1292; *see also Plains Growers, Inc. ex*

*rel. Florists' Mut. Ins. Co. v. Ickes-Braun Glasshouses, Inc.*, 474 F.2d 250, 253 (5th Cir. 1973) ("Where notice of dismissal under Rule 41(a)(1) fails, the notice may be considered a motion under Rule 41(a)(2) and the court may order the dismissal.").[1] The claims against Defendants Centurion of Florida, MHM Health Professionals, Figueroa, Holmes, Cannon, and Adams were dismissed without prejudice on February 2, 2023; and the claims against Defendants Richardson-Graham, Aldridge, and Hawthorne were dismissed with prejudice on June 10, 2024. *See* Orders (Docs. 61, 120). Thus, the Court construes the request as an unopposed motion for dismissal, with prejudice, of the remaining claims raised by Plaintiff in this case.

In light of the foregoing, it is

**ORDERED:**

1. Pursuant to the Joint Stipulation of Dismissal of Defendant Ricky Dixon With Prejudice (Doc. 136), this case is **DISMISSED with prejudice**.

---

[1] In *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc), the Eleventh Circuit adopted as binding precedent all the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

2. The **Clerk** shall enter judgment dismissing this case with prejudice. The file shall remain closed.

**DONE AND ORDERED** at Jacksonville, Florida, this 15th day of November, 2024.

_____
BRIAN J. DAVIS
United States District Judge

caw 11/15
c:
Counsel of Record